1   Mark E. Haddad, SBN 205945
    mhaddad@sidley.com
2   Alycia A. Degen, SBN 211350
    adegen@sidley.com
3   Sean A. Commons, SBN 217603
    scommons@sidley.com
4   SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
5   Los Angeles, CA 90013
    Telephone: (213) 896-6000
6   Fax: (213) 896-6600

7   Attorneys for Plaintiffs
    [*Additional Counsel Listed on Next Page*]

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  | CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI, | Case No. 3:18-cv-1554 |
    | --- | --- |
    | | **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
    | *Plaintiffs*, | |
    | v. | |
    | KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA, | |
    | *Defendants*. | |

1

Additional Counsel for Plaintiffs

2

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org

3

Jennifer Poon, SBN 5468095 (New York)*
jpoon@aclusocal.org

4

ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street

5

Los Angeles, CA 90017
Telephone: (213) 977-5211

6

Fax: (213) 977-5297

7

Emilou MacLean, SBN 319071

8

emi@ndlon.org
Jessica Karp Bansal, SBN 277347

9

jbansal@ndlon.org
NATIONAL DAY LABORER

10

ORGANIZING NETWORK
674 S. La Layette Park Place

11

Los Angeles, CA  90057
Telephone: (213) 380-2214

12

Fax: (213) 380-2787

13

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com

14

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com

15

SIDLEY AUSTIN LLP
555 California Street, Suite 2000

16

San Francisco, CA 94104
Telephone: (415) 772-1200

17

Fax: (415) 772-7400

18

Amanda R. Farfel, SBN 288126
afarfel@sidley.com

19

Andrew B. Talai, SBN 300053
atalai@sidley.com

20

Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com

21

SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000

22

Los Angeles, CA 90013
Telephone: (213) 896-6000

23

Fax: (213) 896-6600

24

25

Attorneys for Plaintiffs

* *pro hac vice* application forthcoming

26

27

28

1    Upon making a first appearance in any proceeding in the Northern District of California,

2    each party must file a "certification of interested entities or persons."  Under Civil L.R. 3-15(a)(1),

3    the certification must disclose "any persons, associations of persons, firms, partnerships,

4    corporations (including parent corporations), or other entities other than the parties themselves

5    known by the party to have either: (i) a financial interest of any kind in the subject matter in

6    controversy or in a party to the proceeding; or (ii) any other kind of interest that could be

7    substantially affected by the outcome of the proceeding."

8    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

9    named parties, there is no such interest to report.

10

11

12   Date:  March 12, 2018                    Respectfully submitted,

13                                            SIDLEY AUSTIN LLP

14

15                                            */s/ Sean A. Commons*
                                             Mark E. Haddad

16                                            Alycia A. Degen
                                             Sean Commons

17                                            Nicole M. Ryan
                                             Ryan M. Sandrock

18                                            Amanda R. Farfel
                                             Andrew B. Talai

19                                            Marisol Ramirez

20
                                             Ahilan T. Arulanantham

21                                            Jennifer Poon
                                             ACLU OF SOUTHERN CALIFORNIA

22
                                             Emilou MacLean

23                                            Jessica Karp Bansal
                                             NATIONAL DAY LABORER

24                                            ORGANIZING NETWORK

25
                                             *Attorneys for Plaintiffs*

26

27

28