1  Mark E. Haddad, SBN 205945
   mhaddad@sidley.com
2  Alycia A. Degen, SBN 211350
   adegen@sidley.com
3  Sean A. Commons, SBN 217603
   scommons@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, CA 90013
   Telephone: (213) 896-6000
6  Fax: (213) 896-6600

7  Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI, | Case No. 3:18-cv-1554

**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

                    *Plaintiffs*,

             v.

KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,

                    *Defendants*.

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Jennifer Poon, SBN 5468095 (New York)*
jpoon@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs

* *pro hac vice* application forthcoming

Under Civil L.R. 3-13(a), whenever a party knows or learns that an action filed in the Northern District of California involves "all or a material part of the same subject matter and all or substantially all of the same parties" as another action that is pending in any other federal court, the party must file and serve a "notice of pendency of other action or proceeding."  Plaintiffs are currently aware of two lawsuits that are pending in other federal courts and involve various claims concerning Temporary Protected Status ("TPS"):

(1) *NAACP v. U.S. Dep't of Homeland Sec. et al.*, No. 18-cv-00239-MJG, filed January 24, 2018, in the U.S. District Court for the District of Maryland, by plaintiff National Association for the Advancement of Colored People ("NAACP").  The complaint alleges one claim for violation of the equal protection principle of the Fifth Amendment, with respect to the termination of TPS for Haiti on the basis of race and ethnicity.

(2) *Centro Presente et al. v. Donald J. Trump et al.*, No. 18-cv-10340, filed on February 22, 2018, in the U.S. District Court for the District of Massachusetts, by a Latin American immigrant membership organization, and several individual plaintiffs.  The complaint alleges two claims for violations of the Fifth Amendment—one based on the Due Process Clause, and the other based on the equal protection guarantee—with respect to the termination of TPS for El Salvador and Haiti on the basis of race, ethnicity, and national origin.

1
PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING – CASE NO. 3:18-CV-1554

The instant case, by contrast, alleges claims under the Administrative Procedure Act ("APA") and constitutional claims on behalf of a class of U.S. citizen children whose parents are TPS holders, and APA and constitutional claims by named TPS holders, with respect to the TPS terminations for Nicaragua and Sudan, as well as El Salvador and Haiti. Several of the plaintiffs reside in this District and elsewhere in California. This case is thus appropriately brought in this District.

Date:  March 12, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

*/s/ Sean A. Commons*
Mark E. Haddad
Alycia A. Degen
Sean Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda R. Farfel
Andrew B. Talai
Marisol Ramirez

Ahilan T. Arulanantham
Jennifer Poon
ACLU OF SOUTHERN CALIFORNIA

Emilou MacLean
Jessica Karp Bansal
NATIONAL DAY LABORER
ORGANIZING NETWORK

*Attorneys for Plaintiffs*