1  Mark E. Haddad, SBN 205945
   mhaddad@sidley.com
2  Alycia A. Degen, SBN 211350
   adegen@sidley.com
3  Sean A. Commons, SBN 217603
   scommons@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, CA 90013
   Telephone: (213) 896-6000
6  Fax: (213) 896-6600

7  Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | CRISTA RAMOS, *et al.*,              | Case No. 3:18-cv-01554-EMC
12 |         *Plaintiffs*,                | **CERTIFICATE OF SERVICE ON KIRSTJEN NIELSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY**
13 |    v.                                |
14 | KIRSTJEN NIELSEN, *et al.*,          |
15 |         *Defendants*.                |

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Jennifer Poon, SBN 5468095 (New York)*
jpoon@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs

* *pro hac vice* application forthcoming

| Attorney or Party without Attorney:<br>SIDLEY AUSTIN LLP<br>Mark E. Haddad, SBN 205945<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>  Telephone No: (213) 896-6000<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CRISTA RAMOS, ETC., ET AL.
*Defendant:* KIRSTJEN NIELSEN, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-cv-01554 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST OF ALL DOCUMENTS SERVED

3. a. Party served:  KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security
   b. Person served: KATHY TERRY, LEGAL CLERK, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:  450 GOLDEN GATE AVENUE 11th Fl., SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 21 2018 (2) at: 10:36 AM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/22/2018
(Date)                           (Signature)



PROOF OF SERVICE

2121330
(3587703)

# DOCUMENTS FOR SERVICE OF PROCESS

*Ramos, et al. v. Nielsen, et al.;* Case No. 3:18-cv-01554-EMC

1. Class Action Complaint

2. Summons in a Civil Action

3. Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-15

4. Plaintiffs' Notice of Pendency of Other Action or Proceeding

5. Civil Standing Order – General, U.S. District Judge Edward M. Chen

6. Civil Standing Order on Discovery, U.S. District Judge Edward M. Chen

7. Civil Pretrial Instructions, U.S. District Judge Edward M. Chen

8. Guidelines for Trial in Civil Cases (Jury and Bench), U.S. District Judge Edward M. Chen

9. Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement

10. ECF Registration Information

11. Filing Procedures (San Francisco)

12. Notice of Availability of Magistrate Judge to Exercise Jurisdiction

13. Notice of Lawsuit and Request to Waive Service of a Summons [Blank]

14. Waiver of the Service of Summons [Blank]

15. Order Setting Initial Case Management Conference and ADR Deadlines (with attached Notice of Eligibility for Video Recording)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SIDLEY AUSTIN LLP<br>Mark E. Haddad, SBN 205945<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone No: (213) 896-6000<br>*Attorney For:* Plaintiff | **For Court Use Only** |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CRISTA RAMOS, ETC., ET AL.
*Defendant:* KIRSTJEN NIELSEN, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-cv-01554 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST OF ALL DOCUMENTS SERVED

3. a. Party served: KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security
   b. Person served: Sara Ahn, General Counsel served under F.R.C.P. Rule 4.

4. Address where the party was served: 3801 NEBRASKA AVENUE NW, WASHINGTON, DC 20016

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Mar 22 2018 (2) at: 01:31 PM

6. **Person Who Served Papers:**
   a. Nina Lew
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/22/2018
(Date)                    (Signature)



PROOF OF SERVICE

2121272
(3587698)

## DOCUMENTS FOR SERVICE OF PROCESS

*Ramos, et al. v. Nielsen, et al.;* Case No. 3:18-cv-01554-EMC

1. Class Action Complaint
2. Summons in a Civil Action
3. Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-15
4. Plaintiffs' Notice of Pendency of Other Action or Proceeding
5. Civil Standing Order – General, U.S. District Judge Edward M. Chen
6. Civil Standing Order on Discovery, U.S. District Judge Edward M. Chen
7. Civil Pretrial Instructions, U.S. District Judge Edward M. Chen
8. Guidelines for Trial in Civil Cases (Jury and Bench), U.S. District Judge Edward M. Chen
9. Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement
10. ECF Registration Information
11. Filing Procedures (San Francisco)
12. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
13. Notice of Lawsuit and Request to Waive Service of a Summons [Blank]
14. Waiver of the Service of Summons [Blank]
15. Order Setting Initial Case Management Conference and ADR Deadlines (with attached Notice of Eligibility for Video Recording)

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )  SS
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Los Angeles, CA 90013.

On March 21, 2018, I served the foregoing document(s) described as:

- Class Action Complaint
- Summons in a Civil Action
- Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-15
- Plaintiffs' Notice of Pendency of Other Action or Proceeding
- Civil Standing Order – General, U.S. District Judge Edward M. Chen
- Civil Standing Order on Discovery, U.S. District Judge Edward M. Chen
- Civil Pretrial Instructions, U.S. District Judge Edward M. Chen
- Guidelines for Trial in Civil Cases (Jury and Bench), U.S. District Judge Edward M. Chen
- Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement
- ECF Registration Information
- Filing Procedures (San Francisco)
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Notice of Lawsuit and Request to Waive Service of a Summons [Blank]
- Waiver of the Service of Summons [Blank]
- Order Setting Initial Case Management Conference and ADR Deadlines (with attached Notice of Eligibility for Video Recording)

on all interested parties in this action as follows:

**-SEE ATTACHED SERVICE LIST-**

☑    (VIA CERTIFIED U.S. MAIL) I served the foregoing document(s) by U.S. Mail, certified, with return receipt requested as follows:  I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the

1
CERTIFICATE OF SERVICE – CASE NO. 3:18-cv-01554-EMC

correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2018, at Los Angeles, California.

_____
Nicole A. Bigley

# SERVICE LIST

1. **Kirstjen Nielsen, in her official capacity as Secretary of Homeland Security**
   Jefferson B. Sessions III
   U.S. Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530

2. **Elaine C. Duke, in her official capacity as Deputy Secretary of Homeland Security**
   Jefferson B. Sessions III
   U.S. Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530

3. **United States Department of Homeland Security**
   Jefferson B. Sessions III
   U.S. Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530

4. **United States of America**
   Jefferson B. Sessions III
   U.S. Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530