# Attachment A

1  Alycia A. Degen, SBN 211350
   adegen@sidley.com
2  Sean A. Commons, SBN 217603
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, CA 90013
   Telephone: (213) 896-6000
5  Fax: (213) 896-6600

6  Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  CRISTA RAMOS, individually and on behalf      Case No. 3:18-cv-1554-EMC
    of others similarly situated; CRISTINA
11  MORALES; BENJAMIN ZEPEDA,                     **PLAINTIFF CRISTA RAMOS' SPECIAL**
    individually and on behalf of others similarly **INTERROGATORIES TO DEFENDANT U.S.**
12  situated; ORLANDO ZEPEDA; JUAN                **DEPARTMENT OF HOMELAND SECURITY**
    EDUARDO AYALA FLORES, individually
13  and on behalf of others similarly situated;   **SET ONE**
    MARIA JOSE AYALA FLORES; ELSY
14  YOLANDA FLORES DE AYALA; HNAIDA
    CENEMAT, individually and on behalf of
15  others similarly situated; WILNA DESTIN;
    RILYA SALARY, individually and on behalf
16  of others similarly situated; SHERIKA
    BLANC; IMARA AMPIE; MAZIN AHMED;
17  and HIWAIDA ELARABI,

18              Plaintiffs,

19       v.

20  KIRSTJEN NIELSEN, in her official capacity
    as Secretary of Homeland Security; ELAINE
21  C. DUKE, in her official capacity as Deputy
    Secretary of Homeland Security; UNITED
22  STATES DEPARTMENT OF HOMELAND
    SECURITY; and UNITED STATES OF
23  AMERICA,

24              Defendants.

25

26

27

28

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

**PROPOUNDING PARTY:**      Plaintiff Crista Ramos

**RESPONDING PARTY:**      Defendant U.S. Department of Homeland Security

**NO.:**      One

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Crista Ramos hereby requests that Defendant U.S. Department of Homeland Security ("DHS") respond and serve the written response to this Special Interrogatories (Set One) within thirty (30) days of service of this set of Interrogatories.

In answering these interrogatories, please furnish all information which is available to you, including information in the possession of your attorneys or investigators for your attorneys or any other person or entity acting in your interest or on your behalf and not only information known of your own personal knowledge. If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer the remainder and state whatever information or knowledge you have concerning the unanswered portions.

If, at any time subsequent to the service of your answers to these interrogatories you, or anyone acting on your behalf, becomes aware of additional information which in any way can be said to supplement, contradict, or otherwise modify any of those answers, you are required to provide that information to the propounding party in the form of amended and supplemental answers. Your supplemental answers must be served within thirty (30) days of the discovery of the supplemental information.

I.      **SPECIAL INTERROGATORIES TO BE ANSWERED**

**SPECIAL INTERROGATORY NO. 1:**

Identify by title, date of creation, and author all memoranda, directives, guidance, position papers, or statements of policy or practice received, prepared, or considered by DHS since November 8, 2016, about what factors to consider when deciding whether to extend or terminate Temporary Protected Status designations—whether formally or informally adopted, and whether the materials received or considered were created prior or subsequent to November 8, 2016.

1

Date:  May 3, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ Alycia A. Degen
Alycia A. Degen
Sean Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda R. Farfel
Andrew B. Talai
Marisol Ramirez

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham

ACLU FOUNDATION
OF NORTHERN CALIFORNIA
William S. Freeman

NATIONAL DAY LABORER
ORGANIZING NETWORK
Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*

1  Alycia A. Degen, SBN 211350
   adegen@sidley.com
2  Sean A. Commons, SBN 217603
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, CA 90013
   Telephone: (213) 896-6000
5  Fax: (213) 896-6600

6  Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 CRISTA RAMOS, individually and on behalf      Case No. 3:18-cv-1554-EMC
   of others similarly situated; CRISTINA
11 MORALES; BENJAMIN ZEPEDA,                     **PLAINTIFF CRISTA RAMOS' REQUEST**
   individually and on behalf of others similarly **FOR PRODUCTION OF DOCUMENTS TO**
12 situated; ORLANDO ZEPEDA; JUAN                **DEFENDANT U.S. DEPARTMENT OF**
   EDUARDO AYALA FLORES, individually            **HOMELAND SECURITY**
13 and on behalf of others similarly situated;
   MARIA JOSE AYALA FLORES; ELSY                 **SET ONE**
14 YOLANDA FLORES DE AYALA; HNAIDA
   CENEMAT, individually and on behalf of
15 others similarly situated; WILNA DESTIN;
   RILYA SALARY, individually and on behalf
16 of others similarly situated; SHERIKA
   BLANC; IMARA AMPIE; MAZIN AHMED;
17 and HIWAIDA ELARABI,

18              Plaintiffs,

19        v.

