Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-01554-EMC |
| *Plaintiffs*, | **CERTIFICATE OF SERVICE** |
| v. | |
| KIRSTJEN NIELSEN, *et al.*, | |
| *Defendants*. | |

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Jennifer Poon, SBN 5468095 (New York)*
jpoon@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs

* *pro hac vice* application forthcoming

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) SS
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Los Angeles, CA 90013.

On May 3, 2018, I served the foregoing document(s) described as:

> **JOINT DISCOVERY LETTER BRIEF WITH ATTACHMENT A**

on all interested parties in this action as follows:

Rhett P. Martin
United States Department of Justice
Federal Programs
20 Massachusetts Avenue, NW, Room 7304
Washington, D.C. 20530
T: (202) 305-7538
Rhett.martin@usdoj.gov

[X] (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2018, at Los Angeles, California.

Nicole A. Bigley