# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 17, 2018  **Time:** 1 hour  **Judge:** EDWARD M. CHEN
**Case No.**: 18-cv-01554-EMC  **Case Name:** Ramos v. Nielsen

**Attorney for Plaintiff:**  Ryan Sandrock, William Freeman, Ahilan Arulanantham and Emilou MacLean

**Attorney for Defendant:**  Rhett Martin

**Deputy Clerk:** Betty Lee  **Court Reporter:** Belle Ball

## PROCEEDINGS

Discovery hearing / CMC

## SUMMARY

Defendant's motion to dismiss (40 page limit) shall be filed by 5/21/18.  Opposition (40 page limit) due 6/4/18.  Reply (15 page limit) due 6/11/18.  Motion hearing set for Friday 6/22/18 at 10:30 a.m.  Status re: discovery set for 6/22/18 at 10:30 a.m.  A joint discovery letter shall be filed by 6/15/18.

Plaintiffs' preliminary injunction hearing shall be held **no** later than 9/27/18 at 1:30 p.m.  Motion due 8/23/18.  Opposition due 9/6/18.  Reply due 9/13/18.  Parties may submit a stipulation and proposed order to the Court if an earlier preliminary injunction schedule is desired.

The Court directed parties to meet and confer re: discovery disputes so they may be heard at the 6/22/18 hearing.  Parties shall refer to this Court's standing order and submit a concise joint letter to the Court on unresolved disputes including key issues, each side's position, and citations. The Court directed Defendant to begin assembling the administrative record to avoid delay if production is required after the motion to dismiss hearing.  The parties shall meet and confer about whether production schedule should be prioritized for certain countries or categories of documents.