1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No.  3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** <br><br> Date:         June 22, 2018 <br> Time:         10:30 a.m. <br> Judge:       Hon. Edward M. Chen <br> Dept.:        Courtroom 5, 17th Floor <br><br> Complaint Filed:      March 12, 2018 <br> Trial Date:                None set |

**[PROPOSED] ORDER**

Defendants' Motion to Dismiss [Dkt. 20] was heard on June 22, 2018 at 10:30 a.m. by this Court. Having considered all papers filed in support of and in opposition to the motion, oral arguments of counsel, and all other pleadings and papers on file in this matter, the Court finds as follows:

1. This Court has subject matter jurisdiction over all of Plaintiffs' claims for relief.
2. Plaintiff TPS holders have alleged facts in their Complaint sufficient to state claims for relief under the Administrative Procedure Act (Claim 4), the Fifth Amendment's guarantee of equal protection of the laws (Claim 2), and the Fifth Amendment's Due Process Clause (Claim 3).
3. Plaintiff U.S. citizen children have alleged facts in their Complaint sufficient to state a claim for relief under the Fifth Amendment's Due Process Clause (Claim 1).

It is **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

Dated: _____, 2018

_____
The Honorable Edward M. Chen
United States District Judge