Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
699 Exposition Boulevard
Los Angeles, CA  90089-0071
Telephone: +1 213 675 5957

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>           Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**NOTICE OF CHANGE OF COUNSEL ASSOCIATION, ADDRESS AND CONTACT INFORMATION**<br><br>Complaint Filed:   March 12, 2018<br>Trial Date:            None set |

PLEASE TAKE NOTICE THAT the undersigned attorney is no longer associated with Sidley Austin LLP.  My address and contact information have changed as follows:

| OLD | NEW |
|---|---|
| Mark E. Haddad<br>mhaddad@sidleycom<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6640<br>Facsimile: +1 213 896 6600 | Mark E. Haddad<br>markhadd@usc.edu<br>699 Exposition Boulevard<br>Los Angeles, CA  90089-0071<br>Telephone: +1 213 675 5957 |

All future reference and contact with the undersigned should be addressed to the new above-listed address.  The undersigned shall continue to be counsel of record for plaintiffs.

Date:  June 5, 2018

Respectfully submitted,

By: */s/ Mark E. Haddad*
Mark E. Haddad

*Attorney for Plaintiffs*