UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>        Defendants. | Case No. 18-cv-01554-EMC<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>Docket No. 20 |

Plaintiffs shall file a short supplemental brief by **Thursday, June 21 at 12p.m.** describing with specificity what jurisdictional discovery they would seek, if granted leave, to prove the existence of Defendants' alleged new rule, should the Court find Defendants' attack on jurisdiction to be factual. *See* Opp. at 11, n.9; *see also Leite v. Crane Co.*, 749 F.3d 1117, 1121-22 (9th Cir. 2014) (explaining difference between "facial" and "factual" attacks on jurisdictional allegations); *Safe Air for Everyone v. Meyer*, 373 F.3d 1035, 1309 (9th Cir. 2004).

**IT IS SO ORDERED**.

Dated: June 19, 2018

                                            EDWARD M. CHEN
                                            United States District Judge