Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**PLAINTIFFS' NOTICE OF ERRATA**<br><br>Date:　June 22, 2018<br>Time:　10:30 a.m.<br>Place:　Courtroom 5, 17th Floor<br><br>Complaint Filed:　　March 12, 2018<br>Trial Date:　　　　　None set |

1  *Additional Counsel for Plaintiffs*

2  William S. Freeman (SBN 82002)
   wfreeman@aclunc.org
3  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, California 94111
5  Telephone: +1 415 621 2493
   Fax: +1 415 863 7832
6
   Mark E. Haddad (SBN 205945)
7  markhadd@usc.edu
   699 Exposition Boulevard
8  Los Angeles, CA 90089-0071
   Telephone: +1 213 675 5957
9
   Nicole M. Ryan (SBN 175980)
10 nicole.ryan@sidley.com
   Ryan M. Sandrock (SBN 251781)
11 rsandrock@sidley.com
   SIDLEY AUSTIN LLP
12 555 California Street
   Suite 2000
13 San Francisco, CA 94104
   Telephone: +1 415 772 1219
14 Facsimile: +1 415 772 7400

15 Amanda Farfel (SBN 288126)
   afarfel@sidley.com
16 Andrew B. Talai (SBN 300053)
   atalai@sidley.com
17 Marisol Ramirez (SBN 307069)
   marisol.ramirez@sidley.com
18 SIDLEY AUSTIN LLP
   555 West Fifth Street
19 Los Angeles, CA 90013
   Telephone: +1 213 896 6640
20 Facsimile: +1 213 896 6600

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto as Exhibit A is a corrected copy of Plaintiffs' Supplemental Brief in Opposition to Defendants' Motion to Dismiss (Dkt. 30).  The sole correction is to include the Plaintiffs' request for a Rule 30(b)(6) deposition (p. 2, line 18).

Date:  June 21, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

By:  */s/ Alycia A. Degen*

Alycia A. Degen
Sean A. Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda Farfel
Andrew B. Talai
Marisol Ramirez

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

Ahilan T. Arulanantham

ACLU FOUNDATION OF NORTHERN CALIFORNIA

William S. Freeman

NATIONAL DAY LABORER ORGANIZING NETWORK

Jessica Karp Bansal
Emilou MacLean

*Attorneys for Plaintiffs*