OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

## CIVIL MINUTES

**Date:** June 22, 2018  **Time:** 2 hours 15 minutes  **Judge:** EDWARD M. CHEN
**Case No.**: 18-cv-01554-EMC  **Case Name:** Ramos v. Nielsen

**Attorney for Plaintiff:**   Ryan Sandrock, Alycia Degen, Andrew Talai, Marisol Ramirez, Amanda Farfel, William Freeman, Ahilan Arulanantham, Emilou MacLean and Jessica Bansal

**Attorney for Defendant:**   Rhett Martin

**Deputy Clerk:** Betty Lee    **Court Reporter:** JoAnn Bryce
(video recording)

## PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS #20

## SUMMARY

Court took matter under submission and to issue order.

Plaintiffs' preliminary injunction hearing already set for 9/27/18 at 1:30 p.m.  Motion due 8/23/18.  Opposition due 9/6/18.  Reply due 9/13/18.

Court discussed discovery issues with counsel and ordered defendant to be prepared to produce the administrative records as to Nicaragua and Sudan within 10 days (7/2/18); administrative records for El Salvador and Haiti by 7/9/18 ; and records and responses to Interrogatory No. 1, RFP Nos. 1, 4, 6 and 7, within 14 days.

Court ordered parties to meet and confer after today's hearing to determine the scope of discovery including search terms, remaining discovery requests, and Rule 30(b)(6) deposition.