1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    CRISTA RAMOS, et al.,                    Case No.  18-cv-01554-EMC

8                    Plaintiffs,

9         v.                                  **ORDER RE: SUPPLEMENTAL**
                                              **BRIEFING**
10   KIRSTJEN NIELSEN, et al.,
                                              Docket No.
11                   Defendants.

12

13       The parties shall file supplemental briefs addressing whether the Court should reconsider

14   its holding with respect to Plaintiffs' equal protection claims that (1) the decision to terminate TPS

15   for Haiti, Nicaragua, El Salvador, and Sudan, and (2) Defendants' alleged change in rule were

16   motivated by racial animus, in light of the Supreme Court's decision in *Trump v. Hawaii*, 585 U.S.

17   ___ (2018).  The briefs shall not exceed 10 pages in length and shall be filed by **Monday, July 2,**

18   **2018**.  The Court's discovery order remains in place.

19       **IT IS SO ORDERED**.

20   Dated:  June 26, 2018

21

22   _____

23   EDWARD M. CHEN
     United States District Judge

24

25

26

27

28