CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN
Trial Attorney
DC Bar No. 999272
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.martin@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC <br><br> **STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER COMPLAINT** |

STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER COMPLAINT –

No. 3:18-cv-1554

1  Pursuant to Civil Local Rule 6-1(a), the parties, by and through counsel, hereby stipulate
2  to enlarge by fifteen (15) days the period of time in which Defendants may answer Plaintiffs'
3  Complaint, such that Defendants' answer shall be due on or before Tuesday, July 24, 2018. This
4  change "will not alter the date of any event or any deadline already fixed by Court order." Civ.
5  L.R. 6-1(a).

7  SO STIPULATED this 6th day of July, 2018.

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br><br>/s/  Rhett P. Martin<br>RHETT P. MARTIN<br>Trial Attorney<br>DC Bar No. 999272<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 305-7538<br>Fax: (202) 616-8460<br>Rhett.martin@usdoj.gov | /s/  Alycia A. Degen<br>Alycia A. Degen, SBN 211350<br>adegen@sidley.com<br>Sean A. Commons, SBN 217603<br>scommons@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br><br>Ahilan T. Arulanantham, SBN 237841<br>aarulanantham@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5211<br>Fax: (213) 977-5297<br><br>William S. Freeman, SBN 82002<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 621-2493<br>Fax: (415) 863-7832<br><br>Jessica Karp Bansal, SBN 277347<br>jbansal@ndlon.org<br>Emilou MacLean, SBN 319071<br>emi@ndlon.org<br>NATIONAL DAY LABORER<br>ORGANIZING NETWORK |

STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER COMPLAINT –
No. 3:18-cv-1554 - 1

|   |   |
|---|---|
|   | 674 S. La Fayette Park Place<br>Los Angeles, CA 90057<br>Telephone: (213) 380-2214<br>Fax: (213) 380-2787<br><br>Nicole M. Ryan, SBN 175980<br>nicole.ryan@sidley.com<br>Ryan M. Sandrock, SBN 251781<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Fax: (415) 772-7400<br><br>Amanda R. Farfel, SBN 288126<br>afarfel@sidley.com<br>Andrew B. Talai, SBN 300053<br>atalai@sidley.com<br>Marisol Ramirez, SBN 307069<br>marisol.ramirez@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600 |

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Rhett P. Martin hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

*/s/  Rhett P. Martin*

STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER COMPLAINT –
No. 3:18-cv-1554 - 2