# Exhibit 2

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**PLAINTIFF CRISTA RAMOS' SPECIAL INTERROGATORIES TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY**<br><br>**SET ONE** |

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

| | | |
|---|---|---|
| **PROPOUNDING PARTY:** | | Plaintiff Crista Ramos |
| **RESPONDING PARTY:** | | Defendant U.S. Department of Homeland Security |
| **NO.:** | | One |

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Crista Ramos hereby requests that Defendant U.S. Department of Homeland Security ("DHS") respond and serve the written response to this Special Interrogatories (Set One) within thirty (30) days of service of this set of Interrogatories.

In answering these interrogatories, please furnish all information which is available to you, including information in the possession of your attorneys or investigators for your attorneys or any other person or entity acting in your interest or on your behalf and not only information known of your own personal knowledge. If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer the remainder and state whatever information or knowledge you have concerning the unanswered portions.

If, at any time subsequent to the service of your answers to these interrogatories you, or anyone acting on your behalf, becomes aware of additional information which in any way can be said to supplement, contradict, or otherwise modify any of those answers, you are required to provide that information to the propounding party in the form of amended and supplemental answers. Your supplemental answers must be served within thirty (30) days of the discovery of the supplemental information.

I. **SPECIAL INTERROGATORIES TO BE ANSWERED**

**SPECIAL INTERROGATORY NO. 1:**

Identify by title, date of creation, and author all memoranda, directives, guidance, position papers, or statements of policy or practice received, prepared, or considered by DHS since November 8, 2016, about what factors to consider when deciding whether to extend or terminate Temporary Protected Status designations—whether formally or informally adopted, and whether the materials received or considered were created prior or subsequent to November 8, 2016.

Date: May 3, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

*[signature: Alycia Degen]*

Alycia A. Degen
Sean Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda R. Farfel
Andrew B. Talai
Marisol Ramirez

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham

ACLU FOUNDATION
OF NORTHERN CALIFORNIA
William S. Freeman

NATIONAL DAY LABORER
ORGANIZING NETWORK
Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*

2
PLAINTIFF CRISTA RAMOS' SPECIAL INTERROGATORIES TO DEFENDANT DHS
CASE NO. 3:18-CV-1554-EMC

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>        Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**PLAINTIFF CRISTA RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY**<br><br>**SET ONE** |

Additional Counsel for Plaintiffs

Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Fax: (213) 977-5297

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Emilou MacLean, SBN 319071
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff Crista Ramos |
| **RESPONDING PARTY:** | Defendant U.S. Department of Homeland Security |
| **NO.:** | One |

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Crista Ramos hereby requests that Defendant U.S. Department of Homeland Security ("DHS") produce for inspection and photocopying all documents and tangible things responsive to the categories described below at the offices of Sidley Austin LLP, at 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013, within thirty (30) days of service of this Request for Production of Documents.

**I.   DOCUMENTS REQUESTED**

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents identified in response to Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to show the contents of each U.S. diplomatic cable from an overseas U.S. State Department facility since November 8, 2016 regarding whether to extend the Temporary Protected Status ("TPS") designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 3:**

Documents sufficient to show the contents of each U.S. diplomatic cable from an overseas U.S. State Department facility since November 8, 2016 about implementing the final decisions to terminate TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 4:**

Communications since November 8, 2016, between or on behalf of, on the one hand, the secretary, deputy secretary, director, deputy director, commissioner, deputy commissioner, chief of staff, or director of legislative affairs (as to all such positions, whether acting or appointed) of DHS, U.S. Immigration & Customs Enforcement, U.S. Citizenship & Immigration Services, U.S. Customs & Border Protection, and the U.S. Department of State, and, on the other hand, any member of Congress (or their staff), international bodies, or nongovernmental organizations regarding whether to extend or terminate the TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show the contents of records considered or relied on between November 8, 2016 and the present concerning whether to extend or terminate TPS designations for El Salvador, Haiti, Nicaragua, and/or Sudan.

**REQUEST FOR PRODUCTION NO. 6:**

Documents used to prepare then-DHS Secretary Kelly for testimony regarding terminations of TPS designations before the Senate Committee on Homeland Security and Governmental Affairs on June 6, 2017.

**REQUEST FOR PRODUCTION NO. 7:**

Documents used to prepare DHS Secretary Nielsen for testimony regarding terminations of TPS designations before the Senate Committee on Homeland Security and Governmental Affairs on January 16, 2018.

**REQUEST FOR PRODUCTION NO. 8:**

Documents and communications related to drafts of DHS's press releases or internal memoranda that announced, explained, or implemented the TPS termination decisions, including any memoranda or guidance about how to respond to questions from media or TPS holders.

**REQUEST FOR PRODUCTION NO. 9:**

To the extent your responses to the requests for admission propounded concurrently with these requests are anything other than unqualified admissions, produce sufficient documents to support your responses.

**REQUEST FOR PRODUCTION NO. 10:**

To the extent not already covered by another document request, produce the documents identified in, referred to, or relied upon to prepare your responses to the interrogatories or requests for admission.

**REQUEST FOR PRODUCTION NO. 11:**

Produce the administrative record that was before DHS pertaining to the Secretary's or Acting Secretary's most recent decisions to extend or terminate the TPS designations for El

Salvador, Haiti, Nicaragua, and Sudan, including documents that were indirectly considered and documents that did not support the ultimate decision.

**REQUEST FOR PRODUCTION NO. 12:**

Produce the administrative record, if any, that was before DHS pertaining to the decision to interpret the TPS statute to require that the Secretary focus only on the "originating condition" when determining whether to extend or terminate a TPS designation.

Date: May 3, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

_____
Alycia A. Degen
Sean Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda R. Farfel
Andrew B. Talai
Marisol Ramirez

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham

ACLU FOUNDATION
OF NORTHERN CALIFORNIA
William S. Freeman

NATIONAL DAY LABORER
ORGANIZING NETWORK
Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*