# Exhibit 5

**From:** ▮
**Sent:** Monday, May 22, 2017 2:55 PM
**To:** ▮
**Subject:** FW: Six month extension of TPS designation for Haiti
**Attachments:** Haiti TPS extension release.docx

This is the message sent to both House and Senate staffers of those who signed letters (that OLA was aware of) at 12:45 today

▮
Congressional Liaison Specialist
Office of Legislative Affairs
US Citizenship and Immigration Services
▮

Visit "The Resources Guide for Congress" on the USCIS Website: http://www.uscis.gov/congressionalresources

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete or destroy all copies. Thank You.*

**From:** ▮
**Sent:** Monday, May 22, 2017 12:45 PM
**To:** ▮
**Subject:** Six month extension of TPS designation for Haiti

Good Afternoon:

The Secretary of Homeland Security (Secretary) is extending the designation of Haiti for Temporary Protected Status (TPS) for 6 months, from July 23, 2017, through January 22, 2018. The Secretary has determined that a limited, 6-month extension is warranted because, although Haiti has made significant progress in recovering from the January 2010 earthquake that prompted its initial designation, conditions in Haiti supporting its designation for TPS continue to be met at this time.

Prior to January 22, 2018, Secretary Kelly will re-evaluate the designation for Haiti and will determine whether another extension, a re-designation, or a termination is warranted, in full compliance with the Immigration and Nationality Act.

During this six-month extension, beneficiaries with no immigration status other than TPS are encouraged to prepare for their return to Haiti prior to January 22, 2018 in the event Haiti's designation is not extended again. This preparation includes requesting updated travel documents from the government of Haiti.

▮
Congressional Liaison Specialist
Office of Legislative Affairs
US Citizenship and Immigration Services

DHS_RFPD_00000372

# News Release

May 22, 2017

## Secretary Kelly Statement on the Limited Extension of Haiti's Designation for Temporary Protected Status

**WASHINGTON**—Secretary of Homeland Security John F. Kelly today announced his decision to extend—for an additional six months—the Temporary Protected Status (TPS) designation for Haiti. This extension is effective July 23, 2017 through January 22, 2018.

"After careful review of the current conditions in Haiti and conversations with the Haitian government, I have decided to extend the designation of Haiti for Temporary Protected Status for a limited period of six-months," said Secretary Kelly. "Haiti has made progress across several fronts since the devastating earthquake in 2010, and I'm proud of the role the United States has played during this time in helping our Haitian friends. The Haitian economy continues to recover and grow, and 96 percent of people displaced by the earthquake and living in internally displaced person camps have left those camps. Even more encouraging is that over 98 percent of these camps have closed. Also indicative of Haiti's success in recovering from the earthquake seven years ago is the Haitian government's stated plans to rebuild the Haitian President's residence at the National Palace in Port-au-Prince and the withdrawal of the United Nations Stabilization Mission in Haiti."

Secretary Kelly was particularly encouraged by representations made to him directly by the Haitian government regarding their desire to welcome the safe repatriation of Haitian TPS recipients in the near future. "This six-month extension should allow Haitian TPS recipients living in the United States time to attain travel documents and make other necessary arrangements for their ultimate departure from the United States, and should also provide the Haitian government with the time it needs to prepare for the future repatriation of all current TPS recipients. We plan to continue to work closely with the Haitian government, including assisting the government in proactively providing travel documents for its citizens."

Prior to the expiration of this limited six-month period, Secretary Kelly will re-evaluate the designation for Haiti and decide anew whether extension, re-designation, or termination is warranted. The Department of Homeland Security urges Haitian TPS recipients who do not have another immigration status to use the time before Jan. 22, 2018 to prepare for and arrange their departure from the United States—including proactively seeking travel documentation—or to apply for other immigration benefits for which they may be eligible. "I believe there are indications that Haiti – if its recovery from the 2010 earthquake continues at pace - may not warrant further TPS extension past January 2018. TPS as enacted in law is inherently temporary in nature, and beneficiaries should plan accordingly that this status may finally end after the extension announced today."

Further details about this extension of TPS for Haiti, including the application requirements and procedures, will appear in a Federal Register notice later this week.

- ### -