# Exhibit 6

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, August 31, 2017 8:34 AM |
| **To:** | McCament, James W |
| **Subject:** | FW: [Directors Office Clearance Request] AS2BB - 08.31.17 - Meeting w. Acting Director James McCament, USCIS (Due: 08.30.17, 0900) |
| **Attach:** | AS2 BM - Meeting with USCIS Acting Director (2).docx; Temporary Protected Status Designations.docx; **Non Responsive** |

**Non Responsive**

Here is what was send to DDClear yesterday. Hope this helps.

Advisor to the Acting Director (Detail)
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW, Washington, DC 20529

---

**From:** USCIS Exec Sec
**Sent:** Wednesday, August 30, 2017 11:41 AM
**To:** DDCLEAR

**Subject:** [Directors Office Clearance Request] AS2BB - 08.31.17 - Meeting w. Acting Director James McCament, USCIS (Due: 08.30.17, 0900)
**Importance:** High

Good afternoon,

Please see the attached Briefing Memo and attachments in response to the below tasking from DHS ESEC with information provided by OP&S, RAIO and FOD. SCOPS deferred to OP&S.

Due to the very short turn around OCC is concurrently reviewing the materials.

USCIS' response was due by **9am today, August 30, 2017**.

Respectfully,

Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Department of Homeland Security

**Cc:** ESEC-BBIC
**Subject:** AS2BB - 08.31.17 - Meeting w. Acting Director James McCament, USCIS (Due: 08.30.17, 0900)

All materials must be formatted to comply with the attached templates

| Event Date | Thursday, 08.31.17 (1430-1530) |
|---|---|
| Event Name | Meeting w. Acting Director ▮ |
| Lead Component | USCIS |
| Required Coordination | n/a |
| Product | Briefing Memo |
| Notes | Details<br><br>Attendees:<br>Acting Deputy Secretary Grady<br>▮<br>James McCament<br>Lora Ries/Todd Young<br><br>Location: USCIS HQ<br><br>Meeting Classification:  Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified.  (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>Please note that all materials being shown to the Secretary must be passed through Exec Sec first. Please do not bring anything to the meeting ES has not seen (classified or unclassified) without prior approval.  If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110D; 25 if in Rm. 5107.) |
| Due | **Wednesday, 08.30.17 (0900)** |

*DHS Briefing Book and Interagency Coordination Standards and Procedures* (including links to templates) are located on the DHS intranet at: ▮



*"ESEC: Excellent Service Endless Commitment"*