# Exhibit 7

| Begin Bates | End Bates | Begin Attach | End Attach | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOCDATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AR-NICARAGUA-00000012 | AR-NICARAGUA-00000012 | AR-NICARAGUA-00000012 | AR-NICARAGUA-00000012 | ESE Share Drive | Cisna, Francis, Neaikin, James D. | Acting Secretary Duke | | no date | | 11/6/2017 | 17-6049 AS1 MEMO Nicaragua TPS 11.06.17 v3 date.docx | DP - Deliberative Process | Memo containing deliberations regarding Nicaragua's designation for temporary protected status; draft AS1 Memo to Neaikin and Cisna, signed version produced | |
| AR-NICARAGUA-00000031 | AR-NICARAGUA-00000031 | AR-NICARAGUA-00000031 | AR-NICARAGUA-00000031 | ESE Share Drive | N/A | Cisna, Francis | | no date | | 11/10/2017 | 17-7819 Nicaragua TPS Supporting Docs 11.10.17.pdf | DP - Deliberative Process | Previous draft version of USCIS Nicaragua Memo containing deliberations about Nicaragua's designation for temporary protected status | |
| AR-NICARAGUA-00000039 | AR-NICARAGUA-00000056 | AR-NICARAGUA-00000039 | AR-NICARAGUA-00000056 | Duke, Elaine | N/A | DHS Office of Intelligence and Analysis | | Dated Nov 2, 2017 | 5/10/2018 | | DMS_SZECD_PF_00000001.BEGL DOSEPAPER6.pdf | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-NICARAGUA-00000057 | AR-NICARAGUA-00000078 | AR-NICARAGUA-00000057 | AR-NICARAGUA-00000078 | Duke, Elaine | N/A | DHS Office of Intelligence and Analysis | | Dated Nov 2, 2017 | 5/10/2018 | | DMS_SZECD_PF_00000007.pdf | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-NICARAGUA-00000085 | AR-NICARAGUA-00000085 | AR-NICARAGUA-00000085 | AR-NICARAGUA-00000085 | Duke, Elaine | N/A | N/A | | undated | 5/10/2018 | | DMS_SZECD_PF_00000001.pdf | EP - Executive Privilege; DP - Deliberative Process | Previous Draft Version of USCIS Memo containing deliberations about Sudan's designation to TPS | |
| AR-NICARAGUA-00000112 | AR-NICARAGUA-00000112 | AR-NICARAGUA-00000112 | AR-NICARAGUA-00000112 | Duke, Elaine | Various Officials | White House | | dated Nov 3, 2017 | 5/10/2018 | | DMS_SZECD_PF_00000009.pdf | EP - Executive Privilege; DP - Deliberative Process | Duke's handwritten notes containing deliberations with White House officials regarding upcoming TPS decisions | |
| AR-NICARAGUA-00000125 | AR-NICARAGUA-00000125 | AR-NICARAGUA-00000125 | AR-NICARAGUA-00000125 | Duke, Elaine | Acting Secretary Duke | Secretary of State Tillerson | | dated Oct. 31, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000003.pdf | DP - Deliberative Process | Copy of 10/31/2017 State Department memo containing Duke's handwritten notes | |
| AR-NICARAGUA-00000126 | AR-NICARAGUA-00000126 | AR-NICARAGUA-00000126 | AR-NICARAGUA-00000126 | Duke, Elaine | Acting Secretary Duke | Secretary of State Tillerson | | dated Oct. 31, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000004.pdf | DP - Deliberative Process | Nicaragua State Department Assessment containing Duke's handwritten notes; clean version produced | |
| AR-NICARAGUA-00000127 | AR-NICARAGUA-00000127 | AR-NICARAGUA-00000127 | AR-NICARAGUA-00000127 | Duke, Elaine | Acting Secretary Duke | Secretary of State Tillerson | | dated Oct. 31, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000003.pdf | DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; 501 cover recommendation re Nicaragua with Duke's notes; clean version produced | |
