# Exhibit 9

| Begin Bates | End Bates | Begin Attachment | End Attachment | CUSTODIAN | To | FROM | CC | DATE TIME | DATE TIME | DATE TIME | DOCDATE | FILENAME | FILETYPE | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AR-HAITI-00000010 | AR-HAITI-00000010 | AR-HAITI-00000010 | AR-HAITI-00000010 | ESEC Share Drive | | | | | | | 11/13/2017 | 11.13.17 - Haitian MFA Rodrigue - Bio.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Biographical Info of Antonio Rodrigue, Minister of Foreign Affairs of the Republic of Haiti, compiled for briefing materials. | |
| AR-HAITI-00000011 | AR-HAITI-00000011 | AR-HAITI-00000011 | AR-HAITI-00000011 | ESEC Share Drive | | | | | | | 11/13/2017 | 11.13.17 - Haitian MFA Rodrigue - BM.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Briefing Memo re Meeting with Haitian Minister | |
| AR-HAITI-00000026 | AR-HAITI-00000026 | AR-HAITI-00000026 | AR-HAITI-00000026 | ESEC Share Drive | | | | | | | 11/9/2017 | 11.13.17- TPS- BM.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Nov. 13, 2017 Haiti TPS Strategy Meeting concerning deliberations of upcoming Haiti TPS decision. | |
| AR-HAITI-00000028 | AR-HAITI-00000028 | AR-HAITI-00000028 | AR-HAITI-00000028 | ESEC Share Drive | | | | | | | 11/15/2017 | 11.16.17- Senator Nelson-BM.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Briefing Material re Nov. 16, 2017 Meeting with Senator Nelson | |
| AR-HAITI-00000030 | AR-HAITI-00000030 | AR-HAITI-00000030 | AR-HAITI-00000030 | ESEC Share Drive | | | | | | | 11/15/2017 | 11.16.17 - Senator Nelson-D.pdf | Adobe Portable Document Format | DP - Deliberative Process | Biographical info of Senator Bill Nelson compiled for briefing materials | |
| AR-HAITI-00000064 | AR-HAITI-00000064 | AR-HAITI-00000064 | AR-HAITI-00000081 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000001.BEG LOOSEPAPERS.pdf | Adobe Portable Document Format | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-HAITI-00000082 | AR-HAITI-00000082 | AR-HAITI-00000082 | AR-HAITI-00000103 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000004.pdf | Adobe Portable Document Format | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-HAITI-00000104 | AR-HAITI-00000104 | AR-HAITI-00000104 | AR-HAITI-00000107 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000005.pdf | Adobe Portable Document Format | DP - Deliberative Process; LE - Law Enforcement | Deliberations regarding the formulation of the policy at issue that inclued law enforcement sensitive materials containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-HAITI-00000108 | AR-HAITI-00000108 | AR-HAITI-00000108 | AR-HAITI-00000108 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000011.pdf | Adobe Portable Document Format | DP - Deliberative Process | AS1 Duke's Handwritten Notes re: conversations with various officials during meeting at the WH about upcoming TPS decisions. | |
| AR-HAITI-00000109 | AR-HAITI-00000109 | AR-HAITI-00000109 | AR-HAITI-00000109 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000019.pdf | Adobe Portable Document Format | EP - Executive Privilege; DP - Deliberative Process | National Security Council Memo concerning deliberations for upcoming TPS decisions | |
| AR-HAITI-00000120 | AR-HAITI-00000120 | AR-HAITI-00000120 | AR-HAITI-00000120 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000025.pdf | Adobe Portable Document Format | DP - Deliberative Process | Handwritten notes deliberating on Haiti TPS decision | |
| AR-HAITI-00000121 | AR-HAITI-00000121 | AR-HAITI-00000121 | AR-HAITI-00000121 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000026.pdf | Adobe Portable Document Format | DP - Deliberative Process | Handwritten notes deliberating on Haiti TPS decision | |
