# Exhibit 11

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

 

**INTELLIGENCE ASSESSMENT**

2 November 2017

(U) Border Security

(U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua

(U//FOUO) **Scope.** This Intelligence Assessment provides an overview of how the approximately 434,000 Temporary Protected Status (TPS) beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua would respond these protections were to expire in the second quarter of FY 2018.[1,2] The Assessment focuses on the homeland security implications of expiring TPS protections, including the possibility of former beneficiaries returning illegally after deportation and other operational considerations involving law enforcement, economic, and other concerns. It is intended for US policy makers, Intelligence Community partners, and state, local, tribal, and territorial law enforcement partners. The information cutoff date for this assessment is 24 October 2017.

(U) *Prepared by the Office of Intelligence and Analysis (I&A).* ████████████████████

(U) Key Judgment

(U//FOUO) I&A judges that former TPS beneficiaries from all four countries choosing to illegally return to the United States likely would have the personal and economic motivation and the financial means to pay smugglers to assist them. I&A assesses that TPS beneficiaries from El Salvador and Honduras who are returned to their home countries would have the highest rates of illegal return migration due to these countries' established routes for illicit travel and entry at the US Southwest Border. Beneficiaries from Haiti will have more moderate levels of illegal return migration due to well-established maritime deterrence methods. Beneficiaries from Nicaragua may have some illegal return migration due to prevalent economic and social issues there; however, its smaller TPS population would represent a lower impact on DHS interests.

(U) Key Assumptions

(U//FOUO) Our analysis assumes that host nations would begin to receive repatriated citizens within 6 to 12 months of TPS expiration, and that a significant portion of beneficiaries would not pursue status adjustment, such as seeking asylum or student visas, to remain in the United States.

IA-0XXX-18

(U) **LAW ENFORCEMENT SENSITIVE:** The information marked (U//LES) in this document is the property of DHS and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without DHS authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website or an unclassified network.

(U) **Warning:** This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector security officials without further approval from DHS.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

(U//FOUO) We assume that former TPS holders would not migrate in significant numbers to Canada or Mexico prior to being deported from or voluntarily leaving the United States.

- (U//FOUO) Family and economic ties to the United States likely would motivate repatriated TPS holders to return to the United States, possibly via illegal migration. Many TPS beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua have lived continuously in the United States since the late 1990s, according to ▒▒▒▒.[3,4] TPS beneficiaries made up 80 percent of the labor force, are parents to hundreds of thousands of United States citizen children, and maintain strong economic ties to the United States through home and business ownership, according to the Center for Migration Studies, a US-based think tank and educational institute that studies international migration.[5]

- (U//LES) Honduras and El Salvador migrants take well-established overland routes to attempt to access the US Southwest Border illicitly using trains, buses, taxis, and personal cars. Trips take an average of 10 to 21 days and cost up to $8,000, according to a body of ▒▒▒▒ reporting from 2014 to 2017.[6-13] Former TPS beneficiaries deported from the United States to Honduras and El Salvador could easily use these routes to return almost immediately to the United States; additionally, they likely have the means to pay any associated smuggling costs because of the income they earned while living and working in the United States, according to ▒▒▒▒ research.[14]

- (U//LES) Since consistent USCG patrolling has successfully deterred migrants from traveling on maritime routes, many are resorting to overland routes to the US Southwest Border via South and Central America, according to a body of ▒▒▒▒ reporting.[15,16,17,18] ▒▒▒▒ assessed in February 2017 that Haitian maritime migration levels are likely to remain constant through FY 2019, barring any change to US immigration policy, a significant natural disaster, or major degradation of security conditions.[19]

- (U//LES) Like other Central Americans, Nicaraguan migrants also take overland routes to reach the US Southwest Border, but the number of Nicaraguan migrants who traveled illegally to the United States compared to those from Northern Triangle countries was relatively low, with less than 1,500 total encounters per year in both FY 2016 and FY 2017, according to ▒▒▒▒ data.[20,21,22,a]

