# Exhibit 12

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Office of the Director* (MS 2000)
Washington, DC  20529-2000



## U.S. Citizenship
## and Immigration
## Services



INTERNAL PRE-DECISIONAL RECOMMENDATION

AR-SUDAN-00000021


INTERNAL PRE-DECISIONAL RECOMMENDATION

AR-SUDAN-00000023



INTERNAL PRE-DECISIONAL RECOMMENDATION

AR-SUDAN-00000024



INTERNAL PRE-DECISIONAL RECOMMENDATION

AR-SUDAN-00000025



INTERNAL PRE-DECISIONAL RECOMMENDATION

AR-SUDAN-00000026