# Exhibit 13

| | |
|---|---|
| **From:** | Martin, Rhett (CIV) |
| **To:** | "Commons, Sean" |
| **Cc:** | Sidley TPS Lawyers; Arulanantham, Ahilan (NON-SIDLEY @ACLUSOCAL.ORG ); MacLean, Emi (NON-SIDLEY @NDLON.ORG ) |
| **Subject:** | RE: Ramos --- Document Production, Privilege Logs, and Responses and Objections to RFP Nos. 1, 4, 6, and 7 and Interrogatory No. 1 |
| **Date:** | Monday, July 09, 2018 7:17:00 PM |

Sean, Andy, et al.,
I am writing in response to your two emails of last week (one from Andy on Friday and one from Sean on Saturday).

Regarding Sean's Saturday email, our position is that the 30-day period began on June 22nd at the hearing. Judge Chen specifically ordered us to respond to Rog. No. 1 and RFPs 1, 4, 6, and 7 (after you had raised your position at the hearing that we should have responded earlier), and that is what we did. While we continue to maintain that our responses and objections are not due until July 22nd, in the interest of moving this along, we are willing to provide our responses and objections on Monday, July 18th.

Regarding your Friday email, we believe a number of the issues you raise will be addressed with what we produced last Friday and are producing today. Perhaps it would be better for you to wait and review all of those materials and determine which if any concerns you still have.

Regarding the privilege logs, we can provide updated logs on Wednesday.

Regarding the legibility of some of the scanned materials, if you identify the documents you are having trouble reading by Bates no. we can try to get better copies.

Finally, since the parties continue to have conflicting interpretations of the current discovery obligations and the timing, we think it would be helpful to get a Rule 16 scheduling order in place. To that end, we propose a Rule 26(f) conference, perhaps later this week, to try to agree on the scheduling, or not, and prepare a proposed scheduling order for the court. That way, the parties can lay out their various views on these matters and we can get some clarity from the court.

Thanks, Rhett

**From:** Commons, Sean [mailto:scommons@sidley.com]
**Sent:** Saturday, July 07, 2018 1:02 PM
**To:** Martin, Rhett (CIV) <rmartin@CIV.USDOJ.GOV>
**Cc:** Sidley TPS Lawyers <SidleyTPSLawyers@sidley.com>; Arulanantham, Ahilan (NON-SIDLEY @ACLUSOCAL.ORG ) <AArulanantham@ACLUSOCAL.ORG>; MacLean, Emi (NON-SIDLEY @NDLON.ORG ) <emi@ndlon.org>
**Subject:** RE: Ramos --- Document Production, Privilege Logs, and Responses and Objections to RFP Nos. 1, 4, 6, and 7 and Interrogatory No. 1

Rhett,

Is there a reason Defendants have not served responses to the other requests?  The 30-day deadline has expired.  We will be moving on those.

Best,

Sean

> **From:** Martin, Rhett (CIV) <Rhett.Martin@usdoj.gov>
> **Sent:** Friday, July 06, 2018 7:57 PM
> **To:** Sidley TPS Lawyers <SidleyTPSLawyers@sidley.com>; Arulanantham, Ahilan (NON-SIDLEY @ACLUSOCAL.ORG ) <AArulanantham@ACLUSOCAL.ORG>; MacLean, Emi (NON-SIDLEY @NDLON.ORG ) <emi@ndlon.org>
> **Subject:** Ramos --- Document Production, Privilege Logs, and Responses and Objections to RFP Nos. 1, 4, 6, and 7 and Interrogatory No. 1
>
> All,
> The documents have been uploaded into the JEFS system, which I believe Sean, Alycia, and Katelyn have access to. Please confirm that you are able to access the documents.
>
> Also, please find attached 1) Defendants' privilege logs (one for DHS and one for USCIS); 2) Defendants' Responses and

Objections to RFP Nos. 1, 4, 6, and 7; and 3) Defendants' Responses and Objections to Interrogatory No. 1.

There is one thing to note about some of the DOCDATES on the privilege logs. Some reflect when they were collected, not when they were created.

Rhett Martin
Trial Attorney – Federal Programs
Civil Division
U.S. Department of Justice
(202) 305-7538

*********************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************