# Exhibit 15

| Begin Bates | End Bates | Begin Attachment | End Attachment | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOCDATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USCIS_RFPD_00000001 | USCIS_RFPD_00000001 | USCIS_RFPD_00000001 | USCIS_RFPD_00000001 | Symons, Craig M | Symons, Craig M | Zengotitabengoa, Colleen R | Groom, Molly M ; Whitney, Ronald W | 12/20/2017 12:03 | 12/20/2017 12:04 | 12/20/2017 | RE: Interpretation of Armed Conflict.mht | AC - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | DHS Secretary seeking legal advice regarding the interpretation of "armed conflict" for purposes of TPS | |
| USCIS_RFPD_00000002 | USCIS_RFPD_00000002 | USCIS_RFPD_00000003 | USCIS_RFPD_00000003 | Symons, Craig M | | | | | | 12/20/2017 | Armed Conflict for purposes of Temporary Protected Status 12.20.17.docx | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attachment to requested legal advice regarding the interpretation of "armed conflict" for purposes of TPS | |
| USCIS_RFPD_00000003 | USCIS_RFPD_00000003 | USCIS_RFPD_00000001 | USCIS_RFPD_00000001 | Symons, Craig M | | | | | | 12/19/2017 | opinion-paper-armed-conflict.pdf | AC - Attorney Client Privilege | Attachment to requested legal advice regarding the interpretation of "armed conflict" for purposes of TPS | |
| USCIS_RFPD_00000004 | USCIS_RFPD_00000004 | USCIS_RFPD_00000004 | USCIS_RFPD_00000004 | Symons, Craig M | Symons, Craig M ; Groom, Molly M | Zengotitabengoa, Colleen R | | 1/31/2018 8:10 | 1/31/2018 8:10 | 1/31/2018 | RE: Urgent Request from S1.htm | AC - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email memo providing legal advice on the legislative history and statutory construction of TPS for purposes of deliberating about TPS | |
| USCIS_RFPD_00000005 | USCIS_RFPD_00000005 | USCIS_RFPD_00000005 | USCIS_RFPD_00000005 | Symons, Craig M | Zengotitabengoa, Colleen R | Symons, Craig M | Groom, Molly M ; Whitney, Ronald W | 12/20/2017 15:09 | 12/20/2017 15:09 | 12/20/2017 | RE: Interpretation of Armed Conflict.mht | AC - Attorney Client Privilege | DHS Secretary seeking legal advice regarding the interpretation of "armed conflict" for purposes of TPS | |
| USCIS_RFPD_00000006 | USCIS_RFPD_00000006 | USCIS_RFPD_00000006 | USCIS_RFPD_00000006 | Symons, Craig M | | | | | | 12/20/2017 | Armed Conflict for purposes of Temporary Protected Status 12.20.17.docx | AC - Attorney Client Privilege | Attachment to requested legal advice regarding the interpretation of "armed conflict" for purposes of TPS | |
| USCIS_RFPD_00000007 | USCIS_RFPD_00000007 | USCIS_RFPD_00000007 | USCIS_RFPD_00000007 | Symons, Craig M | Zengotitabengoa, Colleen R ; Groom, Molly M | Symons, Craig M | | 1/31/2018 8:24 | 1/31/2018 8:24 | 1/31/2018 | RE: Urgent Request from S1.htm | AC - Attorney Client Privilege; WP - Work Product; PII - Personal Privacy | Email memo providing legal advice on the legislative history and statutory construction of TPS for purposes of deliberating about TPS; | |
| USCIS_RFPD_00000008 | USCIS_RFPD_00000008 | USCIS_RFPD_00000008 | USCIS_RFPD_00000008 | McCament, James W | McCament, James W ; Nuebel Kovarik, Kathy ; Stiefel, Nathaniel I ; Levine, Laurence D | Prelogar, Brandon B | | 5/16/2017 19:01 | 5/16/2017 19:01 | 5/16/2017 | RE: S2 TPS Briefing Materials for Friday PM.mht | DP - Deliberative Process; PII - Personal Privacy | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000009 | USCIS_RFPD_00000009 | USCIS_RFPD_00000010 | USCIS_RFPD_00000010 | McCament, James W | | | | | | 5/16/2017 | S2 TPS Briefing_General