# Exhibit 16

| Begin Bates | End Bates | Begin Attachment | End Attachment | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOCDATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DHS_RFPD_00000001 | DHS_RFPD_00000002 | DHS_RFPD_00000001 | DHS_RFPD_00000001 | Duke, Elaine | White House Official | White House Official | Elaine Duke, White House Officials | 11/10/2017 20:05 | 11/10/2017 20:05 | 11/10/2017 | RE: Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000002 | DHS_RFPD_00000002 | DHS_RFPD_00000002 | DHS_RFPD_00000002 | Duke, Elaine | White House Official | Elaine Duke | | 11/10/2017 11:03 | 11/10/2017 11:03 | 11/10/2017 | RE: Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000003 | DHS_RFPD_00000003 | DHS_RFPD_00000003 | DHS_RFPD_00000003 | Duke, Elaine | White House Official | Elaine Duke | | 11/10/2017 11:17 | 11/10/2017 11:17 | 11/10/2017 | RE: Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000006 | DHS_RFPD_00000006 | DHS_RFPD_00000006 | DHS_RFPD_00000006 | Duke, Elaine | White House Officials | White House Official | White House Officials, Elaine Duke | 11/10/2017 3:41 | 11/10/2017 3:41 | 11/10/2017 | Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000007 | DHS_RFPD_00000007 | DHS_RFPD_00000007 | DHS_RFPD_00000007 | Duke, Elaine | White House Officials | White House Official | White House Officials, Elaine Duke | 11/10/2017 3:14 | 11/10/2017 3:14 | 11/10/2017 | Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000008 | DHS_RFPD_00000008 | DHS_RFPD_00000008 | DHS_RFPD_00000008 | Duke, Elaine | Elaine Duke | White House Official | White House Officials | 11/10/2017 20:01 | 11/10/2017 20:01 | 11/10/2017 | Re: Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000009 | DHS_RFPD_00000009 | DHS_RFPD_00000009 | DHS_RFPD_00000009 | Duke, Elaine | Elaine Duke | White House Official | | 11/10/2017 11:07 | 11/10/2017 11:07 | 11/10/2017 | Re: Reporting.htm | EP - Executive Privilege; DP - Deliberative Process | Deliberations on how to respond to press reports | |
| DHS_RFPD_00000039 | DHS_RFPD_00000039 | DHS_RFPD_00000039 | DHS_RFPD_00000039 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 11/30/2017 | 17-7819 Action Memo 11.30.17.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attorney Client communications in consideration of signing upcoming Nicaragua Federal Register Notice | |
| DHS_RFPD_00000041 | DHS_RFPD_00000041 | DHS_RFPD_00000041 | DHS_RFPD_00000041 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 6/4/2018 | 17-7819 AS1 signed Decision Memo - Nicaragua 12.1.17.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attorney Client communications in consideration of signing upcoming Nicaragua Federal Register Notice | |
| DHS_RFPD_00000067 | DHS_RFPD_00000067 | DHS_RFPD_00000067 | DHS_RFPD_00000067 | ESEC Share Drive | | | | | | 11/30/2017 | 17-7819 Nicaragua Rule Notice 11.30.17.docx | DP - Deliberative Process | Draft Federal Register Notice for Nicaragua | |
| DHS_RFPD_00000078 | DHS_RFPD_00000084 | DHS_RFPD_00000078 | DHS_RFPD_00000084 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 9/6/2017 | 17-4732 AS1 signed memo 09.01.17.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Memo from OGC through AOS to AS1 re Sudan's designation for TPS | Has Redactions |
| DHS_RFPD_00000085 | DHS_RFPD_00000085 | DHS_RFPD_00000085 | DHS_RFPD_00000085 | ESEC Share Drive | Elaine Duke | James W. McCament | | | | 6/4/2018 | 17-4732 Sudan TPS Decision Memo_082817.pdf | DP - Deliberative Process | Previous Draft Version of USCIS Sudan Memo | |
