# Exhibit 18

Leidos Proprietary

| Production:Begin Bates | Production:End Bates | Production:Begin Attachment | Production:End Attachment | CUSTODIAN | To | FROM | CC | BCC | DATE TIME SENT | DATE TIME RCVD | DOCDATE | AUTHOR | FILENAME | FILETYPE | TAG - Priv Determination | TAG - Priv Descriptions | Redactions? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AR-EL_SALVADOR-00000003 | AR-EL_SALVADOR-00000003 | AR-EL_SALVADOR-00000003 | AR-EL_SALVADOR-00000003 | ESEC Share Drive | | | | | | | 1/4/2018 | ICE51 | 01.05.18 - Call with Salvadoran President - A.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Deliberations regarding call with foreign government official regarding TPS | |
| AR-EL_SALVADOR-00000004 | AR-EL_SALVADOR-00000004 | AR-EL_SALVADOR-00000004 | AR-EL_SALVADOR-00000004 | ESEC Share Drive | | | | | | | 1/4/2018 | MerrinRC | 01.05.18 - Call with Salvadoran President - B.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process; LE - Law Enforcement | Deliberations regarding call with foreign government official regarding TPS; Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | |
| AR-EL_SALVADOR-00000005 | AR-EL_SALVADOR-00000005 | AR-EL_SALVADOR-00000005 | AR-EL_SALVADOR-00000005 | ESEC Share Drive | | | | | | | 1/4/2018 | juliana.totaro@HQ.DHS.GOV | 01.05.18 - Call with Salvadoran President - BM.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Deliberations regarding call with foreign government official regarding TPS | |
| AR-EL_SALVADOR-00000006 | AR-EL_SALVADOR-00000006 | AR-EL_SALVADOR-00000006 | AR-EL_SALVADOR-00000006 | ESEC Share Drive | | | | | | | 1/5/2018 | ICE51 | 01.05.18 - TPS Meeting - A.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Deliberations regarding meeting agenda for TPS decision | |
| AR-EL_SALVADOR-00000008 | AR-EL_SALVADOR-00000008 | AR-EL_SALVADOR-00000008 | AR-EL_SALVADOR-00000008 | ESEC Share Drive | | | | | | | 1/5/2018 | juliana.totaro@HQ.DHS.GOV | 01.05.18 - TPS Meeting - BM.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Deliberations regarding meeting agenda for TPS decision | |
| AR-EL_SALVADOR-00000009 | AR-EL_SALVADOR-00000009 | AR-EL_SALVADOR-00000009 | AR-EL_SALVADOR-00000009 | ESEC Share Drive | | | | | | | 1/4/2018 | DHS | 01.05.18 - TPS Meeting - C.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process; PII - Personal Privacy | Deliberations regarding participants in meeting regarding TPS | |
| AR-EL_SALVADOR-00000011 | AR-EL_SALVADOR-00000011 | AR-EL_SALVADOR-00000011 | AR-EL_SALVADOR-00000011 | ESEC Share Drive | | | | | | | 12/14/2017 | juliana.totaro@HQ.DHS.GOV | 12.15.17 - TPS Overview - BM.DOCX | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions | |
| AR-EL_SALVADOR-00000012 | AR-EL_SALVADOR-00000012 | AR-EL_SALVADOR-00000012 | AR-EL_SALVADOR-00000012 | ESEC Share Drive | | | | | | | 10/26/2017 | | 17-6549 Action Memo - El Salvador 10.26.17.pdf | Adobe Portable Document Format (PDF/A-1 | DP - Deliberative Process | Draft October 26, 2017 USCIS memo containing deliberations regarding El Salvador's TPS | |
| AR-EL_SALVADOR-00000013 | AR-EL_SALVADOR-00000013 | AR-EL_SALVADOR-00000013 | AR-EL_SALVADOR-00000013 | ESEC Share Drive | | | | | | | 12/29/2017 | Lisa | 17-6549 Attachment A TPS Legal Authority OGC Edits 12.29.17 Clean.docx | MS Word 2007-2010 Document (Open XML) | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberations regarding TPS legal authority; Seeking or providing legal advice regarding the legal authority governing TPS | |
| AR-EL_SALVADOR-00000039 | AR-EL_SALVADOR-00000039 | AR-EL_SALVADOR-00000039 | AR-EL_SALVADOR-00000039 | ESEC Share Drive | | | | | | | 12/29/2017 | SCOPS | 17-6549 Attachment E TPS Vetting Process 12.29.17 Clean.docx | MS Word 2007-2010 Document (Open XML) | LE - Law Enforcement | Memo containing Law Enforcement Sensitive materials redacted containing information on sensitive law enforcement information or sources of information the release of which could interfere with law enforcement activities | |
| AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | ESEC Share Drive | | | | | | | 10/31/2017 | TSA Standard PC User | 17-6549 Memo to DCOS 10.31.17.docx | MS Word 2007-2010 Document (Open XML) | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue | |
| AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | ESEC Share Drive | | | | | | | 12/29/2017 | | 17-6549 USCIS Action Memo TPS El Salvador 12.20.17.pdf | Adobe Portable Document Format | DP - Deliberative Process | Memo containing deliberations about TPS recommendations for El Salvador, Honduras, and Nicaragua; memo providing legal advice regarding TPS decisions | |
| AR-EL_SALVADOR-00000071 | AR-EL_SALVADOR-00000071 | AR-EL_SALVADOR-00000071 | AR-EL_SALVADOR-00000071 | ESEC Share Drive | | | | | | | 1/9/2018 | Megan Westmoreland | 18-0043 Decision Document 01.09.18.docx | MS Word 2007-2010 Document (Open XML) | DP - Deliberative Process | Unsigned, draft version of USCIS Federal Register Notice re: El Salvador | |
| AR-EL_SALVADOR-00000072 | AR-EL_SALVADOR-00000072 | AR-EL_SALVADOR-00000072 | AR-EL_SALVADOR-00000072 | Kovarik, Kathy | | | | | | | 6/6/2018 | | Kathy Kovarik Hard Docs on TPS.pdf | Adobe Portable Document Format | DP - Deliberative Process | Handwritten notes regarding deliberations about TPS | |

The information in this document is proprietary to Leidos.
It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.