UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>   Defendants. | Case No. 18-cv-01554-EMC<br><br>**ORDER REFERRING DISCOVERY AND JOINT LETTER DISCOVERY BRIEF TO MAGISTRATE JUDGE SALLIE KIM**<br><br>Docket No. 43 |

Discovery in this case, including the parties' pending joint letter discovery brief, is hereby referred to Magistrate Judge Sallie Kim for resolution.

By **Friday July 27, 2018**, the parties shall meet-and-confer on all outstanding discovery and privilege disputes, including any issues not yet addressed under Rule 26(f). The parties should prioritize the efficient and timely production of material, including under protective order if necessary, reasonably in advance of Plaintiffs' August 23, 2018 deadline to file a motion for preliminary injunction. Because extra-record discovery is underway, the Court reserves questions about which material is properly designated for inclusion in the administrative record until a later stage.

The parties shall file a written update to Judge Kim by **Monday, July 30, 2018** regarding the status of their meet-and-confer including whether any issues identified in their joint discovery brief have been narrowed. Judge Kim shall thereafter advise the parties how to proceed.

**IT IS SO ORDERED**.

Dated: July 20, 2018

_____
EDWARD M. CHEN
United States District Judge