1   Alycia A. Degen (SBN 211350)
    adegen@sidley.com
2   Sean A. Commons (SBN 217603)
    scommons@sidley.com
3   SIDLEY AUSTIN LLP
    555 West Fifth Street
4   Los Angeles, CA 90013
    Telephone: +1 213 896 6010
5   Facsimile: +1 213 896 6600

6   Ahilan T. Arulanantham (SBN 237841)
    aarulanantham@aclusocal.org
7   ACLU FOUNDATION
    OF SOUTHERN CALIFORNIA
8   1313 West 8th Street
    Los Angeles, CA 90017
9   Telephone: +1 213 977 5211
    Fax: +1 213 977 5297

10

11  Jessica Karp Bansal, SBN 277347
    jbansal@ndlon.org
    Emilou MacLean (SBN 319071)
12  emi@ndlon.org
    NATIONAL DAY LABORER
13  ORGANIZING NETWORK
    674 S. La Fayette Park Place
14  Los Angeles, CA  90057
    Telephone: +1 213 380 2214
15  Fax: +1 213 380 2787

16  Attorneys for Plaintiffs
    [*Additional Counsel Listed on Next Page*]

17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO

| | |
|---|---|
| 21   CRISTA RAMOS, *et al.*, | Case No.  3:18-cv-1554-EMC |
| 22           Plaintiffs, | **PLAINTIFFS' STATEMENT OF RECENT DECISION** |
| 23        v. | Hon. Edward M. Chen |
| 24   KIRSTJEN NIELSEN, *et al.*, | |
|               Defendants. | Complaint Filed:    March 12, 2018 |
| 25 | Trial Date:         None set |
| 26 | |
| 27 | |
| 28 | |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Amanda Farfel (SBN 288126)
afarfel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9661
Facsimile: +1 310 595 9501

Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6640
Facsimile: +1 213 896 6600

*Institution listed for identification purposes only*

Under N.D. Cal. Local Rule 7-3(d)(2), Plaintiffs file this Statement of Recent Decision to bring this Court's attention to the attached judicial opinion, issued on July 23, 2018 by the Honorable Denise J. Casper in the District of Massachusetts. *Centro Presente*, *et al. v. U.S. Dep't of Homeland Sec., et. al*, Case No. 1:18-cv-10340-DJC, Doc. No. 47 (D. Mass. July 23, 2018).

Date:  July 24, 2018

Respectfully submitted,
SIDLEY AUSTIN LLP

By:  */s/ Sean A. Commons*

Alycia A. Degen
Sean A. Commons
Nicole M. Ryan
Ryan M. Sandrock
Amanda Farfel
Andrew B. Talai
Marisol Ramirez

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

Ahilan T. Arulanantham

ACLU FOUNDATION OF NORTHERN CALIFORNIA

William S. Freeman

NATIONAL DAY LABORER ORGANIZING NETWORK

Emilou MacLean
Jessica Karp Bansal

*Attorneys for Plaintiffs*