# Exhibit 3

1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  Ahilan T. Arulanantham (SBN 237841)
   aarulanantham@aclusocal.org
7  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
8  1313 West 8th Street
   Los Angeles, CA 90017
9  Telephone: +1 213 977 5211
   Fax: +1 213 977 5297
10
   Jessica Karp Bansal (SBN 277347)
11 jbansal@ndlon.org
   Emilou MacLean (SBN 319071)
12 emi@ndlon.org
   NATIONAL DAY LABORER
13 ORGANIZING NETWORK
   674 S. La Fayette Park Place
14 Los Angeles, CA  90057
   Telephone: +1 213 380 2214
15 Fax: +1 213 380 2787

16 Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO

21 CRISTA RAMOS, *et al.*,                    Case No.  3:18-cv-1554-EMC

22             Plaintiffs,                    **PLAINTIFF CRISTA RAMOS' REQUEST
                                              FOR PRODUCTION OF DOCUMENTS TO
23       v.                                   DEFENDANT UNITED STATES OF
                                              AMERICA**
24 KIRSTJEN NIELSEN, *et al.*,
                                              **SET ONE**
25             Defendants.

26

27

28

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Amanda Farfel (SBN 288126)
afarfel@sidley.com
Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6640
Facsimile: +1 213 896 6600

* *Institution listed for identification purposes only*

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff Crista Ramos |
| **RESPONDING PARTY:** | Defendant United States of America |
| **NO.:** | One |

Pursuant to Federal Rule of Civil Procedure 34, and subject to a request for responses to be provided on shorter time, Plaintiff Crista Ramos hereby requests that Defendant United States of America ("USA") produce for inspection and photocopying all documents and tangible things responsive to the categories described below at the offices of Sidley Austin LLP, at 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013, within thirty (30) days of service of this Request for Production of Documents.

## I. DOCUMENTS REQUESTED[1]

**REQUEST FOR PRODUCTION NO. 1:**

U.S. Citizenship and Immigration Services ("USCIS") "Decision," "TPS Considerations," or "Temporary Protected Status Considerations" memoranda, including any accompanying documents, appendices, or exhibits thereto, concerning TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and/or Sudan since January 1, 2014.

**REQUEST FOR PRODUCTION NO. 2:**

All Department of State ("DOS") recommendation letters or memoranda, including any accompanying documents, appendices, or exhibits thereto, concerning TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and Sudan since January 1, 2014.

**REQUEST FOR PRODUCTION NO. 3:**

All Department of Homeland Security ("DHS") memoranda to USCIS, including any accompanying documents, appendices, or exhibits thereto, concerning TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and Sudan since January 1, 2014.

**REQUEST FOR PRODUCTION NO. 4:**

All DHS, USCIS, or DOS "Country Conditions" memoranda or analyses, including any accompanying documents, appendices, or exhibits thereto, concerning TPS determinations for El

---

[1] All Requests referencing positions (such as Secretary or Director) including acting or appointed position.

1

Salvador, Haiti, Honduras, Nicaragua and Sudan since January 1, 2014.

**REQUEST FOR PRODUCTION NO. 5:**

Documents used to prepare DHS Secretary Nielsen for testimony regarding terminations of TPS designations before the House Appropriations Committee, Homeland Security Subcommittee on April 11, 2018.

**REQUEST FOR PRODUCTION NO. 6:**

Documents used to prepare DHS Secretary Nielsen for testimony regarding TPS before the Senate Judiciary Committee on January 16, 2018.

**REQUEST FOR PRODUCTION NO. 7:**

Documents prepared by or for DHS, or provided to DHS, concerning legislative proposals with respect to TPS since November 8, 2016, including HR 2604 (TPS Reform Act) and HR 5496 (TPS Process Reform Act), and any communications between DHS and persons not employed by DHS concerning such proposals.

**REQUEST FOR PRODUCTION NO. 8:**

The "Action Memos" from the Acting Assistant Secretary for the Bureau of Population, Refugees, and Migration and the Acting Assistant Secretary for the Bureau of Western Hemisphere Affairs to the Secretary of State regarding temporary protected status for Honduras, Nicaragua, Haiti, and El Salvador, including any accompanying documents, appendices, or exhibits thereto, since January 1, 2014.

**REQUEST FOR PRODUCTION NO. 9:**

The complete "A-Files" for Plaintiffs Cristina Morales, Orlando Zepeda, Maria Jose Ayala Flores, Elsy Yolanda Flores de Ayala, Wilna Destin, Sherika Blanc, Imara Ampie, Mazin Ahmed, and Hiwaida Elarabi.[2]

///

///

---

[2] The federal government identification numbers for Plaintiffs are: Cristina Morales (095 004 017), Orlando Zepeda (070 645 370), Maria Jose Ayala Flores (202 556 8623), Elsy Yolanda Flores de Ayala (202 469 9584), Wilna Destin (078 406 706), Sherika Blanc (078 597 469), Imara Ampie (094 289 942), Mazin Ahmed (204 750 882), and Hiwaida Elarabi (094 164 500).

| | |
|---|---|
| Date: July 6, 2018 | Respectfully submitted, |
| | SIDLEY AUSTIN LLP |
| | By: *[signature]* Alycia A. Degen |
| | Alycia A. Degen<br>Sean A. Commons<br>Nicole M. Ryan<br>Ryan M. Sandrock<br>Amanda Farfel<br>Andrew B. Talai<br>Marisol Ramirez |
| | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| | Ahilan T. Arulanantham |
| | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| | William S. Freeman |
| | NATIONAL DAY LABORER ORGANIZING NETWORK |
| | Jessica Karp Bansal<br>Emilou MacLean |
| | *Attorneys for Plaintiffs* |

3

PLAINTIFF CRISTA RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USA
CASE NO. 3:18-cv-1554-EMC

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  SS
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Los Angeles, CA 90013.

    On July 6, 2018, I served the foregoing document(s) described as **PLAINTIFF CRISTA RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OF AMERICA, SET ONE** on all interested parties in this action as follows:

| | |
|---|---|
| Rhett P. Martin, D.C. Bar No. 999272<br>rhett.martin@usdoj.gov<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-7538<br>Fax: (202) 616-8470 | *Counsel for Defendants* |

☑    (VIA E-MAIL OR ELECTRONIC TRANSMISSION)  Based on agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 6, 2018, at Los Angeles, California.

_____
Nicole A. Bigley