# Exhibit 4

1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  Ahilan T. Arulanantham (SBN 237841)
   aarulanantham@aclusocal.org
7  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
8  1313 West 8th Street
   Los Angeles, CA 90017
9  Telephone: +1 213 977 5211
   Fax: +1 213 977 5297
10
   Jessica Karp Bansal (SBN 277347)
11 jbansal@ndlon.org
   Emilou MacLean (SBN 319071)
12 emi@ndlon.org
   NATIONAL DAY LABORER
13 ORGANIZING NETWORK
   674 S. La Fayette Park Place
14 Los Angeles, CA  90057
   Telephone: +1 213 380 2214
15 Fax: +1 213 380 2787

16 Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
17

18                UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                     SAN FRANCISCO

21 CRISTA RAMOS, *et al.*,                Case No.  3:18-cv-1554-EMC

22          Plaintiffs,                   **PLAINTIFF CRISTA RAMOS' REQUEST**
                                          **FOR PRODUCTION OF DOCUMENTS TO**
23      v.                                **DEFENDANT UNITED STATES OF**
                                          **AMERICA**
24 KIRSTJEN NIELSEN, *et al.*,
                                          **SET TWO**
25          Defendants.

26

27

28

1   *Additional Counsel for Plaintiffs*

2   William S. Freeman (SBN 82002)
    wfreeman@aclunc.org
3   ACLU FOUNDATION
    OF NORTHERN CALIFORNIA
4   39 Drumm Street
    San Francisco, California 94111
5   Telephone: +1 415 621 2493
    Fax: +1 415 863 7832
6
    Mark E. Haddad (SBN 205945)
7   markhadd@usc.edu
    Part-time Lecturer in Law
8   USC Gould School of Law*
    University of Southern California
9   699 Exposition Blvd.
    Los Angeles, CA 90089
10  Telephone: +1 213 675-5957

11  Nicole M. Ryan (SBN 175980)
    nicole.ryan@sidley.com
12  Ryan M. Sandrock (SBN 251781)
    rsandrock@sidley.com
13  SIDLEY AUSTIN LLP
    555 California Street
14  Suite 2000
    San Francisco, CA 94104
15  Telephone: +1 415 772 1219
    Facsimile: +1 415 772 7400
16
    Amanda Farfel (SBN 288126)
17  afarfel@sidley.com
    Andrew B. Talai (SBN 300053)
18  atalai@sidley.com
    Marisol Ramirez (SBN 307069)
19  marisol.ramirez@sidley.com
    SIDLEY AUSTIN LLP
20  555 West Fifth Street
    Los Angeles, CA 90013
21  Telephone: +1 213 896 6640
    Facsimile: +1 213 896 6600
22

23  *Institution listed for identification purposes only*

24

25

26

27

28

1  **PROPOUNDING PARTY:**        Plaintiff Crista Ramos

2  **RESPONDING PARTY:**        Defendant United States of America

3  **NO.:**                                    Two

4        Pursuant to Federal Rule of Civil Procedure 34, and subject to a request for responses to be

5  provided on shorter time, Plaintiff Crista Ramos hereby requests that Defendant United States of

6  America ("USA") produce for inspection and photocopying all documents and tangible things

7  responsive to the categories described below at the offices of Sidley Austin LLP, at 555 West Fifth

8  Street, Suite 4000, Los Angeles, CA 90013, within thirty (30) days of service of this Request for

9  Production of Documents.

10  **I.        DOCUMENTS REQUESTED**[1]

11        **REQUEST FOR PRODUCTION 1:**

12        All communications concerning United States Citizenship and Immigration Services

13  ("USCIS") Decision Memoranda, USCIS Policy Memoranda, USCIS Procedural Memoranda or

14  USCIS Temporary Protected Status ("TPS") Considerations Memoranda, and accompanying

15  enclosures, regarding TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and Sudan,

16  since January 1, 2014.

17        **REQUEST FOR PRODUCTION 2:**

18        All communications concerning Department of State ("DOS") Recommendation Letters or

19  Memoranda, and accompanying documents, regarding TPS determinations for El Salvador, Haiti,

20  Honduras, Nicaragua and Sudan, since January 1, 2014.

21        **REQUEST FOR PRODUCTION 3:**

22        All communications between the Secretary of State and the Secretary of Homeland Security,

23  regarding the decision to extend or terminate TPS for any country, since November 8, 2012.

24        **REQUEST FOR PRODUCTION 4:**

25        All communications between the Secretary of Homeland Security and the Director of USCIS,

26  regarding TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and Sudan, since January

27

28

[1] All Requests referencing positions (such as Secretary or Director) including acting or appointed positions.

