UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>  Defendants. | Case No. 18-cv-01554-EMC  (SK)<br><br>**ORDER REGARDING JOINT LETTER BRIEF**<br><br>Regarding Docket Nos. 43, 47 |

Before the Court is the parties' joint letter brief, originally submitted at Docket 43 and resubmitted after further meeting and conferring at Docket 47.  Upon review of the papers, the Court ORDERS as follows:

Defendants must produce the administrative record in full by August 16, 2018.

Defendants may not redact documents based on a position that portions of the document are "non-responsive."

Defendants are not required to gather and produce documents directed to the United States at this time.

With regard to the issue of search terms and selected custodians, parties should be prepared to discuss at the August 2, 2018 hearing the manner in which the parties met and conferred and the manner in which Defendants made their decisions.

With regard to the issue of deliberative process privilege, Defendants should be prepared to discuss the following at the hearing scheduled for August 2, 2018:

(1) What is the scope of the documents withheld on the basis of privilege?

(2) How soon can Defendants provide them to the Court for in camera review?

(3) If Defendants waived the privilege with regard to some documents, how did Defendants make that decision and under what parameters did Defendants decide to waive or not

1  waive the privilege?

2  **IT IS SO ORDERED**.

3  Dated: August 1, 2018



SALLIE KIM
United States Magistrate Judge