CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>       Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that by this filing, undersigned attorney Kevin Snell of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: August 2, 2018          Respectfully submitted,

                               CHAD A. READLER
                               Acting Assistant Attorney General
                               Civil Division

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Appearance

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN R. TYLER
Assistant Branch Director

/s/  *Kevin Snell*
RHETT P. MARTIN (DC Bar 999272)
Kevin Snell (NY Bar)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Appearance