United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | Case No. 18-cv-01554-EMC (SK)<br><br>**SECOND ORDER REGARDING DISCOVERY LETTER BRIEF**<br><br>Regarding Docket Nos. 43, 47 |

The parties in this matter have raised several discovery issues for the Court. On August 1, 2018, the Court issued an order addressing some but not all of the issues. (Dkt. 49.) This Order clarifies that Order.

First, with regard to Defendants' production of documents responsive to Plaintiffs' Request for Production Nos. 1, 4, 6 and 7, the Court ORDERS Defendants to complete that production by August 16, 2018. The District Court on June 25, 2018, ordered that the production of documents responsive to Request for Production Nos. 1, 4, 6 and be completed within "14 days of the hearing date." (Dkt. 34.) The Court has reviewed the requests at issue and finds that the requests are targeted and reasonable, proportional to the needs of the case at this stage of litigation. There is no valid reason to change the District Court's ruling on June 25, 2018. The Court ORDERS Defendants to produce documents responsive to Request for Production Nos. 1, 4, 6 and 7 by August 16, 2018. However, with regard to the other documents, the Court will not set a deadline at this time but will review the issue after the District Court decides the preliminary injunction issue.

Second, with regard to the issue of redaction for non-responsiveness, Plaintiffs requested a clarification of the August 1, 2018 Order to determine whether Defendants could redact documents and attachments on the basis of non-responsiveness. The Court rules that Defendants

may not do so. Defendants also asked for reconsideration of the Court's Order of August 1, 2018, and Defendants argued burden. The Court DENIES the request for reconsideration.

Third, with regard to the deliberative process privilege, the Court ORDERS that the parties submit a selected group of documents that Defendants withheld on the basis of the deliberative process privilege for in camera review under the following procedure:

(1) Plaintiffs will identify, from the privilege log, 10 (ten) documents that Defendants must submit to the Court for in camera review. Plaintiffs will submit a letter brief to the Court, publicly filed, identifying those documents.

(2) Defendants will identify, from the privilege log, 10 (ten) documents that Defendants choose to submit to the Court for in camera review. Defendants will submit a letter brief to the Court, publicly filed, identifying those documents.

(3) Defendants will submit to the Court the 20 (twenty) documents in electronic format via the Court's electronic mail address (skcrd@cand.uscourts.gov) within 2 (two) business days after receipt of the list from Plaintiffs.

Third, with respect to the issue of custodians and search terms, the Court ORDERS Plaintiffs to provide a list of the additional 7 (seven) custodians whom Plaintiffs have identified and ORDERS Defendants to provide an explanation of the search terms and protocol for searching. The parties must file these pleadings by August 6, 2018.

**IT IS SO ORDERED**.

Dated: August 2, 2018

_____
SALLIE KIM
United States Magistrate Judge