# EXHIBIT A

# Exhibit A

| | Begin Bates | End Bates | Begin Atchmt | End Atchmt | Custodian | To | From | CC | Date Time Sent | Date Time Rcvd | Doc Date | FileName | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USCIS_RFPD_00000055 | USCIS_RFPD_00000055 | USCIS_RFPD_00000053 | USCIS_RFPD_00000055 | McCament, James W | | | | | | 5/17/2017 | 05.19.17 - TPS Briefing - BM.docx | DP - Deliberative Process | Briefing materials containing deliberations about upcoming TPS decisions; | |
| 2 | DHS_RFPD_00000308 | DHS_RFPD_00000315 | DHS_RFPD_00000308 | DHS_RFPD_00000315 | Duke, Elaine | | | | | | 5/11/2018 | DHS_S2ECD_PF_00000053.pdf | DP - Deliberative Process; LE – Law Enforcement | DHS intelligence assessment for El Salvador, Honduras, Haiti, and Nicaragua | Has Redactions |
| 3 | USCIS_RFPD_00000019 | USCIS_RFPD_00000019 | USCIS_RFPD_00000016 | USCIS_RFPD_00000020 | McCament, James W | | | | | | 4/8/2017 | Attachment 3-Haiti TPS-Country Condition Data.docx | DP - Deliberative Process | Briefing materials providing deliberations about the upcoming TPS decision on Haiti and its impact | |
| 4 | USCIS_RFPD_00000013 | USCIS_RFPD_00000013 | USCIS_RFPD_00000011 | USCIS_RFPD_00000013 | McCament, James W | | | | | | 5/16/2017 | S2 BM Addendum TPS Country Background 05-16-17.docx | DP - Deliberative Process | Briefing materials providing deliberations about the implementation of the TPS statute | |
| 5 | DHS_RFPD_00001242 | DHS_RFPD_00001242 | DHS_RFPD_00001241 | DHS_RFPD_00001242 | Peyto, Briana | | | | | | 11/20/2017 | FINAL Haiti TPS PAG.pdf.pdf | DP - Deliberative Process | Public Affairs Guidance re Haiti TPS determination made by then-AS1 | |
| 6 | AR-NICARAGUA-00000137 | AR-NICARAGUA-00000138 | AR-NICARAGUA-00000137 | AR-NICARAGUA-00000138 | Duke, Elaine | N/A | N/A | | 10/31/2017 | | 5/11/2018 | DHS_S2ECD_PF_00000057.pdf | DP - Deliberative Process | Memo containing redacted deliberations and recommendations regarding TPS determinations for El Salvador, Honduras, and Nicaragua | Has Redactions |
| 7 | DHS_RFPD_00000986 | DHS_RFPD_00000986 | DHS_RFPD_00000986 | DHS_RFPD_00000988 | Peyto, Briana | | | | | | 5/17/2017 | S2 TPS Briefing General Overview 05-16-17 (3) (occ-jcc) (OPS) Clean.docx | DP - Deliberative Process | May 19, 2017 deliberatiave briefing memo re TPS | |
| 8[1] | AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | AR-EL_SALVADOR-00000070 | ESEC Share Drive | | | | | | 12/29/2017 | 17-6549 USCIS Action Memo TPS El Salvador 12.20.17.pdf | DP - Deliberative Process | Memo containing deliberations about TPS recommendations for El Salvador, Honduras, and Nicaragua; memo providing legal advice regarding TPS decisions | |
| 9 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | Peyto, Briana | | | | | | 10/6/2017 | S1 BM - TPS Meeting (PLCY final) 10_6_17.docx | DP - Deliberative Process; PII - Personal Privacy | Oct. 10, 2017 deliberative briefing Memo re TPS Meeting | |
| 10[2] | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | ESEC Share Drive | | | | | | 10/31/2017 | 17-6549 Memo to DCOS 10.31.17.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue | Has Redactions |

1. Defendants' entry for No. 8 included two additional fields not shown because they did not exist for the majority of other entries excerpted here: (i) Author, which was blank; and (ii) Filetype, which stated "Adobe Portable Document Format."

2. Defendants' entry for No. 10 included two additional fields not shown because they did not exist for the majority of other entries excerpted here: (i) Author, which stated "TSA Standard PC User"; and (ii) Filetype, which stated "MS Word 2007-2010 Document (Open XML)."