# EXHIBIT B

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Thursday, August 3, 2017 7:41 PM |
| **To:** | McCament, James W <[redacted]>; Renaud, Tracy L <[redacted]> |
| **Cc:** | Risch, Carl C [redacted] |
| **Subject:** | FW: [DIRECTOR'S OFFICE CLEARANCE REQUEST] AS1BB - 08.04.17 - Immigration Update Briefing |
| **Attach:** | ASBB - Immigration Update Briefing (08.04.17) TPS.RAD OPS.docx |

Good Evening James and Tracy,

Forwarding the briefing book material prepared by DHS PLCY. We cleared this earlier today with edits.

Let me know if you need anything else.

[redacted]

Sent with Good (www.good.com)

---

**From:** [redacted] behalf of USCIS Exec Sec
**Sent:** Thursday, August 03, 2017 11:49:29 AM
**To:** DDCLEAR
[redacted]
**Subject:** [DIRECTOR'S OFFICE CLEARANCE REQUEST] AS1BB - 08.04.17 - Immigration Update Briefing

Good morning,

With the usual apologies for the short turnaround, DHS PLCY has requested USCIS review materials for AS1's upcoming meeting on immigration.

**RAIO, OCC** and **OP&S** provided clearance with the attached edits.

Response is due to the department by **12:30pm today.**

Thank you.

[redacted]
Management and Program Analyst
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
[redacted]

---

**From:** [redacted] **On Behalf Of** USCIS Exec Sec
**Sent:** Thursday, August 03, 2017 6:39 AM
**To:** Policy-Clearance; RAIO Clearance [redacted]

**Cc:** USCIS Exec Sec
**Subject:** [URGENT S1BRIEFING MATERIALS] AS1BB - 08.04.17 - Immigration Update Briefing
**Importance:** High

Good morning,

With the usual apologies for the short turnaround, please review materials for AS1's upcoming meeting on immigration.

We request responses from the following program offices and directorates:  **RAIO** and **OP&S**

Responses are due no later than **8:00AM today, August 3, 2017**.  To register your response and view all responses, click here.

*DUE TO THE NATURE OF THIS TASK AN EXTENSION CANNOT BE GRANTED.*

Please note, before we can submit the final materials, we have to secure Front Office clearance.

Thank you.

Management and Program Analyst
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services

Use the CATS Dashboard to track the status of active tasks and the CATS Archive to view completed tasks.
Request CATS training and give us your feedback.

---

**From:**
**Sent:** Wednesday, August 02, 2017 4:15 PM

**Subject:** RE: [Due 8/3 at 10am] [PLCY-led] AS1BB - 08.04.17 - Immigration Update Briefing

All,

The draft briefing materials are attached.  Please edit and, given the short turnaround time, ask your SMEs to contribute accordingly.  The deadline remains **9am tomorrow (8/3).**

Eric

**From:** **On Behalf Of** USCIS Exec Sec
**Sent:** Wednesday, August 2, 2017 3:37 PM

**Cc:**
**Subject:** RE: [Due 8/3 at 10am] [PLCY-led] AS1BB - 08.04.17 - Immigration Update Briefing

PLCY,

Since you are listed as the lead component, will you provide the required briefing memo for USCIS to clear?  Please advise.



**USCIS Office of the Executive Secretariat**

**EXSO Connect Page**
**EXSO ECN Page**
*Please upload all actions for which Forms G-1056 are used to CATS.*
*Please send all official actions to USCIS-Exec-Sec@uscis.dhs.gov.*

---

**From:**
**Sent:** Wednesday, August 02, 2017 3:23 PM
**To:** CBPTASKING; I&A Exec Sec; ICE Exec Sec; OGC Exec Sec; USCIS Exec Sec
**Cc:** Plcy Exec Sec; Immigration Policy
**Subject:** FW: [Due 8/3 at 10am] [PLCY-led] AS1BB - 08.04.17 - Immigration Update Briefing

All,

Please see the tasking below. Please provide your input no later than **9am tomorrow (8/3)**.

---

**From:** Plcy Exec Sec
**Sent:** Wednesday, August 2, 2017 2:59 PM
**To:**
**Cc:** Plcy Exec Sec <PlcyExecSec@hq.dhs.gov>; PLCY-BIT Tasking <PLCY-BITTasking@hq.dhs.gov>
**Subject:** [Due 8/3 at 10am] [PLCY-led] AS1BB - 08.04.17 - Immigration Update Briefing

Good afternoon BIT/IMM,

Please provide the requested briefing memo to PLCY Exec Sec **by 10am tomorrow (8/3)**.

Required Coordinators:
- CBP – CBPTasking@cbp.dhs.gov
- I&A – I&AExecSec@hq.dhs.gov
- ICE – ICEExecSec2@ice.dhs.gov
- OGC – OGCExecSec@hq.dhs.gov
- USCIS – USCIS-Exec-Sec@uscis.dhs.gov

Best regards,

Social Science Analyst
Office of Policy, Executive Secretariat
U.S. Department of Homeland Security

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Wednesday, August 2, 2017 2:55 PM
**To:** ▓▓▓▓▓▓▓▓

**Subject:** AS1BB - 08.04.17 - Immigration Update Briefing - (Due 08.03.17 1200)

All materials must be formatted to comply with the attached templates.

| | |
|---|---|
| Event Date | Friday, 08.04.17 (1600-1645) |
| Event Name | Immigration Update Briefing |
| Lead Component | PLCY |
| Required Coordination | OGC, CBP, ICE, I&A, USCIS |
| Product | Briefing Memo |
| Notes | - **Non Responsive**<br>- TPS – current state of play, upcoming decision points<br><br>**Non Responsive**<br><br>Att<br>Ad<br>Others tbd<br><br>Location: NAC tbd<br><br>Meeting Classification: Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified. (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>Please note that all materials being shown to the Secretary must be passed through Exec Sec first. Please do not bring anything to the meeting ES has not seen (classified or unclassified) without prior approval. If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110D; 25 if in Rm. 5107.) |
| Due | 08.03.17 (1200) |

▓▓▓▓▓▓▓▓
Office of the Executive Secretary
Office of the Secretary
Department of Homeland Security
▓▓▓▓▓▓▓▓