# EXHIBIT C

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE



19 October 2017

(U//FOUO) [REDACTED]

(U//FOUO) [REDACTED]

- (U) Haitian, Honduran, and Salvadoran nationals combined account for approximately 94 percent (435,048) of all TPS recipients, according to U.S. Citizenship and Immigration Services,[6] with Salvadoran nationals representing the largest diaspora (263,282) receiving TPS benefits in the United States.[7]

- (U//SBU) [REDACTED]



(U) Countering Misinformation

(U//SBU/FOUO) [REDACTED]

---

[1] (U) The Secretary of Homeland Security may designated a foreign country for TPS due to conditions in the country that temporarily prevent the country's nationals from returning safely, or in certain circumstances, where the country is unable to handle the return of its nationals adequately. At least 60 days prior to a country's TPS designation or extension expiration, a review is completed to determine whether the conditions for the TPS designation continue to be met.

[1] (U) TPS status for Nicaragua is also designated to end January 5, 2018; however, given the small number of beneficiaries (5,349), they were not included in this assessment.

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

- (U//LES)

(U//FOUO)

- (U//LES)



- (U//FOUO)

- (U) TPS beneficiaries from Haiti, Honduras, and El Salvador mainly reside in six U.S. states, four of which are in the east: Florida (45,000), New York (26,000), Virginia (24,000), and Maryland (23,000), according to the Center for Migration Studies. The remaining two states—located in the West—are California (55,000) and Texas (45,000).[29]

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

— (U//FOUO) 



(U//FOUO)

---

(U) **This product responds to:** CBP-OI-POA-TOC-2, CBP-OI-POA-TOC-3

(U) **Tracked by:** DHS IE Intelligence Priority-Illicit Immigration and Travel

(U) **Reporting Notice:** This product was prepared by U.S. Customs and Border Protection, Office of Intelligence (OI). It was coordinated with U.S. Border Patrol Intelligence Division (HQ), CBP Attaché- U.S. Embassy Ottawa, Canada Border Security Agency, U.S. Citizenship and Immigration Services, HSI-Human Smuggling Cell, and DHS Office of Intelligence and Analysis.

(U) **FEEDBACK:** For general comments or questions related to the dissemination of this document, please e-mail the CBP OI Production Management inbox at: CBPOIProductionManagement@cbp.dhs.gov or call 202-325-3659.

(U) Please participate in a brief customer feedback survey regarding this product. Your feedback is important to our efforts to improve the quality and impact of our products on your mission. Please scroll to the last page to find the form and then follow a few simple steps to complete and submit your response. Thank you.

---

¹ (U//FOUO)

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//SENSITIVE BUT UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

1 (U) | Federal Register | 24 May 2017 | (U) Extension of the Designation of Haiti for Temporary Protected Status | Accessed on 8 September 2017 | Extracted information is U | Overall record is U | https://www.federalregister.gov/documents/2017/05/24/2017-10749/extension-of-the-designation-of-haiti-for-temporary-protected-status

2 (U) | DoS | 17 Montreal 314 | 15 September 2017 | (U) Canada: Volume of Asylum Seekers Garners Wide Attention | Extracted information is U | Overall document is U

3 (U) | DoS | 17 Montreal 328 | 25 September 2017 | (U) Canada: Information Sharing Stems the Tide of Asylum Seekers | Extracted information is U | Overall document is U

4 (U) | Newsweek | 27 September 2017 | (U) Want to Move to Canada? Canadian Immigration Officials Say You Shouldn't | Accessed on 3 October 2017 | Extracted information is U | Overall record is U | http://www.newsweek.com/want-move-canada-canadian-immigration-officials-say-you-shouldnt-672263

5 (U//FOUO) ███████████████████████████████████

6 (U) | USCIS | 28 September 2017 | (U) Temporary Protected Status Review Schedule | Extracted information is U | Overall record classification is U

7 (U) | DoS | 17 Montreal 262 | 10 August 2017 | (U) Canada: Haitian Northbound Asylum Seekers are Not Guaranteed Status in Canada | Accessed on 14 September 2017 | Extracted information is U | Overall document is U

8 (U) | OSC | LAR2017081473772659 | 15 August 2017 | (U) Haitian Migrants being Misled While Seeking Asylum in Canada | Accessed on 14 September 2017 | Extracted information is U | Overall document is U

9 (U) | CBC News | 5 August 2017 | (U) Misleading Social Media Messages Entice Haitian Asylum Seekers to Come to Canada | Accessed on 14 September 2017 | Extracted information is U | Overall record classification is U | http://www.cbc.ca/news/canada/montreal/misleading-information-haitian-asylum-seekers-1.4235565

10 (U) | DoS | 17 Montreal 314 | 15 September 2017 | (U) Canada: Volume of Asylum Seekers Garners Wide Attention | Extracted information is U | Overall document is U

11 (U) | OSC | LAW2017083056210577 | 30 August 2017 | (U) Northern Central America Media Watch: Guatemala Court Rules Against Expulsion of CICIG Commissioner | Accessed on 8 September 2017 | Extracted information is U | Overall document classification is U

12 (U) | CBP | IIR 4 042 0690 17 | (U//LES) Migrant Perceptions Regarding U.S. Executive Order 13780 and Perceived Changes in U.S. Immigration and Enforcement Policies | Extracted information is U//LES | Overall document classification is U//LES

13 (U) | New York Times | 10 August 2017 | (U) A Surge of Migrants Crossing into Quebec Tests Canada's Welcome | Accessed on 4 October 2017 | Extracted information is U | Overall record classification is U | https://www.nytimes.com/2017/08/10/world/americas/a-surge-of-migrants-crossing-into-quebec-tests-canadas-welcome.html

14 (U) | CBP | 17 May 2016 | (U) Swanton Sector Vermont | Accessed 28 September 2017 | Extracted information is U | Overall document classification is U | https://www.cbp.gov/border-security/along-us-borders/border-patrol-sectors/swanton-sector-vermont

15 (U) | CBP | 3 October 2017 | (U) USBP Norther Border TSM Outbound Report- FY 2017 | Extracted information is U//FOUO | Overall document classification is U//FOUO

16 (U//FOUO) ███████████████████████████████████

17 (U) | CBP | HSIR-SWB-16-259402 | 13 September 2016 | (U//LES) U.S. Border Patrol Swanton Sector/Canada Threat Assessment | Extracted information is U//LES | Overall document classification is U//LES

18 (U) | CBS News | 9 August 2017 | (U) Country Road to Canada is Route to Hope for Many Migrants | Accessed on 4 October 2017 | Extracted information is U | Overall document classification is U | https://www.cbsnews.com/news/migrants-flood-canada-roxham-road/

19 (U//FOUO) ███████████████████████████████████

20 (U) | The Center for Migration Studies- Journal on Migration and Human Security | 2017 | (U) A Statistical and Demographic Profile of the US Temporary Status Populations from El Salvador, Honduras, and Haiti | Accessed on 4 October 2017 | Extracted information is U | Overall document is U | http://cmsny.org/publications/jmhs-tps-elsalvador-honduras-haiti/

21 (U) | CBP | 3 October 2017 | (U) USBP Norther Border TSM Outbound Report- FY 2017 | Extracted information is U//FOUO | Overall document classification is U//FOUO



Case 3:18-cv-01554-EMC   Document 54-3   Filed 08/03/18   Page 7 of 9

DHS_RFPD_00000313

DHS_RFPD_00000314

DHS_RFPD_00000315