# EXHIBIT E

*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528



October 31, 2017

MEMORANDUM FOR THE DEPUTY CHIEF OF STAFF

FROM: Scott Krause

SUBJECT: TPS Recommendations for El Salvador, Honduras, and Nicaragua

---

U.S. Citizenship and Immigration Services (USCIS) prepared this package outlining their recommendations for granting Temporary Protected Status (TPS) to El Salvador, Honduras, and Nicaragua. The Office of Policy (PLCY) non-concurred with USCIS' recommendation and provided a decision memo summarizing their standpoint.

Upon review of PLCY's memo, the Office of General Counsel (OGC) ▮▮▮▮▮▮▮▮



PLCY responded to OGC's ▮▮▮▮▮▮▮▮

As requested, ESEC packaged the USCIS decision memo, including PLCY's memo explaining their non-concurrence.

Attachments

AR-EL_SALVADOR-00000041