Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Fax: +1 213 896 6600

Katelyn N. Rowe, SBN 318386
krowe@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9598
Fax: +1 310 595 9501

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    *Defendants*. | Case No. 3:18-cv-1554<br><br>**NOTICE OF APPEARANCE OF COUNSEL KATELYN N. ROWE FOR PLAINTIFFS** |

1  Additional Counsel for Plaintiffs

2  Ahilan T. Arulanantham (SBN 237841)
   aarulanantham@aclusocal.org
3  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
4  1313 West 8th Street
   Los Angeles, CA 90017
5  Telephone: +1 213 977 5211
   Fax: +1 213 977 5297
6
7  Jessica Karp Bansal (SBN 277347)
   jbansal@ndlon.org
8  Emilou MacLean (SBN 319071)
   emi@ndlon.org
9  NATIONAL DAY LABORER
   ORGANIZING NETWORK
10 674 S. La Fayette Park Place
   Los Angeles, CA  90057
11 Telephone: +1 213 380 2214
   Fax: +1 213 380 2787
12
13 William S. Freeman (SBN 82002)
   wfreeman@aclunc.org
   ACLU FOUNDATION
14 OF NORTHERN CALIFORNIA
   39 Drumm Street
15 San Francisco, California 94111
   Telephone: +1 415 621 2493
16 Fax: +1 415 863 7832

17 Mark E. Haddad (SBN 205945)
   markhadd@usc.edu
18 Part-time Lecturer in Law
   USC Gould School of Law*
19 University of Southern California
   699 Exposition Boulevard
20 Los Angeles, CA 90089-0071
   Telephone: +1 213 675 5957

21 Nicole M. Ryan (SBN 175980)
   nicole.ryan@sidley.com
22 Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
23 SIDLEY AUSTIN LLP
   555 California Street
24 Suite 2000
   San Francisco, CA 94104
25 Telephone: +1 415 772 1219
   Facsimile: +1 415 772 7400
26

27

28

1  Amanda Farfel (SBN 288126)
   afarfel@sidley.com
2  Andrew B. Talai (SBN 300053)
   atalai@sidley.com
3  Marisol Ramirez (SBN 307069)
   marisol.ramirez@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street
5  Los Angeles, CA 90013
   Telephone: +1 213 896 6640
6  Facsimile: +1 213 896 6600

7
   *️ *Institution listed for identification purposes only*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney, a member of the Bar of this Court, hereby enters her appearance in the above-captioned action as counsel of record for Plaintiffs:

1. Katelyn N. Rowe
   - Sidley Austin LLP, 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067
   - krowe@sidley.com

Date:  August 6, 2018                                  Respectfully submitted,

                                                       SIDLEY AUSTIN LLP

                                                       */s/ Katelyn N. Rowe*
                                                       Katelyn N. Rowe

                                                       *Attorney for Plaintiffs*