# EXHIBIT A

# Exhibit A

| Submission No. | Begin Bates | End Bates | Begin Attchmt | End Attchmt | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOC DATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 1 | DHS_RFPD_00000308 | DHS_RFPD_00000315 | DHS_RFPD_00000308 | DHS_RFPD_00000315 | Duke, Elaine | | | | | | 5/11/2018 | DHS_S2ECD_PF_00000053.pdf | DP - Deliberative Process; LE - Law Enforcement; | DHS intelligence assessment for El Salvador, Honduras, Haiti, and Nicaragua | Has Redactions |
| No. 2 | USCIS_RFPD_00000019 | USCIS_RFPD_00000019 | USCIS_RFPD_00000016 | USCIS_RFPD_00000020 | McCament, James W | | | | | | 4/8/2017 | Attachment 3- Haiti TPS- Country Condition Data.docx | DP - Deliberative Process | Briefing materials providing deliberations about the upcoming TPS decision on Haiti and its impact | |
| No. 3 | DHS_RFPD_00001242 | DHS_RFPD_00001242 | DHS_RFPD_00001241 | DHS_RFPD_00001242 | Peyto, Briana | | | | | | 11/20/2017 | FINAL Haiti TPS PAG.pdf.pdf | DP - Deliberative Process | Public Affairs Guidance re Haiti TPS determination made by then-AS1 | |
| No. 4 | DHS_RFPD_00000941 | DHS_RFPD_00000941 | DHS_RFPD_00000941 | DHS_RFPD_00000941 | OLA | | | | | | 1/16/2018 | Sen Blumenthal (D-CT).docx | DP - Deliberative Process | Bullet points containing internal agency research on the views of a lawmaker | |
| No. 5 | AR-NICARAGUA-00000137 | AR-NICARAGUA-00000138 | AR-NICARAGUA-00000137 | AR-NICARAGUA-00000138 | Duke, Elaine | N/A | N/A | | 10/31/2017 | | 5/11/2018 | DHS_S2ECD_PF_00000057.pdf | DP - Deliberative Process | Memo containing redacted deliberations and recommendations regarding TPS determinations for El Salvador, Honduras, and Nicaragua | Has Redactions |
| No. 6 | DHS_RFPD_00001328 | DHS_RFPD_00001328 | DHS_RFPD_00001326 | DHS_RFPD_00001328 | McDonald, Christina | | | | | | 9/6/2017 | 17-4732 AS1 signed memo 09.01.17.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | August 31, 2017, OGC Legal Memo re Sudan's Designation for TPS | |
| No. 7 | DHS_RFPD_00001066 | DHS_RFPD_00001067 | DHS_RFPD_00001066 | DHS_RFPD_00001067 | Peyto, Briana | Redacted-PO | | | 8/29/2017 9:48:00 AM | 8/29/2017 9:48:00 AM | 8/29/2017 | RE: TPS Packages.htm | DP - Deliberative Process; PII - Personal Privacy | Deliberations re processing of Sudan TPS determination. | Has Redactions |

## Exhibit A

| Submission No. | Begin Bates | End Bates | Begin Attchmt | End Attchmt | CUSTODIAN | To | FROM | CC | DATE TIME SENT | DATE TIME RCVD | DOC DATE | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 8 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | DHS_RFPD_00001035 | Peyto, Briana | | | | | | 10/6/2017 | S1 BM - TPS Meeting (PLCY final) 10_6_17.docx | DP - Deliberative Process; PII - Personal Privacy | Oct. 10, 2017 deliberative briefing Memo re TPS Meeting | |
| No. 9 | DHS_RFPD_00001254 | DHS_RFPD_00001256 | DHS_RFPD_00001254 | DHS_RFPD_00001256 | McDonald, Christina | Redacted-PO | Redacted-PO | Redacted-PO | 8/30/2017 1:36:00 PM | 8/30/2017 1:36:00 PM | 8/30/2017 | RE: Sudan TPS.mht | DP - Deliberative Process | Deliberations regarding finalization and edits to the Sudan USCIS TPS Memo. | Has Redactions |
| No. 10* | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | AR-EL_SALVADOR-00000041 | ESEC Share Drive | | | | | | 10/31/2017 | 17-6549 Memo to DCOS 10.31.17.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberations regarding the formulation of the policy at issue; Seeking or providing legal advice regarding the policy at issue | Has Redactions |

*Defendants' entry for No. 10 included two additional fields not shown because they did not exist for the majority of other entries excerpted here: (i) Author, which stated "TSA Standard PC User"; and (ii) Filetype, which stated "MS Word 2007-2010 Document (Open XML)."