# EXHIBIT C

| | |
|---|---|
| **From:** | Claffey, Lauren [Redacted-PO] |
| **Sent:** | Monday, November 20, 2017 5:43 PM |
| **To:** | Petyo, Briana [Redacted-PO] |
| **Subject:** | Haiti TPS |
| **Attach:** | FINAL Haiti TPS PAG.pdf.pdf |

Making sure you have this so Ambassador Nealon can make any calls he needs to make

Lauren E. Claffey
Deputy Assistant Secretary
Office of Public Affairs
U.S. Department of Homeland Security
[Redacted-PO]