# EXHIBIT D

ES 17-6549   WF 1152685   TYPE OF ACTION: A/S1 SIGNATURE

SUMMARY: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | | ES 17-6549 | WF 1152685 | | |
|---|---|---|---|---|---|
| COMPONENT TASKED: USCIS | | DRAFT DUE DATE: N/A | | DRAFT RECEIVED DATE: N/A | |
| DATE SUBMITTED TO FO: 10/31/2017 | | DATE PACKAGED: 10/31/2017 | | DATE APPROVED/SIGNED: | |

SUMMARY OF DOCUMENT: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA
PLCY MEMO IS UNDER RCA.

ATTACHMENTS:
- TAB 1: ACTION MEMORANDUM – EL SALVADOR TPS
- TAB 2: TPS CONSIDERATIONS: EL SALVADOR (JUNE 2017)
- TAB 3: ACTION MEMORANDUM – HONDURAS TPS
- TAB 4: TPS CONSIDERATIONS: HONDURAS (APRIL 2017)
- TAB 5: ACTION MEMORANDUM – NICARAGUA TPS
- TAB 6: TPS CONSIDERATIONS – NICARAGUA (APRIL 2017)
- TAB 7: ATTACHMENT – TPS LEGAL AUTHORITY

| CLEARED BY | DATE | CLEARED BY | DATE |
|---|---|---|---|
| MGMT/LAURIE BOULDEN | 10/27/2017 | ICE/MATHEW BRODMAN | 10/30/2017 |
| OGC/DIMPLE SHAH* | 10/31/2017 | PLCY/JAMES NEALON* | 10/31/2017 |
| FO STAFF/NICHOLE LILLIBRIDGE | 10/31/2017 | | |

| SIGNATURE NEEDED BY DATE | N/A | REASON | |
|---|---|---|---|

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| EXECUTIVE SECRETARY | [signature] | 10/31/17 | [redacted] |
| S2 – CHIEF OF STAFF | KNS | 10/31 | [redacted] |
| SOPDDS | CB | 11/1 | [redacted] |
| S1 – DEPUTY CHIEF OF STAFF | | | [redacted] |
| ACTING CHIEF OF STAFF | | | [redacted] |
| ACTING SECRETARY | ED | 11/1/0 | [redacted] |

AFTER REVIEW RETURN TO: AMANDA BOOTH-COLSON, COMPONENT LIAISON COORDINATOR, EXECUTIVE SECRETARIAT   202-282-9407

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

AR-NICARAGUA-00000138