# EXHIBIT E

**From:**     Clark, Nancy <span style="background:black;color:white">Redacted-PO</span>
**Sent:**     Wednesday, September 6, 2017 11:58 AM
**To:**       McDonald, Christina <span style="background:black;color:white">Redacted-PO</span>
**Cc:**       ESEC-Internal Liaison <span style="background:black;color:white">Redacted-PO</span> <span style="background:black;color:white">Redacted-PO</span> Westmoreland, Megan

**Subject:**  Sudan's Designation for Temporary Protected Status
**Attach:**   17-4732 AS1 signed memo 09.01.17.pdf

Good Morning,

AS1 signed this package.  Please have someone pick up the signed package.

Thank you,

Nancy Clark
Office of the Executive Secretary
Office of the Secretary
U.S. Department of Homeland Security

<span style="background:black;color:white">Redacted-PO</span>

*"ESEC: Excellent Service, Endless Commitment"*

**From:** McDonald, Christina
**Sent:** Thursday, August 31, 2017 6:16 PM
**To:** ESEC-Internal Liaison <span style="background:black;color:white">Redacted-PO</span>
**Cc:** Avanni, Arex <span style="background:black;color:white">Redacted-PO</span> Westmoreland, Megan <span style="background:black;color:white">Redacted-PO</span> Maher, Joseph <span style="background:black;color:white">Redacted-PO</span> Hamilton, Gene <span style="background:black;color:white">Redacted-PO</span> Neumann, Elizabeth <span style="background:black;color:white">Redacted-PO</span> ESEC-Internal Liaison <span style="background:black;color:white">Redacted-PO</span> Nuebel Kovarik, Kathy <span style="background:black;color:white">Redacted-PO</span> Blackwell, Juliana <span style="background:black;color:white">Redacted-PO</span>
**Subject:** RE: URGENT: Sudan TPS - Revised Legal Memo

Juliana:



Thank you so much for your help.  Let me know if you have any questions.

Christina E. McDonald

<span style="background:black;color:white">Redacted-PO</span>

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** McDonald, Christina
**Sent:** Thursday, August 31, 2017 3:47 PM
**To:** Avanni, Arex ▮Redacted-PO▮ Nuebel Kovarik, Kathy ▮Redacted-PO▮ Neumann, Elizabeth
**Cc:** Maher, Joseph ▮Redacted-PO▮ Hamilton, Gene ▮Redacted-PO▮ ▮Redacted-PO▮ ▮Redacted-PO▮ ESEC-Internal Liaison
**Subject:** RE: URGENT: Sudan TPS - edits.

Arex - We are working on it right now. We will get it to you shortly.

Christina E. McDonald
Office of the General Counsel
U.S. Department of Homeland Security
▮Redacted-PO▮

---

**From:** Avanni, Arex
**Sent:** Thursday, August 31, 2017 3:40:47 PM
**To:** McDonald, Christina; Nuebel Kovarik, Kathy
**Cc:** Maher, Joseph; Hamilton, Gene; Neumann, Elizabeth; ESEC-Internal Liaison
**Subject:** URGENT: Sudan TPS - edits.

Christina/Kathy,



Thank you!
-Arex

**Arex B. Avanni**
Senior Advisor to the Deputy Secretary
U.S. Department of Homeland Security
▮Redacted-PO▮