# EXHIBIT F

**From:** Neumann, Elizabeth <
**Sent:** Tuesday, August 29, 2017 9:49 AM
**To:** Petyo, Briana <
**Subject:** RE: TPS Packages

---

**From:** Petyo, Briana
**Sent:** Tuesday, August 29, 2017 9:30:22 AM
**To:** Neumann, Elizabeth
**Subject:** RE: TPS Packages

---

**From:** Neumann, Elizabeth
**Sent:** Tuesday, August 29, 2017 9:22 AM
**To:** Petyo, Briana
**Subject:** FW: TPS Packages

Any flags?

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 9:20:58 AM
**To:** Wolf, Chad; Neumann, Elizabeth; Avanni, Arex
**Subject:** RE: TPS Packages

And I know AS1 is out of pocket today, but in the event that there is time on the plane home tonight for her to review, that of course would be welcome by USCIS and OGC.


Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 8:59:38 AM
**To:** Wolf, Chad; Neumann, Elizabeth; Avanni, Arex
**Subject:** TPS Packages

Hey y'all,

The TPS packages for Sudan and South Sudan are making their way to S2's office, they are fairly self-explanatory. We will likely need S1 sign off tomorrow at some point. Just want to flag for awareness.

Best,

Gene

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security