# EXHIBIT G

**From:** Nuebel Kovarik, Kathy
**Sent:** Wednesday, August 30, 2017 1:37 PM
**To:** Hamilton, Gene; McDonald, Christina
**Cc:** Symons, Craig M; Maher, Joseph; Palmer, David; Baroukh, Nader; Shah, Dimple; McCament, James
**Subject:** RE: Sudan TPS

New memo signed, FRNS completed. All should have been sent up. Cristina was sharing with POlicy to get concurrence again.

---

**From:** Hamilton, Gene
**Sent:** Wednesday, August 30, 2017 1:35:41 PM
**To:** Nuebel Kovarik, Kathy; McDonald, Christina
**Cc:** Symons, Craig M; Maher, Joseph; Palmer, David; Baroukh, Nader; Shah, Dimple; McCament, James W
**Subject:** RE: Sudan TPS

What's the latest here?

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Wednesday, August 30, 2017 11:55 AM
**To:** McDonald, Christina
**Cc:** Symons, Craig M; Maher, Joseph; Palmer, David; Baroukh, Nader; Shah, Dimple; McCament, James W; Hamilton, Gene
**Subject:** RE: Sudan TPS

Esex is packaging right now. New memo is signed. FRNs cleared by OCC and me.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

---

**From:** McDonald, Christina
**Sent:** Wednesday, August 30, 2017 11:36 AM
**To:** Nuebel Kovarik, Kathy
**Cc:** Symons, Craig M; Maher, Joseph; Palmer, David; Baroukh, Nader; Shah, Dimple; McCament, James W; Hamilton, Gene
**Subject:** RE: Sudan TPS

Kathy:

I'm not trying to be a pest again. But ESEC just checked in with me, and so I'm checking with you folks. When do you folks think USCIS will send the updated TPS Sudan/South Sudan packages to OGC?

PLCY requires the updated memo so that they can clear the memo. And ESEC requires PLCY's clearance before the package can move forward.

Christina E. McDonald

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Wednesday, August 30, 2017 7:51 AM
**To:** McDonald, Christina
**Cc:** Westmoreland, Megan
**Subject:** RE: Sudan TPS

That's the plan. Assume he will sign, send to exec sec and have it sent up again.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

**From:** McDonald, Christina
**Sent:** Wednesday, August 30, 2017 7:48 AM
**To:** Nuebel Kovarik, Kathy
**Cc:**
**Subject:** RE: Sudan TPS

Ok. So you folks will send it on over once James signs (or approves autopen)?


Christina E. McDonald
Office of the General Counsel
U.S. Department of Homeland Security

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Wednesday, August 30, 2017 12:26:12 AM
**To:** McDonald, Christina
**Subject:** RE: Sudan TPS

Just sent a revised memo to James. Apologies.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

---

**From:** McDonald, Christina
**Sent:** Tuesday, August 29, 2017 10:31 PM
**To:** Hamilton, Gene; Nuebel Kovarik, Kathy; Shah, Dimple; McCament, James W; Baroukh, Nader; Symons, Craig M
**Cc:** Petyo, Briana;            ; Maher, Joseph
**Subject:** RE: Sudan TPS

Kathy - will you guys send an updated memo on Wed am? We can then send it to ESEC and ask them to swap out the doc.


Christina E. McDonald
Office of the General Counsel
U.S. Department of Homeland Security

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 10:10:35 PM
**To:** Nuebel Kovarik, Kathy; Shah, Dimple; McCament, James W; McDonald, Christina; Baroukh, Nader; Symons, Craig M
**Cc:** Petyo, Briana
**Subject:** RE: Sudan TPS

We need to repackage.

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Tuesday, August 29, 2017 10:09 PM
**To:** Hamilton, Gene <                    >; Shah, Dimple <              >; McCament, James W <              >; McDonald, Christina <              >; Baroukh, Nader <              >; Symons, Craig M <              >
**Cc:** Petyo, Briana <              >
**Subject:** RE: Sudan TPS

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

---

**From:** Hamilton, Gene

**Sent:** Tuesday, August 29, 2017 9:52 PM
**To:** Shah, Dimple; McCament, James W; McDonald, Christina; Baroukh, Nader; Nuebel Kovarik, Kathy; Symons, Craig M
**Cc:** Petyo, Briana
**Subject:** Sudan TPS
**Importance:** High



Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security