# ATTACHMENT A

# IDENTIFICATION OF PLAINTIFFS' AND DEFENDANTS' SELECTION OF TEN DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW

Plaintiffs' Selection

1. DHS_RFPD_00000308[1]
2. USCIS_RFPD_00000019
3. DHS_RFPD_00001242
4. DHS_RFPD_00000941
5. AR-NICARAGUA-00000137
6. DHS_RFPD_00001328
7. DHS_RFPD_00001066
8. DHS_RFPD_00001035
9. DHS_RFPD_00001254
10. AR-EL_SALVADOR-00000041

Defendants' Selection

1. AR-EL_SALVADOR-00000005
2. DHS_RFPD_00000952
3. DHS_RFPD_00000962
4. DHS_RFPD_00001005
5. DHS_RFPD_00001045
6. DHS_RFPD_00001145
7. DHS_RFPD_00001207
8. DHS_RFPD_00001222
9. DHS_RFPD_00001247
10. DHS_RFPD_00001280

---

[1] Bates #s 313-315 of DHS_RFPD_00000308 are blank pages from the original scan.