# ATTACHMENT B

**August 8, 2018 Privilege Log - Defendants' Documents Submitted for In Camera Review**

| NO. | BATES NO(S) | FILENAME | Privilege Determination | Privilege Description | Redacted? |
|---|---|---|---|---|---|
| 1 | AR-EL_SALVADOR-00000005 | 01.05.18 - Call with Salvadoran President - BM.docx | DP - Deliberative Process | Deliberations regarding call with foreign government official regarding TPS | Withheld |
| 2 | DHS_RFPD_00000952 | TPS Haiti Talking Points and QandA (USCIS).docx | DP - Deliberative Process | May 22, 2017, Draft Talking Points re: Secretary Kelly's Haiti TPS decision to extend. | Withheld |
| 3 | DHS_RFPD_00000962 | RE: FRN changes.mht | DP - Deliberative Process; PII - Personal Privacy | Deliberations between USCIS, and DHS regarding the wording of the Sudan FRN. | Withheld |
| 4 | DHS_RFPD_00001005 | FW: Upcoming TPS Decisions.htm | DP - Deliberative Process | Deliberations between USCIS and DHS re planning and preparing for upcoming TPS decisions. | Withheld |
| 5 | DHS_RFPD_00001045 | RE: TPS Sudan Notice.mht | DP - Deliberative Process | Deliberations between and within OMB, DHS, and USCIS re Sudan FRN and timing of recommendations from DoS | Withheld |
| 6 | DHS_RFPD_00001145 | RE: Sudan and South Sudan TPS....mht | DP - Deliberative Process; PII - Personal Privacy | Deliberations re draft USCIS Sudan TPS Decision Memo | Withheld |
| 7 | DHS_RFPD_00001207 | FW: Press Miami Herald Article: DHS says post-quake Haiti has made 'significant progress.' But TPS report says otherwise .mht | DP - Deliberative Process | Deliberations re guidance to press re then AS1's Haiti decision | Withheld |
| 8 | DHS_RFPD_00001222 | 171115- Haiti TPS PAG.docx | DP - Deliberative Process | Draft Public Affairs Guidance-Haiti | Withheld |
| 9 | DHS_RFPD_00001247 | S1-S2 BM TPS Meeting 01.05.18 + jsn.docx | DP - Deliberative Process; PII - Personal Privacy | Jan. 5, 2018 TPS Meeting Memo | Withheld |
| 10 | DHS_RFPD_00001280 | 17-5514 TPS Sudan FRN - (redline) 09.29.2017.docx | DP - Deliberative Process | Pre-decisional draft Federal Register notice | Withheld |

[1] Log entries 3, 4, and 5 were listed on Defendants' July 23, 2018 Privilege Log as having redactions. Those documents were actually withheld in full as noted above.