**U.S. Department of Justice**

Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W., Room 6143
Washington, DC 20530

Rhett Martin
Trial Attorney

Tel.: (202) 305-7538
Fax: (202) 616-8470
Rhett.Martin@usdoj.gov

August 10, 2018

**Filed Electronically Via CM/ECF**

The Honorable Sallie Kim
United States District Court,
Northern District of California
Philip Burton Federal Building and U.S. Courthouse
450 Golden Gate Avenue, Courtroom A — 15th Floor
San Francisco, California 94102

Re: *Christa Ramos, et al. v. Kirstjen Nielsen, et al.*, Case No. 3:18-cv-01554-EMC

Dear Judge Kim:

We write to inform you that one of the documents as to which Defendants had asserted deliberative process privilege that Plaintiffs challenged in their letter of August 7, 2018, ECF No. 59, appears to already be in Plaintiffs' possession. Plaintiffs introduced a duplicate of DHS_RFPD_00001242, which contained internal public affairs guidance, as an exhibit during a deposition conducted yesterday, August 9, 2018. Defendants, nevertheless, still stand by their argument in their letter of August 8, 2018, that public affairs guidance, draft or final, is protected by the deliberative process privilege.[1] *See* ECF No. 61 at 3 (citing *Lemieux & O'Neill ex. rel. Las Virgenes-Triunfo Joint Powers Auth. v. McCarthy*, No. CV 16-00570-AB (EX), 2017 WL 679652, at *4 (C.D. Cal. Jan. 27, 2017)). Although DHS_RFPD_00001242 is a duplicate of a document already in Plaintiffs' possession, Defendants will produce DHS_RFPD_00001242 to Plaintiffs in this litigation. Such a production of one particular document, however, does not waive the deliberative process privilege for other similar documents. *See Assembly of State of Cal. v. U.S. Dep't of Commerce*, 968 F.2d 916, 923 n.5 (9th Cir. 1992), *as amended on denial of reh'g* (Sept. 17, 1992) ("Agencies should not be penalized for openness. We consider prior disclosures only to determine whether the disclosure of these tapes would expose the decision-making process any more than it has already been disclosed.").

/s/ Rhett Martin
RHETT P. MARTIN
U.S. Department of Justice, Civil Division

---

[1] Defendants mistakenly referred to DHS_RFPD_00001242 as DHS_RFPD_00000308, and as a draft, in their letter. Further, to clear any further confusion, Defendants' letter was in response to the documents identified in Plaintiffs' letter of August 7, 2018, ECF No. 59, including DHS_RFPD_00001242, which is a final version of *internal* guidance.