CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW OF DISCOVERY ORDER AND STAY OF DISCOVERY ORDER PENDING REVIEW** |

**NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW OF DISCOVERY ORDER AND STAY OF DISCOVERY ORDER PENDING REVIEW**

PLEASE TAKE NOTICE that Defendants seek an emergency stay of Magistrate Judge Kim's Order of August 10, 2018 (ECF No. 63) pending review by this Court. Defendants respectfully request an immediate order granting the stay, and, in any event, no later than 11:00 a.m. PT, August 13, 2018, so that the Solicitor General of the United States can consider appellate options should Judge Kim's Order remain in place.

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW AND STAY

Defendants, Kirstjen Nielsen, in her official capacity; Claire M. Grady, in her official capacity; the Department of Homeland Security; and the United States, hereby submit this emergency motion. Defendants attempted to reach an agreement with Plaintiffs on a stipulated briefing schedule for this stay motion but Plaintiffs would not agree.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

Defendants, by and through counsel, respectfully move this Court for immediate review of an "Order re Joint Letter Brief" entered by Magistrate Judge Kim on August 10, 2018, *see* ECF No. 63 ("Discovery Order"), and for a stay of Judge Kim's Order pending that review.

Defendants respectfully submit that the Discovery Order is fundamentally erroneous in several respects. It reflects material misunderstandings of the parties' dispute concerning Defendants' invocation of the deliberative process privilege. It also reflects a misunderstanding or misapplication of the law concerning the deliberative process privilege. Moreover, while the Discovery Order purports to undertake a balancing of the facts and circumstances pursuant to *FTC v. Warner Commc'n Inc.*, 742 F.2d 1156 (9th Cir. 1984), for those documents that Judge Kim recognized as deliberative in nature, the order does not undertake that balancing on a document-by-document basis. It instead holds that Defendants are *per se* barred from withholding patently deliberative materials, including materials that have not even been presented to the Court and for which Defendants have thus had *no opportunity* to attempt to perfect privilege. Such a ruling is incompatible with settled law.

For these reasons, Defendants respectfully submit that the Discovery Order is erroneous and should be reversed. Defendants are prepared to brief these matters on an expedited basis. In the interim, however, Defendants face an extraordinary and urgent hardship warranting an immediate stay of the Discovery Order pending this Court's review. Defendants are currently

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW AND STAY - 2

under Court Order to produce additional documents to Plaintiffs on August 16—less than a week from now. During that exceedingly brief period, roughly 1500 documents must still be reviewed. Defendants therefore need to know, as soon as possible, whether they are required to prepare these documents for production without redactions or withholdings pursuant to the deliberative process privilege. Further, the parties have scheduled a deposition for Tuesday, August 14, 2018, and Defendants must know beforehand whether they can even invoke the deliberative process privilege while this matter is under further review. Finally, this requested stay will allow Defendants to preserve their privileged information while the Government considers any further appellate options that may be available to it.

Because the disclosure of documents and information cannot be undone, courts routinely grant stays in such contexts. *See HHS v. Alley*, 129 S. Ct. 1667 (2009)[1] (in a FOIA case, ordering stay of district court's order directing agency to disclose records to plaintiff, pending final disposition of appeal, following denial of stay by court of appeals); *see also In re BankAmerica Corp. Sec. Litig.*, 270 F.3d 639, 641 (8th Cir. 2001) (after granting an emergency stay of the district court's order that directed disclosure of material covered by the attorney-client privilege, issuing a writ of mandamus that directed the court to vacate its disclosure order). As courts have found, the Government's right to secure meaningful appellate review would be undermined if disclosure were required by the district court: Meaningful review entails having the reviewing court take a fresh look at the decision of the trial court before it becomes irrevocable.

---

[1] The Supreme Court regularly grants stays of disclosure orders in FOIA cases pending appeal. *See, e.g.*, *DOJ v. Rosenfeld*, 501 U.S. 1227 (1991) (mem.). Lower courts do the same. *See, e.g.*, *Hiken v. Dep't of Def.*, No. C 06-02812 JW, 2012 WL 1030091, at \*2 (N.D. Cal. Mar. 27, 2012).

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW AND STAY - 3

The Government's right of appeal here will become moot unless the stay is granted and extended for the duration of the appeals. Once the documents are surrendered pursuant to the Discovery Order, confidentiality will be lost for all time. The status quo could never be restored. *See Providence Journal Co. v. FBI*, 595 F.2d 889, 890 (1st Cir. 1979); *see also In re Copley Press, Inc.*, 518 F.3d 1022, 1025 (9th Cir. 2008) ("[O]nce information is published, it cannot be made secret again."); *United States v. Fei Ye*, 436 F.3d 1117, 1123 (9th Cir. 2006) (recognizing that an order directing the disclosure of trade secrets would cause irreparable harm to the Government); *Hiken*, 2012 WL 1030091, at *2 (granting a stay of an order upon finding that DoD likely would suffer "irreparable injury" by disclosing information). The Discovery Order here requires disclosure within days of information that could never be made confidential again, thus causing irreparable harm to Defendants.

WHEREFORE, for the foregoing reasons, Defendants respectfully move this Court to grant immediate review of Judge Kim's Discovery Order and to stay that order pending such review. Defendants request a ruling no later than Monday morning at 11:00 a.m. PT.

Dated: August 10, 2018                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/ *Adam Kirschner*
RHETT P. MARTIN (DC Bar 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW AND STAY - 4

Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
EMERGENCY MOTION SEEKING DISTRICT COURT REVIEW AND STAY - 5

CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**[PROPOSED] ORDER** |

   This matter comes before the Court on Defendants' Emergency Motion Seeking District Court Review of Discovery Order and Stay of Discovery Order Pending Review.  Upon consideration of Defendants' motion, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANTED; and it is further ORDERED that the "Order re Joint Letter Brief" entered on August 10, 2018 (ECF No. 63), is STAYED pending this Court's review of that Order.  A briefing schedule will be established by separate order.

   IT IS SO ORDERED.

DEFENDANTS' PROPOSED ORDER –
No. 3:18-cv-1554 - 1

Date: _____     _____
EDWARD M. CHEN
United States District Judge