Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Emilou MacLean (SBN 319071)
emi@ndlon.org
Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　　Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**STIPULATION TO MODIFY HEARING SCHEDULE**<br><br>Date:　　September 27, 2018<br>Time:　　10:30 a.m.<br>Judge:　　Hon. Edward M. Chen<br>Dept.:　　Courtroom 5, 17th Floor<br><br>Complaint Filed:　　March 12, 2018<br>Trial Date:　　None set |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Amanda Farfel (SBN 288126)
afarfel@sidley.com
Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6640
Facsimile: +1 213 896 6600

1  The parties hereby stipulate to and request a modification to the schedule for Plaintiffs'
2  forthcoming motion for preliminary injunction in order to resolve counsel's scheduling conflict. The
3  hearing is currently set for September 27, 2018. The parties respectfully request that the hearing be
4  moved to the morning of September 25, 2018.
5      Plaintiffs still intend to file their motion for preliminary injunction on August 23, 2018, and
6  Defendants still intend to file their response to the motion on September 6, 2018. However, should
7  the Court grant this stipulated request to move the hearing date, Plaintiffs would file their reply in
8  support of the motion on September 11, 2018.
9      Good cause exists for this request, as it would permit an important member of Plaintiffs'
10 counsel team to attend the hearing, and would not prejudice the Government or the Court.
11     Should the Court grant this stipulation, the schedule will be modified as follows:

- Plaintiffs will file their motion for a preliminary injunction on August 23, 2018
- Defendants' response to the motion will be due on September 6, 2018
- Plaintiffs' reply will be due on September 11, 2018
- The motion hearing will take place on September 25, 2018.

Respectfully submitted,

Dated: August 9, 2018       /s/ Ahilan T. Arulanantham
                            AHILAN T. ARULANANTHAM
                            Counsel for Plaintiffs

Dated: August 9, 2018       /s/ Rhett P. Martin (with permission)
                            RHETT P. MARTIN
                            Counsel for Defendants