1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO

13

CRISTA RAMOS, *et al.*,

Case No.  3:18-cv-1554-EMC

14

Plaintiffs,

**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY HEARING SCHEDULE**

15

vs.

16

KIRSTJEN NIELSEN, *et al.*,

17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

Good cause having been shown in the parties' Stipulation to Modify Hearing Schedule, the Stipulation is hereby GRANTED.

- Plaintiffs will file their motion for a preliminary injunction on August 23, 2018
- Defendants' response to the motion will be due on September 6, 2018
- Plaintiffs' reply will be due on September 11, 2018
- The motion hearing will take place on September 25, 2018.

It is so ORDERED.

Dated:  August _____, 2018

_____
HONORABLE EDWARD M. CHEN
United States District Judge

ORDER GRANTING STIPULATION TO MODIFY HEARING SCHEDULE – CASE NO. 3:18-cv-1554-EMC