UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY HEARING SCHEDULE** |

Good cause having been shown in the parties' Stipulation to Modify Hearing Schedule, the Stipulation is hereby GRANTED.

- Plaintiffs will file their motion for a preliminary injunction on August 23, 2018
- Defendants' response to the motion will be due on September 6, 2018
- Plaintiffs' reply will be due on September 11, 2018
- The motion hearing will take place on September 25, 2018. (at 1:30 p.m.)

It is so ORDERED.

Dated: August 13, 2018



_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen