UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al., <br> Plaintiffs, <br> v. <br> KIRSTJEN NIELSEN, et al., <br> Defendants. | Case No. 18-cv-01554-EMC <br><br> **ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO STAY DISCOVERY ORDER** <br><br> Docket No. 64 |

The Court has reviewed the government's emergency motion for a stay. The request for a stay is **DENIED**. Because preliminary injunction briefing is due shortly, production of documents cannot be delayed. However, the Court shall shorten time on the government's motion for relief from Judge Kim's order. The government shall file its motion for relief by 5:00 p.m., August 13, 2018. Plaintiffs shall file their opposition by 11:00 a.m., August 15, 2018. The parties shall file *in camera* along with their briefs the sample documents submitted to Judge Kim. The Court intends to issue a ruling on or before August 17, 2018, *i.e.*, the date of production under Judge Kim's order. The government is advised that it must be prepared to produce documents immediately should the Court deny the motion for relief.

With respect to the deposition scheduled for August 14, 2018, the deposition shall go forward. The government is permitted to conditionally assert the deliberative process privilege. However, if the Court affirms Judge Kim's order and finds that that privilege does not obtain, then the witness shall be immediately produced for a second deposition no later than August 20, 2018 so that Plaintiffs can complete their questioning in advance of filing their motion for preliminary injunction without any assertion of the privilege.

This order disposes of Docket No. 64.

**IT IS SO ORDERED**.

Dated: August 13, 2018

_____
EDWARD M. CHEN
United States District Judge