AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CRISTA RAMOS, et al. ) <br> *Plaintiff* ) <br> v. ) <br> KIRSTJEN NIELSEN, et al. ) <br> *Defendant* ) | Case No.   3:18-cv-1554 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   08/13/2018

/s/ Mohindra Rupram
*Attorney's signature*

Mohindra Rupram (SBN 319478)
*Printed name and bar number*

Sidley Austin LLP
555 W. Fifth St., Ste. 4000
Los Angeles, CA 90013
*Address*

mrupram@sidley.com
*E-mail address*

(213) 896-6000
*Telephone number*

(213) 896-6600
*FAX number*