CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

   Please take notice that by this filing, undersigned attorney Joseph C. Dugan of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: August 13, 2018                           Respectfully submitted,

                                                 CHAD A. READLER
                                                 Acting Assistant Attorney General

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Appearance

Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/ *Joseph C. Dugan*
RHETT P. MARTIN (DC Bar 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Joseph.Dugan@usdoj.gov

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Appearance