CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8470
Rhett.Martin@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION FOR THEIR MOTION FOR RELIEF FROM THE MAGISTRATE JUDGE'S DISCOVERY ORDER**<br><br>Judge:  Hon. Edward M. Chen<br>Hearing:  No hearing scheduled<br>Place:  San Francisco U.S. Courthouse |

Pursuant to Local Rule 7-11, Defendants respectfully request an enlargement of the page

limitation for their motion for relief from the Magistrate Judge's August 10, 2018 discovery

order from 5 pages to 10 pages.  In support of this request, Defendants submit the following:

  1.  On August 10, 2018, Magistrate Judge Kim, the Magistrate Judge overseeing discovery

      in this action, entered an "Order re Joint Letter Brief," ECF No. 63 ("Discovery Order"),

in which she concluded that "applying the deliberative process privilege to protect disclosure of materials from Defendants [*sic*] is not proper."  Discovery Order at 8.

2.  Later that day, Defendants submitted an Emergency Motion Seeking District Court Review of Discovery Order and Stay of Discovery Order Pending Review.  ECF No. 64.

3.  On August 13, 2018, this Court denied Defendants' request for a stay of the Discovery Order and shortened the time for Defendants' Motion for Relief from that order, requiring that Defendants file their motion by 5 p.m. P.T. that day.  ECF No. 67.

4.   Local Rule 72-2 provides that "[t]he motion may not exceed 5 pages," and Defendants now seek five additional pages for their motion.

5.  Defendants seek an enlargement of this page limit to 10 pages to allow them to address the several issues in the Magistrate Judge's Discovery Order, as well as the numerous issues implicated in Plaintiffs' discovery requests.

6.  Furthermore, Defendants' proposed submission addresses substantial issues concerning longstanding Government equities regarding the deliberative process privilege.

7.  Defendants therefore respectfully request that the Court enlarge the page limit from 5 pages to 10 pages.

8.  Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs do not oppose this requested extension.

Dated: August 13, 2018                    Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General
                                          Civil Division

                                          JOHN R. TYLER
                                          Assistant Branch Director

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
ADMINISTRATIVE MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION
FOR THEIR MOTION FOR RELIEF FROM THE MAGISTRATE JUDGE'S DISCOVERY
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/  Rhett Martin*
RHETT P. MARTIN (DC Bar 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8470
Rhett.Martin@usdoj.gov

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
ADMINISTRATIVE MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION
FOR THEIR MOTION FOR RELIEF FROM THE MAGISTRATE JUDGE'S DISCOVERY
ORDER

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, Rhett Martin, declare that the factual averments in the

Defendants' foregoing Administrative Motion are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.


Executed: August 13, 2018                                  /s/ Rhett Martin
                                                       Rhett Martin
                                                       Trial Attorney

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
ADMINISTRATIVE MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION
FOR THEIR MOTION FOR RELIEF FROM THE MAGISTRATE JUDGE'S DISCOVERY
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28