CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8460
Joseph.Dugan@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **PROPOSED ORDER** |

Upon consideration of the Defendants' Administrative Motion for an Enlargement of the Page Limitation for their Motion for Relief from the Magistrate Judge's Discovery Order, ECF No. 63, it is hereby ORDERED that Defendants' administrative motion is granted. The page limitation for the Defendants' Motion for Relief from the Magistrate Judge's Discovery Order, ECF No. 63, shall be enlarged from 5 pages to 10 pages.

**IT IS SO ORDERED.**

Dated: _____           _____
                                     EDWARD M. CHEN
                                     UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28