CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.,*<br><br>                     Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>                     Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

     The Government respectfully notifies the Court of an Order dated August 14, 2018, and filed in the United States District Court for the Southern District of New York in *New York v. Department of Commerce*, No. 18-CV-2921 (JMF), and *New York Immigration Coalition v. Department of Commerce*, No. 18-CV-5025 (JMF). The Order denies without prejudice a motion brought by plaintiffs challenging the Government's assertion of the deliberative process privilege. A copy of the Order is attached.

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Supplemental Authority

Dated: August 14, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/  *Joseph C. Dugan*
RHETT P. MARTIN (DC Bar 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Joseph.Dugan@usdoj.gov