CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8460
Joseph.Dugan@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto as Exhibit A is a corrected copy of Defendants' Administrative Motion for an Enlargement of the Page Limitation for Their Motion for Relief from the Magistrate Judge's Discovery Order (Dkt. 72). The sole correction is to note that Plaintiffs' consent to the requested extension is contingent upon their receipt of a corresponding five-page extension to respond to Defendants' Motion for Enlargement.

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Defendants' Notice of Errata

1  Dated: August 14, 2018                    Respectfully submitted,

3                                            CHAD A. READLER
4                                            Acting Assistant Attorney General
5                                            Civil Division

7                                            JOHN R. TYLER
8                                            Assistant Branch Director

10                                           */s/  Rhett Martin*
     RHETT P. MARTIN (DC Bar 999272)
11   KEVIN SNELL (NY Bar)
     ADAM KIRSCHNER (IL Bar # 6286601)
12   JOSEPH C. DUGAN (OH Bar # 0093997)
13   Trial Attorneys
     950 Pennsylvania Avenue NW
14   Washington, DC 20530
15   Tel: (202) 305-7538
     Fax: (202) 616-8470
16   Rhett.Martin@usdoj.gov

28 *Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Defendants' Notice of Errata