AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

CRISTA RAMOS, et al.  )
*Plaintiff*  )
v.  )  Case No. 3:18-cv-1554-EMC
KRISTEN NIELSEN, et al.  )
*Defendant*  )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 8/15/18

/s/ Matt Light
*Attorney's signature*

Matt Light (SBN 294007)
*Printed name and bar number*

Sidley Austin LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
*Address*

mlight@sidley.com
*E-mail address*

(310) 595-9485
*Telephone number*

(310) 595-9501
*FAX number*