CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
GARY D. FELDON (DC Bar No. 987142)
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-4686
Fax: (202) 616-8460
gary.d.feldon@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that by this filing, undersigned attorney Gary Feldon of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: August 16, 2018                                     Respectfully submitted,

                                                          CHAD A. READLER
                                                          Acting Assistant Attorney General

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Appearance

Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/  *Gary Feldon*
GARY D. FELDON (DC Bar 987142)
RHETT P. MARTIN (DC Bar 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 51404686
Fax: (202) 616-8460
gary.d.feldon@usdoj.gov