CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
JOSEPH C. DUGAN
Trial Attorney
OH Bar # 0093997
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
joseph.dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC <br><br> **STIPULATION REGARDING DEFENDANTS' PRODUCTION OF WHITE HOUSE DELIBERATION DOCUMENTS** |

**STIPULATION REGARDING DEFENDANTS' PRODUCTION OF WHITE HOUSE DELIBERATION DOCUMENTS**
No. 3:18-cv-1554

Pursuant to Civil Local Rule 7-12, the parties, by and through counsel, hereby stipulate to extend until Monday, August 20, 2018, by 11:59PM ET, Defendants' current obligation to produce in discovery fifteen documents described in ECF No. 81 as the "White House Deliberation Documents," which are pending *in camera* review before Magistrate Judge Kim, as well as approximately two other documents contained in the same e-mail threads.  The parties agree that, regardless of the timing of any ruling by Judge Kim, Defendants may defer their production of these documents until August 20, 2018, by 11:59PM ET.

SO STIPULATED this 17th day of August, 2018.

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/ *Joseph C. Dugan*<br>JOSEPH C. DUGAN<br>Trial Attorney<br>OH Bar No. 0093997<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 514-3259<br>Fax: (202) 616-8470<br>joseph.dugan@usdoj.gov | /s/ *Sean A. Commons*<br>Alycia A. Degen, SBN 211350<br>adegen@sidley.com<br>Sean A. Commons, SBN 217603<br>scommons@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br><br>Ahilan T. Arulanantham, SBN 237841<br>aarulanantham@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5211<br>Fax: (213) 977-5297<br><br>William S. Freeman, SBN 82002<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 621-2493<br>Fax: (415) 863-7832<br><br>Jessica Karp Bansal, SBN 277347<br>jbansal@ndlon.org<br>Emilou MacLean, SBN 319071<br>emi@ndlon.org<br>NATIONAL DAY LABORER<br>ORGANIZING NETWORK |

**STIPULATION REGARDING DEFENDANTS' PRODUCTION OF WHITE HOUSE DELIBERATION DOCUMENTS**
No. 3:18-cv-1554 - 1

674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

## CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Joseph C. Dugan, hereby attest that I have obtained concurrence in the filing of this document from counsel for Plaintiffs.

*/s/ Joseph C. Dugan*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____          _____
Date

**STIPULATION REGARDING DEFENDANTS' PRODUCTION OF WHITE
HOUSE DELIBERATION DOCUMENTS**

No. 3:18-cv-1554 – 2