Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>         Plaintiffs,<br><br>         vs.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>         Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**JOINT STIPULATION REGARDING ENLARGEMENT OF PAGE LIMITS FOR PRELIMINARY INJUNCTION BRIEFING**<br><br>Complaint Filed:   March 12, 2018<br>Trial Date:            None set |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

* *Institution listed for identification purposes only*

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate to, and respectfully request, an enlargement of the page limitations applicable to the briefing on Plaintiffs' forthcoming preliminary injunction motion.

Plaintiffs will file their preliminary injunction motion on August 23, 2018, Defendants will file their opposition on September 6, 2018, and Plaintiffs will file their reply on September 11, 2018. Given the number of individuals affected by this case, the complexity of the legal issues, and the need to present factual material produced during discovery, the parties respectfully submit that an enlargement of page limitations is appropriate. Good cause exists for this request because it would allow the parties to present their positions fully to this Court, without prejudicing either side. Subject to this Court's approval, the parties agree to the following page limitations:

- Plaintiffs' motion for a preliminary injunction may not exceed 35 pages;
- Defendants' opposition may not exceed 35 pages; and
- Plaintiffs' reply may not exceed 25 pages.

Respectfully submitted,

Date:  August 20, 2018

SIDLEY AUSTIN LLP

By: */s/ Sean A. Commons*
    Sean A. Commons

*Attorney for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

By: */s/ Rhett P. Martin*
    Rhett P. Martin

*Attorney for Defendants*

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Sean A. Commons hereby attests that concurrence in the filing of this document has been obtained from counsel for Defendants.

Date: August 20, 2018

SIDLEY AUSTIN LLP

By: /s/ Sean A. Commons
Sean A. Commons

*Attorney for Plaintiffs*