CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN
Trial Attorney
DC Bar No. 999272
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.martin@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-01554-EMC |
| Plaintiffs, | |
| v. | **STIPULATION REGARDING DEPOSITION OF JAMES D. NEALON** |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

STIPULATION REGARDING DEPOSITION OF JAMES D.NEALON

No. 3:18-cv-1554

1  The parties, by and through counsel, hereby stipulate as follows:

2  First, Plaintiffs will re-open the deposition of James D. Nealon on August 22, 2018, two (2) days after the last date specified by the Court's Order Denying Defendants' Emergency Motion to Stay Discovery Order, ECF No. 67. Pursuant to Civil Local Rule 6-2(a), a declaration setting forth the reasons for the requested enlargement, the previous time modifications in this case, and the effect the requested modification would have on the schedule for the case is attached hereto.

Second, Mr. Nealon's re-opened deposition will be limited to (a) the subjects about which Mr. Nealon did not testify previously due to Defendants' objections on deliberative process grounds, (b) the logical outgrowths of his new testimony on those subjects, and (c) any discovery withheld pursuant to the deliberate process privilege and ordered disclosed by the Court pursuant to its Order of August 15, 2018, ECF No. 79, or any other discovery produced subsequent to Mr. Nealon's prior deposition.

Third, Plaintiffs shall have a maximum of three (3) hours to conduct Mr. Nealon's re-opened deposition.

SO STIPULATED this 20th day of August, 2018.

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/ Gary Feldon<br>GARY D. FELDON<br>Trial Attorney<br>DC Bar No. 987142<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 514-4686<br>Fax: (202) 616-8460<br>gary.d.feldon@usdoj.gov | /s/ Alycia A. Degen<br>Alycia A. Degen, SBN 211350<br>adegen@sidley.com<br>Sean A. Commons, SBN 217603<br>scommons@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br><br>Ahilan T. Arulanantham, SBN 237841<br>aarulanantham@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5211<br>Fax: (213) 977-5297 |

STIPULATION REGARDING DEPOSITION OF JAMES D. NEALON – No. 3:18-cv-1554

1

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Gary D. Feldon hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

<u>     /s/  Gary Feldon         </u>

STIPULATION REGARDING DEPOSITION OF JAMES D. NEALON – No. 3:18-cv-1554
2