CHAD A. READLER
Acting Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN
Trial Attorney
DC Bar No. 999272
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.martin@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**DECLARATION IN SUPPORT OF STIPULATION REGARDING DEPOSITION OF JAMES D. NEALON** |

I, Gary D. Feldon, in support of the attached Stipulation Regarding Deposition of James D. Nealon, hereby declare as follows:

1. As a result of previously scheduled personal travel, Mr. Nealon is unable to be deposed by the August 20, 2018 deadline set by the Court.

2. This is Defendants' first request for a modification of time to conduct a deposition. The parties stipulated to, and the Court granted, one enlargement of time for Defendants to file an answer.

3. Granting the attached stipulation will not affect other deadlines in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August, 2018 in Washington, D.C.

/s/ Gary Feldon
GARY D. FELDON
Trial Attorney
DC Bar No. 987142
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-4686
Fax: (202) 616-8460
gary.d.feldon@usdoj.gov