# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | Case No. 18-cv-01554-EMC (SK)<br><br>**ORDER GRANTING STIPULATION REGARDING DEPOSITION OF JAMES D. NEALON**<br><br>Regarding Docket No. 86 |

The parties stipulated to re-open the deposition of James D. Nealon on August 22, 2018, two days after the deadline provided by the Court at Docket 67. The Court has reviewed the limitations placed on Mr. Nealon's deposition testimony and ORDERS that the terms of the stipulation are approved. Specifically, the deposition shall take place on August 22, 2018; Plaintiffs shall be limited to three hours in which to conduct the deposition; and the deposition shall be limited to (a) the subjects about which Mr. Nealon did not testify previously due to Defendants' objections on deliberative process grounds, (b) the logical outgrowths of his new testimony on those subjects, and (c) any discovery withheld pursuant to the deliberate process privilege and ordered disclosed by the Court pursuant to its Order of August 15, 2018 (Docket 79) or any other discovery produced subsequent to Mr. Nealon's prior depositions.

**IT IS SO ORDERED**.

Dated: August 21, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge