Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **DECLARATION OF HIWAIDA ELARABI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  September 25, 2018 <br> Time:  10:30 a.m. <br> Judge:  Hon. Edward M. Chen <br> Dept.:  Courtroom 5, 17th Floor <br><br> Complaint Filed:  March 12, 2018 <br> Trial Date:  None set |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Amanda Farfel (SBN 288126)
afarfel@sidley.com
Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
Mohindra Rupram (SBN 319478)
mrupram@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Katelyn N. Rowe (SBN 318386)
krowe@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA  90067
Telephone: +1 310 595 9598
Facsimile: +1 310 595 9501

1 | Jessica Fishfeld (*Pro Hac Vice*)
2 | jfishfeld@sidley.com
  | SIDLEY AUSTIN LLP
3 | One South Dearborn
  | Chicago, IL  60603
4 | Telephone: +1 312 853 2031
  | Facsimile: +1 312 853 7036
5 |
6 | * *Institution listed for identification purposes only*

## DECLARATION OF HIWAIDA ELARABI

1. I have personal knowledge of the facts stated in this declaration. If sworn as a witness, I could and would testify to these facts.

2. I have had Temporary Protected Status (TPS) since 1997. In September 2017, the U.S. government announced that TPS for Sudan would be terminated on November 2, 2018.

3. I am submitting this declaration to describe the harms that I have experienced since the announcement of the termination of TPS for Sudan, and the harm I will suffer if TPS is terminated for Sudan.

### Background

4. I am from Sudan and am 55 years old.

5. Since I arrived in the United States, I have lived in Newton, Massachusetts with my aunt and her family, all of whom are U.S. citizens.

6. I have a Bachelors degree in Biochemistry from Alexandria University in Egypt. Before I traveled to the United States, I taught biology at the high school level and zoology at the university level. While living in the United States, I completed a Masters degree in bioinformatics at Brandeis University.

7. Since 2014, I have worked at Western Government University, first as a Biochemistry Evaluator and later as the E-Care Coordinator. Prior to this, from 1998 until 2015 (overlapping with the beginning of my work at Western Government University), I worked as a Health Educator with the Massachusetts Department of Public Health.

### Impact of Decision to Terminate TPS

8. It has been difficult for me, financially and emotionally, since the U.S. government announced the termination of TPS for Sudan.

9. Even though I have legal status until November, I am already much more nervous than I was before the announcement that TPS for Sudan would be terminated. I find myself looking over my shoulder and imagining worst-case scenarios. I am depressed and hopeless much of the time. All I can think about is my immigration status. My state of mind has affected my interactions with people. I worry more in my social interactions; I am nervous about how I am responding to

people given my anxiety about the situation. The recent decision has made me feel unwelcome in a country, and a community, which has been my home for more than twenty years—which is indeed my home.

10. I had always dreamed of owning a restaurant. In 2015, I decided to work towards this dream by purchasing and rehabilitating a small restaurant close to where I live. I did so based on the belief that my life in the United States was relatively stable, after 18 years living here with legal status at the time. I took out substantial loans to purchase an existing restaurant. When the U.S. government announced the termination of TPS in 2017, I was shocked and felt obligated to sell the business quickly even though it had started off well. I simply did not know what the future would hold, or how long it would take to sell the business. I lost significant income, and took on substantial debt, from purchasing and selling the business so quickly. It was also a heartbreaking decision.

11. I am afraid to return to Sudan and the decision to end TPS has had a significant psychological impact on me. If forced to leave the United States, my hope of a secure future would disappear. I would lose much of the money I have saved during the more than twenty years I have lived here. I have already lost some of my savings in sunk operational costs of a business that I bought and then sold quickly following the termination of TPS. I would also likely lose some of my retirement savings because of an early withdrawal. I have also had to expend substantial resources to seek legal advice about legal options for staying in the United States or preparing for removal proceedings.

12. If TPS for Sudan is terminated, I do not believe I have any real options. I have not returned to Sudan since I left and do not believe that I could safely do so. Yet, I cannot imagine living or working in the United States without authorization.

13. My employer knows that I have a temporary employment authorization that is due to expire. Every time my employment authorization has approached its expiration, my employer has asked me for a copy of the new card. I know that my employer will soon ask me if I continue to be authorized to work in the United States. If TPS is terminated, I will not be able to continue in my work.

14. I contribute financially every month to the household expenses of my aunt and her family. I also have consistently provided substantial financial support to my parents in Sudan. I also have always found purpose in my life through my work and my independence. I would not be able to have financial independence or support my family if I lost my ability to work in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this day of August 22, 2018 in Newton, Massachusetts.

*[signature]*
Hiwaida Elarabi

---

3

DECLARATION OF HIWAIDA ELARABI – CASE NO. 3:18-cv-1554-EMC