Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**DECLARATION OF WILNA DESTIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   September 25, 2018<br>Time:  10:30 a.m.<br>Judge:  Hon. Edward M. Chen<br>Dept.:  Courtroom 5, 17th Floor<br><br>Complaint Filed:   March 12, 2018<br>Trial Date:   None set |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Amanda Farfel (SBN 288126)
afarfel@sidley.com
Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
Mohindra Rupram (SBN 319478)
mrupram@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Katelyn N. Rowe (SBN 318386)
krowe@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA  90067
Telephone: +1 310 595 9598
Facsimile: +1 310 595 9501

Jessica Fishfeld (*Pro Hac Vice*)
jfishfeld@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone: +1 312 853 2031
Facsimile: +1 312 853 7036

* *Institution listed for identification purposes only*

**DECLARATION OF WILNA DESTIN**

1.     I have personal knowledge of the facts stated in this declaration. If sworn as a witness, I could and would testify to these facts.

2.     I have had Temporary Protected Status (TPS) since 2010. On November 20, 2017, the U.S. government announced that TPS for Haiti would be formally terminated in July 2019.

3.     I am submitting this declaration to describe the harms that I have experienced since the announcement of the termination of TPS for Haiti and the harms I would experience if TPS is terminated.

### Background

4.     I am 43 years old and from Haiti originally. I am a resident of Orlando, Florida.

5.     I have two children, who are both U.S. citizens. My eldest, Hnaida, is fifteen years old and is also a plaintiff in this case. My younger child, John, is eleven years old.

6.     Florida is my home and the home of my children. I have not returned to Haiti since I received TPS. I live in the same neighborhood as my two brothers and their children and we are very close. One of my brothers has TPS and the other is a U.S. citizen. My father has a green card.

### Impact of Temporary Protected Status

7.     Because TPS for Haiti was renewed regularly over the past eight years, and the conditions in Haiti remain precarious, I came to depend on TPS to provide security and stability for myself and my family.

8.     The work authorization that I have through TPS has helped me maintain a stable job and provide for my family. Since 2014, I have been working as a labor organizer with the union UNITE HERE. I previously worked in housekeeping at Disney World.

9.     I own my home and my car. TPS has allowed me to keep my home and pay my mortgage. Having a car allows me to drive my children to school, extracurricular activities, or medical appointments, and drive myself to work.

10.     After I obtained TPS, I was also able to afford to go to nursing school and got my certified nursing assistant (CNA) license.

11.     I am also deeply invested in my community, and have tried to ensure my children feel secure.

12.     I have consistently paid attention to the TPS decisions of the U.S. government every time Haiti has been up for review. Based on what has happened in the past, I came to expect the U.S. government would continue to renew TPS for Haiti if the conditions in Haiti did not get better. Because I know from communicating with people in Haiti that the conditions in Haiti remain very challenging, the government's recent decision terminating TPS for Haiti surprised me.

**Impact of Decision to Terminate TPS**

13.     The decision to terminate TPS for Haiti has caused me a lot of stress and pain. I feel lost and do not know what to do. Haiti is no longer my home. I cannot imagine having to move to Haiti after building a life here. It would also be very hard for my children to live in Haiti, but I cannot imagine continuing to live if I am separated from my children. I do not feel that there is a clear path ahead for me or my family.

14.     I depend on TPS to have stable employment, which is necessary for me to support my family.

15.     I am afraid that if I lose TPS, I will lose my home as I will not have the money to pay for my mortgage. I would likely also lose a lot of the value of my home if I have to sell it. There are a lot of TPS holders who have homes nearby and many of them may need to sell their houses too which will make it even more difficult to sell my home for its actual value. My family and I would be devastated if I lost my home. My son is worried that he would have to change schools if we have to sell our home, because our house is right next to his elementary school.

16.     I had been planning to go to school for hospitality management, beginning in September 2018. I am still not sure whether I will be able to go because of the termination of TPS and related financial burdens and uncertainty.

**Impact of TPS Termination on U.S. Citizen Children**

17.     The announcement that TPS for Haiti will be terminated has been very hard on my children.

18.     My daughter has only been to Haiti once, when she was a baby. She has no memories of it. My son has never been to Haiti.

19.     If TPS is terminated, I am worried about taking my children to Haiti. My children barely speak any Haitian Creole. Both of my children have expressed fear of moving to Haiti and leaving behind their friends, family, and home. The schools and hospitals are much worse than what we are used to here. It would be hard for them to go to school there. My daughter goes to a magnet school and would not have the opportunity to continue the education she is getting here if she moved to Haiti.

20.     My children should be worrying about school and focused on their friendships and childhood. Instead, they are worrying about what will happen to themselves and to our family. They are also worried about what will happen to them if TPS is terminated for me.

21.     My daughter, Hnaida, asks who will take care of her if I am not here. She has also expressed that she is afraid she will be placed in foster care if TPS is terminated for Haiti and I am forced to return to Haiti. She is a lot quieter these days. In the days after the announcement, she did not want to get out of bed in the mornings to go to school. She has always been a very good student and is on the honor roll, is active in her school and her church, and plans to be an obstetrician. She wants to run for Student Council and try out for the cheerleading team this year. I am worried that the end of TPS will undo everything that she is working towards.

22.     My son, John, has been having trouble in school since the announcement. His teacher says he is having trouble paying attention in class and is very sad. Like my daughter, my son has been an honor roll student and is active at school and church. He loves animals and wants to be a veterinarian. I want him to be able to focus on his studies, his sports, and his friends. I want him to know that he has the support and unity of his family. But I cannot provide the assurances he so desperately needs, and so he continues to worry about what will happen to me, to him, and to our family if TPS ends.

23.     I have not made any plans for myself or for my family yet as I do not know what to do. However, we will have to figure out our plans—schooling for the children, our house, our car,

our work, and everything else—in the coming months if the government does not change the decision to terminate TPS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __ day of August, 2018 in Orlando, Florida.

8/22/18

Wilna Destin

4