# EXHIBIT 10

**From:** McCament, James W
**Sent:** Friday, September 22, 2017 8:21 AM
**To:** Nealon, James
**Subject:** RE: Revised TPS Sudan Notice

Thanks, Jim. I'll claim that one! On the meeting, I'm checking whether Kathy's in-she was out with a high fever yesterday. (And actually was at work with the fever the day before). If she's out, I may suggest we push to Monday-can that still work with your schedule?

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
▓▓▓▓▓▓▓ (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

---

**From:** Nealon, James
**Sent:** Friday, September 22, 2017 7:16 AM
**To:** McCament, James W
**Subject:** RE: Revised TPS Sudan Notice

Thanks James. Owe you a beer on this one. See you at 11:30.

**From:** McCament, James W
**Sent:** Thursday, September 21, 2017 8:39 PM
**To:** McDonald, Christina ▓▓▓▓▓; Dougherty, Michael ▓▓▓▓▓; Hamilton, Gene ▓▓▓▓▓
**Cc:** Maher, Joseph ▓▓▓▓▓; Shah, Dimple ▓▓▓▓▓; Baroukh, Nader ▓▓▓▓▓; Symons, Craig M ▓▓▓▓▓; Nealon, James ▓▓▓▓▓; Nuebel Kovarik, Kathy ▓▓▓▓▓; Prelogar, Brandon B ▓▓▓▓▓; Ries, Lora L ▓▓▓▓▓; Petyo, Briana ▓▓▓▓▓; Renaud, Tracy L ▓▓▓▓▓
**Subject:** Revised TPS Sudan Notice
**Importance:** High

All,

Following up to these discussions, attached is the language prepared by USCIS Policy & Strategy for AS1/Front Office review. Inserted below is the changed section highlighting the portions responsive to the DOS specific request (reattached).

As a reminder, the insertion of "all of the regions" provides DOS the ability to make a clear case to Sudan that DOS concerns about its unresolved internal conflict remain, and the continuing need to expand humanitarian access and protect of IDPs remain clear. The remainder of the notice is untouched.

Finally, I've attached an email received this afternoon from DOD to myself and Sarah Bashadi at OMB noting their concerns with the language regarding "extraordinary and temporary conditions within Sudan no longer prevent nationals from returning in safety." They have also asked, per the attached email, for close coordination on communication and legislative engagement in light of the concerns reflected.

Thanks again to the OP&S team for their quick efforts (concluded early this afternoon on time-however but their boss took significantly longer to consolidate for transmit). Please review and advise on any thoughts?

Thanks all,

James


**REVISED SECTION:**

**Why is the Secretary terminating the TPS designation for Sudan as of November 2, 2018?**

DHS and the Department of State (DOS) have reviewed the conditions in Sudan. Based on this review and consultation, the Secretary has determined that conditions in Sudan have sufficiently improved for TPS purposes. Termination of the TPS designation of Sudan is required because it no longer meets the statutory conditions for designation. The~~re is no longer an~~ ongoing armed conflict no longer ~~that~~ prevents the return of nationals of Sudan to all regions of Sudan without posing a serious threat to their personal safety. Further, extraordinary and temporary conditions within Sudan no longer prevent nationals from returning in safety to all regions of Sudan. To provide for an orderly transition, this termination is effective November 2, 2018, twelve months following the end of the current designation.

Conflict in Sudan is limited to Darfur and the Two Areas (South Kordofan and Blue Nile states). As a result of the continuing armed conflict in these regions, hundreds of thousands of Sudanese have fled to neighboring countries. However, in Darfur, toward the end of 2016 and through the first half of 2017, parties to the conflict renewed a series of time-limited unilateral cessation of hostilities declarations, resulting in a reduction in violence and violent rhetoric from the parties to the conflict. ~~Any~~ The remaining conflict is limited and does not prevent the return of nationals of Sudan to all regions of Sudan without posing a serious threat to their personal safety.

Above-average harvests have moderately improved food security across much of Sudan. While populations in conflict-affected areas continue to experience acute levels of food insecurity, there has also been some improvement in access for humanitarian actors to provide much-needed humanitarian aid.

