# EXHIBIT 17

| | | |
|---|---|---|
| From: | McCament, James W | (b)(6) |
| To: | [(b)(6)] | |
| Cc: | Neufeld, Donald W; Renaud, Tracy L; Nuebel Kovarik, Kathy | |
| Subject: | RE: Haiti TPS readout - DHS Press Call | |
| Date: | Monday, May 22, 2017 6:04:28 PM | |
| Attachments: | image001.png | |

(b)(6) [redacted] thanks for the detailed summary including the clips information. Adding Kathy with the thanks for [redacted] great help.

**James W. McCament**   (b)(6)
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[redacted] Deputy Director's Office)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

---

**From:** [redacted]
**Sent:** Monday, May 22, 2017 2:35 PM
**To:** McCament, James W [redacted]
**Cc:** Neufeld, Donald W; Renaud, Tracy L
**Subject:** Haiti TPS readout - DHS Press Call

All: Please see the attached Haiti TPS readout from the DHS press call to include published clips. Also see below for easy viewing.

**Press Call on Haiti TPS**
**May 22, 2017 at noon**   (b)(6)

The press called lasted just over an hour. [redacted] began the call and asked that the information about to be shared be embargoed until about 1 p.m. when a news release would be issued with a statement from the Secretary. [redacted] were introduced as USCIS experts but [redacted] asked for them to be referred to as "senior DHS officials" in reporting. [redacted (b)(5)] He ended his statement by saying that the Secretary is highly encouraging Haiti TPS beneficiaries to handle their affairs as appropriate including obtaining travel documents from the Haitian Government.

Background information

(b)(6)

▮▮▮▮▮▮▮▮▮▮▮▮ then provided background information about the overall TPS program. They stressed that it is a temporary program and does not lead to lawful permanent residency. They stated that 58,700 Haitians have TPS and named the ten countries that are currently designated for TPS. They further gave general information on the re-registration process and stated that prior to January 22, 2018; the Secretary has to evaluate country conditions to determine the future of Haiti TPS.

Reporter questions
The remainder of the call (approximately 45 minutes) was dedicated to taking questions from reporters. They took questions from 14 reporters, most with multiple questions. The questions fell into several categories: explaining the evidence and information that the Secretary looked at to make the decision and what went into his determination that conditions were improving; if crime and public benefits data that was referred to in the leaked memos was used to make the determination and will it be used in making future TPS determinations, why six months was chosen as the extension time and what happens during that time, will the Secretary evaluate other TPS countries similarly, and what discussions occurred with the Haitian Government.

DHS responses                              (b)(6)

▮▮▮▮▮▮▮ answered the majority of the questions, with input from ▮▮▮▮▮▮▮ and ▮▮▮▮. The most common response was that the Secretary was doing exactly what Congress asked us to do via the INA and that is to determine whether conditions that led to Haiti's initial designation in 2010 remain. In relation to the crime and public benefits data, he repeated several times that the Secretary asked common sense questions so that he can answer the American people about foreign populations present in the United States, not meant to denigrate any group. He also stated the Secretary is taking a look at the TPS program with a fresh set of eyes to ensure it is administered in the way Congress intended.

Media inquiries
**Note:** Press inquiries will be handled by DHS OPA. Once our press release is issued – when the FRN publishes – our PAOs will then answer questions using the final Haiti TPS talking points, per DHS OPA.

## Published Clips

**Miami Herald**
Temporary Protected Status for Haitians to be extended for six months

**Newsweek**
Haitian Tps Extended For Six Months By Trump Administration, Leaving Immigrant Community Uncertain About Future

**Washington Times**
DHS grants temporary deportation reprieve to Haitians, but warns end is coming

**CNN**

Trump administration extends protected status for Haitians

**Tampa Bay Times**
Haitians get a reprieve from Trump administration

**Daily Caller**
DHS Secretary Extends Temporary Protected Status For Nearly 60,000 Haitians By Six Months

**WPLG Local 10 (ABC, Miami)**
TPS program for Haitians in US extended for six months

**Politico**
Trump extends legal protection for Haitians in U.S.

**Washington Post**
Federal officials: DHS to extend temporary protected status to Haitians

**Miami Herald**
Temporary Protected Status for **Haitians** to be extended for six months

**Tampabay.com (blog)**
**Haitians** get a reprieve from Trump administration

**Mother Jones**
Trump Administration Could Send Thousands to Crisis-Plagued ...

**NBC 6 South Florida**
Groups Rallying for **Haitian TPS** Extension in Little **Haiti**

**The Boston Globe**
Arguable: Nothingburger in Riyadh