# EXHIBIT 19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
Case No. 3:18-cv-1554-EMC

--------------------------------x

CRISTA RAMOS, et al.,

Plaintiffs,

vs.

KIRSTJEN NIELSEN, et al.,

Defendants.

--------------------------------x

VIDEOTAPE 30(B)(6) DEPOSITION OF

U.S. DEPARTMENT OF HOMELAND SECURITY

VIA ITS REPRESENTATIVE DONALD WARREN NEUFELD

Thursday, August 9, 2018

Washington, D.C.

REPORTED BY:
Susan Ashe, RMR, CRR
Job Number LA-185456

Q. Do you know under any administration?
A. No.
Q. Once Office of Policy and Strategy has a draft recommendation memo, what's the next step?
A. It goes to the director for his or her consideration and ultimate sign-off.
Q. Is there any internal review that happens of that memo before it goes to the director?
A. There has been at times a concurrence process.
So the draft would be -- there's a standing process for concurrence at the USCIS on any kind of correspondence or documentation, and it's -- in the past that -- I'm aware that that recommendation memo -- recommendation memos have gone -- that draft recommendation memos have gone through that concurrence process before they -- before it makes it up to the director for signature.
Q. Is there a standard procedure within USCIS for that concurrence process?
A. The concurrence process is standardized.
What gets submitted to it is not necessarily standardized.
Q. It sounded like some -- that recommendation memos went through this concurrence

process at some point in time, but not always.

A. That's correct.

Q. Okay. Can you explain when it went through, when it didn't?

A. So I know that recently there has not been a recommendation memo going through the concurrence process.

I don't know precisely when it stopped, and I can't say with certainty that since 2008 every single one of them has gone through that kind of concurrence process.

I have a recollection of seeing them at times over the years.

Q. What is the last recommendation memo that you recall going through the concurrence process?

A. I'm not 100 percent sure.

I think that for the first -- under this administration, the first time Haiti was being considered, I think that that recommendation memo -- I don't know whether the final version went through the concurrence process, but I recall -- I'm pretty sure I recall seeing a draft of that for input.

But what I should say there is -- what I see -- as one of the components that would receive it for concurrence, my review of it is not so much

Q. Other than the recommendation memo -- actually, let me back up one second.
Does the concurrence process involve all of the different directorates and offices within USCIS?
A. I believe so, yes. I'm sure it includes all of the directorates. I'm not sure that every program office is included.
Q. Okay.
A. I know that many are. I just can't think of any that are not.
Q. And do you know if there is some sort of written SOP that deals with the concurrence process?
A. I'm sure there must be, but I don't know what --
Q. This is a government-held job.
A. Yes.
Q. Do you know who I would ask if I wanted to get that SOP?
A. Gemma Button.
Q. In connection with the recommendation memo, are there other documents that are prepared in conjunction with the recommendation memo?
And if it's changed over time, let me know, and we'll break it up.

A. Yes. So the Federal Register Notice in the past was prepared usually concurrently with the recommendation memo with the idea being that it would be ready for publication once the secretary made a decision.

So the risk there has always been that the decision wouldn't be what folks thought it might be, and then it would have been wasted effort.

But for years the two were developed basically at the same time.

And then....

So as I described the recommendation memo, that has always been the responsibility for Policy and Strategy.

The Federal Register Notice was -- is a document that Service Center Operations managed the process. So we -- I won't -- I want to be sure to not characterize it as that we had any authority as far as like what was included in it, but we would draft it based on what we thought needed to be included in there.

And a lot of it is about the operational process, which is why I think historically it had fallen to us.

But since.... A piece of that is the -- a

description of the -- why the decision that was made is being made, or was made, you know, why the decision was -- is what it is.

And with the -- so in the past, we would have -- we used information from the conditions report that RAIO would produce.

We would -- we in Service Center Operations would pull information from that that we thought would likely be pertinent.

All of this is, again, just trying to speed up the process so that we wouldn't be waiting for the FRN to be issued once the decision was made.

So we would draft sort of notional language that would be put in there as the explanation for the decision that hadn't even been made yet.

With the last Sudan determination, we did draft the FRN, but we left that section that explains the decision blank for the Office of Policy and Strategy to fill in.

And then with the most recent Haiti determination, we didn't even draft the FRN. That was turned over to Policy and Strategy as well.

Q. And how about with the most recent El Salvador, Nicaragua FRNs?

DISTRICT OF COLUMBIA )
: ss

I, SUSAN ASHE, a Registered Merit Reporter and Notary Public, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is a true record of the testimony given.

Before completion of the deposition, review of the transcript [X ] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not interested in the outcome of the action.

WITNESS my hand this date August 10th, 2018.

__________________________________________

My Commission Expires: May 31, 2022