# EXHIBIT 32

| | |
|---|---|
| **From:** | Nuebel Kovarik, Kathy |
| **Sent:** | Friday, May 12, 2017 6:31 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: TPS data |

Another request. Apart from addendum. Sorry.

Can we get a user-friendly list of all TPS designations we have made in the last ten years, and how many have been terminated during the same period?

Can we get a companion analysis to the Haiti country conditions that analyzes economic factors, humanitarian issues, healthcare, stability, etc., of Guinea, Liberia, and Sierra Leone? I'm pretty sure that those TPS designations were made under the same subsection of 244.

**From:**
**Sent:** Tuesday, May 09, 2017 11:44:57 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy
**Subject:** Re: TPS data



Kathy met with [redacted] and me briefly yesterday on additions DHS/HQ has requested we make to the USCIS Haiti TPS Decision Memo, which is being pulled back in order for us to edit it accordingly. Among the various items they have asked us to provide information on, there are three we seek RU's assistance in addressing to ensure the content is accurate and pulled from reliable sources so that the new material abides by the same (high) standard as the other country conditions information USCIS reports. If RU could provide another short country-conditions addendum to augment the December 2016 report and the February addendum, it would be very much appreciated. Specifically, HQ has requested information regarding:

1. GDP growth – longer-term trend. 2% growth in 2015 is noted in the Decision Memo. In your report, you note it was 5.5% in 2011 and slowed to 2% in 2015 for various reasons. Can we get the year-over-year numbers/trends for some period of years preceding the earthquake to the present (or the most recent year following the earthquake for which GDP is tracked)?
2. Information regarding the UN's decision to conclude its peacekeeping mission in October 2017. In particular, what served as the basis for the decision to end the mission? What will replace it and in what capacity will it serve? And,
3. Information regarding the status of reconstruction of the Presidential Palace, and what that suggests regarding the Government of Haiti's post-earthquake recovery and capacity.

As far as timing, something as soon as possible would be most helpful. We anticipate needing to add the new information to the Decision Memo and turn it around by NLT week's end. Thank you in advance for your and team's assistance.

1

☐         (b)(6)

**From:** [redacted]             (b)(7)(c)
**Sent:** Monday, May 01, 2017 4:30 PM
**To:** [redacted], Nuebel Kovarik, Kathy; [redacted]

**Subject:** RE: TPS data

Unfortunately, conditions in Haiti remain difficult. Please see below:

- Haiti has not fully recovered from the 2010 earthquake. Per an April 27 article by the Miami Herald, "Billions of dollars in promised aid never materialized, and projects like a new $83 million State University Hospital that's being financed by the United States and France are years behind schedule. More than 46,000 quake victims continue to live in tents and under tarps. "

- In October 2016, Hurricane Matthew struck Haiti, causing $2.8 billion worth of damage—equivalent to 1/3 of Haiti's gross domestic product. After Hurricane Matthew, the United Nations requested "a $139 million emergency appeal for humanitarian aid of which only $86 million was funded."

- According to a United Nations official, as of mid-April 2017, shelter and food remain scarce in Haiti's southern peninsula. The official warned that the situation in these areas could get close to a famine "if nothing is done and the hurricane-ravaged areas miss another planting season." In March 2017, an international non-governmental organization reported that at least 13 Haitians in Grand'Anse department had died due to hurricane related food shortages in the region, and some Haitians were reportedly living in caves and eating poisonous plants to survive.

- From April 20 to 24, 2017, heavy rains caused flooding in the departments of the South, South East, Grand'Anse and Nippes, with South department most affected. At least four people were killed, and nearly 10,000 homes may have been damaged. At least 350,000 people may have been affected.

- Economic challenges in Haiti include double-digit inflation, food insecurity in areas most impacted by Hurricane Matthew, a depreciating currency, and low levels of investment.

*Sources*:

Six months after Hurricane Matthew, food, shelter still scarce in Haiti – Miami Herald, Apr. 12, 2017

Desperate Haitians living in caves, eating toxic plants in post-hurricane Haiti – Miami Herald, Mar. 24, 2017.

Haiti: Floods – Apr. 2017 – Relief Web, http://reliefweb.int/disaster/fl-2017-000043-hti (last visited May 1, 2017)

Growth returns to Caribbean Basin, but recovery is uneven – Miami Herald, Apr. 23, 2017.


[redacted]         (b)(6)
Chief, Research
Refugee, Asylum and International Operations directorate