# EXHIBIT 39

# DEPUTY SECRETARY'S BRIEFING BOOK

## Thursday, December 7, 2017



89 page deliberative document



**1** — **REMARKS: CIS Omnibudsman Annual Conference**

**2** — **REMARKS: Senior Executives Association Presidential Rank Awards Ceremony**

**3** — **Home to Work Meeting**

**4** — **JTF VTC**

**5**

Page 02 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 03 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Remarks for the Office of Citizenship and Immigration Services Ombudsman Seventh
Annual Conference

## Acknowledgements

- Good morning, and thank you for inviting me to join you at the 7th annual CIS Ombudsman Conference.

- I'd like to thank Ombudsman Julie Kirchner for her outstanding leadership, and her continuing commitment to the good governance of our immigration system.

- I would also like to thank our host, the Archivist of the United States, David S. Ferriero (*FAIR-eh-oh, rhymes with "stereo"*).

- I'd also like to thank USCIS Director Francis Cissna, our interagency partners, and our stakeholders in the private sector for joining us here today.

- And certainly not least, I want to thank the men and women of the CIS Ombudsman Office, who work hard every day, as an office of last resort, to solve the unsolvable.

## NARA Naturalization

- It's fitting that we're here at the National Archives, because three months ago, I had the chance to speak at a naturalization ceremony here.

- It was my first naturalization ceremony as the Acting Secretary, and it was a remarkable occasion—during Citizenship and Constitution Week, in front of the Charters of Freedom.

- It was a real honor to stand in the Rotunda and reflect on the promise of this great nation.

- For years, before I was the Deputy Secretary of DHS, I taught civics to people preparing for their naturalization test.

- I taught civics to immigrants because I believe in the American dream.

- I believe in our system of government, in our laws, and in our rights and responsibilities and citizens.

- I believe we all have the potential to change our country and our communities for the better—and I believe it is our duty to do so.

- That's why I returned to public service after retiring and building a career in the private sector.  The Department of Homeland Security makes a difference in people's lives every day.

- We prevent terrorism and enhance security; we manage and secure our borders; we administer the legal immigration system; we safeguard and secure cyberspace; we ensure resilience to disasters; we enforce our nation's laws; we safeguard the American people. It is a privilege to be part of that.

**Ombudsman's Office Role**

- The Ombudsman's Office, in particular, makes a difference.  The people who ask for case assistance have a problem.

- They might believe a decision was made in error, or they might be experiencing a lengthy delay.

- Regardless, they hope the Ombudsman's Office can help.

- I'd like to share a few quotes from people whose lives were changed by the Ombudsman's Office.

- One person said, "I wanted to thank you and let you…know we truly appreciate all that you've done to help us in this unexpected tragic time in our life…Thank you for all that you do, and we are grateful to know that there is an agency out there that understands."

- Another said, "I do appreciate your response to my request for help.  What you do is always give any petitioner like me hope when we need it."

- These calls for help are becoming more frequent.  Between FY 2015 and FY 2016, there was nearly a 25 percent increase in requests for case assistance.

- That's notable, and part of a larger trend—the Ombudsman's Office saw a 111 percent increase in case assistance requests between FY 2013 and FY 2016.

## DACA

- Part of this increase—in fact, the highest number of requests for case assistance, and a 21 percent increase from FY 2015, was related to applications for DACA.

- It's no secret that DHS decided to terminate DACA earlier this year, after the Department of Justice determined that it conflicts with our existing immigration laws.

- Given the Supreme Court's decision on DAPA, we were faced with two options.  We could allow the judiciary to potentially shut down the program completely and immediately.

- Or, we could wind down the program in an orderly fashion, protect beneficiaries in the near-term, and work with Congress to pass legislation that offers a permanent solution.

- We chose the least-disruptive option.

- Let me be clear: I am very aware of the consequences of this action, and I sympathize with DACA recipients whose futures may now be less certain.

- But I am also frustrated on their behalf; DACA was never more than deferred action—a temporary delay—that never promised permanent residence or the rights of citizenship in this country.

- DACA did not guarantee its beneficiaries a future.

- As I mentioned, I used to teach civics to people who were going through the naturalization process.

- I taught them the principles of democracy, like the three branches of government, the separation of powers, and how our system of checks and balances works.

- I taught them the Constitution was the supreme law of the land.

- And I taught them about the rule of law: How everyone in our country must follow the law, no matter who they are.

- It is a dangerous precedent to systemically ignore the law, regardless of one's intent or purpose.

- We can—and we must—find a better way.  And we *must* do so within the Constitution of the United States.

## TPS

- We faced a similar situation in deciding to terminate Temporary Protected Status for Nicaragua and Haiti.

- The United States has historically been very generous to visitors from other nations who are unable to return to their home countries due to circumstances beyond their control.

