# EXHIBIT 47

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, April 6, 2017 4:35 PM
**To:** Risch, Carl C                                              ; Symons, Craig M
**Subject:** RE: Updated TPS Haiti Decision Memo

Just seems bureaucratic to say it takes 10 months to consult with State and we need 18 months extensions for that reason.

**From:** Risch, Carl C
**Sent:** Thursday, April 06, 2017 4:34 PM
**To:** Nuebel Kovarik, Kathy; Symons, Craig M
**Subject:** RE: Updated TPS Haiti Decision Memo

That's fine. Thanks for catching that.

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, April 06, 2017 4:33 PM
**To:** Risch, Carl C; Symons, Craig M
**Subject:** RE: Updated TPS Haiti Decision Memo

I'm done with my review. I made a few slight edits, but think it's good overall. I was most hesitant with the option "if you extend, USCIS prefers 18 months." I changed it to this, but you're welcome to reject it! Craig has it from here, I believe.

"Additionally, the deliberative review process to support TPS decision making, including consultation with DOS, typically begins ten months before the expiration date of a country's current designation. In light of these USCIS operational considerations, if you determine an extension is warranted, USCIS prefers the longest extension possible."

Kathy Nuebel Kovarik
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct:
Cell:

**From:** Risch, Carl C
**Sent:** Tuesday, April 04, 2017 5:32 PM
**To:** Nuebel Kovarik, Kathy
**Subject:** RE: Updated TPS Haiti Decision Memo

Haiti TPS redline.

**From:** Levine, Laurence D
**Sent:** Monday, April 03, 2017 11:38 AM
**To:** Nuebel Kovarik, Kathy
**Cc:** Rather, Michael B; Risch, Carl C; Deshommes, Samantha L
**Subject:** RE: Updated TPS Haiti Decision Memo

Adding Carl and Sam as well

Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Levine, Laurence D
**Sent:** Monday, April 03, 2017 10:54 AM
**To:** Nuebel Kovarik, Kathy
**Cc:** Rather, Michael B
**Subject:** FW: Updated TPS Haiti Decision Memo

FYI   not sure if you saw this   the revised memo is heading to James for signature before heading to the NAC.  It is designed as an options paper, though in it, USCIS recommends extension for 18 months but not redesignation.

Larry


Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Boivin, Mark R
**Sent:** Monday, April 03, 2017 10:50 AM
**To:** USCIS Exec Sec
**Cc:** Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Robinson, Brandon M; Prelogar, Brandon B; King, Alexander R; Danzy, Alford L (Al); USCIS Regs; Carter, Constance L; Button, Maria G (Gemma); Whitney, Ronald W; Levine, Laurence D
**Subject:** Updated TPS Haiti Decision Memo

Good morning EXSO,

Attached is the updated TPS Haiti Decision memo, which now includes options for the Acting Director's approval.

If you could please replace this updated memo with the one that is in the current folder and provide it to the Front Office we would greatly appreciate it.  We are looking for approval ASAP so that the package can be submitted to DHS HQ/OGC.

Please let me know if you have any questions.

Thanks,
Mark

**From:** Barnes, Aisha **On Behalf Of** USCIS Exec Sec

**Sent:** Friday, March 17, 2017 1:43 PM
**To:** USCIS Regs; USCIS Exec Sec
**Cc:** Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Boivin, Mark R; Robinson, Brandon M; Prelogar, Brandon B; King, Alexander R; Danzy, Alford L (Al)
**Subject:** RE: [DELIVERED TO THE DIRECTOR'S OFFICE] TPS Haiti and Memo - Due COB 3/16/17 or soonest

Hi Mark,

I just spoke with the Director's office. The package has been cleared to AD1 by COS. As of now it is pending approval. An estimated time for completion was not given.

Respectfully,

*Aisha Barnes*
Management and Program Analyst
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
 Office:   |  Fax:

---

**From:** Boivin, Mark R **On Behalf Of** USCIS Regs
**Sent:** Friday, March 17, 2017 1:15 PM
**To:** USCIS Exec Sec
**Cc:** Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Boivin, Mark R; Robinson, Brandon M; Prelogar, Brandon B; King, Alexander R; Barnes, Aisha; Danzy, Alford L (Al)
**Subject:** RE: [DELIVERED TO THE DIRECTOR'S OFFICE] TPS Haiti and Memo - Due COB 3/16/17 or soonest

Good afternoon, EXSO,

When can we anticipate AD1's approval for the TPS Haiti package?

