# EXHIBIT 54

| | |
|---|---|
| From: | Neufeld, Donald W |
| To: | McCament, James W; Renaud, Tracy L; Nuebel Kovarik, Kathy |
| Subject: | RE: Draft Haiti TPS FRN for a 6-Month Extension |
| Date: | Wednesday, May 17, 2017 9:22:36 AM |
| Attachments: | image001.png |

Yep. I'll be there.

**From:** McCament, James W
**Sent:** Wednesday, May 17, 2017 10:22 AM
**To:** Neufeld, Donald W; Renaud, Tracy L; Nuebel Kovarik, Kathy
**Subject:** RE: Draft Haiti TPS FRN for a 6-Month Extension

Don, sorry for the short notice can you come upstairs to meet with Tracy, Kathy and I to discuss this at 1030?

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[redacted] Deputy Director's Office)

   (b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

**From:** Neufeld, Donald W
**Sent:** Wednesday, May 17, 2017 8:56 AM
**To:** McCament, James W; Renaud, Tracy L; Nuebel Kovarik, Kathy
**Subject:** FW: Draft Haiti TPS FRN for a 6-Month Extension

(b)(5)

**From:** [redacted]
**Sent:** Wednesday, May 17, 2017 8:25 AM
**To:** Neufeld, Donald [redacted]
**Subject:** FW: Draft Haiti TPS FRN for a 6-Month Extension

(b)(6)

I've attached the alternative draft TPS Haiti FRN that if signed would extend TPS benefits for Haiti for 6 months through January 22, 2018.

(b)(5)

Thanks,

From: ☐ (b)(6)
Sent: Tuesday, May 16, 2017 9:28 PM
To: ☐
Cc: ☐
Subject: Draft Haiti TPS FRN for a 6-Month Extension

All,

(b)(5)

☐ We are passing this along to you for your expedited review. Can you please get back any edits/comments tomorrow morning, and we'll work to fold them in? Many thanks in advance.

b-

48

| | |
|---|---|
| From: | Neufeld, Donald W |
| To: | McCament, James W; Renaud, Tracy L; Nuebel Kovarik, Kathy |
| Cc: | |
| Subject: | RE: Draft Haiti TPS FRN for a 6-Month Extension |
| Date: | Wednesday, May 17, 2017 3:57:53 PM |
| Attachments: | ELIS Timeline_TPS Haiti.docx |
| | TPS Haiti Processing Overview DWN.docx |

James, ☐ and Kathy,   (b)(6)   (b)(5)

Attached is our TPS Haiti processing overview and ELIS timeline.

We pulled this together quickly and it has not been thoroughly vetted. We did get input from ☐   (b)(6)
☐ in OIDP.

**From:** Neufeld, Donald W
**Sent:** Wednesday, May 17, 2017 3:53 PM
**To:** McCament, James W; Renaud, Tracy L; Nuebel Kovarik, Kathy
**Subject:** FW: Draft Haiti TPS FRN for a 6-Month Extension
**Importance:** High

In the interest of time I'm sharing this preliminary draft for your initial review and feedback. I still need review/input from ☐ (SCOPS' Technology Coordination Division) on ELIS. I will also reach out to OIDP to see if they can provide any additional information on the timeline for ingesting into ELIS vs. C3.

Please let me know if there is anything in particular that you need us to address.

**From:** ☐   (b)(6)
**Sent:** Wednesday, May 17, 2017 3:36 PM
**To:** Neufeld, Donald W; ☐

**Subject:** RE: Draft Haiti TPS FRN for a 6-Month Extension
**Importance:** High

In the interest of time, I'm responding to everyone with the attached draft outline of what an extension of TPS Haiti for 6 months would look like operationally. Since there is some overlap with TCD and ELIS, I think the paper would benefit greatly from TCD's review.

Don, there were a few items that popped up today that I wanted to give you visibility on now.

(b)(5)

Please let me know if you have any questions or concerns.

Thank you,

(b)(6)