# EXHIBIT 55

**Referred to Department of Homeland Security**

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, May 18, 2017 2:45 PM
**To:** ████████████████████████ (b)(6)
McCament, James W ████████████████████████;
████████████████████████;
Renaud, Tracy L ████████████████████
**Subject:** RE: new TPS notice

I sent it last night and then replaced again this morning with the stronger version. ████ was calling OCC to ask a few questions. ████ is on this email.

---

**From:** ████████████
**Sent:** Thursday, May 18, 2017 2:42 PM
**To:** ████████ Nuebel Kovarik, Kathy; McCament, James W; ████████████
Renaud, Tracy L
**Subject:** RE: new TPS notice

They have it. I believe Kathy sent it up last night.

████████████  (b)(6)
Chief Counsel | Office of the Chief Counsel
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Tel ████████  Cell ████████████

*This communication, along with any attachments, may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

(b)(6)

---

**From:** ████████████
**Sent:** Thursday, May 18, 2017 2:40 PM
**To:** Nuebel Kovarik, Kathy; McCament, James W; ████████████████
Renaud, Tracy L

Referred to Department of Homeland Security

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, May 18, 2017 2:21 PM
**To:** [redacted]; McCament, James W   (b)(6)
[redacted]
Renaud, Tracy L [redacted]
**Subject:** RE: new TPS notice

Question: are we now taking these FRNs to OMB for clearance or just FYI? I'm afraid we won't get sign off in time if we have to wait for them.

Referred to Department of Homeland Security

(b)(6)

**Sent:** Thursday, May 18, 2017 10:29 AM
**To:** Nuebel Kovarik, Kathy

Renaud, Tracy L

**Subject:** RE: new TPS notice

Thank you, Kathy. From reading the edited version I think this reads well.


James W. McCament
Acting Director
Deputy Director
U.S. Citizenship and Immigration Services    (b)(6)
Department of Homeland Security
Washington, DC  20529-2150


This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law.  If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately and delete or destroy all copies.  Thank You.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, May 18, 2017 10:18:33 AM
**To:**                              McCament, James W;
Renaud, Tracy L
**Subject:** new TPS notice           (b)(6)

Please see the updated FRN for Haiti TPS. This was changed this morning to incorporate new language encouraging Haitians to get their affairs in order. For ease of those who saw the last draft, I have highlighted the newest language. Please take a look as soon as you can. Many thanks.