# EXHIBIT 62

*Executive Secretary*
U.S. **Department of Homeland Security**
Washington, DC 20528



Homeland Security

October 31, 2017

MEMORANDUM FOR THE DEPUTY CHIEF OF STAFF

FROM:            Scott Krause

SUBJECT:         TPS Recommendations for El Salvador, Honduras, and Nicaragua

---

U.S. Citizenship and Immigration Services (USCIS) prepared this package outlining their recommendations for granting Temporary Protected Status (TPS) to El Salvador, Honduras, and Nicaragua. The Office of Policy (PLCY) non-concurred with USCIS' recommendation and provided a decision memo summarizing their standpoint.

Upon review of PLCY's memo, the Office of General Counsel (OGC) 

PLCY responded to OGC's 

As requested, ESEC packaged the USCIS decision memo, including PLCY's memo explaining their non-concurrence.

Attachments