# EXHIBIT 63

**From:** Bardwell, Mark
**Sent:** Friday, October 6, 2017 9:54 AM
**To:** McDonald, Christina ; OGCFedReg ; Westmoreland, Megan
**Subject:** RE: Three notices for the AM

---

Confirming all three packages are awaiting courier pickup.

**Mark H. Bardwell, J.D.**
U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk:
Cell:

**From:** McDonald, Christina
**Sent:** Thursday, October 5, 2017 6:13 PM
**To:** Bardwell, Mark ; OGCFedReg ; Westmoreland, Megan
**Subject:** RE: Three notices for the AM

Sounds good. Thanks!

Christina E. McDonald
 (office)
 (cell)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Bardwell, Mark
**Sent:** Thursday, October 5, 2017 5:32 PM
**To:** OGCFedReg ; McDonald, Christina ; Westmoreland, Megan
**Subject:** Three notices for the AM

Christina, Lesley, Megan,

A status update. Since we're past the delivery window for OFR today and the courier only does same day pick up, I wanted to make sure you all knew we have the following packaged and ready to go in the AM:

- Sudan TPS
- NPPD NIAC QBM FRN
- MGMT/OCRSO St Elizabeths EIS

I'll follow up with the courier first thing in the AM and keep you apprised.

**Mark H. Bardwell, J.D.**

U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk: ███
Cell: ███