# EXHIBIT 65

**From:** Bardwell, Mark ▮
**Sent:** Thursday, October 5, 2017 5:32 PM
**To:** OGCFedReg ▮; McDonald, Christina ▮; Westmoreland, Megan ▮
**Subject:** Three notices for the AM

Christina, Lesley, Megan,

A status update. Since we're past the delivery window for OFR today and the courier only does same day pick up, I wanted to make sure you all knew we have the following packaged and ready to go in the AM:

- Sudan TPS
- NPPD NIAC QBM FRN
- MGMT/OCRSO St Elizabeths EIS

I'll follow up with the courier first thing in the AM and keep you apprised.

**Mark H. Bardwell, J.D.**
U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk: ▮
Cell: ▮