# EXHIBIT 68

UNCLASSIFIED//SBU

(U//SBU) Scenesetter for DHS Secretary Kelly's Visit to Haiti

Date Published: 25-May-2017 13:41:00
Date Received: 25-May-2017 13:46:58

```
FM AMEMBASSY PORT AU PRINCE
TO RHMCSUU/DEPT OF HOMELAND SECURITY WASHINGTON DC
RUEHC/SECSTATE WASHDC
RUCNDT/USMISSION USUN NEW YORK
RHMCSUU/NATIONAL SECURITY COUNCIL WASHINGTON DC
RUMIESS/SOUTHCOM IESS MIAMI FL
INFO RUEHME/AMEMBASSY MEXICO
RUEHBS/USEU BRUSSELS
RUEHMN/AMEMBASSY MONTEVIDEO
RUEHAO/AMCONSUL CURACAO
RUEHBH/AMEMBASSY NASSAU
RUEHKG/AMEMBASSY KINGSTON
RUEHUB/AMEMBASSY HAVANA
RUEHDG/AMEMBASSY SANTO DOMINGO
RUEHSP/AMEMBASSY PORT OF SPAIN
RUEHWN/AMEMBASSY BRIDGETOWN
RUEHGE/AMEMBASSY GEORGETOWN
RUEHPO/AMEMBASSY PARAMARIBO
RUEHFR/AMEMBASSY PARIS
RUEHOT/AMEMBASSY OTTAWA
RUEHBR/AMEMBASSY BRASILIA
RUEAIIA/CIA WASHINGTON DC
RUEABND/DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
RUEKJCS/SECDEF WASHINGTON DC
RHMCSUU/JOINT STAFF WASHINGTON DC
RHMCSUU/DEPT OF ENERGY WASHINGTON DC
RHMCSUU/DEPT OF HHS WASHINGTON DC
RHMCSUU/NGA WASHINGTON DC
RUETIAA/DIRNSA FT GEORGE G MEADE MD
RUEPTRS/DEPT OF TREASURY WASHINGTON DC
RUOIAAA/COMDT COGARD WASHINGTON DC
RUOIAAA/DEPT OF TRANSPORTATION WASHINGTON DC
RUEADRO/HQ ICE ERO WASHINGTON DC
BT
```

(U//SBU) E.O. 13526: N/A
TAGS: SMIG, DHS, PGOV, PREL, KDEM, KPKO, HT, OVIP
SUBJECT: Scenesetter for DHS Secretary Kelly's Visit to Haiti

1. (SBU) Summary: Embassy Port-au-Prince welcomes you to Haiti. Following two years of political impasse and stalled elections, Haiti now has a democratic government in place with an elected president, a confirmed cabinet, and a complete Parliament. President Jovenel Moise has an ambitious agenda; however, he will face challenges with an inexperienced government and a weak economy. Emigration from Haiti remains a central issue, and while the Haitian government is exploring ways to prevent migrant outflows and manage the repatriation process, capacity to do so remains low. Temporary Protected Status (TPS) is an emotionally-charged issue in Haiti, and

Protected Non-Responsive

DPP_00003512

while the recent six-month extension allayed some immediate fears, concerns remain about its potential expiration in January. All UN military personnel will depart by October 15, testing the Haitian National Police's ability to secure the country without UN military assistance. End Summary.

Embassy Port-au-Prince Overview

2. (U) The U.S. Mission in Port-au-Prince reflects our robust whole-of-government effort in Haiti. The New Embassy Compound, opened in May 2008, houses State, USAID, the Centers for Disease Control and Prevention, Coast Guard, Department of Agriculture, the Drug Enforcement Administration, the Security Cooperation Office, and the U.S. Citizenship and Immigration Service.

New Haitian Government

3. (SBU) President Jovenel Moise, of the political party Parti Haitien Tet Kale (PHTK), was sworn in on February 7, 2017. Moise campaigned on a platform of economic and agricultural development, innovation, energy reform, and universal education. His message, rural background, and lack of government experience resonated with Haitians, especially those living outside Port-au-Prince. He has ambitious plans to include amending the constitution, tackling electoral and judicial reform, revising the civil and labor codes, tackling the energy sector, increasing agriculture exports and production, creating jobs, building roads and classrooms, providing free education, creating factories, and reinforcing Haitian institutions. While we do not disagree with his goals, his lack of strategic prioritization and focus may threaten his ability to achieve success.

