# EXHIBIT 76

**From:** Prelogar, Brandon B
**Sent:** Friday, May 12, 2017 10:27 AM
**To:** Anderson, Kathryn E ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Nuebel Kovarik, Kathy ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: TPS data
**Attach:** TPS Designations Chart - 03-06-17.docx; RAIO Report TPS Guinea Liberia Sierra Leone.doc

Kathy,

Here's the designations chart. We keep this updated on a running basis, and it contains all current and past designations. Attached is the country conditions report from RAIO for Guinea, Liberia, and Sierra Leone. In summary, we principally hung our hats on the demonstrable end of the Ebola epidemic in those countries, which served as the principal basis on which we granted to begin with. The report does contain information about the healthcare systems, the impact of the epidemic on the countries' economies, etc. as well.

Quickly, as far as new initial designations in the last 10 years, the countries are as follows (noting initial designation date and, where applicable, termination date):
Haiti    01/21/2010
South Sudan    11/03/2011
Syria    03/29/2012
Guinea    11/21/2014 (terminating 05/21/17)
Liberia    11/21/2014 (terminating 05/21/17)
Sierra Leone    11/21/2014 (terminating 05/21/17)
Nepal    06/24/2015
Yemen    09/03/2015

Additional terminations in the last 10 years include:
Liberia    terminated 10/01/2007
Burundi    terminated 05/02/09

Let us know if you want to discuss or have questions.c

---

**From:** Anderson, Kathryn E
**Sent:** Friday, May 12, 2017 8:59 AM
**To:** Nuebel Kovarik, Kathy; Prelogar, Brandon B
**Subject:** RE: TPS data

I think we've got materials to address both requests: we have a chart that lists all existing and historical TPS designations and terminations that should cover the first, and the last RAIO Research Unit report relating to TPS for Guinea, Liberia, and Sierra Leone (you're right they were also designated on extraordinary and temporary conditions) contains the requested country condition analysis. We'll forward both to you as soon as we get to a computer.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, May 12, 2017 7:30:57 AM
**To:** Prelogar, Brandon B
**Cc:** Anderson, Kathryn E
**Subject:** RE: TPS data

Another request. Apart from addendum. Sorry.

Can we get a user-friendly list of all TPS designations we have made in the last ten years, and how many have been terminated during the same period?

Can we get a companion analysis to the Haiti country conditions that analyzes economic factors, humanitarian issues, healthcare, stability, etc., of Guinea, Liberia, and Sierra Leone? I'm pretty sure that those TPS designations were made under the same subsection of 244.

---

**From:** Prelogar, Brandon B
**Sent:** Tuesday, May 09, 2017 11:44:57 AM
**To:** Potts, LeRoy G; Perkowski, Thomas B
**Cc:** Nuebel Kovarik, Kathy; Anderson, Kathryn E; Levine, Laurence D
**Subject:** Re: TPS data

Roy/Tom,

Kathy met with Kathryn and me briefly yesterday on additions DHS/HQ has requested we make to the USCIS Haiti TPS Decision Memo, which is being pulled back in order for us to edit it accordingly. Among the various items they have asked us to provide information on, there are three we seek RU's assistance in addressing to ensure the content is accurate and pulled from reliable sources so that the new material abides by the same (high) standard as the other country conditions information USCIS reports. If RU could provide another short country-conditions addendum to augment the December 2016 report and the February addendum, it would be very much appreciated. Specifically, HQ has requested information regarding:

1. GDP growth   longer-term trend. 2% growth in 2015 is noted in the Decision Memo. In your report, you note it was 5.5% in 2011 and slowed to 2% in 2015 for various reasons. Can we get the year-over-year numbers/trends for some period of years preceding the earthquake to the present (or the most recent year following the earthquake for which GDP is tracked)?
2. Information regarding the UN's decision to conclude its peacekeeping mission in October 2017. In particular, what served as the basis for the decision to end the mission? What will replace it and in what capacity will it serve? And,
3. Information regarding the status of reconstruction of the Presidential Palace, and what that suggests regarding the Government of Haiti's post-earthquake recovery and capacity.

