# EXHIBIT 77

(b)(6)

**From:**
**Sent:** Friday, April 07, 2017 9:13 AM
**To:**
**Cc:**
**Subject:** RE: TPS data

Is this for Haiti? Assuming it is based on the reference to the "island" and where everything is in the process...

I can look into remittances and see what information is available.

Thanks,

**From:**
**Sent:** Friday, April 07, 2017 10:05 AM
**To:**
**Cc:**
**Subject:** FW: TPS data

All,

Hope you're all doing well. Our new OP&S Chief, Kathy Nuebel Kovarik, is requesting, **by end of day if possible**, the data below. I'm reaching out to seek your assistance in gathering what we can that is responsive. Can you please let and me know whether your office can provide data/information to answer these – both w/r/t the COB request, but also as a general matter (i.e., whether the item is answerable at all)? And, of course, if we do not have or cannot find perfectly responsive data/information, we'll take an approximation where available. Many thanks in advance for your assistance,

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, April 07, 2017 9:19 AM
**To:**
**Subject:** TPS data

(b)(6)

Hey there. I am hoping you guys can help pull some data, to the extent possible by the end of the day. Aside from that chart already provided with the country/year/number of TPS holders, here's what I need:

- details on how many TPS holders are on public and private relief
- any demographic data, including how many with TPS are school aged kids
- how many have been convicted of crimes of any kind (any criminal/detainer stats you can find)
- how often they travel back and forth to the island
- remittances data

Anything else you think would be helpful to know. Much appreciated.

1

Kathy Nuebel Kovarik
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct:
Cell:

(b)(6)