# EXHIBIT 78

(b)(6)

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, May 02, 2017 10:51 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: TPS data |

On the April 30th TPS WG call, you asked us to confirm if we are capturing in our systems the immigration status of TPS Applicants/beneficiaries when they last entered the United States (Question **No. 23** on page 2 of the  *please click→*  Form I-821.  See image below) or the TPS beneficiary's current immigration status (Question **No. 26** on page 3 of the Form I-821.  See image below).   OPQ confirmed they were looking for *ben_current_class* from the earliest application instead of the *ben_current_class* that is associated with the latest application.  So while the answer to your question is *Current Immigration Status*, we wouldn't know the actual immigration status of TPS re-registrant (provided it changed; for example, B1 to F-1, etc.).  OPQ wants to know if they should query the earliest application for an individual instead of the ben_current_class that is associated with the latest application.  What do you recommend?

Thank you

(b)(6)

23.  Immigration status when you last entered the United States *(e.g., visitor, student, entered without inspection (EWI))*

26.  Current immigration status *(e.g., visitor, student, visa overstay, EWI)*

TPS Program Manager
Service Center Operations
U.S. Citizenship and Immigration Services
Office:                                    (b)(6)
Mobile

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, May 02, 2017 11:30 AM |

(b)(6)

**To:** [redacted] (b)(6)
**Cc:** [redacted]
**Subject:** RE: TPS data

(b)(7)(c)

Hi [redacted]

Please allow me to check on whether we should query the earliest application for an individual instead of the ben_current_class that is associated with the latest application. One moment.

Thanks

[redacted]

TPS Program Manager
Service Center Operations
U.S. Citizenship and Immigration Services
Office: [redacted]    (b)(6)
Mobile: [redacted]
[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, May 02, 2017 11:20 AM
**To:** [redacted]
**Cc:** [redacted] [redacted] [redacted]
**Subject:** RE: TPS data

(b)(7)(c)

Hi [redacted]

Yes, I believe that is correct. I am including all approvals with COC = Hatit (including those that are later denied). I did not include Ben_Current_Class in my pull just now, but will add it.

One clarification on the ben_current_class. For the TPS report, we had looked for the earliest application for an individual and used the ben_current_class from that instead of the ben_current_class that is associated with the latest application. Would this method be responsive for this request? Or should we keep the ben_current_class associated with the latest approved application for an individual so that it represents the current class of an individual at the time of application?

Thanks,

[redacted]   (b)(6)

---

**From:** [redacted]
**Sent:** Tuesday, May 02, 2017 11:03 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: TPS data    (b)(7)(c)

[redacted]   (b)(6)

I've attached the parameters that we used for the CY2016 report and also reattached the CY2016 so that you have both documents attached to one e-mail. I believe we agreed to count the entire population, including denials (in other words we should not remove denials as stated in item no. 4. *Count the resulting list after all denials are removed* within the parameters document). Additionally, for item no. 1 listed below, I believe OPS wants to know if we are capturing in our systems the immigration status when they last entered the United States (Question No. 23 on page 2 of the *please*

*click→* Form I-821. See image below) or the TPS beneficiary's current immigration status (Question No. 26 on page 3 of the Form I-821. See image below). I believe you are capturing the Current Class (see **COB Ben Current Class** tab within the report) , which stands for current immigration status, but please confirm this is correct.

Thank you

(b)(6)

(1) How many current Haitian TPS folks were illegal pre-TPS designation? –**CAN WE PULL?** The TPS statute does not require individuals to have lawful status in order to qualify for TPS. The TPS application form (I-821) does request the applicant's status at the time of application, and this information is recorded in USCIS systems. However, since the information is self-reported, we cannot confirm its accuracy. Additionally, not all applicants provide this information on the form in a standard or recordable fashion. The 2016 annual TPS report to Congress shows that 80 of the 58,706 Haitian TPS beneficiaries have their status reported in USCIS systems as "without inspection." However, we note that the same report shows that 48,597 of the 58,706 Haitian TPS beneficiaries had their status reported in USCIS systems as unknown. Given the large number of individuals with unknown status, 80 is not a reliable estimate of the number of Haitian beneficiaries who had no lawful status at the time of applying for TPS.

**23.** Immigration status when you last entered the United States *(e.g., visitor, student, entered without inspection (EWI))*

**26.** Current immigration status *(e.g., visitor, student, visa overstay, EWI)*



TPS Program Manager
Service Center Operations
U.S. Citizenship and Immigration Services
Office: (b)(6)
Mobile (b)(6)

**From:**
**Sent:** Tuesday, May 02, 2017 10:22 AM
**To:**
**Cc:**
**Subject:** RE: TPS data

(b)(7)(c)

3

Thank you [redacted]

[redacted]                    (b)(6)

[redacted]

**From:** [redacted]
**Sent:** Tuesday, May 02, 2017 10:20 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: TPS data
                          (b)(7)(c)

[redacted]

I've attached the CY2016 TPS report.

Thank you

[redacted]

TPS Program Manager
Service Center Operations
U.S. Citizenship and Immigration Services
Office: [redacted]                    (b)(6)
Mobile: [redacted]                                        (b)(6)
[redacted]

---

**From:** [redacted]                    (b)(7)(c)
**Sent:** Monday, May 01, 2017 5:55 PM
**To:** [redacted]          [redacted]; Nuebel Kovarik, Kathy [redacted]
[redacted]

**Subject:** RE: TPS data

[redacted]                    (b)(6)

I will start with [redacted]  She may not be the person who can provide the data but she should know who the right contact should be.

[redacted]

Chief, Office of Performance and Quality
U.S. Citizenship and Immigration Services

[redacted]
[redacted] (b)(6)

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law.  Unauthorized use or dissemination of this email and any attachments is strictly prohibited.  If you are not the intended recipient, please notify the sender and delete or destroy all copies.   Thank you.*

4