# EXHIBIT 81

(b)(6)

**From:**
**To:**          McCament, James W.
**Cc:**          Nuebel Kovarik, Kathy
**Subject:**     RE: TPS/Haiti
**Date:**        Tuesday, April 25, 2017 8:49:12 AM

Adding Kathy, Chief of USCIS Policy.

USCIS is on it, although we won't likely have stats on some of these items (e.g., public assistance, unemployment).

(b)(6)

**From:**
**Sent:** Tuesday, April 25, 2017 9:25 AM
**To:** McCament, James W;
**Cc:**
**Subject:** TPS/Haiti

Hi James,

S1 would like to know:

(1) How many current Haitian TPS folks were illegal pre-TPS designation?
(2) Since designation, how many have committed crimes?
(3) Since designation, how many are on public assistance? Out of work?
(4) Can we describe what has changed in Haiti warranting the recommended change (this may be in the memo but I have not seen it yet)- would include if verified items such as rebuild of palace, build of army, change in UN list, 4-5% growth in GDP

Could we have be end of day?

Best,

(b)(6)

195