# EXHIBIT 95



# Donald Trump's Racism: The Definitive List

By DAVID LEONHARDT and IAN PRASAD PHILBRICK

JAN. 15, 2018

Donald Trump has been obsessed with race for the entire time he has been a public figure. He had a history of making racist comments as a New York real-estate developer in the 1970s and '80s. More recently, his political rise was built on promulgating the lie that the nation's first black president was born in Kenya. He then launched his campaign with a speech describing Mexicans as rapists.

The media often falls back on euphemisms when describing Trump's comments about race: racially loaded, racially charged, racially tinged, racially sensitive. And Trump himself has claimed that he is "the least racist person." But here's the truth: Donald Trump is a racist. He talks about and treats people differently based on their race. He has done so for years, and he is still doing so.

Here, we have attempted to compile a definitive list of his racist comments – or at least the publicly known ones.

## The New York Years



ELECTION 2016 | By NATALIA V. OSIPOVA | 1:22
Applying for Housing at a Trump Property in the '60s

Watch in Times Video »

Trump's real-estate company tried <mark>to avoid renting apartments to African-Americans</mark> in the 1970s and gave preferential treatment to whites, according to the federal government.

Trump treated black employees at his casinos differently from whites, according to multiple sources. A former hotel executive said Trump criticized a black accountant: "Black guys counting my money! I hate it. … I think that the guy is lazy. And it's probably not his fault, because <mark>laziness is a trait in blacks</mark>."

> **BRING BACK THE DEATH PENALTY.**
>
> **BRING BACK OUR POLICE!**
>
> What has happened to our City over the past ten years? What has happened to law and order, to the neighborhood cop we all trusted to safeguard our homes and families, the cop who had the power under the law to help us in times of danger, keep us safe from those who would prey on innocent lives to fulfill some distorted inner need. What has happened to the respect for authority, the fear of retribution by the courts, society and the police for those who break the law, who wantonly trespass on the right of others? What has happened is the complete breakdown of life as we knew it.
>
> Many New York families — White, Black, Hispanic and Asian — have had to give up the pleasure of a leisurely stroll in the Park at dusk, the Saturday visit to the playground with their families, the bike ride at dawn, or just sitting on their stoops — given them up as hostages to a world ruled by the law of the streets, as roving bands of wild criminals roam our neighborhoods, dispensing their own vicious brand of twisted hatred on whomever they encounter. At what point did we cross the line from the fine and noble pursuit of genuine civil liberties to the reckless and dangerously permissive atmosphere which allows criminals of every age to beat and rape a helpless woman and then laugh at her family's anguish? And why do they laugh? They laugh because they know that soon, very soon, they will be returned to the streets to rape and maim and kill once again — and yet face no great personal risk to themselves.
>
> Mayor Koch has stated that hate and rancor should be removed from our hearts. I do not think so. I want to hate these muggers and murderers. They should be forced to suffer and, when they kill, they should be executed for their crimes. They must serve as examples so that others will think long and hard before committing a crime or an act of violence. Yes, Mayor Koch, I want to hate these murderers and I always will. I am not looking to psychoanalyze or understand them, I am looking to punish them. If the punishment is strong, the attacks on innocent people will stop. I recently watched a newscast trying to explain the "anger in these young men". I no longer want to understand their anger. I want them to understand our anger. I want them to be afraid.
>
> How can our great society tolerate the continued brutalization of its citizens by crazed misfits? Criminals must be told that their CIVIL LIBERTIES END WHEN AN ATTACK ON OUR SAFETY BEGINS!
>
> When I was young, I sat in a diner with my father and witnessed two young bullies cursing and threatening a very frightened waitress. Two cops rushed in, lifted up the thugs and threw them out the door, warning them never to cause trouble again. I miss the feeling of security New York's finest once gave to the citizens of this City.
>
> Let our politicians give back our police department's power to keep us safe. Unshackle them from the constant chant of "police brutality" which every petty criminal hurls immediately at an officer who has just risked his or her life to save another's. We must cease our continuous pandering to the criminal population of this City. Give New York back to the citizens who have earned the right to be New Yorkers. Send a message loud and clear to those who would murder our citizens and terrorize New York—
> BRING BACK THE DEATH PENALTY
> AND BRING BACK OUR POLICE!
>
> *Donald J. Trump*
>
> 725 Fifth Ave., NY, NY 10022

In 1989, Trump took out ads in New York newspapers urging the ==death penalty for five black and Latino teenagers== accused of raping a white woman in Central Park; he argued they were guilty as late as October 2016, more than 10 years after DNA evidence had exonerated them.

In 1989, on NBC, Trump said: "I think sometimes a black may think they don't have an advantage or this and that. I've said on one occasion, even about myself, if I were starting off today, ==I would love to be a well-educated black==, because I really believe they do have an actual

advantage."

## An Obsession With Dark-Skinned Immigrants



He began his 2016 presidential campaign with a speech disparaging Mexican immigrants as criminals and "rapists."

He uses the gang MS-13 to disparage all immigrants. Among many other statements, he has suggested that Obama's protection of the Dreamers — otherwise law-abiding immigrants who were brought to the United States illegally as children — contributed to the spread of MS-13.

In December 2015, Trump called for a "a total and complete shutdown of Muslims entering the United States," including refusing to readmit Muslim-American citizens who were outside of the country at the time.

