# EXHIBIT 106

# Congress of the United States
## Washington, DC 20515

September 11, 2017

The Honorable Elaine C. Duke
Acting Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Dear Acting Secretary Duke,

We write to strongly urge you to renew the Temporary Protected Status designation for Honduras and El Salvador.

Failing to renew TPS would needlessly tear apart families and communities across the country. There are currently approximately 200,000 Salvadorans who hold TPS and the approximately 61,000 Hondurans. TPS holders from Honduras and El Salvador have become valued and important members of our communities. They have started families, opened businesses, and contributed to this country in countless ways. They are part of the fabric of America.

Honduras and El Salvador remain unprepared to receive these individuals. As the most recent TPS extension notes, there is a "substantial, but temporary, disruption of living conditions" in both countries, resulting from Hurricane Mitch in Honduras and a series of earthquakes in El Salvador. Unfortunately, conditions have not sufficiently improved since the most recent extension. Additionally, El Salvador and Honduras are ranked as among the most violent countries in the world, and job opportunities are scarce. These factors complicate the ability of Honduras and El Salvador to fully recover from the natural disasters that resulted in their original designation.

The potential return of hundreds of thousands of former TPS holders to Honduras and El Salvador would likely bring destabilizing consequences throughout the region. At the Conference for Prosperity and Security in Central America, you stated that the "U.S. Homeland Security mission is affected directly by what goes on in Central America." We agree, and we are deeply concerned that failing to renew TPS status for Honduras and El Salvador would undermine U.S. efforts to advance prosperity and security in Central America.

TPS designations have been made and extended under administrations of both political parties since its creation by statute in 1990; extension of these TPS designations is not only fully within your authority but completely appropriate given the country conditions. We strongly urge you to renew TPS, in order to preserve the integrity of American families and communities, and to steady the path of progress being made toward stability in the region.

Thank you for your consideration of this important request.

