# EXHIBIT 109



May 18, 2017

**Letter from Organizations and Persons Serving the Haitian American community to President Trump and Secretaries Kelly and Tillerson on Haiti's TPS Designation**

Hon. Donald J. Trump
President of the United States

Hon. John F. Kelly, Secretary
U.S. Department of Homeland Security

Hon. Rex Tillerson, Secretary
U.S. Department of State

Dear President Trump and Secretaries Kelly and Tillerson:

We write as organizations and leaders in and serving the Haitian American community on an issue of extreme concern and urgency, DHS's impending decision whether to extend Temporary Protected Status (TPS) for nearly 50,000 long-resident Haitians -- whose remittances sustain as many as 500,000 relatives in Haiti, to the benefit of its stability and our national security – for 18 months beyond July 22. We know and appreciate that Secretary Kelly is intimately familiar with Haiti and that President Trump visited the Haitian community during the campaign and promised to be its champion.

We concur with USCIS's extremely detailed, 8-page single-spaced December 2016 review and assessment that the conditions warranting TPS for this group persist. We respectfully disagree with its recent unfounded contrary recommendation and urge you to extend TPS for 18 months for those currently enjoying this status, i.e. who applied as having been present in the United States on or before January 12, 2010 (updated to January 12, 2011 to cover some post-earthquake parolees).

2017 MAY 31 PM 4:0⁻

SCANNED/RECEIVED BY ESC⁻⁻⁻

DHS_RFPD_00000469

We respectfully ask this for compelling reasons referenced below and urged by bipartisan political leaders and by the *New York Times, Washington Post, Boston Globe, Miami Herald, Sun Sentinel, Palm Beach Post, and New York Daily News* editorial boards, among many others.

TPS for the 50,000 has been renewed in 18-month increments and is appropriate today because it remains unsafe to deport due to conditions including incomplete earthquake recovery; the still-unchecked cholera epidemic, the world's worst; and Hurricane Matthew's vast destruction in October, which has caused a severe food insecurity crisis.

Haiti is reeling from these two massive calamities since the January 2010, 7.0 magnitude quake killed at least 200,000, destroyed Port au Prince, effected a third of Haiti's people, cost an estimated 120% of its GDP, and from which recovery remains incomplete.

In October, 2016, Hurricane Matthew, Haiti's worst hurricane in 52 years, effected 2 million Haitians, left 1.4 million including 800,000 children in need of emergency aid, killed 1,000, rendered 800,000 extremely food insecure, left 1,250,000 including 500,000 children without safe water, destroyed livestock and crops in broad areas, damaged or destroyed at least 716 schools interrupting the education of an estimated 490,000 children, dramatically increased the number of cholera cases in affected areas, and destroyed entire towns which were cut off from the outside world by flooding and infrastructure damage. According to a March 2017 United Nations Report, the hurricane cost Haiti $2.7 billion, or 32% of its GDP.

Hurricane Matthew's destruction of crops and livestock has also caused a food insecurity crisis today --Haitians in some affected areas are dying of malnutrition -- and efforts to repair Matthew's vast infrastructure and other damage have been slow and limited.

Another post-quake sledgehammer blow is killing and sickening Haitians today. Haiti had not had cholera in at least 100 years, but UN peacekeepers' unsanitary practices caused a cholera outbreak in October, 2010 which by conservative estimates has killed and sickened 9,500 and 900,000 Haitians. The Center for Disease Control and Prevention has called the cholera epidemic "the worst in recent history," and the United Nations, which until December failed to acknowledge responsibility, has to date raised only $2 million of the $400 million it targeted to even begin addressing this deadly crisis.

These are extraordinary conditions fully warranting TPS extension. Haiti today cannot safely assimilate 50,000 long-resident deportees or replace their remittances on which hundreds of thousands depend. Remittances are Haiti's chief form of foreign aid and totaled $1.3 billion from the United States alone in 2015 -- about 15% of Haiti's GDP.

