# EXHIBIT 111

## BACKGROUND/COUNTRY SPECIFICS ON CURRENT TPS DESIGNATIONS:

**El Salvador:** El Salvador was designated for TPS in 2001 following a series of earthquakes. Its designation has been continuously extended since 2001 due to the lingering effects of the earthquakes and subsequent compounding environmental disasters. There are over 260,000 beneficiaries under El Salvador's designation.

**Guinea/Liberia/Sierra Leone:** Guinea, Liberia, and Sierra Leone were designated for TPS in November 2014 due to the extraordinary and temporary conditions resulting from the Ebola epidemic in West Africa. These designations are terminating on May 21, 2017. There are approximately 1,000 beneficiaries under Guinea's designation, 2,300 under Liberia's, and 1,250 under Sierra Leone's.

**Haiti:** Haiti was initially designated for TPS in 2010 following a severe earthquake. Its designation has been continuously extended since due to the persisting effects of the earthquake. Haiti was also redesignated for TPS in 2011, expanding eligibility to additional Haitian nationals. There are approximately 59,000 beneficiaries under Haiti's designation.

**Honduras/Nicaragua:** Honduras and Nicaragua were designated for TPS in 1999 following Hurricane Mitch. Their designations have been continuously extended since 1999 due to the lingering effects of Hurricane Mitch and subsequent compounding environmental disasters. There are approximately 86,000 beneficiaries under Honduras's designation and 5,350 under Nicaragua's.

**Nepal:** Nepal was designated for TPS in June 2015 following a severe earthquake in April 2015. Its designation has been extended through June 24, 2018. There are approximately 13,000 beneficiaries under Nepal's designation.

**Somalia:** Somalia was initially designated for TPS in 1991 due to extraordinary and temporary conditions. Its designation has been continuously extended since. Somalia has also been redesignated for TPS twice, in 2001 and 2012, due to ongoing armed conflict and extraordinary and temporary conditions, expanding eligibility to additional Somali nationals. There are approximately 500 beneficiaries under Somalia's designation.

**South Sudan/Sudan:** Sudan was designated for TPS in 1997 due to ongoing armed conflict and extraordinary and temporary conditions. Its designation has been continuously extended since. Sudan was also redesignated for TPS in 1999, 2004, and 2013, expanding eligibility to additional Sudanese nationals. When South Sudan became an independent country in 2011, it was designated for TPS due to ongoing armed conflict and extraordinary and temporary conditions, and its designation has been continuously extended since. South Sudan was also redesignated for TPS in 2013, 2014, and 2016. There are over 1,000 beneficiaries under Sudan's designation and approximately 50 under South Sudan's.

**Prepared May 16, 2017, by:** Brandon Prelogar/Kathryn Anderson, USCIS OP&S;

FOR OFFICIAL USE ONLY

**Syria:** Syria was designated for TPS in 2012 due to extraordinary and temporary conditions. Its designation has been continuously extended since. Syria was also redesignated in 2013, 2015, and 2016, adding ongoing armed conflict as a basis for the designation and expanding eligibility to additional Syrian nationals. There are approximately 6,200 beneficiaries under Syria's designation.

**Yemen:** Yemen was designated for TPS in September 2015 due to an ongoing armed conflict in the country. Its designation has been extended through September 3, 2018. There are over 800 beneficiaries under Yemen's designation.

**Prepared May 16, 2017, by**: Brandon Prelogar/Kathryn Anderson, USCIS OP&S;