Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No.  3:18-cv-1554-EMC <br><br> **EXHIBITS 8 AND 14 TO THE DECLARATION OF ALYCIA A. DEGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: September 25, 2018 <br> Time: 10:30 p.m. <br> Judge: Hon. Edward M. Chen <br> Dept.: Courtroom 5, 17th Floor <br><br> Complaint Filed: March 12, 2018 <br> Trial Date: None set |

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493<br>Fax: +1 415 863 7832 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Part-time Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1219<br>Facsimile: +1 415 772 7400 | Amanda Farfel (SBN 288126)<br>afarfel@sidley.com<br>Andrew B. Talai (SBN 300053)<br>atalai@sidley.com<br>Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>Mohindra Rupram (SBN 319478)<br>mrupram@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600 |
| Katelyn N. Rowe (SBN 318386)<br>krowe@sidley.com<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: +1 310 595 9598<br>Facsimile: +1 310 595 9501 | Jessica Fishfeld (*Pro Hac Vice*)<br>jfishfeld@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: +1 312 853 2031<br>Facsimile: +1 312 853 7036 |
| Matthew J. Letten (*Pro Hac Vice pending*)<br>mletten@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: +1 202 736 8565<br>Facsimile: +1 736 8711 | Jillian R. Dent (*Pro Hac Vice pending*)<br>jdent@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: +1 312 853 7022<br>Facsimile: +1 312 853 7036 |

\* *Institution listed for identification purposes only*