UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No.  3:18-cv-1554-EMC <br><br> [PROPOSED] ORDER ENLARGING PAGE LIMITATIONS |

Upon considering the parties' stipulation to enlarge page limitations, and for good cause shown, the Court **ORDERS** that Plaintiffs' motion for a preliminary injunction shall not exceed 35 pages; Defendants' opposition shall not exceed 35 pages; and Plaintiffs' reply in shall not exceed 25 pages.

Date:  August 21, 2018

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE