| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MICHAEL NEWMAN<br>Senior Assistant Attorney General |
| 3 | JAMES F. ZAHRADKA II (SBN 196822)<br>Deputy Attorney General |
| 4 | 1515 Clay Street, 20th Floor<br>Oakland, CA  94612-0550 |
| 5 | Telephone:  (510) 879-1247<br>Fax:  (510) 622-2270 |
| 6 | E-mail:  James.Zahradka@doj.ca.gov<br>*Attorneys for the State of California* |
| 7 | |
| 8 | *[Additional Counsel Listed on Signature Page]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**UNOPPOSED MOTION OF AMICI STATES CALIFORNIA, DISTRICT OF COLUMBIA, MASSACHUSETTS, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, IOWA, MAINE, MARYLAND, MINNESOTA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT, AND WASHINGTON FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Amici States respectfully request leave to file a brief as *amicus curiae* in support of plaintiffs' motion for preliminary injunction. A copy of the proposed brief is attached hereto as Exhibit 1. Plaintiffs consent to Amici States' request, and defendants do not oppose it.

**IDENTITY OF AMICI STATES AND STATEMENT OF INTEREST**

The Amici States are California, the District of Columbia,[1] Massachusetts, Connecticut, Delaware, Hawaii, Illinois, Iowa, Maine, Maryland, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington. Collectively, Amici States are home to hundreds of thousands of people from El Salvador, Haiti, Nicaragua, and Sudan who hold Temporary Protected Status ("TPS"). The Department of Homeland Security's ("DHS") termination of TPS will cause considerable harm to a range of Amici States' interests, including their residents, communities, economies and workforce, public health, and public safety. The Amici States therefore have a substantial, concrete interest in the Court's resolution of this case.

Specifically, Amici States argue that TPS terminations will lead to the forced separation of hundreds of thousands of "mixed-status" families, resulting in trauma and other economic and personal hardships. Furthermore, state economies will suffer if the TPS terminations are upheld, the impact of which will be felt most acutely in fields where TPS holders are concentrated, including construction, hospitality, food service, landscaping, child care, and retail. Amici States also demonstrate that TPS terminations will affect the most vulnerable populations, such as children, senior citizens, and people with disabilities, as child care facilities, nursing homes, home healthcare companies, and hospitals rely heavily on TPS holders in their workforce. TPS terminations will also cause many TPS holders to lose access to health care, negatively impacting public health and state resources. Lastly, public safety will suffer, as former TPS holders and their families will be less likely to report crime after they lose legal status.

The proposed brief presents an important and unique perspective to the Court, is relevant to the disposition of the issues in this case, and will assist the Court in understanding the impact of DHS's termination of TPS for El Salvador, Haiti, Nicaragua, and Sudan on the public interest

---

[1] The District of Columbia is included as an "Amici State" for the purposes of this brief.

1

as demonstrated by the significant harms that Amici States will suffer without the preliminary relief that plaintiffs seek.

**CONCLUSION**

For the foregoing reasons, Amici States respectfully request that the Court grant leave to file the attached brief of *amicus curiae* in support of plaintiffs' motion for preliminary injunction.

Dated: August 30, 2018            Respectfully Submitted,

XAVIER BECERRA
*Attorney General*
*State of California*

*James F. Zahradka II*
James F. Zahradka II
*Deputy Attorney General*
1515 Clay Street, Suite 2000
Oakland, CA 94612