| | |
|---|---|
| MARGARET L. CARTER (S.B. #220637)<br>mcarter@omm.com<br>DANIEL R. SUVOR (S.B. #265674)<br>dsuvor@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:   213.430.6000<br>Facsimile:    213.430.6407<br><br>*Counsel of Record*<br><br>*Attorneys for Amicus Curiae<br>County of Los Angeles* | MICHAEL N. FEUER (S.B. #111529)<br>  City Attorney<br>VALERIE L. FLORES (S.B. #138572)<br>MICHAEL J. DUNDAS (S.B. #226930)<br>200 North Main St.,<br>City Hall East, Suite 800<br>Los Angeles, California 90012<br><br>*Attorneys for Amicus Curiae<br>City of Los Angeles* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated, CRISTINA MORALES, BENJAMIN ZEPEDA, individually and on behalf of others similarly situated, ORLANDO ZEPEDA, JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated, MARIA JOSE AYALA FLORES, ELSY YOLANDA FLORES DE AYALA, HNAIDA CENEMAT, individually and on behalf of others similarly situated, WILNA DESTIN, individually and on behalf of others similarly situated, RILYA SALARY, SHERIKA BLANC, IMARA AMPIE, MAZIN AHMED, HIWAIDA ELARABI,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>                    *Defendants*. | Case No. 3:18-cv-01554-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:   Honorable Edward M. Chen |

1   PLEASE TAKE NOTICE that attorney Margaret L. Carter hereby enters her appearance
2   as counsel for proposed *Amicus Curiae* County of Los Angeles.

3   Dated: August 30, 2018

O'MELVENY & MYERS LLP
MARGARET L. CARTER

By:   /s/ Margaret L. Carter
          Margaret L. Carter

Attorney for *Amicus Curiae* County of Los Angeles