| | |
|---|---|
| MARGARET L. CARTER (S.B. #220637)<br>mcarter@omm.com<br>DANIEL R. SUVOR (S.B. #265674)<br>dsuvor@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:   213.430.6000<br>Facsimile:   213.430.6407<br><br>*Counsel of Record*<br><br>*Attorneys for Amicus Curiae*<br>*County of Los Angeles* | MICHAEL N. FEUER (S.B. #111529)<br>  City Attorney<br>VALERIE L. FLORES (S.B. #138572)<br>MICHAEL J. DUNDAS (S.B. #226930)<br>200 North Main St.,<br>City Hall East, Suite 800<br>Los Angeles, California 90012<br><br>*Attorneys for Amicus Curiae*<br>*City of Los Angeles* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated, CRISTINA MORALES, BENJAMIN ZEPEDA, individually and on behalf of others similarly situated, ORLANDO ZEPEDA, JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated, MARIA JOSE AYALA FLORES, ELSY YOLANDA FLORES DE AYALA, HNAIDA CENEMAT, individually and on behalf of others similarly situated, WILNA DESTIN, individually and on behalf of others similarly situated, RILYA SALARY, SHERIKA BLANC, IMARA AMPIE, MAZIN AHMED, HIWAIDA ELARABI,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>                    *Defendants*. | Case No. 3:18-cv-01554-EMC<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE 28 CITIES AND 6 COUNTIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:    Honorable Edward M. Chen |

Amici hereby request leave to file the attached Brief of Amici Curiae 28 Cities and 6 Counties in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 89) in their suit seeking to enjoin Defendants from terminating Temporary Protected Status (TPS) for El Salvador, Haiti, Nicaragua, and Sudan. A copy of the proposed brief is attached to this motion as Attachment 1. Plaintiffs consent to Amici's filing of this brief, and Defendants do not oppose this motion. Appendix A contains a full list of Amici.

The TPS program, which protects immigrants who cannot return safely to their home country due to armed conflict, natural disaster, or other "extraordinary circumstances," enables thousands of individuals to reside and work in Amici communities without fear of deportation, leading lives indistinguishable from their citizen-neighbors. *See* 8 U.S.C. § 1254a.

TPS recipients are deeply integrated into the economic and cultural fabric of Amici communities. They raise children (thousands of whom are U.S. citizens) and are active participants in Amici's economies, providing means by which Amici can invest in our schools, infrastructure, and vital social services. TPS also facilitates trust and communication between immigrant communities and law enforcement, supporting Amici's common mission of promoting public safety and encouraging police-community cooperation.

Yet Defendants now seek to terminate TPS protections for constitutionally impermissible reasons, which would force TPS recipients to choose between remaining in the United States without lawful status or returning to the disaster-stricken country from which they fled—threatening the well-being of not just these individuals and their families, but also Amici communities, economies, and public safety writ large.

For the foregoing reasons, Amici respectfully request the court's permission to file the attached brief.

| | |
|---|---|
| Dated: August 30, 2018 | By:  /s/ Margaret L. Carter |

                                                MARGARET L. CARTER
mcarter@omm.com
DANIEL R. SUVOR
dsuvor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone:	213.430.6000
Facsimile:	213.430.6407

*Counsel of Record*

*Attorneys for Amicus Curiae
County of Los Angeles*

MICHAEL N. FEUER
  City Attorney
VALERIE L. FLORES
MICHAEL J. DUNDAS
200 North Main St., City Hall East Suite 800
Los Angeles, California 90012

*Attorneys for Amicus Curiae
City of Los Angeles*

# APPENDIX A
## LIST OF COUNSEL FOR ADDITIONAL PROPOSED *AMICI CURIAE*

DONNA R. ZIEGLER
County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612

EDWARD N. SISKEL
Corporation Counsel of the City of Chicago
30 N. LaSalle Street, Suite 800
Chicago, IL 60602

