IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>Plaintiffs,<br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMICI STATES CALIFORNIA, DISTRICT OF COLUMBIA, MASSACHUSETTS, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, IOWA, MAINE, MARYLAND, MINNESOTA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT, AND WASHINGTON FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

**[PROPOSED] ORDER**

On August 30, 2018, Amici States California, the District of Columbia,[1] Massachusetts, Connecticut, Delaware, Hawaii, Illinois, Iowa, Maine, Maryland, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington filed an unopposed motion for leave to file a brief as *amicus curiae* in support of plaintiffs' motion for preliminary injunction. Having considered the papers and pleadings on file, the Court GRANTS the motion of Amici States and ORDERS that the brief submitted as Exhibit 1 to the motion be filed.

**IT IS SO ORDERED.**

Dated: 8/31/2018

_____
Honorable Edward M. Chen
United States District Court Judge

---

[1] The District of Columbia is included as an "Amici State" for the purposes of this order.

1

[Proposed] Order Granting Unopposed Motion of Amici States for Leave to File Brief as *Amicus Curiae*
Case No. 3:18-cv-01554 EMC