# EXHIBIT 68
# (INTENTIONALLY LEFT BLANK)