JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
ADAM KIRSCHNER (IL Bar # 6286601)
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>                 Plaintiffs,<br><br>v.<br><br><br>KIRSTJEN NIELSEN, *et al.*,<br>                 Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD – SUDAN** |

    Defendants in the above-captioned matter hereby file the Administrative Record ("AR") for Sudan,[1] which is attached to this filing as Exhibit 1. The Administrative Record includes the following documents:

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Sept. 01, 2017 | E-mail from James W. McCament to Gene Hamilton, Elizabeth Neumann, et al. Subject: RE: Sudan | AR-SUDAN-00000001-01 – AR-SUDAN-00000001-03 |
| | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000002-01 – AR-SUDAN-00000002-07 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Acting Secretary Elaine C. Duke is subject to judicial review.

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Sept. 01, 2017 | E-mail from James W. McCament to Gene Hamilton, Elizabeth Neumann, et al. Subject: RE: Sudan | AR-SUDAN-00000003-01 – AR-SUDAN-00000003-04 |
| | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000004-01 – AR-SUDAN-00000004-07 |
| | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000005 – AR-SUDAN-00000012 |
| Aug. 31, 2017 | DHS, Memorandum for the Acting Secretary from Joseph B. Maher, Acting General Counsel. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000013 – AR-SUDAN-00000019 |
| Aug. 28, 2017 | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000020-01 – AR-SUDAN-00000020-06 |
| Aug. 17, 2017 | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000021 – AR-SUDAN-00000047 |
| Aug. 30, 2017 | Internal Pre-Decisional Recommendation, Decision, Memorandum for the Secretary from James W. McCament, Acting Director, USCIS. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000048-01 – AR-SUDAN-00000048-08 |
| Sept. 01, 2017 | Letter from John J. Sullivan, Deputy Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y, DHS regarding Temporary Protected Status for Sudan. Attachment: (SBU) Department of State Recommendation Regarding Extension of Temporary Protected Status (TPS) For The Republic Of The Sudan – 2017 | AR-SUDAN-00000049 – AR-SUDAN-00000056 |
| Aug. 31, 2017 | DHS, Memorandum for the Acting Secretary from Joseph B. Maher, Acting General Counsel. Subject: Sudan's Designation for Temporary Protected Status | AR-SUDAN-00000057 – AR-SUDAN-00000063 |
| | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-SUDAN-00000064 – AR-SUDAN-00000065 |
| | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-SUDAN-00000066 – AR-SUDAN-00000067 |

Dated: September 5, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/ *Rhett Martin*
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.Martin@usdoj.gov

*Attorneys for Defendants*