JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
ADAM KIRSCHNER (IL Bar # 6286601)
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF FILING OF ADMINISTRATIVE RECORD – NICARAGUA** |

    Defendants in the above-captioned matter hereby file the Administrative Record ("AR") for Nicaragua,[1] which is attached to this filing as Exhibits 1 and 2. The Administrative Record includes the following documents:

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Nov. 06, 2017 | E-mail from Acting Sec'y to John Kelly. Subject: RE: TPS | AR-NICARAGUA-00000001 |
| Oct. 31, 2017 | Pre-decisional/Deliberative Memorandum for the Acting Sec'y from James D. Nealon, Ass't Sec'y for Int'l Affairs, Office of Strategy, Policy, and Plans, Dep't of Homeland Security. Subject: Designation of Temporary Protected Status for Honduras, Nicaragua, and El Salvador | AR-NICARAGUA-00000002 – AR-NICARAGUA-00000004 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Acting Secretary Elaine C. Duke is subject to judicial review.

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – NICARAGUA**
1

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Oct. 26, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Acting Sec'y from L. Francis Cissna. Subject: Nicaragua's Designation for Temporary Protected Status | AR-NICARAGUA-00000005 – AR-NICARAGUA-00000011 |
| Nov. 06, 2017 | Memorandum for L. Francis Cissna, USCIS Director, and James D. Nealon, Ass't Sec'y for Int'l Affairs, Office of Strategy, Policy, and Plans, from the Acting Sec'y, Dep't of Homeland Security. Subject: Nicaragua's Designation for Temporary Protected Status | AR-NICARAGUA-00000012 |
| Nov. 06, 2017 | Memorandum for L. Francis Cissna, USCIS Director, and James D. Nealon, Ass't Sec'y for Int'l Affairs, Office of Strategy, Policy, and Plans, from the Acting Sec'y, Dep't of Homeland Security. Subject: Nicaragua's Designation for Temporary Protected Status | AR-NICARAGUA-00000013 |
| Apr. 2017 | USCIS, Temporary Protected Status Considerations: Nicaragua April 2017, Hurricane Mitch: Damages and Recovery | AR-NICARAGUA-00000014 – AR-NICARAGUA-00000030 |
|  | Decision Memorandum for the Acting Sec'y from L. Francis Cissna, USCIS Director. Subject: Nicaragua's Designation for Temporary Protected Status and attachments | AR-NICARAGUA-00000031-01 – AR-NICARAGUA-00000031-24 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-NICARAGUA-00000032 – AR-NICARAGUA-00000033 |
|  | (SBU) Department of State Recommendation Regarding Temporary Protected Status (TPS) For Nicaragua – 2017 | AR-NICARAGUA-00000034 – AR-NICARAGUA-00000038 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-NICARAGUA-00000039 – AR-NICARAGUA-00000056 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-NICARAGUA-00000057 – AR-NICARAGUA-00000060 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-NICARAGUA-00000061 – AR-NICARAGUA-00000078 |
| Nov. 01, 2017 | Evangelical Immigration Table's Letter to Acting Sec'y Elaine C. Duke requesting consideration for the extension of Temporary Protected Status for nationals of Honduras, Nicaragua, Haiti, and El Salvador | AR-NICARAGUA-00000079 – AR-NICARAGUA-00000084 |

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Approx. Nov. 03, 2017 | Acting Sec'y Elaine C. Duke's White House Meeting Notes | AR-NICARAGUA-00000085-01 – AR-NICARAGUA-00000085-04 |
| Oct. 26, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Acting Sec'y from L. Francis Cissna, USCIS Director. Subject: Nicaragua's Designation for Temporary Protected Status | AR-NICARAGUA-00000086 – AR-NICARAGUA-00000093 |
| Apr. 2017 | USCIS, Temporary Protected Status Considerations: Nicaragua April 2017, Hurricane Mitch: Damages and Recovery | AR-NICARAGUA-00000094 – AR-NICARAGUA-00000111 |
| Nov. 3, 2017 | National Security Council Memorandum, Principals Small Group Meeting on TPS | AR-NICARAGUA-00000112-01 – AR-NICARAGUA-00000112-16 |
|  | Country Conditions Related to Temporary Protected Status: El Salvador, Honduras, Nicaragua | AR-NICARAGUA-00000113 – AR-NICARAGUA-00000124 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-NICARAGUA-00000125-01 – AR-NICARAGUA-00000125-04 |
|  | (SBU) Department of State Recommendation Regarding Temporary Protected Status (TPS) For Nicaragua – 2017 | AR-NICARAGUA-00000126-01 – AR-NICARAGUA-00000126-06 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-NICARAGUA-00000127-01 – AR-NICARAGUA-00000127-02 |
|  | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-NICARAGUA-00000128 – AR-NICARAGUA-00000129 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-NICARAGUA-00000130-01 – AR-NICARAGUA-00000130-04 |
|  | USCIS, INA: ACT 244 – Temporary Protected Status | AR-NICARAGUA-00000131-01 – AR-NICARAGUA-00000131-10 |

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – NICARAGUA**

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Oct. 13, 2017 | Briefing Memo for Temporary Protected Status Meeting | AR-NICARAGUA-00000132-01 – AR-NICARAGUA-00000132-08 |
| | Temporary Protected Status Designations for Central American Countries | AR-NICARAGUA-00000133-01 – AR-NICARAGUA-00000133-02 |
| | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-NICARAGUA-00000134 – AR-NICARAGUA-00000135 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-NICARAGUA-00000136-01 – AR-NICARAGUA-00000136-16 |
| Oct. 31, 2017 | DHS, Record of Clearance and Approval. TPS Designations for El Salvador, Honduras, and Nicaragua | AR-NICARAGUA-00000137 – AR-NICARAGUA-00000138 |
| Oct. 31, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Acting Sec'y from James D. Nealon, Ass't Sec'y for Int'l Affairs, Office of Strategy, Policy, and Plans, Dep't of Homeland Security. Subject: Designation of Temporary Protected Status for Honduras, Nicaragua, and El Salvador | AR-NICARAGUA-00000139 – AR-NICARAGUA-00000144 |
| Oct. 31, 2017 | Executive Correspondence. Scott Krause, Dep't of Homeland Security, Memorandum for the Deputy Chief of Staff. Subject: TPS Recommendations for El Salvador, Honduras, and Nicaragua | AR-NICARAGUA-00000145 |
| Oct. 26, 2017 | Pre-Decisional/Deliberative Decision Memorandum for the Acting Sec'y from L. Francis Cissna, USCIS Director. Subject: Nicaragua's Designation for Temporary Protected Status | AR-NICARAGUA-00000146-01 – AR-NICARAGUA-00000146-12 |
| Apr. 2017 | USCIS, Temporary Protected Status Considerations: Nicaragua April 2017, Hurricane Mitch: Damages and Recovery | AR-NICARAGUA-00000147 – AR-NICARAGUA-00000180 |
| | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-NICARAGUA-00000181-01 – AR-NICARAGUA-00000181-02 |

| | |
|---|---|
| Dated: September 5, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/ *Rhett Martin*<br>RHETT P. MARTIN (DC Bar # 999272)<br>ADAM KIRSCHNER (IL Bar # 6286601)<br>KEVIN SNELL (NY Bar)<br>JOSEPH C. DUGAN (OH Bar # 0093997)<br>GARY D. FELDON (DC Bar # 987142)<br>Trial Attorneys<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 305-7538<br>Fax: (202) 616-8460<br>Rhett.Martin@usdoj.gov<br><br>*Attorneys for Defendants* |

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – NICARAGUA**