JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
ADAM KIRSCHNER (IL Bar # 6286601)
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF FILING OF ADMINISTRATIVE RECORD – HAITI** |

Defendants in the above-captioned matter hereby file the Administrative Record ("AR") for Haiti,[1] which is attached to this filing as Exhibits 1 and 2. The Administrative Record includes the following documents:

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Nov. 16, 2017 | E-mail from Major General Jon A. Norman to Eric Jones. Subject: Re: Temporary Protective Status (TPS) for Haitians in the US (Unclassified) | AR-HAITI-00000001 – AR-HAITI-00000003 |
| Oct. 04, 2017 | Letter from Paul G. Altidor, Ambassador, Embassy of the Republic of Haiti, to Hon. Elaine C. Duke, Acting Sec'y of Dep't of Homeland Security regarding Haiti's Temporary Protected Status | AR-HAITI-00000004 – AR-HAITI-00000006 |

---

[1] The filing of this Administrative Record is not a concession that the decision of the Acting Secretary Elaine C. Duke is subject to judicial review.

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – HAITI**

1

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Nov. 08, 2017 | Memorandum from Embassy of the Republic of Haiti to U.S. Dep't of Homeland Security. Subject: Extension of the Temporary Protected Status (TPS) for Haitian Nationals | AR-HAITI-00000007 – AR-HAITI-00000009 |
| Nov. 13, 2017 | Biography Summary of Antonio Rodrigue, Minister of Foreign Affairs of the Republic of Haiti | AR-HAITI-00000010 |
| Nov. 13, 2017 | Briefing Memo for Meeting with Haitian Minister of Foreign Affairs Antonio Rodrigue | AR-HAITI-00000011-01 – 03 |
| Nov. 03, 2017 | Pre-decisional/Deliberative Memorandum for the Sec'y from L. Francis Cissna, USCIS Director. Subject: Haiti's Designation for Temporary Protected Status | AR-HAITI-00000012 - AR-HAITI-00000018 |
| Nov. 03, 2017 | Pre-decisional/Deliberative Memorandum for the Sec'y from L. Francis Cissna, USCIS Director. Subject: Haiti's Designation for Temporary Protected Status | AR-HAITI-00000019 - AR-HAITI-00000025 |
| Nov. 13, 2017 | Haiti TPS Strategy Meeting | AR-HAITI-00000026-01 – 03 |
| Aug. 24, 2017 | Letter from Senator Bill Nelson (D-Florida) to Hon. Elaine C. Duke, Acting Sec'y, regarding Temporary Protected Status for Haitian Nationals | AR-HAITI-00000027 |
| Nov. 16, 2017 | Briefing Memo for Meeting with Senator Bill Nelson (D-Florida) | AR-HAITI-00000028-01 – 02 |
| Nov. 16, 2017 | Meeting with Senator Bill Nelson (D-Florida) Participant List | AR-HAITI-00000029 |
| Nov. 16, 2017 | Biography Summary of Senator Bill Nelson (D-Florida) | AR-HAITI-00000030 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding Temporary Protected Status for El Salvador, Haiti, Honduras, and Nicaragua | AR-HAITI-00000031 – AR-HAITI-00000032 |
| Nov. 03, 2017 | Pre-decisional/Deliberative Memorandum for the Sec'y from L. Francis Cissna, USCIS Director. Subject: Haiti's Designation for Temporary Protected Status | AR-HAITI-00000033 – AR-HAITI-00000039 |
| | Dep't of State Recommendation Regarding Temporary Protected Status (TPS) for Haiti – 2017 | AR-HAITI-00000040 – AR-HAITI-00000044 |
| | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-HAITI-00000045 |
| | TPS Considerations: Haiti (October 2017) Natural Disaster, Background & Overview | AR-HAITI-00000046 – AR-HAITI-00000063 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-HAITI-00000064 – AR-HAITI-00000081 |

