JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
ADAM KIRSCHNER (IL Bar # 6286601)
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.,*<br><br>            Plaintiffs,<br><br>v.<br><br><br>KIRSTJEN NIELSEN, *et al.*,<br>            Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD – EL SALVADOR** |

Defendants in the above-captioned matter hereby file the Administrative Record ("AR") for El Salvador,[1] which is attached to this filing as Exhibit 1. The Administrative Record includes the following documents:

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Jan. 04, 2018 | E-mail from Major General Jon A. Norman to Eric Jones. Subject: URGENT/ACTION: Request for review: potential implications of rescinding TPS in El Salvador (UNCLASSIFIED//FOUO) | AR-EL_SALVADOR-00000001 – AR- EL_SALVADOR-00000002 |
| | Phone Call to President of El Salvador, Salvador Sanchez Ceren Talking points | AR-EL_SALVADOR-00000003-01 – AR- EL_SALVADOR-00000003-02 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kirstjen Nielsen is subject to judicial review.

*Crista Ramos v. Kirstjen Nielsen*, **No. 3:18-cv-01554-EMC-SK**
**Notice of Filing of Administrative Record – EL SALVADOR**

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
|  | Phone Call to President of El Salvador, Salvador Sanchez Ceren Talking points | AR-EL_SALVADOR-00000003-01 – AR- EL_SALVADOR-00000003-02 |
|  | Withheld as Privileged | AR-EL_SALVADOR-00000004 |
| Jan. 05, 2018 | Briefing Memo for Phone Call to President of El Salvador Salvador Sanchez Ceren | AR-EL_SALVADOR-00000005-01 – AR- EL_SALVADOR-00000005-02 |
| Jan. 05, 2018 | TPS Meeting Talking Points | AR-EL_SALVADOR-00000006 |
| Jan. 05, 2018 | TPS Meeting Participant List | AR-EL_SALVADOR-00000007 |
| Jan. 05, 2018 | Briefing Memo for TPS Meeting | AR-EL_SALVADOR-00000008-01 – AR- EL_SALVADOR-00000008-02 |
| Jan. 05, 2018 | Biographies for External Participants of Jan. 5, 2018 TPS Meeting | AR-EL_SALVADOR-00000009-01 – AR- EL_SALVADOR-00000009-10 |
| Dec. 15, 2017 | Temporary Protected Status Briefing, Participant List | AR-EL_SALVADOR-00000010 |
| Dec. 15, 2017 | Briefing Memo for Temporary Protected Status Briefing | AR-EL_SALVADOR-00000011-01 – AR- EL_SALVADOR-00000011-02 |
| Oct. 26, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Acting Sec'y from L. Francis Cissna, USCIS Director. Subject: El Salvador's Designation for Temporary Protected Status | AR-EL_SALVADOR-00000012-01 – AR- EL_SALVADOR-00000012-07 |
|  | Attachment A – Temporary Protected Status (TPS) Legal Authority | AR-EL_SALVADOR-00000013-01 – AR- EL_SALVADOR-00000013-02 |
| Oct. 31, 2017 | Letter from Rex W. Tillerson, Sec'y of State, to Hon. Elaine C. Duke, Acting Sec'y of Homeland Security, regarding State Dep't assessment that El Salvador, Haiti, Honduras, and Nicaragua no longer meet the conditions for continued designation for Temporary Protected Status | AR-EL_SALVADOR-00000014 – AR- EL_SALVADOR-00000015 |
|  | (SBU) Department of State Recommendation Regarding Temporary Protected Status (TPS) For El Salvador – 2017 | AR-EL_SALVADOR-00000016 – AR- EL_SALVADOR-00000021 |

