JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
ADAM KIRSCHNER (IL Bar # 6286601)
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**DECLARATION OF RHETT P. MARTIN ISO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Edward M. Chen<br>Date: September 25, 2018<br>Time: 10:30 a.m.<br>Place: Courtroom 5, 17th Floor, San Francisco U.S. Courthouse |

I, Rhett P. Martin, declare as follows:

1.I am an attorney at law licensed to practice in the District of Columbia. I have appeared as an attorney on behalf of the Defendants in the above-captioned case. I make this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript Excerpts of the August 14, 2018 Deposition of James D. Nealon, Former Assistant Secretary of International Affairs for DHS and Acting Undersecretary of Policy for DHS ("Nealon Dep. Vol. I").

3.Attached hereto as **Exhibit 2** is a true and correct copy of the Transcript Excerpts of the August 3, 2018 Deposition of Kathy Kovarik, Chief of the USCIS Office of Policy and Strategy ("Kovarik Dep.").

4.Attached hereto as **Exhibit 3** is a true and correct copy of an email thread between Acting Secretary of Homeland Security Elaine C. Duke and White House Chief of Staff, John Kelly, the last email of which was dated November 10, 2017 at 11:03 AM EST, bearing Bates number DPP_00003534 and produced by Defendants in this action.

5.Attached hereto as **Exhibit 4** is a true and correct copy of the Transcript Excerpts of the August 22, 2018 Deposition of James D. Nealon, Former Assistant Secretary of International Affairs for DHS and Acting Undersecretary of Policy for DHS ("Nealon Dep. Vol. II").

6.Attached hereto as **Exhibit 5** is a true and correct copy of Acting Secretary of Homeland Security Elaine C. Duke's Memorandum Summarizing TPS Decisions ("Duke Memo"), bearing Bates numbers DPP_00003582-84 and produced by Defendants in this action.

7.Attached hereto as **Exhibit 6** is a true and correct copy of the Transcript Excerpts of August 9, 2018 Deposition of Donald W. Neufeld, USCIS Associate Director for Service Center Operations ("Neufeld Dep.").

8.      Attached hereto as **Exhibit 7** is a true and correct copy of an email between Acting Secretary of Homeland Security Elaine C. Duke and White House Chief of Staff, John Kelly, the last email of which was dated November 6, 2017 at 3:23 PM EST, bearing Bates number DHS_RFPD_00000004 and produced by Defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September 2018, in Washington, D.C.

/s/ <u>Rhett P. Martin</u><br>Rhett P. Martin