# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN FRANCISCO

 4    - - - - - - - - - - - - - - - - -x

 5    CRISTA RAMOS, et al.,           :

 6                    Plaintiffs,  :  Case No.

 7         v.                       :  3:18-cv-1554-

 8    KIRSTJEN NIELSEN, et al.,      :  EMC

 9                    Defendants.  :

10    - - - - - - - - - - - - - - - -x

11

12

13            VIDEOTAPED DEPOSITION OF

14        U.S. DEPARTMENT OF HOMELAND SECURITY

15        By and Through Its Corporate Designee

16               KATHY NUEBEL KOVARIK

17                 Washington, D.C.

18              Friday, August 3, 2018

19                    9:35 a.m.

20

21

22

23    Job No.:  LA-185448

24    Pages 1 - 289

25    Reported By:  Joan V. Cain
```

```
1            Videotaped Deposition of U.S. DEPARTMENT OF

2    HOMELAND SECURITY, By and Through Its Corporate

3    Designee, KATHY NUEBEL KOVARIK, held at the law

4    offices of:

5

6                 SIDLEY AUSTIN, LLP

7                 1501 K Street, Northwest

8                 Washington, D.C. 20005

9                 (202) 736-8000

10

11            Pursuant to Notice, before Joan V. Cain,

12   Court Reporter and Notary Public in and for the

13   District of Columbia.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1    designations and the criteria considered, et cetera,     11:57:25
2    et cetera, not the basis on which the secretary made     11:57:28
3    decisions.  That is outside of this witness's scope.     11:57:31
4         MS. MACLEAN:  This is fully and completely          11:57:34
5    part of how the -- the agency reviews TPS                11:57:36
6    designations for termination or extension.              11:57:43
7         MR. TYLER:  I -- I disagree.  We have a             11:57:48
8    disagreement, Counsel.  The witness can answer the      11:57:51
9    question to the best of her ability.                    11:57:54
10        MS. MACLEAN:  Just to clarify for the              11:57:58
11   record, the relevant part of the 30(b)(6) notice        11:57:59
12   topic 1, we specifically cite that we are seeking       11:58:03
13   and in the letter from Rhett Martin he confirms this    11:58:07
14   as well and confirms that the witness will be able      11:58:19
15   to testify about practices and processes with           11:58:21
16   respect to whether -- whether to extend or terminate    11:58:23
17   temporary protected status including the criteria       11:58:26
18   considered when making the decisions to extend or       11:58:30
19   terminate TPS designation.                              11:58:32
20        MR. TYLER:  And the questions you're asking        11:58:34
21   have no relevance to that and are certainly outside     11:58:35
22   the scope of that.                                      11:58:38
23   BY MS. MACLEAN:                                          11:58:39
24        Q    So for the witness, the immediately prior     11:58:39
25   block of quote from Senator Feinstein is the            11:58:44
```

1    question that she's answering, so I invite you to          11:58:48

2    review that so that you have the appropriate               11:58:56

3    context.                                                   11:58:59

4        A    I still don't understand where this gets to       11:58:59

5    soliciting or accepting recommendations or input or        11:59:01

6    the criteria considered.  I guess I'd ask you to           11:59:04

7    define how broad is processes because in my view the       11:59:08

8    processes were how we -- how we get to -- how the          11:59:12

9    agency works to develop the decision-making process.       11:59:15

10       Q    We're interested in --                            11:59:18

11       A    The secretary makes the decision.                 11:59:19

12       Q    -- what is included in (b) is the criteria        11:59:21

13   considered and how that criteria is considered so --       11:59:25

14            MR. TYLER:  No, it is not.  It most               11:59:27

15   certainly not.  What you just said was inaccurate.         11:59:30

16   BY MS. MACLEAN:                                            11:59:33

17       Q    So can you please review this and just            11:59:34

18   answer the question?  He's not --                          11:59:36

19            MR. TYLER:  Same objection.                       11:59:37

20   BY MS. MACLEAN:                                            11:59:38

21       Q    Counsel has not directed you not to answer        11:59:38

22   the question.  So if you could please review that          11:59:40

23   and answer the question, I would appreciate it.            11:59:42

24       A    I'm going to read exactly everything that         11:59:47

25   you just gave me, including the beginning of the           11:59:49

