# EXHIBIT 3

| | |
|---|---|
| **From:** | S2ECD |
| **Sent:** | Friday, November 10, 2017 11:03 AM |
| **To:** | Kelly, John F. EOP/WHO |
| **Subject:** | RE: Reporting |

Chief, first of all I'm sorry this noise continues to happen. It is a false story, appears to be from multiple sources, and I set the record straight immediately yesterday morning through Jonathan as at that time, WH and DHS public affairs thought that the best way to get it to die quickest. They are now reevaluating to decide if I should go on the record directly today. Your concern about Honduran relationship is one of the reasons I delayed the decision for 6 months. I'm working that, Mexico, and other Central America relationships, and also have a meeting with ADM Kidd Monday. Unfortunately, I think you are getting inaccurate information on me and positions, which is probably why you were woken up in the first place. I will as always be honest with you and others if given the opportunity. Additionally, the internal controversy was at least in part because there was a WH strategy that DHS, and me as the decision maker, wasn't informed of. I will do more to try to improve communications. What bothers me most about this is not that it maligned you and me, but that it detracts from the amazing work done by the men and women of DHS every day for this country and in support of the Administration. Elaine

Elaine C. Duke
Acting Secretary, Department of Homeland Security

---

From: Kelly, John F. EOP/WHO
Sent: Friday, November 10, 2017 3:14:04 AM
To: Hicks, Hope C. EOP/WHO; Sanders, Sarah H. EOP/WHO; Schlapp, Mercedes V.
Cc: Bossert, Thomas P. EOP/WHO; Short, Marc T. EOP/WHO; McGahn, Donald F. EOP/WHO; S2ECD; McMaster, H. R. EOP/WHO; Bremberg, Andrew P. EOP/WHO; Miller, Stephen EOP/WHO
Subject: Reporting

All

   For the record the reporting on my phone call with Secretary (Acting) Duke is foolishness. There were, to the best of my knowledge, four people on the phone call and all knew it: Elaine, me, Zack and Tom.

   The conversation revolved around "make a decision." That the decision on TPS was entirely hers. That what ever she decided she'd be criticized but that comes with the job. My view was to grant limited (no more than 12 months or so vice the maximum 18 months allowed by the TPS program) to the Central American TPS recipients who have been here for 20 years. This approach then gives us time to work out a permanent solution with the hill. Similar thinking on Haiti.

   Only Elaine can set the record straight. I hope she does.

   I will be calling the Honduran president today to correct this poorly sourced article.

Kelly


Sent from my iPad