# EXHIBIT 4

JAMES D. NEALON - 08/22/2018

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO
 4                      Case No. 3:18-cv-1554-EMC
 5   - - - - - - - - - - - - - - - - - - - x
 6   CRISTA RAMOS, et al.,
 7            Plaintiffs,
 8   v.
 9   KIRSTJEN NIELSEN, et al.,
10            Defendants.
11   - - - - - - - - - - - - - - - - - - -x
12                      VOLUME II
13      VIDEOTAPED DEPOSITION OF JAMES D. NEALON
14         Wednesday, August 22, 2018 1:15 p.m.
15                   Sidley Austin LLP
16          60 State Street, Boston, MA 02109
17
18
19
20   Reported by:
21   Janet Sambataro, RMR, CRR, CLR
22   JOB NO. LA-189184
23
24
25
```

1
2
3                       August 22, 2018
4                         1:15 p.m.
5
6
7
8        Videotaped deposition of JAMES NEALON,
9    held at the offices of Sidley Austin LLP, 60
10   State Street, Boston, Massachusetts, pursuant to
11   Agreement before Janet Sambataro, a Registered
12   Merit Reporter, Certified Realtime Reporter,
13   Certified LiveNote Reporter, and a Notary Public
14   within and for the Commonwealth of Massachusetts.
15
16
17
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| 1 | A. Correct. | 14:31:07 |
| 2 | Q. Were any of the other people in your -- | 14:31:07 |
| 3 | to your understanding, who were copied there | 14:31:09 |
| 4 | connected to the Domestic Policy Council? | 14:31:10 |
| 5 | A. You know, I just don't know what their | 14:31:17 |
| 6 | titles were in the White House. | 14:31:20 |
| 7 | Q. Okay. And did you understand whether | 14:31:22 |
| 8 | the Domestic Policy Council had a particular role | 14:31:25 |
| 9 | or equity in TPS? | 14:31:28 |
| 10 | A. So when you say "role" or "equity," you | 14:31:32 |
| 11 | know, TPS, by its nature, is a Secretary of | 14:31:40 |
| 12 | Homeland Security decision. In other words, it | 14:31:45 |
| 13 | was her decision to make, not -- it was not in | 14:31:49 |
| 14 | the White House decision. | 14:31:54 |
| 15 | Q. Was there a particular interest from | 14:31:58 |
| 16 | the Domestic Policy Council that had been | 14:32:01 |
| 17 | expressed, to your understanding? | 14:32:04 |
| 18 | A. Again, so I go back to the conversation | 14:32:07 |
| 19 | that we already spoke about that I had with Chad | 14:32:13 |
| 20 | Wolf, the brief conversation in which he | 14:32:17 |
| 21 | indicated that Mr. Miller was -- was in frequent | 14:32:19 |
| 22 | touch with him about -- about TPS. | 14:32:23 |
| 23 | Q. Do you know why the White House Chief | 14:32:32 |
| 24 | of Staff in communication with the Domestic | 14:32:35 |
| 25 | Policy Council around TPS? | 14:32:37 |

| | | |
|---|---|---|
| 1 | MR. KIRSCHNER: Objection. Assumes | 14:32:40 |
| 2 | facts not in evidence. I don't think he said the | 14:32:40 |
| 3 | White House Chief of Staff. | 14:32:42 |
| 4 | MS. MacLEAN: Sorry. Thank you. | 14:32:43 |
| 5 | MR. KIRSCHNER: It also calls for | 14:32:45 |
| 6 | speculation. | 14:32:46 |
| 7 | Q. Do you know why the DHS Secretary's | 14:32:48 |
| 8 | Chief of Staff in communication with someone from | 14:32:50 |
| 9 | the Domestic Policy Council about TPS? | 14:32:53 |
| 10 | MR. KIRSCHNER: Again, objection. | 14:32:56 |
| 11 | Calls for speculation. | 14:32:57 |
| 12 | A. So -- so I don't know specifically. | 14:32:58 |
| 13 | You know, from my experience in government, I | 14:33:01 |
| 14 | know it's a very normal thing for people to | 14:33:04 |
| 15 | communicate about upcoming policy decisions | 14:33:08 |
| 16 | across agencies and -- and with the White House. | 14:33:13 |
| 17 | It's not an unusual thing. | 14:33:16 |
| 18 | (Document Bates-stamped | 14:33:18 |
