Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA  90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**SUPPLEMENTAL DECLARATION OF ALYCIA A. DEGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      September 25, 2018<br>Time:     10:30 a.m.<br>Place:    Courtroom 5, 17th Floor |

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493<br>Fax: +1 415 863 7832 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Part-time Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1219<br>Facsimile: +1 415 772 7400 | Amanda Farfel (SBN 288126)<br>afarfel@sidley.com<br>Andrew B. Talai (SBN 300053)<br>atalai@sidley.com<br>Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>Mohindra Rupram (SBN 319478)<br>mrupram@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600 |
| Katelyn N. Rowe (SBN 318386)<br>krowe@sidley.com<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA  90067<br>Telephone: +1 310 595 9598<br>Facsimile: +1 310 595 9501 | Jessica Fishfeld (*Pro Hac Vice*)<br>jfishfeld@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Telephone: +1 312 853 2031<br>Facsimile: +1 312 853 7036 |
| Matthew J. Letten (*Pro Hac Vice*)<br>mletten@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: +1 202 736 8565<br>Facsimile: +1 736 8711 | Jillian R. Dent (*Pro Hac Vice*)<br>jdent@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Telephone: +1 312 853 7022<br>Facsimile: +1 312 853 7036 |

* *Institution listed for identification purposes only*

I, Alycia A. Degen, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a partner at Sidley Austin LLP ("Sidley"), counsel of record in this action for plaintiffs. I make this supplemental declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 124** is a true and correct copy of an email thread dated from between April 13, 2017 and April 14, 2018 by and between a senior individual in USCIS's Refugee, Asylum, and International Operations (RAIO) division and TPS subject matter experts in USCIS OP&S, bearing Bates numbers DPP_00018751. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction and requested that the document be filed in redacted form. At the Court's request, Plaintiffs can produce the unredacted exhibit *in camera*.

3. Attached hereto as **Exhibit 125** is a true and correct copy of a decision memorandum dated April 21, 2016 from León Rodriquez, bearing Bates numbers DPP_00003865 through DPP_00003865 through DPP_00003884. Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction.

4. Attached hereto as **Exhibit 126** is a true and correct copy of a decision memorandum dated May 10, 2016 from León Rodriquez, bearing Bates numbers DPP_00003865 through DPP_00005404 through DPP_00005431. Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction.

5. Attached hereto as **Exhibit 127** is a true and correct copy of an email thread dated May 30, 2017 by and between Josie Graziadio, Brandon Prelogar, and Kathryn Anderson, bearing Bates numbers DPP_00012028 through DPP_00012031. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

6. Attached hereto as **Exhibit 128** is a true and correct copy of an email thread dated March 1, 2017 by and between Jessica Walters, Brandon Prelogar, Samantha Deshommes, Todd Young, Laurence Levine, Alford Danzy, and Kathryn Anderson, bearing Bates numbers

DPP_00004206 through DPP_00004210. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

7. Attached hereto as **Exhibit 129** is a true and correct copy of an email thread dated May 22, 2017 by and between Angela Hirsch, Brandon Prelogar, and Kathryn Anderson, bearing Bates numbers DPP_00007314 through DPP_00007320. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

8. Attached hereto as **Exhibit 130** is a true and correct copy of an email thread dated September 5, 2017 by and between Laurence Levine, Brandon Prelogar, and Kathryn Anderson, bearing Bates numbers DPP_00007086 through DPP_00007089. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

9. Attached hereto as **Exhibit 131** is a true and correct copy of the caption page, excerpted pages, and the certification pages of a transcript of a deposition of Donald Neufeld, taken on August 9, 2018 in this action.

