# EXHIBIT 124

| | |
|---|---|
| **From:** | ▇ |
| **Sent:** | Friday, April 14, 2017 9:47 AM |
| **To:** | ▇ |
| **Cc:** | ▇ |
| **Subject:** | RE: Haiti TPS |

Hi, ▇. It has been too long. It would be great to chat next week. Maybe you, me, and ▇ can go grab a coffee and talk TPS and life. We can share more when we talk, but the short answer is that the decision was a political one by the FO and S1's advisors. Their position was that Haiti was designated on account of the 2010 earthquake, and those conditions have significantly improved. The extraordinary conditions Haiti currently faces are longstanding, intractable problems, not "temporary" as the statute requires. S1 hasn't made a final decision to terminate yet, but if he does go that way, it's looking most likely that the effective date of the termination will be 6 months after the current expiration date of July 22, 2017 - so, January 2018.

+ ▇ so we can plan a chat next week.

---

**From:** ▇
**Sent:** Thursday, April 13, 2017 4:25:06 PM
**To:** ▇
**Subject:** Haiti TPS

Hi ▇, It has been too long since we've talked. Maybe we can get together next week and chat? For now, I'm hoping you can give me your take on the Haiti TPS decision? I'd like to know a little bit more about how it was decided current conditions "don't merit ongoing TPS designation" and when the current designation will come to an end.

Thanks,

▇

▇ Research
Refugee, Asylum and International Operations directorate
DHS/USCIS
▇

Visit the RAIO RU homepage on USCIS Connect!