# EXHIBIT 127

**From:** Graziadio, Josie
**Sent:** Tuesday, May 30, 2017 12:37 PM
**To:** Prelogar, Brandon B                                             Anderson, Kathryn E
                                               Policy-Clearance
**Subject:** FW: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

See below...

**From:** USCIS Exec Sec
**Sent:** Tuesday, May 30, 2017 12:14 PM
**To:** Policy-Clearance; Graziadio, Josie
**Cc:** Bacon, William H; Button, Maria G (Gemma); Carter, Constance L; USCIS Exec Sec
**Subject:** RE: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Good afternoon OP&S,

Please provide the status and an ETA.

Thanks,

*Tina Wimbush*
Writer-Editor
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Washington, DC
Office:                          (for official actions)

**From:** USCIS Exec Sec
**Sent:** Thursday, May 25, 2017 11:34 AM
**To:** Policy-Clearance; USCIS Exec Sec; Graziadio, Josie
**Cc:** Bacon, William H; Button, Maria G (Gemma); Carter, Constance L
**Subject:** RE: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

No problem.  Thanks

*Tina Wimbush*
Writer-Editor
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Washington, DC
Office:                          (for official actions)

**From:** Policy-Clearance
**Sent:** Thursday, May 25, 2017 11:15 AM

**To:** USCIS Exec Sec; Graziadio, Josie
**Cc:** Bacon, William H; Button, Maria G (Gemma); Carter, Constance L
**Subject:** RE: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

EXSO-we had problems with the person who was supposed to be covering this mailbox on Tuesday and are only now looking at this document. We will review as quickly as possible and apologize for the delay. Thanks for your understanding.

-Efren Hernandez

---

**From:** USCIS Exec Sec
**Sent:** Thursday, May 25, 2017 10:37 AM
**To:** Policy-Clearance; Graziadio, Josie
**Cc:** Bacon, William H; Button, Maria G (Gemma); Carter, Constance L; USCIS Exec Sec
**Subject:** FW: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Good morning OP&S,

Please provide the status.

Thanks,

*Tina Wimbush*
Writer-Editor
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Washington, DC
Office: ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (for official actions)

---

**From:** Button, Maria G (Gemma)
**Sent:** Tuesday, May 23, 2017 3:51 PM
**To:** USCIS Exec Sec; Policy-Clearance; Graziadio, Josie
**Cc:** OCC-Clearance; Bacon, William H; Carter, Constance L
**Subject:** RE: [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Please be note that DHS specifically advised that non-Congressional letters regarding TPS be redrafted with the guidance below as opposed to providing template/email notification as we did with the Executive Congressional correspondence.

*Gemma*
**Gemma Button**
US Citizenship and Immigration Services
Chief | *Office of the Executive Secretariat*
Office ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**E-mail:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

---

**From:** USCIS Exec Sec
**Sent:** Tuesday, May 23, 2017 3:44 PM
**To:** Policy-Clearance; Graziadio, Josie
**Cc:** OCC-Clearance; USCIS Exec Sec; Bacon, William H; Button, Maria G (Gemma); Carter, Constance L
**Subject:** [DRAFT RESPONSE REQUEST] Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Good afternoon **OP&S**,

The Department has provided guidance to use when drafting response letters regarding TPS for Haiti:

Guidance from the Secretary's Office:

DCOS Comments, "For S1 letters on Haiti TPS, he wants a stronger response beginning to build a case for not extending."

"From S1, make case as such:

-Highlight temporary nature;
-2010 Earthquake is the only reason for TPS being granted -Not based on hurricane, or current economic conditions -Not based on cholera epidemic"
Suggested language, "As you know, granting TPS was based solely on 2010 earthquake that ravaged Port au Prince. Primarily localized damage in capital region of Port au Prince. Recovery slow but steady, UN has determined their stabilization force is no longer needed. Decision to rebuild palace shows economic is recovering."

Please revise the attached draft response and submit to EXSO **by 1:00, May 24, 2017**.

*Tina Wimbush*
Writer-Editor
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Washington, DC
Office: ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇ (for official actions)

---

**From:** Policy-Clearance
**Sent:** Monday, May 01, 2017 12:35 PM
**To:** USCIS Exec Sec
**Cc:** Chestnut, Monica L
**Subject:** FW: [DRAFT RESPONSE FOR AD1 SIGNATURE] Due 5/1/17 - Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Greetings,

Please receive the attached document as the draft response.

Thanks.

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

---

**From:** Chestnut, Monica L
**Sent:** Monday, April 24, 2017 4:02 PM
**To:** Policy-Clearance; Graziadio, Josie
**Cc:** AAO-Clearance; USCIS Exec Sec; Button, Maria G (Gemma); Carter, Constance L; Bacon, William H; Davis, Marla J
**Subject:** [DRAFT RESPONSE FOR AD1 SIGNATURE] Due 5/1/17 - Joseph Tobin +8 (TPS-Haiti) WF 1142401 VIP 17038

Good afternoon, **OP&S**.

The Department requests that we prepare a draft response for **AD1's signature** to Cardinal Joseph Tobin's attached letter concerning extension of TPS for Haiti. We will obtain clearance from OCC once your draft is completed.

Please click here to review the incoming document, the draft response template, and to upload your draft response letter.

The draft response letter is due to EXSO by **COB, Monday, May 1, 2017**.

Click here to register your response.

EXSO must also obtain DHS Component clearances from MGMT, PLCY, OGC, and OCP once the draft response clears out of USCIS.

Monica Chestnut
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
Department of Homeland Security
█████████ (desk)

-----Original Message-----
From: MEGAN SHEEDFAR █████████
Sent: Monday, April 24, 2017 12:50 PM
To: USCIS Exec Sec
Subject: Instructions for processing (Contact 1142401) (Intranet Quorum IMA005712383)

USCIS: Prepare For Front Office Clearance/Component Head To Sign by the date indicated in the Draft Due Date or Final Reply Direct Due Date field. If you have any questions, please contact ESEC-External Liaison. Thank you.