# EXHIBIT 128

**From:** Walters, Jessica S
**Sent:** Wednesday, March 1, 2017 4:57 PM
**To:** Deshommes, Samantha L                                                  Anderson, Kathryn E                              Young, Todd P
**Cc:** Prelogar, Brandon B                             Levine, Laurence D
    Danzy, Alford L (Al)
    Walters, Jessica S
**Subject:** RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Thanks Sam. Please keep us posted. We have the signed copy.

Thanks,

Jess

---

**From:** Deshommes, Samantha L
**Sent:** Wednesday, March 01, 2017 4:53 PM
**To:** Anderson, Kathryn E; Walters, Jessica S; Young, Todd P
**Cc:** Prelogar, Brandon B; Levine, Laurence D; Danzy, Alford L (Al)
**Subject:** RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)
**Importance:** High

Hi Jess and Todd,

So I just got off a call with OGC. Apparently, the meeting was canceled and should have never been called by DHS ESEC because they misunderstood concerns that Gene H. raised on TPS in general, and automatic EAD extensions to mean "non-concur." I understand that Jennifer Higgins is running this through the DHS COS and plans to get back in touch with OGC tonight on final determination. I will keep you posted.

I'm copying Al Danzy from RCD in case we don't get the final clearance from DHS before I leave tonight so that he can obtain the signed-version tomorrow morning (I will be out of the office tomorrow morning).

Thanks,
Sam

*Samantha Deshommes*
*Chief, Regulatory Coordination Division*
*USCIS, Office of Policy & Strategy*

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** Prater, Jocelyn S
**Sent:** Tuesday, February 28, 2017 8:12 PM
**To:** Anderson, Kathryn E; Walters, Jessica S; Young, Todd P; Swanson, Toni
**Cc:** Prelogar, Brandon B; Deshommes, Samantha L
**Subject:** RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Ok. I sent the request to add you to the meeting.

Thank you,

*Jocelyn*

Jocelyn S. Prater | Lead Scheduler | Office of the Acting Director |
U.S. Citizenship and Immigration Services (USCIS) | Department of Homeland Security (DHS) |

This email may contain privileged or sensitive information for the intended individual or entity to which it is addressed. Any review, duplication, transmission, dissemination, other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please notify the sender and destroy the material immediately."

---

**From:** Anderson, Kathryn E
**Sent:** Tuesday, February 28, 2017 8:10 PM
**To:** Prater, Jocelyn S; Walters, Jessica S; Young, Todd P; Swanson, Toni
**Cc:** Prelogar, Brandon B; Deshommes, Samantha L
**Subject:** RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

I can't think of any obvious link to parole.

---

**From:** Prater, Jocelyn S
**Sent:** Tuesday, February 28, 2017 7:57:18 PM
**To:** Walters, Jessica S; Anderson, Kathryn E; Young, Todd P; Swanson, Toni
**Cc:** Prelogar, Brandon B; Deshommes, Samantha L
**Subject:** RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Lori asked if this has anything to do with parole?

Thank you,
Jocelyn
Jocelyn S. Prater | Lead Scheduler | Office of the Acting Director |
U.S. Citizenship and Immigration Services (USCIS) | Department of Homeland Security (DHS) |

This email may contain privileged or sensitive information for the intended individual or entity to which it is addressed. Any review, duplication, transmission, dissemination, other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please notify the sender and destroy the material immediately."

-----Original Message-----
From: Walters, Jessica S
Sent: Tuesday, February 28, 2017 7:47 PM
To: Anderson, Kathryn E; Young, Todd P; Swanson, Toni; Prater, Jocelyn S
Cc: Prelogar, Brandon B; Deshommes, Samantha L
Subject: RE: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Hi Kathryn:

Adding Sam because she has the latest from OGC on the meeting. I think it is about the extension for El Salvadoran TPS. We got the go-ahead from the department to have Lori sign, and then they cancelled that request and asked for a meeting. Sam spoke with OGC and it appears that the Departments concerns are mostly operational. OGC is aware that the notice does not change anything substantive and is only extending the eads.

