# EXHIBIT 130

**From:** Levine, Laurence D
**Sent:** Tuesday, September 5, 2017 7:46 AM
**To:** Anderson, Kathryn E; Prelogar, Brandon B
**Subject:** RE: TPS - kathy's edits

Hmm – ok – and thanks for all the work you did over the weekend

---

Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Anderson, Kathryn E
**Sent:** Tuesday, September 05, 2017 7:44 AM
**To:** Levine, Laurence D; Prelogar, Brandon B
**Subject:** RE: TPS - kathy's edits

Yeah, that's where AS1 landed late Friday night.

**From:** Levine, Laurence D
**Sent:** Tuesday, September 05, 2017 7:26:34 AM
**To:** Anderson, Kathryn E; Prelogar, Brandon B
**Subject:** FW: TPS - kathy's edits

I only got these strings last night – so we ended up with terminating Sudan in a year and extending S. Sudan for 18 months?

---

Larry Levine
Senior Advisor
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Nuebel Kovarik, Kathy
**Sent:** Monday, September 04, 2017 10:28 PM
**To:** Anderson, Kathryn E; Deshommes, Samantha L; Prelogar, Brandon B
**Cc:** Levine, Laurence D
**Subject:** RE: TPS - kathy's edits

Thanks so much. I truly appreciate.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

---

**From:** Anderson, Kathryn E
**Sent:** Monday, September 04, 2017 10:25 PM
**To:** Nuebel Kovarik, Kathy; Deshommes, Samantha L; Prelogar, Brandon B
**Cc:** Levine, Laurence D
**Subject:** RE: TPS - kathy's edits

No problem for Brandon and I to handle in the morning. We'll incorporate your thoughts below and make sure that both FRNs are consistent with the decisions and the memos that went up Friday night.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Monday, September 04, 2017 10:03:12 PM
**To:** Deshommes, Samantha L; Anderson, Kathryn E; Prelogar, Brandon B
**Cc:** Levine, Laurence D
**Subject:** RE: TPS - kathy's edits

I've been busy on another pressing issue all weekend....so I'm just getting around to these TPS notices that need to be perfected and sent back up tomorrow. I was going to try to do tonight, but am wiped, so I'll have to do tomorrow. I'm tied up, however, until noon on DACA. Can you guys please help me out with these tomorrow?

**Some thoughts on the Sudan FRN**
I agree with the OGC edits on pages 5 and 7.
I don't follow the logic of keeping those sentences on the top of page 8.
Not sure about the human rights comments on the bottom of page 8. I will trust IHAD's judgement on that suggestion.

**I didn't have the South Sudan notice handy, but we'll have to change that to account for her 18 month extension decision.**

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services

---

**From:** Deshommes, Samantha L
**Sent:** Friday, September 01, 2017 1:02 PM
**To:** McDonald, Christina; Nuebel Kovarik, Kathy
**Cc:** Anderson, Kathryn E; Prelogar, Brandon B; Ries, Lora L; Westmoreland, Megan; Allred, Esther; Boivin, Mark R; Rigdon, Jerry L
**Subject:** RE: TPS - kathy's edits

Thanks, Christina.

We've asked Kathy and the IHAP team to reply directly in RAMS in the interest of time. Adding Mark since he's working directly with Megan to track. I'm off for the rest of the afternoon, but will monitor email as much as I'm able.


Samantha Deshommes
Chief, Regulatory Coordination Division
USCIS, Office of Policy & Strategy

---

**From:** McDonald, Christina
**Sent:** Friday, September 01, 2017 12:57:07 PM
**To:** Nuebel Kovarik, Kathy
**Cc:** Anderson, Kathryn E; Prelogar, Brandon B; Ries, Lora L; Deshommes, Samantha L; Westmoreland, Megan; Allred, Esther
**Subject:** RE: TPS - kathy's edits

Hi Kathy:

Attached is a doc with OGC's comments (both regs & immigration division) to the revised TPS Notices.

Megan Westmoreland (here in OGC) is working directly with Sam and crew on the OGC edits.

One thing I want to flag for you – The sense here was the country-conditions were over-trimmed, particularly regarding governmental human rights abuses. Those abuses were explicitly mentioned in the 2013 Federal Register notice as one of the reasons for re-designation that country.

Christina E. McDonald

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, September 1, 2017 8:04 AM
**To:** McDonald, Christina
**Cc:** Anderson, Kathryn; Prelogar, Brandon B; Ries, Lora; Deshommes, Samantha L
**Subject:** TPS - kathy's edits

Christina –

There were some concerns about the FRN and the rationale for terminating. So, I have revised and think our FO will clear this as edited. I also included suggestions and questions upfront, after conferring with Craig, if you could take a look at those.

There's also some disagreement yet about whose name will be listed on the rule. Our service center operations people are normally listed but don't want to be. It may have to be Samantha.

Thanks.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
[redacted]