# EXHIBIT 131

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN FRANCISCO

 4              Case No. 3:18-cv-1554-EMC

 5   --------------------------------x

 6   CRISTA RAMOS, et al.,

 7                 Plaintiffs,

 8        vs.

 9   KIRSTJEN NIELSEN, et al.,

10                 Defendants.

11   --------------------------------x

12

13          VIDEOTAPE 30(B)(6) DEPOSITION OF

14
        U.S. DEPARTMENT OF HOMELAND SECURITY
15
       VIA ITS REPRESENTATIVE DONALD WARREN NEUFELD
16

17              Thursday, August 9, 2018

18                   Washington, D.C.

19

20

21

22

23   REPORTED BY:

24   Susan Ashe, RMR, CRR

25   Job Number LA-185456
```

```
 1   acting director.
 2           I'm trying to remember all these.
 3           Then went back to headquarters as the
 4   chief of field operations, which was the component
 5   that oversees not the service centers but the other
 6   offices, domestic offices that adjudicate benefits
 7   involving interviews.
 8           I became the deputy associate director for
 9   domestic operations, which was a component at the
10   time that managed all the domestic operations other
11   than the asylum offices.
12           We had a reorganization in 2010 that
13   basically dissolved the domestic operations
14   component and established Service Center Operations
15   as its own directorate, and I became the associate
16   director at that time.
17           So that was in January/February of 2010,
18   and that's what I've been doing ever since.
19      Q.  And I apologize, I know you said this.  Is
20   your title still associate director?
21      A.  Yes.
22      Q.  Is there a director of Service Center
23   Operations?
24      A.  Yes.
25      Q.  And who is that?
```

```
 1      A.   No -- oh, director?  I'm sorry, I
 2   misunderstood your question.
 3      Q.   I'm sorry.  I apologize.
 4           I have not worked in CIS, so if I mix up
 5   some of the titles and names -- let me ask that a
 6   different way.
 7           You're the associate director of Service
 8   Center Operations.
 9           Who do you report to?
10      A.   I report to the deputy director of USCIS.
11      Q.   And who currently has that role?
12      A.   There's nobody permanently in that role.
13           The acting deputy director is Tracy
14   Renaud.
15      Q.   Roughly how long has Ms. Renaud been in
16   that position?
17      A.   Probably about a year.
18      Q.   Did she work with USCIS before the current
19   administration came in?
20      A.   Yes.
21      Q.   Do you recall what her role was before
22   this administration?
23      A.   When she's not the acting deputy, she is
24   the associate director for management, the
25   management directorate.  And I believe she was in
```

```
 1        A.   So I get the order of these things mixed
 2   up, but I know that Haiti, because I asked Haiti,
 3   was the last one that we -- was the first one that
 4   we did not do the FRN for.  So whatever ones came
 5   after that, we did not do the FRN.
 6        Q.   Okay.  And how did this transition on
 7   drafting the FRN come about?
 8        A.   I'm not sure precisely if it was directed
 9   or just a group decision that that's what made sense
10   to do.
11             Again, the FRN really is a document that
12   only can be finalized once you know what the
13   decision is going to be because it just announces
14   the decision and then explains the basis for the
15   decision and then the operational process that needs
16   to follow from that.
17             And the difference now is that the
18   decisions are less foreseeable what they're going to
19   be.
20             So the effort involved in developing the
21   FRN for one of those possible outcomes is not as
22   worthwhile.
23             If you don't know what the likely decision
24   is going to be, then you can't really draft
25   something that's explaining what that decision that
```

```
 1   DISTRICT OF COLUMBIA        )
 2                               : ss
 3
 4          I, SUSAN ASHE, a Registered Merit Reporter
 5   and Notary Public, do hereby certify:
 6          That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is a true record
13   of the testimony given.
14          Before completion of the deposition, review of
15   the transcript [X ] was [ ] was not requested.  If
16   requested, any changes made by the deponent (and provided
17   to the reporter) during the period allowed are appended
18   hereto.
19          I further certify that I am not interested in
20   the outcome of the action.
21          WITNESS my hand this date August 10th, 2018.
22
23          _____
24
25   My Commission Expires: May 31, 2022
```