# EXHIBIT 132

**From:** Deshommes, Samantha L
**Sent:** Thursday, November 30, 2017 10:17 AM
**To:** Anderson, Kathryn E                                                                 Prelogar, Brandon B
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

SCOPS has requested to be on the G-1056 too b/c of this joint drafting duty...TPS docs are a bit unique in that respect relative to other regulatory documents.

*Samantha Deshommes*
*Chief, Regulatory Coordination Division*
*USCIS, Office of Policy & Strategy*

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** Anderson, Kathryn E
**Sent:** Thursday, November 30, 2017 10:14 AM
**To:** Prelogar, Brandon B; Deshommes, Samantha L
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

The FRNs are a somewhat unique situation because, technically, SCOPS has always been the office initiating clearance. Responses go to them and they compile them. OP&S has been an office that is required to clear, but not SCOPS. We always initiated the memo, but not the FRN. Recently, our office has gotten more and more involved in the initial FRN drafting process and Kathy has been reviewing before it goes into concurrence, so it's turned into at least an equal product of our office (with SCOPS still taking the lead on compiling edits). Perhaps some of the confusion would be eliminated if OP&S was the initiating office?

---

**From:** Prelogar, Brandon B
**Sent:** Thursday, November 30, 2017 10:09 AM
**To:** Deshommes, Samantha L
**Cc:** Anderson, Kathryn E
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

Works for us for sure. Just let us know if you need our help or to weigh in. Happy to do. Thanks!

---

**From:** Deshommes, Samantha L
**Sent:** Thursday, November 30, 2017 10:06:51 AM
**To:** Prelogar, Brandon B
**Cc:** Anderson, Kathryn E
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

Let me look into that; perhaps we can have PDC institute a business rule for TPS FRNs...I think the issue is that SCOPS still wants to be able to give final "concurrence" for the administrative records, so we wanted to treat OP&S in parallel since Rob/Kathy typically give final concurrence to any changes made. I thought I was successful in my explanation of how the Policy tasker should handle OP&S generated documents when I saw this attached email (b/c we had already discussed this with them), but then they followed up with a tasker. I hate to not circulate to OP&S b/c some division chiefs

constantly tell me how they aren't "looped" in and aware of things, so I think there's a way to stress to the Tasker POC how to handle circulation as an "fyi" to Policy Division chiefs. I'm happy to draft up an email to Oscar to discuss...let me know.

Samantha Deshommes
Chief, Regulatory Coordination Division
USCIS, Office of Policy & Strategy

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Prelogar, Brandon B
**Sent:** Thursday, November 30, 2017 9:58 AM
**To:** Deshommes, Samantha L
**Cc:** Anderson, Kathryn E
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

No idea. Was hoping maybe your crew and PDC (KA and I are happy to join the discussion, too, as needed) might be able to figure out a way not to task OPS with reviewing OPS products. Do we (IHAD) just need to make clear when we pass these to your folks that they should not be circulated for OPS clearance? Is it bc SCOPS generally collects and collates the edits? Happy to work with you to smooth our that kink, or we can just do as we did this morning and let folks know they can stand down...

**From:** Deshommes, Samantha L
**Sent:** Thursday, November 30, 2017 9:40:34 AM
**To:** Prelogar, Brandon B
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

Question: Why did the PDC Tasker send this out as an FYI first (which is the correct way to go about it) and then as a tasker?

Samantha Deshommes
Chief, Regulatory Coordination Division
USCIS, Office of Policy & Strategy

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Prelogar, Brandon B
**Sent:** Thursday, November 30, 2017 9:26 AM
**To:** Policy Development and Coordination Division; Anderson, Kathryn E; Beveridge, Jennifer L (Jenna); Chavez, Jaime E; Cummings, Kevin J; Deshommes, Samantha L; Dunn, Maureen A; Hamilton, Cristina A; Law, Robert T; May, Grace M; Nuebel Kovarik, Kathy; Parascandola, Ciro A; Phillips, Mark; Rather, Michael B; Rigdon, Jerry L; Ritualo, Amy R
**Cc:** Policy-Clearance
**Subject:** RE: [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

Just to avoid any confusion, this is not to be edited here. This is actually for other PODs to review and clear, as

we generated them (cleared through KNK). Thanks.

---

**From:** Policy Development and Coordination Division
**Sent:** Thursday, November 30, 2017 9:00:44 AM
**To:** Anderson, Kathryn E; Beveridge, Jennifer L (Jenna); Chavez, Jaime E; Cummings, Kevin J; Deshommes, Samantha L; Dunn, Maureen A; Hamilton, Cristina A; Law, Robert T; May, Grace M; Nuebel Kovarik, Kathy; Parascandola, Ciro A; Phillips, Mark; Prelogar, Brandon B; Rather, Michael B; Rigdon, Jerry L; Ritualo, Amy R
**Cc:** Policy-Clearance
**Subject:** [URGENT TASK | Link] FW: URGENT: For review due 4pm TODAY Thursday 11/30/17: TPS Haiti FRN

Please review and add any edits and comments in track changes here.

You can also copy and paste the following URL into the address bar of your Internet Explorer Browser:

DO NOT REPLY DIRECTLY TO THIS EMAIL. Send any questions t

For all your tasks, go to the OP&S Dashboard