# EXHIBIT 133

**From:** ▮
**Sent:** Wednesday, December 20, 2017 9:56 PM
**To:** ▮
**Subject:** RE: Haiti TPS FRN

Yea, that seems to be the pattern. I'm glad this came up. I had forgotten that Liberian DED is upon us just before April Fools' Day.

---

**From:** ▮
**Sent:** Wednesday, December 20, 2017 9:55 PM
**To:** ▮
**Subject:** RE: Haiti TPS FRN

They've all been delayed in this administration. No idea what Secretary will decide, so can't write in advance. Write quickly upon decision. Then clearance nightmares. It's frustrating.

---

**From:** ▮
**Sent:** Wednesday, December 20, 2017 9:51:27 PM
**To:** ▮
**Subject:** RE: Haiti TPS FRN

I remember that the Sudan FRN was delayed for its own peculiar reasons, but what happened with this one? You guys are usually like clockwork.

---

**From:** ▮
**Sent:** Wednesday, December 20, 2017 9:42 PM
**To:** ▮
**Subject:** RE: Haiti TPS FRN

Btw, just for your awareness, the FRN we are clearing includes an auto-extension of employment authorization documents (EAD), which will make the delay in FRN publication (and, hence, the start of the re-registration period) less of a big deal than it otherwise might have been, as beneficiaries won't experience a gap in proof of employment.

Just flagging as this is one of the main concerns associated with a delay in publication. Not for public consumption, obviously, but in case the Senator speaks of confusion and concern among TPS beneficiaries resulting from the delay, at least you know they'll be somewhat allayed by that, assuming the Secretary signs off on it.

---

**From:** ▮
**Sent:** Wednesday, December 20, 2017 9:17:37 PM
**To:** ▮
**Subject:** RE: Haiti TPS FRN

I suppose he could ask the WH to provide DED for Haitians losing TPS. He may also push for the FRN to

publish as soon as possible so that people have the details about how to re-register and obtain new EADs for the 18-month transition period that runs through July 22, 2019. The 60-day re-registration period won't open until the FRN publishes, so people can't yet file for re-registration or request a new EAD. We expect it should publish in the next week or two, but I wouldn't promise him that.

---

**From:**
**Sent:** Wednesday, December 20, 2017 9:02:30 PM
**To:**
**Subject:** RE: Haiti TPS FRN

We have a call tomorrow with Bill Nelson of FL. Is there anything key we should know? What would he be pursuing with us at this point?

---

**From:**
**Sent:** Wednesday, December 20, 2017 9:01 PM
**To:**
**Subject:** RE: Haiti TPS FRN

Hi, You didn't miss anything. Acting Secretary Duke announced the decision on Haiti, but the Federal Register Notice laying out the details hasn't published yet. It's still working it's way through internal DHS clearance. I think the web page will be updated with the details once the FRN publishes.

---

**From:**
**Sent:** Wednesday, December 20, 2017 8:52:48 PM
**To:**
**Subject:** Haiti TPS FRN

Hi UCIS Colleagues,

I went looking for a Haiti TPS termination notice in the FR, but turned up nothing. I also don't recall seeing something through the clearance process. Am I dreaming?

Btw, this page is hopeless out of date!:

>>>https://www.uscis.gov/humanitarian/temporary-protected-status/temporary-protected-status-designated-country-haiti<<<;;

Thanks,

for Immigration & Visa Security
National Security Council