# EXHIBIT 138

**From:** Prelogar, Brandon B████████████████████
**Sent:** Friday, February 2, 2018 3:37 PM
**To:** Oudkirk, Scott M. EOP/NSC████████████████; Anderson, Kathryn E
**Subject:** RE: Syria TPS
**Attach:** 180131 - TPS Syria PAG FINAL.docx

Hey, Scott,

On the question of redesignation, this is what our HQ Public Affairs folks worked up for the State-DHS Public Affairs Guidance (attached, which also lays out the reasoning behind other aspects of the decision):

### Q. Why was Syria not re-designated?
**A.** The conditions that supported Syria's initial designation still exist, for that reason we are extending TPS. However, the conditions have not substantially changed from the most recent reasons for the 2016 designation to warrant a re-designation at this time. The Secretary maintains the authority and discretion to re-consider should conditions change.

We'll defer to State on its reasoning for recommending redesignation in addition to extension.

If those (potentially) inquiring need more detail or wish to discuss the Secretary's decision further, we recommend engaging DHS/HQ directly so that appropriate parties there may speak on her behalf.

Best,

Brandon

---

**From:** Oudkirk, Scott M. EOP/NSC ████████████████████
**Sent:** Friday, February 02, 2018 2:24 PM
**To:** Prelogar, Brandon B; Anderson, Kathryn E
**Subject:** Syria TPS

Hi Brandon & Kathryn,

Could you please share the USCIS and State analyses on Syria TPS? So far we are not getting much interest, but in case some questions come up about the decision not to redesignate as part of the extension, we want to be prepared to address them based on the facts presented. Thanks, Scott

Scott Oudkirk
Director for Immigration & Visa Security
National Security Council

FOR OFFICIAL USE ONLY



*Office of Public Affairs*
**U.S. Department of Homeland Security**

# Public Affairs Guidance
## Temporary Protected Status: Syria

**CONTENTS:**
- Overview
- Background and Topline Messaging
- Rollout Timeline
- Products Timeline
- Press Release (external)
- Website copy (USCIS)
- RTQs (internal)

**OVERVIEW**

| OFFICIAL NOTIFICATIONS | <ul><li>Foreign governments (State)</li><li>Hill (DHS OLA)</li></ul> |
|---|---|
| EXTERNAL OUTREACH | <ul><li>Stakeholder groups (DHS OPE)</li></ul> |
| PRODUCTS | <ul><li>Press Release (DHS)</li><li>Website copy (USCIS)</li><li>Responses to Queries (DHS/State)</li></ul> |

**TOPLINE MESSAGING AND BACKGROUND**
**TOPLINE MESSAGING:**
- After carefully considering information from a wide variety of sources, Secretary Nielsen has determined that the ongoing armed conflict and extraordinary and temporary conditions that support Syria's designation for Temporary Protected Status continue to exist.

- Therefore, she will extend the TPS designation for Syria for 18 months. Prior to the conclusion of the 18 month extension, the Secretary will review conditions in Syria to determine whether its designation should be extended again or terminated.

FOR OFFICIAL USE ONLY

**BACKGROUND:**

<u>Syria</u>
- On January 30, 2018, after carefully considering information from a wide variety of sources, Secretary of Homeland Security Kirstjen Nielsen determined that an extension of the Temporary Protected Status (TPS) designation for Syria was appropriate pursuant to the statute.

- Syrians currently receiving TPS status will receive an 18 month extension. Prior to the conclusion of the 18 months, the Secretary will review conditions in Syria to determine whether its designation should be extended again or terminated.

**Initial Designation**
- Former DHS Secretary Napolitano initially designated Syria for TPS on March 29, 2012, based on extraordinary and temporary conditions resulting from the Syrian military's violent suppression of opposition to President Bashar al-Assad's regime that prevented Syrian nationals from safely returning to Syria.

- TPS was then redesignated on August 1, 2016.

- The reasons stated in the 2012 Federal Register Notice for the initial designation for TPS included the Syrian Arab Republic Government's (SARG) mobilization of the military to violently suppress citizens advocating for greater political freedoms.

**Current In-country Conditions**
- After carefully reviewing conditions on the ground, DHS has determined that the ongoing armed conflict and extraordinary and temporary conditions that support Syria's designation for TPS continue to exist.

- Since the beginning of the conflict, as many as 500,000 Syrians are dead or missing. The Syrian Arab Republic Government (SARG) and opposition forces continue to indiscriminately attack civilian populations.

**Eligibility and Outreach**
- To be eligible for TPS under Syria's most recent and current designation, along with meeting the other eligibility requirements, individuals must have continuously resided in the United States since August 1, 2016, and have been continuously physically present in the United States since October 1, 2016. There are approximately 7,000 Syrian TPS beneficiaries.

- DHS has regularly provided information to members of Congress who inquired about the TPS designation for Syria.

- The Secretary carefully considered available information and recommendations received as part of an inter-agency consultation process.

