# EXHIBIT 141

- do all 4 countries together, why?
- no real reason to extend
- where did the decision come from?
  whose recommendation? 12 was domestic
  John's first thought   politics
  polled crowd of staff

- leverage Congress
- sunk w/ Gov'ts
- for orderly transition
- repatriation

John Sullivan
- conditions do not warrant TPS extension
- foreign policy issues - important partners
- have to absorb large number
Honduras Nov 26 pres. election

Kelly wanted to give "advance notice" w/ or w/out termination in Haiti
why not now?

- when I met w/ Kelly, extend 12 mos but not terminate

Mercy (Public Affairs)
- separate Haiti from central americans
- don't want to get w/o close to end
  of 2019 political or midterms
- termination allows merit based system
- we want them to be on a path to naturalization
Congress

Sessions
- person's time is long expired
- under law can't keep certifying
  can't concede the law
- if Congress wants to deal w/ them ok
- don't imply they've been mistreated
- not worried about dates
- problematic to recertify
- just bite the bullet
- dangerous to separate Haiti out - prejudice against the Haitians



DPP_00003563

Sessions (con't)
  how did I/we let this happen? is
    what Am People will say
  no one has guts to pull the trigger
  can not certify

Sullivan
  who gets to stay needs to be determined
    in our do ably

Andrew
  Dec 18 is best chance to get a bill
    Session disagrees

Sessions
  - we go to Speaker & get things
      get bill out of house that is strong, pass in
      get Senate to support                    House &
  - until we end the illegality
      amnesty vote is none starter

  - Congressional Pressure
      Campaign

②

DPP_00003565