# EXHIBIT 142

**From:**
**Sent:** Sunday, May 7, 2017 4:59 PM
**To:**
**Cc:**
**Subject:** TPS update

Hi ▓▓▓ – We're continuing to grind through the TPS review process at State. Here's where we are today:

Haiti – Package (recommendation to extend TPS for twelve months) is with Secretary Tillerson with a suspense date of 5/12.
Sudan – Package (recommendation to extend TPS for eighteen months) is back with the Sudan desk and Embassy Khartoum after an extensive redraft at Chris's request to focus on whether conditions cited in the 2013 redesignation continue.
Nicaragua – Package (recommendation to terminate) is drafted and back with the Nicaragua desk for clarifications.
Honduras – Honduras desk is still drafting the country conditions report; I'll keep pinging them.