1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Plaintiffs' Motion For Preliminary Injunction ("Plaintiffs' Motion") came on for hearing before this Court on September 25, 2018. After consideration of the briefs and arguments of counsel, the evidence filed in support of and opposition to Plaintiffs' Motion, and being fully advised, the Court finds that Plaintiffs have met their burden of demonstrating a need for preliminary injunctive relief in this case to preserve the status quo pending resolution of this case on the merits.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED as follows:

1. The Court concludes that Plaintiffs have met their burden of showing (1) a likelihood of success on the merits of their claims under the Administrative Procedure Act and the Equal Protection guarantee of the Fifth Amendment to the United States Constitution; (2) that the terminations of Temporary Protected Status ("TPS") for Sudan, Haiti, El Salvador, and Nicaragua are causing and will cause irreparable harm to TPS holders, their families, and the public absent preliminary injunctive relief; and (3) that the balance of equities and the public interest weigh in Plaintiffs' favor. Accordingly, a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

2. It is hereby ORDERED THAT Defendants, their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are ENJOINED AND RESTRAINED from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, implementation and/or enforcement of the decisions to terminate TPS for Sudan, Haiti, El Salvador, and Nicaragua pending resolution of this case on the merits.

3. It is further ORDERED that Defendants shall take all administrative actions needed to preserve the status quo pending completion of discovery and a ruling on the merits of the action, including all steps needed to ensure the continued validity of documents that prove lawful status and employment authorization for TPS holders. Defendants shall report to the Court within fifteen [15] days of this Order on the administrative steps taken to comply with this paragraph and otherwise preserve the status quo.

The preliminary injunction shall take effect immediately and shall remain in effect pending resolution of this case on the merits or further order of this Court.

**IT IS SO ORDERED**.

Dated: _____, 2018

_____
The Honorable Edward M. Chen
United States District Judge