| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MICHAEL NEWMAN<br>Senior Assistant Attorney General |
| 3 | JAMES F. ZAHRADKA II (SBN 196822)<br>Deputy Attorney General |
| 4 | 1515 Clay Street, 20th Floor<br>Oakland, CA  94612-0550 |
| 5 | Telephone:  (510) 879-1247<br>Fax:  (510) 622-2270 |
| 6 | E-mail:  James.Zahradka@doj.ca.gov<br>*Attorneys for the State of California* |
| 7 | |
| 8 | *[Additional Counsel Listed on Signature Page]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>         Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>         Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO FILE CORRECTED AMICUS CURIAE BRIEF** |

# NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION
## AND ADMINISTRATIVE MOTION
### TO FILE CORRECTED AMICUS CURIAE BRIEF

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that the state of California hereby makes an administrative motion pursuant to Local Rule 7-11 to file a corrected version of the Amicus Curiae brief that it filed on behalf of a number of states on August 30, 2018 [ECF 103-1]. One of the signatory states, Virginia, was omitted from the filed version of the brief. The corrected brief is attached hereto as Exhibit 1.

The parties consent to this motion.

Dated: September 20, 2018               Respectfully Submitted,

                                        XAVIER BECERRA
                                        *Attorney General*
                                        *State of California*

                                        *James F. Zahradka II*
                                        James F. Zahradka II
                                        *Deputy Attorney General*
                                        1515 Clay Street, Suite 2000
                                        Oakland, CA 94612