Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**CORRECTED DECLARATION OF ALYCIA A. DEGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 25, 2018<br>Time: 10:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Dept.: Courtroom 5, 17th Floor<br><br>Complaint Filed: March 12, 2018<br>Trial Date: None set |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Katelyn N. Rowe (SBN 318386)
krowe@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9598
Facsimile: +1 310 595 9501

Matthew J. Letten (*Pro Hac Vice pending*)
mletten@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8565
Facsimile: +1 736 8711

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Amanda Farfel (SBN 288126)
afarfel@sidley.com
Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
Mohindra Rupram (SBN 319478)
mrupram@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Jessica Fishfeld (*Pro Hac Vice*)
jfishfeld@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853 2031
Facsimile: +1 312 853 7036

Jillian R. Dent (*Pro Hac Vice pending*)
jdent@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853 7022
Facsimile: +1 312 853 7036

* *Institution listed for identification purposes only*

I, Alycia A. Degen, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a partner at Sidley Austin LLP ("Sidley"), counsel of record for plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email thread dated August 29, 2017 by and between Briana Petyo, Gene Hamilton, Francis Cissna, Michael Dougherty, and Eric Johnson, bearing Bates numbers DPP_00000471 through DPP_00000472 and was produced by defendants in this action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email thread dated October 13, 2017 by and between Kathy Nuebel Kovarik, Kathryn Anderson, Laurence Levine, and individuals whose names have been redacted by the government, bearing Bates numbers DPP_00003139 through DPP_00003145 and was produced by defendants in this action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email thread dated October 22, 2017 by and between Robert Law, Kathy Nuebel Kovarik, Brandon Prelogar, Kathryn Anderson, and Laurence Levine, bearing Bates numbers DPP_00003349 through DPP_00003350 and was produced by defendants in this action. The email references an attachment which was not produced by the government.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email thread dated October 19, 2017 by and between Brandon Prelogar, Kathy Nuebel Kovarik, Kathryn Anderson, Laurence Levine, James McCament, and Victoria Porto, bearing Bates numbers DPP_00003192 through DPP_00003194 and was produced by defendants in this action. The email references four attachments, but only one of the attachments was produced by the government.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email thread dated September 12, 2017 by and between Brandon Prelogar, Samantha Deshommes Kathy Nuebel Kovarik, Kathryn Anderson, Laurence Levine, and Jerry Rigdon, bearing Bates number DPP_00003177 and was produced by defendants in this action.

1

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email thread with attachment dated August 31, 2017 by and between Brandon Prelogar, Kathy Nuebel Kovarik, Kathryn Anderson, Jerry Rigdon, Samantha Deshommes, Danzy Alford, and Mark Boivin, bearing Bates numbers DPP_00003149 through DPP_00003176 and was produced by defendants in this action. The email references an attachment which was not produced by the government.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email thread dated September 19, 2017 by and between James McCament, Kathy Nuebel Kovarik, James Nealon, Gene Hamilton, Michael Dougherty, Joseph Maher, Christina McDonald, Craig Symons, and Lora Ries, bearing Bates numbers DPP_00003039 through DPP_00003043 and was produced by defendants in this action.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email thread dated September 22, 2017 by and between Brandon Prelogar, Kathy Nuebel Kovarik, and Kathryn Anderson, bearing Bates numbers DPP_00003186 through DPP_00003191 and was produced by defendants in this action.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email thread dated September 21, 2017 by and between James McCament, Daniel Brown, Robert Williams, Nicole Widdersheim, Paul Sutphin, Andrew Burnett, Stuart Crampton, Patrick Antonietti, Scott Buchanan, Cooper Brown, Matthew Minatelli, and Ally Bain, bearing Bates numbers DPP_00000615 through DPP_00000616 and was produced by defendants in this action. The email references an attachment which was not produced by the government.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email thread dated September 22, 2017 by and between James McCament, James Nealon, Christina McDonald, Michael Dougherty, Gene Hamilton, Joseph Maher, Dimple Shah, Nader Boroukh, Craig Symons, James Nealon, Kathy Nuebel Kovarik, Brandon Prelogar, Lora Ries, Briana Petyo, and Tracy Renaud, bearing Bates numbers DPP_00002051 through DPP_00002056 and was produced by defendants in this action.

