# EXHIBIT 1

**From:** Petyo, Briana
**Sent:** Tuesday, August 29, 2017 9:49 PM
**To:** Hamilton, Gene ; Cissna, Francis ; Dougherty, Michael
**Cc:** Johnson, Eric
**Subject:** RE: Sudan and South Sudan TPS...

PLCY only got PDFs in clearance. We can do but would need CIS originals and it would probably need to be resigned by CIS given that one of the key pieces we will actually need to change to make sure is consistent is the first part where we mention this draft relies on the assessment sitting on Tillersons desk and CIS rec. which don't align in this draft.

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 9:35:00 PM
**To:** Petyo, Briana; Cissna, Francis; Dougherty, Michael
**Cc:** Johnson, Eric
**Subject:** RE: Sudan and South Sudan TPS...

Who can take care of this asap? She needs to sign this tomorrow.

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

**From:** Petyo, Briana
**Sent:** Tuesday, August 29, 2017 9:33 PM
**To:** Cissna, Francis ; Dougherty, Michael
**Cc:** Hamilton, Gene ; Johnson, Eric
**Subject:** RE: Sudan and South Sudan TPS...

Seems like we should have the memo revised to have consistent flow of conditions before it's signed.

**From:** Cissna, Francis
**Sent:** Tuesday, August 29, 2017 6:50:24 PM
**To:** Dougherty, Michael
**Cc:** Petyo, Briana; Hamilton, Gene; Johnson, Eric
**Subject:** RE: Sudan and South Sudan TPS...

Removing Amb. Nealon.

Looking more carefully at the Sudan paper (attached), it seems a bit confused. On page 1 of the decision memo it says:

> assessment and recommendation are under review by Secretary Tillerson's office. The draft package that was submitted to Secretary Tillerson's office for review assesses that the statutory conditions supporting Sudan's TPS designation continue to be met and recommends an 18-month extension of Sudan's designation for TPS. This memorandum relies upon the content of the draft

At the bottom of page 3 it says this:

> *Options*
> Your options include the following actions:
>
> 1) *Extend Sudan's Designation for TPS*
>
> Under the TPS statute, if you determine that the statutory conditions supporting a country's designation for TPS continue to exist, you must extend the TPS designation for an additional period of 6, 12, or 18 months. The review of conditions in Sudan indicates that it remains unsafe for individuals to return to Sudan and that the statutory requirements to designate a country for TPS under *Immigration and Nationality Act* § 244(b)(1)(A) (ongoing armed conflict) and under § 244(b)(1)(C) (extraordinary and temporary conditions) continue to be met.

On page 4 it says:

> **3) *Terminate Sudan's Designation for TPS***
>
> If you determine that Sudan no longer continues to meet the statutory requirements for its TPS designation, you must terminate TPS for Sudan. Termination would end TPS benefits for existing Sudanese TPS beneficiaries. Upon the termination of TPS benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work and remain in the United States. Because the conditions supporting Sudan's TPS designation persist, termination does not appear to be warranted.

And then on page 5, despite all the foregoing, the recommendation is to *terminate* TPS for Sudan!

> **Recommendation:** USCIS recommends termination, but to delay the effective date of the termination by 12 months to provide for an orderly transition for those recipients to return to Sudan. This recommendation is supported by the following factors:

The memo reads like one person who strongly supports extending TPS for Sudan wrote everything up to the recommendation section, and then someone who opposes extension snuck up behind the first guy, clubbed him over the head, pushed his senseless body out of the way, and finished the memo. Am I missing something?

---

**From:** Dougherty, Michael
**Sent:** Tuesday, August 29, 2017 5:05 PM
**To:** Nealon, James
**Cc:** Cissna, Francis ; Petyo, Briana ; Hamilton, Gene
**Subject:** Sudan and South Sudan TPS…

Amb. Nealon, Francis and I looked over USCIS/McCament's TPS packages for Sudan and South Sudan, and we agree with his recommendations.

Regards,

Michael T. Dougherty
A/S for Border, Immigration and Trade Policy
Office of Policy
Department of Homeland Security