# EXHIBIT 2

**From:** Prelogar, Brandon B
**Sent:** Friday, October 13, 2017 8:59 AM
**To:** Nuebel Kovarik, Kathy; Anderson, Kathryn E; Levine, Laurence D
**Cc:** Policy-Clearance
**Subject:** RE: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

We can comb through the country conditions to try to see what else there might be, but the basic problem is that it IS bad there wrt all of the standard metrics. Our strongest argument for termination, we thought, is just that it is not bad in a way clearly linked to the initial disasters prompting the designations. We can work with RU to try to get more, and/or comb through the country conditions we have again looking for positive gems, but the conditions are what they are.

Anyway, we are on our way and have cleared out our mornings to assist. Will do what we can!

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, October 13, 2017 8:51:36 AM
**To:** Anderson, Kathryn E; Prelogar, Brandon B; Levine, Laurence D
**Cc:** Policy-Clearance
**Subject:** RE: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

I am going to send you a revision of all three memo by 10 am. We don't need them finalized, but in good shape for Dir Cissna before he meets with Sec. Duke at 4:30. The problem is that it reads as though we'd recommend an extension b/c we talk so much about how bad it is, but there's not enough in there about positive steps that have been taken since its designation.

---

**From:** Anderson, Kathryn E
**Sent:** Friday, October 13, 2017 8:43 AM
**To:** Nuebel Kovarik, Kathy; Prelogar, Brandon B; Levine, Laurence D
**Cc:** Policy-Clearance
**Subject:** RE: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

We'll check in with you as soon as we get in. Looks like RAIO's Research Unit also got a heads up that country conditions are needed, so we can work with them to get whatever updates you need.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, October 13, 2017 8:36:15 AM
**To:** Prelogar, Brandon B; Levine, Laurence D
**Cc:** Anderson, Kathryn E; Policy-Clearance
**Subject:** RE: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

I have been tasked with updating the country conditions. I will need to chat with you this AM.

---

**From:** Prelogar, Brandon B
**Sent:** Friday, October 13, 2017 8:30:13 AM
**To:** Levine, Laurence D; Nuebel Kovarik, Kathy

**Cc:** Anderson, Kathryn E; Policy-Clearance
**Subject:** RE: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Seemed to us the three memos were the right docs to include to provide the country conditions and analysis on the available options. KA and I don't have those yet, though.

I suppose in the alternative, we could send the RU country conditions reports for all three countries...

---

**From:** Levine, Laurence D
**Sent:** Friday, October 13, 2017 8:25:55 AM
**To:** Nuebel Kovarik, Kathy
**Cc:** Prelogar, Brandon B; Anderson, Kathryn E; Policy-Clearance
**Subject:** FW: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

K - do you have the memos they are talking about here?


Larry Levine
Senior Advisor
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
█████████

---

**From:** Policy-Clearance
**Sent:** Friday, October 13, 2017 8:12:58 AM
**To:** Prelogar, Brandon B; Anderson, Kathryn E
**Cc:** Levine, Laurence D; Porto, Victoria; Rather, Michael B; Parascandola, Ciro A
**Subject:** FW: URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Greetings,

This follow-up tasker was received. Please review the material and comment as you deem necessary.

Please note the URGENT deadline (9am, 10/13/17). Your time and consideration are appreciated.

Thanks.

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

---

**From:** Bacon, William H
**Sent:** Thursday, October 12, 2017 5:26 PM
**To:** Policy-Clearance; RAIO Clearance
**Cc:** USCIS Exec Sec; Button, Maria G (Gemma); Carter, Constance L; Bacon, William H
**Subject:** URGENT REVISION NEEDED: AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Good evening,

The Secretary's Office has returned these materials, requesting information on specific country conditions to

support the Acting Secretary's deliberations on TPS decisions on these countries. Please provide additional information as soon as possible but no later than 9:00 AM tomorrow morning.

Thank you,
Bill

---

**From:** Drake, Johnetta on behalf of USCIS Exec Sec
**Sent:** Thursday, October 12, 2017 12:20:29 PM
**To:** Culwell, Kelbi; Blackwell, Juliana
**Cc:** Bacon, William H; Button, Maria G (Gemma); ESEC-BBIC; USCIS Exec Sec
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Hi Kelbi,

Please see the updated materials cleared by USCIS COS. Please let me know if you have any questions.

