# EXHIBIT 3

**From:** Law, Robert T
**Sent:** Sunday, October 22, 2017 7:04 PM
**To:** Nuebel Kovarik, Kathy
**Subject:** RE: Haiti draft TPS memo
**Attach:** D1-S1 Decision Memo Haiti_10-12-17 (OPS).doc

Edits attached. I made the document fully support termination and provided comment boxes where additional data should be provided to back up this decision.

**From:** Nuebel Kovarik, Kathy
**Sent:** Sunday, October 22, 2017 6:35 PM
**To:** Law, Robert T
**Subject:** RE: Haiti draft TPS memo

Edit away!

**From:** Law, Robert T
**Sent:** Sunday, October 22, 2017 6:28:08 PM
**To:** Nuebel Kovarik, Kathy
**Subject:** RE: Haiti draft TPS memo

The draft is overwhelming weighted for extension which I do not think is the conclusion we are looking for. The memo seems to dismiss or downplay the positive developments that should suggest reauthorization is inappropriate. The memo also makes no mention of the substantial amount of foreign aid the U.S. and charities have invested in Haiti since the earthquake   another relevant factor to indicate that Haiti no longer meets the definition of TPS.

I can track change edits tonight or we can discuss in the morning, whatever your preferred timing is.

**From:** Nuebel Kovarik, Kathy
**Sent:** Sunday, October 22, 2017 4:23 PM
**To:** Law, Robert T
**Subject:** FW: Haiti draft TPS memo

Can you take a look at this draft? I need to circulate to some folks but want another set of eyes on it.   Thanks.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct:
Cell:

**From:** Prelogar, Brandon B
**Sent:** Thursday, October 12, 2017 10:11 PM
**To:** Nuebel Kovarik, Kathy
**Cc:** Anderson, Kathryn E; Levine, Laurence D
**Subject:** Haiti draft TPS memo

Kathy (and Larry, who has been pestering   I mean, *reminding*   us),

Kathryn and I have completed a draft Haiti TPS decision memo (attached).  In short, based on our review of country conditions, we've written it so that it could support either extension or termination, but left the recommendation blank,

pending further discussion.

We're taking off now and have a morning meeting that has us out of the office till around noon, but can discuss thereafter. We'll leave a printed copy on your chair.

BP/KA

Brandon Prelogar
Chief, International and Humanitarian Affairs Division
Department of Homeland Security/U.S. Citizenship and Immigration Services
Office of Policy and Strategy