# EXHIBIT 5

**From:** Prelogar, Brandon B
**Sent:** Tuesday, September 12, 2017 2:44 PM
**To:** Deshommes, Samantha L                              ; Anderson, Kathryn E                              ; Nuebel Kovarik, Kathy                              ; Levine, Laurence D
**Cc:** Rigdon, Jerry L
**Subject:** RE: Gene's edits to Sudan FRN - Please respond by 3 pm.

We note only that, based on what we've seen to date, State would likely object to the removal of the examples of human rights violations – pared down as the language already was – that was in there. For our part, we'd just say that this could be read as taking another step toward providing an incomplete and lopsided country conditions presentation to support termination, which may increase the likelihood of criticism from external stakeholders to that effect.

**From:** Deshommes, Samantha L
**Sent:** Tuesday, September 12, 2017 2:16 PM
**To:** Prelogar, Brandon B; Anderson, Kathryn E; Nuebel Kovarik, Kathy; Levine, Laurence D
**Cc:** Rigdon, Jerry L
**Subject:** FW: Gene's edits to Sudan FRN   Please respond by 3 pm.
**Importance:** High

Kathy, Brandon, and Kathryn:

Please see attached for Gene's edits to the FRN announcing termination of TPS for Sudan. Note, he makes some edits to the agreed-upon language with DOS. Despite this, because DHS didn't formally send this to OIRA for review and clearance, OGC believes the FO will finalize without re-routing thru OMB. Please see attached and let me know ASAP if you have any concerns.

*Samantha Deshommes*
*Chief, Regulatory Coordination Division*
*USCIS, Office of Policy & Strategy*
*Tel:*

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Westmoreland, Megan
**Sent:** Tuesday, September 12, 2017 1:10 PM
**To:** Deshommes, Samantha L

Sam,

FYI – Gene had some edits to the Sudan notice, which OGC IMM reviewed and supplied some comments and revisions on. See the attached for the edits and OGC IMM comments/revisions. The notice is back with ESEC now, but if you have any concerns, please let me know.

Megan Westmoreland
Office of the General Counsel
U.S. Department of Homeland Security
Phone:

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader for this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message or portion thereof is strictly prohibited. If you have received this message in error, please reply immediately to the sender and delete this message. Thank you.