# EXHIBIT 13

| | |
|---|---|
| From: | Prelogar, Brandon B <​█████████████████> |
| Sent: | Tuesday, May 16, 2017 7:02 PM |
| To: | McCament, James W <█████████████████>; Nuebel Kovarik, Kathy <█████████████████>; Stiefel, Nathaniel I <█████████████████>; Levine, Laurence D <█████████████████>; Anderson, Kathryn E <█████████████████> |
| Subject: | RE: S2 TPS Briefing Materials for Friday PM |
| Attach: | S2 TPS Briefing_General Overview 05-16-17.docx; S2 BM Addendum_TPS Country Background 05-16-17.docx |

Hi, James. Kathryn and I prepared the material this morning responsive to the tasker. We passed it onto EXSO for formal clearance through the relevant PODs. The material is still undergoing clearance, but attaching it here so you have it.

**From:** McCament, James W
**Sent:** Tuesday, May 16, 2017 6:43 PM
**To:** Nuebel Kovarik, Kathy; Stiefel, Nathaniel I; Levine, Laurence D; Prelogar, Brandon B; Anderson, Kathryn E
**Subject:** S2 TPS Briefing Materials for Friday PM

Hi all,

Just wanted to close the loop on a request of which Kathy is aware. S2 has requested a TPS 101 Briefing to provide a quick overview of the decision making process but to focus upon the following:

1) What are the upcoming decisions on TPS that the Secretary will need to make (over the next year or two); and
2) The people and populations affected.

This request is in line with S1's and S2's desire to approach these types of decisions holistically as opposed to doing them in isolation without understanding the program more broadly.

I'd like to be sure that we can draw on some of the information already prepared, including what was first prepped and provided to S1 in the briefing Carl and I attended in early April. Can OP&S please prepare briefing materials which will quickly provide that operational overview as well as to answer the above 2 questions? At this point, the attendees will be Gene, myself and S2 (perhaps others to be added).

Thanks all,

James

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
█████████ (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

FOR OFFICIAL USE ONLY

# TEMPORARY PROTECTED STATUS BRIEFING
## May 19, 2017

**Objective:**
- To obtain a general overview of the upcoming Temporary Protected Status (TPS) designations the Secretary will be reviewing and making determinations on over the next two years, as well as on the populations affected.

**Background:**
- TPS is a humanitarian immigration program, established by Congress, that allows the Secretary of Homeland Security to offer temporary protection to nationals of foreign countries afflicted by armed conflict, environmental disaster, or other extraordinary and temporary conditions.
- The Secretary has discretionary authority to designate a country (or part of a country) for TPS if the statutory requirements for designation have been met. This is determined through a review of conditions in the country by the Department of Homeland Security, in consultation with other federal agencies, including the Department of State.
- Initial TPS designations may be made for 6 to 18 months. Prior to the expiration of a country's TPS designation, the Secretary must review the conditions in the country to determine whether it still meets the requirements for a designation.
- Based on that review, the Secretary will extend, redesignate, or terminate the country's designation. If the Secretary determines that the country no longer continues to meet the statutory conditions for designation, he shall terminate the designation. If the Secretary finds, however, that the conditions for designation continue to be met, the TPS designation must be extended a minimum of six months, but may be extended, in the Secretary's discretion, for 12 or 18 months.
- When a country is designated for TPS, nationals of that country who are residing in the United States may apply for TPS with U.S. Citizenship and Immigration Services.
- Thorough security and background checks are performed on all TPS applicants.
- TPS beneficiaries are authorized to remain in the United States and receive work authorization for the duration of their status.
- TPS does not provide a way for individuals to immigrate to the United States and does not permit a means for beneficiaries to bring family members to join them in the United States.
- Currently, thirteen countries hold TPS designations: El Salvador, Guinea, Haiti, Honduras, Liberia, Nepal, Nicaragua, Sierra Leone, Somalia, South Sudan, Sudan, Syria, and Yemen.
- Approximately 440,000 individuals are receiving protection through the TPS program.

**Review Schedule:**
- The following chart provides the timeline for decision making on all of the current TPS designations, as well as the current number of beneficiaries under each designation who will be affected by the Secretary's decision.[1]

