# EXHIBIT 15



**U.S. Citizenship and Immigration Services**

Refugee, Asylum and Int'l Operations Research Unit

## Haiti: TPS Addendum
Last Updated: February 7, 2017

### Hurricane Matthew

Haiti remains affected by a series of humanitarian crises which were exacerbated by the impact of Hurricane Matthew in October 2016.[1] In addition to causing an estimated $2.8 billion in damages and losses, Hurricane Matthew "added to pre-existing humanitarian needs throughout the country, notably related to the cholera epidemic, the El-Niño induced drought, the bi-national migration crisis, and the displaced following the 2010 earthquake."[2] Of the 2.1 million people who were impacted by Hurricane Matthew in Haiti, close to 1.4 million remain in need of some form of humanitarian assistance.[3]

The international community is providing assistance to support Haiti's recovery from Hurricane Matthew, with over $151 million dollars contributed as of February 6,[4] including more than $86 million dollars from the United States.[5] International organizations, foreign governments, and non-governmental organizations have worked with the government of Haiti to: distribute food and provide food assistance; seek solutions for displaced individuals; provide health, water, sanitation, and hygiene support to affected families; and to rehabilitate damaged schools.[6] The number of people facing food insecurity in hurricane affected areas has fallen from one million people in late October 2016 to an estimated 400,000 people as of late December 2016.[7]

However, it will likely take Haiti years to recover from the damages of Hurricane Matthew.[8] Individuals in the most affected areas "still need immediate help to meet their basic needs,"[9] with the impact of the storm continuing to affect "the provision of basic social services in the most affected areas of Grand'Anse, Nippes and South" departments.[10] Damages from the hurricane "exacerbated three years of drought and severe flooding" in Haiti, leaving over 1.5 million people throughout the country food insecure as of late December 2016.[11] Significant losses of crops and livestock in the south and southwest—particularly in Grand'Anse department (Haiti's "bread basket")—"renders communities dependent on imported food and increased food prices by 15 – 25 percent."[12] Hurricane Matthew struck Haiti as farmers were about to harvest their crops in the fall of 2016.[13] A "very poor harvest" is projected for January and February 2017 due to damages from the storm in the most affected areas (where approximately 80 percent of the population relies on subsistence farming).[14] Various non-governmental organizations have warned of a potential food crisis in Haiti;[15] per the Famine Early Warning Systems Network (FEWSNET), emergency food needs in Haiti will likely "remain elevated until the July 2017 harvests."[16]

Haiti has witnessed a resurgence of cholera since May 2016, and Hurricane Matthew caused an increase in the number of suspected cases, particularly in affected departments.[17] As of early February 2017, the United States Agency for International Development (USAID) reported that "suspected cholera case counts reported in affected areas continue to decline";[18] over 729,000 people have been vaccinated against cholera in affected regions since October 2016.[19] An estimated 1.8 million people have been affected by the partial or total loss of health services in

Contact Us:



**U.S. Citizenship and Immigration Services** — **Refugee, Asylum and Int'l Operations Research Unit**

areas of Haiti that were impacted by Hurricane Matthew.[20] Approximately 750,000 Haitians lack safe water, which has facilitated the spread of water-borne illnesses and diseases, such as cholera.[21]

Displacement continues to remain a problem in Haiti. Over 55,000 internally displaced persons (IDPs) from the 2010 earthquake remain in camps without viable options to leave.[22] An additional 175,000 people impacted by Hurricane Matthew have been left without housing.[23] In addition, since June 2015, at least 158,000 Haitian migrants have returned to Haiti from the Dominican Republic "under pressure of various threats, lack of protection and fear of deportation."[24]

While humanitarian assistance has continued to reach affected populations as roads have been re-opened and repaired, the security situation reportedly remained challenging during the three months after the hurricane, as "humanitarian convoys were regularly attacked and looted."[25] An increase in political demonstrations related to national elections has reportedly had a negative impact on humanitarian operations in Haiti.[26] In early January 2017, humanitarian assistance efforts were interrupted by unrest in Grand'Anse department following the arrest of a newly-elected senator.[27]

**Elections**

On January 4, 2017, Jovenel Moïse was officially declared the winner of Haiti's presidential election that was held in November 2016.[28] Sporadic protests occurred after the results were announced, but there were no reports of significant violence.[29] On February 7, Moïse was sworn in as Haiti's president.[30] However, the election result "is still being contested by the opposition," which held protests during Moïse's inauguration.[31]

