# EXHIBIT 19
## (Corrected)

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO
 4             Case No. 3:18-cv-1554-EMC
 5   --------------------------------x
 6   CRISTA RAMOS, et al.,
 7                Plaintiffs,
 8          vs.
 9   KIRSTJEN NIELSEN, et al.,
10                Defendants.
11   --------------------------------x
12
13          VIDEOTAPE 30(B)(6) DEPOSITION OF
14
        U.S. DEPARTMENT OF HOMELAND SECURITY
15
      VIA ITS REPRESENTATIVE DONALD WARREN NEUFELD
16
17              Thursday, August 9, 2018
18                   Washington, D.C.
19
20
21
22
23   REPORTED BY:
24   Susan Ashe, RMR, CRR
25   Job Number LA-185456
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 97

```
 1       Q.   Do you know under any administration?
 2       A.   No.
 3       Q.   Once Office of Policy and Strategy has a
 4   draft recommendation memo, what's the next step?
 5       A.   It goes to the director for his or her
 6   consideration and ultimate sign-off.
 7       Q.   Is there any internal review that happens
 8   of that memo before it goes to the director?
 9       A.   There has been at times a concurrence
10   process.
11            So the draft would be -- there's a
12   standing process for concurrence at the USCIS on any
13   kind of correspondence or documentation, and it's --
14   in the past that -- I'm aware that that
15   recommendation memo -- recommendation memos have
16   gone -- that draft recommendation memos have gone
17   through that concurrence process before they --
18   before it makes it up to the director for signature.
19       Q.   Is there a standard procedure within USCIS
20   for that concurrence process?
21       A.   The concurrence process is standardized.
22            What gets submitted to it is not
23   necessarily standardized.
24       Q.   It sounded like some -- that
25   recommendation memos went through this concurrence
```

1  process at some point in time, but not always.
2       A.   That's correct.
3       Q.   Okay.  Can you explain when it went
4  through, when it didn't?
5       A.   So I know that recently there has not been
6  a recommendation memo going through the concurrence
7  process.
8            I don't know precisely when it stopped,
9  and I can't say with certainty that since 2008 every
10 single one of them has gone through that kind of
11 concurrence process.
12           I have a recollection of seeing them at
13 times over the years.
14      Q.   What is the last recommendation memo that
15 you recall going through the concurrence process?
16      A.   I'm not 100 percent sure.
17           I think that for the first -- under this
18 administration, the first time Haiti was being
19 considered, I think that that recommendation memo --
20 I don't know whether the final version went through
21 the concurrence process, but I recall -- I'm pretty
22 sure I recall seeing a draft of that for input.
23           But what I should say there is -- what I
24 see -- as one of the components that would receive
25 it for concurrence, my review of it is not so much

```
 1        Q.   Other than the recommendation memo --
 2   actually, let me back up one second.
 3             Does the concurrence process involve all
 4   of the different directorates and offices within
 5   USCIS?
 6        A.   I believe so, yes.  I'm sure it includes
 7   all of the directorates.  I'm not sure that every
 8   program office is included.
 9        Q.   Okay.
10        A.   I know that many are.  I just can't think
11   of any that are not.
12        Q.   And do you know if there is some sort of
13   written SOP that deals with the concurrence process?
14        A.   I'm sure there must be, but I don't know
15   what --
16        Q.   This is a government-held job.
17        A.   Yes.
18        Q.   Do you know who I would ask if I wanted to
19   get that SOP?
20        A.   Gemma Button.
21        Q.   In connection with the recommendation
22   memo, are there other documents that are prepared in
23   conjunction with the recommendation memo?
24             And if it's changed over time, let me
25   know, and we'll break it up.
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 104

1    A.    Yes.  So the Federal Register Notice in
2    the past was prepared usually concurrently with the
3    recommendation memo with the idea being that it
4    would be ready for publication once the secretary
5    made a decision.
6          So the risk there has always been that the
7    decision wouldn't be what folks thought it might be,
8    and then it would have been wasted effort.
9          But for years the two were developed
10   basically at the same time.
11         And then....
12         So as I described the recommendation memo,
13   that has always been the responsibility for Policy
14   and Strategy.
15         The Federal Register Notice was -- is a
16   document that Service Center Operations managed the
17   process.  So we -- I won't -- I want to be sure to
18   not characterize it as that we had any authority as
19   far as like what was included in it, but we would
20   draft it based on what we thought needed to be
21   included in there.
22         And a lot of it is about the operational
23   process, which is why I think historically it had
24   fallen to us.
25         But since.... A piece of that is the -- a

1  description of the -- why the decision that was made
2  is being made, or was made, you know, why the
3  decision was -- is what it is.
4            And with the -- so in the past, we would
5  have -- we used information from the conditions
6  report that RAIO would produce.
7            We would -- we in Service Center
8  Operations would pull information from that that we
9  thought would likely be pertinent.
10           All of this is, again, just trying to
11 speed up the process so that we wouldn't be waiting
12 for the FRN to be issued once the decision was made.
13           So we would draft sort of notional
14 language that would be put in there as the
15 explanation for the decision that hadn't even been
16 made yet.
17           With the last Sudan determination, we did
18 draft the FRN, but we left that section that
19 explains the decision blank for the Office of Policy
20 and Strategy to fill in.
21           And then with the most recent Haiti
22 determination, we didn't even draft the FRN.  That
23 was turned over to Policy and Strategy as well.
24       Q.   And how about with the most recent
25 El Salvador, Nicaragua FRNs?

1   registered or reregistered.  They know that but --
2   we've shared that information with them.
3           But more specific data than that, I'm not
4   aware of anything being shared.
5       Q.   Thank you for clarifying.
6           All right.  So I will represent to you
7   that Secretary Kelly's decision to extend Haiti TPS
8   was announced on May 22, 2017, and we have this
9   e-mail chain dated May 17, 2017.
10          In your experience, is it typical to have
11  this much uncertainty about where a TPS
12  determination is going five days before the decision
13  is announced?
14              MR. KIRSCHNER:  Objection; asked and
15  answered.  He's previously testified about these
16  matters.
17      Q.   I think you can answer.  I'm asking with
18  respect to this particular decision.
19      A.   Can you repeat the question again.
20      Q.   Sure.  Sure.
21          With this e-mail chain in Exhibit 16, this
22  is five days before Secretary Kelly's decision on
23  Haiti TPS was announced.
24          In your experience, is it typical for
25  there to be this much uncertainty about where a TPS

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 191

1  decision is heading at this stage of the process?
2       A.   Prior to this, this would have been
3  atypical.
4       Q.   Okay.
5       A.   Since this, it seems pretty typical.
6            MS. DEGEN:  I'm going to give you
7  what has previously been marked as Exhibit 7.
8            (Whereupon, Exhibit 7, previously
9  marked for identification, was presented to the
10 witness.)
11      Q.   Take a minute to the read through this
12 one.
13           (Witness reading.)
14      Q.   So this exhibit, previously marked as
15 Exhibit 7, it has just for reference Bates number
16 DHSRFPD 00001250, and it is a chain of e-mails
17 starting August 29, 2017, the most recent one ending
18 August 30, 2017.  A couple of quick questions.
19           Oh, sorry.  The Re line on all of these
20 e-mails is:  Sudan TPS.
21           And there is -- on the first page of this
22 exhibit, there is a reference in the second e-mail
23 down to:  New memo signed; FRNS completed.
24           Where it says "FRNS," is that -- would you
25 understand that to be a reference to Federal

```
 1   DISTRICT OF COLUMBIA        )
 2                               : ss
 3
 4          I, SUSAN ASHE, a Registered Merit Reporter
 5   and Notary Public, do hereby certify:
 6          That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is a true record
13   of the testimony given.
14          Before completion of the deposition, review of
15   the transcript [X ] was [ ] was not requested.  If
16   requested, any changes made by the deponent (and provided
17   to the reporter) during the period allowed are appended
18   hereto.
19          I further certify that I am not interested in
20   the outcome of the action.
21          WITNESS my hand this date August 10th, 2018.
22
23          _____
24
25   My Commission Expires: May 31, 2022
```