# EXHIBIT 33

(b)(6)

From:
To:
Subject: FW: Haiti TPS Country Conditions Report
Date: Tuesday, August 08, 2017 1:32:02 PM

___, what do you think of ___ and I going to Haiti to meet with embassy officers, NGOs, to prepare our TPS paper? I would be happy to discuss this further with you.

Chief, Research
Refugee, Asylum and International Operations directorate
DHS/USCIS
20 Massachusetts Ave., NW, Washington, DC 20529

Visit the RAIO RU homepage on USCIS Connect!

From:
Sent: Tuesday, August 08, 2017 2:23 PM
To:
Subject: RE: Haiti TPS Country Conditions Report

Hey, ___ We were thinking a full report would be best since this is a new review (of course, pulling heavily from existing content where still relevant). Might be easiest just to chat about specific content or material to be updated. Any chance you're free to touch base tomorrow between 2:30 and 4:30?

From:
Sent: Monday, August 07, 2017 12:54:12 PM
To:
Cc:
Subject: RE: Haiti TPS Country Conditions Report

(b)(6)

Always happy to help. Do you want us to draft and update a full TPS report (like we submitted in December 2016), or another addendum (covering just the period from the last addendum in May 2017 until Aug. 2017)? Are there any specific topics we should cover or you would want updates on? Here is what we have pulled together in the past year for Haiti:

- Haiti: Hurricane Matthew (October 11, 2016) – covers impact of Hurricane Matthew in Haiti
- TPS Considerations Haiti: Natural Disaster (Dec. 2016) – focuses on earthquake impact and recovery, and includes info on housing, cholera, economic damages, political instability, security risks, environmental risks, and Hurricane Matthew (this is the full report)
- Haiti: TPS Addendum (February 7, 2017) – includes info on Hurricane Matthew and recent

elections
- Haiti: TPS Addendum (May 10, 2017) – includes general country conditions update (about a page on the earthquake, cholera, Hurricane Matthew, etc.), plus specific questions posed to us (GDP growth, MINUSTAH, reconstruction of national palace)

Thanks,

(b)(6)

From:
Sent: Monday, August 07, 2017 11:22 AM
To:
Cc:
Subject: Haiti TPS Country Conditions Report

As much as it pains us to write this, so close on the heels of the most recent Haiti TPS decision and all, because it was just a 6-month extension, we're already initiating the formal review process. We've asked State to get us their assessment and rec by August 22. Would RU be able to put together its report by September 1? We know this is a shorter turnaround then normal, but the review period is condensed b/c of the limited, 6-month extension. We were thinking it would be helpful to highlight in the Summary section what, if anything, has changed (for better or worse) since the last decision in May. Let us know if you'd like to discuss, and thanks, as always, for your contribution to our TPS process.

Chief, International and Humanitarian Affairs Division
Department of Homeland Security/U.S. Citizenship and Immigration Services
Office of Policy and Strategy

(b)(6)