# EXHIBIT 38

**From:** Deshommes, Samantha L
**Sent:** Thursday, January 11, 2018 1:19 PM
**To:** Nuebel Kovarik, Kathy; Law, Robert T
**Subject:** RE: TPS update - El Sal News

Another update on El Sal...things are moving quickly. S1 signed TPS El Sal, BUT she wants a change to reflect language from the PAG sent out on Monday announcing the decision. She wants the FRN modified to include the following language: "Secretary Nielsen has determined the termination of the Temporary Protected Status (TPS) designation for El Salvador was required pursuant to the statute." S1 did not indicate where precisely to include the text, so OGC reviewed and made a suggestion of where we could include. Mark from my team is coordinating IHAD, SCOPS, and OCC review. Since S1 signed the FRN, we're remaining super conscious of where & how many edits occur so that we don't alter the pagination of the document (we want to avoid having to resubmit to S1 for re-signature). If all goes well and everyone prioritizes review (as I know they will), we may be able to submit to OMB later tonight. I'll keep you posted.

Sam

---

**From:** Deshommes, Samantha L
**Sent:** Thursday, January 11, 2018 9:24 AM
**To:** Nuebel Kovarik, Kathy; Law, Robert T
**Subject:** TPS updates

**Haiti:** OIRA passed on comments from DOS yesterday afternoon. DOS comments were made to the country conditions and the team (OP&S, SCOPS, and OCC) reviewed and accepted all but one of those edits. We sent the response back to OMB this morning. I put some feelers out to see if we should expect another round of comments from the OIRA review; I should know more later today. My *hope* is that OMB will conclude review soon. Again, I'll keep you posted.

**El Sal:** We checked with some of our RCD contacts that are in DHS ESEC. Our understanding is that the TPS El Sal package is with the DHS COS. From there is goes to S2, then S1 for signature. Following S1's signature, we will submit for OMB-OIRA review.

Sam

*Samantha Deshommes*
*Chief, Regulatory Coordination Division*
*USCIS, Office of Policy & Strategy*
*Office:*
*Mobile:*

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.