# EXHIBIT 42

(b)(6)

**From:** Nuebel Kovarik, Kathy
**To:** Cissna, Francis; [(b)(6)]; McCament, James W
**Subject:** RE: TPS Roll-Out Coordination - El Salvador, Guatemala, Haiti, Honduras
**Date:** Monday, October 16, 2017 3:23:02 PM

We can't wait for State to give us recommendations or we'd wait until the last minute. The memos are nearly revised to take out DED and add info on their original designation. I should have them to you tomorrow. We'll need to ask DPC to coordinate some interagency comment period and then report that back up to her, along with any recommendation from Tillerson.

---

**From:** Cissna, Francis
**Sent:** Monday, October 16, 2017 3:57 PM
**To:** [(b)(6)] McCament, James W; Nuebel Kovarik, Kathy
**Subject:** FW: TPS Roll-Out Coordination - El Salvador, Guatemala, Haiti, Honduras

(b)(6)

See below. Seems like [(b)(6)] office would be their best POC for this sort of thing, and he can reach back to our EXA.

On substance, I assume we're still waiting for State's recommendation(s) to complete our TPS recommendation memos to AS1?

**Referred to Department of Homeland Security**