# EXHIBIT 49

**From:** Petyo, Briana
**Sent:** Friday, September 8, 2017 10:18 PM
**To:** Neumann, Elizabeth
**Subject:** FW: Upcoming TPS Decisions

---

**From:** Nealon, James
**Sent:** Friday, September 08, 2017 5:49:08 PM
**To:** Nuebel Kovarik, Kathy
**Cc:** Petyo, Briana; Nealon, James
**Subject:** RE: Upcoming TPS Decisions

Kathy, thanks for the invite. Just so you understand where I'm coming from on TPS: It's very important that we not stick memos in front of the Secretary and say "sign here." It's equally important that she understand the context and consequences, and that we explain how her TPS decisions fit into the broad context of all the other immigration and border related decisions that she has to make – DACA, Executive Order and sanctions, a whole range of border enforcement initiatives, and TPS. We can help. I'll insist that Policy be part of the process, and not just at the back end. We weren't involved in Sudan or South Sudan and we could have been helpful. Delighted to discuss on the phone or in person of that's better. Thanks.

-----Original Appointment-----
**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, September 8, 2017 5:43 PM
**To:** Westmoreland, Megan; Boivin, Mark R; Smith, Alice J; Crescitelli, James C; Gildea, Thomas S; Zengotitabengoa, Colleen R; Whitney, Ronald W; Kelliher, Brian; Allred, Esther; Petyo, Briana; Mandanas, Maria J (Joy); Nuebel Kovarik, Kathy; Dougherty, Michael; Hamilton, Gene; Nealon, James; Culver, Jared; Cissna, Francis; McDonald, Christina; Symons, Craig M; Higgins, Jennifer B; Prelogar, Brandon B; Anderson, Kathryn E; Deshommes, Samantha L; Rigdon, Jerry L; Levine, Laurence D
**Subject:** Upcoming TPS Decisions
**When:** Monday, September 11, 2017 12:15 PM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** conference call

During this meeting, we'll discuss plans to efficiently package and prepare upcoming TPS decisions for the DHS Front Office.

USCIS will have a meeting room reserved, more info to come.

- Dial-in number:
- Participant code:
- Leader code: (USCIS/OP&S)

DPP_00000457