# EXHIBIT 51

**From:** Risch, Carl C
**Sent:** Thursday, April 20, 2017 11:05 PM
**To:** Cissna, Francis; Symons, Craig M; Nuebel Kovarik, Kathy
**Subject:** FW: Haiti TPS - State Recommendation

In case it comes up, here is the email from March 22nd in which OP&S asked State for a recommendation on Haiti TPS. I don't believe we received a response. I also understand that this isn't the first time USCIS asked for an updated response, although I haven't seen any correspondence from those earlier request(s).

**From:** Risch, Carl C
**Sent:** Tuesday, March 28, 2017 9:31 AM
**To:** Levine, Laurence D
**Subject:** FW: Haiti TPS - State Recommendation

Do we have an ETA for the Haiti option paper for S1? I'm fine sending that up without the Tillerson letter with the understanding that it might be coming at a later date (mid-April).

**From:** Prelogar, Brandon B
**Sent:** Wednesday, March 22, 2017 11:32 AM
**To:** Ashe, Christopher C; Hefright, Brook E
**Cc:** Anderson, Kathryn E; Hamilton, Gene; Higgins, Jennifer; Levine, Laurence D; Risch, Carl C; Symons, Craig M
**Subject:** Haiti TPS - State Recommendation

Chris/Brook,

USCIS met with DHS/HQ Front Office staff yesterday to discuss Haiti's TPS designation. During that meeting, noting that the current recommendation is from former Secretary Kerry and given the change in administration, they requested that we seek an updated Department of State recommendation under current leadership. Copied are Secretary Kelly's Senior Counselor, Gene Hamilton, and Deputy Chief of Staff, Jennifer Higgins, who can follow up with State counterparts on this request as necessary.

With regard to timing, our aim is for Secretary Kelly to be able to make a decision by mid-April to facilitate FRN publication by not later than May 23. So your assistance in providing State's current position on Haiti's TPS designation on an expedited track is appreciated.

Thank you for your assistance. As always, we greatly appreciate State's consultation in our TPS decision-making process.

Brandon Prelogar
Chief, International and Humanitarian Affairs Division
Department of Homeland Security/U.S. Citizenship and Immigration Services
Office of Policy and Strategy