# EXHIBIT 53

| | |
|---|---|
| From: | |
| To: | |
| Subject: | Haiti and TPS: Update |
| Date: | Tuesday, May 16, 2017 5:52:47 PM |

(b)(6)

Good evening. I'm writing to give you an update on Haiti and TPS. ▭ in the Office of Policy and Strategy informed me that he has been asked to draft a FRN notice that will notify Haitian TPS beneficiaries of a 6 month extension. This provides the Secretary with another *option* on top of the three he has before him, i.e. extend, terminate, or re-designate TPS.

Also, DHS HQ is still waiting on a decision from the Department of State regarding its position on TPS for Haiti, according to ▭. Secretary Tillerson was given a memo which recommended a 12 month extension of TPS for Haitians, but ▭ said there has been no word from State on where the memo is or when State will communicate its position to DHS.

Sincerely,

(b)(6)

Chief, Research
Refugee, Asylum and International Operations directorate
DHS/USCIS
20 Massachusetts Ave., NW, Washington, DC 20529

Visit the RAIO RU homepage on USCIS Connect!