# EXHIBIT 56

|  |  |
|---|---|
| From: | McCament, James W |
| To: | (b)(6) |
| Cc: | Nuebel Kovarik, Kathy; |
| Subject: | RE: Fed Reg confirmed publication of the USCIS TPS-Haiti Notice |
| Date: | Monday, May 22, 2017 5:26:41 PM |
| Attachments: | image001.png |

Thank you for the update ▭ Definitely echo ▭ thanks to all for the hard (and weekend) work!

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
▭ Deputy Director's Office)

(b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

Referred to Department of Homeland Security

Referred to Department of Homeland Security

Referred to Department of Homeland Security

**From:** 

(b)(6)

**Sent:** Monday, May 22, 2017 12:14 PM
**To:** McCament, James W <James.W.McCament@uscis.dhs.gov>

(b)(6)

Cc: 
Nuebel Kovarik, Kathy

**Subject:** RE: TPS Materials

Does anyone have the press release that we can embargo and send to the hill now? I have at least a dozen staffers trying to dial into the Media Call (wholly inappropriate) but we need to get them something.

**From:** McCament, James W  (b)(6)
**Sent:** Monday, May 22, 2017 11:33 AM
**To:**

**Cc:**
Nuebel Kovarik, Kathy

**Subject:** RE: TPS Materials

(b)(6)

All, given that the DHS Press Call is at noon today, [ ] has the connection been made back to State so the Government of Haiti can be notified? If not, suggest that would now happen correct?

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[ ] Deputy Director's Office)



56

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 9:47 AM
**To:** [redacted]
**Cc:** [redacted] Nuebel Kovarik, Kathy; [redacted]    (b)(6)
**Subject:** RE: TPS Materials

Thank you [redacted] All, I'd suggest that [redacted] give State the green light to reach out to Haiti if the Congressional calls are about to begin? [redacted] any concerns with doing so?

James W. McCament
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[redacted] (Deputy Director's Office)

(b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

Referred to Department of Homeland Security

57

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 9:38:31 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy;

(b)(6)

**Subject:** RE: TPS Materials

Hi all, adding Scott Krause to the email chain to be able to advise all once the FRN which OGC has provided is signed by S1.

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
(202) 272-8000 (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 9:35 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy;

**Subject:** RE: TPS Materials

Hi all,

Just want to circle back to confirm the current state of play for communications with the notice now ready for signature by S1?

From the quick recap and schedule, we have the DHS press backgrounder; Congressional Notification (by USCIS as I understand?) to occur ideally 60 minutes prior to the backgrounder; and, finally, notification to the President of Haiti by DOS once DHS/USCIS advises State Department to do so.

Just wanted to reconfirm the final steps, specific timing and see what further is needed from USCIS?

Including if you need anything further regarding final communication materials which will be utilized?

Thanks again all, very glad we are very close to the finish line.

James

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
(Deputy Director's Office)

(b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

(b)(6)

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 9:09 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy;
**Subject:** RE: TPS Materials

All, also adding [redacted] to the email chain. Thanks!

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
(Deputy Director's Office)

(b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*



(b)(6)

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 8:37 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy;
**Subject:** RE: TPS Materials

Thanks [ ] once the timing is finalized, I'll ask that DOS notify concurrent with your Congressional notification timing.

**James W. McCament**
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[ ] Deputy Director's Office)

(b)(6)

*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

---

**From:** [ ]                                                                                                 (b)(6)
**Sent:** Monday, May 22, 2017 7:38 AM
**To:** McCament, James W;
**Cc:** Nuebel Kovarik, Kathy;
**Subject:** RE: TPS Materials

We need at least 30 min before the media calls, and preferably 60 min. thanks, S

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 7:31 AM
**To:**
**Cc:** Nuebel Kovarik, Kathy
(b)(6)
**Subject:** RE: TPS Materials

Thanks [ ] I think that's a good point regarding the materials. If then, the media call

60

remains at 11, [redacted] what time will Congressional notifications go forward? Ideally, suggest [redacted] or I notify DOS and ask that the call to the Haitian President go at the same time as the Congressional notifications. (Not prior). If that makes sense. Thanks all.

(b)(6)

James W. McCament
Director (Acting) | Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
[redacted] Deputy Director's Office)

This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

Referred to Department of Homeland Security

---

**From:** McCament, James W
**Sent:** Monday, May 22, 2017 7:16:54 AM
**To:** [redacted]
**Cc:** [redacted] Nuebel Kovarik, Kathy; [redacted]
**Subject:** RE: TPS Materials

Thanks [redacted] In addition, if the call happens in the afternoon that also would allow for the notifications (Congressional and Government of Haiti) to happen immediately prior to the call. With an 11:00 that would crib that time further. If the backgrounder is moved to the afternoon, and once the FRN is signed, I will contact DOS (an hour or so) before the media call to allow for notification of GOH-hopefully concurrent to the Congressional notifications- if [redacted] can advise on that timing.

(b)(6)

Referred to Department of Homeland Security

Referred to Department of Homeland Security

63