# EXHIBIT 57

(b)(6)

**From:** Renaud, Tracy L
**To:** ▓▓▓▓▓▓▓▓ Nuebel Kovarik, Kathy; ▓▓▓▓▓
**Cc:** McCament, James W
**Subject:** RE: VTel w/S1 & Haiti
**Date:** Monday, July 17, 2017 7:51:25 AM

Adding ▓▓. I have no objection to pulling together the meeting with the Haitian consulates as long as we aren't replicating anything that the Department is doing.

*Tracy L. Renaud*
*Acting Deputy Director*
*US Citizenship & Immigration Services*
*Department of Homeland Security*
▓▓▓▓▓▓▓ *desk)*

---

**From** ▓▓▓▓▓▓▓▓▓▓                           (b)(6)
**Sent:** Friday, July 14, 2017 3:09 PM
**To:** Renaud, Tracy L; Nuebel Kovarik, Kathy
**Cc:** McCament, James W
**Subject:** RE: VTel w/S1 & Haiti

Tracy,

Political at post has told us that, to their knowledge, the GOH hasn't taken any action at this point. However, the Charge d'Affaires will meet with the Minister of Foreign Affairs on Tuesday, July 18th, and, TPS-related actions is on the agenda for discussion. We've asked our FOD to relay the importance that the Charge reiterate the need for the GOH to work with TPS holders in the States to facilitate their smooth return in the near future. We've also asked DOS to ask the GOH for specific concrete actions they plan on taking and timelines.

Given the inaction on their end to date, I recommend we consider pulling together a meeting with Haitian consulates in the US (who would be doing the outreach based on Port-au-Prince's direction) to ensure they are taking the appropriate steps.

We can work with OP&S and CSPE to do so if you agree.

Let me know if you have questions.

Best, ▓▓▓▓▓▓

(b)(6)

**From:** Renaud, Tracy L
**Sent:** Friday, July 14, 2017 10:00 AM
**To** ▓▓▓▓▓▓▓▓ Nuebel Kovarik, Kathy
**Cc:** McCament, James W
**Subject:** RE: VTel w/S1 & Haiti

Thank you both.

---

**From:** ▮▮▮▮▮▮▮▮ (b)(6)
**Sent:** Friday, July 14, 2017 9:58:04 AM
**To:** Nuebel Kovarik, Kathy; Renaud, Tracy L
**Cc:** McCament, James W
**Subject:** RE: VTel w/S1 & Haiti

Checking now....

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, July 14, 2017 9:57 AM
**To:** Renaud, Tracy L; ▮▮▮▮▮▮▮▮
**Cc:** McCament, James W
**Subject:** RE: VTel w/S1 & Haiti

Yes, apologies. Will do.

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct: ▮▮▮▮▮
Cell: ▮▮▮▮▮   (b)(6)

---

**From:** Renaud, Tracy L
**Sent:** Friday, July 14, 2017 9:50 AM
**To:** ▮▮▮▮▮▮▮▮ Nuebel Kovarik, Kathy
**Cc:** McCament, James W
**Subject:** VTel w/S1 & Haiti

▮▮▮▮/Kathy—

On the VTel with S1 this morning he expressed interest again in knowing whether the Government of Haiti was working with those here on TPS to prepare them to return to Haiti as he told them to. He indicated that we (a general "we" not necessarily directed to USCIS) should reach out to the US Embassy in Haiti if that was the best source. ▮▮▮▮ perhaps you guys can reach out to our FOD in Haiti to see if they know of any such efforts.  Kathy, I think James had asked you guys to reach out to your DOS TPS POCs as well.  Can you ask them to try again today?  James fully expects that S1 will raise this again on Monday so anything we can find out today would be helpful.

(b)(6)

*Tracy L. Renaud*
*Acting Deputy Director*
*US Citizenship & Immigration Services*
*Department of Homeland Security*
▮▮▮▮▮ *(desk)*

158