# EXHIBIT 58

**From:** Petyo, Briana
**Sent:** Tuesday, September 19, 2017 8:01 PM
**To:** Nealon, James
**Subject:** RE: Questions on Sudan FRN Notice - State Has Corrections

Totally weird. I cleared what we got but frankly because we were brought into process so late I would have nothing to compare against on the frn. Would you mind adding me on back end in case I need to loop in with OGC on what happened in clearance.

---

**From:** Nealon, James
**Sent:** Tuesday, September 19, 2017 7:47:24 PM
**To:** Petyo, Briana
**Subject:** FW: Questions on Sudan FRN Notice - State Has Corrections

Does this sound odd? I remember that we weren't involved in the final decisions on Sudan and South Sudan.

---

**From:** McCament, James W
**Sent:** Tuesday, September 19, 2017 7:42:30 PM
**To:** Nealon, James; Hamilton, Gene; Dougherty, Michael; Maher, Joseph; McDonald, Christina; Nuebel Kovarik, Kathy; Symons, Craig M; Ries, Lora L
**Subject:** FW: Questions on Sudan FRN Notice - State Has Corrections

Jim and all,

Kathy and I just discussed this alert I received from State this evening regarding the Sudan FRN and State strong concerns with the language (as well as the lack of roll-out notification). As I understand, following OMB review, final changes were made at the DHS level on the FRN of which State wasn't aware?

DOS is now pressing per below, and I understand others, to have those changes made before the FRN proceeds for publication on Thursday. This would require pulling back the FRN from the Federal Register this evening or tomorrow AM latest.

I believe Joe, Christina and Kathy have all discussed the requested DOS edits referenced below. To recap from Chris Ash's below message: "the Department has identified some significant mischaracterizations that are at odds with the Department's understanding of circumstances on the ground. We believe that lacking correction, the FRN could be out of step with the Administration's broader engagement on Sudan – much of which DHS is not engaged on and is likely unaware of the nuances that USCIS's changes in the language could have."

Beyond their partnership point, I'd like to know if the concerns are as impactful as represented? And do the concerns merit pausing the FRN? If we did so, we would need to revise tomorrow, and receive AS1/AS2 clearance as well which requires rapid turn-around.

Joe/Kathy others please advise on further background? I'd like to be sure I have full facts before pressing back to DOS.

Thanks,

**James W. McCament**
Director (Acting) | Deputy Director

U.S. Citizenship and Immigration Services
Department of Homeland Security
█████████ (Deputy Director's Office)



*This email (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, please notify USCIS immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.*

**From:** Ashe, Christopher C [mailto:█████████]
**Sent:** Tuesday, September 19, 2017 5:00 PM
**To:** McCament, James W
**Cc:** Sutphin, Paul R; Hefright, Brook E; Pollack, Margaret J; Frideres, Taryn F
**Subject:** Questions on Sudan FRN Notice - State Has Corrections

Good Afternoon Director McCament,

PRM was informed by your public affairs team that the final version of the Sudan TPS Federal Register Notice (FRN) will be published on Thursday. The Department has identified some significant mischaracterizations that are at odds with the Department's understanding of circumstances on the ground. We believe that lacking correction, the FRN could be out of step with the Administration's broader engagement on Sudan – much of which DHS is not engaged on and is likely unaware of the nuances that USCIS's changes in the language could have.

We would appreciate it if you could let us know who in USCIS or DHS we can work with to advocate for the Department's desired corrections.

Also, by way of trying to collectively fix a problem and not the blame – I just wanted to inform you that the Department was caught off guard yesterday by the sudden decision to make the TPS announcement. We literally were forced to dispatch our Foreign Affairs Officers by taxi to the Embassies with virtually no notice to inform the host governments of the imminent announcements. We had thought that we had obtained a commitment for sufficient notice to make such notifications – and we look forward to working with you and your team to develop a written, agreed upon process for State Department host-nation notifications prior to any future TPS announcements. That will allow us to work the diplomatic angle, and manage the diplomatic impact, of these announcements moving forward.

Thank you very much, and we appreciate your help,

Chris

Christopher C. Ashe
Director (Acting)
Office of International Migration
Bureau of Population, Refugees, and Migration
United States Department of State
Tel: █████████

**Official**
**UNCLASSIFIED**

DPP_00000509