# EXHIBIT 59

| | |
|---|---|
| From: | Cissna, Francis |
| To: | Nuebel Kovarik, Kathy |
| Subject: | RE: HOLD - Media Call on Haiti TPS |
| Date: | Monday, November 20, 2017 5:09:45 PM |

The PAG says termination + 18 months, so I guess that's the decision.

---

**From:** Nuebel Kovarik, Kathy
**Sent:** Monday, November 20, 2017 6:08 PM
**To:** Cissna, Francis
**Subject:** RE: HOLD - Media Call on Haiti TPS

Standing by to hear, but sounds like it could be termination plus 18 months. Heard you have to call ▮▮▮▮▮▮ too. I'm going to shut down for the night soon.

(b)(6)

**From:** Cissna, Francis
**Sent:** Monday, November 20, 2017 6:05 PM
**To:** Nuebel Kovarik, Kathy
**Subject:** FW: HOLD - Media Call on Haiti TPS

FYI

---

**From:** ▮▮▮▮▮▮
**Sent:** Monday, November 20, 2017 5:32 PM
**To:** Neufeld, Donald W; Cissna, Francis▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ McCament, James W
**Subject:** RE: HOLD - Media Call on Haiti TPS

We JUST got the cleared PAG back from DHS – please see attached. The call is now scheduled for 6:45.

(b)(6)

**From:** Neufeld, Donald W
**Sent:** Monday, November 20, 2017 5:28 PM
**To:** ▮▮▮▮▮▮ Cissna, Francis; ▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ McCament, James W
**Subject:** RE: HOLD - Media Call on Haiti TPS

Gillian – are there draft materials I can review?

---

**From:** ▮▮▮▮▮▮
**Sent:** Monday, November 20, 2017 5:08 PM
**To:** Neufeld, Donald W; Cissna, Francis; ▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ McCament, James W
**Subject:** RE: HOLD - Media Call on Haiti TPS

Sounds good! I'll be in touch as I get updates from OPA on timing.

(b)(6)

**From:** Neufeld, Donald W
**Sent:** Monday, November 20, 2017 5:00:34 PM
**To:** ▮▮▮▮▮▮ Cissna, Francis; ▮▮▮▮▮▮

(b)(6)

Cc: [redacted] McCament, James W
Subject: RE: HOLD - Media Call on Haiti TPS

[redacted] since I think you are 5 hours earlier that makes sense. I can call in from home and everyone else can get on with their life. ☺

---

From: [redacted]
Sent: Monday, November 20, 2017 4:52 PM
To: Neufeld, Donald W; Cissna, Francis; [redacted]
Cc: [redacted] McCament, James W
Subject: RE: HOLD - Media Call on Haiti TPS

DHS just confirmed. We will not be dialing into a call at 5:45. For now we are on stand-by until they send out a new invite. It's very possible the background media call could slip until 8 p.m. or so tonight. If that's the case, Don, I am happy to staff you over the phone.

---

From: [redacted] (b)(6)
Sent: Monday, November 20, 2017 4:35 PM
To: Neufeld, Donald W; Cissna, Francis; [redacted]
Cc: [redacted] McCament, James W
Subject: RE: HOLD - Media Call on Haiti TPS

FYI Folks – AS1 still hasn't signed the memo. If that doesn't happen in the next hour, the timing of the call will likely slip. I've attached an e-mail chain between DHS and the NSC, etc, on this topic. I don't want to unnecessarily clog your inboxes but am happy to add folks to the other chain, if desired.

---

(b)(6)

From: Neufeld, Donald W
Sent: Monday, November 20, 2017 4:03 PM
To: Cissna, Francis; [redacted]
Cc: [redacted] McCament, James W
Subject: RE: HOLD - Media Call on Haiti TPS

Apparently that's when we learn as well. (Or at least me.). I've not seen or heard anything yet.

---

From: Cissna, Francis
Sent: Monday, November 20, 2017 3:59:56 PM
To: [redacted] Neufeld, Donald W; [redacted]
M
Cc: [redacted] McCament, James W
Subject: RE: HOLD - Media Call on Haiti TPS

Is this the call where DHS OPA tells the media what the Haiti TPS decision is? (b)(6)

---

From [redacted]
Sent: Monday, November 20, 2017 3:58 PM
To: Neufeld, Donald W; [redacted]
Cc: [redacted] McCament, James W; Cissna, Francis
Subject: RE: HOLD - Media Call on Haiti TPS

Case 3:18-cv-01554-EMC   Document 122-59   Filed 09/20/18   Page 4 of 4

(b)(6)

Hi all – we can use Wilcox, [(b)(6)] will send invite.
+ D1/D2/COS in case they want to join.

-----Original Appointment-----
**From:** Neufeld, Donald W **On Behalf Of** [(b)(6)]
**Sent:** Monday, November 20, 2017 2:55 PM
**To:** [(b)(6)]
**Subject:** FW: HOLD - Media Call on Haiti TPS
**When:** Monday, November 20, 2017 5:45 PM-7:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** [(b)(6)]

Are we huddling anywhere at 20 Mass?

All times listed are in the following time zone:(UTC-05:00) Eastern Time (US & Canada)

**From:** [(b)(6)]
**Sent:** Monday, November 20, 2017 12:10:01 PM
**To:** [(b)(6)] Neufeld, Donald W; [(b)(6)]
**Cc:** [(b)(6)]
**Subject:** HOLD - Media Call on Haiti TPS
**When:** Monday, November 20, 2017 5:45 PM-7:00 PM.
**Where:** [(b)(6)]

Please dial-in as the leader at 5:45PM for a call pre-brief. When the operator answers, ask to be put in the pre-conference.

Dial-in [(b)(6)]
Leader passcode [(b)(6)]
Participant passcode [(b)(6)]

96