# EXHIBIT 62

Case 3:18-cv-01554-EMC   Document 122-62   Filed 09/20/18   Page 2 of 2

*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528



October 31, 2017

MEMORANDUM FOR THE DEPUTY CHIEF OF STAFF

FROM: Scott Krause

SUBJECT: TPS Recommendations for El Salvador, Honduras, and Nicaragua

---

    U.S. Citizenship and Immigration Services (USCIS) prepared this package outlining their recommendations for granting Temporary Protected Status (TPS) to El Salvador, Honduras, and Nicaragua. The Office of Policy (PLCY) non-concurred with USCIS' recommendation and provided a decision memo summarizing their standpoint.

    Upon review of PLCY's memo, the Office of General Counsel (OGC) ▌

    PLCY responded to OGC's ▌

    As requested, ESEC packaged the USCIS decision memo, including PLCY's memo explaining their non-concurrence.

Attachments

AR-EL_SALVADOR-00000041