# EXHIBIT 64

Protective Order - Do Not Distribute

**From:** Bardwell, Mark
**Sent:** Monday, October 2, 2017 3:46 PM
**To:** McDonald, Christina ; Westmoreland, Megan
**Subject:** RE: TPS Sudan memo for Federal Register

Friendly follow up: any word on the Sudan TPS? Any action needed from OGC-RLD at this time?

**Mark H. Bardwell, J.D.**
U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk:
Cell:

**From:** McDonald, Christina
**Sent:** Friday, September 29, 2017 3:33 PM
**To:** Bardwell, Mark ; Westmoreland, Megan
**Subject:** RE: TPS Sudan memo for Federal Register

No   haven't heard anything.

Christina E. McDonald
           (office)
           (cell)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Bardwell, Mark
**Sent:** Friday, September 29, 2017 2:53 PM
**To:** Westmoreland, Megan
**Cc:** McDonald, Christina
**Subject:** RE: TPS Sudan memo for Federal Register

Hi Megan,
Just checking: any new news re Sudan this afternoon?

**Mark H. Bardwell, J.D.**
U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk:
Cell:

**From:** Bardwell, Mark
**Sent:** Thursday, September 28, 2017 2:19 PM

**To:** Westmoreland, Megan
**Cc:** McDonald, Christina
**Subject:** RE: TPS Sudan memo for Federal Register

Ready to go 😊  Just let me know as soon as we have the new Sudan TSP.

**Mark H. Bardwell, J.D.**
U.S. Department of Homeland Security
Office of the General Counsel
Regulatory Affairs Law Division
NAC Building 1, Floor 2, Room 02 029 2
Washington, DC
Desk:
Cell:

---

**From:** Westmoreland, Megan
**Sent:** Thursday, September 28, 2017 11:08 AM
**To:** Bardwell, Mark
**Cc:** McDonald, Christina
**Subject:** TPS Sudan memo for Federal Register

Hi Mark,

[redacted]

Thanks!

Megan Westmoreland
Attorney Advisor
Regulatory Affairs Law Division
Office of the General Counsel
U.S. Department of Homeland Security
Office:
Cell:
*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the General Counsel, U.S. Department of Homeland Security. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).