# EXHIBIT 66

| | |
|---|---|
| From: | Nuebel Kovarik, Kathy |
| To: | McCament, James W; |
| Cc: | |
| Subject: | RE: TPS decision memo on Haiti |
| Date: | Friday, November 03, 2017 2:45:16 PM |

(b)(6)

Francis has the clean version printed at the NAC, is reading now and is ready to sign. After he signs, he is going to scan back to me, but is likely to personally hand AS1 the memo at the 4:30 meeting he has with her. ANY problems with that?

Kathy Nuebel Kovarik
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct:
Cell:

-----Original Message-----
From: McCament, James W
Sent: Friday, November 03, 2017 3:11 PM
To: Nuebel Kovarik,
Cc:
Subject: RE: TPS decision memo on Haiti

(b)(6)

I agree that given the timeline its okay but that we need to send an FYI. He will not be back downtown today (as I understand).


James W. McCament
Deputy Director
U.S. Citizenship and Immigration Services Department of Homeland Security
                    Deputy Director's Office) _____
From: Nuebel Kovarik, Kathy
Sent: Friday, November 03, 2017 3:06:56 PM
To: McCament, James W;
Cc:
Subject: RE: TPS decision memo on Haiti

I think we should send a clean version as an FYI to RAIO, SCOPS, FOD and MNGMT. Then give to Exec Sec once he signs it. But, no formal clearance process. What do you think of that plan? Or is there something I'm missing?


-----Original Message-----
From: McCament, James W
Sent: Friday, November 03, 2017 3:05 PM
To: Nuebel Kovarik, Kathy;
Cc:
Subject: RE: TPS decision memo on Haiti

(b)(6)

Thanks Kathy, I had no edits to the earlier version but have reviewed        and concur. Francis is at the NAC now and has the earlier version. I will send to him now, for his final review. If comfortable, we have it printed and he can sign there. If so, will this need to go through Exec Sec or he provides directly?

141

James W. McCament
Deputy Director
U.S. Citizenship and Immigration Services Department of Homeland Security
(b)(6) _____ (Deputy Director's Office) _____

From: Nuebel Kovarik, Kathy
Sent: Friday, November 03, 2017 2:54:31 PM
To: _____ ; McCament, James W
Cc: _____
Subject: RE: TPS decision memo on Haiti

Great, thank you.  James – will you be done soon?

Kathy Nuebel Kovarik
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct: _____
Cell: _____

From: _____
Sent: Friday, November 03, 2017 2:45 PM
To: _____ Nuebel Kovarik, Kathy; McCament, James W
Cc: _____
Subject: RE: TPS decision memo on Haiti

Attached please find my edits.  Please let me know if you have any questions.            (b)(6)

_____
Chief Counsel | Office of the Chief Counsel U.S. Citizenship and Immigration Services U.S. Department of Homeland Security Tel _____ Cell _____

[DHS ICON]

This communication, along with any attachments, may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.

From: _____
Sent: Friday, November 03, 2017 1:43 PM
To: Nuebel Kovarik, Kathy; _____ McCament, James W
Cc: _____
Subject: RE: TPS decision memo on Haiti
Importance: High

I don't have any comments on the Haiti memo.                                             (b)(6)
Per Kathy's read out of today's PC, this needs to go to AS1's office today.

Thank you.

_____
Chief of Staff (Acting)
U.S. Citizenship and Immigration Services Department of Homeland Security
_____ (c)

From: Nuebel Kovarik, Kathy
Sent: Wednesday, November 01, 2017 11:37 PM
To: _____
Cc: _____
Subject: TPS decision memo on Haiti

(b)(6)

We have finalized the decision memo for D1 to send AS1 on Haiti's TPS designation. We have included background on the original determination and have added State's recommendation. Please take a look as soon as you possibly can. ☐ can help me make any necessary edits. I would like Francis to review and send up before the leadership conference next week.

I don't anticipate sending this formally through the clearance process, but rather, after you provide your input and we amend, we'll share with appropriate directorates for FYI before getting D1's signature.

Thank you for reviewing.

Kathy Nuebel Kovarik
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct: ☐
Cell: ☐

(b)(6)