# EXHIBIT 74

**From:** Prelogar, Brandon B
**Sent:** Monday, May 8, 2017 5:30 PM
**To:** Anderson, Kathryn E; Policy-Clearance; Levine, Laurence D
**Cc:** Rather, Michael B; Barnes, Aisha Z; USCIS Exec Sec; Graziadio, Josie; Nuebel Kovarik, Kathy
**Subject:** RE: [INFORMATION REQUEST] TPS for Haiti Memo (1142551)
**Attach:** TPS data II.DOCX

Attached is a memo with responses to S1's questions below. OP&S' Chief, Kathy Nuebel Kovarik, copied here, sent this directly to S1's Chief of Staff, Kirstjen Nielsen, so S1's office has received it.

Thanks,

Brandon

---

**From:** Barnes, Aisha Z **On Behalf Of** USCIS Exec Sec
**Sent:** Friday, April 28, 2017 1:50 PM
**To:** Policy-Clearance; Graziadio, Josie
**Cc:** Button, Maria G (Gemma); Carter, Constance L; USCIS Exec Sec; Risch, Carl C
**Subject:** [INFORMATION REQUEST] TPS for Haiti Memo (1142551)
**Importance:** High

Good afternoon OP&S,

DHS ESEC has requested USCIS provide a memo in regards to the Notice for the termination of TPS for Haiti. The following questions asked by S1 should be included in the memo;

(1) How many current Haitian TPS folks were illegal pre-TPS designation?
(2) Since designation, how many have committed crimes?
(3) Since designation, how many are on public assistance? Out of work?
(4) Can we describe what has changed in Haiti warranting the recommended change (this may be in the memo but I have not seen it yet)- would include if verified items such as rebuild of palace, build of army, change in UN list, 4-5% growth in GDP

Please provide your response by **5PM Monday, May 8, 2017**. To register your response and view all responses, click here.

Thank you.

*Aisha Barnes*
Management and Program Analyst
Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
☎ Office:         | ☎ Fax:

Use the CATS Dashboard to track the status of active tasks and the CATS Archive to view completed tasks.
Request CATS training and give us your feedback.
We appreciate your collaboration and input.