# EXHIBIT 75

(b)(6)

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, May 12, 2017 3:29 PM |
| **To:** | Nuebel Kovarik, Kathy |
| **Cc:** | |
| **Subject:** | AD1-S1 Addendum + Attachments |
| **Attachments:** | AD1-S1 Info Memo Addendum_Haiti TPS - 5-12-17.docx; Letter to the Honorable John F. Kelly_Haitian Ambassador_05-08-17.pdf; 170510 TPS Haiti - RU Addendum .pdf |

Kathy,

See draft AD1-S1 addendum attached, plus accompanying docs (the RU report and letter from the Ambassador). The addendum contains all of the information we discussed minus the pieces you were aiming to run down personally (overstay data from CBP and news stories about Haitian criminals).

Please let us know if you'd like to discuss.

(b)(6)

Chief, International and Humanitarian Affairs Division
Department of Homeland Security/U.S. Citizenship and Immigration Services
Office of Policy and Strategy

(b)(6)

1

101