# EXHIBIT 77

(b)(6)

**From:**
**Sent:** Friday, April 07, 2017 9:13 AM
**To:**
**Cc:**
**Subject:** RE: TPS data

Is this for Haiti? Assuming it is based on the reference to the "island" and where everything is in the process...

I can look into remittances and see what information is available.

Thanks,

**From:**
**Sent:** Friday, April 07, 2017 10:05 AM
**To:**
**Cc:**
**Subject:** FW: TPS data

All,

Hope you're all doing well.  Our new OP&S Chief, Kathy Nuebel Kovarik, is requesting, **by end of day if possible**, the data below.  I'm reaching out to seek your assistance in gathering what we can that is responsive.  Can you please let ⬚ and me know whether your office can provide data/information to answer these – both w/r/t the COB request, but also as a general matter (i.e., whether the item is answerable at all)?  And, of course, if we do not have or cannot find perfectly responsive data/information, we'll take an approximation where available.  Many thanks in advance for your assistance,

**From:** Nuebel Kovarik, Kathy
**Sent:** Friday, April 07, 2017 9:19 AM
**To:**
**Subject:** TPS data                                          (b)(6)

Hey there.  I am hoping you guys can help pull some data, to the extent possible by the end of the day.  Aside from that chart already provided with the country/year/number of TPS holders, here's what I need:

- details on how many TPS holders are on public and private relief
- any demographic data, including how many with TPS are school aged kids
- how many have been convicted of crimes of any kind (any criminal/detainer stats you can find)
- how often they travel back and forth to the island
- remittances data

Anything else you think would be helpful to know. Much appreciated.

1

2

**Kathy Nuebel Kovarik**
Chief, Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Direct
Cell:

(b)(6)