# EXHIBIT 83

# Hartmann, Lorraine (Lori)

| | |
|---|---|
| **From:** | Neidhart de Ortiz, Jenifer L |
| **Sent:** | Thursday, October 26, 2017 4:14 PM |
| **To:** | Neidhart de Ortiz, Jenifer L |
| **Subject:** | 201716812: TPS in Central America |
| **Attachments:** | (R_406416) AM to S - TPS ⎯⎯⎯⎯⎯⎯⎯⎯ - 10-25-2017.docx; (S_ |

<div style="border:1px solid #000; display:inline-block; padding:2px 6px;">
<strong>RELEASE IN PART</strong><br>
<strong>B5</strong>
</div>

B5

406434) Tab 1 - ⎯⎯⎯⎯⎯⎯⎯ Correspondence to DHS Acting Secretary Duke 10-25-2017.docx; (S_406566) (S_406436) Tab 2 ⎯⎯⎯⎯⎯⎯ Correspondence to DHS Acting Secretary Duke 10-25-2017_Edits.docx; (S_406437) Tab 3 - ⎯⎯⎯⎯⎯⎯⎯⎯ Correspondence to DHS Acting Secretary Duke 10-25-2017.docx; (S_ 406438) Tab 4 - TPS Termination Foreign Policy Implications 10-25-2017.docx; (S_ 406439) Tab 5 - El Salvador - TPS Country Conditions Report 10-25-2017.docx; (S_ 406440) Tab 6 - Haiti TPS Country Conditions Report 10-25-2017.docx; (S_406441) Tab 7 - Honduras TPS Country Conditions Report 10-25-2017.docx; (S_406442) Tab 8 - Nicaragua TPS Country Conditions Report 10-25-2017.docx; (S_406443) Tab 9 - Overview of Temporary Protected Status 10-25-2017.docx

B5

## UNCLASSIFIED

S/ES ID: 201716812
Classification: Unclassified
Document Type/Action Requested: Action Memo
For: S
Organization: PRM
Co-Drafter Bureau: WHA
Due Date: 10/26/2017 12:00 PM
Event Date:
Subject: TPS in Central America
Description: Please prepare an action memo with attachments, if necessary, for the Secretary on TPS in Central America. THERE IS A STRICT TWO-PAGE LIMIT. Please clear with D, P, S/P, parent bureaus, and others as appropriate. Please refer to the ExecSec InfoLink for guidance on what stationery to use for correspondence requiring the Secretary's signature. All video requests must include a draft script and a completed questionnaire. Notes/Special Instructions: 10/26 Clarification received from drafter. AFTER S DECISION, COUNTRY REPORTS MUST BE EDITED BY PRM, BEFORE TRANSMISSION TO DHS UNDER COVER OF SIGNED LETTER.
Clearances: D; P; S/P
Copy To: D; P; S/P
Must-Have: Yes

1