# EXHIBIT 84

| | |
|---|---|
| **From:** | Hamilton, Gene |
| **Sent:** | Friday, April 7, 2017 7:58 AM |
| **To:** | Cissna, Francis ; McCament, James W ; Shah, Dimple ; Dougherty, Michael |
| **Cc:** | Risch, Carl C ; Nuebel Kovarik, Kathy ; Symons, Craig M |
| **Subject:** | TPS |

Hey team,

S1 wants a small briefing on TPS, likely on Monday. I think HQ can handle the briefing, but if any of y'all want to attend that would be fine.

In addition to the general TPS document we had last week (showing country, designation, expiration, etc.), he would like the following related to Haiti:

- details on how many are on public and private relief
- how many are school aged kids, and other general demographic data
- how many have been convicted of crimes of any kind
- how often they travel back and forth to the island, remittances, etc.?

Please keep the prep for this briefing limited to those on this email. If you need a specific data set and need to ask someone to pull it, please do not indicate what it is for. I don't want this to turn into a big thing where people start prodding and things start leaking out.

I would like to have the stats on a one-pager for his review.

Thanks for your assistance,


Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security