# EXHIBIT 86

**From:** Neumann, Elizabeth
**Sent:** Tuesday, August 29, 2017 9:49 AM
**To:** Petyo, Briana
**Subject:** RE: TPS Packages

Are you supposed to see the packages?

---

**From:** Petyo, Briana
**Sent:** Tuesday, August 29, 2017 9:30:22 AM
**To:** Neumann, Elizabeth
**Subject:** RE: TPS Packages

No because we've never seen the packages. We saw some random addendum that Kathy Nuebel Kovarik sent us as a heads up that apparently didn't match the recommendations per an exchange with her and OGC we saw via email.

---

**From:** Neumann, Elizabeth
**Sent:** Tuesday, August 29, 2017 9:22 AM
**To:** Petyo, Briana
**Subject:** FW: TPS Packages

Any flags?

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 9:20:58 AM
**To:** Wolf, Chad; Neumann, Elizabeth; Avanni, Arex
**Subject:** RE: TPS Packages

And I know AS1 is out of pocket today, but in the event that there is time on the plane home tonight for her to review, that of course would be welcome by USCIS and OGC.


Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

---

**From:** Hamilton, Gene
**Sent:** Tuesday, August 29, 2017 8:59:38 AM
**To:** Wolf, Chad; Neumann, Elizabeth; Avanni, Arex
**Subject:** TPS Packages

Hey y'all,

The TPS packages for Sudan and South Sudan are making their way to S2's office, they are fairly self-explanatory. We will likely need S1 sign off tomorrow at some point. Just want to flag for awareness.

Best,

Gene

Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

DPP_00000564