20 KIRSTJEN NIELSEN, in her official capacity
   as Secretary of Homeland Security; ELAINE
21 C. DUKE, in her official capacity as Deputy
   Secretary of Homeland Security; UNITED
22 STATES DEPARTMENT OF HOMELAND
   SECURITY; and UNITED STATES OF
23 AMERICA,

24              Defendants.

25

26

27

28

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

**PROPOUNDING PARTY:**          Plaintiff Crista Ramos

**RESPONDING PARTY:**          Defendant U.S. Department of Homeland Security

**NO.:**                                        One

  Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Crista Ramos hereby requests that Defendant U.S. Department of Homeland Security ("DHS") produce for inspection and photocopying all documents and tangible things responsive to the categories described below at the offices of Sidley Austin LLP, at 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013, within thirty (30) days of service of this Request for Production of Documents.

**I.  DOCUMENTS REQUESTED**

**REQUEST FOR PRODUCTION NO. 1:**

  Produce all documents identified in response to Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 2:**

  Documents sufficient to show the contents of each U.S. diplomatic cable from an overseas U.S. State Department facility since November 8, 2016 regarding whether to extend the Temporary Protected Status ("TPS") designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 3:**

  Documents sufficient to show the contents of each U.S. diplomatic cable from an overseas U.S. State Department facility since November 8, 2016 about implementing the final decisions to terminate TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 4:**

  Communications since November 8, 2016, between or on behalf of, on the one hand, the secretary, deputy secretary, director, deputy director, commissioner, deputy commissioner, chief of staff, or director of legislative affairs (as to all such positions, whether acting or appointed) of DHS, U.S. Immigration & Customs Enforcement, U.S. Citizenship & Immigration Services, U.S. Customs & Border Protection, and the U.S. Department of State, and, on the other hand, any member of Congress (or their staff), international bodies, or nongovernmental organizations regarding whether to extend or terminate the TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show the contents of records considered or relied on between November 8, 2016 and the present concerning whether to extend or terminate TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 6:**

Documents used to prepare then-DHS Secretary Kelly for testimony regarding terminations of TPS designations before the Senate Committee on Homeland Security and Governmental Affairs on June 6, 2017.

**REQUEST FOR PRODUCTION NO. 7:**

Documents used to prepare DHS Secretary Nielsen for testimony regarding terminations of TPS designations before the Senate Committee on Homeland Security and Governmental Affairs on January 16, 2018.

**REQUEST FOR PRODUCTION NO. 8:**

Documents and communications related to drafts of DHS's press releases or internal memoranda that announced, explained, or implemented the TPS termination decisions, including any memoranda or guidance about how to respond to questions from media or TPS holders.

**REQUEST FOR PRODUCTION NO. 9:**

To the extent your responses to the requests for admission propounded concurrently with these requests are anything other than unqualified admissions, produce sufficient documents to support your responses.

**REQUEST FOR PRODUCTION NO. 10:**

To the extent not already covered by another document request, produce the documents identified in, referred to, or relied upon to prepare your responses to the interrogatories or requests for admission.

**REQUEST FOR PRODUCTION NO. 11:**

Produce the administrative record that was before DHS pertaining to the Secretary's or Acting Secretary's most recent decisions to extend or terminate the TPS designations for El

Salvador, Haiti, Nicaragua, and Sudan, including documents that were indirectly considered and documents that did not support the ultimate decision.

**REQUEST FOR PRODUCTION NO. 12:**

Produce the administrative record, if any, that was before DHS pertaining to the decision to interpret the TPS statute to require that the Secretary focus only on the "originating condition" when determining whether to extend or terminate a TPS designation.


Date:  May 3, 2018                              Respectfully submitted,

                                                SIDLEY AUSTIN LLP

                                                */s/* Alycia A. Degen
                                                Alycia A. Degen
                                                Sean Commons
                                                Nicole M. Ryan
                                                Ryan M. Sandrock
                                                Amanda R. Farfel
                                                Andrew B. Talai
                                                Marisol Ramirez

                                                ACLU OF SOUTHERN CALIFORNIA
                                                Ahilan T. Arulanantham

                                                ACLU FOUNDATION
                                                OF NORTHERN CALIFORNIA
                                                William S. Freeman

                                                NATIONAL DAY LABORER
                                                ORGANIZING NETWORK
                                                Emilou MacLean
                                                Jessica Karp Bansal

                                                *Attorneys for Plaintiffs*

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **PLAINTIFF CRISTA RAMOS' REQUEST FOR ADMISSIONS TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY** <br><br> **SET ONE** |

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

**PROPOUNDING PARTY:**      Plaintiff Christa Ramos

**RESPONDING PARTY:**       Defendant U.S. Department of Homeland Security

**NO.:**                    One

Pursuant to Federal Rule of Civil Procedure 36, Plaintiff Crista Ramos hereby requests that Defendant U.S. Department of Homeland Security respond and serve the written response to this Request for Admissions (Set One) within thirty (30) days of service.

I.     <u>REQUESTS FOR ADMISSION</u>

**REQUEST FOR ADMISSION NO. 1:**

Admit that you did not consider as a factor in any of your decisions to terminate Temporary Protected Status ("TPS") designations since November 8, 2016, the number of U.S. citizen children of TPS holding parents.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you did not consider as a factor in any of your decisions to terminate TPS designations since November 8, 2016, the impacts on U.S. citizen children of TPS holding parents, including but not limited to economic hardship to their households, psychological harm to the children, and harm to their family structures.

Date: May 3, 2018                    Respectfully submitted,

                                                  SIDLEY AUSTIN LLP

                                                  */s/* Alycia A. Degen
                                                  Alycia A. Degen
                                                  Sean Commons
                                                  Nicole M. Ryan
                                                  Ryan M. Sandrock
                                                  Amanda R. Farfel
                                                  Andrew B. Talai
                                                  Marisol Ramirez

                                                  ACLU OF SOUTHERN CALIFORNIA
                                                  Ahilan T. Arulanantham

                                                  ACLU FOUNDATION
                                                  OF NORTHERN CALIFORNIA
                                                  William S. Freeman

1

NATIONAL DAY LABORER
ORGANIZING NETWORK
Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*

1  Alycia A. Degen, SBN 211350
   adegen@sidley.com
2  Sean A. Commons, SBN 217603
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, CA 90013
   Telephone: (213) 896-6000
5  Fax: (213) 896-6600

6  Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 CRISTA RAMOS, individually and on behalf     Case No. 3:18-cv-1554-EMC
   of others similarly situated; CRISTINA
11 MORALES; BENJAMIN ZEPEDA,                     **NOTICE OF RULE 30(B)(6) DEPOSITION TO**
   individually and on behalf of others similarly **DEFENDANT U.S. DEPARTMENT OF**
12 situated; ORLANDO ZEPEDA; JUAN               **HOMELAND SECURITY**
   EDUARDO AYALA FLORES, individually
13 and on behalf of others similarly situated;   Time:
   MARIA JOSE AYALA FLORES; ELSY                Date:
14 YOLANDA FLORES DE AYALA; HNAIDA              Place:
   CENEMAT, individually and on behalf of
15 others similarly situated; WILNA DESTIN;
   RILYA SALARY, individually and on behalf
16 of others similarly situated; SHERIKA
   BLANC; IMARA AMPIE; MAZIN AHMED;
17 and HIWAIDA ELARABI,

18              Plaintiffs,

19        v.

20 KIRSTJEN NIELSEN, in her official capacity
   as Secretary of Homeland Security; ELAINE
21 C. DUKE, in her official capacity as Deputy
   Secretary of Homeland Security; UNITED
22 STATES DEPARTMENT OF HOMELAND
   SECURITY; and UNITED STATES OF
23 AMERICA,

24              Defendants.

25

26

27

28

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

1      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3  Procedure, Plaintiff Crista Ramos will take the deposition of Defendant U.S. Department of

4  Homeland Security ("DHS") by a representative of the governmental agency authorized to testify

5  regarding the subjects set forth below. The deposition will take place at a date and time to be

6  agreed upon by the parties, provided it is no later than five days after responses are due to the

7  concurrently-served written discovery requests. The Deposition will be taken upon oral

8  examination before a notary public or such other officer authorized to administer oaths. The

9  deposition will be recorded stenographically and videotaped.

10     Pursuant to Fed. R. Civ. P. 30(b)(6), DHS shall designate one or more of its officers,

11 directors, managing agents or other persons who are most qualified, knowledgeable, and

12 competent to testify on its behalf as to all matters known or reasonably available to DHS with

13 respect to each of the following subject matters:

14     1.     Matters for examination may include the same subjects covered by the concurrently-

15 served written discovery, including the steps taken to gather information and documents

16 responsive to the concurrently-served discovery requests. Plaintiffs seek testimony regarding the

17 Department of Homeland Security's policies and practices concerning factors considered when

18 deciding whether to extend or terminate Temporary Protected Status ("TPS") designations for El

19 Salvador, Haiti, Nicaragua, and/or Sudan.

20     The information is relevant to the above-captioned matter because it is reasonably

21 calculated to lead to admissible evidence regarding Plaintiffs' claims. The information sought is

22 central to legal issues at the heart of this case, and will likely reveal the abrupt, arbitrary, and

23 racially-motivated nature of Defendants' decision-making process concerning the TPS program.

24 Date: May 3, 2018                           Respectfully submitted,

25                                             SIDLEY AUSTIN LLP

26
                                              _/s/_ Alycia A. Degen_____
27                                            Alycia A. Degen
                                              Sean Commons
28

Nicole M. Ryan
Ryan M. Sandrock
Amanda R. Farfel
Andrew B. Talai
Marisol Ramirez

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham

ACLU FOUNDATION
OF NORTHERN CALIFORNIA
William S. Freeman

NATIONAL DAY LABORER
ORGANIZING NETWORK
Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*