| AR-NICARAGUA-00000130 | AR-NICARAGUA-00000130 | AR-NICARAGUA-00000130 | AR-NICARAGUA-00000130 | Duke, Elaine | N/A | N/A | | dated Oct. 31, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000004.pdf | DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; 501 cover printout of TPS statute with Duke's notes | |
| AR-NICARAGUA-00000131 | AR-NICARAGUA-00000131 | AR-NICARAGUA-00000131 | AR-NICARAGUA-00000131 | Duke, Elaine | N/A | N/A | | printed 11/4/2017 | 5/11/2018 | | DMS_SZECD_PF_00000004.pdf | DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; TPS briefing document with Duke's notes | |
| AR-NICARAGUA-00000132 | AR-NICARAGUA-00000132 | AR-NICARAGUA-00000132 | AR-NICARAGUA-00000132 | Duke, Elaine | N/A | N/A | | Oct. 13, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000004.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue; briefing document attachment | |
| AR-NICARAGUA-00000133 | AR-NICARAGUA-00000133 | AR-NICARAGUA-00000133 | AR-NICARAGUA-00000133 | Duke, Elaine | N/A | N/A | | Oct. 13, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000005.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue; briefing document attachment | |
| AR-NICARAGUA-00000136 | AR-NICARAGUA-00000136 | AR-NICARAGUA-00000136 | AR-NICARAGUA-00000136 | Duke, Elaine | N/A | DHS Office of Intelligence and Analysis | | Dated Nov 2, 2017 | 5/11/2018 | | DMS_SZECD_PF_00000005.pdf | LE - Law Enforcement | Duplicate of version already produced, but has Duke's notes | |

| Begin Bates | End Bates | Begin Attach | End Attach | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOCDATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AR-NICARAGUA-00000137 | AR-NICARAGUA-00000137 | AR-NICARAGUA-00000138 | AR-NICARAGUA-00000138 | Duke, Elaine | N/A | N/A | | 10/31/2017 | | 5/11/2018 | DHS_SZECD_PF_00000057.pdf | DP - Deliberative Process | Memo containing redacted deliberations and recommendations regarding TPS determinations for El Salvador, Honduras, and Nicaragua | Has Redactions |
| AR-NICARAGUA-00000145 | AR-NICARAGUA-00000145 | AR-NICARAGUA-00000145 | AR-NICARAGUA-00000145 | Duke, Elaine | Krause, Scott | Deputy Chief of Staff | | 10/31/2017 | | 5/11/2018 | DHS_SZECD_PF_00000059.pdf | AC - Attorney Client Privilege; DP - Deliberative Process | Memo to DHS Deputy Chief of Staff containing redacted deliberations regarding TPS recommendations for El Salvador, Honduras, and Nicaragua and seeking or providing legal advice regarding the policy at issue | Has Redactions |
| AR-NICARAGUA-00000146 | AR-NICARAGUA-00000146 | AR-NICARAGUA-00000146 | AR-NICARAGUA-00000146 | Duke, Elaine | Acting Secretary Duke | Cissna, Francis | | dated Oct. 26, 2017 | | 5/11/2018 | DHS_SZECD_PF_00000070.pdf | DP - Deliberative Process | USCIS memo regarding Nicaragua's designation for temporary protected status with Duke's notes; clean version produced | |
| AR-NICARAGUA-00000181 | AR-NICARAGUA-00000181 | AR-NICARAGUA-00000181 | AR-NICARAGUA-00000181 | Duke, Elaine | N/A | N/A | | undated | | 5/11/2018 | DHS_SZECD_PF_00000074.pdf | DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; TPS Legal Authority Memo with Duke's notes; clean version produced. | |
| AR-NICARAGUA-00000083 | AR-NICARAGUA-00000083 | AR-NICARAGUA-00000083 | AR-NICARAGUA-00000083 | Duke, Elaine Classified | N/A | | | | | 7/6/2018 | DHS_SZECD_PF_00000010.pdf Classified Documents | Adobe Portable Document Format Classified | DP - Deliberative Process Classified Assessments | Duke's notes reflecting her deliberations for deciding what to do for the upcoming TPS deadlines. |