| AR-HAITI-00000122 | AR-HAITI-00000122 | AR-HAITI-00000122 | AR-HAITI-00000122 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000027.pdf | Adobe Portable Document Format | DP - Deliberative Process | USCIS Memo on Haiti TPS decision with handwritten notes | |
| AR-HAITI-00000125 | AR-HAITI-00000125 | AR-HAITI-00000125 | AR-HAITI-00000125 | Duke, Elaine | | | | | | | 5/10/2018 | DHS_S2ECD_PF_00000030.pdf | Adobe Portable Document Format | DP - Deliberative Process | Ambassador Altidor Letter with handwritten notes | |
| AR-HAITI-00000126 | AR-HAITI-00000126 | AR-HAITI-00000126 | AR-HAITI-00000126 | Duke, Elaine | | | | | | | 5/11/2018 | DHS_S2ECD_PF_00000031.pdf | Adobe Portable Document Format | DP - Deliberative Process | Deliberations concerning State Department recommendations-notes on State Department 10/31/17 letter | |
| AR-HAITI-00000131 | AR-HAITI-00000131 | AR-HAITI-00000131 | AR-HAITI-00000131 | Duke, Elaine | | | | | | | 5/11/2018 | DHS_S2ECD_PF_00000034.pdf | Adobe Portable Document Format | DP - Deliberative Process | DoS Country Assessment with Duke's comments and highlights. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AR-HAITI-00000132 | AR-HAITI-00000132 | AR-HAITI-00000132 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000036.pdf | Adobe Portable Document Format | DP - Deliberative Process | Underlining of Federal Register Notice for Haiti TPS extension in May 2017 |
| AR-HAITI-00000133 | AR-HAITI-00000133 | AR-HAITI-00000133 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000037.pdf | Adobe Portable Document Format | DP - Deliberative Process | Deliberations and notes concerning State Department recommendations |
| AR-HAITI-00000134 | AR-HAITI-00000134 | AR-HAITI-00000134 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000038.pdf | Adobe Portable Document Format | DP - Deliberative Process | Notes concerning press release of Haiti TPS extension in May 2017 re deliberations of upcoming TPS decisions |
| AR-HAITI-00000165 | AR-HAITI-00000165 | AR-HAITI-00000165 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000042.pdf | Adobe Portable Document Format | DP - Deliberative Process | Duke's notes on USCIS report on country conditions in Haiti. |
| AR-HAITI-00000166 | AR-HAITI-00000166 | AR-HAITI-00000166 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000044.pdf | Adobe Portable Document Format | DP - Deliberative Process | Deliberations concerning State Department recommendations-emphasizing portions of 10/31/17 letter |
| AR-HAITI-00000167 | AR-HAITI-00000167 | AR-HAITI-00000167 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000045.pdf | Adobe Portable Document Format | DP - Deliberative Process | DoS Haiti Assessment; this one contains Duke's notes. |
| AR-HAITI-00000168 | AR-HAITI-00000168 | AR-HAITI-00000168 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000047.pdf | Adobe Portable Document Format | DP - Deliberative Process | Printout of Section 244 of INA with notes and underlining |
| AR-HAITI-00000171 | AR-HAITI-00000171 | AR-HAITI-00000186 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000052.pdf | Adobe Portable Document Format | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| AR-HAITI-00000187 | AR-HAITI-00000187 | AR-HAITI-00000194 | Duke, Elaine | 5/11/2018 | DHS_S2ECD_PF_00000053.pdf | Adobe Portable Document Format | DP - Deliberative Process; LE - Law Enforcement | DHS intelligence assessment for El Salvador, Honduras, and Haiti | Has Redactions |
| AR-HAITI-00000199 | AR-HAITI-00000199 | AR-HAITI-00000199 | Duke, Elaine | 7/6/2018 | DHS_S2ECD_PF_00000010.pdf | Adobe Portable Document Format | DP - Deliberative Process | Duke's notes reflecting her deliberations for deciding what to do for the upcoming TPS deadlines. |
| | | Duke, Elaine | | | | | Classified documents | Classified Assessments |