---

**(U) What is Temporary Protected Status (TPS)?**

(U) The Secretary of Homeland Security may designate a foreign country for Temporary Protected Status (TPS) due to conditions in the country that temporarily prevent the country's nationals from returning safely, or in certain circumstances, where the country is unable to handle the return of its nationals adequately. USCIS may grant TPS to eligible nationals of certain countries (or parts of countries), who are already in the United States. Eligible individuals without nationality who last resided in the designated country may also be granted TPS.[23]

---

ᵃ (U//FOUO) In FY 2016, the total encounters (apprehensions and inadmissibles) for Nicaraguan nationals were 1,347; in FY 2017, the total encounter number was 1,139, according to CBP statistics.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

## (U) TPS Expiration: DHS's Operational and Tactical Considerations

(U//FOUO) ▇: Analysts noted that all TPS beneficiaries losing protected status could seek to adjust their status to prevent deportation. These adjustments include, but are not limited to, other LPR applications, asylum claims, student visas, and non-immigrant visas. Any TPS beneficiary eligible for removal could be sponsored for LPR status by a US citizen child over the age of 21. Given that the average TPS beneficiary is in their mid-forties, many may have US citizen children old enough to assist them in adjusting to LPR status. ▇ analysts also noted that the number of beneficiaries registered does not necessarily reflect the total number of individuals eligible for removal, as many have already adjusted their legal status and have not updated their records with the agency. Any TPS beneficiaries who illegally immigrate to a third nation (such as Canada) would not automatically lose TPS in the United States; however, without advanced permission to leave the country, they would likely be stopped at the border and not allowed to re-enter the United States.[24,25]

(U//LES) ▇ data shows 240,255 removals processed in FY 2016, at a total cost of $4.23 billion. The average cost for a removal in FY 2016 was $11,869 per person, with individuals remaining in detention for an average of 34.9 days. As of 25 September 2017, there were 203 authorized detention facilities in the United States with an average daily population of 38,107.[26] Based on current ▇ priorities, loss of TPS benefits alone would not meet the threshold for targeted removal unless individuals are found to be a national security threat, convicted of criminal acts, or previously in removal proceedings before TPS was originally designated.

(U//FOUO) **State and Local Perspective:** ▇ reported many ▇ offices commenting that, if TPS expired for any of the four countries, the impact on both federal operations and state-level interests would be dependent on whether the expiration dates were concurrent or staggered. The Massachusetts ▇ indicated that while the repeal of TPS extensions would increase cost and workload for United States law enforcement, the ▇ office in the state could handle the increase without major issues. The ▇ offices in North Carolina and Florida indicated that they would not have adequate facilities to house any extra deportees, and they might be burdened by the costs associated with the monitoring of parolees, to include GPS ankle monitors and additional staffing needed to support these services. The ▇ office in North Carolina cited the extra burden that TPS expiring would likely have on the federal immigration court system, suggesting that for those without a criminal record, the average wait time for a hearing date would likely be between 12 and 16 months. The ▇ offices in Florida, Georgia, and New York indicated that TPS expiration would have a generally low or unknown impact on state tax revenue and social services due to uncertainties over the size of areas of responsibility, prioritization of removals, timelines for work authorization removal, and differing local demographics. Some polled states indicated that other economic impacts would most likely be felt at the local level.[27,28]

### (U) Alternative Analysis

- (U//FOUO) I&A considered the possibility that former TPS beneficiaries returning to their home countries would remain there because they perceive US immigration policy as a barrier to returning to the United States. We also could have overestimated the effect that pull factors (the economy, familial and social ties) would have on their decision to return to the United States. If true, our estimates on return migration would be lowered, as would the potential impact to DHS personnel and resources.

- (U//FOUO) I&A considered the possibility that former TPS beneficiaries would travel to a third nation such as Canada or Mexico. This scenario, if true, was deemed to have no DHS equities.

- (U//FOUO) I&A considered the possibility that a large number of TPS beneficiaries would legally adjust status in the United States.[b] This alternative assumes beneficiaries' knowledge of their legal options to adjust status and could impact wait times for the USCIS case load and federal immigration court. I&A currently lacks data to forecast this scenario.

- (U//FOUO) I&A considered the possibility that TPS beneficiaries could respond to TPS expiration by staying in the United States illegally rather than attempting to adjust status or departing to their home countries. If true, former TPS beneficiaries would contribute to the pool of illegal overstays already residing in the United States, and would burden ICE removal operations depending on prioritization. I&A currently lacks data to forecast this scenario.

(U) Tracked by: HSEC-3

---

[b] (U) Examples of ways TPS beneficiaries could adjust their status include asylum claims, marriage to a US citizen, applications for LPR status, and applications for non-immigrant visas.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

AR-HAITI-00000173

AR-HAITI-00000174

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

# (U) Appendix A:
## TPS Overview El Salvador

(U//SBU) El Salvador received TPS designation in 2001 after two earthquakes caused serious damage to the country's housing and security. The country, which experienced subsequent environmental disasters preventing beneficiaries from returning, received its most recent TPS extension in July 2016, expiring on 9 March 2018. El Salvador will continue to lobby for a TPS extension, almost certainly on the grounds that multiple factors (limited immigration infrastructure, underdeveloped economy, environmental problems) lower its reabsorption capacity for potential returnees.[29,30,31,32]

(U//FOUO) I&A assesses that, if TPS were to expire, well-established family ties in the United States and a host of push factors in El Salvador, such as poor job prospects, gang-related violence, and potentially poor living conditions at home, would lead to high levels of illegal return migration among returnees. Should they decide to return illegally, existing smuggling routes to the US Southwest border would facilitate their return to the United States.[33,34,35,36]

(U) Registered TPS Beneficiaries in the United States presented by age and location as of 2 October 2017.[37]



(U) Salvadoran TPS Beneficiaries by Age
*Data Source: USCIS

| State | Beneficiaries | City | Beneficiaries |
|---|---|---|---|
| California | 66,518 | Los Angeles, CA | 19,399 |
| Texas | 46,497 | Houston, TX | 18,057 |
| New York | 32,296 | Silver Spring, MD | 4,266 |
| Virginia | 25,496 | Dallas, TX | 4,024 |
| Maryland | 24,255 | Brentwood, NY | 4,011 |
| Other States | 67,991 | Other Cities | 217,285 |

(U) Warning: This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector security officials without further approval from DHS.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

AR-HAITI-00000175

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

### (U//FOUO) Push Factors Increase Potential Illegal Return Migration to the United States

» (U) Family ties would certainly lure repatriated TPS beneficiaries back to the United States. TPS holders from El Salvador have some 192,000 US citizen children, while 34 percent have mortgages.[38]

» (U//SBU) TPS returnees likely would have difficulties finding employment in El Salvador. The country created only 12,000 out of the 60,000 jobs needed in 2016, according to ▌▌▌▌▌▌▌▌▌▌.[39] Nearly 85 percent of TPS holders from El Salvador have a median household income of $50,000 in the United States, according to estimates by the Center for Migration Studies of New York.[40] In comparison, the United Nations reports that Salvadorans earn an average of $4,100 annually.[41]

» (U//SBU) Gang-related violence is a dominant push factor for emigration from El Salvador, which would likely continue for any TPS beneficiaries returning to the country. El Salvador has the world's highest homicide rate outside of war zones; 81 per 100,000 people were killed in 2017, caused by increasing gang-on-gang violence.[42]

» (U) TPS returnees would face recurring natural disasters and a government unable to recover from them, making living conditions uninhabitable. El Salvador ranks second in the world for risk exposure to two or more environmental hazards, according to the World Bank—resulting in an estimated 2.5 percent loss in annual GDP and further delay of economic development.[43] On 7 July 2017, ▌▌▌▌▌▌▌▌▌▌ recommended the extension of TPS, noting El Salvador's slow economic and social recovery from the 2001 earthquakes, as well as their vulnerability to future environmental disasters.[44]

### (U) Host Nation Justifications to Extend TPS

» (U//SBU) Receiving thousands of returned citizens would overwhelm the government's limited migration infrastructure. Despite passing legislation to improve information sharing concerning returned gang members from the United States, El Salvador's migrant reintegration system remains limited, including a single long-term migration center located in San Salvador that can only facilitate up to 200 individuals per day.[45,46] While the center successfully processed approximately 52,560 returning migrants and families in December 2016, embassy reports convey that the center does not have enough resources to meet the needs of returning TPS deportees.[47]

» (U//SBU) El Salvador lacks the financial resources to invest in the reintegration of a returning TPS population. TPS beneficiaries provide necessary remittances to families in El Salvador to supplement food and living expenses, creating a cycle of tax-free income that promotes unemployment and limits funding for social services.[48,49] In 2015, ▌▌▌▌▌▌ reporting noted that remittances from the United States ($4.27 billion) were four times greater than El Salvador's public investment ($1.02 billion), and 10 times higher than foreign direct investment ($429 million), further preventing economic development, increasing remittance dependency, driving emigration from El Salvador, and increasing crime.[50,51]

» (U//SBU) Environmental and health challenges, according to ▌▌▌▌▌▌ in El Salvador, render El Salvador unable to handle the return of its citizens from the United States.[52,53] Salvadorans face high instances of tropical diseases, respiratory illnesses, and traffic-related mortality rates in the region, according to the World Bank, diverting national expenditures from improving immigration and security programming.[54]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

AR-HAITI-00000176

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

# (U) Appendix B:
## TPS Overview Honduras

(U//SBU) Honduras received TPS designation in early 1999 in the aftermath of Hurricane Mitch, which killed 5,657 and displaced 1.1 million people. It received its most recent extension in 2016, as additional natural disasters and pandemic illnesses have prevented the country from recovering. With its TPS expiring on 5 January 2018, Honduras will continue lobbying for a TPS extension, likely on the grounds that multiple factors—including a limited migration infrastructure, lack of resources, and national focus on stopping violent crime—will limit its ability to accept returning citizens.[55,56]

(U//FOUO) I&A assesses that if TPS were to expire, well-established family ties in the United States and a host of push factors in Honduras, such as poor living conditions and fear of gang violence, would very likely lead to high levels of illegal return migration amongst deported beneficiaries. Should these migrants decide to return illegally, existing smuggling routes to the US Southwest border would facilitate their return to the United States.[57,58]

(U) Registered TPS Beneficiaries in the United States presented by age and location as of 2 October 2017.[59]



Honduran TPS Beneficiaries by Age
*Data Source: USCIS

(U//FOUO) Top States and Cities for Honduran TPS Holders

| State | Beneficiaries | City | Beneficiaries |
|---|---|---|---|
| Florida | 17,096 | Miami, FL | 8,198 |
| California | 14,333 | Houston, TX | 6,780 |
| Texas | 13,858 | Los Angeles, CA | 4,348 |
| North Carolina | 5,320 | Bronx, NY | 1,357 |
| New Jersey | 5,237 | Dallas, TX | 1,145 |
| Other States | 18,313 | Other States | 25,118 |

accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official.

(U) Warning: The document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resources personnel or private sector security officials without further approval from DHS.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

### (U//FOUO) Push Factors Increase Potential Illegal Return Migration to the United States

- (U) Family ties would certainly motivate repatriated TPS beneficiaries to migrate back to the United States. TPS holders from Honduras have nearly 55,000 US citizen children; over 20 percent have mortgages; and over 75 percent have a median household income of $40,000, according to estimates by the Center for Migration Studies of New York.[60] By comparison, the United Nations reports that Hondurans earn an average of $2,500 per year in their home country.[61]

- (U//SBU) Hondurans remain dependent on remittances sent from family members working in the United States—another factor likely to prompt their return to the United States. Remittances comprise nearly 20 percent of the Honduran GDP, according to ▮▮▮▮▮.[62,63]

- (U) Honduras' inadequate living conditions could prompt emigration. The government has been unable to reconstruct much of the Honduran infrastructure due to the 2009 economic crisis and subsequent tropical storms in 2010 and 2011. As of 2013, nearly 40 percent of households did not have electricity and 15 percent had no access to clean water, which increased food and waterborne illnesses, according to the World Bank.[64] On 29 June 2017, ▮▮▮▮▮ recommended the extension of TPS because of Honduras' slow economic and social recovery from Hurricane Mitch, as well as their vulnerability to future environmental disasters.[65]

- (U//SBU) Honduras' insecurities would likely drive migration to the United States for TPS returnees, who are accustomed to the lower crime rates of the United States. While homicide rates in Honduras have decreased since 2011, ▮▮▮▮▮ and UN reports note that the country ranks as the second most dangerous in the region, with 56 per 100,000 people killed. ▮▮▮▮▮ also report that the country likely would need additional time to formalize initial investments in security reform and infrastructure to decrease illegal migration.[66,67,68]

### (U) Host Nation Justifications to Extend TPS

- (U//SBU) Limited migration infrastructure and social programs reduces Honduras' ability to support returning citizens. Honduras continues to have reintegration challenges, according to the World Bank, due to widespread corruption within public services, inadequate nutrition resources, and deficient government presence in rural areas, where 45 percent of citizens reside. In the past year, the country has improved its ability to accept some returning citizens, ▮▮▮▮▮ by opening migration centers in three urban areas.[69,70,71]

- (U//SBU) The Honduran Government lacks the ability to provide resources to agencies charged with integrating repatriated citizens. Honduras has one of weakest economies in Latin America, according to ▮▮▮▮▮ and World Bank reports, and it is unlikely to improve in the near future because of limited investment opportunities, decreasing labor participation, and ineffective tax collection services.[72,73]

- (U//SBU) The Government of Honduras views reintegration of returned citizens as a lower priority and focuses most of its resources on reducing gang violence and other domestic challenges. As part of a regional effort to stabilize migration, Honduras prioritized reducing corruption, battling gangs, and strengthening security services. Such initiatives would likely require long-term funding and political will, and, according to ▮▮▮▮▮ accommodating 91,000 TPS compatriots would prevent success.[74,75]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

# (U) Appendix D:
## TPS Overview Nicaragua

(U//SBU) Nicaragua received TPS designation in January 1999 after Hurricane Mitch and flooding caused severe damage and disruption to living conditions. TPS designation has been continually extended because of subsequent natural disasters, including extensive flooding, two earthquakes, 426 eruptions of the Telica volcano, a prolonged regional drought, and a coffee rust epidemic. TPS status is set to expire 5 January 2018.[109]

(U//FOUO) I&A assesses that the Government of Nicaragua would not request a new TPS extension because the government appears uninterested in engaging with the United States and is probably capable of reintegrating the considerably small population of TPS holders back into the country. However, if TPS were to expire, I&A assesses that decades-long economic and family ties to the United States, as well as a host of push factors—including low employment opportunities and a corrupt government system—would lead to high illegal return migration among deported beneficiaries.

(U//FOUO) Registered TPS Beneficiaries in the United States presented by age and location as of 2 Oct 2017.[110]



(U) Nicaraguan TPS Beneficiaries by Age
*Data Source: USCIS

| State | Beneficiaries | City | Beneficiaries |
|---|---|---|---|
| Florida | 2,612 | Miami, FL | 1,694 |
| California | 1,817 | Hialeah, FL | 279 |
| Texas | 464 | Houston, TX | 197 |
| New York | 168 | Los Angeles, CA | 156 |
| New Jersey | 156 | San Francisco, CA | 68 |
| Other States | 1,204 | Other States | 1,219 |

(U) Warning: This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector security officials without further approval from DHS.

### (U//FOUO) Push Factors Increase Potential Illegal Return Migration to the United States

- (U//SBU) Deported TPS holders are unlikely to find work in Nicaragua comparable to US employment, prompting them to return to the United States. In Nicaragua, over 75 of Nicaraguans work exclusively in informal jobs without official contracts or benefits and are highly vulnerable to employer exploitation, according to ▓▓▓▓▓▓▓▓▓.[111]

- (U//SBU) Migrant returnees would return to Nicaragua with major infrastructure and lack of employment opportunities due to reduced international investment. Significant international aid to Nicaragua's economy and infrastructure was recently suspended following the government's non-transparent and flawed 2011 elections.[112]

- (U) Nicaraguan returnees face fewer security challenges than neighboring countries with high violence levels. Nicaragua's top military official stated in September that Nicaragua has lower levels of crime and drug seizures than neighboring countries, and experts in Nicaragua assert that the transnational gang La Mara Salvatrucha (MS-13) does not have a significant presence there, according to a pro-US Latin American media report.[113,114]

- (U//SBU) Returning TPS holders would find a more authoritarian country in Nicaragua, which could push newly arriving TPS holders to leave. The Nicaraguan presidential administration continues to consolidate power, according to ▓▓▓▓▓▓▓▓▓. In 2016, President Ortega and his wife, the Vice President, openly manipulated the political system to guarantee reelection. Additionally, in 2016, the government increased harassment and intimidation of NGOs, political opposition, and civil society organizations, according to the same report.[115]

### (U) Host Nation Justifications to Extend TPS

- (U//SBU) The current Nicaraguan administration does not appear to be interested in lobbying for TPS despite significant economic and security challenges. Latin American media reported in July that Roger Castano, the Permanent Commission for Human Rights who lobbied for TPS extension for Central Americans, said that President Ortega's administration "has not shown interest in his compatriots settled in the United States."[116,117] ▓▓▓▓▓▓▓ in Managua noted in July 2017 that Nicaragua's extreme weather and drought no longer met the threshold for special protected status.[118]

(U) Warning: This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector security officials without further approval from DHS.

(U) Source Summary Statement

(U//LES) This Assessment relies heavily upon ▮▮▮▮▮▮▮▮▮▮ NGO, and foreign media reporting to assess current and past economic, social, and environmental challenges, and to assess likely future impacts of TPS expiring for beneficiaries from four Western Hemisphere countries. I&A has **medium confidence** in our assessment of the potential return migration of TPS beneficiaries, as migration trends are susceptible to public perceptions, misinformation, and individual family decisions. This Assessment could have benefited from more reporting to corroborate ▮▮▮▮ and open source reporting on the countries' motivations for TPS extension and their capabilities for reintegrating returning migrants. I&A also concedes that the ▮▮▮▮ and media sources used could have been influenced by host nation priorities. I&A received policy and operational insight and some statistics from ▮▮▮▮ which we considered reliable because of the agencies' firsthand access and experience with TPS and the deportation process. Additionally, we received ▮▮▮ information from ▮▮▮▮ outreach to state and local contacts, which we incorporated in the country-specific deep dive sections and in the operational box, which we consider reliable but incomplete. We did not have sufficient time to pursue responses from at least two states that have a large majority of TPS holders—California and Texas—but still received a good survey of operational considerations from five states with sizeable TPS populations: Florida, Georgia, Massachusetts, New York, and North Carolina.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

" ((U) |Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti | July 2017 | 578-5621 | 21 Sep 2017 | )

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY



[29] {Online Publication | RIN 1615-ZB53 | United States Government Publishing Office | Federal Register: Extension of the Designation of El Salvador for Temporary Protected Status | 8 Jul 2016 | 44645-44651 | www.gpo.gov/fdsys/pkg/FR-2016-07-08/pdf/2016-15802.pdf | 14 September 2017 | }
[30] {Online Publication | RIN 1615-ZB53 | United States Government Publishing Office | Federal Register: Extension of the Designation of El Salvador for Temporary Protected Status | 8 Jul 2016 | 44645-44651 | www.gpo.gov/fdsys/pkg/FR-2016-07-08/pdf/2016-15802.pdf | 14 September 2017 | }
[31] {Online Publication | The World Bank Group | Systematic Country Diagnostic | El Salvador: Building on Strengths for a New Generation | May 2015 | x | www.worldbank.org | 20 Sep 2017 | }

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

AR-HAITI-00000182

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY



[37] [(U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-582 | | 09/21/2017 | ]

[39] [(U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-582 | | 09/21/2017 | ]

[40] (U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-582 | | 09/21/2017 | ]

[41] [Online Publication | United Nations | El Salvador Profile | 2017 | | n/a| data.un.org/countryprofile.aspx?cname=El%20Salvador | 17 October 2017 | ]

[43] [Online Publication | The World Bank Group | Systematic Country Diagnostic | El Salvador: Building on Strengths for a New Generation | May 2015 | | x | www.worldbank.org | 20 Sep 2017 | ]

[Internet Site | International Organization for Migration | Press Release | IOM Launches Reconstruction of Migration Center | 3 July 2015 | N/A | www.iom.int/news/iom-launches-reconstruction-migrant-reception-center-el-salvador | 26 September 2017 | IOM is the United Nation's Migration Center]

[52] [Online Publication | 2017 World Health Statistics | 2017 World Health Statistics | 2017 | 59-72 | www.who.int | 26 September 2017 | ]

[54] [Online Publication | The World Bank Group | Systematic Country Diagnostic | El Salvador: Building on Strengths for a New Generation | May 2015 | | iii, ix | www.worldbank.org | 20 September 2017 | ]

[55] [Online Publication | USCIS | United States Government Publishing Office | Extension of the Designation of Honduras for Temporary Protected Status | 16 May 2016 | 30331-30337 | www.gpo.gov/fdsys/pkg/FR2016-05-16/pdf/2016-11306.pdf | 13 Sep 2017 | ]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY



[58] (U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-592 | | 21 Sep 2017 | ]

[59] (U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-592 | | 21 Sep 2017 | ]

[61] [Online Publication | United Nations | Honduras Profile | 2017 | | n/a| data.un.org/countryprofile.aspx?crname=Honduras | 17 Oct 2017 | ]

[62] [Online Publication | World Bank Group | Systematic Country Diagnostic | Honduras: Unlocking Economic Potential for Greater Opportunities | 2016 | 13 | www.worldbank.org | 20 Sep 2017 | ]

[??] [Online Publication | World Bank Group | Systematic Country Diagnostic | Honduras: Unlocking Economic Potential for Greater Opportunities | 2016 | 13 | www.worldbank.org | 20 Sep 2017 | ]

[??] [Internet Site | United Nations Office of Drugs and Crime (UNODC) | World Bank Data Open Data | UNODC Intentional Homicide Statistics Database | Periodically | N/A | data.worldbank.org/indicator/VC.IHR.PSRG.P5?end=2015&locations=US-SV-HN&start=1995&view=chart | 26 Sep 2017 | The World Bank displays open license data from international data bases, including the United Nations Office of Drugs and Crime (UNODC) Intentional Homicide Statistics ]

[??] [Online Publication | World Bank Group | Systematic Country Diagnostic | Honduras: Unlocking Economic Potential for Greater Opportunities | 2016 | 13 | www.worldbank.org | 20 Sep 2017 | ]

[70] [Online Publication | World Bank Group | Systematic Country Diagnostic | Honduras: Unlocking Economic Potential for Greater Opportunities | 2016 | 13 | www.worldbank.org | 20 Sep 2017 | ]

[72] [Online Publication | World Bank Group | Systematic Country Diagnostic | Honduras: Unlocking Economic Potential for Greater Opportunities | 2016 | 13 | www.worldbank.org | 20 September 2017 | ]

[77] [OSE | LAR201708036293280 | GUIDE ID: 1002/44944fbc-913e-4326-bcf8-7024d148bf4b | 6 Aug 2017 | | (U) Deportations Loom in Dominican Republic for Haitian Migrants | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

AR-HAITI-00000184

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

[OSE | LAW2017090467056773 | GUIDE ID: 1002/fe9cc2bf-5809-4058-aa41-e15e7540e964 | 5 Sep 2017 | | (U) Haitian Government Increases Efforts To Extend Temporary Protected Status | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

[OSE | LAR2017052278342241 | GUIDE ID: 1002/4e8f4d36-e20e-4c1e-9dde-6f96496119d7 | 23 May 2017 | | (U) Haitian Government Request Temporary Protection Status Renewal in Washington | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

(U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti | July 2017 | 578-593 | | 21 Sep 2017 | ]

(U) [Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti | July 2017 | 578-593 | | 21 Sep 2017 | ]

[OSE | LAR2017052278342241 | GUIDE ID: 1002/4e8f4d36-e20e-4c1e-9dde-6f96496119d7 | 23 May 2017 | | (U) Haitian Government Request Temporary Protection Status Renewal in Washington | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

[OSE | LAR2017052278342241 | GUIDE ID: 1002/4e8f4d36-e20e-4c1e-9dde-6f96496119d7 | 23 May 2017 | | (U) Haitian Government Request Temporary Protection Status Renewal in Washington | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

[OSE | LAR2017082182410564 | GUIDE ID: 1002/340dfb0a-7880-4712-9c90-38abe602c112 | 25 August 2017 | | (U) Haiti: Economist Labossiere Labels 2017-2018 Budget 'Deceitful' | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
DHS INTERNAL ONLY

101 [OSE | LAR2017071774194189 | GUIDE ID: 1002/1cfc78ce-2d01-4889-bc63-6e5906a01302 | 18 July 2017 | | (U) Haiti: Editorial Criticizes Bigger Budget for National Assembly Than for Health | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]
102 [OSE | LAW2017090467604683 | GUIDE ID: 1002/73d8716a-88f9-4540-8346-706311587270 | 5 September 2017 | | (U) Haiti: PHTK Senator Joseph Strongly Criticizes Moise Over Draft Budget | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

104 [OSE | LAR2017071771876688 | GUIDE ID: 1002/691c8314-1763-4697-b69b-59fa2cb49175 | 18 July 2017 | | (U) Haiti: Hospitals Remain Paralyzed As Health Workers Continue Strike Unsatisfied With Wage Increase | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

105 [OSE | LAR2017081268196811 | GUIDE ID: 1002/5b04248d-9bd2-4d7c-857a-a268aebd88a8 | 14 June 2017 | | (U//FOUO) Haiti: Profile of New Cabinet Members | | (U//FOUO) | (U//FOUO) | ]
107 [OSE | LAR2017042775832921 | GUIDE ID: 1002/ad86cb38-0523-4729-b097-05e4e641193a | 28 April 2017 | | (U) Editorial Says Guy Philippe Pleads Guilty Highlighting Haiti's Weak Judicial Institutions | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]
109 [OSE | LAR2017071772738871 | GUIDE ID: 1002/bac10f45-cd6c-4aee-867c-1715b5a58a0e | 18 July 2017 | | (U) Haiti: Former Prime Minister Lamothe Rejects Unfounded Accusations in Senator Latortue's Report | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

| | (U//SBU) | (U//SBU) | ]
110 (U) | Journal | Robert Warren and Donald Kerwin - Center for Migration Studies | Journal on Migration and Human Security | A Statistical and Demographic Profile of the US Temporary Protected Status Populations from El Salvador, Honduras, and Haiti. | July 2017 | 578-592 | | 21 Sep 2017 | ]

113 [OSE | LAW2017091260887916 | GUIDE ID: 1002/b27bf6cc-33af-4c55-9462-8f0afb7d5fdb | 15 September 2017 | | (U) Experts Say Mara Salvatrucha Organization Does Not Operate in Nicaragua | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]
114 [OSE | LAW2017090658867716 | GUIDE ID: 1002/27eef148-75c7-4dda-9f67-81c258950fde | 6 September 2017 | | (U) Revision: Nicaragua: Report Asserts Existence of Large-Scale Drug Trafficking Operations | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]

| | (U//SBU) | (U//SBU) | ]
117 [OSE | LAR2017072468818957 | GUIDE ID: 1002/55ff8500-1745-4b6f-b130-9117c094f8a8 | 27 July 2017 | | (U) Nicaragua: Thousands of Migrants On Edge Over Possible Expiration of TPS | | (UNCLASSIFIED) | (UNCLASSIFIED) | ]