Overview 05-16-17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000010 | USCIS_RFPD_00000010 | USCIS_RFPD_00000008 | USCIS_RFPD_00000008 | McCament, James W | | | | | | 5/16/2017 | S2 BM Addendum_TPS Country Background 05-16-17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000011 | USCIS_RFPD_00000011 | USCIS_RFPD_00000013 | USCIS_RFPD_00000013 | McCament, James W | McCament, James W | Nuebel Kovarik, Kathy | | 5/16/2017 19:01 | 5/16/2017 19:01 | 5/16/2017 | FW: ***HOT HOT***[S2 TASKING] DUE 11 am, 5/16/17 - S2BB - 05.19.17 - TPS Briefing .htm | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000012 | USCIS_RFPD_00000012 | USCIS_RFPD_00000011 | USCIS_RFPD_00000011 | McCament, James W | | | | | | 5/16/2017 | S2 TPS Briefing_General Overview 05-16-17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000013 | USCIS_RFPD_00000013 | USCIS_RFPD_00000011 | USCIS_RFPD_00000011 | McCament, James W | | | | | | 5/16/2017 | S2 BM Addendum_TPS Country Background 05-16-17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000014 | USCIS_RFPD_00000014 | USCIS_RFPD_00000014 | USCIS_RFPD_00000014 | McCament, James W | Frederick, Precious A ; Patrick, Shirley A | Renaud, Tracy L | | 8/4/2017 7:21 | 8/4/2017 7:21 | 8/4/2017 | FW: [DIRECTOR'S OFFICE CLEARANCE REQUEST] AS1BB - 08.04.17 - Immigration Update Briefing.mht | DP - Deliberative Process; PII - Personal Privacy | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000015 | USCIS_RFPD_00000015 | USCIS_RFPD_00000015 | USCIS_RFPD_00000015 | McCament, James W | | | | | | 8/3/2017 | ASBB - Immigration Update Briefing 08.04.17I TPS RAD OPS.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| USCIS_RFPD_00000016 | USCIS_RFPD_00000016 | USCIS_RFPD_00000016 | USCIS_RFPD_00000016 | McCament, James W | Prater, Jocelyn S | McCament, James W | | 4/10/2017 9:23 | 4/10/2017 9:23 | 4/10/2017 | FW: [Counselor Clearance] S1 - TPS Meeting.mht | AC - Attorney Client Privilege; DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute; Seeking or providing legal advice regarding the policy at issue | |
| USCIS_RFPD_00000017 | USCIS_RFPD_00000017 | USCIS_RFPD_00000018 | USCIS_RFPD_00000018 | McCament, James W | | | | | | 4/8/2017 | Attachment A - S1 BM - TPS Meeting (PLCY final) 4_7_17.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute; Seeking or providing legal advice regarding the policy at issue | |
| USCIS_RFPD_00000018 | USCIS_RFPD_00000018 | USCIS_RFPD_00000020 | USCIS_RFPD_00000020 | McCament, James W | | | | | | 4/8/2017 | Attachment B - S1 BM - TPS Meeting (PLCY final) 4_7_17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute; | |
| USCIS_RFPD_00000019 | USCIS_RFPD_00000019 | USCIS_RFPD_00000020 | USCIS_RFPD_00000020 | McCament, James W | | | | | | 4/8/2017 | Attachment 3-Haiti TPS-Country Condition Data.docx | DP - Deliberative Process | Briefing materials providing deliberations about the upcoming TPS decision on Haiti and its impact | |
| USCIS_RFPD_00000020 | USCIS_RFPD_00000020 | USCIS_RFPD_00000020 | USCIS_RFPD_00000020 | McCament, James W | | | | | | 4/8/2017 | S1 BM - TPS Meeting (PLCY final) 4_7_17 USCIS Edits.docx | DP - Deliberative Process; PII - Personal Privacy | Background materials containing deliberations on the TPS program in general | |
| USCIS_RFPD_00000021 | USCIS_RFPD_00000021 | USCIS_RFPD_00000021 | USCIS_RFPD_00000021 | McCament, James W | MacKenzie, Lori S | McCament, James W | Young, Todd P; Prater, Jocelyn S | 8/31/2017 8:35 | 8/31/2017 8:35 | 8/31/2017 | RE: [Directors Office Clearance Request] AS2BB - 08.31.17 - Meeting w. Acting Director James McCament, USCIS [Due: 08.30.17, 0900].mht | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute; | |
| USCIS_RFPD_00000022 | USCIS_RFPD_00000022 | USCIS_RFPD_00000031 | USCIS_RFPD_00000031 | McCament, James W | | | | | | 8/30/2017 | AS2 BM - Meeting with USCIS Acting Director (2).docx | DP - Deliberative Process | Meeting topics containing deliberations about the administration of the TPS program in general | |
| USCIS_RFPD_00000032 | USCIS_RFPD_00000032 | USCIS_RFPD_00000032 | USCIS_RFPD_00000032 | McCament, James W | Ries, Lora L | McCament, James W | Nuebel Kovarik, Kathy ; Young, Todd P; USCIS Directors Office Advisors | 10/12/2017 8:48 | 10/12/2017 8:48 | 10/12/2017 | RE: [DIRECTOR'S OFFICE CLEARANCE REQUEST] [Confirmed] AS1BB - 10.10.17 - TPS Meeting - Due Today @ 1600].mht | DP - Deliberative Process; PII - Personal Privacy | Briefing materials containing deliberations about implementation of TPS statute in general | |
| USCIS_RFPD_00000034 | USCIS_RFPD_00000034 | USCIS_RFPD_00000036 | USCIS_RFPD_00000036 | McCament, James W | | | | | | 10/12/2017 | S1 BM - TPS Meeting (PLCY final) 10_6_17.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Meeting topics containing deliberations about the administration of the TPS program in general; meeting topics containing legal advice about the impact of TPS status on ability to obtain legal permanent resident status | |
| USCIS_RFPD_00000035 | USCIS_RFPD_00000035 | USCIS_RFPD_00000032 | USCIS_RFPD_00000032 | McCament, James W | | | | | | 10/11/2017 | Attachment A - S1 BM - TPS Meeting (IMM PLCY).docx | DP - Deliberative Process; PII - Personal Privacy | Briefing materials containing deliberations about TPS | |
| USCIS_RFPD_00000036 | USCIS_RFPD_00000036 | USCIS_RFPD_00000032 | USCIS_RFPD_00000032 | McCament, James W | | | | | | 10/10/2017 | Central America TPS options summary (KNK 10-10).docx | AC - Attorney Client Privilege; DP - Deliberative Process | Memo providing deliberations about options and considerations for upcoming TPS decisions; providing legal advice about options and considerations for upcoming TPS decisions | |
| USCIS_RFPD_00000037 | USCIS_RFPD_00000037 | USCIS_RFPD_00000037 | USCIS_RFPD_00000037 | McCament, James W | McCament, James W | MacKenzie, Lori S | | 8/31/2017 8:33 | 8/31/2017 8:33 | 8/31/2017 | FW: [Directors Office Clearance Request] AS2BB - 08.31.17 - Meeting w. Acting Director James McCament, USCIS [Due: 08.30.17, 0900].htm | PII - Personal Privacy | | Has Redactions |
| USCIS_RFPD_00000038 | USCIS_RFPD_00000038 | USCIS_RFPD_00000037 | USCIS_RFPD_00000037 | McCament, James W | | | | | | 8/30/2017 | AS2 BM - Meeting with USCIS Acting Director (2).docx | DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue | |

| Bates Begin | Bates End | Bates Begin Attach | Bates End Attach | From | To | CC | Date | Filename | Privilege | Description | Redactions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USCIS_RFPD_00000048 | USCIS_RFPD_00000048 | USCIS_RFPD_00000048 | USCIS_RFPD_00000049 | McCament, James W | USCIS Exec Sec | OCC-Clearance ; Whitney, Ronald W; Zengotitabengoa, Colleen R ; Gildea, Thomas S | USCIS Exec Sec ; Button, Maria G (Gemma) ; Carter, Constance L ; Groom, Molly M ; Nuebel Kovarik, Kathy ; Anderson, Kathryn E ; McCament, James W ; Crescitelli, James C ; USCIS Exec Sec ; Prelogar, Brandon B ; Graziadio, Josie ; Policy-Clearance | 5/22/2017 8:35 | 5/22/2017 | RE: [HOT HOT HOT!] [DUE 1000 5/22/17]: S1BB: Revisions/Updates to TPS Briefing.htm | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue | |
| USCIS_RFPD_00000049 | USCIS_RFPD_00000049 | USCIS_RFPD_00000049 | USCIS_RFPD_00000050 | McCament, James W | McCament, James W | | | 5/22/2017 | 05.23.17 - TPS Briefing - A.DOCX | AC - Attorney Client Privilege; DP - Deliberative Process | policy at issue on current TPS designations | |
| USCIS_RFPD_00000050 | USCIS_RFPD_00000050 | USCIS_RFPD_00000050 | USCIS_RFPD_00000050 | McCament, James W | McCament, James W | | | 5/22/2017 | 05.23.17 - TPS Briefing - BM.DOCX | AC - Attorney Client Privilege; DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions; providing legal advice about criteria for TPS status and implementation of TPS program | |
| USCIS_RFPD_00000051 | USCIS_RFPD_00000051 | USCIS_RFPD_00000051 | USCIS_RFPD_00000052 | McCament, James W | McCament, James W; Renaud, Tracy L | McCament, James W | Button, Maria G (Gemma) | 8/3/2017 19:40 | 8/3/2017 | FW: [DIRECTOR'S OFFICE CLEARANCE REQUEST] AS1BB - 08.04.17 - Immigration Update Briefing.htm | PII - Personal Privacy | | Has Redactions |
| USCIS_RFPD_00000052 | USCIS_RFPD_00000052 | USCIS_RFPD_00000051 | USCIS_RFPD_00000051 | McCament, James W | McCament, James W | | Risch, Carl C | | 8/3/2017 | AS1BB - Immigration Update Briefing 08.04.17 TPS RAIO OPS.docx | DP - Deliberative Process; PII - Personal Privacy | Briefing materials containing deliberations about upcoming TPS decisions; | |
| USCIS_RFPD_00000053 | USCIS_RFPD_00000053 | USCIS_RFPD_00000053 | USCIS_RFPD_00000054 | McCament, James W | USCIS Exec Sec | Prelogar, Brandon B ; Anderson, Kathryn E ; Graziadio, Josie; Policy-Clearance | USCIS Exec Sec ; Button, Maria G (Gemma) ; Carter, Constance L ; Bacon, William H; McCament, James W; Crescitelli, James C; Groom, Molly M | 5/19/2017 16:48 | 5/19/2017 | [HOT HOT HOT] [DUE 1000 5/22/17]: S2BB: Revisions/Updates to TPS Briefing.htm | PII - Personal Privacy | | Has Redactions |
| USCIS_RFPD_00000054 | USCIS_RFPD_00000054 | USCIS_RFPD_00000055 | USCIS_RFPD_00000055 | McCament, James W | McCament, James W | | | | 5/16/2017 | 05.19.17 - TPS Briefing - A.docx | DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions; | |
| USCIS_RFPD_00000055 | USCIS_RFPD_00000055 | USCIS_RFPD_00000055 | USCIS_RFPD_00000055 | McCament, James W | McCament, James W | | | | 5/17/2017 | 05.19.17 - TPS Briefing - BM.docx | DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions; | |
| USCIS_RFPD_00000056 | USCIS_RFPD_00000056 | USCIS_RFPD_00000056 | USCIS_RFPD_00000057 | McCament, James W | McCament, James W | McCament, James W ; Crescitelli, James C ; Bacon, William H; USCIS Exec Sec ; Prelogar, Brandon B; Graziadio, Josie; Policy-Clearance | Anderson, Kathryn E ; USCIS Exec Sec; Button, Maria G (Gemma) ; Carter, Constance L; Groom, Molly M; Nuebel Kovarik, Kathy ; Gildea, Thomas S; Zengotitabengoa, Colleen R ; Whitney, Ronald W | 5/22/2017 7:18 | 5/22/2017 | RE: [HOT HOT HOT!] [DUE 1000 5/22/17]: S1BB: Revisions/Updates to TPS Briefing.htm | PII - Personal Privacy | | Has Redactions |
| USCIS_RFPD_00000057 | USCIS_RFPD_00000057 | USCIS_RFPD_00000058 | USCIS_RFPD_00000058 | McCament, James W | McCament, James W | | | | 5/22/2017 | 05.23.17 - TPS Briefing - A.docx | DP - Deliberative Process | Draft briefing materials containing deliberations about country specifics | |
| USCIS_RFPD_00000058 | USCIS_RFPD_00000058 | USCIS_RFPD_00000058 | USCIS_RFPD_00000058 | McCament, James W | McCament, James W | | | | 5/22/2017 | 05.23.17 - TPS Briefing - BM.docx | DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions; | |