| DHS_RFPD_00000086 | DHS_RFPD_00000112 | DHS_RFPD_00000086 | DHS_RFPD_00000112 | ESEC Share Drive | Elaine Duke | James W. McCament | | | | 6/7/2018 | USCIS_memo_w_attachments_TPS_Sudan_082417C | DP - Deliberative Process | Previous Draft Version of USCIS Sudan Memo | Has Redactions |
| DHS_RFPD_00000113 | DHS_RFPD_00000113 | DHS_RFPD_00000113 | DHS_RFPD_00000113 | ESEC Share Drive | Elaine Duke | James W. McCament | | | | 8/30/2017 | 17-4732_TPSudan_08.30.17.pdf | DP - Deliberative Process | Previous Draft Version of USCIS Sudan Memo | |
| DHS_RFPD_00000174 | DHS_RFPD_00000174 | DHS_RFPD_00000174 | DHS_RFPD_00000174 | ESEC Share Drive | | | | | | 9/11/2017 | 17-5514 Attachment 2 TPS_Sudan_Termination 09.11.2017.docx | DP - Deliberative Process | Draft Federal Register Notice for Sudan | |
| DHS_RFPD_00000175 | DHS_RFPD_00000175 | DHS_RFPD_00000175 | DHS_RFPD_00000175 | ESEC Share Drive | | | | | | 9/12/2017 | 17-5514 Attachment 2 TPS_Sudan_Termination 09.12.2017 version 2.docx | DP - Deliberative Process | Draft Federal Register Notice for Sudan | |
| DHS_RFPD_00000176 | DHS_RFPD_00000182 | DHS_RFPD_00000176 | DHS_RFPD_00000182 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 9/11/2017 | 17-5514 Background AS1 signed memo 09.11.2017.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Memo from OGC through AOS to AS1 re Sudan's designation for TPS | |
| DHS_RFPD_00000183 | DHS_RFPD_00000184 | DHS_RFPD_00000183 | DHS_RFPD_00000184 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 9/11/2017 | 17-5514 Maher memo USCIS Notice Termination of the Designation of Sudan ...pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attorney Client communications in consideration of signing upcoming Sudan Federal Register Notice | Has Redactions |
| DHS_RFPD_00000185 | DHS_RFPD_00000185 | DHS_RFPD_00000185 | DHS_RFPD_00000185 | ESEC Share Drive | Gene Hamilton | Joseph B. Maher | | | | 9/11/2017 | 17-5514 Maher note to Gene 09.11.2017.pdf | AC - Attorney Client Privilege; DP - Deliberative Process | Reflecting deliberations and providing legal advice concerning defense of TPS decisions | Has Redactions |
| DHS_RFPD_00000186 | DHS_RFPD_00000186 | DHS_RFPD_00000186 | DHS_RFPD_00000186 | ESEC Share Drive | Elaine Duke | Joseph B. Maher, Christina McDonald | Claire Grady | | | 9/15/2017 | 17-5514 SOPDDS signed Maher memo USCIS Notice Termination of the Designa...pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attorney Client communications in consideration of signing upcoming Sudan Federal Register Notice | |
| DHS_RFPD_00000187 | DHS_RFPD_00000187 | DHS_RFPD_00000187 | DHS_RFPD_00000187 | ESEC Share Drive | | | | | | 9/29/2017 | 17-5514 TPS Sudan FRN - (editive) 09.29.2017.docx | DP - Deliberative Process | Draft Federal Register Notice for Sudan | |
| DHS_RFPD_00000188 | DHS_RFPD_00000188 | DHS_RFPD_00000188 | DHS_RFPD_00000188 | ESEC Share Drive | | | | | | 9/29/2017 | 17-5514 TPS Sudan FRN 09.29.2017.docx | DP - Deliberative Process | Draft Federal Register Notice for Sudan | |
| DHS_RFPD_00000189 | DHS_RFPD_00000189 | DHS_RFPD_00000189 | DHS_RFPD_00000189 | ESEC Share Drive | Gene Hamilton | Joseph B. Maher | | | | 9/7/2017 | TPS Sudan note from AGC to Gene Hamilton.pdf | AC - Attorney Client Privilege; DP - Deliberative Process | Reflecting deliberations and providing legal advice concerning defense of TPS decisions | |
| DHS_RFPD_00000190 | DHS_RFPD_00000207 | DHS_RFPD_00000190 | DHS_RFPD_00000207 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000001.BEGLOOSEPAPERS0510.2018.df | LE - Law Enforcement | Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement t information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| DHS_RFPD_00000208 | DHS_RFPD_00000229 | DHS_RFPD_00000208 | DHS_RFPD_00000229 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000004.pdf | LE - Law Enforcement | Deliberations regarding the formulation of the policy at issue that included law enforcement sensitive materials containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | Has Redactions |
| DHS_RFPD_00000230 | DHS_RFPD_00000233 | DHS_RFPD_00000230 | DHS_RFPD_00000233 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000005.pdf | DP - Deliberative Process; LE - Law Enforcement | Duke's notes reflecting her deliberations for deciding what to do for the upcoming TPS deadlines. | |
| DHS_RFPD_00000238 | DHS_RFPD_00000238 | DHS_RFPD_00000238 | DHS_RFPD_00000238 | Duke, Elaine | | | | | | 7/6/2018 | DHS_SZECO_PF_00000010.pdf | DP - Deliberative Process | AS1 Duke's handwritten notes re conversations with various officials during meeting at the WH about upcoming TPS decisions. | |
| DHS_RFPD_00000239 | DHS_RFPD_00000239 | DHS_RFPD_00000239 | DHS_RFPD_00000239 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000011.pdf | DP - Deliberative Process | Deliberations and notes concerning State Department recommendations | |
| DHS_RFPD_00000240 | DHS_RFPD_00000240 | DHS_RFPD_00000240 | DHS_RFPD_00000240 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000016.pdf | DP - Deliberative Process | Deliberations concerning USCIS Nicaragua Memo - highlighting portions of memo | |
| DHS_RFPD_00000259 | DHS_RFPD_00000259 | DHS_RFPD_00000259 | DHS_RFPD_00000259 | Duke, Elaine | | | | | | 5/10/2018 | DHS_SZECO_PF_00000019.pdf | EP - Executive Privilege; DP - Deliberative Process | National Security Council Memo concerning deliberations for upcoming TPS decisions | |
| DHS_RFPD_00000272 | DHS_RFPD_00000272 | DHS_RFPD_00000272 | DHS_RFPD_00000272 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000031.pdf | DP - Deliberative Process | Deliberations concerning State Department recommendations-notes on State Department 10/31/17 letter | |
| DHS_RFPD_00000273 | DHS_RFPD_00000273 | DHS_RFPD_00000273 | DHS_RFPD_00000273 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000037.pdf | DP - Deliberative Process | Deliberations and notes concerning State Department recommendations | |
| DHS_RFPD_00000276 | DHS_RFPD_00000276 | DHS_RFPD_00000276 | DHS_RFPD_00000276 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000044.pdf | DP - Deliberative Process | Deliberations concerning State Department recommendations-emphasizing portions of 10/31/17 letter | |
| DHS_RFPD_00000277 | DHS_RFPD_00000277 | DHS_RFPD_00000277 | DHS_RFPD_00000277 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000046.pdf | DP - Deliberative Process | Attachment to Briefing Doc re Oct. 13, 2017 Meeting concerning upcoming TPS decisions Printout of Section 244 of INA with notes and underlining | |
| DHS_RFPD_00000278 | DHS_RFPD_00000278 | DHS_RFPD_00000278 | DHS_RFPD_00000278 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000047.pdf | DP - Deliberative Process | Briefing Doc re Oct 13, 2017 Meeting concerning upcoming TPS decisions; contains notes | |
| DHS_RFPD_00000279 | DHS_RFPD_00000279 | DHS_RFPD_00000279 | DHS_RFPD_00000279 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000048.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Attachment to Briefing Doc re Oct. 13, 2017 Meeting concerning upcoming TPS decisions, with legal considerations | |
| DHS_RFPD_00000280 | DHS_RFPD_00000280 | DHS_RFPD_00000280 | DHS_RFPD_00000280 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000049.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Internal Options memo about upcoming TPS decisions | |
| DHS_RFPD_00000281 | DHS_RFPD_00000281 | DHS_RFPD_00000281 | DHS_RFPD_00000281 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000050.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Draft agenda for meeting about TPS containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | |
| DHS_RFPD_00000284 | DHS_RFPD_00000284 | DHS_RFPD_00000284 | DHS_RFPD_00000284 | Duke, Elaine | | | | | | 5/11/2018 | DHS_SZECO_PF_00000052.pdf | LE - Law Enforcement | | |

| Bates Begin | Bates End | Doc ID Begin | Doc ID End | Custodian | Date | Filename | Privilege | Description | Redactions |
|---|---|---|---|---|---|---|---|---|---|
| DHS_RFPD_00000285 | DHS_RFPD_00000292 | DHS_RFPD_00000285 | DHS_RFPD_00000292 | Duke, Elaine | 5/1/2018 | DHS_SZECD_PF_00000053.pdf | | DP - Deliberative Process; LE - Law Enforcement | DHS intelligence assessment for El Salvador, Honduras, Haiti, and Nicaragua | Has Redactions |
| DHS_RFPD_00000299 | DHS_RFPD_00000300 | DHS_RFPD_00000299 | DHS_RFPD_00000300 | Duke, Elaine | 5/1/2018 | DHS_SZECD_PF_00000057.pdf | | AC - Attorney Client Privilege; DP - Deliberative Process | Intelligence Note containing sensitive research findings | Has Redactions |
| DHS_RFPD_00000307 | DHS_RFPD_00000307 | DHS_RFPD_00000307 | DHS_RFPD_00000307 | Duke, Elaine | 5/1/2018 | DHS_SZECD_PF_00000059.pdf | | AC - Attorney Client Privilege; DP - Deliberative Process | Internal record of clearance and approval | Has Redactions |
| DHS_RFPD_00000308 | DHS_RFPD_00000308 | DHS_RFPD_00000308 | DHS_RFPD_00000308 | Duke, Elaine | 5/1/2018 | DHS_SZECD_PF_00000070.pdf | | DP - Deliberative Process | Document memorializing guidance from OGC | |
| DHS_RFPD_00000343 | DHS_RFPD_00000343 | DHS_RFPD_00000343 | DHS_RFPD_00000343 | Duke, Elaine | 5/1/2018 | DHS_SZECD_PF_00000074.pdf | | DP - Deliberative Process | USCIS memo w/ handwriting (we are producing the unannotated version) | |
| DHS_RFPD_00000466 | DHS_RFPD_00000466 | DHS_RFPD_00000466 | DHS_RFPD_00000466 | DHS ExecSec | 6/2/2017 | 17-3278 Tillerson 05.31.17.pdf | | DP - Deliberative Process | Legal authority attachment w/ handwritten notes (we are producing the unannotated version) | |
| DHS_RFPD_00000917 | DHS_RFPD_00000917 | DHS_RFPD_00000917 | DHS_RFPD_00000917 | OLA | 1/12/2018 | Potential Member Questions by Topic + Member - ALL - 01122018.docx | | DP - Deliberative Process | Deliberative letter to Secretary of Homeland Security containing recommendation from Secretary of State | |
| DHS_RFPD_00000918 | DHS_RFPD_00000918 | DHS_RFPD_00000918 | DHS_RFPD_00000918 | OLA | 1/16/2018 | Sen Blumenthal (D-CT).docx | | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| DHS_RFPD_00000919 | DHS_RFPD_00000919 | DHS_RFPD_00000919 | DHS_RFPD_00000919 | OLA | 1/10/2018 | Sen Booker (D-NJ).docx | | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| DHS_RFPD_00000920 | DHS_RFPD_00000920 | DHS_RFPD_00000920 | DHS_RFPD_00000920 | OLA | 1/4/2018 | Sen Coons (D-DE).docx | | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| DHS_RFPD_00000921 | DHS_RFPD_00000921 | DHS_RFPD_00000921 | DHS_RFPD_00000921 | OLA | 1/4/2018 | Sen Durbin (D-IL).docx | | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| DHS_RFPD_00000922 | DHS_RFPD_00000922 | DHS_RFPD_00000922 | DHS_RFPD_00000922 | OLA | 1/4/2018 | Sen Feinstein (D-CA).docx | | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| DHS_RFPD_00000923 | DHS_RFPD_00000925 | DHS_RFPD_00000923 | DHS_RFPD_00000925 | Duke, Elaine | 6/6/2018 | SKM_C654e18060616160.pdf | | EP - Executive Privilege; DP - Deliberative Process; Classified | Memo by the Acting Secretary concerning her decisionmaking process for El Salvador, Honduras, and Nicaragua | Has Redactions |