PLAINTIFF CRISTA RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USA
CASE NO. 3:18-cv-1554-EMC

1, 2014.

**REQUEST FOR PRODUCTION 5:**

All communications between Gene Hamilton and individuals in the Department of Homeland Security ("DHS") or the White House, regarding TPS, since November 8, 2016.

**REQUEST FOR PRODUCTION 6:**

All communications between Kathy Nuebel Kovarik and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 7:**

All communications between Brian Hook and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 8:**

All communications between Taryn Frideres and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 9:**

All communications between Dimple Shah and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 10:**

All communications between Brandon Prelogar and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 11:**

All communications between Brian Kelleher and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 12:**

All communications between Jason Levy and individuals in DOS or DHS, regarding TPS, since January 1, 2014.

**REQUEST FOR PRODUCTION 13**

All communications between White House personnel affiliated with the Domestic Policy Council, including but not limited to Stephen Miller and Andrew Veprek, and individuals in DOS or

2

1    DHS, regarding TPS, since November 8, 2016.

2        **REQUEST FOR PRODUCTION 14:**

3        All communications between James Nealon and individuals in DOS or DHS, regarding TPS,

4    since January 1, 2014.

5        **REQUEST FOR PRODUCTION 15**

6        All communications between individuals in the Office of Management and Budget ("OMB")

7    and individuals in the OMB, DOS, or DHS, regarding TPS, since January 1, 2014.

8        **REQUEST FOR PRODUCTION 16:**

9        All DHS Office of General Counsel Letters or Memoranda, and accompanying documents,

10   regarding TPS determinations for El Salvador, Haiti, Honduras, Nicaragua and Sudan, since January

11   1, 2014.

12       **REQUEST FOR PRODUCTION 17:**

13       All memoranda, directives, guidance, position papers, or statements of policy or practice, and

14   accompanying enclosures, prepared by the DHS Office of General Counsel, regarding TPS extension

15   and termination decisions, since January 1, 2014.

16       **REQUEST FOR PRODUCTION 18:**

17       All memoranda, directives, guidance, position papers, or statements of policy or practice, and

18   accompanying enclosures, prepared by the USCIS Office of the Chief Counsel, regarding TPS

19   extension and termination decisions, since January 1, 2014.

20       **REQUEST FOR PRODUCTION 19:**

21       All memoranda, directives, guidance, position papers, or statements of policy or practice,

22   prepared by DOS's Office of the Legal Adviser, regarding TPS extension and termination decisions,

23   since January 1, 2014.

24    Date:  July 16, 2018                              Respectfully submitted,

25

26                                                     SIDLEY AUSTIN LLP

27                                                     By: *Alycia Degen*
                                                         Alycia A. Degen
28                                                       Sean A. Commons
                                                         Nicole M. Ryan

3

Ryan M. Sandrock
Amanda Farfel
Andrew B. Talai
Marisol Ramirez

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA

Ahilan T. Arulanantham

ACLU FOUNDATION OF NORTHERN
CALIFORNIA

William S. Freeman

NATIONAL DAY LABORER ORGANIZING
NETWORK

Jessica Karp Bansal
Emilou MacLean

*Attorneys for Plaintiffs*

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA                    )

3                                                          )   SS
                                                           )
COUNTY OF LOS ANGELES          )

4

5   I am employed in the County of Los Angeles, State of California.  I am over the age of 18

6  years and not a party to the within action.  My business address is 555 West Fifth Street, Los

7  Angeles, CA 90013.

8   On July 16, 2018, I served the foregoing document(s) described as **PLAINTIFF CRISTA**

9  **RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED**

10  **STATES OF AMERICA, SET TWO** on all interested parties in this action as follows:

11

12  Rhett P. Martin, D.C. Bar No. 999272   *Counsel for Defendants*
   rhett.martin@usdoj.gov

13  United States Department of Justice
   Civil Division, Federal Programs Branch

14  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20530

15  Telephone: (202) 305-7538
   Fax: (202) 616-8470

16

17

18  ☑  (VIA E-MAIL OR ELECTRONIC TRANSMISSION)  Based on agreement of the parties
      to accept service by e-mail or electronic transmission, I caused the document(s) to be sent

19   to the person(s) at the e-mail address(es) listed above.  I did not receive, within a
      reasonable time after the transmission, any electronic message or other indication that the

20   transmission was unsuccessful.

21

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Executed on July 16, 2018, at Los Angeles, California.

24

25            _____

26          Alycia A. Degen

27

28

1