Although Sudan's human rights record remains extremely poor in general, conditions on the ground no longer prevent all Sudanese nationals from returning in safety.

Taking into account the geographically limited scope of the conflict, the renewed series of unilateral cessation of hostilities declarations and concomitant reduction in violence and violent rhetoric from the parties to the conflict, and

improvements in access for humanitarian actors to provide aid, the Secretary has determined that the ongoing armed conflict and extraordinary and temporary conditions that served as the basis for Sudan's most recent designation have sufficiently improved such that they no longer prevent nationals of Sudan from returning in safety to all regions of Sudan. Based on this determination, the Secretary has concluded that termination of the TPS designation of Sudan is required because Sudan no longer meets the statutory conditions for designation. To provide for an orderly transition, this termination is effective November 2, 2018, twelve months following the end of the current designation. DHS estimates that there are approximately 1,040 nationals of Sudan (and aliens having no nationality who last habitually resided in Sudan) who currently receive TPS benefits.

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
███████████ (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

---

**From:** McDonald, Christina
**Sent:** Wednesday, September 20, 2017 1:23 PM
**To:** McCament, James W; Dougherty, Michael; Hamilton, Gene
**Cc:** Maher, Joseph; Shah, Dimple; Baroukh, Nader; Symons, Craig M; Nealon, James; Nuebel Kovarik, Kathy; Ries, Lora L; Petyo, Briana; Renaud, Tracy L
**Subject:** RE: TPS Sudan Notice

All: Following our phone convo this am, I submitted the withdrawal letter to the Federal Register. They officially withdrew TPS-Sudan FRN. It will not publish tomorrow.

Christina E. McDonald

███████████ (office)
███████████ (cell)

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** McCament, James W
**Sent:** Wednesday, September 20, 2017 12:36 PM
**To:** Dougherty, Michael ███████████; Hamilton, Gene ███████████
**Cc:** Maher, Joseph ███████████; Shah, Dimple ███████████; McDonald, Christina ███████████; Baroukh, Nader ███████████; Symons, Craig M ███████████; Nealon, James ███████████; Nuebel Kovarik, Kathy ███████████; Ries, Lora L ███████████; Petyo, Briana



███████████████████; Renaud, Tracy L ██████ ████████████████
**Subject:** RE: TPS Sudan Notice

Thank you, Mike.

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
██████████ (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

---

**From:** Dougherty, Michael
**Sent:** Wednesday, September 20, 2017 12:16 PM
**To:** McCament, James W; Hamilton, Gene
**Cc:** Maher, Joseph; Shah, Dimple; McDonald, Christina; Baroukh, Nader; Symons, Craig M; Nealon, James; Nuebel Kovarik, Kathy; Ries, Lora L; Petyo, Briana; Renaud, Tracy L
**Subject:** RE: TPS Sudan Notice

PLCY is expecting callback from Simon Henshaw, who is on travel

Michael T. Dougherty
Assistant Secretary
Border, Immigration and Trade Policy
Department of Homeland Security
██████████

---

**From:** McCament, James W
**Sent:** Wednesday, September 20, 2017 5:11:28 PM
**To:** Hamilton, Gene
**Cc:** Maher, Joseph; Shah, Dimple; McDonald, Christina; Baroukh, Nader; Symons, Craig M; Nealon, James; Dougherty, Michael; Nuebel Kovarik, Kathy; Ries, Lora L; Petyo, Briana; Renaud, Tracy L
**Subject:** RE: TPS Sudan Notice

Great, thank you Gene. Removing Jeff. I just received the additional attached message from PRM outlining their specific concerns for consideration. Which are noted below. Sharing prior to Jim or I responding to PRM.

Recommended changes

1. **We recommend the deletion of the phrase (on page 7, para 2, 3rd sentence)** *"There is no longer an ongoing armed conflict that prevents the return of nationals to Sudan…"* **And instead we ask that it be replaced with** *"The ongoing conflict no longer prevents the return of nationals of Sudan <u>to all regions of Sudan.</u>"* Note: The addition of the phrase "to all regions" is important for consistency and accuracy. That qualification is needed to carve out an exception regarding those who still cannot return in safety to the conflict-affected areas (Darfur and the Two Areas). Otherwise the statement is not accurate and it risks harm to our foreign policy goals as noted above. In Sudan internally displaced persons and refugees can return in safety to certain regions, such as

Kassala in the NE, but not to areas of Darfur in the SW where killings have spiked 300% since 2012.

2. **We recommend that the phrase "to all regions of Sudan" be inserted into three other parts of the document to ensure accuracy and prevent harm to our foreign policy goals.** That includes page 7, para 2, 4th sentence so that it reads **"..conditions within Sudan no longer prevent nationals from returning in safety to all regions of Sudan"**  and into page 7 para 3, the last sentence, so that it reads **"The remaining conflict is limited and does not prevent the return of nationals of Sudan to all regions of Sudan ..."** Also, we recommend that the phrase be inserted into page 8, para3, sentence 1, so that it **reads "…they no longer prevent nationals of Sudan from returning in safety to all regions of Sudan."** While the rest of the FRN does touch on the fact that there are limited conflicts in certain regions of Sudan, the document should be consistent throughout to ensure there is no room for Sudanese Government misinterpretation, intentional or unintentional, with possible negative impact on broader efforts/policy goals.

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
█████████ (Deputy Director's Office)



This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law.  If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

---

**From:** Hamilton, Gene
**Sent:** Wednesday, September 20, 2017 11:41 AM
**To:** Harris, Jeffrey M. EOP/OMB
**Cc:** Maher, Joseph; Shah, Dimple; McDonald, Christina; Baroukh, Nader; McCament, James W; Symons, Craig M; Nealon, James; Dougherty, Michael; Nuebel Kovarik, Kathy; Ries, Lora L; Petyo, Briana
**Subject:** RE: TPS Sudan Notice
**Importance:** High

Hi again Jeff,

We will pull back the FRN and work to accommodate some of State's requests--but not all of them. There is nothing legally deficient about the FRN, it is factually accurate, but we can work to make some minor edits to mitigate against State's concerns--many of which are entirely overblown and completely irrelevant to the Acting Secretary's legal determination under section 244 of the Immigration and Nationality Act. Our team will reach out to State and make a few edits, and we'll then proceed with publication.

Please let me know if you have any questions.

Thanks,

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security


-----Original Message-----

From: Hamilton, Gene
Sent: Wednesday, September 20, 2017 10:31 AM
To: 'Harris, Jeffrey M. EOP/OMB'
Cc: Maher, Joseph                              ; Dimple Shah
           ; McDonald, Christina                              ; Baroukh, Nader
                  ; McCament, James W                                  ; Symons,
Craig M                              ; Nealon, James                  ; Dougherty,
Michael                              ; Nuebel Kovarik, Kathy                              ;
Ries, Lora L                  ; Petyo, Briana
Subject: RE: TPS Sudan Notice

Hi Jeff,

I'm adding others to this email chain from DHS. I don't think we agree with that path. It's not my decision, and I'll defer to USCIS, but there isn't anything factually inaccurate in the FRN. The notion that everyone had signed off on the document isn't consistent with the fact that the Department has an internal clearance process-- and things are always subject to revision until the Acting Secretary signs the document.

Will let others from DHS chime in.

Best,

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

-----Original Message-----
From: Harris, Jeffrey M. EOP/OMB
Sent: Wednesday, September 20, 2017 10:26 AM
To: Hamilton, Gene
Subject: TPS Sudan Notice

Gene,

We received a flurry of emails last night and this morning from State and NSC regarding changes to the TPS Sudan notice that were made after everyone had signed off on the document. Given those developments, OIRA is going to ask the Federal Register to postpone publication of the notice by one day, until Friday. If DHS is willing to revert to the version that was previously approved by the group, then you can proceed to publication immediately. But otherwise we should arrange a call with DHS, State, DPC, NSC, and OIRA to discuss their concerns about the latest edits to the document. Happy to discuss further. I've also spoken to Zina Bash to fill her in on where this stands.

Many thanks,
Jeff


Jeffrey M. Harris
Associate Administrator, Office of Information and Regulatory Affairs Office of Management and Budget