- Inherent in both its name and its intention, TPS is temporary.  It does not lead to permanent legal status, or any other immigration status here in the United States.

- It allows beneficiaries to get work permits and travel authorizations, but only until conditions in their home country have been restored to pre-incident levels.

- However, through a bi-partisan series of Presidential administrations, thousands of TPS beneficiaries have been in U.S. for decades.

- On November 6, I decided to terminate the TPS designation for Nicaragua, due to improved conditions in-country.

- On November 20, I decided to terminate the TPS designation for Haiti.

- Both of these designations have a delayed effective date of 18 months.  This gives beneficiaries time to make an orderly transition.

- This transition could include applying for an immigration benefit, for which they are qualified.  It could also include making arrangements to depart the United States for their home countries.

- Again, benefits like TPS and DACA were never intended to be permanent solutions.

- We cannot sustain practices that lurch from deadline to deadline, leaving beneficiaries in legal limbo for decades.

- As with DACA, I encourage Congress to look for a better legislative answer.

- At DHS, our job is to enforce our immigration laws—but the power to *change* the laws lies with Congress.

**Legal Immigration Reforms**

- The United States has one of the most generous immigration systems in the world.

- It should continue to be fair, and it should continue to be efficient.

- But our immigration system must ultimately serve "We the People of the United States."

- And it is time for our immigration system to meet the economic needs of our country.

- Each year, the United States permanently grants green cards to more than one million people.  Two-thirds of that total is based on a person having a sponsoring relative in the United States.

- It doesn't matter what sort of skills or education they have.  It doesn't matter if they can speak English, or successfully assimilate to the American way of life.

- If they have a sponsoring relative, they can apply to come to this country.

- Over the past 35 years, this system of chain-migration has accounted for more than 60 percent of legal immigration into the United States.

- We have seen the consequences of these policies, only one out of every fifteen immigrants to the United States are admitted on the basis of skills.

- More than half of all immigrant households use one or more welfare programs.

- The immigration system that was supposed to lead to a land of opportunity has instead suppressed wages, contributed to income disparities, fueled unemployment, and strained state and federal resources.

- We must end chain-migration.  Family-based green cards should be for immediate family—spouses and minor children of U.S. citizens and lawful permanent residents.

- Instead of immigration based solely on extended family connections, Congress should move to make our immigration system based primarily on merit.

- By establishing a points-based system for merit-based immigration—which has seen tremendous success in Australia, Canada, and elsewhere—we can promote financial independence and upward mobility for immigrants.

- By attracting the highest-caliber immigrant workers, we can strengthen our economy and strengthen our country.

**Buy American, Hire American**

- Improving economic conditions in our country is the principle behind the Administration's "Buy American, Hire American" Executive Order.

- DHS is supporting the "Buy American, Hire American" order in several ways.

- We encourage all U.S. employers to use E-Verify to determine if new employees may legally work in the United States.

- Currently, more than 700,000 employers use the free, web-based system to verify the eligibility of their workforce.

- By preventing employers from hiring illegal labor and displacing U.S. workers, we can improve job opportunities and raise wages.

- We continue to encourage Congress to adopt legislation that would make E-Verify mandatory.

- We are also rigorously enforcing and administrating our immigration laws, and remain committed to detecting and preventing immigration fraud.

- Whenever there is a time of transition, people will exploit ambiguities and changes to defraud the system.

- Through the efforts of our workforce, we can combat the fraud that undermines our legal immigration system.

- Through a combination of rulemaking, policy memoranda, and operational changes, we are supporting the Administration's Executive Order, and helping to strengthen our nation's economy.

**Conclusion**

- Our nation belongs to its citizens—whether by birth or by naturalization.

- Those who have become Americans by choice have demonstrated that they value our country.

- They value the rule of law.

- And they value the time and effort it takes to do things the right way.  And they, in turn, deserve a fair and efficient immigration process.

- We owe *all* of our citizens a strong country, and I again ask for Congress' help to make it even stronger.

- I appreciate the opportunity to speak with you today, and wish you the best for a very successful conference.

- Since we have time, I'd be happy to take a few questions.

## PIVOT POINTS

- In order for our immigration system to be effective, we have to be able to ensure its integrity.  There can be no room for fraud or for loopholes.

- This nation is founded on the rule of law, which says the law applies to everyone equally.  Encouraging law-breaking behavior, by asking law enforcement to look the other way or making up a category that doesn't conform to the laws passed by Congress, is a dangerous precedent.

- DHS does not make laws—it enforces them.  Congress makes the laws, and we need Congress to act to make our legal immigration system benefit the United States and its people.

- USCIS Director Cissna is next on our agenda, and he may be better suited to answer your question.

# OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
# SEVENTH ANNUAL CONFERENCE

### Government and Stakeholders Working Together to Improve Immigration Services

*December 7, 2017*
*National Archives, Washington, D.C.*

| | |
|---|---|
| 9:00 – 9:30 a.m. | **Registration**<br>Lobby of William McGowan Theater |

*All morning events will be held in the William McGowan Theater*

| | |
|---|---|
| 9:30 – 9:35 a.m. | **Master of Ceremonies Stacy Shore**<br>Acting Deputy Director, Office of the CIS Ombudsman |
| 9:35 – 10:00 a.m. | **Welcome by Julie Kirchner**<br>CIS Ombudsman |
| 10:00 – 10:30 a.m. | **Remarks from Elaine C. Duke**<br>Acting Secretary of Homeland Security |
| 10:35 – 11:05 a.m. | **Remarks from L. Francis Cissna**<br>USCIS Director |
| 11:05 – 11:15 a.m. | Break |
| 11:20 – 11:50 a.m. | **Remarks from James McHenry**<br>Acting Director of Executive Office for Immigration Review |
| 11:50 – 1:30 p.m. | Lunch (on your own) |
| 1:30 – 3:00 p.m. | **Simultaneous Roundtables – Session I** |

<u>Citizenship and Naturalization Issues</u>
**Location:** Jefferson Conference Room
**Moderator:** Margaret (Peggy) Gleason
**Speakers:** Laura Patching, USCIS Office of Citizenship; Michael Valverde, USCIS Field Operations Directorate; Randolph (Randy) McGrorty, Catholic Legal Services, Archdiocese of Miami; Fatimah Mateen, Office of the CIS Ombudsman

Speakers from USCIS Office of Citizenship, Field Operations Directorate, and practitioners with expertise in citizenship as well as complex naturalization issues will discuss recent changes in USCIS processing.

1

**Employment Immigration – H-1B Non-Immigrant Visa Program**
**Location:** William McGowan Theater
**Moderator:** Carrie Anderson
**Speakers:** Kevin Cummings, USCIS Office of Policy and Strategy; Ronil Hira, Howard University; Mark Eckert, Uber Technologies, Inc.

Panelists will focus their analysis on recent and anticipated changes in the H-1B non-immigrant visa program, as well as describe other recent issues in employment-based immigration.

**Background Checks and USCIS Processing Issues**
**Location:** Washington Conference Room
**Moderator:** Elissa McGovern
**Speakers:** David Eisenreich, FBI National Name Check Program; Lee Bowes, USCIS Immigration Records and Identity Services Directorate (IRIS); Anna Priddy, Office of the CIS Ombudsman

Panelists from the FBI National Name Check Program and USCIS Immigration Records and Identity Services Directorate will discuss USCIS background checks and their impact on processing of petitions and applications.

3:00 – 3:15 p.m.          Break

3:15 – 4:30 p.m.          **Simultaneous Roundtables – Session II**

**E-Verify**
**Location:** Jefferson Conference Room
**Moderator:** Carlos Lobo
**Speakers:** Tammy M. Meckley, USCIS Immigration Records and Identity Services Directorate (IRIS); Elizabeth Milito, National Federation of Independent Business (NFIB) Small Business Legal Center; Julie Myers Wood, Guidepost Solutions; Fred Troncone, Office of the CIS Ombudsman

The Administration's Fiscal Year 2018 Budget calls for mandating nationwide usage of the E-Verify system to reduce illegal employment. This panel will review the current state of E-Verify, issues arising for employers using the program, and the capacity for E-Verify to expand upon a new statutory or administrative mandate.

**Transformation**
**Location:** Washington Conference Room
**Moderator:** Stephanie Fast
**Speakers:** David Blair, USCIS Office of Information Technology; Courtney Winship, USCIS Customer Service & Public Engagement Directorate, Innovation & Technology Division; Dan Berger, Curran & Berger

Panelists with expertise in the implementation of electronic processing via ELIS (Electronic Legal Immigration Systems) will describe the current status of the Transformation project.

Page 15 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 16 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

**Row Labels**

USCIS

the thanyachareon law firm

Department of Homeland Security/USCIS – Office of Policy and Strategy (OP&S)

Marty & Ellis

Alan Seagrave Law Office

Stein Legal LLC

American Immigration Lawyers Association

Law Office of Edon H. Warslie PC

Bipartisan Policy Center

MAXIMUS Federal

CJ Lake LLC

Salesforce

Pricing & LPM Department

LawLogix by Hyland Software, Inc.

USCIS SCOPS-HQ

Bizagi

Appisoft, Inc.

Black Alliance for Just Immigration

UCIS Office of Policy and Strategy

Bloomberg Law

Vassell & LeeRC, Law Group

Booz Allen Hamilton

LR-Associates, LLC

Capgemini Government Solutions

Non Profit

CareGiver to Father

AAO/USCIS

Carnegie Mellon University

University of Maryland, College Park

Catholic Charities of the Diocese of Arlington, Hogar Immigrant Services

USCIS, Policy and Strategy

Catholic Legal Immigration Network, Inc. (CLINIC)

 civil

CBN News

Logical Paradigm LLC

Center for Immigration Studies

Madison keyser

CGFNS International, Inc.

Aricent

CGI

NTSB

CGRC

Rep. Garamendi

CIEE

TVAsia
AILA
University of Arkansas at Little Rock
CNN
USCIS Administrative Appeals Office
CSPED
USCIS, Office of Policy and Strategy
CURTIS INSTITUTE OF MUSIC, PHILADELPHIA
USCIS/ OP&S
 USCIS
Witty Law Group PLLC
Department of Justice
ANORW POLICE
DHS ICE ERO
Littler Mendelson
DHS, USCIS
Louisiana African Community
DHS/PA&E
Luna Services NYC
DHS/USCIS
Marcia Binder Ibrahim, LLC
DHS/USCIS/Vermont Service Center
Maximus
SABG
Murphy Desmond S.C.
self employed
NPZ law group.
American Federation of Teachers
Pennsylvania State University
Strategic Alliance Business Group LLC
Randstad Technologies
Student Exchange Visitor Program
Acumen Solutions
The Council for Global Immigration
Embassy of India
Southern Illinois Healthcare
Empire-Capitol Strategies
Steptoe & Johnson, LLP
employee at haier pakistan
Stratford University
Folha de Sao Paulo
Sublime Solutions
Fragomen Worldwide
The Institute of World Politics
Friends of Immigration
TITO SAPETIN WI.U INC
Friends of Slovakia

U.S. Citizenship and Immigration Services, Dept. of Homeland Security
George P. Mann and Associates
United Services for Counseling
Gibney, Anthony & Flaherty LLP
University of Maryland
Greenberg Traurig LLP
 IPUN
University of Pittsburgh
Greenberg Traurig
USCIS Office of Policy & Strategy
Griselle Garcia Immigration Law
USCIS, Office of Policy & Strategy
Haynes Novick Immigration
USCIS, Office of Policy and Strategy (OP&S)
Immigration and Customs Enforcement
USCIS, Vermont Service Center
immigration Strategies LLC
USCIS/OPS
IRLI
Walolo Communications/Mission of Merciful
Ishida Immigration Law PLLC
Zamboanga del Norte Association in Illinois
Khatri Law Firm, LLC
Khazen CRE Consulting & Management
(blank)
**Grand Total**

| Count of Organization |
|---|
| 21 |
| 3 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 2 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |

1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1
1

DHS-001-659-000119

147

Page 23 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000120

Page 24 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000121

Page 25 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000122

Page 26 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000123

Page 27 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000124

Page 23 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000125

Page 29 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000126

Page 30 of 89

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-659-000127

## OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
## 2017 ANNUAL CONFERENCE

**Elaine C. Duke, Acting Secretary of Homeland Security**



Elaine Duke became the Acting Secretary of the Department of Homeland Security (DHS) on
July 31, 2017.  She was previously sworn in as the seventh Deputy Secretary of DHS on April
10, 2017.

Prior to her appointment, Acting Secretary Duke was the principal of Elaine Duke & Associates,
LLC, where she provided acquisition and business consulting services to large and small
businesses.

An accomplished leader and a civil servant for most of her career, Acting Secretary Duke has
served in the federal government for nearly three decades, most recently as the Department's
Senate-confirmed Under Secretary for Management, a position she held from 2008-2010.

As Under Secretary, she was responsible for the Department's management functions and
corresponding $47 billion budget.  Prior to her appointment, she served both as the Department's
Deputy Under Secretary for Management and Chief Procurement Officer.  She also served as
Deputy Assistant Administrator for Acquisition at the Transportation Security Administration
(TSA), delivering an acquisition program that met the post 9/11 legislative mandate to federalize
passenger and baggage screening at U.S. airports.  Prior to her service at DHS, Acting Secretary
Duke held various positions with the U.S. Department of Defense.

Acting Secretary Duke received her B.S. in Business Management from New Hampshire
College, now Southern New Hampshire University, and her M.B.A. from Chaminade University
of Honolulu.

Over the course of her federal government service, Acting Secretary Duke has received the
Presidential Meritorious Rank Award, the DHS Secretary's Medal, the TSA Silver Medal for
Customer Service, the Department of the Army Commander's Award for Public Service, and the
U.S. Coast Guard's Distinguished Public Service Medal.

Acting Secretary Duke has served as a member of the Homeland Security Advisory Council and
as a strategic advisor to the Government Technology and Services Coalition, assisting small and
mid-tier businesses in the federal sector.  She has taught acquisition at American University.

1

## OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
## 2017 ANNUAL CONFERENCE

**L. Francis Cissna, Director, U.S. Citizenship and Immigration Services**



L. Francis Cissna was sworn in as Director of USCIS on October 8, 2017.

From 2005 to 2017, Mr. Cissna served in various capacities within the U.S. Department of Homeland Security (DHS). Most recently, he served as the Director, Immigration Policy within the DHS Office of Policy, during which time he was selected for a detail to the U.S. Senate Judiciary Committee, where he worked on immigration-related legislation.

Prior to that, Mr. Cissna served as the Acting Director and Deputy Director, Immigration and Border Security Policy in the DHS Office of Policy. During that time, he led the DHS Comprehensive Immigration Reform "War Room," which coordinated the efforts of DHS' various component agencies with the White House and the Congress on a comprehensive immigration reform bill. Before serving at DHS headquarters, he worked in the USCIS Office of the Chief Counsel as an Associate Counsel in the Adjudications Law Division.

Before joining the USCIS Chief Counsel's Office, Mr. Cissna was a private immigration attorney with the law firm of Kaufman & Canoles in Richmond, Virginia.

Mr. Cissna had also previously worked in government as a Foreign Service Officer with the U.S. Department of State, where he served in the immigrant visa section at the U.S. Consulate in Port-au-Prince, Haiti, and then as chief of the nonimmigrant visa section at the U.S. Embassy in Stockholm, Sweden.

Prior to his government service, Mr. Cissna was an associate attorney at the law firms of Steptoe & Johnson LLP in Washington, D.C., and Kirkpatrick & Lockhart LLP in Harrisburg, Pennsylvania.

Mr. Cissna received his Juris Doctor from the Georgetown University Law Center in Washington, D.C. He received a master's degree in international affairs from Columbia University and bachelor's degrees in both physics and political science from the Massachusetts Institute of Technology.

DHS-001-659-000129

OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
2017 ANNUAL CONFERENCE

**James McHenry, Acting Director, Executive Office for Immigration Review**

Acting Director James McHenry has previously served in the Executive Office for Immigration Review (EOIR); he first joined the agency in 2003 through the Attorney General's Honors Program and returned to the agency in 2016, when he was appointed as an Administrative Law Judge (ALJ) for EOIR's Office of the Chief Administrative Hearing Officer (OCAHO).

Prior to rejoining EOIR in 2017, Acting Director McHenry served as a Deputy Associate Attorney General working on a variety of immigration-related litigation matters and overseeing multiple components reporting to the Office of the Associate Attorney General. From 2014 to 2016, he served as an ALJ for the Office of Disability Adjudication and Review in the Social Security Administration. Prior to that, he worked for the Office of the Principal Legal Advisor (OPLA), Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS) as an Assistant Chief Counsel and, later, as a Senior Attorney where he served as a lead attorney for national security, denaturalization, and gang cases, anti-human trafficking operations, and worksite enforcement matters. He also served a detail as a Special Assistant United States Attorney for the Criminal Division, U.S. Attorney's Office, Northern District of Georgia.

Acting Director McHenry earned a Bachelor of Science from the Georgetown University School of Foreign Service, a Master of Arts in political science from the Vanderbilt University Graduate School, and a Juris Doctor from the Vanderbilt University Law School.

3

## OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
## 2017 ANNUAL CONFERENCE

**Julie Kirchner, Ombudsman, Citizenship and Immigration Services Ombudsman**



Julie Kirchner serves as the fifth Citizenship and Immigration Services Ombudsman (Ombudsman) at the Department of Homeland Security. In this role, she leads an independent component dedicated to helping individuals and sponsors navigate the legal immigration system and resolve problems that arise while their applications for immigration benefits are processed at U.S. Citizenship and Immigration Services (USCIS).

Every year, the Ombudsman's office receives thousands of requests for help and assigns each case to a dedicated immigration law analyst who works with USCIS to help the requestors resolve problems with their cases, as appropriate. As the cases are investigated, the Ombudsman's office also looks for trends and underlying problems in the administration of our immigration laws and offers recommendations and solutions in its annual report to Congress.

Before her appointment as the Ombudsman, Ms. Kirchner spent several months as an adviser at U.S. Customs and Border Protection (CBP). At CBP, she worked on a variety of issues, including the implementation of tactical infrastructure at the southern border, the development of border security metrics, and the coordination of outreach efforts to various stakeholders.

Between 2005 and 2015, Ms. Kirchner worked at the Federation for American Immigration Reform and for eight years served as the organization's Executive Director. In this role, she guided the nonprofit's government relations, policy research, media engagement and grassroots activity. She also managed the operation of the organization, including the multi-million dollar budget, financial reporting, board relations, and human resources.

Ms. Kirchner earned her B.A. in political science at Yale University and her law degree, with high distinction, at the University of Iowa College Of Law. As a young lawyer, Ms. Kirchner worked as a private litigator, a criminal prosecutor and as counsel at the Minnesota House of Representatives, where she staffed the Judiciary and Civil Law Committees.

4

OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
2017 ANNUAL CONFERENCE

## ABOUT THE AFTERNOON SPEAKERS

**Dan H. Berger** is a partner at the law firm of Curran & Berger in Northampton, MA, and a frequent speaker, editor and writer on immigration law. He won the 1995 American Immigration Lawyers Association (AILA) annual writing competition for an article on INS policies toward international adoptions. Mr. Berger has also been editor for the AILA Immigration & Nationality Law Handbook since 2000, and edited Immigration Options for Academics and Researchers (2005 and 2011 editions), the International Adoption Sourcebook, and the Diplomatic Visa Guide. He has written on a wide variety of topics including on Outstanding Professor/Researcher green cards, temporary visa "d3" waivers, green cards for Iraqi and Afghan translators, use of DNA evidence in immigration cases, and the elements of immigration law for in-house legal counsel. He is a graduate of Harvard College and Cornell Law School. Mr. Berger is a founding member of the American Alliance of International Entrepreneurs, an Honorary Member (and co-Chair of the International Committee) of the American Academy of Adoption Attorneys, and is the Regulatory Practice Coordinator for the National Association of Foreign Student Advisers (NAFSA). He has been quoted in various media including the Atlantic Magazine and the Huffington Post. Mr. Berger developed his interest in immigration in college, where he studied immigration history and taught English to adult refugees.

**David A. Blair** joined the USCIS Office of Information Technology (OIT) as the Chief of Transformation in January 2017. In this capacity he is responsible for managing the USCIS Transformation Program, which is a digital modernization initiative to streamline and enhance USCIS's case management and benefits processing operations. Before joining the OIT team, Mr. Blair served as the Chief of the Capability Delivery Division (CDD) within the Office of Transformation Coordination (OTC), and was accountable for delivering digital capabilities and services via a web-based IT solution called the Electronic Immigration System (ELIS). He joined USCIS in 2012. He was a Program Manager at the Space and Naval Warfare Systems Center Pacific (SSC Pacific) in San Diego, CA, managing several defense-related projects that provided critical software and systems engineering support to naval information warfare. Mr. Blair spent over 11 years serving as a U.S. Navy SEAL at SEAL Teams Eight, Five, and Three. Mr. Blair attended San Diego State University where he earned a Bachelor of Arts degree in International Security and Conflict Resolution, and a Master of Science in Homeland Security.

**Lee Bowes** is the Biometrics Division Chief and Acting Deputy Associate Director of the Immigration Records and Identity Services Directorate of USCIS. In these roles, he supports the policies and operations surrounding the collection and use of biometric data, facilitation of background checks, and the management of immigration records. For the past eight years, Mr. Bowes has been focused on modernizing biometric and background check systems, improving data sharing capabilities and controls, and reducing USCIS reliance on paper processes.

**Kevin J. Cummings** has served as the Chief of the Business and Foreign Workers Division in the USCIS Office of Policy and Strategy for over eight years. In this position, he is responsible for the management and oversight of all regulatory, program, and policy issues regarding employment-based immigration. Before joining Policy and Strategy, Mr. Cummings was the Chief of Business and Trade Services in the USCIS Office of Service Center Operations (SCOPS). Mr. Cummings has also served as a Deputy Branch Chief with the USCIS Fraud

5

OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
2017 ANNUAL CONFERENCE

Detection and National Security Directorate, as a Special Assistant to the Chief of SCOPS, as an Adjudications Officer specializing in both family-based and employment-based issues with the former Office of Program and Regulation Development, and as an Adjudications Officer with the Legacy INS Administrative Appeals Office. Mr. Cummings began his career as a student intern with legacy INS. He holds a BA degree in Political Science from Elon University in North Carolina.

**Mark Eckert** is the Head of Global Mobility at Uber Technologies, Inc.

**David F. Eisenreich** was born and raised in New York City, New York. He earned a Bachelor of Science degree in Business Administration from the City University of New York (CUNY) Zicklin School of Business, and Juris Doctorate in Law from Brooklyn Law School. From 1997 to 2001, Mr. Eisenreich worked as an Assistant District Attorney (ADA) in NYC. He entered on duty with the FBI as a Special Agent in 2001. Following New Agents training, he was assigned to the San Francisco Field Office. Assigned to the San Jose Resident Agency (RA), Mr. Eisenreich worked a broad range of investigative programs, serving on both criminal and national security squads during his tour. He also served as a member of the San Francisco Division Evidence Response Team. In 2008, Mr. Eisenreich was promoted to Supervisory Special Agent (SSA) in the FBI Counterintelligence Division and permanently transferred to FBI HQ JEH. He served in this capacity until November of 2009, when he was selected as SSA Santa Fe RA, Albuquerque Field Office. During this time, Mr. Eisenreich worked all investigative programs and was the Division's program coordinator (PCOR) for the Counterintelligence program. In 2014, he was promoted to the position of Unit Chief (UC), FBI Counterintelligence Division within the Espionage Section. In August of 2015, Mr. Eisenreich was selected as the National Security/Intel/Cyber Assistant Special Agent in Charge (ASAC) of the Jackson Division. In July 2017, Mr. Eisenreich was selected as the Section Chief to lead the National Name Check Program, within the Records Management Division.

**Ronil Hira** is an associate professor of political science at Howard University. Dr. Hira is also a research associate with the Economic Policy Institute. He has written widely on offshoring, high-skilled immigration, innovation, employment relations, and the decline of the middle class. Dr. Hira is co-author of the book, Outsourcing America, which was a finalist for best business book in the PMA's Benjamin Franklin Awards. The Boston Globe called Outsourcing America an "honest, disturbing look at outsourcing." The Washington Post described the book as a "thorough and easy to grasp primer on the wrenching outsourcing debate."

**Fatimah Mateen** joined the Office of Citizenship and Immigration Services Ombudsman in October 2015, and currently serves as an Immigration Law Analyst. In this capacity, she reviews various case matters and USCIS' policies, procedures, and practices related to citizenship and naturalization. She has represented the Ombudsman's office at various venues on citizenship and naturalization issues. Before joining the Ombudsman's office, Ms. Mateen worked at the Board of Immigration Appeals, Executive Office for Immigration Review, the Department of State, and in private practice.

**Randolph P. McGrorty** serves as the Executive Director of Catholic Legal Services, Archdiocese of Miami (CLS). He has served as the Director since the inception of the agency.

6

OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
2017 ANNUAL CONFERENCE

In that capacity, he supervises a staff of 45, including 22 staff attorneys.  Over 2,000 individuals seek the services of CLS each month: individuals seeking to reunite with their families; political and religious refugees seeking safety and security, many of whom have experienced persecution and torture; battered spouses and their children; long-term residents of the U.S. with significant family and community ties who face deportation; and qualified individuals ready embrace citizenship.  CLS maintains a strong relationship with South Florida's Haitian Community, a traditionally under-served population.  The agency is one of the largest providers of immigration services to the Haitian migrant community in the country.  Recently, CLS has spearheaded the effort to ensure legal representation for unaccompanied minors in removal proceedings. Mr. McGrorty received his B.A. from Harvard University, *magna cum laude*, and his J.D., as well as his M.S.S.W., from the University of Wisconsin.  He is a frequent speaker on asylum, Cuban/Haitian Entrant issues, and immigration law.  He is the recipient of the Adalsinda Lomangino Award for outstanding contributions to the field of immigration law, the Saint Vincent DePaul Award from the Archdiocese of Miami "in recognition of … faithful and compassionate service to those who seek sanctuary, shelter and security in a new land" and the Community Advocacy Award presented by Legal Aid of Broward County, Inc.  He has received proclamations from both the City of Miami and Miami-Dade County recognizing his work on behalf of the immigrant and refugee communities of South Florida.

**Tammy M. Meckley** has over 15 years of experience with U.S. Federal Government in the Departments of Homeland Security and Justice, as well as service in the private sector, serving in key executive positions.  As a senior executive, she is the Associate Director (AD) for USCIS, Immigration Records and Identity Services Directorate (IRIS), formerly known as the Enterprise Services Directorate (ESD).  She leads four divisions: Biometrics, Verification, Records, and the National Records Center.  Prior to becoming the AD, Ms. Meckley served a four-year term as the Deputy Associate Director for ESD.  She served as Assistant Director, Office of Professional Responsibility, Immigration and Customs Enforcement (ICE) from April 2010 to November 2010.  From October 2009 to April 2010, she was the Acting Assistant Director, Detention and Removal Operations Mission Support, ICE.  From July 2007 to October 2009, Ms. Meckley was Chief of Staff for Management, ICE Headquarters, where she provided daily operational support and strategic guidance to the Deputy Assistant Secretary for Management and ICE senior leadership, focusing on finance, facilities, technology, procurement, policy, training and development, human capital, and diversity.

From September 2006 to July 2007, Ms. Meckley was Assistant Vice President and Assistant Chief Privacy Officer, for ChoicePoint, a publicly traded company that provided data and data solutions to its customers.  Prior to her promotion, she was Director, Credentialing, Compliance and Privacy Office Outreach, from May 2005 to September 2006.  While at the Transportation Security Administration (TSA) from March 2003 to May 2005, Ms. Meckley held the positions of Deputy Assistant Administration, Transportation Security Policy, Special Assistant to the Deputy Administrator, and Special Assistant to the Chief of Staff.  She served in various positions with the U.S. Department of Justice, including the Office of the United States Trustee, the United States Attorney's Office for the Southern District of Florida, and the Executive Office for United States Attorneys.  Ms. Meckley holds a Bachelor of Science in Business Management from George Mason University.

7

## OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
## 2017 ANNUAL CONFERENCE

**Elizabeth Milito** serves as Senior Executive Counsel with the National Federation of Independent Business (NFIB) Small Business Legal Center, a position she has held since 2004. Ms. Milito came to NFIB from the U.S. Department of Veteran's Affairs where she defended the agency in employment and labor lawsuits and was responsible for training and counseling managers on fair employment and HR practices. Ms. Milito was the editor of notes and comments for the Maryland Law Review at the University of Maryland School of Law where she earned her law degree. Following graduation, she served as a clerk to the Honorable Alan M. Wilner on the Maryland Court of Appeals, the state's highest court. Ms. Milito is responsible for managing litigation and amicus work for NFIB. She has testified before Congress, Federal agencies, and state legislatures on the small business impact of labor and employment issues. Ms. Milito frequently counsels businesses facing employment discrimination charges, wage and hour claims, wrongful termination lawsuits, and in most other areas of human resources law. She also provides and develops on-line and on-site employment law training and is a frequent media spokesperson on employment and labor matters.

**Laura Patching** became the Chief of the Office of Citizenship on November 2, 2014. In this capacity, she leads federal initiatives to promote the rights, responsibilities, and importance of U.S. citizenship. She also oversees the development of citizenship education resources, training and outreach initiatives, and agency engagement with governmental, non-governmental, and international institutions on immigrant assimilation. Ms. Patching served as the Acting Chief of the Office of Citizenship from March 2011 to November 2014. She joined the Immigration and Naturalization Service in 2001 and helped manage the transition into USCIS after the passage of the Homeland Security Act of 2002. She has been part of the Office of Citizenship since it was created in 2003. Before joining the Federal government, she served in several positions in the Australian Department of Immigration and Citizenship (now referred to as the Australian Department of Immigration and Border Protection) both in Washington, D.C. and Santiago, Chile. Ms. Patching received her bachelor's degree from American University in Washington, D.C. and post-graduate diploma from the University of Chile's Institute for International Studies in Santiago, Chile.

**Anna Priddy** joined the Office of the Citizenship and Immigration Services Ombudsman in September 2015 and currently serves as an Immigration Law Analyst. In this capacity, she reviews various case matters and USCIS policies, procedures, and practices related to background checks. Before joining the Ombudsman's office, Ms. Priddy worked at USCIS and practiced immigration law at a nonprofit medical-legal partnership in Washington, D.C.

**Frederick Troncone** joined the Office of the Citizenship and Immigration Services Ombudsman in March 2008, and currently serves as a Senior Advisor with a focus on employment-based immigration issues. In this capacity, he reviews business immigration-related policy and case matters, and often represents the Ombudsman's office at various venues. Before joining the Ombudsman's office, Mr. Troncone practiced immigration and nationality law, as well as employment law, for over 20 years in the private sector in Washington, D.C., and in Hawaii, where he served as the Chair of the Hawaii Chapter of the American Immigration Lawyers Association (AILA). He also served as an Attorney-Advisor to the National Labor Relations Board General Counsel's Office, Division of Enforcement Litigation, from 1983 to 1988.

8

(b)(5)

DHS-001-659-000136

**OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN
2017 ANNUAL CONFERENCE**

language to combat emerging trends relating to trade-based money laundering, check cashing and money remitters, and stored value cards.

Ms. Wood's previous leadership positions in the federal government include Assistant Secretary for Export Enforcement at the Department of Commerce and Chief of Staff for the Criminal Division at the Department of Justice.  She also served as Deputy Assistant Secretary (Money Laundering and Financial Crimes) at the Treasury Department, where she helped draft regulations relating to Title III of the Patriot Act, coordinated the U.S. government's national report/strategy on money laundering, and oversaw Treasury Enforcement activities.  Ms. Wood served as an Assistant U.S. Attorney for the Eastern District of New York, where she prosecuted criminal cases including financial crimes, securities fraud, and other white-collar criminal cases. Ms. Wood is nationally recognized as a speaker for her expertise on security and other law enforcement issues.

10