Thanks,
Mark

---

**From:** USCIS Exec Sec
**Sent:** Monday, March 06, 2017 5:01 PM
**To:** Danzy, Alford L (Al); USCIS Exec Sec
**Cc:** USCIS Regs; Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Levine, Laurence D; Boivin, Mark R; Robinson, Brandon M; Prelogar, Brandon B; King, Alexander R; Barnes, Aisha
**Subject:** [DELIVERED TO THE DIRECTOR'S OFFICE] TPS Haiti and Memo - Due COB 3/16/17 or soonest

Good evening.

FYI:  Package delivered to the Director's Office this afternoon.

Monica Chestnut
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Department of Homeland Security

███████ (desk)

**From:** Danzy, Alford L (Al)
**Sent:** Monday, March 06, 2017 7:51 AM
**To:** USCIS Exec Sec
**Cc:** USCIS Regs; Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Levine, Laurence D; Boivin, Mark R; Robinson, Brandon M; Prelogar, Brandon B; King, Alexander R
**Subject:** Response to EXSO edits: For FO Approval Due COB 3/16/17 or soonest: TPS Haiti and Memo

Good Morning,

EXSO's edits have been reviewed and cleared by the team as edited. The only exception occurs on page 8 of the "Draft Haiti TPS FRN for FO Review 03.02.17 (exso)" FRN, were "continue" was incorrectly changed to "continues." We've made the change back in the attached version.

Please accept/clean the documents as noted and continue package clearance.

Thank you,

**From:** Barnes, Aisha **On Behalf Of** USCIS Exec Sec
**Sent:** Friday, March 03, 2017 1:55 PM
**To:** USCIS Regs; USCIS Exec Sec
**Cc:** Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Levine, Laurence D; Benbow, Andrew
**Subject:** RE: Subject: For FO Approval Due COB 3/16/17 or soonest: TPS Haiti and Memo
**Importance:** High

Good afternoon,

EXSO's Writer-Editor cleared the document with edits. Please review the edits and provide a response. We will move the document immediately forward to the Director's office when your response is received.

Respectfully,

*Aisha Barnes*
Management and Program Analyst
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
☎ Office:    |   ☎ Fax: ███████

**From:** USCIS Regs
**Sent:** Thursday, March 02, 2017 3:46 PM
**To:** USCIS Exec Sec
**Cc:** Button, Maria G (Gemma); Deshommes, Samantha L; Rigdon, Jerry L; Roman-Riefkohl, Guillermo; Massey, Scott A; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Anderson, Kathryn E; Levine, Laurence D; USCIS Regs; Carter, Constance L; Benbow, Andrew

**Subject:** Subject: For FO Approval Due COB 3/16/17 or soonest: TPS Haiti and Memo
**Importance:** High

Good Day EXSO,

For FO approval, please find attached:

- The Federal Register Notice (FRN), **Extension of the Designation of Haiti for Temporary Protected Status**; and
- The USCIS Recommendation Memorandum for Haiti Temporary Protected Status (TPS).

**Summary**
The USCIS Recommendation Memo discusses relevant country conditions in Haiti and explains USCIS' recommendation that the Secretary extend the TPS designation of Haiti. Following a decision by the Secretary, the FRN would alert the public that the designation for TPS of Haiti is being extended, effective July 23, 2017 through January 22, 2019. The FRN provides information about the reregistration process under the extension, initial registration applications under the designation, and late initial TPS filings. Additionally, the FRN alerts the public and provides guidance to individuals and employers on the 6-month automatic extension of work authorization for TPS Haiti employment authorization documents.

**Timeline**
- Respectfully request FO clearance by **COB on 3/16/17 or soonest**.
- Target publication date is NLT 5/23/17, following DHS and OMB clearance.
- The current designation ends on 7/22, and the Secretary must make a decision at least 60 days before the designation end date. This clearance is, therefore, **time-sensitive**.

**Clearance:**
- MGT (OIDP, OCFO, and OPQ), OP&S, RAIO, SCOPS, FDNS, OCOMM, and IRIS cleared by 2/28/17;
- OCC cleared on 3/1/17;
- Requires AD1's signature on the Memorandum, and AD1's approval by COB 3/16/17 or soonest to submit the FRN to DHS for S1's signature.

**Attachments**
- FRN
- Memorandum with Attachments A, B, C, and D.

**Contacts**
Alford Danzy and Mark Boivin, OP&S RCD; Guillermo Roman-Riefkhol and Scott Massey, SCOPS; and Kathryn Anderson, OP&S IHAD.

**Please notify us of all edits made to the documents as this moves forward for AD1's clearance to ensure version control.**

Also, let us know if we can provide additional information.

Thank you,
Al Danzy


Chief, Regulatory Management Branch
Regulatory Coordination Division
Office of Policy & Strategy
U.S. Citizenship & Immigration Services Headquarters
Department of Homeland Security

 office
▓▓▓▓▓▓▓▓ cell

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.