4. (SBU) The Parliament approved Moises government, to include the Prime Minister and 18 ministers, on March 21 and they were sworn in shortly after. PM Lafontant is a close personal friend of Moise with no background in politics. The ministers have diverse backgrounds and political connections, and some appear to have few qualifications for the ministries now in their charge. However, others are well regarded, and have made strides in setting ambitious agendas for their ministries. Embassy Port-au-Prince has good access to and open lines of communication with Moise and his government.

Protected Non-Responsive                                     DPP_00003513

Economic Overview

5. (SBU) The growth of Haitis economy slowed in FY 2016 as political uncertainty and the depreciation of the national currency, the Gourde, took a toll on investment. Expected GDP growth rates for Haiti for FY 2017 range from the Economic Commission for Latin America and the Caribbeans 1.0% forecast to a recessionary -0.6% predicted by the World Bank. Since 2012, the Gourde has lost 65 percent of its value against the U.S. dollar; this depreciation has an outsized effect on the local economy as Haiti relies on imports for roughly 50% of its food needs. Haitis reliance on imports has also led to a growing trade deficit, with statistics from the Haitian Center for the Facilitation of Investment showing that the trade deficit between Haiti and its major trading partner, the Dominican Republic, has risen to nearly $1 billion, or 11% of Haitis approximately $9 billion GDP.

6. (SBU) Remittances from Haitians living abroad amount to approximately $2.5 billion per year, more than a quarter of GDP, and have helped to deflect some of the blow from depreciation by causing an increasing dollarization of the economy. Annualized inflation grew to more than 15 percent in 2016 and continues to fluctuate in the low to mid double digits. The overall economy faces challenges: investor protections are weak, contract enforcement is uneven, energy costs are high, infrastructure is inadequate, and corruption is rampant.

7. (SBU) The starkest fact about the Haitian economy is that 75% of the population lives on less than two dollars per day. This large majority lives outside the formal economy at bare subsistence levels. Jobs remains scarce as the lack of foreign direct investment coupled with government austerity measures have led to minimal job growth. However, there is potential for job growth in the garment sector in the medium term as more Asian textile firms consider Haiti as an option. Drought conditions, exacerbated by the effects of Hurricane Matthew, have resulted in malnourishment and food insecurity which affects much of the population. This grinding, absolute poverty remains the greatest challenge for both the government and donors.

Migration

8. (SBU) In 2015, fewer than 300 undocumented Haitian immigrants presented themselves for entry at southwestern U.S. border crossings. In 2016, that number rose to nearly 6,000 as Haitian migrant

Protected Non-Responsive                                              DPP_00003514

residents in Brazil fled that countrys economic crisis in search of economic opportunity in the United States. To deter undocumented migrants, the United States resumed regular deportation flights to Haitiwhich had been suspended following the 2010 earthquakeon November 3, 2016. Since that date, DHS has deported more than 4,000 Haitian nationals.

9. (SBU) In order to assist the Haitian government in receiving and reintegrating deported migrants, the National Security Council requested that USAID fund an International Organization for Migration (IOM) program which will run through May 31, 2017. Under the program, IOM provides food, water, psychosocial counseling, non-food item (NFI)/hygiene kits, transportation stipends, bus transportation from the tarmac, and registration services to each migrant. After May 31, the GOH will assume full responsibility for the reception and reintegration process. As of May 23, the GOH had yet to identify a funding source that would allow them to replicate IOMs program. The minimal level of engagement the GOH will need to provide is the presence of GOH officials to meet the flight and take custody of the repatriated migrants.

10. (SBU) Following the announcement of the six-month extension of TPS, Haitians both in-country and across the diaspora welcomed the decision, but expressed concern about the fact that TPS could end as soon as January. Many Haitians rely on remittances from family living abroad, and there is widespread concern that remittance income will decrease should TPS expire. The total amount that TPS beneficiaries contribute to Haitian GDP via remittances remains difficult to quantify. As of December 31, 2016, 58,706 Haitian nationals are covered under TPS in the United States. Once TPS expires, these individuals will be expected to depart the United States and return to Haiti. However, given the current lack of economic opportunity in Haiti, Haitian government officials privately speculate that even if TPS were to expire, many Haitians would be unlikely to return to Haiti voluntarily.

Consular/U.S. Citizenship and Immigration Services (USCIS)

11. (SBU) The long history of migration between Haiti and the United States has produced a robust diaspora community along the east coast, primarily in Florida, New York, and Boston. This translates into intense interest to travel to the United States for visits and immigration. The Embassy has a busy Consular Section that processes over 100,000 nonimmigrant visa applications a year as well as almost 20,000 immigrant visa cases, making it the 6th largest immigrant visa post in the world. Combatting illegal migration by sea, overland,

Protected Non-Responsive

DPP_00003515

and through visa fraud is an overarching Mission goal.

12. (SBU) The Embassy also hosts a USCIS Field Office staffed by a director, an officer, five locally-engaged staff, and two temporary-duty adjudicators. The Field Office handles the full range of immigration services including immigrant petition approval, intercountry adoption processing, and documentation of residents who lost their alien registration cards. The Field Office also processes applications for the Haitian Family Reunification Parole program.

MINUSTAH, MINUJUSTH and Rule of Law

13. (SBU) Having been established in 2004 following the overthrow of then-President Jean-Bertrand Aristide, the United Nations Stabilization Mission in Haitis (MINUSTAH) military and police presence mushroomed in size following the January 2010 earthquake. MINUSTAH has been critical to domestic security while the Haitian National Police (HNP) professionalizes and builds capacity. Despite the important contributions to Haitis stability and public security MINUSTAH has made since its 2004 arrival, its standing with the Haitian public has been hurt by isolated but well-publicized incidents of sexual abuse by its personnel and the fact, acknowledged by the UN, that MINUSTAH units inadvertently introduced cholera into the country.

14. (SBU) The UN Security Council (UNSC) adopted Resolution 2350 on April 13 that mandates the closure of MINUSTAH and withdrawal of all UN military personnel by October 15, 2017. The resolution also establishes MINUJUSTH, a successor mission with a smaller staff, focused on development of the HNP, strengthening the rule of law, and promoting human rights will start on October 16. While some Haitian politicians, including President Moise, applauded the UNSC resolution, many criticized the decision denouncing the UNs unilateral decision to remain in Haiti.

15. (SBU) Haiti historically has resisted empowering its judiciary. In addition to an outdated penal code, the newly created Supreme Council of the Judiciary, Haitis independent judicial oversight body, is underfunded and has little capacity to track the work of Haitis judges. The result is a weak judiciary with poor oversight, rampant corruption, and prolonged pretrial detention, with the majority of the detained population waiting years before even appearing at trial. Atrocious prison conditions, exacerbated by prolonged pretrial detention, have resulted in the deaths of over 100 inmates so far in

2017.

## Police and Security

16. (SBU) The development, professionalization, and increased numbers of the Haitian National Police (HNP) are key USG priorities. The HNP has made significant progress with USG support from the Bureau of International Narcotics and Law Enforcement Affairs (INL). The Drug Enforcement Administration and INL have built up Haitis counter-narcotics squad, which partners with the Haitian Coast Guard to better control the countrys coastline. HNP efforts have reduced kidnapping in recent years, but other violent crimes, including gender-based violence, remain a serious problem. Despite significant improvements in its technical and operational capacity, MINUSTAHs departure will test the HNPs capacity to independently manage the countrys security.

## Hurricane Matthew

17. (U) On October 4, 2016, Hurricane Matthew (Category 4), the fiercest Caribbean storm in nearly a decade, struck Haiti with 140 mile-per-hour winds. An estimated 2.1 million people were affected and over five hundred were killed. The Government of Haiti and its international partners worked diligently to address urgent humanitarian needs despite difficult security conditions and access challenges. A USAID Disaster Assistance Response Team prioritized the delivery of food, safe drinking water, and shelter to affected communities in the southwestern peninsula, where an estimated 60 percent of roads were damaged by Hurricane Matthew.

18. (U) The USG remains the single largest donor to the Hurricane Matthew response and recovery effort, with humanitarian assistance totaling more than $102 million as of April 4, including nearly $91 million from USAID and $11 million from the Department of Defense.

THOMAS
BT
#1998

UNCLASSIFIED//SBU

UNCLASSIFIED//SBU

Protected Non-Responsive

DPP_00003518