As far as timing, something as soon as possible would be most helpful. We anticipate needing to add the new information to the Decision Memo and turn it around by NLT week's end. Thank you in advance for your and team's assistance.

b-

---

**From:** Potts, LeRoy G
**Sent:** Monday, May 01, 2017 4:30 PM
**To:** Hoefer, Michael D; Anderson, Kathryn E; Padilla, April Y; Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B; Beveridge, Jennifer L (Jenna); Lee, Robert E; Perkowski, Thomas B
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Unfortunately, conditions in Haiti remain difficult. Please see below:

- Haiti has not fully recovered from the 2010 earthquake. Per an April 27 article by the Miami Herald, "Billions of dollars in promised aid never materialized, and projects like a new $83 million State University Hospital that's being financed by the United States and France are years behind schedule. More than 46,000 quake victims continue to live in tents and under tarps. "

- In October 2016, Hurricane Matthew struck Haiti, causing $2.8 billion worth of damage   equivalent to 1/3 of Haiti's gross domestic product.  After Hurricane Matthew, the United Nations requested "a $139 million emergency appeal for humanitarian aid of which only $86 million was funded."

- According to a United Nations official, as of mid-April 2017, shelter and food remain scarce in Haiti's southern peninsula.  The official warned that the situation in these areas could get close to a famine "if nothing is done and the hurricane-ravaged areas miss another planting season." In March 2017, an international non-governmental organization reported that at least 13 Haitians in Grand'Anse department had died due to hurricane related food shortages in the region, and some Haitians were reportedly living in caves and eating poisonous plants to survive.

- From April 20 to 24, 2017, heavy rains caused flooding in the departments of the South, South East, Grand'Anse and Nippes, with South department most affected.  At least four people were killed, and nearly 10,000 homes may have been damaged.  At least 350,000 people may have been affected.

- Economic challenges in Haiti include double-digit inflation, food insecurity in areas most impacted by Hurricane Matthew, a depreciating currency, and low levels of investment.

*Sources*:

Six months after Hurricane Matthew, food, shelter still scarce in Haiti   Miami Herald, Apr. 12, 2017

Desperate Haitians living in caves, eating toxic plants in post-hurricane Haiti   Miami Herald, Mar. 24, 2017.

Haiti: Floods   Apr. 2017   Relief Web, http://reliefweb.int/disaster/fl-2017-000043-hti (last visited May 1, 2017)

Growth returns to Caribbean Basin, but recovery is uneven   Miami Herald, Apr. 23, 2017.


LeRoy Potts
Chief, Research
Refugee, Asylum and International Operations directorate
DHS/USCIS
20 Massachusetts Ave., NW, Washington, DC 20529
███████████████████████

Visit the RAIO RU homepage on USCIS Connect!

---

**From:** Hoefer, Michael D
**Sent:** Monday, May 01, 2017 3:34 PM
**To:** Anderson, Kathryn E; Padilla, April Y; Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B; Beveridge, Jennifer L (Jenna); Lee, Robert E; Perkowski, Thomas B; Potts, LeRoy G
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Kathryn and Jenna,

We can provide names, receipt numbers, and A-numbers for Haitian TPS. We will need the list for #2 as well anyway.

Michael Hoefer
Chief, Office of Performance and Quality
U.S. Citizenship and Immigration Services

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.*

---

**From:** Anderson, Kathryn E
**Sent:** Monday, May 01, 2017 8:03 AM
**To:** Padilla, April Y; Nuebel Kovarik, Kathy; Hoefer, Michael D; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B; Beveridge, Jennifer L (Jenna); Lee, Robert E; Perkowski, Thomas B; Potts, LeRoy G
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Adding Jenna and Rob from RED for counsel on #1 (whether OPQ and RED can conduct a random sampling of files) and Roy and Tom from RAIO RU on the request for additional stories about conditions in Haiti.

Kathryn

---

**From:** Padilla, April Y
**Sent:** Monday, May 01, 2017 7:33 AM
**To:** Nuebel Kovarik, Kathy; Hoefer, Michael D; Anderson, Kathryn E; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Kathy,

SCOPS and OPQ will be discussing #2 tomorrow.

*April Padilla*
Unit Chief, Fraud Detection
Security and Fraud Office
Service Center Operations
USCIS Headquarters

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, April 28, 2017 4:55 PM
**To:** Hoefer, Michael D; Anderson, Kathryn E; Padilla, April Y; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Following up on this TPS data request. I had a few thoughts.

#1    can we get OPQ and RED together to figure out to conduct a random sampling of files that we could then use to generalize the entire population?
#2    criminal activity    has anyone reached out to ICE to figure out if they have any data whatsoever on Haitians with final orders of removal?
#3    would HHS have any data that would be helpful? Can someone try a contact over there?

Please dig for any stories (successful or otherwise) that would show how things are in Haiti    i.e. rebuilding stories, work of nonprofits, how the U.S. is helping in certain industries. We should also find any reports of criminal activity by any individual with TPS. Even though it's only a snapshot and not representative of the entire situation, we need more than "Haiti is really poor" stories.

Thanks, all.


**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct:
Cell:

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Thursday, April 27, 2017 10:08 AM
**To:** Hoefer, Michael D; Anderson, Kathryn E; Padilla, April Y; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

All    thanks so much for your help on these data requests. I do want to alert you, however, that the Secretary is going to be sending a request to us to be more responsive. I know that some of it is not captured, but we'll have to figure out a way to squeeze more data out of our systems. So, we may as well get started. Thanks again!

---

**From:** Hoefer, Michael D
**Sent:** Tuesday, April 25, 2017 2:55 PM
**To:** Anderson, Kathryn E; Padilla, April Y; Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

I was just starting to compose something to the effect that we don't have any information to respond to questions 2 and 3. I concur with what is written.

Michael Hoefer
Chief, Office of Performance and Quality
U.S. Citizenship and Immigration Services

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank*

*you.*

---

**From:** Anderson, Kathryn E
**Sent:** Tuesday, April 25, 2017 2:53 PM
**To:** Padilla, April Y; Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

Got it. Thanks, April. Unless OPQ has any additional information to include, here are our best responses:

(1) How many current Haitian TPS folks were illegal pre-TPS designation?  **CAN WE PULL?** The TPS statute does not require individuals to have lawful status in order to qualify for TPS. The TPS application form (I-821) does request the applicant's status at the time of application, and this information is recorded in USCIS systems. However, since the information is self-reported, we cannot confirm its accuracy. Additionally, not all applicants provide this information on the form in a standard or recordable fashion. The 2016 annual TPS report to Congress shows that 80 of the 58,706 Haitian TPS beneficiaries have their status reported in USCIS systems as "without inspection." However, we note that the same report shows that 48,597 of the 58,706 Haitian TPS beneficiaries had their status reported in USCIS systems as unknown. Given the large number of individuals with unknown status, 80 is not a reliable estimate of the number of Haitian beneficiaries who had no lawful status at the time of applying for TPS.

(2) Since designation, how many have committed crimes?  **WE PREVIOUSLY ASKED BUT DATA IS DIFFICULT TO OBTAIN? WHAT CAN WE SAY HERE? HOW CAN IT BE OBTAINED IF NOT ALREADY?** Information regarding whether TPS beneficiaries have committed crimes is not currently available through USCIS systems. Certain data elements that may assist in compiling this information may, however, be available to USCIS in paper files or in various, unconnected USCIS systems. If there is a need to collect this information in a reportable fashion going forward, we suggest that the Front Office bring the leadership of SCOPS, OPQ, FDNS, and OP&S together to discuss the feasibility and means of achieving this objective.

(3) Since designation, how many are on public assistance? Out of work?  **DIFFICULT TO OBTAIN. HOW COULD WE OBTAIN GOING FORWARD?** TPS beneficiaries are not eligible for the majority of public benefits. We know of no way internal to USCIS or DHS to determine whether TPS beneficiaries are on public assistance or out of work.

---

**From:** Padilla, April Y
**Sent:** Tuesday, April 25, 2017 2:21 PM
**To:** Anderson, Kathryn E; Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data
**Importance:** High

Kathy,

For Question 2, SCOPS is trying to determine the best way to pull this data.  The data elements are stored in different systems that do not talk to each other.   If OPQ can assist, we would welcome any assistance.

In addition, the data that we could pull will only indicate that an individual had an encounter with law enforcement in which they were fingerprinted.   Being fingerprinted does not necessarily indicate that a crime was committed or that the individual was convicted of any crime for which he was arrested.

For Question 3, SCOPS defers to OPQ.

*April Padilla*
Unit Chief, Fraud Detection
Security and Fraud Office
Service Center Operations
USCIS Headquarters

---

**From:** Anderson, Kathryn E
**Sent:** Tuesday, April 25, 2017 1:43 PM
**To:** Nuebel Kovarik, Kathy; King, Alexander R; Putnam-Frenchik, Nicole L; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Padilla, April Y; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

All, we'll work to compile a group response, but would appreciate your input to help us solidify the responses to the three questions. We've put forward a starting point in red below. Could you please review the responses and weigh in with any information that your respective offices may have (data or an explanation of why the requested data isn't available) by 2:30 today? Thanks!

(1) How many current Haitian TPS folks were illegal pre-TPS designation?  **CAN WE PULL?** The TPS statute does not require individuals to have lawful status in order to qualify for TPS. The TPS application form (I-821) does request the applicant's status at the time of application, and this information is recorded in USCIS systems. However, since the information is self-reported, we cannot confirm its accuracy. Additionally, not all applicants provide this information on the form in a standard or recordable fashion. The 2016 annual TPS report to Congress shows that 80 of the 58,706 Haitian TPS beneficiaries have their status reported in USCIS systems as "without inspection." However, we note that the same report shows that 48,597 of the 58,706 Haitian TPS beneficiaries had their status reported in USCIS systems as unknown. Given the large number of individuals with unknown status, 80 is not a reliable estimate of the number of Haitian beneficiaries who had no lawful status at the time of applying for TPS.

(2) Since designation, how many have committed crimes?  **WE PREVIOUSLY ASKED BUT DATA IS DIFFICULT TO OBTAIN? WHAT CAN WE SAY HERE? HOW CAN IT BE OBTAINED IF NOT ALREADY?** SCOPS & OPQ, I think you were looking into this question. Is there any new data we can provide or, if not, can you propose an answer for why this information is not available?

(3) Since designation, how many are on public assistance? Out of work?  **DIFFICULT TO OBTAIN. HOW COULD WE OBTAIN GOING FORWARD?** Mark noted previously that TPS beneficiaries are not eligible for the majority of public benefits. But for those limited instances in which some may be, OPQ or SCOPS, is there any way we would be able to obtain how many TPS beneficiaries are 1) on public assistance or 2) out of work?

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Tuesday, April 25, 2017 12:13 PM
**To:** King, Alexander R; Putnam-Frenchik, Nicole L; Anderson, Kathryn E; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Padilla, April Y; Woerz, Bret A; Risch, Carl C
**Subject:** RE: TPS data

I'm back again with a request for data on Haitians with TPS. See below the 3 requests along with information below that we previously pulled. Can someone please answer the first three questions?

(1) How many current Haitian TPS folks were illegal pre-TPS designation?  **CAN WE PULL?**

(2) Since designation, how many have committed crimes?  **WE PREVIOUSLY ASKED BUT DATA IS DIFFICULT TO OBTAIN? WHAT CAN WE SAY HERE? HOW CAN IT BE OBTAINED IF NOT ALREADY?**
(3) Since designation, how many are on public assistance? Out of work?  **DIFFICULT TO OBTAIN. HOW COULD WE OBTAIN GOING FORWARD?**

**Demographic Data:** see attached charts. You'll note that most of those with Haiti TPS are between ages of 33-49. Also, many of those with TPS are located in Florida, California, Maryland, New York, Texas and Virginia.

**Remittances**
According to the World Bank, Haiti received an estimated $2.19 billion in remittances in 2015. Of this amount, an estimated $1.34 billion were from the United States. Total remittances to Haiti accounted for approximately 25% of Haiti's GDP in 2015 (Total GDP = $8.77 billion). Remittances from the United States accounted for approximately 15% of Haiti's GDP in 2015.

**How often TPS holders travel back and forth to the island**
CBP provided the following preliminary numbers for Haitian national entries (not persons, but entries) for the admission code "DA" (advanced parole). Note, this includes any Haitian who entered under advance parole, not just Haitian TPS beneficiaries, but it's a better proxy than the USCIS Advance Parole Document grant data:
- FY 2015 - 1,548
- FY 2016 - 1,293
- FY 2017 - 620

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct: ▓
Cell: ▓

---

**From:** King, Alexander R
**Sent:** Monday, April 10, 2017 2:42 PM
**To:** Putnam-Frenchik, Nicole L; Anderson, Kathryn E; Nuebel Kovarik, Kathy; Chiang, Catherine H; Levine, Laurence D; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A; Thomas, Ronnie D; Padilla, April Y; Woerz, Bret A
**Subject:** RE: TPS data

Hello,

As of now, I have been unable to verify whether we can systematically pull electronic criminality data (IDENT Fingerprint records), by type of immigration benefit request, country of citizenship/ country of birth or other biographical information besides an individual's A-number or name and date of birth.

I know the fingerprint records are stored in an electronic system, but I believe it's a person centric record only tied to the individual's basic biographical information. In other words, I don't believe the fingerprint records contain the other pieces of information we're interested in (i.e. aliens with criminal records who also are TPS beneficiaries from Haiti). I've added Ronnie Thomas from SCOPS SFO to weigh-in on the possibilities of pulling this data. Based on what I know, pulling this data would likely involve multiple steps and data pulls from different CIS systems.

Additionally, on the adjudications side we have been checking to see if we can systematically pull data based on the reason for denial of the TPS application/ withdrawal of TPS. Our electronic case processing systems do not indicate the specific reason for denial/withdrawal, but we are looking into whether we can pull this data from a relatively new electronic system the service centers use to generate case correspondence.

Thanks,
Alex

**From:** Putnam-Frenchik, Nicole L
**Sent:** Monday, April 10, 2017 1:58 PM
**To:** Anderson, Kathryn E; Nuebel Kovarik, Kathy; Chiang, Catherine H; Levine, Laurence D; King, Alexander R; Prelogar, Brandon B
**Cc:** Phillips, Mark; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Kathryn,
Currently OPQ PAER does not have access to the system that may include criminal history so we are unable to speak to how it may be captured.

Sincerely

Nicole Putnam-Frenchik
PAER Branch Chief
Office of Performance & Quality | U.S. Citizenship and Immigration Services
Office: ███████
Cell: ███████

---

**From:** Anderson, Kathryn E
**Sent:** Monday, April 10, 2017 1:49 PM
**To:** Nuebel Kovarik, Kathy; Chiang, Catherine H; Levine, Laurence D; King, Alexander R; Prelogar, Brandon B
**Cc:** Phillips, Mark; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Looks like that correctly sums up what we know currently. SCOPS or OPQ, is there anything we can say generally about the availability of any criminal history captured in our systems?

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Monday, April 10, 2017 1:29:52 PM
**To:** Chiang, Catherine H; Levine, Laurence D; King, Alexander R; Prelogar, Brandon B; Anderson, Kathryn E
**Cc:** Phillips, Mark; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Another question and quick turn-around request (for D1 before his 3:00 meeting). For each question asked, can we summarize for Mr. McCament whether we track the data or whether we can track if asked by the Secretary. I started something in red, but could use some help.


- details on how many TPS holders are on public and private relief    information is not collected and to do so would require....
- any demographic data, including how many with TPS are school aged kids    we collect data on ages as well as the city/state for each TPS beneficiary.
- how many have been convicted of crimes of any kind (any criminal/detainer stats you can find)
- how often they travel back and forth to the island    CBP would have such data. We have data on how many receive advance parole.
- remittances data    we can obtain data generally on remittances by country, but it is not broken down by immigration status/classification

**From:** Chiang, Catherine H
**Sent:** Monday, April 10, 2017 11:04 AM
**To:** Levine, Laurence D; King, Alexander R; Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Hi Larry,

We updated column names and table headers to differentiate between information relating to petitioners versus beneficiaries. We believe the geographic information provided are for petitioners instead.

Please let me know if you have any questions.

Thanks,
Catherine

---

**From:** Levine, Laurence D
**Sent:** Monday, April 10, 2017 9:52 AM
**To:** King, Alexander R; Chiang, Catherine H; Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Thanks Alex  as soon as you can would be great.

---

Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** King, Alexander R
**Sent:** Monday, April 10, 2017 9:44 AM
**To:** Levine, Laurence D; Chiang, Catherine H; Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L; Roman-Riefkohl, Guillermo; Massey, Scott A
**Subject:** RE: TPS data

Hi Brandon/Larry,

I don't have any additional data to provide at the moment. Both SFO SCOPS and the SCOPS TPS portfolio managers are currently researching whether we can electronically pull data pertaining to TPS criminality.

What's the deadline today for this data?

At the moment I'm not sure what if any data we'll be able to provide regarding criminality for TPS Haiti, but we'll do our best. Adding Guillermo and Scott from SCOPS.

Thanks,

Alex

**From:** Levine, Laurence D
**Sent:** Monday, April 10, 2017 9:39 AM
**To:** Chiang, Catherine H; Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; King, Alexander R; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L
**Subject:** RE: TPS data

Great! Thanks Catherine.

Larry

---

Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

████████

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.*

**From:** Chiang, Catherine H
**Sent:** Monday, April 10, 2017 9:38 AM
**To:** Levine, Laurence D; Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; King, Alexander R; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Lee, David L
**Subject:** RE: TPS data

Hi Larry,

I've just sent out the TPS information that OPQ is able to provide in a separate email and will forward to you shortly.

Please let me know if there is anything additional we can help with.

Thanks,
Catherine

**From:** Levine, Laurence D
**Sent:** Monday, April 10, 2017 9:31 AM
**To:** Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Phillips, Mark; King, Alexander R; Putnam-Frenchik, Nicole L; Hoefer, Michael D; Porto, Victoria; Chiang, Catherine H; Lee, David L
**Subject:** RE: TPS data

Adding in Alex and OPQ folks   were you able to find any additional data on TPS generally (as well as specific to Haiti)?

Thanks,
Larry

---

Larry Levine
Senior Advisor

Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Prelogar, Brandon B
**Sent:** Saturday, April 08, 2017 12:04 AM
**To:** Anderson, Kathryn E; Nuebel Kovarik, Kathy
**Cc:** Levine, Laurence D; Phillips, Mark
**Subject:** RE: TPS data

Kathy, recommend you go ahead and also include Mike Hoefer on any OPQ outreach, as he heads the division. May help ensure a timely response over the weekend.

Let us know if any questions arise that we can help you puzzle through. Hope everyone enjoys their weekends.

---

**From:** Anderson, Kathryn E
**Sent:** Friday, April 07, 2017 10:11:13 PM
**To:** Nuebel Kovarik, Kathy
**Cc:** Prelogar, Brandon B; Levine, Laurence D; Phillips, Mark
**Subject:** RE: TPS data

Sure. Alex King ███████████████████████ was working on this from SCOPS and Nicole Putnam-Frenchik ███████████████████████ from OPQ.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, April 07, 2017 9:52:33 PM
**To:** Anderson, Kathryn E
**Cc:** Prelogar, Brandon B; Levine, Laurence D; Phillips, Mark
**Subject:** RE: TPS data

Thanks again for all of this. I passed a lot of it on to the secretary's office. Can you please give me the contacts in SCOPS and OPQ? I will have to reach out to them this weekend.

---

**From:** Anderson, Kathryn E
**Sent:** Friday, April 07, 2017 4:33:57 PM
**To:** Nuebel Kovarik, Kathy
**Cc:** Prelogar, Brandon B; Levine, Laurence D; Phillips, Mark
**Subject:** RE: TPS data

Kathy,

Knowing we're nearing the 4:30 deadline for this information, we wanted to share what we've received back so far and let you know what we might still be able to expect next week. Thank you to Mark for providing the information on the public benefits for which TPS beneficiaries are and are not eligible.

1. Details on how many TPS holders are on public and private relief   Information specific to TPS holders is not available, but in general, TPS holders don't qualify for federal benefits, because they are considered nonqualified

immigrants (see list below). It appears that TPS holders can qualify for Medicaid or CHIP in select states if the state elects to extend Medicaid and/or CHIP coverage to certain lawfully residing women and children, some of whom may be TPS holders. We have not found any Medicaid or CHIP reports that break down enrollment figures even by U.S. citizen/foreign national, let alone specific immigration status.

### Qualified Immigrants

The following foreign-born persons are considered for eligibility for federal benefits:
- LPRs
- refugees
- asylees
- persons paroled into the United States for at least one year
- persons granted withholding of deportation or removal
- persons granted conditional entry (before April 1, 1980)
- battered spouses and children (with a pending or approved spousal visa or a self-petition for relief under the Violence Against Women Act)
- Cuban and Haitian entrants (nationals of Cuba and Haiti who were paroled into the United States, applied for asylum, or are in exclusion or deportation proceedings without a final order)
- victims of severe human trafficking (since 2000, victims of trafficking and their derivative beneficiaries [e.g., children], are eligible for federal benefits to the same extent as refugees/asylees)

### Nonqualified Immigrants

Immigrants who do not fall under the qualified immigrant groups, including immigrants formerly considered permanently residing under color of law (PRUCOLs), persons with temporary protected status, asylum applicants, other lawfully present immigrants (such as students and tourists), and unauthorized immigrants.

### Medicaid & CHIP Coverage for Lawfully Residing Children and Pregnant Women

States have the option to remove the 5-year waiting period and cover lawfully residing children and/or pregnant women in Medicaid or CHIP. A child or pregnant woman is "lawfully residing" if they're "lawfully present" and otherwise eligible for Medicaid or CHIP in the state.

Twenty-nine states, plus the District of Columbia and the Commonwealth of the Northern Mariana Islands, have chosen to provide Medicaid coverage to lawfully residing children and/or pregnant women without a 5-year waiting period. Twenty-one of these states also cover lawfully residing children or pregnant women in CHIP.

### Getting emergency care

Medicaid provides payment for treatment of an emergency medical condition for people who meet all Medicaid eligibility criteria in the state (such as income and state residency), but don't have an eligible immigration status.

2. Any demographic data, including how many with TPS are school aged kids   OPQ is still working to see whether they can provide any demographic data, such as age or geographic location
3. How many have been convicted of crimes of any kind (any criminal/detainer stats you can find)   We've asked SCOPS and OPQ whether they can pull data relating to criminality, but we don't yet have a response.  Specifically, the most promising route may be something relating to the number of Haitian TPS beneficiaries who had their TPS withdrawn on criminal grounds.
4. How often they travel back and forth to the island   CBP is running a data report for us that should show how many times in the last year Haitian TPS beneficiaries have been paroled into the United States. We should have that information later today or on Monday. We do know that 11,786 Haitian TPS beneficiaries had requests for Advance Parole Documents approved during the current extension period (however, this information does not reflect whether these individuals actually traveled or where they may have traveled).
5. Remittances data   This information is not available specific to TPS holders, but see the information below for

general Haitian remittances and some analysis that attempts to extrapolate the amount of remittances that could be attributable to TPS beneficiaries (however, neither of the methods of extrapolation can account for differences in remittances that may be sent by differently situated individuals).

According to the World Bank, Haiti received an estimated $2.19 billion in remittances in 2015. Of this amount, an estimated $1.34 billion were from the United States. Total remittances to Haiti accounted for approximately 25% of Haiti's GDP in 2015 (Total GDP   $8.77 billion). Remittances from the United States accounted for approximately 15% of Haiti's GDP in 2015.

Using 2015 World Bank remittance data and the most recent estimates of the Haitian immigrant and diaspora population in the United States, you can make the following calculations:

According to the Migration Policy Institute, per data from the most recent U.S. census, the Haitian diaspora population in the United States (consisting of individuals born in Haiti or reporting Haitian ancestry) consists of approximately 954,000 people. Assuming all members and only members of the Haitian diaspora are sending remittances back to Haiti, the average member of the Haitian diaspora would send back approximately $1406.70 per year ($1.342 billion in remittances/954,000 people   average per person). Multiply that amount by 58,000 TPS holders from Haiti and you would get an estimated $81.6 million in possible remittances from the TPS holding population.

Alternatively, according to the Migration Policy Institute, there were an estimated 604,000 migrants from Haiti in the United States in 2015. Assuming all and only Haitian migrants send remittances from the United States to Haiti, the average Haitian migrant would send back approximately $2,221.85 per year in remittances ($1.342 billion/604,000 people   average per person). Multiply that by the estimated 58,000 Haitian TPS holders and you would get an estimated $128.9 million in remittances.

Sources:

Haitian Immigrants in the United States   Migration Policy Institute, May 29, 2014
Global Remittances Guide    Bilateral Remittance Flows, Migration Policy Institute, http://www.migrationpolicy.org/programs/data-hub/global-remittances-guide (last visited Apr. 7, 2017)
Haiti
Data   Haiti, The World Bank, http://data.worldbank.org/country/haiti (last visited Apr. 7, 2017)
Migration and Remittances Data: Bilateral Remittance Matrix 2015, The World Bank, https://www.worldbank.org/en/topic/migrationremittancesdiasporaissues/brief/migration-remittances-data (last visited Apr. 7, 2017)


We'll provide you with any additional information we receive as we receive it. Happy to discuss if you have any questions.

Thanks,

Kathryn and Brandon

---

**From:** Prelogar, Brandon B
**Sent:** Friday, April 07, 2017 1:34 PM
**To:** Nuebel Kovarik, Kathy; Anderson, Kathryn E; Phillips, Mark
**Subject:** RE: TPS data

Kathy, we've reached out to and gotten preliminary feedback from several offices on the queries below. In short, we think we'll be able to get some, but not all of this info. Here's a summary of where we are for your general awareness:

- details on how many TPS holders are on public and private relief   Not available specific to TPS holders.
- any demographic data, including how many with TPS are school aged kids   OPQ may be able to get age/geographic

location.
- how many have been convicted of crimes of any kind (any criminal/detainer stats you can find)   Looking into whether SCOPS or OPQ can pull data relating to criminality.  Specifically, the most promising route may be something relating to the number of Haitian TPS beneficiaries who had their TPS withdrawn on criminal grounds.
- how often they travel back and forth to the island   We have advance parole document approval numbers from SCOPS, which may serve as something of a proxy (although not perfect, b/c an AP document grant doesn't reflect actual travel or where the travel was to if it did happen).  We are also looking to see if we can conduct a bounce of CBP systems, which might give us greater precision or at least another cut at the question.
- remittances data   Looks as though we'll be able to get this generally (although probably not specific to TPS holders).

We'll get you another update and whatever we're able to nail down by COB (5 p.m.) if that works for you.  Thanks,

Brandon and Kathryn

---

**From:** Prelogar, Brandon B
**Sent:** Friday, April 07, 2017 9:30 AM
**To:** Nuebel Kovarik, Kathy; Anderson, Kathryn E; Phillips, Mark
**Subject:** RE: TPS data

Ok, we'll connect with SCOPS, OPQ, and others to see what we can dig up on these and report back by end of day with as much as we can gather by then.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, April 07, 2017 9:19 AM
**To:** Prelogar, Brandon B; Anderson, Kathryn E; Phillips, Mark
**Subject:** TPS data

Hey there.  I am hoping you guys can help pull some data, to the extent possible by the end of the day.  Aside from that chart already provided with the country/year/number of TPS holders, here's what I need:

- details on how many TPS holders are on public and private relief
- any demographic data, including how many with TPS are school aged kids
- how many have been convicted of crimes of any kind (any criminal/detainer stats you can find)
- how often they travel back and forth to the island
- remittances data

Anything else you think would be helpful to know. Much appreciated.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct: ▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