Trump said a federal judge hearing a case about Trump University was biased because of the judge's Mexican heritage.

In June 2017, Trump said 15,000 recent immigrants from Haiti "all have AIDS" and that 40,000 Nigerians, once seeing the United States, would never "go back to their huts" in Africa.

At the White House on Jan. 11, Trump vulgarly called for less immigration from Haiti and Africa and more from Norway.

# Obama As Unqualified, Lazy and Un-American

> An 'extremely credible source' has called my office and told me that @BarackObama's birth certificate is a fraud.
>
> — Donald J. Trump (@realDonaldTrump) August 6, 2012

He spent years suggesting that the nation's first black president was born not in the United States but in Kenya, a lie that Trump still has not acknowledged as such.

Trump called Obama (who was editor in chief of the Harvard Law Review) "a terrible student, terrible."

> Obama has admitted that he spends his mornings watching @ESPN. Then he plays golf, fundraises & grants amnesty to illegals.
>
> — Donald J. Trump (@realDonaldTrump) December 16, 2014

Trump frequently claimed that Obama did not work hard as president.

Trump falsely claimed that President Obama "issued a statement for Kwanzaa but failed to issue one for Christmas."

## Urban America As a Hellscape

He often casts heavily black American cities as dystopian war zones. In a 2016 debate with Hillary Clinton, Trump said, "Our inner cities, African Americans, Hispanics are living in hell because it's so dangerous. You walk down the street, you get shot." Trump also said to black voters: "You're living in poverty; your schools are no good; you have no jobs."

He frequently offers false crime statistics to exaggerate urban crime, including about Oakland, Philadelphia and Ferguson, Mo.

> Just out report: "United Kingdom crime rises 13% annually amid spread of Radical Islamic terror." Not good, we must keep America safe!
>
> — Donald J. Trump (@realDonaldTrump) October 20, 2017

He is quick to highlight crimes committed by dark-skinned people, sometimes exaggerating or lying about them (such as a claim about growing crime from "radical Islamic terror" in Britain). He is very slow to decry hate crimes committed by whites against dark-skinned people (such as the killing of an Indian man in Kansas last year).

## Minorities As Uppity and Ungrateful

President Trump wants to see NFL players fired for kneeling during anthem | SportsCenter | ESPN

0:48

He frequently criticizes prominent African-Americans for being unpatriotic, ungrateful and disrespectful.

He called Puerto Ricans who criticized his administration's response to Hurricane Maria "politically motivated ingrates."

## Friendliness with Proud Racists and White Nationalists

"@WhiteGenocideTM: @realDonaldTrump Poor Jeb. I could've sworn I saw him outside Trump Tower the other day! https://t.co/e5uLRubqla"

— Donald J. Trump (@realDonaldTrump) January 22, 2016

He has retweeted white nationalists without apology.

President Donald Trump On Charlottesville: You Had Very Fine People, On Both Sides | CNBC

He called some of those who marched alongside white supremacists in Charlottesville, Va., last August "very fine people."

After David Duke, the former leader of the Ku Klux Klan, endorsed him, Trump was reluctant to disavow Duke even when asked directly on television.

Trump hired Steve Bannon as his campaign head and later White House chief strategist. Under Bannon's leadership, the website Breitbart made white nationalism a central theme. It featured a section, for example, on "black crime."

Trump endorsed and campaigned for Roy Moore, the Alabama Senate candidate who spoke positively about slavery and who called for an African-American Muslim member of Congress not to be seated because of his religion.

President Trump defends pardon of Sheriff Joe Arpaio at news conference



Trump pardoned – and fulsomely praises – Joe Arpaio, the Arizona sheriff sanctioned for racially profiling Latinos and for keeping immigrants in brutal prison conditions.

## Denigrating Native Americans

In the 1990s, Trump took out advertisements alleging that the "Mohawk Indian record of criminal activity is well documented." At the time, he was fighting competition for his casino business.

In a 1993 radio interview, he suggested that Native Americans in Connecticut were faking their ancestry. "I think I might have more Indian blood than a lot of the so-called Indians that are trying to open up the reservations."

In a November 2017 meeting with Navajo veterans of World War II, Trump mocked Senator Elizabeth Warren as "Pocahontas."

## Other Assorted Racism

> Trump today: "Hillary Clinton meets in secret with international banks to plot the destruction of U.S. sovereignty." Fascist code for "Jews"
>
> — Ben White (@morningmoneyben) October 13, 2016

Trump has ==trafficked in anti-Semitic caricatures==, including the tweeting of a six-pointed star alongside a pile of cash. He has also been reluctant to condemn anti-Semitic attacks on journalists from his supporters, and he echoed neo-Nazi conspiracy theories by saying that Hillary Clinton "meets in secret with international banks to plot the destruction of U.S. sovereignty in order to enrich these global financial powers, her special interest friends and her donors."

In a White House meeting with a Korean-American intelligence analyst briefing him on Pakistan, Trump wondered aloud ==why she was not working on North Korea policy==.

Trump once referred to a Hispanic Miss Universe as "==Miss Housekeeping==."



At a June 2016 campaign rally, Trump pointed to one attendee and said: "Oh, look at ==my African-American over here==. Look at him."