Sincerely,

_____
James P. McGovern
Member of Congress

_____
Norma J. Torres
Member of Congress

_____
John Conyers, Jr.
Member of Congress

_____
Nita M. Lowey
Member of Congress

_____
Zoe Lofgren
Member of Congress

_____
Joseph Crowley
Member of Congress

_____
Adam Smith
Member of Congress

_____
Randy Hultgren
Member of Congress

_____
Ruben Gallego
Member of Congress

_____
Mike Coffman
Member of Congress

_____
Carlos Curbelo
Member of Congress

_____
Eliot L. Engel
Member of Congress

_____
Luis V. Gutiérrez
Member of Congress

_____
Richard E. Neal
Member of Congress

_____
John Lewis
Member of Congress

_____
Eleanor Holmes Norton
Member of Congress

_____
Nydia M. Velázquez
Member of Congress

_____
Darren Soto
Member of Congress

_____
Juan Vargas
Member of Congress

_____
Raúl M. Grijalva
Member of Congress

_____
André Carson
Member of Congress

_____
Grace F. Napolitano
Member of Congress

_____
Donald S. Beyer, Jr.
Member of Congress

_____
Alcee L. Hastings
Member of Congress

_____
Adriano Espaillat
Member of Congress

_____
Salud O. Carbajal
Member of Congress

_____
Lucille Roybal-Allard
Member of Congress

_____
Bonnie Watson Coleman
Member of Congress

3

_____
Joaquin Castro
Member of Congress

_____
Pramila Jayapal
Member of Congress

_____
Jamie Raskin
Member of Congress

_____
Donald M. Payne, Jr.
Member of Congress

_____
Debbie Wasserman Schultz
Member of Congress

_____
Betty McCollum
Member of Congress

_____
Raja Krishnamoorthi
Member of Congress

_____
Jimmy Gómez
Member of Congress

_____
Stephanie Murphy
Member of Congress

_____
Seth Moulton
Member of Congress

_____
Tony Cárdenas
Member of Congress

_____
Barbara Lee
Member of Congress

_____
Val B. Demings
Member of Congress

_____
Judy Chu
Member of Congress

4

_____
J. Luis Correa
Member of Congress

_____
José E. Serrano
Member of Congress

_____
Ben Ray Luján
Member of Congress

_____
Anthony G. Brown
Member of Congress

_____
Frank Pallone, Jr.
Member of Congress

_____
John A. Yarmuth
Member of Congress

_____
Tulsi Gabbard
Member of Congress

_____
Vicente Gonzalez
Member of Congress

_____
Beto O'Rourke
Member of Congress

_____
Nanette Diaz Barragán
Member of Congress

_____
Michael E. Capuano
Member of Congress

_____
Bobby L. Rush
Member of Congress

_____
Marc A. Veasey
Member of Congress

_____
Bill Pascrell, Jr.
Member of Congress

5

_____
Bradley S. Schneider
Member of Congress

_____
Michelle Lujan Grisham
Member of Congress

_____
Mark Pocan
Member of Congress

_____
Keith Ellison
Member of Congress

_____
Marcy Kaptur
Member of Congress

_____
Kathleen M. Rice
Member of Congress

_____
Peter Welch
Member of Congress

_____
Ruben J. Kihuen
Member of Congress

_____
Mark DeSaulnier
Member of Congress

_____
David N. Cicilline
Member of Congress

_____
Chellie Pingree
Member of Congress

_____
Earl Blumenauer
Member of Congress

_____
Suzanne Bonamici
Member of Congress

_____
Frederica S. Wilson
Member of Congress

_____
Adam B. Schiff
Member of Congress

_____
William R. Keating
Member of Congress

_____
Rosa L. DeLauro
Member of Congress

_____
Ro Khanna
Member of Congress

_____
Jared Polis
Member of Congress

_____
David E. Price
Member of Congress

_____
Jan Schakowsky
Member of Congress

_____
Kathy Castor
Member of Congress

_____
Albio Sires
Member of Congress

_____
Carol Shea-Porter
Member of Congress

_____
Jerrold Nadler
Member of Congress

_____
Rick Larsen
Member of Congress

_____
Ann McLane Kuster
Member of Congress

_____
Ted W. Lieu
Member of Congress

_____
Stephen F. Lynch
Member of Congress

_____
Sheila Jackson Lee
Member of Congress

_____
Yvette D. Clarke
Member of Congress

_____
Danny K. Davis
Member of Congress

_____
Anna G. Eshoo
Member of Congress

_____
Dina Titus
Member of Congress

_____
Mike Quigley
Member of Congress

_____
Jackie Speier
Member of Congress

_____
Steve Cohen
Member of Congress

_____
Gwen Moore
Member of Congress

_____
Linda T. Sánchez
Member of Congress

_____
Diana DeGette
Member of Congress

_____
Sean Patrick Maloney
Member of Congress

_____
Ted Deutch
Member of Congress

8

_____
Henry C. "Hank" Johnson, Jr.
Member of Congress

_____
Dwight Evans
Member of Congress

_____
Joseph P. Kennedy, III
Member of Congress

_____
Mike Thompson
Member of Congress

_____
Joyce Beatty
Member of Congress

_____
Niki Tsongas
Member of Congress

_____
Gerald E. Connolly
Member of Congress

_____
Peter A. DeFazio
Member of Congress

_____
Bill Foster
Member of Congress

_____
Filemon Vela
Member of Congress

_____
Katherine M. Clark
Member of Congress

_____
John K. Delaney
Member of Congress

_____
Carolyn B. Maloney
Member of Congress

_____
Lloyd Doggett
Member of Congress

9

_____
Lois Frankel
Member of Congress

_____
Colleen Hanabusa
Member of Congress

_____
Elijah E. Cummings
Member of Congress

_____
Al Lawson, Jr.
Member of Congress

10