Deporting them would also hurt communities you pledged to champion. The 50,000 are noncriminals (by TPS requirement) who have mostly been here 7 to 15 years, working and raising families including U.S.-born children who should not be forced to choose between their parents and their birthright and future as Americans.

Failure to extend TPS given these conditions would be disastrous for families here and there and destabilizing, adding a significant burden to a nation already saddled with overwhelming challenges, increasing desperation and possibly entailing additional U.S. Coast Guard interdiction

DHS_RFPD_00000470

resources, among other possible consequences. Haiti's stability is in the national security interest of the United States.

For these reasons, we respectfully ask that you extend Haiti's TPS designation for another 18 months, and we appreciate your consideration on this important matter.

Sincerely,

Organizations

1. Amnesty International USA, Marselha Gonçalves Margerin, Advocacy Director for the Americas
2. Oxfam America, Vicki Gass, Senior Policy Advisor, Central America, Washington, D.C.
3. Haitian American Lawyers Association of New Jersey, Wilson D. Antoine, Esq., Chairman of the Board of Directors, Newark, NJ
4. The United Methodist Church – General Board of Church and Society, Jeania Ree Moore, Director of Civil and Human Rights, Washington, D.C.
5. Center for Gender & Refugee Studies, Blaine Bookey, Co-Legal Director, San Francisco, CA
6. Church World Service, Meredith Owen, Policy Advocate
7. Haitian American Lawyer's Association of Illinois, Darryl Auguste, President, Chicago, IL
8. Public Counsel, Jordan Cunnings, Equal Justice Works Fellow, Los Angeles, CA
9. SEIU Florida, Monica Russo, President, Miramar, FL
10. Greater Boston Legal Services, Nancy Kelly, Managing Attorney, Immigration Unit, Boston, MA
11. Sisters of Notre Dame de Namur, Sr. Marie Prefontaine, Coordinator of U.S. Activities, MA
12. National Immigration Project of the National Lawyers Guild, Dan Kesselbrenner, Executive Director, Boston, MA
13. Capital Area Immigrants' Rights Coalition, Kathryn M. Doan, Executive Director, Washington, D.C.
14. Massachusetts Immigrant and Refugee Advocacy Coalition, Sarang Sekhavat, Federal Policy Director, Boston, MA
15. Justice Center of Southeast Massachusetts, Brian O'Connor, Program Manager, Brockton, MA
16. Immigrant Legal Advocacy Project, Sue Roche, Executive Director, Portland, ME
17. Massachusetts Law Reform Institute, Staff Attorney, Boston, MA
18. Global Justice Clinic, NYU School of Law, Ellie Happel, Haiti Project Director, New York, NY *This communication does not purport to represent the institutional views, if any of NYU
19. Immigrants' Rights Clinic, Boston University School of Law, Sarah Sherman-Stokes, Clinical Instructor, Boston, MA
20. Rochester Committee on Latin America, Paola Macas Betchart, Steering Committee Member, Rochester, NY

3

21. Tennessee Immigrant and Refugee Rights Coalition, Joseph Kwon, Policy Coordinator, Nashville, TN
22. National Immigration Law Center, Jess Hanson, Skadden Fellow, Los Angeles, CA
23. American Immigration Lawyers Association, Jacqueline Blanchard, Government Relations Assistant, Washington, D.C.
24. Office of Peace, Justice, and Ecological Integrity, Sisters of Charity of Saint Elizabeth, Rev. Terrence J. Moran, Director, NJ
25. Central American Resource Center, Abel Nunez, Executive Director, Washington, D.C.
26. North Carolina Justice Center, Katharine Woomer-Deters, Staff Attorney, Raleigh, NC
27. Episcopal Diocese of S.E. Florida, Archdeacon J. Fritz Bazin, Miami, FL
28. National Immigration Project of the NLG, Paromita Shah, Associate Director, National
29. NETWORK Lobby for Catholic Social Justice, Laura Munoz, Government Relations Associate, Washington, D.C.
30. Pennsylvania Immigration Resource Center, Mary Studzinski, Executive Director, York, PA
31. Immigrant Family Services Institute, Dr. Geralde V. Gabeau, MPH, Executive Director, Roslindale, MA
32. National Haitian American Elected Officials Network (NHAEON), Mayor Joseph Makhandal Champagne, Jr., Esq., Chairman, Toms River, NJ
33. Americans for Immigrant Justice, Michelle Ortiz, Deputy Director, Miami, FL
34. Disciples of Christ (Refugee and Immigration Ministries), Rev. Dr. Sharon Stanley-Rea, Director, Washington, D.C.
35. Northeast Justice Center, Jennifer Juste, Staff Attorney, MA
36. Haitian Professionals of Philadelphia, Stephanie Sylvain, President, Philadelphia, PA
37. Office of Public Witness, Church of the Brethren, Nathan Hosler, Director, Washington, D.C.
38. Baptist Churches of Rhode Island, Rev. Dr. Tom Wiles, Executive Minister, Exeter, RI
39. African American Ministers in Action (AAMIA), National Director, Washington, D.C.
40. Jewish Vocational Service, Shelly Hedstrom, Certified Nursing Assistant, Boston, MA
41. American Friends Service Committee, Paul-Andre Mondesir, Organizer, Haitian Community Social Advocate, North Miami, FL
42. Jewish Vocational Service, Sharon Zammuto, Academic Coach, Boston, MA
43. The Interfaith Center of New York, The Rev. Chloe Breyer, Executive Director, NY
44. Children's Law Center of Massachusetts, Inc., Jay McManus, Director, Lynn, MA
45. Haiti Solidarity Network of the Northeast, Father Jack Martin, Founder and President, Jersey City, NJ
46. New Jersey Forum for Human Rights, Rev. Eugene P. Squeo, President, Jersey City, NJ
47. Florida Immigrant Coalition, Inc. (FLIC), Francesca Menes, Director of Policy and Advocacy, FL
48. Farmworker Justice, Iris Figueroa, Staff Attorney, Washington, D.C.
49. What If Foundation, Member of the Board of Directors, Berkeley, CA
50. Pangea Legal Services, Ande Stone, Director of Advocacy, San Francisco, CA
51. Frederick Douglass Neighborhood Association, Madeline Smith, Treasurer, Brockton, MA
52. School Sisters of Notre Dame, S. Mary Leonara Tucker, SSND, Wilton, CT
53. Institute for Justice & Democracy in Haiti, Brian Concannon, Executive Director, Boston, MA

4

54. National Lawyers Guild: International Committee, Jordan Winquist, Co-Chair, New York, NY
55. Black Lives of Unitarian Universalism, Lena K. Gardner, Executive Director, Boston, MA
56. Community Justice Project, Meena Jagannath, Co-Founder, Miami, FL
57. Latin America Working Group, Daniella Burgi-Palomino, Senior Associate, Washington, D.C.
58. Legal Aid Justice Center, Tonya Osinkosky, Community Organizer, Charlottesville, VA
59. Wayne Action for Racial Equality, John Ghertner, Legislative Liaison, Sodus, NY
60. Love Life Now Foundation, Lovern Gordon, President, Avon, MA
61. HarborCOV, Michaela Moshier, Legal Advocacy Specialist, Chelsea, MA
62. Black Alliance for Just Immigration (BAJI), Opal Tometi, Executive Director, CA, GA & NY
63. Kids for College, John Ghertner, Director, Sodus, NY
64. Worker Justice Center of NY, Inc., Lewis Papenfuse, Executive Director, Rochester, NY
65. Grassroots International, Mina Remy, Program Coordinator, Boston, MA
66. Salvadoran American National Network (SANN), Yanira Arias, Los Angeles, CA
67. Jewish Vocational Service, Boston, Jerry Rubin, CEO, Boston, MA
68. Park Avenue Christian Church, The Rev. Kaji Douša, Senior Pastor, New York, NY
69. Women Alliance of Miami Dade & Broward, Inc., Aude M. L. Sicard, MBA, FL
70. Philadelphia Baptist Church of Orlando, Inc., Dr. Jean Bernadin, Senior Pastor, Orlando, FL
71. Haitian Neighborhood Center, Sant La, Gespie M. Metellus, Executive Director, Miami, FL
72. Mission Source Living Water, Marc-Arthur Mesidort, CEO, Coral Springs, FL
73. Diaspora in Action, Joel Leon, Executive Director, Pennsylvania, PA
74. Haitian Community Partners Foundation, Marline Amedee, President, Brockton, MA
75. Charnette Frederic Civic Association, Charnette Frederic, Founder, Irvington, NJ
76. Protect the People (PTP), Sarah Williamson, Executive Director, Arlington, VA
77. HD3 - Haitian Diaspora for Democracy and Development, Jimy Mertune, President, Orlando, FL
78. Awake IntumMind, LLC, Edna Tellus, CEO, Brockton, MA
79. Haitian Community Partners Inc., Mozart Saint Cyr, President, Brockton, MA
80. The Global Haitian Diaspora Federation, Stanley Lucas, Senior Vice President, Washington, D.C.
81. Haitian Community Partners, Pascale Saint Cyr, Educator, Brockton, MA
82. St. Columba Haiti Ministry: Hope for Haiti: Education HHE, Thomas Luce, Liaison, Oakland, CA
83. Rights4ALLinDR, France Francois, Co-Director, Washington, D.C.
84. African Communities Together, Amaha Kassa, Executive Director, New York, NY
85. MFY Legal Services, Ernie Collette, Staff Attorney, New York, NY
86. Haitian Priorities Project, Jacob François, FL
87. Grace and Mercy Immigration Services, Joseph A. Beauvil, Owner, North Miami, FL
88. HOPE Ministries of GA, Inc., Dabouze Antoine, City Councilman, Forest Park, GA

DHS_RFPD_00000473

89. Haitian Empowerment Foundation, Inc. (HEF), Ralph Cheriza, President and CEO, Lake Worth, FL
90. Radio Echo Evangelique, Inc., President, Boston, MA
91. Christian Haitian Entrepreneurial Society, Inc., Rebecca Obounou, President and Founder, Chelsea, MA
92. Haiti Justice Alliance, Paul W. Miller, Director, Northfield, MN
93. Sauti Yetu Center for African Women and Families, Zeinab Eyega, Executive Director, Bronx, NY
94. Black Immigration Network, Tia Oso, National Organizer, Brooklyn, NY
95. National Day Laborer Organizing Network (NDLON), SG Sarmiento, Campaign Coordinator, National
96. Haiti Global Youth Partnership, Inc., President, Boston, MA
97. Dietel Partners, Tory Dietel Hopps, Managing Partner, ME, NY, VA and WA
98. Interfaith Worker Justice, Laura Barrett, Executive Director, Chicago, IL
99. JVS-Boston, Hyunho Nathan Park, Instructor, Boston, MA
100. Haitian Bridge Alliance, Guerline Jozef, President, CA
101. Lynn Community Health, Inc., Lori Abrams Berry, Chief Executive Officer, Lynn, MA
102. South Florida Activism – Broward, Kalebra Jacobs-Reed, Founder, Fort Lauderdale, FL
103. OnWord Partner, Shelly Hedstrom, Founder, Boston, MA
104. Essex County Community Organization, Alexandra Pineros-Shields, PhD, Executive Director, Lynn, MA
105. Saint Anastasia Haiti Support Goup (SAHSG), Georgette Delinois, Chair, Teaneck, NJ
106. Greater Boston Nazarene Compassionate Center, Inc., Rev. Dr. Pierre Zephir, CEO/Executive Director, Boston, MA
107. Alternative Chance, Michelle Karshan, Executive Director, NY
108. Haitian Community Partners Foundation, Marline Amedee, President, MA
109. Haiti Liberté, Berthony Dupont, Director, Brooklyn, NY
110. 1804 Institute, Prospere Charles, President, Washington, D.C.
111. Expressive Arts Place LLC, Helen Joseph, Executive Director, Malden, MA
112. Women Working Together USA, Rosana Araujo, Chair, FL
113. Rebuild New Mexico, Eric Doerrer, Board Member, Albuquerque, NM
114. The Haitian Roundtable, Rosemonde Pierre-Louis, New York, NY
115. St. Brigid's Casa Mary Johanna, Yanira Chacon Lopez, Director, Westbury, NY
116. Centro Comunitario CEUS, Blanca Molina, Executive Director, Union City, NJ
117. St. Ann Place, Sister Carleen Cekal, SSND, Director, West Palm Beach, FL
118. DOVE, Inc. (DOmestic Violence Ended), Sue Chandler, Executive Director, Quincy, MA
119. Center for Self-Sufficiency, Edeline B. Mondestin, CEO, Miami, FL
120. Power U Center for Social Change, Nancy Treviño, Organizing Director, Miami, FL
121. Haitian Americans United for Progress, Inc. (HAUP), Elsie Saint Louis, Executive Director, Hollis, NY and Brooklyn, NY
122. Komite Ayiti Baltimore, Garry Bien Aime, President, Baltimore, MD
123. Haiti Liberté, Berthony Dupont, Director, Brooklyn, NY
124. International Support Haiti Network (ISHN), Ray Laforest, Member, New York, NY
125. Haitian Congress to Fortify Haiti, Lionel Jean-Baptiste, Chicago, IL
126. United Front of the Haitian Diaspora, Lionel Jean-Baptiste, National

6

127. UniteHere—Local 355, Romane Petit Joseph, Organizer, Miami, FL
128. Haiti Environmental Rescue Organization, Serge Fontaine, President, Chicago, IL
129. St. Brigid's Parish Outreach, Joan Echausse, Director, Westbury, NY

Individuals

130. State Senator Daphne D. Campbell, District 38, State of Florida
131. Alix Desulme, Councilman for the City of North Miami, FL
132. Dabouze Antoine, City Councilman for the City of Forest Park, GA
133. Rodneyse Bichotte, New York State Assembly Member, Brooklyn, NY
134. Mack Bernard, Palm Beach County Commissioner, Palm Beach County, FL
135. Michaelle Solages, New York State Assembly Member, NY
136.
137.
138.

139.
140.

141.

142.
143.
144.
145.
146.
147.
148.

149.

150.

151.
152.
153.

154.
155.

156.

157.
158.
159.



DHS_RFPD_00000475

160.
161.
162.
163.
164.
165.
166.

167.
168.
169.

170.
171.
172.
173.
174.
175.
176.
177.

178.

179.

180.
181.
182.
183.

184.

185.
186.

187.
188.
189.
190.
191.
192.
193.
194.

195.

8

DHS_RFPD_00000476

196.
197.
198.
199.
200.
201.
202.
203.
204.
205.
206.
207.
208.
209.
210.
211.
212.
213.
214.
215.
216.
217.
218.
219.
220.
221.
222.
223.
224.
225.
226.
227.
228.
229.
230.
231.
232.
233.
234.
235.
236.
237.
238.
239.
240.
241.
242.



9

DHS_RFPD_00000477

243.
244.
245.
246.
247.
248.
249.
250.
251.
252.
253.
254.
255.
256.
257.
258.
259.
260.
261.
262.
263.
264.
265.
266.
267.
268.
269.
270.
271.
272.
273.
274.
275.
276.
277.
278.
279.
280.
281.
282.
283.
284.
285.
286.
287.
288.
289.



10

DHS_RFPD_00000478



290.
291.
292.
293.
294.
295.
296.
297.
298.
299.
300.
301.
302.
303.
304.
305.
306.
307.
308.
309.
310.
311.
312.
313.
314.
315.
316.
317.
318.
319.
320.
321.
322.
323.
324.
325.
326.
327.
328.
329.

DHS_RFPD_00000479