JAMES L. BANKS, JR.
City Attorney of the City of Alexandria
301 King Street
Alexandria, VA 22314

KRISTIN M. BRONSON
City Attorney, City and County of Denver
1437 Bannock St., Room 353
Denver, CO 80202

NINA HICKSON
City Attorney for the City of Atlanta
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303

GREGORY L. THOMAS
City Attorney, City of Gary
401 Broadway, Suite 101A
Gary, Indiana, 46402

ANNE L. MORGAN
City Attorney, City of Austin
PO Box 1546
Austin, TX 78767

PAUL PAYER
City Solicitor, City of Holyoke
20 Korean Veterans Plaza, #204
Holyoke, MA 01040

ANDRE M. DAVIS
City Solicitor, City of Baltimore
100 N. Holliday Street, Suite 101
Baltimore, MD 21202

ELEANOR M. DILKES
City Attorney, Iowa City
410 East Washington Street
Iowa City, IA 52240

EUGENE O'FLAHERTY
Corporation Counsel for the City of Boston
One City Hall Square, Room 615
Boston, MA 02201

JENNIFER VEGA-BROWN
City Attorney of the City of Las Cruces
700 North Main
Las Cruces, NM 88001

NANCY E. GLOWA
City Solicitor for the City of Cambridge
795 Massachusetts Avenue
Cambridge, MA 02139

SUSAN SEGAL
Minneapolis City Attorney
350 S. Fifth St. - Room #210
Minneapolis, MN 55415

CHERYL WATSON FISHER
City Solicitor of the City of Chelsea
500 Broadway, Room 307
Chelsea, MA 02150

CHARLES J. McKEE,
County Counsel, County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901

| | |
|---|---|
| ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, NY 10007 | DENNIS J. HERRERA<br>City Attorney for the City and County of San Francisco<br>City Hall Room 234<br>One Dr. Carlton B. Goodlett Pl.<br>San Francisco, CA 94102 |
| JEFF P. H. CAZEAU<br>City Attorney of the City of North Miami<br>776 NE 125 Street<br>North Miami, FL 33161 | JAMES R. WILLIAMS<br>County Counsel, County of Santa Clara<br>70 W. Hedding Street, East Wing, 9th Floor<br>San Jose, CA 95110 |
| BARBARA J. PARKER<br>City Attorney, City of Oakland<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | PETER S. HOLMES<br>Seattle City Attorney<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 |
| MARCEL S. PRATT<br>City Solicitor of the City of Philadelphia<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102 | FRANCIS X. WRIGHT, JR.<br>City Solicitor of the City of Somerville<br>93 Highland Avenue<br>Somerville, MA 02143 |
| TRACY P. REEVE<br>City Attorney of the City of Portland<br>1221 SW Fourth Avenue, Suite 430<br>Portland, OR 97240 | STEPHANIE STEELE<br>Corporation Counsel for the City of South Bend<br>227 W. Jefferson Blvd. Suite 1200S<br>South Bend, IN 46601 |
| JEFFREY DANA<br>City Solicitor of the City of Providence<br>444 Westminster Street, Suite 220<br>Providence, RI 02903 | MIKE RANKIN<br>City Attorney of the City of Tucson<br>P.O. Box 27210<br>Tucson, AZ 85726 |
| SUSANA ALCALA WOOD<br>City Attorney of the City of Sacramento<br>915 I Street, Fourth Floor<br>Sacramento, CA 95814 | MICHAEL JENKINS<br>City Attorney of the City of West Hollywood<br>1230 Rosecrans Avenue, Ste 110<br>Manhattan Beach, CA 90266 |
| LYNDSEY M. OLSON<br>City Attorney of the City of Saint Paul<br>15 West Kellogg Boulevard, Suite 400<br>Saint Paul, MN 55102 | |
| MARA W. ELLIOTT<br>San Diego City Attorney<br>1200 Third Avenue, Suite 1620<br>San Diego, CA 92101 | |