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – HAITI**

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-HAITI-00000082 – AR-HAITI-00000085 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-HAITI-00000086 – AR-HAITI-00000103 |
| Oct. 19, 2017 | DHS, U.S. Customs and Border Protection, Intelligence Note | AR-HAITI-00000104 – AR-HAITI-00000107 |
| Approx. Nov. 03, 2017 | Acting Sec'y Elaine C. Duke's White House Meeting Notes | AR-HAITI-00000108-01 – 04 |
| Nov. 03, 2017 | National Security Council Memorandum, Principals Small Group Meeting on TPS | AR-HAITI-00000109-01 – 16 |
| Nov. 08, 2017 | U.S. Senate Committee on Foreign Relations Letter to Hon. Elaine Duke, Acting Sec'y, requesting an 18-month extension of the Temporary Protected Status (TPS) designation for Haiti | AR-HAITI-00000110 – AR-HAITI-00000113 |
| Nov. 10, 2017 | U.S. Conference of Mayors' Letter to Hon. Elaine C. Duke, Acting Sec'y, and Hon. Rex W. Tillerson, Sec'y of State, requesting extension of Temporary Protected Status for Haitians | AR-HAITI-00000114 – AR-HAITI-00000117 |
|  | News articles on Haitian immigrants; D.C. Mayor Bowser Announcing Partnership to Help D.C. Employees, Families Become Citizens; and Disturbing Number of Diversity Visas Have Been Given to People From Terror-Sponsoring Countries | AR-HAITI-00000118 – AR-HAITI-00000119 |
|  | Handwritten notes re: Haiti Temporary Protected Status | AR-HAITI-00000120-01 - 02 |
| Jan. 22, 2018 | Handwritten notes re: Haiti Temporary Protected Status | AR-HAITI-00000121-01 - 02 |
| Nov. 17, 2017 | Acting Sec'y Briefing Book | AR-HAITI-00000122-01 - 18 |
|  | Haiti TPS | AR-HAITI-00000123 – AR-HAITI-00000124 |
| Oct. 04, 2017 | Letter from Paul G. Altidor, Ambassador, Embassy of the Republic of Haiti to Hon. Elaine C. Duke, Acting Sec'y, responding to DHS' Letter of September 8, 2017 | AR-HAITI-00000125-01 – 06 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-HAITI-00000126-01 – 04 |
| May 31, 2017 | Readout of Sec'y Kelly's Trip to Haiti | AR-HAITI-00000127 – AR-HAITI-00000130 |

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
|  | Dep't of State Recommendation Regarding Temporary Protected Status (TPS) for Haiti – 2017 | AR-HAITI-00000131-01 – 06 |
|  | Federal Register: Extension of the Designation of Haiti for Temporary Protected Status | AR-HAITI-00000132-01 – 04 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-HAITI-00000133-01 – 04 |
| May 22, 2017 | Sec'y Kelly's Statement on the Limited Extension of Haiti's Designation for Temporary Protected Status | AR-HAITI-00000134-01 – 02 |
|  | DHS, USCIS, Extension of the Designation of Haiti for Temporary Protected Status. Action: Notice | AR-HAITI-00000135 – AR-HAITI-00000164 |
|  | TPS Considerations: Haiti (October 2017) Natural Disaster, Background & Overview | AR-HAITI-00000165-01 – 36 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-HAITI-00000166-01 – 04 |
|  | Dep't of State Recommendation Regarding Temporary Protected Status (TPS) for Haiti – 2017 | AR-HAITI-00000167-01 – 10 |
|  | USCIS, INA: ACT 244 – Temporary Protected Status | AR-HAITI-00000168-01 – 10 |
|  | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-HAITI-00000169 – AR-HAITI-00000170 |
| Nov. 02, 2017 | DHS, Office of Intelligence and Analysis, Intelligence Assessment. (U) Implications for TPS Expiring for Beneficiaries from El Salvador, Honduras, Haiti, and Nicaragua | AR-HAITI-00000171 – AR-HAITI-00000186 |
| Oct. 19, 2017 | DHS, U.S. Customs and Border Protection, Intelligence Note | AR-HAITI-00000187 – AR-HAITI-00000194 |
| Nov. 01, 2017 | Evangelical Immigration Table's Letter to Acting Sec'y Elaine C. Duke requesting consideration for the extension of Temporary Protected Status for nationals of Honduras, Nicaragua, Haiti, and El Salvador | AR-HAITI-00000195 – AR-HAITI-00000198 |
|  | Acting Sec'y notes regarding consideration of Temporary Protected Status for several countries | AR-HAITI-00000199-01 - 04 |

| | |
|---|---|
| Dated: September 5, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/ *Rhett Martin*<br>RHETT P. MARTIN (DC Bar # 999272)<br>ADAM KIRSCHNER (IL Bar # 6286601)<br>KEVIN SNELL (NY Bar)<br>JOSEPH C. DUGAN (OH Bar # 0093997)<br>GARY D. FELDON (DC Bar # 987142)<br>Trial Attorneys<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 305-7538<br>Fax: (202) 616-8460<br>Rhett.Martin@usdoj.gov<br><br>*Attorneys for Defendants* |