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – EL SALVADOR**

2

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Dec. 2017 | USCIS, Temporary Protected Status Considerations: El Salvador December 2017: Overview | AR-EL_SALVADOR-00000022 – AR-EL_SALVADOR-00000035 |
| Aug. 22, 2017 | Letter from Hugo Martinez, Minister, Ministry of Foreign Relations, Republic of El Salvador, to Acting Sec'y regarding Temporary Protected Status for El Salvadorans | AR-EL_SALVADOR-00000036 |
| Aug. 22, 2017 | English translation of Letter from Hugo Martinez, Minister, Ministry of Foreign Relations, Republic of El Salvador, to Acting Sec'y regarding Temporary Protected Status for El Salvadorans | AR-EL_SALVADOR-00000037 – AR-EL_SALVADOR-00000038 |
|  | Withheld as Privileged | AR-EL_SALVADOR-00000039 |
| Aug. 22, 2017 | Letter from Hugo Martinez, Minister, Ministry of Foreign Relations, Republic of El Salvador, to Acting Sec'y regarding Temporary Protected Status for El Salvadorans | AR-EL_SALVADOR-00000040 |
| Oct. 31, 2017 | Scott Krause, Dep't of Homeland Security, Memorandum for the Deputy Chief of Staff. Subject: TPS Recommendations for El Salvador, Honduras, and Nicaragua | AR-EL_SALVADOR-00000041 |
| Oct. 31, 2017 | James D. Nealon, Ass't Sec'y for Int'l Affairs, Office of Strategy, Policy, and Plans, Dep't of Homeland Security, Memorandum for the Acting Sec'y. Subject: Designation of Temporary Protected Status for Honduras, Nicaragua, and El Salvador | AR-EL_SALVADOR-00000042 – AR-EL_SALVADOR-00000044 |
| Dec. 20, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Sec'y from L. Francis Cissna, USCIS Director. Subject: El Salvador's Designation for Temporary Protected Status | AR-EL_SALVADOR-00000045 – AR-EL_SALVADOR-00000051 |
| June 2017 | USCIS, Temporary Protected Status Considerations: El Salvador, June 2017 Overview | AR-EL_SALVADOR-00000052 – AR-EL_SALVADOR-00000069 |
| Dec. 20, 2017 | Pre-decisional/Deliberative Decision Memorandum for the Sec'y from L. Francis Cissna, USCIS Director. Subject: El Salvador's Designation for Temporary Protected Status | AR-EL_SALVADOR-00000070-01 – AR-EL_SALVADOR-00000070-07 |
|  | USCIS Notice: Termination of the Designation of El Salvador for Temporary Protected Status, | AR-EL_SALVADOR-00000071 |
|  | Pre-Decisional/Deliberative Extension of Haiti's Designation for Temporary Protected Status, Temporary Protected Status Designations for Central American Countries, and notes | AR-EL_SALVADOR-00000072-01 – AR-EL_SALVADOR-00000072-24 |

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – EL SALVADOR**

| DATE | DOCUMENT | BATES NO. |
|---|---|---|
| Nov. 01, 2017 | Evangelical Immigration Table's Letter to Acting Sec'y Elaine C. Duke requesting consideration for the extension of Temporary Protected Status for nationals of Honduras, Nicaragua, Haiti, and El Salvador | AR-EL_SALVADOR-00000073 – AR- EL_SALVADOR-00000076 |
| Nov. 07, 2017 | E-mail from Donald E. Jacobson to Laura F. Dogu, et al. Subject: RE: Host Nation Notification | AR-EL_SALVADOR-00000077 – AR- EL_SALVADOR-00000079 |
| Nov. 03, 2017 | From: SMART Archive, To: SMART Core, Subject: U.S. Citizen Children Accompanying Departing TPS and DACA Parents Face Challenges | AR-EL_SALVADOR-00000080 – AR- EL_SALVADOR-00000081 |
| July 07, 2017 | (U//SBU) El Salvador: Temporary Protected Status Recommendation | AR-EL_SALVADOR-00000082 – AR- EL_SALVADOR-00000086 |
| June 29, 2017 | From: AMEMBASSY TEGUCIGALPA, Subject: Honduras: Temporary Protected Status Recommendation | AR-EL_SALVADOR-00000087 – AR- EL_SALVADOR-00000089 |
| Nov. 03, 2017 | National Security Council Memorandum, Principals Small Group Meeting on TPS | AR-EL_SALVADOR-00000090 – AR- EL_SALVADOR-00000105 |

Dated: September 5, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/ *Rhett Martin*
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.Martin@usdoj.gov

*Attorneys for Defendants*

*Crista Ramos v. Kirstjen Nielsen*, No. 3:18-cv-01554-EMC-SK
**Notice of Filing of Administrative Record – EL SALVADOR**