1   transcript so I can understand the entire context of          11:59:52

2   the transcript.                                               11:59:54

3          So I'm immediately jumping from page 1 to             12:00:42

4   15.  I don't know what else is --                             12:00:46

5     Q    It's an excerpt from the transcript.  It's            12:00:47

6   a two hour --                                                 12:00:47

7     A    I understand.  But I -- I also need to know           12:00:50

8   what Secretary Nielsen said between pages 2 and 14.           12:00:51

9     Q    This is the -- there are conversations                12:00:55

10  about border patrol, interior enforcement, and               12:00:56

11  things of that nature.  I'm specifically interested          12:01:00

12  in --                                                         12:01:00

13    A    I understand, but she could have spoken               12:01:04

14  about TPS or other legal issues that I'm not aware           12:01:05

15  of here.                                                      12:01:09

16    Q    Okay.  So I'll -- I'll -- I'll rephrase the           12:01:09

17  question.  I just want to make sure that you've              12:01:10

18  read --                                                       12:01:13

19    A    No.  I haven't gotten that far.  I'm on              12:01:13

20  page 1.                                                       12:01:16

21    Q    If you -- if you'd just look at the bottom           12:01:16

22  part, the portion from Senator Feinstein and the --         12:01:18

23  and the remainder of the following page, and I'll           12:01:22

24  ask you a different question that is not directly           12:01:27

25  related to this if you're concerned about the -- the        12:01:30

| | | |
|---|---|---|
| 1 | advisors and the deputy director, and then | 13:50:16 |
| 2 | ultimately the secretary.  And at that point when | 13:50:23 |
| 3 | the secretary clears it, it is then transmitted by | 13:50:31 |
| 4 | the Office of General Counsel or by USCIS to OMB. | 13:50:41 |
| 5 | So OMB comes in after a decision is made. | 13:50:50 |
| 6 | Q    And what is the role of OMB? | 13:50:52 |
| 7 | A    OMB will -- will submit it to relevant | 13:50:54 |
| 8 | partners within the federal branch, executive | 13:51:01 |
| 9 | branch, and that really entails the Department of | 13:51:05 |
| 10 | State.  So I do want to make it clear that I'm | 13:51:12 |
| 11 | talking about the process 2017 to the present. | 13:51:14 |
| 12 | Q    Yeah.  Okay. | 13:51:17 |
| 13 | A    What you've asked for is to go back to | 13:51:21 |
| 14 | 2008, and at some point I do want to go back -- | 13:51:25 |
| 15 | Q    Okay. | 13:51:27 |
| 16 | A    -- to the time period between 2008 and | 13:51:27 |
| 17 | 2017. | 13:51:30 |
| 18 | Q    Okay.  That -- that would be helpful.  So | 13:51:30 |
| 19 | we'll get there.  Is there anything else that | 13:51:32 |
| 20 | happens after the O -- what happens after the OMB | 13:51:39 |
| 21 | process of sharing that with the Department of | 13:51:42 |
| 22 | State? | 13:51:44 |
| 23 | A    The OMB would share it, and once they | 13:51:44 |
| 24 | receive comments from the interagency partners, | 13:51:46 |
| 25 | which is mainly the Department of State, they would | 13:51:49 |

| | | |
|---|---|---|
| 1 | provide any edits back to OGC and USCIS Regulatory | 13:51:52 |
| 2 | Coordination Division for us to adjudicate.  Once we | 13:51:59 |
| 3 | sign off on those, we send it back -- I'm sorry.  We | 13:52:02 |
| 4 | make sure that OMB has no other issues.  So it's a | 13:52:06 |
| 5 | back-and-forth with OMB at that point on the | 13:52:10 |
| 6 | technicalities on the language to ensure that the | 13:52:12 |
| 7 | interagency agrees with the Federal -- Federal | 13:52:17 |
| 8 | Register Notice. | 13:52:27 |
| 9 | Q    And at that -- what happens at that point? | 13:52:27 |
| 10 | A    Once the entire -- once everyone is | 13:52:29 |
| 11 | satisfied with the Federal Register Notice through | 13:52:32 |
| 12 | the OMB process, it is then signed and submitted to | 13:52:34 |
| 13 | the Federal Register.  So we submit it to the | 13:52:41 |
| 14 | Federal Register.  There are certain time periods in | 13:52:49 |
| 15 | which you can have it printed.  We send it over.  It | 13:52:51 |
| 16 | may take a day for it to -- to be uploaded and to | 13:52:54 |
| 17 | have it for public inspection and then it's printed | 13:53:00 |
| 18 | in the Federal Register. | 13:53:03 |
| 19 | Q    At what point in this process is the | 13:53:04 |
| 20 | decision made?  Would you consider that when the | 13:53:07 |
| 21 | Federal Register Notice is -- | 13:53:12 |
| 22 | A    A decision made? | 13:53:12 |
| 23 | Q    -- finalized or when the secretary signs | 13:53:14 |
| 24 | off on the -- | 13:53:18 |
| 25 | A    Decision memo. | 13:53:18 |

```
1     Q    -- decision memo is the final decision?        13:53:19
2     A    Yes.                                            13:53:21
3     Q    One other question that I hadn't asked          13:53:30
4  before:  There's a decision memo in CIS and the         13:53:32
5  country conditions report.  Who writes the country      13:53:39
6  conditions report and who writes the decision --        13:53:44
7  sorry.  Who writes the country conditions report?       13:53:45
8     A    The country conditions report is written by     13:53:45
9  the research team within Refugee Asylum and             13:53:49
10 International Operations Directorate.  That is a        13:53:55
11 component within USCIS.  They handle refugee and        13:53:55
12 asylum work.                                            13:53:58
13    Q    And then the decision memo is written in        13:54:00
14 the way that you've described?                          13:54:02
15    A    Yes.  So they provide that research and         13:54:03
16 country conditions to my staff and then incorporate     13:54:05
17 it into the decision.                                   13:54:08
18    Q    And there were just a couple of people --       13:54:14
19 you already answered a lot of these questions           13:54:17
20 earlier, so I can cut some of them down.  There are     13:54:19
21 a number of people I just wanted to understand what     13:54:24
22 their role was.  Arex Avanni?                           13:54:27
23    A    Do you mind if I go back to the 2008 to         13:54:32
24 2017, or do you want to talk about the people?          13:54:34
25    Q    Just -- if it's okay I'd rather go through      13:54:36
```

```
 1    Q    Do you remember what this was in response    14:17:48
 2  to?                                                  14:17:49
 3    A    As I stated, it's probably in response to    14:17:51
 4  the secretary wanting the input of other federal    14:17:54
 5  agency partners in the review process.              14:18:06
 6    Q    Yeah.  Okay.  Thank you for bearing with me   14:18:29
 7  with all those names.                               14:18:31
 8        So I'm not going to make you go through the    14:18:41
 9  entire history of -- from 2008 till the present of   14:18:44
10  exactly what that process looks like in as much      14:18:47
11  detail, but I know that you wanted to say something  14:18:51
12  about what the process was and how it differed or    14:18:54
13  didn't differ prior to 2017.                         14:18:55
14    A    Sure.  I think it's important to know that    14:18:58
15  when I came in, again, I deferred to my staff who    14:19:00
16  have done this since about 2008, and so because you  14:19:03
17  had asked about it.  The process was regular --      14:19:06
18  pretty similar.  There is a decision memo, there's a 14:19:09
19  Federal Register Notice.  However, in the previous   14:19:15
20  administration, a decision memo was written in       14:19:18
21  conjunction at the same time as the Federal Register 14:19:23
22  Notice, and that -- that Federal Register Notice,    14:19:34
23  which was cleared by all the relevant personnel, you 14:19:40
24  know, that I mentioned earlier, but that went to OMB 14:19:45
25  prior to the decision-making.                        14:19:48
```

| | | |
|---|---|---|
| 1 | Q    Why do you think that process changed? | 14:19:58 |
| 2 | A    When I came in as chief, the -- the | 14:19:58 |
| 3 | decision memo was written and because I did not want | 14:20:03 |
| 4 | staff to expend resources to write a Federal | 14:20:10 |
| 5 | Register Notice that went in three or four different | 14:20:13 |
| 6 | directions for every option available, I asked them | 14:20:15 |
| 7 | to withhold writing the Federal Register Notice | 14:20:20 |
| 8 | until a decision was made. | 14:20:21 |
| 9 | Q    To make sure I understand correctly, the | 14:20:24 |
| 10 | Federal Register Notice in previous administrations, | 14:20:26 |
| 11 | it was -- what was sent to the OMB before the | 14:20:32 |
| 12 | decision was made was not just one Federal Register | 14:20:33 |
| 13 | Notice, but various drafts of Federal Register | 14:20:36 |
| 14 | Notices? | 14:20:40 |
| 15 | A    I don't know how many they sent.  Maybe | 14:20:40 |
| 16 | they assumed that they knew what the decision was | 14:20:42 |
| 17 | and they only sent one.  If there were options, they | 14:20:44 |
| 18 | may have sent more.  It's -- I don't know.  But it's | 14:20:47 |
| 19 | during that OMB process where there's input from | 14:20:54 |
| 20 | other agencies during that decision process; | 14:20:57 |
| 21 | whereas, now it's, you know, the decision of the | 14:21:00 |
| 22 | secretary and then it's sent to OMB. | 14:21:02 |
| 23 | Q    Okay.  In previous administrations when the | 14:21:10 |
| 24 | OMB received the Federal Register Notice or Notices, | 14:21:15 |
| 25 | would they then begin that interagency consultation | 14:21:22 |

| | | |
|---|---|---|
| 1 | process prior to -- potentially prior to the | 14:21:27 |
| 2 | decision actually being made? | 14:21:29 |
| 3 | A    Yes. | 14:21:30 |
| 4 | Q    And what would that consultation process | 14:21:31 |
| 5 | look like, to the extent that you know? | 14:21:33 |
| 6 | A    It's the same process I explained before | 14:21:37 |
| 7 | with the Federal Register Notice.  That is, it's | 14:21:40 |
| 8 | sent to agency partners that may have a stake in it. | 14:21:41 |
| 9 | Again, it could be the Department of State.  It | 14:21:44 |
| 10 | could be the Department of Defense.  It could be the | 14:21:46 |
| 11 | Department of Justice.  It could be the Department | 14:21:48 |
| 12 | of Health and Human Services if it had to deal with | 14:21:54 |
| 13 | Ebola so -- and also to the executive office.  I | 14:21:55 |
| 14 | understand that they're part of the review as well. | 14:21:58 |
| 15 | Q    Are there other changes from 2007 -- how | 14:22:07 |
| 16 | the TPS decisions were made from 2007 to the present | 14:22:12 |
| 17 | as compared to prior to 2017? | 14:22:15 |
| 18 | A    No.  For -- for the most part, because the | 14:22:17 |
| 19 | subject matter experts who were there in the | 14:22:21 |
| 20 | previous administration were also there for the last | 14:22:22 |
| 21 | several decisions, the process mainly remained the | 14:22:28 |
| 22 | same.  They shifted slightly, but it had to deal | 14:22:33 |
| 23 | with, you know, what time -- or the timing of a | 14:22:35 |
| 24 | State Department recommendation and assessment, you | 14:22:39 |
| 25 | know, but overall the process was generally the | 14:22:46 |

 1  relevant for a decision about TPS determinations?     15:25:42
 2          MR. TYLER:  Again, I'll object as being       15:25:46
 3  outside the scope of the 30(b)(6) notice, ongoing     15:25:48
 4  objection.                                            15:25:52
 5          THE WITNESS:  I don't know if it's relevant   15:25:55
 6  to a decision or if it has been asked for in the      15:25:56
 7  past.                                                 15:26:00
 8  BY MS. MACLEAN:                                       15:26:00
 9      Q    Is it one of the criteria that's considered  15:26:00
10  by USCIS or the department in making a decision with  15:26:04
11  regard to TPS for a particular country?               15:26:10
12      A    I don't think it's normally considered.      15:26:13
13  Not to say it has never been considered, but, again,  15:26:16
14  after asking for it and realizing that it's hard to   15:26:21
15  track and the data doesn't exist, it probably hasn't  15:26:25
16  been considered.                                      15:26:28
17      Q    And what makes you think it's not normally   15:26:28
18  considered?                                           15:26:32
19      A    Because, as I just said, that it's           15:26:33
20  difficult to track and it's hard to -- hard to        15:26:35
21  obtain this information.  It may not even exist and    15:26:41
22  that's why it may not be asked for.                   15:26:44
23      Q    Do you know why it was being considered      15:26:46
24  this time?                                            15:26:47
25      A    No, I don't know.  Again, the secretary was  15:26:48

| | | |
|---|---|---|
| 1 | new.  The secretary wanted to understand TPS | 15:26:54 |
| 2 | populations. | 15:26:57 |
| 3 |     Q    Okay.  And then the third bullet point: | 15:26:57 |
| 4 | How many have been convicted of crimes, is that | 15:27:01 |
| 5 | relevant for a TPS determination? | 15:27:06 |
| 6 |     A    It may be.  It was information that the | 15:27:12 |
| 7 | secretary's office wanted to understand about the | 15:27:17 |
| 8 | TPS population. | 15:27:20 |
| 9 |     Q    Why -- how may it be relevant for making a | 15:27:21 |
| 10 | determination about TPS for a particular country? | 15:27:27 |
| 11 |     A    I'd have to look at the statute again. | 15:27:31 |
| 12 |     Q    I think you have it in front of you.  I | 15:27:33 |
| 13 | think it's Exhibit 1. | 15:27:36 |
| 14 |     A    I'm not an attorney.  So I would just point | 15:29:00 |
| 15 | to Section 244(b), the designation, 244(b)(c):  The | 15:29:02 |
| 16 | attorney general finds that there exist | 15:29:07 |
| 17 | extraordinary and temporary conditions -- I'm sorry. | 15:29:08 |
| 18 | The attorney general finds that there exist | 15:29:11 |
| 19 | extraordinary and temporary conditions in the | 15:29:14 |
| 20 | foreign state that prevent aliens who are nationals | 15:29:16 |
| 21 | of that state from returning to that state in | 15:29:20 |
| 22 | safety, unless the attorney general finds that | 15:29:24 |
| 23 | permitting the aliens to remain temporarily in the | 15:29:28 |
| 24 | United States is contrary to the national interest | 15:29:31 |
| 25 | of the United States. | 15:29:35 |

1    Q    So how do you -- when you read that, you          15:29:40
2    state that that points to why the data that you've     15:29:45
3    requested here is relevant.  Can you elaborate how     15:29:48
4    that section suggests that the data that you           15:29:50
5    requested was relevant?                                15:29:58
6    A    I think it's pretty clear what it says,           15:29:59
7    that the attorney general finds that permitting        15:30:01
8    aliens to remain temporarily in the United States is   15:30:03
9    contrary to the national interest of the United        15:30:08
10   States.  That may be the relevance.                    15:30:11
11   Q    So are you suggesting that if there were a        15:30:14
12   large number of TPS holders who were on public and     15:30:17
13   private relief, that that might be a reason to deny     15:30:21
14   or to not extend TPS because it would be contrary to   15:30:27
15   the national interest?  I don't want to put words in   15:30:32
16   your mouth, so if you could clarify.                   15:30:34
17   A    Yeah, you are putting words in my mouth,          15:30:36
18   and, again, I cannot testify to the legal              15:30:39
19   consideration that is given.  I can only tell you      15:30:41
20   what is in the statute, and the factors that are       15:30:44
21   considered are what's in the secretary -- in the       15:30:48
22   decision memo to the secretary.                        15:30:51
23   Q    So you're stating that how many TPS holders       15:30:52
24   are on public and private relief and how many have     15:30:57
25   been convicted of crimes may go to the question of     15:31:00

| | | |
|---|---|---|
| 1 | whether TPS -- TPS extension would be in the | 15:31:02 |
| 2 | national interest? | 15:31:09 |
| 3 |    A    I did not say that.  I think you're putting | 15:31:11 |
| 4 | words in my mouth again.  I'm just saying that | 15:31:13 |
| 5 | there -- there could be relevance between those data | 15:31:15 |
| 6 | points and Section 244 of the INA. | 15:31:18 |
| 7 |    Q    I'm trying to understand exactly what you | 15:31:21 |
| 8 | mean by that because you've read a significant | 15:31:25 |
| 9 | provision, which includes a number of words.  I | 15:31:28 |
| 10 | don't know what words you're pointing to that you're | 15:31:31 |
| 11 | saying this data is relevant to. | 15:31:34 |
| 12 |          Could you clarify what part of 244(b) you | 15:31:37 |
| 13 | think suggests that DHS should be collecting data on | 15:31:41 |
| 14 | how many TPS holders are on public and private | 15:31:52 |
| 15 | relief and how many have been convicted of crimes? | 15:31:56 |
| 16 |          MR. TYLER:  Objection, mischaracterizes | 15:31:58 |
| 17 | testimony. | 15:32:00 |
| 18 |          THE WITNESS:  I didn't suggest that we | 15:32:00 |
| 19 | should.  The question came do we have it.  The | 15:32:02 |
| 20 | secretary's office wanted to know the population -- | 15:32:05 |
| 21 | information about TPS population. | 15:32:12 |
| 22 | BY MS. MACLEAN: | 15:32:15 |
| 23 |    Q    So you've suggested that that may be | 15:32:15 |
| 24 | relevant to the decision around TPS, and I'm not | 15:32:17 |
| 25 | putting words -- not suggesting that this is your | 15:32:20 |

| | | |
|---|---|---|
| 1 | MR. TYLER:  Objection, vague. | 16:55:57 |
| 2 | THE WITNESS:  You're asking if I consider | 16:56:03 |
| 3 | the points that he raised would be relevant | 16:56:04 |
| 4 | criteria? | 16:56:09 |
| 5 | BY MS. MACLEAN: | 16:56:09 |
| 6 | Q    Yes.  That's my question. | 16:56:09 |
| 7 | A    I think there may be points in here that | 16:56:11 |
| 8 | are not relevant. | 16:56:15 |
| 9 | Q    What are the points that are not relevant | 16:56:15 |
| 10 | in here? | 16:56:17 |
| 11 | A    Data shows that TPS recipients have a very | 16:56:32 |
| 12 | high workforce participation rate, much higher than | 16:56:35 |
| 13 | the national average is one example.  TPS recipients | 16:56:40 |
| 14 | have jobs, have gotten married, have many thousands | 16:56:42 |
| 15 | of American citizen children.  Work legally in great | 16:56:46 |
| 16 | numbers.  Pay taxes.  Own homes.  Own businesses and | 16:56:54 |
| 17 | live the American dream minus a path to citizenship. | 16:56:57 |
| 18 | I'll stop there.  Those are examples. | 16:57:11 |
| 19 | Q    Can you elaborate in the second paragraph | 16:57:14 |
| 20 | and third paragraphs -- and this will be the last | 16:57:18 |
| 21 | point on this document, but what portions of those | 16:57:20 |
| 22 | paragraphs are inconsistent with the statute? | 16:57:24 |
| 23 | MR. TYLER:  What paragraphs are you on? | 16:57:27 |
| 24 | MS. MACLEAN:  The Working Against Ourselves | 16:57:28 |
| 25 | and Foreign Policy Considerations. | 16:57:30 |

| | | |
|---|---|---|
| 1 | BY MS. MACLEAN: | 16:57:32 |
| 2 | Q    So what else in the section of Working | 16:57:43 |
| 3 | Against Ourselves and Foreign Policy Considerations | 16:57:45 |
| 4 | are not criteria that should be considered for TPS | 16:57:48 |
| 5 | determinations? | 16:57:50 |
| 6 | A    The fact that the U.S. is investing $700 | 16:57:54 |
| 7 | million into Central America aimed at mitigating the | 16:57:57 |
| 8 | push factors of migration.  It may be a relevant | 16:58:04 |
| 9 | factor. | 16:58:10 |
| 10 | Q    Sorry.  It may be a relevant factor? | 16:58:10 |
| 11 | A    It may be a relevant factor but -- the fact | 16:58:13 |
| 12 | that we are spending money in Central America, but | 16:58:22 |
| 13 | the fact that we're trying to mitigate push factors | 16:58:25 |
| 14 | of migration, I'm not quite sure how that is | 16:58:28 |
| 15 | relevant to the standards in the INA. | 16:58:31 |
| 16 | Q    What about the sentence that starts at the | 16:58:49 |
| 17 | bottom of that page:  While willing partners, this | 16:58:51 |
| 18 | massive influx of returnees puts huge burdens on | 16:58:54 |
| 19 | employment, large scale unemployment is compounded | 16:58:54 |
| 20 | by the fact that almost 70 percent of Hondurans work | 16:59:00 |
| 21 | in the gray economy and other weak institutions and | 16:59:03 |
| 22 | services, is that relevant criteria? | 16:59:05 |
| 23 | A    It's not -- this is not a clear sentence as | 16:59:09 |
| 24 | to the massive influx of returnees.  Is that a huge | 16:59:11 |
| 25 | burden on which country?  Honduras?  It's not clear | 16:59:18 |

1    to me what we're talking about here.  Honduras.          16:59:21

2        Q    Yes.  Is that -- is that a relevant           16:59:30

3    criterion for considering whether TPS should be         16:59:35

4    extended or terminated?                                 16:59:37

5            MR. TYLER:  I think the deponent has            16:59:39

6    testified that it's not clear what is being said in     16:59:41

7    that sentence, so I think it's an unfair question.      16:59:43

8            THE WITNESS:  I think it's relevant to a        16:59:48

9    TPS designation on whether or not a country can         16:59:51

10   adequately handle the return of its nationals.          16:59:57

11   BY MS. MACLEAN:                                         17:00:06

12       Q    So in the fourth sentence of the Foreign       17:00:06

13   Policy Considerations he writes that violence has       17:00:10

14   been reduced, though it is still at intolerably high    17:00:13

15   levels.  Is that a relevant criterion for whether       17:00:16

16   TPS should be extended or terminated for --             17:00:20

17       A    We include --                                  17:00:23

18       Q    Sorry -- just for Honduras, El Salvador,       17:00:25

19   and Nicaragua?                                          17:00:28

20       A    We include in our decision memo I believe     17:00:29

21   in some instances information on violence.  So that     17:00:34

22   is a factor that the secretary can consider, but        17:00:39

23   whether or not that goes to -- I think that can be      17:00:47

24   debated.                                                17:00:54

25       Q    Can you elaborate?                             17:00:55

| | | |
|---|---|---|
| 1 | A    I think there might be differing opinions | 17:00:56 |
| 2 | about whether or not violence is an adequate | 17:00:58 |
| 3 | criteria or appropriate criteria I should say. | 17:01:08 |
| 4 | Q    Is there a position of USCIS at this time? | 17:01:11 |
| 5 | A    We include a discussion on violence in our | 17:01:16 |
| 6 | memos as well, our decision memos, because we want | 17:01:18 |
| 7 | to lay out all the conditions in a country for the | 17:01:21 |
| 8 | secretary to consider. | 17:01:25 |
| 9 | Q    But does USCIS have a position about | 17:01:26 |
| 10 | whether it is a relevant criterion even -- well, | 17:01:28 |
| 11 | I'll leave the question there. | 17:01:33 |
| 12 | Does USCIS have a position about whether | 17:01:34 |
| 13 | violence in a country that has been designated for a | 17:01:38 |
| 14 | natural disaster is a relevant criteria for a later | 17:01:40 |
| 15 | determination? | 17:01:45 |
| 16 | A    You're going to have to repeat your | 17:01:48 |
| 17 | question. | 17:01:50 |
| 18 | Q    Does USCIS have a position about whether | 17:01:50 |
| 19 | violence in a country that has been designated for | 17:01:57 |
| 20 | TPS on account of a natural disaster, whether that | 17:02:00 |
| 21 | violence is a relevant criterion to consider when | 17:02:04 |
| 22 | making a determination about whether TPS should be | 17:02:10 |
| 23 | extended or terminated for that country? | 17:02:13 |
| 24 | A    I don't know what the USCIS position is. | 17:02:17 |
| 25 | Again, we include it as part of our decision memo. | 17:02:21 |

```
 1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

 2          I, Joan V. Cain, Court Reporter, the officer

 3   before whom the foregoing deposition was taken, do

 4   hereby certify that Kathy Nuebel Kovarik personally

 5   appeared before me on August 3, 2018 and was duly

 6   sworn; that the foregoing transcript is a true and

 7   correct record of the testimony given; that said

 8   testimony was taken by me stenographically and

 9   thereafter reduced to typewriting under my

10   direction; that reading and signing was not

11   requested; and that I am neither counsel for,

12   related to, nor employed by any of the parties to

13   this case and have no interest, financial or

14   otherwise, in its outcome.

15          IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 6th day of

17   August 2018.

18

19   My commission expires:

20   July 31, 2019

21   _____

22   NOTARY PUBLIC IN AND FOR THE

23   DISTRICT OF COLUMBIA

24

25
```