| 19 | DPP_00003553 and -3554 marked Exhibit 55.) | 14:33:18 |
| 20 | MS. MacLEAN: So I'm just going to mark | 14:33:21 |
| 21 | this as Exhibit 55. I don't think we're going to | 14:33:22 |
| 22 | go through this whole thing, but you can take a | 14:33:36 |
| 23 | minute to skim over it. You're not, I think, | 14:33:38 |
| 24 | part of this communication so may have less | 14:33:42 |
| 25 | familiarity with it. | 14:33:45 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Does this start at the | 14:33:48 |
| 2 | end? | 14:33:49 |
| 3 | MS. MacLEAN:  I believe it starts at | 14:33:50 |
| 4 | the end.  Yes, it does start at the end. | 14:33:51 |
| 5 | THE WITNESS:  Let me just read a little | 14:33:54 |
| 6 | bit -- | 14:33:55 |
| 7 | MS. MacLEAN: Yup.  Yup. | 14:33:57 |
| 8 | THE WITNESS:  -- so I know what we're | 14:33:59 |
| 9 | talking about. | 14:34:00 |
| 10 | A.   Okay. | 14:35:24 |
| 11 | Q.   So the first e-mail from October 22nd, | 14:35:25 |
| 12 | 2017, that is on page that is Bates-stamped | 14:35:30 |
| 13 | DPP3555, Ms. Nuebel Kovarik is reaching out to | 14:35:34 |
| 14 | Mr. Zadrozny, Ms. Bash, Mr. Whetstone and | 14:35:43 |
| 15 | Mr. Wetmore.  She identifies them as DPC friends. | 14:35:46 |
| 16 | Do you understand what Ms. Nuebel Kovarik is | 14:35:55 |
| 17 | asking there? | 14:35:57 |
| 18 | A.   Yes. | 14:35:59 |
| 19 | Q.   What do you understand her to be | 14:36:00 |
| 20 | asking? | 14:36:01 |
| 21 | MR. KIRSCHNER:  Objection.  Calls for | 14:36:02 |
| 22 | speculation. | 14:36:03 |
| 23 | A.   So based on what I see here in the | 14:36:05 |
| 24 | e-mail, Ms. Nuebel Kovarik is saying that | 14:36:07 |
| 25 | Secretary Duke would like to get input from other | 14:36:14 |

| | | |
|---|---|---|
| 1 | departments and agencies in the inner agency, and | 14:36:18 |
| 2 | then the e-mail chain that ensues is a lot of | 14:36:23 |
| 3 | ideas and discussion about how best to do that. | 14:36:28 |
| 4 | Q.   So there is a reference on the | 14:36:32 |
| 5 | following e-mail to PCC, which is on DPP3554. | 14:36:33 |
| 6 | That's the Bates number. | 14:36:41 |
| 7 | What is a PCC? | 14:36:43 |
| 8 | A.   A PCC is a policy coordinating | 14:36:45 |
| 9 | committee. | 14:36:48 |
| 10 | Q.   And is that a standard entity or thing | 14:36:52 |
| 11 | or process within the government? | 14:36:59 |
| 12 | A.   A PCC is a vehicle that is used to | 14:37:00 |
| 13 | coordinate policy among the inner agency.  So if | 14:37:05 |
| 14 | there's a policy decision that is coming up, a | 14:37:11 |
| 15 | PCC is normally the lowest-level coordinating | 14:37:17 |
| 16 | body that would convene to begin the process of | 14:37:22 |
| 17 | coordinating that particular policy. | 14:37:26 |
| 18 | Q.   And who would usually participate in a | 14:37:28 |
| 19 | PCC? | 14:37:31 |
| 20 | A.   So it's -- it's completely ad hoc.  It | 14:37:31 |
| 21 | depends on the subject matter and it depends on | 14:37:34 |
| 22 | who each agency wants to send, but a PCC is | 14:37:40 |
| 23 | generally a sort of high-working-level entity. | 14:37:45 |
| 24 | Q.   So Mr. Zadrozny then speaks about a | 14:37:56 |
| 25 | paper PC.  What is a paper PC, if you know? | 14:37:59 |

| | | |
|---|---|---|
| 1 | A. So a PC is different from a PCC.  A PC | 14:38:03 |
| 2 | is a principals committee meeting.  And a | 14:38:07 |
| 3 | principals committee meeting is a -- generally a | 14:38:10 |
| 4 | cabinet-level meeting.  It's not -- it's not a | 14:38:15 |
| 5 | cabinet meeting.  It's a meeting of people at the | 14:38:21 |
| 6 | cabinet level to coordinate policy. | 14:38:23 |
| 7 | Q. So who -- and -- | 14:38:26 |
| 8 | A. And, sorry, just to finish. | 14:38:29 |
| 9 | A paper PC would be a virtual meeting that | 14:38:31 |
| 10 | takes place on paper rather than convening those | 14:38:36 |
| 11 | people in a meeting. | 14:38:41 |
| 12 | Q. Okay.  And then two e-mails up, | 14:38:48 |
| 13 | Mr. Hamilton is speaking about three different | 14:38:52 |
| 14 | types of convenings, either convenings on paper, | 14:38:56 |
| 15 | I imagine, or convenings in person, that PCC and | 14:39:00 |
| 16 | the PC which we spoke about, and then also a DC. | 14:39:04 |
| 17 | Do you see that? | 14:39:06 |
| 18 | A. I do. | 14:39:07 |
| 19 | Q. What does a DC refer to? | 14:39:08 |
| 20 | A. A DC is a deputies committee meeting. | 14:39:11 |
| 21 | Q. And what is that? | 14:39:15 |
| 22 | A. So there's a -- there's an order to | 14:39:18 |
| 23 | these things.  A PCC is the lowest level of the | 14:39:20 |
| 24 | three.  As I say, it takes place at the -- sort | 14:39:25 |
| 25 | of high-working level.  A deputies committee | 14:39:28 |

Case 3:18-cv-01554-EMC   Document 117-4   Filed 09/06/18   Page 9 of 10

JAMES D. NEALON - 08/22/2018                    Page 341

| | | |
|---|---|---|
| 1 | meeting would be, in principle anyway, deputies | 14:39:31 |
| 2 | at the cabinet level.  So the Deputy Secretary of | 14:39:38 |
| 3 | State, the Deputy Attorney General, et cetera. | 14:39:41 |
| 4 | And then a principals committee meeting would be | 14:39:46 |
| 5 | their bosses, the actual cabinet members, the | 14:39:48 |
| 6 | principals. | 14:39:51 |
| 7 |     Q.  Do you know if a PCC was ever convened | 14:39:52 |
| 8 | with regard to TPS?  Policy coordinating | 14:39:55 |
| 9 | committee? | 14:39:58 |
| 10 |     A.  I don't recall. | 14:40:00 |
| 11 |     Q.  Do you know if a DC was ever convened | 14:40:02 |
| 12 | with regard to TPS? | 14:40:05 |
| 13 |     A.  I don't recall. | 14:40:06 |
| 14 |       (Document Bates-stamped | 14:40:07 |
| 15 |   DPP_00003566 through -3581 marked Exhibit | 14:40:07 |
| 16 |   56.) | 14:40:07 |
| 17 |       THE WITNESS:  Thank you. | 14:40:25 |
| 18 | BY MS. MacLEAN: | 14:40:26 |
| 19 |     Q.  So I've entered into evidence | 14:40:29 |
| 20 | Exhibit 56.  I'll give you a moment to review | 14:40:31 |
| 21 | that.  You don't need to read it in its entirety | 14:40:35 |
| 22 | right now, but to get some familiarity with it. | 14:40:38 |
| 23 |       MR. KIRSCHNER:  What exhibit number is | 14:41:42 |
| 24 | this? | 14:41:43 |
| 25 |       MS. MacLEAN:  56. | 14:41:43 |

Epiq Court Reporting Solutions - Woodland Hills
1-800-826-0277                                          www.deposition.com

```
 1              E R R A T A   S H E E T
 2         I, JAMES NEALON, do hereby certify that
 3    I have read the foregoing transcript of my
 4    testimony, and further certify that it is a true
 5    and accurate record of my testimony (with the
 6    exception of the corrections listed below).
 7    PAGE    LINE                CORRECTION
 8    339      1     should be "interagency" vice "inner agency"
 9    339     13     same change as above
10    348     21     same change as above
11    358     25     "Deputy Chief of Mission" vice "Admission"
12    358     11     "interagency" vice "inner agency"
13    ____   ____   _____
14    ____   ____   _____
15    ____   ____   _____
16    ____   ____   _____
17    ____   ____   _____
18    ____   ____   _____
19    ____   ____   _____
20    Signed under the pains and penalties this  5th
21    day of  September          , 2018.
22
23                         _____
24                                JAMES NEALON
25
```