10. Attached hereto as **Exhibit 132** is a true and correct copy of an email thread dated November 30, 2017 by and between Samantha Deshommes, Kathryn Anderson, and Brandon Prelogar, bearing Bates numbers DPP_00012072 through DPP_00012074. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

11. Attached hereto as **Exhibit 133** is a true and correct copy of a an email thread dated from December 20, 2017 at 8:52 p.m. to 9:56 p.m. by and between a senior individual involved in immigration issues for the National Security Council (NSC) and two TPS subject matter experts in the USCIS OP&S bearing Bates numbers DPP_00011731 to DPP_00011732. At 8:52 p.m. the NSC individual emails the two subject matter experts stating that the NSC individual was looking for the Haiti termination notice but did not see it and did not see anything go through the clearance process. At 9:01 p.m. one TPS subject matter expert stated that the Federal Register Notice has not been published. Later in the chain, at 9:51 p.m., the NSC individual stated, "I remember that the Sudan [Federal Register Notice] was delayed for its own peculiar reasons, but what happened with this one?" At 9:55 p.m., one TPS subject matter expert responds saying, "They've all been delayed in this administration. No idea what Secretary will decide, so can't write in advance. Write quickly

upon decision. Then clearance nightmares. It's frustrating." At 9:56 p.m. the NSC individual responded, stating, "Yea, that seems to be the pattern." Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction and requested that the names in the email be redacted. At the Court's request, Plaintiffs can produce the unredacted exhibit *in camera*.

12. Attached hereto as **Exhibit 134** is a true and correct copy of a draft Department of State Recommendation Regarding Designation/Redesignation of Temporary Protected Status (TPS) for El Salvador – 2017, drafted by career officials, bearing Bates numbers DPP_00015394 through DPP_00015398. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

13. Attached hereto as **Exhibit 135** is a true and correct copy of an email thread dated November 10, 2017 by and between Sarah Sanders, John Kelly, Hope Hicks, Mercedes Schlapp, Zachary Fuentes, Marc Short, Jonathan Hoffman, and Raj Shah, bearing Bates numbers DPP_00003531 through DPP_00003533. Defendants produced this email thread on or after the filing date of Plaintiffs' motion for preliminary injunction.

14. Attached hereto as **Exhibit 136** is a true and correct copy of an article from the Thomson Reuters website (https://reut.rs/2z15epy) posted on November 10, 2017 titled "*Acting DHS Chief Denies White House Pressured Her Over Immigration Program*."

15. Attached hereto as **Exhibit 137** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2MXO6rH) posted on February 23, 2018 titled "*Top Homeland Security Official, Who Clashed With White House Over Immigration Policy, To Step Down*."

16. Attached hereto as **Exhibit 138** is a true and correct copy of an email thread dated February 2, 2018 by and between Brandon Prelogar, Scott Oudkirk, and Kathryn Anderson, bearing Bates numbers DPP_00015400 through DPP_00015407. The email references an attachment, which was produced by Defendants bearing Bates numbers DPP_00015401 through DPP_00015407. Defendants produced this email thread and attachment on or after the filing date of Plaintiffs' motion for preliminary injunction.

3
SUPPLEMENTAL DEGEN DECLARATION ISO MOT. FOR PRELIM. INJ. – CASE NO. 3:18-cv-1554-EMC

17. Attached hereto as **Exhibit 139** is a true and correct copy of an undated decision memorandum from James McCament, bearing Bates numbers DPP_00015365 through DPP_00015369. Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction.

18. Attached hereto as **Exhibit 140** is a true and correct copy of a USCIS memorandum entitled, "Temporary Protected Status Considerations: Nicaragua April 2017", bearing Bates numbers AR-NICARAGUA-00000014 through AR-NICARAGUA-00000030.  Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction.

19. Attached hereto as **Exhibit 141** is a true and correct copy of four pages of undated handwritten notes, bearing Bates numbers DPP_00003562 through DPP_00003565. Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction.

20. Attached hereto as **Exhibit 142** is a true and correct copy of an email dated May 7, 2017 by and between Brook E. Hefright and two TPS subject matter experts in the USCIS OP&S bearing Bates number DPP_00007343. Defendants produced this document on or after the filing date of Plaintiffs' motion for preliminary injunction and requested it be produced in redacted form.  At the Court's request, Plaintiffs can produce the unredacted exhibit *in camera*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 11, 2018         */s/ Alycia A. Degen*
                                   Alycia A. Degen