Lori still plans to go, am adding Jocelyn in case there are any schedule changes.

Sam - please add anything that I forgot.

Thanks,

Jess


Jessica S. Walters
Senior Advisor
Office of the Director and Deputy Director

U.S. Citizenship and Immigration Services



---

From: Anderson, Kathryn E
Sent: Tuesday, February 28, 2017 5:58:54 PM
To: Walters, Jessica S; Young, Todd P; Swanson, Toni
Cc: Prelogar, Brandon B
Subject: FW: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Jess/Todd/Toni,

We just received this request for a briefing memo for a meeting AS2 has called tomorrow on TPS for El Salvador. I see Lori is on the invite list. Do you have any more details about this meeting and its purpose? We're guessing it's about the Federal Register Notice to extend EADs for current Salvadoran beneficiaries that's pending review by HQ, so we'll draft the BM along those lines unless you hear otherwise. Is Lori planning to attend tomorrow? Thanks for any insight you can provide!

Kathryn

---

From: Graziadio, Josie
Sent: Tuesday, February 28, 2017 5:58:48 PM
To: Anderson, Kathryn E; Prelogar, Brandon B
Subject: FW: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

All yours.

---

From: Bacon, William H
Sent: Tuesday, February 28, 2017 10:56:14 PM
To: Graziadio, Josie; Policy-Clearance
Cc: USCIS Exec Sec; Button, Maria G (Gemma); Carter, Constance L; Bacon, William H
Subject: FW: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Good evening OP&S,

Apologies for the short notice, but the acting Deputy Secretary has called a meeting regarding El Salvador TPS for tomorrow afternoon.

Please draft a Briefing Memo regarding the subject and return to EXSO as soon as possible, but no later than 10:00 AM, tomorrow. Please use the template attached.

RAIO, please provide the latest update on El Salvadoran country conditions by the same time.

OCC, please be prepared to review and clear materials on a highly expedited basis. If we receive materials as noted above, you will have approximately one hour to review. Please note that the Director's Office will also need to review as well as OGC, MGMT, I&A, and PLCY.

Thank you,
Bill

William H. Bacon
Supervisory Management & Program Analyst DHS/USCIS Office of the Executive Secretariat



Sent from my mobile phone.
Please excuse any typos.

---

From: Gillus, Allison
Sent: Tuesday, February 28, 2017 4:34:28 PM
To: Bacon, William H; Button, Maria G (Gemma); Carter, Constance L; Drake, Johnetta; Krebs, Kristie L; Prater, Jocelyn S; Swanson, Toni; USCIS Exec Sec; Walters, Jessica S
Cc: ESEC-BBIC; MGMTExecSec; King, Ria; OGC Exec Sec; Almont, Yohanna; Andreacchio, Miranda; I&A Exec Sec; Petyo, Briana; Plcy Exec Sec
Subject: [URGENT] AS2BB - 03.01.17 - El Salvador TPS (Due: ASAP)

Materials must be submitted at least 48 hours in advance of the meeting to allow time for front office counselor review and delivery to the Chief of Staff's office the morning prior to the event date.

All materials must be formatted to comply with the attached templates

Event Date

Wednesday, 03.01.17 (1615-1645)

Event Name

El Salvador TPS

Lead Component

USCIS

Required Coordination

MGMT, OGC, I&A, PLCY

Product

Briefing Memo

Notes

Details


Attendees:
AS2 Fulghum
Jennifer Higgins
Alan Metzler
Joe Maher

Gene Hamilton
Christina MacDonald
Lori Scialabba


Location: NAC 5110

Meeting Classification: Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified. (i.e., "This meeting [or any of the briefing materials] are classified").

Please note that all materials being shown to the Secretary must be passed through Exec Sec first. Please do not bring anything to the meeting ES has not seen (classified or unclassified) without prior approval. If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110D; 25 if in Rm. 5107.)


Due

ASAP

DHS Briefing Book and Interagency Coordination Standards and Procedures (including links to templates) are located on the DHS intranet at:


Allison M. Gillus
Office of the Executive Secretary
Department of Homeland Security


"ESEC: Excellent Service Endless Commitment"