FOR OFFICIAL USE ONLY

**Temporary Protected Status (TPS)**
- Under the Immigration and Nationality Act (INA), the Secretary of Homeland Security, after consultation with appropriate U.S. Government agencies, may designate a foreign country (or any part of such foreign country) for TPS if the conditions in the foreign country fall into one, or more, of three statutory categories, generally described as (1) ongoing armed conflict such that requiring nationals of that state to return would pose a serious threat to their personal safety, (2) environmental disasters resulting in substantial, but temporary, disruption of living conditions, or (3) extraordinary and temporary conditions that prevent nationals of the state from returning in safety.

- Currently, there are 10 countries designated for TPS. The countries are South Sudan, Sudan, Somalia, Honduras, Nicaragua, El Salvador, Syria, Haiti, Nepal and Yemen. TPS for Sudan terminates Nov. 2, 2018, TPS for Nicaragua terminates Jan. 5, 2019, and TPS for Haiti terminates July 22, 2019. TPS for El Salvador terminates on Sept. 9, 2019.

- Syria was originally designated for TPS on March 29, 2012.

- TPS is a temporary benefit that does not directly lead to lawful permanent resident status or give any other immigration status on its own. Persons with TPS may seek an alternative lawful immigration status for which they are independently eligible.

- TPS beneficiaries are eligible to work in the United States during the term of their TPS status.

- Upon termination, TPS beneficiaries continue in any other immigration status they maintained or obtained while holding TPS, unless that other immigration status has expired.

**Audiences:**
- Congress
- DC/national media
- American public

**Key Milestones:**

| Country | Current Designation Expiration date | 60-day decision deadline | Extension Date |
|---|---|---|---|
| Syria | March 31, 2018 | Jan 30, 2018 | Sept. 30, 2019 |

**SMEs available to brief media interviews:**
- Tyler Houlton, DHS Acting Press Secretary
- Don Neufeld, Associate Director of Service Center Operations, USCIS

FOR OFFICIAL USE ONLY

**ROLLOUT TIMELINE**
*January 31, 2018*
DHS notifies the Department of State the PDF of the signed decision & shares press release (Policy)

State notification to Canada, Jordan, and Lebanon

Hill notifications
- House and Senate leadership staff
- House and Senate Judiciary committees
- House and Senate Homeland Security Committees
- House and Senate Homeland Security appropriations subcommittees

OPE notifications

DOD notifications

Send press release (DHS)
    DHS posts press release to website.
    USCIS publishes alert to relevant pages on USCIS website with link to DHS news release

Upon transmittal of publication of FRN – USCIS distributes news release with technical information on reregistration process; separate timeline for subsequent process, including website updates and further notifications, will be shared as further details are available.

# Press Release

## SECRETARY OF HOMELAND SECURITY KIRSTJEN M. NIELSEN ANNOUNCEMENT ON TEMPORARY PROTECTED STATUS FOR SYRIA

WASHINGTON— Today, the Secretary of Homeland Security announced her determination that an extension of the Temporary Protected Status (TPS) designation for Syria was warranted pursuant to the Immigration and Nationality Act. After carefully reviewing conditions in Syria with interagency partners, Secretary Nielsen determined that the ongoing armed conflict and extraordinary conditions that support Syria's designation for TPS continue to exist. Therefore, pursuant to the statute she has extended Syria's TPS designation for 18 months.

"After carefully considering conditions on the ground, I have determined that it is necessary to extend the Temporary Protected Status designation for Syria," said Secretary Nielsen. "It is clear that the conditions upon which Syria's designation was based continue to exist, therefore an extension is warranted under the statute. We will continue to determine each country's TPS status on a country-by-country basis."

DPP_00015404

FOR OFFICIAL USE ONLY

Syrians with TPS status will be eligible to re-register for an extension of their status for 18 months, through September 30, 2019. Prior to the conclusion of the 18 month extension, the Secretary will review conditions in Syria to determine whether its TPS designation should be extended again or terminated.

The decision to extend TPS for Syria was made after a review of the conditions upon which the country's designation is based, which was ongoing armed conflict and extraordinary and temporary conditions, as well as an assessment of whether those conditions continue to exist as required by statute. Following careful consideration of available information, including recommendations received as part of an inter-agency consultation process, the Secretary determined that the conditions supporting Syria's designation for TPS continue to exist. Thus, under the applicable statute, the current TPS designation must be extended.

There are approximately 7,000 Syrian TPS beneficiaries. This 18-month extension of Syria's designation for TPS permits current Syrian TPS beneficiaries to re-register for TPS and remain in the United States with work authorization through September 30, 2019. To be eligible for TPS under Syria's current designation, along with meeting the other eligibility requirements, individuals must have continuously resided in the United States since August 1, 2016, and have been continuously physically present in the United States since October 1, 2016.  Anyone who has been here since the time of the previous designation may be eligible to seek other forms of immigration relief.

Further details about this extension for TPS, including information about the re-registration process and employment authorization documents, will appear in a Federal Register notice.

###

# Website Copy

USCIS has a TPS homepage and country-specific pages. USCIS will update Syria's page depending on the decisions.

# FAQs

USCIS outlines the changes to TPS on the country-specific page. If additional information is necessary we can create a new accordion files as needed. We normally adjust these based on questions we receive from the public. We will not post a list of FAQs to the site. We will use FAQs to create responses to customer calls at our help center and for any planned stakeholder events.

# Reponses to Queries (RTQ)

**Q: Why is TPS for Syria extended?**

FOR OFFICIAL USE ONLY

**A**: The decision to extend TPS for Syria was made after a review of the conditions upon which the country's designation is based (ongoing armed conflict and extraordinary and temporary conditions) and an assessment of whether those conditions continue to exist as required by statute. Based on careful consideration of available information, including recommendations received as part of an inter-agency consultation process, the Secretary determined that the conditions continue to exist. Thus, under the applicable statute, the current TPS designation must be extended.

**Q. Why was Syria not re-designated?**
**A.** The conditions that supported Syria's initial designation still exist, for that reason we are extending TPS. However, the conditions have not substantially changed from the most recent reasons for the 2016 designation to warrant a re-designation at this time. The Secretary maintains the authority and discretion to re-consider should conditions change.

**Q. Does this decision contradict the administration's refugee policy for Syrians?**
**A.** The Secretary's determination to extend TPS for Syria is consistent with the administration's Syria strategy, which acknowledges that those displaced by the conflict in Syria cannot safely or voluntarily return to their homes at this time due to the ongoing violence, calls for an end to the Assad regime's use of chemical weapons and ongoing human rights atrocities, and anticipates continued U.S. military presence in Syria to combat ISIS for at least the next 18 months.

**Q: How many people will be affected?**
**A:** There are approximately 7,000 Syrian TPS beneficiaries.

**Q: How is this decision being communicated to people who have been approved by the program? What information are they receiving?**
**A**: Detailed information about the Secretary's decisions will be provided in a Federal Register notice that will be published soon. Additional information is available on USCIS' website at www.uscis.gov/tps.

**Q: Are there any ways for TPS holders to adjust status?**
**A:** TPS is a temporary benefit that does not directly lead to lawful permanent residence or confer any other immigration status. TPS holders may apply for any other immigration benefits for which they may be independently eligible. Congress intended for status under the program to be temporary.

**Q: Can you elaborate on the in-country conditions since the last time DHS extended TPS for Syria?**
**A:** Since the beginning of the conflict, as many as 500,000 Syrians are dead or missing. The Syrian Arab Republic Government (SARG) and opposition forces continue to indiscriminately attack civilian populations. The result of the six years of armed conflict is that over half of Syria's pre-war population has been forced to flee from their homes.

**Q: When was Syria originally designated for TPS and for what reasons?**
**A:** Former DHS Secretary Napolitano initially designated Syria for TPS on March 29, 2012, based on extraordinary and temporary conditions resulting from the Syrian military's violent

DPP_00015406

suppression of opposition to President Bashar al-Assad's regime that prevented Syrian nationals from safely returning to Syria. The reasons stated in the 2012 Federal Register Notice for the initial designation for TPS included the Syrian Arab Republic Government's (SARG) mobilization of the military to violently suppress citizens advocating for greater political freedoms.

**Q: How many times have you terminated TPS for other countries?**
**A:** TPS is inherently a temporary program and intended to terminate when conditions warrant it. The following countries have had TPS designations terminated: Angola, Bosnia & Herzegovina, Burundi, El Salvador (expired in 1992 per statute and newly designated in 2001), Guinea, Guinea-Bissau, Kosovo Province, Kuwait, Lebanon, Liberia, Montserrat, Rwanda, and Sierra Leone. In addition, in September 2017, DHS announced that TPS for Sudan will terminate on November 2, 2018, and in November 2017, DHS announced TPS for Nicaragua and Haiti will terminate on January 5, 2019, and July 22, 2019, respectively. TPS for El Salvador terminates on Sept. 9, 2019.

**Q: Was the government of Syria consulted?**
**A:** In making this decision, the Secretary took into consideration appropriate information provided by U.S. government agencies and other stakeholders, which provided insight into the current situation in Syria.

**STATE DEPARTMENT RTQs**

**Q. What was the State Department's recommendation to DHS?  Did other U.S. agencies weigh in on the process?**
A. DHS consulted with the Department of State and other agencies in determining whether the conditions for the TPS designation continue to be met. We do not discuss internal and interagency deliberations.

**Q.  How is this decision being communicated to the government of Syria?**
A. The U.S. government communicated this decision to relevant countries, including U.S. partners in the region, through diplomatic channels. We do not discuss our diplomatic communications with other countries.

**Q. Did the state of U.S. bilateral relations in Syria factor into the decision?**
**A.** The Secretary's decision was based her review of whether the statutory requirements supporting Syria's designation for TPS continued to be met.

###