| | |
|---|---|
|1| 12. Attached hereto as **Exhibit 11** is a true and correct copy of a document titled "INA:|
|2|Act 244 – Temporary Protected Status" bearing Bates numbers DPP_00002591 through|
|3|DPP_00002600 and was produced by defendants in this action.|
|4| 13. Attached hereto as **Exhibit 12** is a true and correct copy of the caption page,|
|5|excerpted pages, and the certification pages of a transcript of a deposition of James Nealon, taken on|
|6|August 14, 2018 in this action.|
|7| 14. Attached hereto as **Exhibit 13** is a true and correct copy of an email thread dated May|
|8|16, 2017 by and between Brandon Prelogar, James McCament, Kathy Nuebel Kovarik, Laurence|
|9|Levine, and Kathryn Anderson, bearing Bates numbers DPP_000002960 through DPP_000002964|
|10|and was produced by defendants in this action. The email references two attachments, both of which|
|11|were produced by the government.|
|12| 15. Attached hereto as **Exhibit 14** is a true and correct copy of a White House|
|13|Memorandum dated November 3, 2017 addressed to Lisa D. Kenna, Tashina Gauhar, Scott Krause,|
|14|Joh F. Kelly, Kirstjen Nielsen, Sarah H. Sanders, Andrew Bremberg, Marc Short, and John|
|15|Eisenberg, bearing Bates numbers DPP_000003566 through DPP_000003581 and was produced by|
|16|defendants in this action.|
|17| 16. Attached hereto as **Exhibit 15** is a true and correct copy of a two-page document|
|18|published on NIPNLG's website, which presents as a document titled "Haiti: TPS Addendum" and|
|19|dated February 7, 2017.|
|20| 17. Attached hereto as **Exhibit 16** is a true and correct copy of a document titled "TPS|
|21|Considerations: Haiti (October 2017)," which was produced by defendants in this action bearing|
|22|Bates numbers AR-HAITI-00000046 through AR-HAITI-00000063.|
|23| 18. Attached hereto as **Exhibit 17** is a true and correct copy of a three-page document|
|24|published on NIPNLG's website, which presents as an email thread dated May 22, 2017 by and|
|25|between James McCament, Donald Neufeld, Tracy Renaud, Kathy Nuebel Kovarik, and individuals|
|26|whose names have been redacted by the government. The email references an attachment which was|
|27|not produced by the government.|
|28| |

19. Attached hereto as **Exhibit 18** is a true and correct copy of the caption page, excerpted pages, and the certification pages of a transcript of a deposition of Kathy Nuebel Kovarik, taken on August 3, 2018 in this action.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the caption page, excerpted pages, and the certification pages of a transcript of a deposition of Donald Warren Neufeld, taken on August 9, 2018 in this action.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an email thread dated August 30, 2017 by and between David Palmer, Kathy Nuebel Kovarik, Gene Hamilton, Christina McDonald, Craig M. Symons, Joseph Maher, Bader Baroukh, Dimple Shah, and James McCament bearing Bates numbers DPP_000001736 through DPP_000001739 and was produced by defendants in this action.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an article from the Vice News website (https://bit.ly/2NbpZlG) posted on May 3, 2017 titled "*Six Top Trump Advisors have ties to FAIR, a Radical Anti-immigration Group.*"

23. Attached hereto as **Exhibit 22** is a true and correct copy of an article from the Southern Poverty Law Center website (https://bit.ly/1KWdEcO) titled "*Federation for American Immigration Reform.*"

24. Attached hereto as **Exhibit 23** is a true and correct copy of an article from the Fair website (https://bit.ly/2N5cOCw) titled "*Immigration Priorities for the 2017 Presidential Transition.*"

25. Attached hereto as **Exhibit 24** is a true and correct copy of an article from the New Yorker website (https://bit.ly/2i0yCSb) posted on November 10, 2017 titled "*A Trump Official Behind the End of DACA Explains Himself.*"

26. Attached hereto as **Exhibit 25** is a true and correct copy of an article from the Politico website (https://politi.co/2lGOPhb) posted on June 26, 2018 title "Stephen Miller Roiling Nation with Back-channel Immigration Meetings."

27. Attached hereto as **Exhibit 26** is a true and correct copy of an article from The Hill website (https://bit.ly/2BrwAXz) posted on August 15, 2018 titled *"Immigration agency chief defends striking 'nation of immigrants' from mission statement."*

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email thread dated September 1, 2017 by and between James McCament, Gene Hamilton, Elizabeth Neumann, Chad Wolf, Joseph Hamer, Katy Nuebel Kovarik, and Jennifer B. Higgins bearing Bates numbers DPP_00002994 through DPP_00002997 and was produced by defendants in this action. The email references two attachments, one of which was produced by defendants, bearing Bates numbers DPP_00002998 through DPP_00002304.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2MSfA1m) posted on November 9, 2017 titled *"White House Chief of Staff Tried to Pressure Acting DHS Secretary to Expel Thousands of Hondurans, Officials Say."*

30. Attached hereto as **Exhibit 29** is a true and correct copy of a three-page untitled document, which was produced by defendants in this action bearing Bates numbers DPP_00003582 through DPP_00003584.

31. Attached hereto as **Exhibit 030** is a true and correct copy of an email thread dated November 6, 2017 by and between Elaine C. Duke (Acting Secretary, Department of Homeland Security) and John F. Kelly that was marked as Exhibit 11 at the deposition of Kathy Nuebel Kovarik, bears Bates numbers DHS_RFPD_00000005, and was produced by defendants in this action.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a transcript from a conference call from November 6, 2017 bearing Bates numbers DHS-001-659-000723 through DHS-001-659-000735.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a two-page document published on NIPNLG's website, which presents as an email thread dated May 12, 2017 by and between Kathy Nuebel Kovarik and individuals whose names have been redacted by the government.

1       34.     Attached hereto as **Exhibit 33** is a true and correct copy of a two-page document published on NIPNLG's website, which presents as an email thread dated August 8, 2017 by and between individuals whose names have been redacted by the government.

      35.     Attached hereto as **Exhibit 34** is a true and correct copy of a April 11, 2018 congressional publication titled "*House Appropriations Subcommittee on Homeland Security Holds Hearing on the Fiscal 2019 Department of Homeland Security Budget Request.*"

      36.     Attached hereto as **Exhibit 35** is a true and correct copy of a June 6, 2017 congressional publication titled "*Senate Homeland Security and Governmental Affairs Committee Holds Hearing on the Fiscal 2018 Budget for the Department of Homeland Security The Department of Homeland Security.*"

      37.     Attached hereto as **Exhibit 36** is a true and correct copy of a January 16, 2018 congressional publication titled "*Senate Judiciary Committee Holds Hearing on Homeland Security Department Oversight.*"

      38.     Attached hereto as **Exhibit 37** is a true and correct copy of a document titled "Temporary Protected Status and Following the Law," bearing Bates numbers DPP_00003099 through DPP_00003101 and was produced by defendants in this action.

      39.     Attached hereto as **Exhibit 38** is a true and correct copy of an email thread dated January 11, 2018 by and between Samantha Deshommes, Kathy Nuebel Kovarik, and Robert Law, bearing Bates number DPP_000003364 and was produced by defendants in this action.

      40.     Attached hereto as **Exhibit 39** is a true and correct copy of a December 7, 2017 document titled "Deputy Secretary's Briefing Book," bearing Bates numbers DHS-001-659-000098 through DHS-001-659-000137.

      41.     Attached hereto as **Exhibit 40** is a true and correct copy of a decision memorandum dated August 17, 2017 from James W. McCament, bearing Bates numbers DPP_00000174 through DPP_00000200 and was produced by defendants in this action.

      42.     Attached hereto as **Exhibit 41** is a true and correct copy of a decision memorandum dated August 28, 2017 from James W. McCament, bearing Bates numbers DPP_00000122 through DPP_ 0000127 and was produced by defendants in this action.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a one-page document published on NIPNLG's website, which presents as an email thread dated October 16, 2017 by and between Kathy Nuebel Kovarik, Francis Cissna, and James McCament bearing Bates number FOIA CIS July 183.

44. Attached hereto as **Exhibit 43** is a true and correct copy of an email thread dated August 29, 2017 by and between Kathy Nuebel Kovarik, Christina McDonald, and James McCament, bearing Bates numbers DPP_00001746 through DPP_00001750 and was produced by defendants in this action.

45. Attached hereto as **Exhibit 44** is a true and correct copy of a document titled decision memorandum and dated October 26, 2017, bearing Bates numbers AR-NICARAGUA-00000086 through AR-NICARAGUA-00000093 and was produced by defendants in this action.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a document titled "Memorandum for the Secretary: Haiti's Designation for Temporary Protected Status" and dated November 3, 2017, bearing Bates numbers AR_HAITI_00000033 through AR_HAITI_00000039 and was produced by defendants in this action.

47. Attached hereto as **Exhibit 46** is a true and correct copy of "Defendants' Responses and Objections to Plaintiffs' Special Interrogatories" dated July 6, 2018 and served by defendants in this action.

48. Attached hereto as **Exhibit 47** is a true and correct copy of an email thread dated April 6, 2017 by and between Kathy Nuebel Kovarik, Carl Risch, and Craig Symons, bearing Bates numbers DPP_000002950 through DPP_00002955 and was produced by defendants in this action.

49. Attached hereto as **Exhibit 48** is a true and correct copy of an email thread dated August 29, 2017 by and between Kathy Nuebel Kovarik, Christina McDonald, Gene Hamilton, Dimple Shah, James McCament, Nader Baroukh, and Craig Symons, bearing Bates numbers DPP_00000547 through DPP_00000548 and was produced by defendants in this action.

50. Attached hereto as **Exhibit 49** is a true and correct copy of an email thread dated September 8, 2017 by and between Briana Petyo, Elizabeth Neuman, James Nealon, and Kathy

Nuebel Kovarik, bearing Bates number DPP_000000457 and was produced by defendants in this action.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a document titled "Memorandum for the Secretary: Additional Information Related to Haiti's Designation for Temporary Protected Status" and dated May 12, 2017, bearing Bates numbers DPP_00002956 through DPP_00002959 and was produced by defendants in this action.

52. Attached hereto as **Exhibit 51** is a true and correct copy of an email thread dated April 20, 2017 by and among Carl C. Risch, Francis Cissna, Craig M. Symons, Kathy Nuebel Kovarik, Laurence D. Levine, Brandon B. Prelogar, Christopher C. Ashe, and Brook E. Hefright, bearing Bates number DPP_00001224.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a document titled "Decision Memorandum for the Secretary: Haiti's Designation for Temporary Protected Status" and dated April 10, 2017 that is publically available at https://drive.google.com/file/d/0B_6gbFPjVDoxWTh2R2cxc3dxLXc/edit.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a one-page document published on NIPNLG's website, which presents as an email thread dated May 16, 2017 by and between individuals whose names have been redacted by the government, bearing Bates number FOIA-1-0099.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a four-page document published on NIPNLG's website, which presents as an email thread dated May 17, 2017 by and between Donald Neufeld, James McCament, Tracy Renaud, and Kathy Nuebel Kovarik. The email references an attachment which was not produced by the government.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a three-page document published on NIPNLG's website, which presents as an email thread dated May 18, 2017 by and between Kathy Nuebel Kovarik, James McCament, Tracy Renaud, and individuals whose names have been redacted by the government.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a eleven-page document published on NIPNLG's website, which presents as an email thread dated May 22, 2017 by and

8

between James McCament, Kathy Nuebel Kovarik, and individuals whose names have been redacted by the government. The email references an attachment which was not produced by the government.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a two-page document published on NIPNLG's website, which presents as an email thread dated July 17, 2017 by and between Tracy Renaud, James McCament, Kathy Nuebel Kovarik, and individuals whose names have been redacted by the government.

59. Attached hereto as **Exhibit 58** is a true and correct copy of an email thread dated September 19, 2017 by and between Briana Petyo and James Nealon, bearing Bates numbers DPP_000000507 through DPP_000000509 and was produced by defendants in this action.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a three-page document published on NIPNLG's website, which presents as an email thread dated November 20, 2017 by and between Francis Cissna and Kathy Nuebel Kovarik, bearing Bates numbers FOIA-8-0094 through FOIA-8-0096.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document titled "Extension of Haiti's Designation for Temporary Protected Status," bearing Bates numbers DPP_00002409 through DPP_00002432 and was produced by defendants in this action.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document titled "Decision Memorandum for the Acting Secretary" and dated October 31, 2017, bearing Bates numbers AR-EL-SALVADOR-00000042 through AR-EL-SALVADOR-00000044 and was produced by defendants in this action.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a document titled "Memorandum for the Deputy Chief of Staff: TPS Recommendations for El Salvador, Honduras, and Nicaragua" and dated October 31, 2017, bearing Bates number AR-EL-SALVADOR-00000041 and was produced by defendants in this action.

64. Attached hereto as **Exhibit 63** is a true and correct copy of an email thread dated October 6, 2017 by and between Mark Bardwell, Christina McDonald, and Megan Westmoreland, bearing Bates numbers DHS_RFPD_00001357 through DHS_RFPD_00001358 and was produced by defendants in this action.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of an email thread dated October 2, 2017 by and between Mark Bardwell, Christina McDonald, and Megan Westmoreland, bearing Bates numbers DHS_RFPD_00001389 through DHS_RFPD_00001390 and was produced by defendants in this action.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of an email thread dated October 5, 2017 by and between Mark Bardwell, Christina McDonald, and Megan Westmoreland, bearing Bates number DHS_RFPD_00001391 and was produced by defendants in this action.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of a three-page document published on NIPNLG's website, which presents as an email thread dated November 3, 2017 by and between Kathy Nuebel Kovarik, James McCament, and individuals whose names have been redacted by the government.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of a document titled "(U//SBU) El Salvador: Temporary Protected Status Recommendation" and dated July 7, 2017, bearing Bates numbers DPP_00003504 through DPP_00003508 and was produced by defendants in this action.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of a slip sheet "EXHIBIT 68 (INTENTIONALLY LEFT BLANK)."

70.     Attached hereto as **Exhibit 69** is a true and correct copy of a document titled "Honduras: Temporary Protected Status Recommendation" and dated June 29, 2017, bearing Bates numbers DPP_00003522 through DPP_00003524 and was produced by defendants in this action.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a document titled "(U//SBU) Haiti: Temporary Protected Status Recommendation" and dated August 3, 2017, bearing Bates numbers DPP_00003519 through DPP_00003521 and was produced by defendants in this action.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2Hij8CS) posted on May 8, 2018 titled "*U.S. Embassy Cables Warned Against Expelling 300,000 Immigrants. Trump Officials Did It Anyway.*"

73. Attached hereto as **Exhibit 72** is a true and correct copy of an email thread dated May 14, 2018 by and between Sehal Zota in which he attaches the Senate Foreign Relations Committee Democratic Staff's Memo on the Trump Administration's Decision to End TPS Designations available at https://bit.ly/2IGm2pP.

74. Attached hereto as **Exhibit 73** is a true and correct copy of a letter dated September 1, 2017 from John J. Sullivan to the Honorable Elaine C. Duke, which was produced by defendants in this action bearing Bates numbers AR-SUDAN-00000049 through AR-SUDAN-00000050.

75. Attached hereto as **Exhibit 74** is a true and correct copy of an email thread dated May 8, 2017 by and between Kathryn Anderson, Laurence Levine, Michael Rather, Aisha Barnes, Josie Graziadio, and Kathy Nuebel Kovarik, bearing Baes number DPP_00003121 and was produced by defendants in this action.

76. Attached hereto as **Exhibit 75** is a true and correct copy of a one-page document published on NIPNLG's website, which presents as an email thread dated May 12, 2017 by and between Kathy Nuebel Kovarik and individuals whose names have been redacted by the government. The email references three attachments none of which were produced by the government.

77. Attached hereto as **Exhibit 76** is a true and correct copy of an email thread dated May 12, 2017 by and between Bryan Prelogar, Kathryn Anderson, Kathy Nuebel Kovarik, and individuals whose names have been redacted by the government, bearing Bates numbers DPP_00003122 through DPP_00003136 and was produced by defendants in this action. The email references two attachments none of which were produced by the government.

78. Attached hereto as **Exhibit 77** is a true and correct copy of a two-page document published on NIPNLG's website, which presents as an email thread dated April 7, 2017 by and between individuals whose names have been redacted by the government.

79. Attached hereto as **Exhibit 78** is a true and correct copy of a four-page document published on NIPNLG's website, which presents as an email thread dated May 2, 2017 by and between individuals whose names have been redacted by the government.

80. Attached hereto as **Exhibit 79** is a true and correct copy of an email thread dated May 1, 2017 by and between Kathryn Anderson, LeRoy Potts, Michael Hoefer, April Padilla, Kathy Nuebel Kovarik, Alexander King, Nicole Putnam-Frenchik, Catherine Chiang, Laurence Levine, Brandon Prelogar, Jennifer Beveridge, Robert Lee, Thomas Perkowski, Mark Phillips, Victoria Porto, David Lee, Guillerno Roman-Riefkohl, Scott Massey, Ronnie Thomas, Bret Woerz, and Carl Risch, bearing Bates numbers DPP_00003417 through DPP_00003430 and was produced by defendants in this action.

81. Attached hereto as **Exhibit 80** is a true and correct copy of an email thread dated May 2, 2017 by and between Jennifer L. Beveridge and Kathy Nuebel Kovarik, bearing Bates numbers DPP_00003393 through DPP_00003405 and was produced by defendants in this action.

82. Attached hereto as **Exhibit 81** is a true and correct copy of a one-page document published on NIPNLG's website, which presents as an email thread dated April 25, 2017 by and between James McCament, Kathy Nuebel Kovarik, and individuals whose names have been redacted by the government.

83. Attached hereto as **Exhibit 82** is a true and correct copy of a two-page document published on NIPNLG's website, which presents as a document titled "Action Memo for the Secretary: (SBU) Letters Regarding Temporary Protected Status (TPS) for Honduras, Nicaragua, Haiti, and El Salvador" and dated October 30, 2017.

84. Attached hereto as **Exhibit 83** is a true and correct copy of a one-page document published on NIPNLG's website, which presents as an email thread dated October 26, 2017 by and between Jennifer Ortiz. The email references ten attachments none of which were included with the document.

85. Attached hereto as **Exhibit 84** is a true and correct copy of an email thread dated April 7, 2017 by and between Gene Hamilton, Francis Cissna, James W. McCament and Michael Dougherty, bearing Bates number DPP_00001105 and was produced by defendants in this action.

86. Attached hereto as **Exhibit 85** is a true and correct copy of the caption page, excerpted pages, and the certification pages of a transcript of a deposition of James Nealon, taken on August 22, 2018 in this action.

87. Attached hereto as **Exhibit 86** is a true and correct copy of an email thread dated August 29, 2017 by and between Elizabeth Neumann and Briana Petyo, bearing Bates numbers DPP_00000563 through DPP_00000564 and was produced by defendants in this action.

88. Attached hereto as **Exhibit 87** is a true and correct copy of a document titled "Memorandum for the Secretary: Sudan's Designation for Temporary Protected Status," bearing Bates numbers AR_SUDAN_00000005 AR_SUDAN_00000012 and was produced by defendants in this action.

89. Attached hereto as **Exhibit 88** is a true and correct copy of a document titled "(SBU) Department of State Recommendation Regarding Extension of Temporary Protected Status (TPS) for the Republic of the Sudan – 2017," which was produced by Defendants in this action bearing Bates numbers AR-SUDAN-00000051 through AR-SUDAN-00000056.

90. Attached hereto as **Exhibit 89** is a true and correct copy of a document, bearing Bates numbers AR_SUDAN_00000021 through AR_SUDAN_00000047 and was produced by defendants in this action.

91. Attached hereto as **Exhibit 90** is a true and correct copy of a document titled "Temporary Protected Status: Calendar Year 2016 Annual Report, bearing Bates numbers DPP_000000395 through DPP_000000436 and was produced by defendants in this action.

92. Attached hereto as **Exhibit 91** is a true and correct copy of an article from the New York Times website (https://nyti.ms/2DEQLyv) posted on December 23, 2017 titled "Stoking Fears, Trump Defied Bureaucracy to Advance Immigration Agenda."

93. Attached hereto as **Exhibit 92** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2wgPjPF) posted on June 16, 2015 titled "Donald Trump Announces Presidential Bid."

94. Attached hereto as **Exhibit 93** is a true and correct copy of an article from the Vox website (https://bit.ly/2EVmawy) posted on February 23, 2018 titled "The Snake": Donald Trump brings back his favorite anti-immigrant fable at CPAC."

95. Attached hereto as **Exhibit 94** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2phcCG5) posted on November 22, 2015 titled *"Trump's outrageous claim that 'thousands' of New Jersey Muslims celebrated the 9/11 attacks."*

96. Attached hereto as **Exhibit 95** is a true and correct copy of article from the New York Times website (https://www.nytimes.com/interactive/2018/01/15/opinion/leonhardt-trump-racist.html) posted on January 15, 2018 titled "*Donald Trump's Racism: The Definitive List.*"

97. Attached hereto as **Exhibit 96** is a true and correct copy of an article from the Washington Post website (https://www.washingtonpost.com/politics/trump-attacks-protections-forimmigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-f711-11e7-91af-31ac729add94_story.html?utm_term=.06cbc70bfaec.) posted on January 12, 2018 titled "Trump derides protections for immigrants from 'shithole' countries."

98. Attached hereto as **Exhibit 97** is a true and correct copy of an article from the New York Times website (https://nyti.ms/2DiqhlM) posted on January 19, 2018 titled "Inside the Oval Office Immigration Meeting that Left a Senator Stunned."

99. Attached hereto as **Exhibit 98** is a true and correct copy of an article from the New York Times website (https://nyti.ms/2Gq9Fcv) posted on May 16, 2018, 2018 titled "*Trump Calls Some Unauthorized Immigrants 'Animals' in Rant.*"

100. Attached hereto as **Exhibit 99** is a true and correct copy of an article from the Washington Post website (https://wapo.st/2OYkaIL) posted on July 13, 2018 titled "*Trump: Immigration is 'changing the culture' of Europe and its leaders 'better watch themselves'.*"

101. Attached hereto as **Exhibit 100** is a true and correct copy of an article from the CBS News website (https://cbsn.ws/2nVrBVE) posted on February 23, 2018 titled "*Deputy DHS Secretary Elaine Duke retiring.*"

102. Attached hereto as **Exhibit 101** is a true and correct copy of an article from the L.A. Times website (https://lat.ms/2nTKnwD) posted on May 4, 2018 titled "*Trump administration ending temporary status for Hondurans, the latest immigrant group to have protections revoked.*"

103. Attached hereto as **Exhibit 102** is a true and correct copy of a press release posted on January 8, 2018 titled "Secretary of Homeland Security Kirstjen M. Nielsen Announcement on Temporary Protected Status for El Salvador," available at https://bit.ly/2m8hCuH.

104. Attached hereto as **Exhibit 103** is a true and correct copy of an article from the New York Times website (https://nyti.ms/2jPu8OS) posted on May 10, 2018 titled "*Kirstjen Nielsen, Chief of Homeland Security, Almost Resigned After Trump Tirade.*"

105. Attached hereto as **Exhibit 104** is a true and correct copy of an article from the L.A. Times website (https://lat.ms/2ylDufz) posted on June 18, 2018 titled "*Backlash builds against Trump's policy splitting families at border, as he falsely blames Democrats.*"

106. Attached hereto as **Exhibit 105** is a true and correct copy of an email thread from James Nealon to David Cloe and Traci Batla dated December 8, 2017, bearing Bates numbers DPP_00002003 through DPP_00002005 and was produced by defendants in this action.

107. Attached hereto as **Exhibit 106** is a true and correct copy of a letter from one hundred and sixteen congressional representatives to Acting Secretary Duke and dated September 11, 2017 available at https://bit.ly/2nXKkzA.

108. Attached hereto as **Exhibit 107** is a true and correct copy of a letter dated November 10, 2017 from Victoria Pulos of Massachusetts Law Reform Institute to Acting Secretary Elaine Duke, bearing Bates numbers USCIS_RFPD_00000454 through USCIS_RFPD_00000458 and was produced by defendants in this action.

109. Attached hereto as **Exhibit 108** is a true and correct copy of a letter dated November 10, 2017 from The United States Conference of Mayors to The Honorable Elaine Duke and The Honorable Rex W. Tillerson, bearing Bates numbers AR-HAITI-00000114 through AR-HAITI-00000117 and was produced by defendants in this action.

110. Attached hereto as **Exhibit 109** is a true and correct copy of a letter dated May 18, 2017 from Organizations and Persons Serving the Haitian American community to President Trump and Secretaries Kelly and Tillerson, bearing Bates numbers DHS_RFPD_00000469 through DHS_RFPD_00000479 and was produced by defendants in this action.

111. Attached hereto as **Exhibit 110** is a true and correct copy of a document titled "Decision Memorandum for the Secretary: El Salvador's Designation for Temporary Protected Status" and dated December 20, 2017, bearing Bates numbers AR_EL_SALVADOR_00000045 through AR_EL_SALVADOR_00000051 and was produced by defendants in this action.

112. Attached hereto as **Exhibit 111** is a true and correct copy of a document titled "Background/Country Specifics on Current TPS Designations," bearing Bates numbers DHS_RFPD_00000987 through DHS_RFPD_00000988 and was produced by defendants in this action.

113. Attached hereto as **Exhibit 112** is a true and correct copy of a document letter from Secretary of State Rex Tillerson to Acting Secretary Duke and dated October 31, 2017, bearing Bates numbers AR_HAITI_00000031 through AR_HAITI_00000032 and was produced by defendants in this action.

114. Attached hereto as **Exhibit 113** is a true and correct copy of a document titled "Memorandum for the Acting Secretary: Designation of Temporary Protected Status for Honduras, Nicaragua, and El Salvador" and dated October 31, 2017, bearing Bates numbers AR_NICARAGUA_00000002 through AR_NICARAGUA_00000004 and was produced by defendants in this action.

115. Attached hereto as **Exhibit 114** is a true and correct copy of a document letter from Secretary of State Rex Tillerson to Acting Secretary Duke and dated October 31, 2017, bearing Bates numbers AR_NICARAGUA_00000032 through AR_ NICARAGUA_00000033 and was produced by defendants in this action.

116. Attached hereto as **Exhibit 115** is a true and correct copy of a document letter from Secretary of State Rex Tillerson to Acting Secretary Duke and dated October 31, 2017, bearing Bates numbers AR_EL_SALVADOR_00000014 through AR_EL_SALVADOR_00000015 and was produced by defendants in this action.

117. Attached hereto as **Exhibit 116** is a true and correct copy of an email thread dated November 16, 2017 by and between Major General Jon Norman and Eric Jones, bearing Bates

| | |
|---|---|
| 1 | numbers DHS_RFPD_00002416 through DHS_RFPD_00002418 and was produced by defendants |
| 2 | in this action. |
| 3 | 118. Attached hereto as **Exhibit 117** is a true and correct copy of an email thread dated |
| 4 | August 30, 2017 by and between David Palmer, Kathy Neubel Kovarik, Gene Hamilton and |
| 5 | Christina McDonald, bearing Bates numbers DHS_RFPD_00001250 through |
| 6 | DHS_RFPD_00001253. |
| 7 | 119. Attached hereto as **Exhibit 118** is a true and correct copy of an email thread dated |
| 8 | September 22, 2017 by and between Brandon B. Prelogar, Kathy Neubel Kovarik and Kathryn E. |
| 9 | Anderson, bearing Bates numbers DPP_00003186 through DPP_00003191. |
| 10 | 120. Attached hereto as **Exhibit 119** is a true and correct copy of an email thread dated |
| 11 | November 6, 2017 by and between Chad Wolf and Thomas P. Bossert, bearing Bates numbers |
| 12 | DPP_00001703 through DPP_00001704. |
| 13 | 121. Attached hereto as **Exhibit 120** is a true and correct copy of a document titled |
| 14 | decision memorandum and dated October 26, 2017, bearing Bates numbers AR-NICARAGUA- |
| 15 | 00000005 through AR-NICARAGUA-00000011 and was produced by defendants in this action. |
| 16 | 122. Attached hereto as **Exhibit 121** is a true and correct copy of a document titled |
| 17 | decision memorandum and dated November 3, 2017, bearing Bates numbers AR-HAITI-00000033 |
| 18 | through AR-NICARAGUA-00000039 and was produced by defendants in this action. |
| 19 | 123. Attached hereto as **Exhibit 122** is a true and correct copy of a document titled |
| 20 | decision memorandum and dated December 20, 2017, bearing Bates numbers AR-EL-SALVADOR- |
| 21 | 00000045 through AR-EL-SALVADOR-00000051 and was produced by defendants in this action. |

/ / /

/ / /

/ / /

124. Attached hereto as **Exhibit 123** is a true and correct copy of a document titled "Extension of Haiti's Designation for Temporary Protected Status" and accompanying notes, bearing Bates numbers DPP_00002409 through DPP_00002432 and was produced by defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August 2018, in Los Angeles, California.

                               */s/ Alycia A. Degen*
                               Alycia A. Degen