*Johnetta Drake*
*USCIS Office of the Executive Secretariat*
▓▓▓▓▓▓ (Cell)
▓▓▓▓▓▓ (Desk)
▓▓▓▓▓▓ (Office)
**EXSO Connect Page**

**EXSO ECN Page**
*Please upload all actions for which Forms G-1056 are used to CATS.*
*Please send all official actions to* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

---

**From:** Culwell, Kelbi
**Sent:** Thursday, October 12, 2017 10:03 AM
**To:** Blackwell, Juliana; USCIS Exec Sec
**Cc:** Bacon, William H; Button, Maria G (Gemma); ESEC-BBIC
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Good morning,

Just checking on the status of these materials?

Kind regards,
Kelbi

---

**From:** Blackwell, Juliana
**Sent:** Tuesday, October 10, 2017 11:46 AM
**To:** USCIS Exec Sec ▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Bacon, William H ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Button, Maria G (Gemma) ▓▓▓▓▓▓▓▓▓▓▓▓;
ESEC-BBIC ▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Attached are the materials. The meeting just moved to Friday. Your updates are due Wednesday COB.

---

**From:** Drake, Johnetta **On Behalf Of** USCIS Exec Sec
**Sent:** Tuesday, October 10, 2017 11:45 AM
**To:** Blackwell, Juliana ▓▓▓▓▓▓▓▓▓

**Cc:** USCIS Exec Sec [redacted]; Bacon, William H [redacted]; Button, Maria G (Gemma) [redacted]
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Hi JJ,

Can you provide a copy of PLCY's draft materials?

*Johnetta Drake*
*USCIS Office of the Executive Secretariat*
[redacted] (Cell)
[redacted] (Desk)
[redacted] (Office)
**EXSO Connect Page**
**EXSO ECN Page**
*Please upload all actions for which Forms G-1056 are used to CATS.*
*Please send all official actions to* [redacted]

---

**From:** Blackwell, Juliana
**Sent:** Tuesday, October 10, 2017 11:34 AM
**To:** Bacon, William H; Button, Maria G (Gemma); Carter, Constance L; Drake, Johnetta; Prater, Jocelyn S; Swanson, Toni; USCIS Exec Sec; Young, Todd P
**Cc:** ESEC-BBIC; Swain, Donald; Krause, Scott
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

USCIS,

This meeting is in less than 2 hours. Can you let us know how you are coming on the below requested material?

---

**From:** Blackwell, Juliana
**Sent:** Tuesday, October 10, 2017 10:00 AM
**To:** Bacon, William H [redacted]; Button, Maria G (Gemma) [redacted]; Carter, Constance L [redacted]; Drake, Johnetta [redacted]; Prater, Jocelyn S [redacted]; Swanson, Toni [redacted]; USCIS Exec Sec [redacted]; Young, Todd P [redacted]
**Cc:** ESEC-BBIC [redacted]
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

USCIS - Can you provide an update on the information requested below?

---

**From:** Petyo, Briana
**Sent:** Tuesday, October 10, 2017 9:53 AM
**To:** Culwell, Kelbi [redacted]; Blackwell, Juliana [redacted]; Tarpley, Kyle [redacted]; Plcy Exec Sec [redacted]
**Cc:** ESEC-BBIC [redacted]; USCIS Exec Sec [redacted]; Button, Maria G (Gemma) [redacted]; Bacon, William H [redacted]
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

PLCY cannot provide any additional materials. Any materials on country conditions and country specific decisions would come from CIS.

---

**From:** Culwell, Kelbi

**Sent:** Tuesday, October 10, 2017 9:52 AM
**To:** Blackwell, Juliana; Petyo, Briana; Tarpley, Kyle; Plcy Exec Sec
**Cc:** ESEC-BBIC; USCIS Exec Sec; Button, Maria G (Gemma); Bacon, William H
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

PLCY,

Are these materials ready? The meeting is today at 1:00pm.

Thank you!
Kelbi

---

**From:** Blackwell, Juliana
**Sent:** Tuesday, October 10, 2017 8:09 AM
**To:** Petyo, Briana ; Tarpley, Kyle ; Plcy Exec Sec
**Cc:** ESEC-BBIC ; USCIS Exec Sec ; Button, Maria G (Gemma) ; Bacon, William H
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Any update? This meeting is today

---

**From:** Blackwell, Juliana
**Sent:** Monday, October 9, 2017 2:04 PM
**To:** Petyo, Briana ; Tarpley, Kyle ; Plcy Exec Sec
**Cc:** ESEC-BBIC ; USCIS Exec Sec ; Button, Maria G (Gemma) ; Bacon, William H
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

How is this request coming along, do you think we can get something today?

---

**From:** Blackwell, Juliana
**Sent:** Sunday, October 8, 2017 12:33 PM
**To:** Petyo, Briana ; Tarpley, Kyle ; Plcy Exec Sec
**Cc:** ESEC-BBIC ; USCIS Exec Sec ; Button, Maria G (Gemma) ; Bacon, William H
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Looping in USCIS.

Additional guidance from the COS.

The discussion needs to be on each individual country under consideration. Specifically, need a deep dive into the conditions of that respective country to determine if they continue to meet the statutory categories for TPS

Juliana Blackwell
Office of the Executive Secretary

**From:** Blackwell, Juliana
**Sent:** Saturday, October 07, 2017 9:08:38 PM
**To:** Petyo, Briana; Tarpley, Kyle; Plcy Exec Sec
**Cc:** ESEC-BBIC
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

It's important to have the two attachments, and the briefing memo is okay in terms of serving as an introduction. But she has decisions to make in the next three weeks about Honduras and Nicaragua. This briefing session needs to focus on those decisions, and it's my understanding that USCIS would like for El Salvador to be considered also (even though that decision doesn't need to be made for a couple of months). Policy and USCIS should work together to prepare briefing materials so that she can start thinking about those particular decisions    and also, Haiti.

Please resubmit by 4pm tomorrow.


Juliana Blackwell
Office of the Executive Secretary


**From:** Petyo, Briana
**Sent:** Friday, October 06, 2017 9:50:47 PM
**To:** Tarpley, Kyle; Plcy Exec Sec
**Cc:** ESEC-BBIC
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)


**From:** Tarpley, Kyle
**Sent:** Friday, October 06, 2017 5:16:16 PM
**To:** Plcy Exec Sec
**Cc:** ESEC-BBIC; Petyo, Briana
**Subject:** RE: [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

Hi, checking in on the status of these materials. When can we expect them?


**From:** Gillus, Allison
**Sent:** Friday, October 6, 2017 12:30 PM
**To:** Petyo, Briana                         ; Plcy Exec Sec
**Cc:** ESEC-BBIC                             OGC Exec Sec
**Subject:** [Confirmed] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

This meeting has been confirmed for 1:00pm on Tuesday 10/10


Allison

**From:** Gillus, Allison
**Sent:** Friday, October 06, 2017 12:03 PM
**To:** Petyo, Briana; Plcy Exec Sec
**Cc:** ESEC-BBIC; OGC Exec Sec

**Subject:** [Tentative] AS1BB - 10.10.17 - TPS Meeting - (Due Today @ 1600)

All materials must be formatted to comply with the attached templates.

| | |
|---|---|
| **Event Date** | Tuesday, October 10, 2017 |
| **Event Name** | TPS Meeting |
| **Lead Component** | PLCY |
| **Required Coordination** | OGC |
| **Product** | Briefing Memo |
| **Notes** | **Details:**<br>Meeting to discuss upcoming decisions related to TPS<br><br>**Attendees**<br>Acting Secretary<br><br>Location: TBD<br><br>Talking Points: Please coordinate with OPA on all Talking Points (1st person narrative).<br><br>Meeting Classification: Please include bullet in background section of briefing memorandum if the meeting or any of the briefing materials are classified. (i.e., "This meeting [or any of the briefing materials] are classified").<br><br>Please note that all materials being shown to the Secretary must be passed through ESEC first. Please do not bring anything to the meeting ESEC has not seen (classified or unclassified) without prior approval. If a presentation is to be made, Lead Component is responsible for providing an appropriate number of handouts at the meeting. (15 if the meeting takes place in Rm. 5110D; 25 if in Rm. 5107.) |
| **Due** | Today (1600) |

*DHS Briefing Book and Interagency Coordination Standards and Procedures* (including links to templates) are located on the DHS intranet at: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Allison M. Gillus**
Office of the Executive Secretary
Department of Homeland Security
Desk: ▮▮▮▮▮▮▮
BB: ▮▮▮▮▮▮▮

*"ESEC: Excellent Service Endless Commitment"*