---

[1] Note: the chart does not contain a review timeline for Guinea, Liberia, or Sierra Leone, whose designations are terminating on May 21, 2017, and, thus, do not require Secretarial action.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

| Country | Number of Beneficiaries | Target S1 Decision Date | Target Federal Register Notice Publication Date | Current Expiration Date |
|---|---|---|---|---|
| Haiti | 58,706 | 04/24/2017 | 05/23/2017 | 07/22/2017 |
| South Sudan | 49 | 08/03/2017 | 09/01/2017 | 11/02/2017 |
| Sudan | 1,039 | 08/03/2017 | 09/01/2017 | 11/02/2017 |
| Honduras | 86,163 | 10/02/2017 | 11/03/2017 | 01/05/2018 |
| Nicaragua | 5,349 | 10/02/2017 | 11/03/2017 | 01/05/2018 |
| El Salvador | 263,282 | 12/06/2017 | 01/08/2018 | 03/09/2018 |
| Syria | 6,177 | 12/29/2017 | 01/30/2018 | 03/31/2018 |
| Nepal | 12,967 | 03/26/2018 | 04/25/2018 | 06/24/2018 |
| Yemen | 819 | 06/05/2018 | 07/05/2018 | 09/03/2018 |
| Somalia | 497 | 06/19/2018 | 07/19/2018 | 09/17/2018 |

**Participants:**
Deputy Secretary Duke
Jeff Rezmovic
Arex Avanni
Gene Hamilton
James McCament, Acting Director, U.S. Citizenship and Immigration Services

**Attachments:**
A. Background on Current TPS Designations

**Staff Responsible for Briefing Memo:**
Brandon Prelogar and Kathryn Anderson, Chief/Deputy Chief, International and Humanitarian Affairs Division, Office of Policy and Strategy,
*Reviewed and approved by:* Chief of Staff or higher, Title, Phone Number

**OGC Reviewer:**  Attorney in Component Counsel or HQ, Title, Phone Number.

FOR OFFICIAL USE ONLY

## BACKGROUND/COUNTRY SPECIFICS ON CURRENT TPS DESIGNATIONS:

**El Salvador:** El Salvador was designated for TPS in 2001 following a series of earthquakes. Its designation has been continuously extended since 2001 due to the lingering effects of the earthquakes and subsequent compounding environmental disasters. There are over 260,000 beneficiaries under El Salvador's designation.

**Guinea/Liberia/Sierra Leone:** Guinea, Liberia, and Sierra Leone were designated for TPS in November 2014 due to the extraordinary and temporary conditions resulting from the Ebola epidemic in West Africa. These designations are terminating on May 21, 2017. There are approximately 1,000 beneficiaries under Guinea's designation, 2,300 under Liberia's, and 1,250 under Sierra Leone's.

**Haiti:** Haiti was initially designated for TPS in 2010 following a severe earthquake. Its designation has been continuously extended since due to the persisting effects of the earthquake. Haiti was also redesignated for TPS in 2011, expanding eligibility to additional Haitian nationals. There are approximately 59,000 beneficiaries under Haiti's designation.

**Honduras/Nicaragua:** Honduras and Nicaragua were designated for TPS in 1999 following Hurricane Mitch. Their designations have been continuously extended since 1999 due to the lingering effects of Hurricane Mitch and subsequent compounding environmental disasters. There are approximately 86,000 beneficiaries under Honduras's designation and 5,350 under Nicaragua's.

**Nepal:** Nepal was designated for TPS in June 2015 following a severe earthquake in April 2015. Its designation has been extended through June 24, 2018. There are approximately 13,000 beneficiaries under Nepal's designation.

**Somalia:** Somalia was initially designated for TPS in 1991 due to extraordinary and temporary conditions. Its designation has been continuously extended since. Somalia has also been redesignated for TPS twice, in 2001 and 2012, due to ongoing armed conflict and extraordinary and temporary conditions, expanding eligibility to additional Somali nationals. There are approximately 500 beneficiaries under Somalia's designation.

**South Sudan/Sudan:** Sudan was designated for TPS in 1997 due to ongoing armed conflict and extraordinary and temporary conditions. Its designation has been continuously extended since. Sudan was also redesignated for TPS in 1999, 2004, and 2013, expanding eligibility to additional Sudanese nationals. When South Sudan became an independent country in 2011, it was designated for TPS due to ongoing armed conflict and extraordinary and temporary conditions, and its designation has been continuously extended since. South Sudan was also redesignated for TPS in 2013, 2014, and 2016. There are over 1,000 beneficiaries under Sudan's designation and approximately 50 under South Sudan's.

Prepared May 16, 2017, by: Brandon Prelogar/Kathryn Anderson, USCIS OP&S;

FOR OFFICIAL USE ONLY

**Syria:** Syria was designated for TPS in 2012 due to extraordinary and temporary conditions. Its designation has been continuously extended since. Syria was also redesignated in 2013, 2015, and 2016, adding ongoing armed conflict as a basis for the designation and expanding eligibility to additional Syrian nationals. There are approximately 6,200 beneficiaries under Syria's designation.

**Yemen:** Yemen was designated for TPS in September 2015 due to an ongoing armed conflict in the country. Its designation has been extended through September 3, 2018. There are over 800 beneficiaries under Yemen's designation.

**Prepared May 16, 2017, by:** Brandon Prelogar/Kathryn Anderson, USCIS OP&S;