On January 29, 2017, Haiti held elections for eight senators and one seat in the lower chamber of congress.[32] Nationwide municipal elections were also held for the first time since December 5, 2006.[33] The Haitian National Police reported that 49 incidents occurred during the elections, and 20 people were arrested for incidents ranging from "the theft of ballot papers, destruction of ballots, possession of weapons, to the possession of false documents and attempted fraud."[34] These elections represent the closure of Haiti's "repeatedly derailed electoral cycle that started in 2015."[35]

---

[1] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA)/the United Nations Country Team in Haiti, p.6, Jan. 2017.
[2] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.7
[3] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.7
[4] *Caribbean – Hurricane Matthew Fact Sheet #18, Fiscal Year (FY) 2017*, U.S. Agency for International Development (USAID), p.4, Feb. 6, 2017.
[5] *Caribbean – Hurricane Matthew Fact Sheet #18, Fiscal Year (FY) 2017*.
[6] *Caribbean – Hurricane Matthew Fact Sheet #18, Fiscal Year (FY) 2017*.
[7] *Caribbean – Hurricane Matthew Fact Sheet #18, Fiscal Year (FY) 2017*, p.1.
[8] *Hurricane Matthew: Three months later, Haiti at risk of food crisis*, CARE, Jan. 4, 2017.
[9] *Haiti: 3 months after Hurricane Matthew, 7 years after the earthquake*, UN Development Program, Jan. 11, 2017.
[10] *Haiti: Humanitarian Situation Report - January 2017*, United Nations Children's Fund (UNICEF), p.1, Jan. 2017.

2

Contact Us: ▮▮▮▮▮▮



U.S. Citizenship and Immigration Services

Refugee, Asylum and Int'l Operations Research Unit

[11] *Caribbean – Hurricane Matthew Fact Sheet #18*, Fiscal Year (FY) 2017, p.2, Feb. 6, 2017.
[12] *Seven Years after the Earthquake: Haiti in an unprecedented humanitarian, food, and climate crisis*, Center for Economic and Policy Research, Jan. 12, 2017.
[13] *Oxfam warns of hunger in Haiti 3 months after Hurricane Matthew*, Oxfam, Jan. 4, 2017; *Hurricane Matthew: Three months later, Haiti at risk of food crisis*.
[14] *Oxfam warns of hunger in Haiti 3 months after Hurricane Matthew*; *Hurricane Matthew: Three months later, Haiti at risk of food crisis*.
[15] *Oxfam warns of hunger in Haiti 3 months after Hurricane Matthew*; *Hurricane Matthew: Three months later, Haiti at risk of food crisis*.
[16] *Caribbean – Hurricane Matthew Fact Sheet #18*, Fiscal Year (FY) 2017, p.2..
[17] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.8.
[18] *Caribbean – Hurricane Matthew Fact Sheet #18*, Fiscal Year (FY) 2017, p.3.
[19] *Project HOPE Says Health Needs Persist in Haiti after Hurricane Matthew; Vows to Support Health System on 7th Anniversary of Earthquake*, Project HOPE, Jan. 12, 2017.
[20] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.32.
[21] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.25; *Haiti: Hurricane Matthew - Situation Report No. 34 (2 February 2017)*, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), p.5, Feb. 2, 2017; *Seven Years after the Earthquake: Haiti in an unprecedented humanitarian, food, and climate crisis*.
[22] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.8.
[23] *Haiti: Hurricane Matthew - Situation Report No. 34 (2 February 2017)*, p.4.
[24] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.9.
[25] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.21.
[26] *Haiti: Humanitarian Response Plan - January 2017 - December 2018*, p.20.
[27] *Haiti: Humanitarian Situation Report - January 2017*, p.1.
[28] *Haiti: Jovenel Moise confirmed winner of presidential election*, BBC News, Jan. 4, 2017.
[29] *Haiti: Jovenel Moise confirmed winner of presidential election*.
[30] *Businessman Jovenel Moise Sworn In as Haiti's President*, VOA News, Feb. 7, 2017.
[31] *Haiti: Jovenel Moise sworn in as new president*, BBC News, Feb. 7, 2017.
[32] *Low turnout in Haiti's local elections*, AFP, Jan. 29, 2017.
[33] McFadden, David, *Haiti holds final round of election cycle started in 2015*, Associated Press, Jan. 29, 2017; Charles, Jacqueline, *Haiti election cycle nears end with Sunday vote and more than 5,000 seats up for grabs*, Miami Herald, Jan. 27, 2017.
[34] *Several arrests mar Haiti's second round of elections*, The Jamaica Observer, Jan. 30, 2017.
[35] McFadden.

Contact Us: