# EXHIBIT 90



# Temporary Protected Status: Calendar Year 2016 Annual Report

Report to Congress
*[INSERT DATE]*



Homeland Security

U.S. Citizenship and Immigration Services

DPP_00000395

# Foreword

(Date, Centered)

I am pleased to present the following "Temporary Protected Status:  Calendar Year 2016 Annual Report," which has been prepared by U.S. Citizenship and Immigration Services.

Pursuant to statutory requirements, this report is being provided to the following Members of Congress:

> The Honorable Robert W. Goodlatte
> Chairman, House Committee on the Judiciary
>
> The Honorable John Conyers, Jr.
> Ranking Member, House Committee on the Judiciary
>
> The Honorable Charles E. Grassley
> Chairman, Senate Committee on the Judiciary
>
> The Honorable Dianne Feinstein
> Ranking Member, Senate Committee on the Judiciary

Inquiries relating to this report may be directed to me at (202) 447-5890.

Respectfully,

Ben Cassidy
Assistant Secretary for Legislative Affairs

DPP_00000396

# Executive Summary

Under section 244 of the *Immigration and Nationality Act* (INA), 8 U.S.C. § 1254a, the Secretary of Homeland Security (Secretary) may designate a foreign state (or part thereof) for Temporary Protected Status (TPS) after consulting with appropriate agencies of the U.S. Government.  The Secretary may then grant TPS to eligible nationals of that foreign state or eligible aliens having no nationality who last habitually resided in that state.  Section 244(b)(1) of the INA provides the circumstances and criteria under which the Secretary may exercise his or her discretion to designate a country for TPS.[1]  In accordance with section 244(i)(1) of the INA, the Secretary submits this annual report to Congress on the operation of section 244 (the TPS statute) during the previous calendar year.

At the close of Calendar Year (CY) 2016, there were approximately 439,625 TPS beneficiaries.

During CY 2016, the Secretary extended the existing TPS designations for South Sudan and Syria and redesignated both countries; extended the existing TPS designations of El Salvador, Guinea, Honduras, Liberia, Nepal, Nicaragua, Sierra Leone, and Sudan; and announced termination of the TPS designations of Guinea, Liberia, and Sierra Leone, with a 6-month extension of TPS benefits for orderly transition before the terminations take effect.[2]

---

[1] Section 244(b)(1) of the INA provides:

> The [Secretary of Homeland Security], after consultation with appropriate agencies of the Government, may designate any foreign state (or any part of such foreign state) under this subsection only if--
>> (A) the [Secretary] finds that there is an ongoing armed conflict within the state and, due to such conflict, requiring the return of aliens who are nationals of that state to that state (or to the part of the state) would pose a serious threat to their personal safety;
>> (B) the [Secretary] finds that--
>>> (i) there has been an earthquake, flood, drought, epidemic, or other environmental disaster in the state resulting in a substantial, but temporary, disruption of living conditions in the area affected,
>>> (ii) the foreign state is unable, temporarily, to handle adequately the return to the state of aliens who are nationals of the state, and
>>> (iii) the foreign state officially has requested designation under this subparagraph; or
>> (C) the [Secretary] finds that there exist extraordinary and temporary conditions in the foreign state that prevent aliens who are nationals of the state from returning to the state in safety, unless the [Secretary] finds that permitting the aliens to remain temporarily in the United States is contrary to the national interest of the United States.
>
> A designation of a foreign state (or part of such foreign state) under this paragraph shall not become effective unless notice of the designation (including a statement of the findings under this paragraph and the effective date of the designation) is published in the *Federal Register*.  In such notice, the [Secretary] shall also state an estimate of the number of nationals of the foreign state designated who are (or within the effective period of the designation are likely to become) eligible for temporary protected status under this section and their immigration status in the United States.

[2] *See* Sections 4.1 and 4.2 of this report for legal authorities and description of the distinctions between TPS country designations, redesignations and extensions.

DPP_00000397

Specifically, the Secretary announced the following TPS actions during CY 2016:

- On January 25, 2016, the Secretary extended the TPS designation of South Sudan and redesignated South Sudan for TPS for 18 months, effective  May 3, 2016, through November 2, 2017.[3]
- On January 25, 2016, the Secretary extended the TPS designation of Sudan for TPS for 18 months, effective  May 3, 2016, through November 2, 2017.[4]
- On March 22, 2016, the Secretary extended the TPS designation of Guinea for 6 months, effective May 22, 2016, through November 21, 2016. [5]
- On March 22, 2016, the Secretary extended the TPS designation of Liberia for 6 months, effective May 22, 2016, through November 21, 2016. [6]
- On March 22, 2016, the Secretary extended the TPS designation of Sierra Leone for 6 months, effective May 22, 2016, through November 21, 2016. [7]
- On May 16, 2016, the Secretary extended the TPS designation of Honduras for 18 months, effective July 6, 2016, through January 5, 2018. [8]
- On May 16, 2016, the Secretary extended the TPS designation of Nicaragua for 18 months, effective July 6, 2016, through January 5, 2018. [9]
- On July 8, 2016, the Secretary extended the TPS designation of El Salvador for 18 months, effective September 10, 2016, through March 9, 2018.[10]
- On August 1, 2016, the Secretary extended the TPS designation of Syria and redesignated Syria for TPS for 18 months, effective October 1, 2016, through March 31, 2018.[11]
- On September 26, 2016, the Secretary extended TPS benefits for 6 months from November 21, 2016, for the purpose of orderly transition before the termination of Guinea's designation for TPS, effective May 21, 2017.[12]
- On September 26, 2016, the Secretary extended TPS benefits for 6 months from November 21, 2016, for the purpose of orderly transition before the termination of Liberia's designation for TPS, effective May 21, 2017.[13]

---

[3] *See* 81 FR 4051 (January 25, 2016) (18-month extension of South Sudan's TPS designation and redesignation of South Sudan for TPS through November 2, 2017).

[4] *See* 81 FR 4045(January 25, 2016) (18-month extension of Sudan's TPS designation through November 2, 2017).

[5] *See* 81 FR 15339 (March 22, 2016) (6-month extension of Guinea's TPS designation through November 21, 2016).

[6] *See* 81 FR 15328 (March 22, 2016) (6-month extension of Liberia's TPS designation through November 21, 2016).

[7] *See* 81 FR 15334 (March 22, 2016) (6-month extension of Sierra Leone's TPS designation through November 21, 2016).

[8] *See* 81 FR 30331 (May 16, 2016) (18-month extension of Honduras's TPS designation through January 5, 2018).

[9] *See* 81 FR 30325 (May 16, 2016) (18-month extension of Nicaragua's TPS designation through January 5, 2018).

[10] *See* 81 FR 44645 (July 8, 2016) (18-month extension of El Salvador's TPS designation through March 9, 2018).

[11] *See* 81 FR 50533 (August 1, 2016) (18-month extension of Syria's TPS designation and redesignation of Syria for TPS through March 31, 2018).

[12] *See* 81 FR 66064 (September 26, 2016) (6-month extension of TPS benefits for orderly transition before termination of Guinea's designation for TPS, effective May 21, 2017).

[13] *See* 81 FR 66059 (September 26, 2016) (6-month extension of TPS benefits for orderly transition before termination of Liberia's designation for TPS, effective May 21, 2017).

DPP_00000398

- On September 26, 2016, the Secretary extended TPS benefits for 6 months from November 21, 2016, for the purpose of orderly transition before the termination of Sierra Leone's designation for TPS, effective May 21, 2017.[14]
- On October 26, 2016, the Secretary extended the TPS designation of Nepal for 18 months, effective December 25, 2016, through June 24, 2018.[15]

The Secretary did not announce any TPS actions regarding Haiti, Somalia, or Yemen in CY 2016, although their existing designations were ongoing throughout CY 2016. USCIS continued to process applications related to the TPS programs for these countries in CY 2016.

---

[14] *See* 81 FR 66054 (September 26, 2016) (6-month extension of TPS benefits for orderly transition before termination of Sierra Leone's designation for TPS, effective May 21, 2017).

[15] *See* 81 FR 74470 (October 26, 2016) (18-month extension of Nepal's designation through June 24, 2018).

DPP_00000399



# Temporary Protected Status:  Calendar Year 2016
# Annual Report

## Table of Contents

I.   Legislative Requirement ........................................................................................................ 1
II.  Background ............................................................................................................................. 2
III. Data Report ............................................................................................................................ 3
    Section 3.1 Foreign States with TPS Designations in Calendar Year (CY) 2016 ........................... 3

    Section 3.2  Number and Prior Immigration Status of TPS Beneficiaries During CY 2016 .......... 5

IV. Analysis/Discussion ............................................................................................................. 11
    Section 4.1  Legal Authority for the Secretary to Designate or Redesignate a Foreign State for
TPS Under INA § 244(b)(1) ......................................................................................................... 11

    Section 4.2  Legal Authority for the Secretary to Extend or Terminate TPS Designations of
Foreign States Under INA § 244(b)(3) ......................................................................................... 11

    Section 4.3  Extensions of Designations Under INA § 244(b)(3)(C) .......................................... 12

        El Salvador ................................................................................................................... 12

        Honduras ...................................................................................................................... 13

        Nepal ............................................................................................................................ 15

        Nicaragua .................................................................................................................... 16

        Sudan ........................................................................................................................... 17

    Section 4.4  Extensions of Designations Under INA § 244(b)(3)(C) and Redesignations under
INA §§ 244(b)(1), and (c)(1)(A)(i) .............................................................................................. 19

        South Sudan ................................................................................................................. 19

        Syria ............................................................................................................................. 21

    Section 4.5  Designations under INA § 244(b)(1) ...................................................................... 23

DPP_00000400

Haiti ........................................................................................................................... 24

Somalia ..................................................................................................................... 26

Yemen........................................................................................................................ 27

Section 4.6  Terminations Under INA § 244(b)(3)(B).................................................. 29

Guinea........................................................................................................................ 29

Liberia........................................................................................................................ 30

Sierra Leone ............................................................................................................... 32

Appendix A – Immigration Status Codes..................................................................... 34

vi

# I.   Legislative Requirement

Section 244(i) of the *Immigration and Nationality Act* (INA) (8 U.S.C. § 1254a(i)) provides:

(i) Annual Report and Review.-

(1) Annual report.- Not later than March 1 of each year (beginning with 1992), the [Secretary of Homeland Security], after consultation with the appropriate agencies of the Government, shall submit a report to the Committees on the Judiciary of the House of Representatives and of the Senate on the operation of this section during the previous year. Each report shall include—

(A) a listing of the foreign states or parts thereof designated under this section,

(B) the number of nationals of each such state who have been granted temporary protected status under this section and their immigration status before being granted such status, and

(C) an explanation of the reasons why foreign states or parts thereof were designated under subsection (b)(1) and, with respect to foreign states or parts thereof previously designated, why the designation was terminated or extended under subsection (b)(3).

(2) Committee report.- No later than 180 days after the date of receipt of such a report, the Committee on the Judiciary of each House of Congress shall report to its respective House such oversight findings and legislation as it deems appropriate.

DPP_00000402

# II.  Background

Section 244(b)(1) of the *Immigration and Nationality Act* (INA) provides the Secretary with the authority to designate a foreign state, or any part of such state, for Temporary Protected Status (TPS) upon finding that such state is experiencing ongoing armed conflict, an environmental disaster, or other extraordinary and temporary conditions.  (*See* Executive Summary, fn. 1, for specific statutory requirements for each type of designation.)  The Secretary may grant TPS to an eligible national of the designated foreign state (or to an eligible alien having no nationality who last habitually resided in such state) who, as described in section 244(c)(1)(A) of the INA and implementing regulations in 8 CFR 244.2:

- Has been continuously physically present in the United States since the effective date of the most recent designation of the state as published in the *Federal Register* notice for the country designation;
- Has continuously resided in the United States since a date determined by the Secretary and published in the *Federal Register* notice;
- Is admissible as an immigrant except as otherwise provided under section 244(c)(2)(A) of the INA;
- Is not ineligible for TPS under section 244(c)(2)(B) of the INA; and
- Registers during an initial registration period of not less than 180 days, as announced by public notice in the *Federal Register*, or the applicant meets late initial registration criteria during any subsequent extension of TPS designation pursuant to 8 CFR 244.2(f)(2).

During the period for which the Secretary has designated a country for TPS, registered TPS beneficiaries are eligible to remain in the United States, cannot be removed, and are authorized to work, so long as they continue to meet the terms and conditions of their TPS designation.  They may also be granted authorization to travel abroad, at the Secretary's discretion, for brief periods. S*ee* INA sections 244(a)(1), 244(a)(2), and 244(f)(3).

The granting of TPS does not lead to permanent resident status.  When the Secretary terminates a country's TPS designation, beneficiaries return to the same immigration status they possessed before TPS (unless that status has since expired or been terminated) or to any other status they may have obtained while registered for TPS.  Beneficiaries who had no lawful status before obtaining TPS and who have not obtained any other lawful status after TPS return to unlawful status when the TPS designation ends.

DPP_00000403

# III. Data Report

**Section 3.1 Foreign States with TPS Designations in Calendar Year (CY) 2016**

The following table reflects all of the foreign states (or parts thereof) that held a TPS designation in CY 2016.  The table shows the most recent effective dates of each designation, redesignation, and/or extension, or termination, and the expiration date for each country's TPS designation as of December 31, 2016.[16]

| Country | Effective Date of Designation, Redesignation, Extension, or Termination | Expiration | Federal Register Notice |
|---|---|---|---|
| El Salvador | September 10, 2016 (extension) | March 9, 2018 | 81 FR 44645 (July 8, 2016) |
| Guinea | November 22, 2016 (extension of TPS benefits for orderly transition before termination) | May 21, 2017 (termination) | 81 FR 66064 (September 26, 2016) |
| Haiti | January 23, 2016 (extension) | July 22, 2017 | 80 FR 51582 (August 25, 2015) |
| Honduras | July 6, 2016 (extension) | January 5, 2018 | 81 FR 30331 (May 16, 2016) |
| Liberia | November 22, 2016 (extension of TPS benefits for orderly transition before termination) | May 21, 2017 (termination) | 81 FR 66059 (September 26, 2016) |
| Nepal | December 25, 2016 (extension) | June 24, 2018 | 81 FR 74470 (October 26, 2016) |
| Nicaragua | July 6, 2016 (extension) | January 5, 2018 | 81 FR 30325 (May 16, 2016) |
| Sierra Leone | November 22, 2016 (extension of TPS benefits for orderly transition before termination) | May 21, 2017 (termination) | 81 FR 66054 (September 26, 2016) |
| Somalia | September 18, 2015 (extension) | March 17, 2017 | 80 FR 31056 (June 1, 2015) |
| South Sudan | May 3, 2016 (extension and redesignation) | November 2, 2017 | 81 FR 4051 (January 25, 2016) |

---

[16] TPS actions taken by the Secretary between December 31, 2016, and the date of this report are not reflected in the table.  Any such TPS actions will be noted on the TPS Calendar Year 2017 report.

DPP_00000404

| Sudan | May 3, 2016 (extension) | November 2, 2017 | 81 FR 4045 (January 25, 2016) |
| Syria | October 1, 2016 (extension and redesignation) | March 31, 2018 | 81 FR 50533 (August 1, 2016) |
| Yemen | September 3, 2015 (initial designation) | March 3, 2017 | 80 FR 53319 (September 3, 2015) |

4

**Section 3.2  Number and Prior Immigration Status of TPS Beneficiaries During CY 2016**

The following table reflects the number of TPS beneficiaries under each designated foreign state at the close of CY 2016.[17]

| Country | Total |
|---|---|
| El Salvador | 263,282 |
| Guinea | 1,009 |
| Haiti | 58,706 |
| Honduras | 86,163 |
| Liberia | 2,313 |
| Nepal | 12,967 |
| Nicaragua | 5,349 |
| Sierra Leone | 1,255 |
| Somalia | 497 |
| South Sudan | 49 |
| Sudan | 1,039 |
| Syria | 6,177 |
| Yemen | 819 |
| **Total** | **439,625** |

The following table reflects the prior immigration status of individuals who held TPS at the close of CY 2016.[18]  Individuals who entered without inspection (EWI); who were stowaways (ST); as well as others who may have had no immigration status, may not recall their immigration status,[19] or who had applications/petitions for status denied prior to obtaining TPS, are also listed in the table. Appendix A provides the description of each of the status abbreviations in the first column of the table.  A person may continue to maintain his or her prior immigration status while holding TPS, provided he or she maintains eligibility for the prior immigration status.

---

[17] Data may differ from prior reports due to annual fluctuations in the number of beneficiaries and to steps taken to improve data accuracy.

[18] Data Source: Computer Linked Application Information Management System (CLAIMS) and USCIS Service Center Operations Directorate, as adjusted.  Prior immigration status is self-reported by TPS beneficiaries on Form I-821, Application for Temporary Protected Status, and on Form I-765, Application for Employment Authorization.  USCIS also checks the reported prior immigration status of TPS beneficiaries.

[19] This is based upon self-reported information, which is not always accurate.  At the time of filing for TPS, the applicant is self-reporting that he or she cannot recall his or her immigration status.  Immigration status, or lack of status, does not impact eligibility for TPS. *See INA,* §244(a)(5).

DPP_00000406

| Status | El Sal-vador | Guinea | Haiti | Hon-duras | Liberia | Nepal | Nica-ragua | Sierra Leone | Soma-lia | South Sudan | Sudan | Syria | Yemen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB1 | 6 | 0 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 23 | 0 |
| IB2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 |
| IBS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| A1 | 4 | 2 | 14 | 11 | 0 | 7 | 0 | 0 | 0 | 1 | 5 | 6 | 1 |
| A12 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2 | 22 | 3 | 12 | 1 | 6 | 5 | 0 | 1 | 1 | 0 | 15 | 5 | 5 |
| A3 | 2 | 1 | 3 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 |
| AS | 400 | 35 | 978 | 61 | 21 | 876 | 6 | 16 | 22 | 0 | 16 | 292 | 35 |
| ASD | 6 | 1 | 435 | 4 | 0 | 5 | 1 | 2 | 5 | 1 | 8 | 17 | 0 |
| ASY | 568 | 0 | 1 | 12 | 1 | 0 | 4 | 0 | 7 | 0 | 1 | 0 | 0 |
| B1 | 201 | 7 | 442 | 239 | 18 | 33 | 109 | 10 | 0 | 0 | 31 | 161 | 5 |
| B1A | 1 | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| B2 | 1,106 | 30 | 2,7559 | 1,422 | 128 | 273 | 559 | 54 | 3 | 0 | 82 | 1685 | 39 |
| BE | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| C1 | 8 | 0 | 29 | 77 | 0 | 9 | 10 | 0 | 0 | 0 | 0 | 0 | 0 |
| C3 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| C4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| CH | 2 | 0 | 83 | 1 | 2 | 3 | 0 | 0 | 1 | 1 | 0 | 6 | 0 |
| CP | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |
| CW1 | 0 | 0 | 0 | 0 | 0 | 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CW2 | 1 | 0 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D1 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| D2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DA | 238 | 0 | 2 | 40 | 0 | 1 | 3 | 0 | 0 | 0 | 1 | 0 | 1 |
| DE | 2 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DT | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |

DPP_00000407

| Status | El Sal-vador | Guinea | Haiti | Hon-duras | Liberia | Nepal | Nica-ragua | Sierra Leone | Soma-lia | South Sudan | Sudan | Syria | Yemen |
|--------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| E1 | 1 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| E2 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 |
| EAO | 26 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EB1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EB2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| ENT | 515 | 0 | 0 | 99 | 0 | 0 | 13 | 0 | 1 | 0 | 0 | 0 | 0 |
| EWI | 33,100 | 45 | 1,905 | 19,995 | 19 | 390 | 722 | 35 | 23 | 0 | 5 | 60 | 8 |
| F1 | 64 | 17 | 912 | 132 | 34 | 2,071 | 19 | 26 | 5 | 13 | 140 | 562 | 77 |
| F2 | 10 | 0 | 30 | 16 | 3 | 621 | 1 | 6 | 0 | 0 | 18 | 85 | 22 |
| FUG | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| G1 | 2 | 1 | 5 | 2 | 0 | 7 | 0 | 0 | 0 | 0 | 2 | 5 | 10 |
| G2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 |
| G4 | 0 | 0 | 4 | 0 | 2 | 9 | 0 | 2 | 0 | 0 | 1 | 1 | 1 |
| G5 | 4 | 0 | 6 | 2 | 0 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 |
| GB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| H-1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| H1 | 1 | 0 | 0 | 2 | 0 | 18 | 0 | 0 | 0 | 0 | 1 | 4 | 1 |
| H1B | 10 | 0 | 19 | 13 | 0 | 459 | 4 | 0 | 0 | 0 | 12 | 143 | 2 |
| H2 | 15 | 0 | 1 | 8 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H2A | 2 | 0 | 29 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H2B | 32 | 0 | 11 | 31 | 0 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| H3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| H3A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| H4 | 13 | 0 | 13 | 10 | 0 | 271 | 7 | 2 | 0 | 0 | 7 | 84 | 2 |
| I | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IMM | 36 | 0 | 330 | 27 | 1 | 1 | 0 | 0 | 3 | 0 | 1 | 3 | 0 |
| IN | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DPP_00000408

| Status | El Sal-vador | Guinea | Haiti | Hon-duras | Liberia | Nepal | Nica-ragua | Sierra Leone | Somalia | South Sudan | Sudan | Syria | Yemen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J1 | 7 | 1 | 65 | 8 | 4 | 13 | 7 | 1 | 0 | 0 | 11 | 273 | 21 |
| J1S | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 9 | 1 |
| J2 | 2 | 0 | 11 | 10 | 8 | 34 | 1 | 3 | 0 | 0 | 9 | 104 | 10 |
| J2S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| K1 | 2 | 0 | 34 | 2 | 9 | 2 | 1 | 5 | 0 | 0 | 0 | 15 | 0 |
| K2 | 0 | 0 | 15 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K3 | 5 | 0 | 20 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 2 | 0 |
| K4 | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| L1 | 3 | 0 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| L1A | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 1 |
| L1B | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| L2 | 1 | 0 | 4 | 1 | 0 | 9 | 0 | 0 | 0 | 0 | 1 | 10 | 5 |
| M1 | 0 | 0 | 6 | 2 | 0 | 6 | 2 | 0 | 0 | 0 | 3 | 11 | 7 |
| ML | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N1 | 6 | 0 | 1 | 7 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| N4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| N8 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| O1 | 1 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| O1B | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| O2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| O3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| OP | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| P1 | 4 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P3 | 0 | 4 | 17 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 3 | 0 |
| P3S | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAR | 147 | 9 | 638 | 81 | 2 | 12 | 3 | 8 | 1 | 0 | 6 | 115 | 9 |
| PR | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DPP_00000409

| Status | El Salvador | Guinea | Haiti | Honduras | Liberia | Nepal | Nicaragua | Sierra Leone | Somalia | South Sudan | Sudan | Syria | Yemen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R1 | 1 | 0 | 27 | 2 | 0 | 6 | 4 | 1 | 0 | 0 | 0 | 7 | 0 |
| R2 | 5 | 0 | 13 | 6 | 0 | 4 | 3 | 1 | 0 | 0 | 0 | 15 | 0 |
| RE | 25 | 0 | 1,023 | 21 | 2 | 1 | 13 | 0 | 0 | 0 | 2 | 0 | 0 |
| RE5 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| REF | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| S1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ST | 19 | 0 | 5 | 52 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| T1 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| T3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| T5 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| T6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TB | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TD | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| TPS | 3,012 | 0 | 0 | 458 | 0 | 0 | 195 | 0 | 2 | 0 | 3 | 0 | 0 |
| TN1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TWO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| U1 | 3 | 0 | 6 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| U2 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| U5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UN | 65,787 | 850 | 42,859 | 35,950 | 2,001 | 7,643 | 2,203 | 1,072 | 262 | 31 | 400 | 2.311 | 549 |
| UNK | 65 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UU | 144,995 | 0 | 5,738 | 16,653 | 17 | 1 | 650 | 1 | 45 | 0 | 60 | 5 | 0 |
| V1 | 1 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| V2 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| V3 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WB | 1 | 0 | 1 | 4 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 4 | 0 |
| WD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WI | 2,207 | 0 | 80 | 3,177 | 0 | 0 | 85 | 0 | 1 | 0 | 1 | 12 | 0 |

9

| Status | El Sal-vador | Guinea | Haiti | Hon-duras | Liberia | Nepal | Nica-ragua | Sierra Leone | Soma-lia | South Sudan | Sudan | Syria | Yemen |
|--------|---------|--------|-------|-----------|---------|-------|-----------|--------------|----------|-------------|-------|-------|-------|
| WIT | 26 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| WT | 21 | 1 | 5 | 10 | 19 | 0 | 3 | 1 | 0 | 0 | 0 | 23 | 0 |
| X | 17 | 1 | 7 | 3 | 1 | 0 | 0 | 0 | 3 | 0 | 2 | 59 | 0 |
| Blank | 10,500 | 0 | 6 | 7,466 | 0 | 1 | 709 | 0 | 11 | 0 | 179 | 3 | 0 |
| Total | 263,282 | 1,009 | 58,706 | 86,163 | 2,313 | 12,967 | 5,349 | 1,255 | 497 | 49 | 1,039 | 6,177 | 819 |

| Grand Total | 439,625 |
|-------------|---------|

DPP_00000411

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

# IV.  Analysis/Discussion

### Section 4.1  Legal Authority for the Secretary to Designate or Redesignate a Foreign State for TPS Under INA § 244(b)(1)

Under INA section 244(b)(1), the Secretary, after consultation with appropriate agencies of the U.S. Government, may designate a foreign country (or any part of such foreign country) if the conditions in the foreign country fall into one, or more, of three statutory categories, generally described as ongoing armed conflict, environmental disasters, or extraordinary and temporary conditions.[20]  If the Secretary determines that the country conditions support a TPS designation, he or she may provide for an initial designation of 6 to 18 months.[21]  The Secretary may also redesignate a foreign country for TPS based on country conditions.[22]  When the Secretary designates, or redesignates, a country, he or she establishes the dates from which a TPS applicant must have continuously resided in and been continuously physically present in the United States in order to be eligible for TPS under the particular country designation.[23]  By establishing these "continuous residence" and "continuous physical presence" dates in accordance with the TPS statute, the Secretary is able to afford temporary protection to the most appropriate group of individuals from the designated country.

In CY 2016, the Secretary redesignated South Sudan and Syria for TPS based on the ongoing armed conflict and extraordinary and temporary conditions.  Section 4.4 below describes the specific reasons for these actions.

### Section 4.2  Legal Authority for the Secretary to Extend or Terminate TPS Designations of Foreign States Under INA § 244(b)(3)

As required by the INA, the Secretary conducts a periodic review of country conditions affecting each TPS designation in consultation with appropriate agencies of the U.S. Government, including the Department of State (DOS), to determine whether the conditions support extension or termination of the TPS designation, and whether a redesignation may be warranted in some situations.[24]  The Secretary reviews country conditions information provided by DOS and U.S. Citizenship and Immigration Services (USCIS) Refugee, Asylum, and International Operations Directorate.  The Secretary's determination of whether to extend, extend and redesignate, or terminate a country's TPS designation is published as a notice in the *Federal Register*.  Extensions of a TPS designation may be for 6, 12, or 18 months, as the Secretary determines in his discretion.[25]  That notice includes an explanation of the reasons for the determination.  Section 4.3 below describes the specific reasons for the extensions of TPS

---

[20] *See supra* note 1 (providing text of INA § 244(b)(1)).
[21] *See* INA §244(b)(2)(B).
[22] *See, e.g.*, 62 FR 16608, 16609 (Apr. 7, 1997) (Liberia notice providing explanation of authority for TPS redesignation of a foreign country under INA §244(b)(1), (c)(1)(A)(i)).
[23] *See* INA §244(c)(1)(A).
[24] *See* INA §244(b)(3)(A).
[25] *See* INA §244(b)(3)(C).

DPP_00000412

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

designations announced in CY 2016.  Section 4.6 below describes the specific reasons for terminations of TPS designations announced in CY 2016.

## Section 4.3  Extensions of Designations Under INA § 244(b)(3)(C)

This section provides details about TPS actions announced by the Secretary in CY 2016 regarding foreign states for which the most recent action by the Secretary, as of December 31, 2016, was an extension of the state's existing TPS designation.

### El Salvador

On July 8, 2016, the Secretary announced the extension of TPS for El Salvador for 18 months, effective September 10, 2016, through March 9, 2018.[26]  This was the 11th extension of TPS for El Salvador since its designation in March 2001.

**The information below describing the reasons for the extension of El Salvador's TPS designation has been excerpted from the July 8, 2016 Federal Register Notice that announced the extension.**

El Salvador was originally designated for TPS following two separate earthquakes in 2001.[27] The first earthquake, on January 13, registered 7.6 in magnitude on the standard seismic scale; the second, on February 13, measured 6.6 in magnitude.  Over 3,000 aftershocks hit El Salvador in the aftermath of the earthquakes, including those with 5.1 and 5.6 magnitudes in late February 2001.

Together, the earthquakes killed over 1,000 people, caused approximately 8,000 injuries, and affected approximately 1.5 million people.  Of the 262 municipalities in El Salvador, 165 suffered serious damage in the first quake.  The earthquakes caused significant damage to transportation infrastructure, housing, education and health services, small and medium businesses, and the environment.

Recovery from the earthquakes has been slow and encumbered by subsequent natural disasters and environmental challenges, including hurricanes and tropical storms, heavy rains and flooding, volcanic and seismic activity, an ongoing coffee rust epidemic, and a prolonged regional drought that is impacting food security.  The regional drought currently affecting El Salvador has made the country the driest it has been in 35 years.  The drought is projected to cause more than $400 million in losses from corn, beans, coffee, sugar cane, livestock, and vegetables, resulting in subsistence farmers facing malnutrition and pressure to migrate.  Due to the drought and a regional coffee rust epidemic, coffee production for the 2015-2016 harvest is projected to be 30-percent lower than the previous season, and the U.S. Department of Agriculture expects next year's harvests to be the smallest in 80 years.  Further, environmental and social conditions have contributed to an outbreak of mosquito borne illnesses, including chikungunya and dengue.

---

[26] 81 FR 44645 (July 8, 2016).
[27] 66 FR 14214 (March 9, 2001).

12

DPP_00000413

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

Although progress has been made in repairing physical damage caused by the 2001 earthquakes, infrastructure challenges remain.  El Salvador faces a housing deficit of approximately 630,000 houses, created in part because 340,000 homes destroyed in the 2001 earthquakes still have not been rebuilt.  A lack of potable water and electricity remain serious problems; more than 10 percent of El Salvador's total population lacks access to potable water.  Water contamination and shortages are of particular concern in the San Salvador metropolitan area, where they have affected the day-to-day activities of the population and have reportedly led to conflicts over water.  In March 2016, extortion demands from gangs caused an almost week long temporary bottled water shortage and halting of some water deliveries in San Salvador.  Insecurity and water shortages have contributed to increased inflation, which is generally low due to El Salvador's dollarized economy.

Increasing violence and insecurity is also a major constraint to economic growth.  According to a study released in April 2016 by El Salvador's Central Bank and the United Nations Development Program (UNDP), Salvadoran citizens paid $756 million in extortion payments to gangs in 2014, representing about three percent of Gross Domestic Product (GDP).  The study estimates the total cost of violence, including the amount households spend on extra security and the lost income from people deterred from working, is nearly 16 percent of GDP, the highest level in Central America.  Hampered by limited financial resources, the government continues to struggle to respond adequately to increasing levels of crime, and there is little confidence the security situation will improve in the short term.

The fiscal, unemployment, and security situations in El Salvador also remain poor.
El Salvador's economy is experiencing significant challenges.  Around a third of the country's work force is underemployed or unable to find full-time work.  In 2014, almost a third of all Salvadorans (31.9 percent) lived in poverty.  Murder, extortion, and robbery rates are high, and the government struggles to respond adequately to crime, including significant criminal gang activity.  The police suffer from insufficient staffing, corruption, and inadequate training.  The judicial system is also weak, with a low criminal conviction rate and high levels of corruption, creating an environment of impunity.

Based on his review of conditions in the country, the Secretary determined that there continues to be a substantial, but temporary, disruption of living conditions in El Salvador as a result of an environmental disaster and that El Salvador continues to be unable, temporarily, to handle adequately the return of its nationals.

**Honduras**

On May 16, 2016, the Secretary announced the extension of TPS for Honduras for 18 months, effective July 6, 2016, through January 5, 2018.[28]  This announcement was the 13th extension of TPS for Honduras since the original designation in January 1999.[29]

---

[28] 81 FR 30331 (May 16, 2016).
[29] 64 FR 524 (January 5, 1999).

DPP_00000414

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

**The information below describing the reasons for the extension of Honduras's TPS designation has been excerpted from the May 16, 2016 Federal Register Notice that announced the extension.**

In October 1998, Hurricane Mitch's 250 kilometer-per-hour winds and torrential rains impacted and damaged all of Honduras' 18 departments.  The hurricane killed 5,657 people and displaced approximately 1.1 million people.  The storm destroyed approximately 70 percent of the roads, housing, communication infrastructure, and the water and sanitation systems in Honduras.  Damages from Hurricane Mitch in Honduras were estimated at more than $5 billion.

Although some of the destroyed infrastructure and housing has been rebuilt, Honduras continues to suffer the residual effects of the storm.  UNDP has stated that Hurricane Mitch set Honduras back economically and socially by 20 years.  Despite rebuilding efforts, Honduras still has a housing deficit of 1.1 million homes, with 400,000 families requiring a new home and 750,000 homes in need of improvement.  Honduras is one of the poorest countries in the Western Hemisphere, with over 65 percent of the population living in poverty.

Since the last extension of Honduras' TPS designation, Honduras has experienced a series of environmental disasters that have exacerbated the persisting disruptions caused by Hurricane Mitch and significantly compromised the Honduran state's ability to adequately handle the return of its nationals.  Additionally, climate fluctuations between heavy rainfall and prolonged drought continue to challenge recovery efforts.  Toward the end of 2014, Honduras suffered damage from severe rains, landslides, and flooding, as well as from the heavy winds associated with Tropical Storm Hanna.  Partially due to the heavy rainfall, Honduras saw a dramatic increase in mosquito-borne diseases, particularly dengue and chikungunya, in 2014 and 2015.  The system of public hospitals is failing under this threat; in July 2015 the president of Honduras' medical school warned that public hospitals in Honduras were barely able to provide medicine for common illnesses, let alone an epidemic of chikungunya.  In rural areas, the health care system does not have the capacity to meet the needs of the local population.

A prolonged regional drought, which began in the summer of 2014, has heavily affected Honduras, leading to significant crop losses in 2014 and 2015, massive layoffs in the agricultural sector, negative impacts on hygiene, and an increase in food insecurity and health risks.  The agricultural sector has also continued to suffer from the impacts of a regional coffee rust epidemic, resulting in lost livelihoods and weakening Honduras' economy.

Based on his review of conditions in the country, the Secretary determined that there continues to be a substantial, but temporary, disruption in living conditions in Honduras as a result of an environmental disaster and that Honduras continues to be unable, temporarily, to adequately handle the return of its nationals.

14

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

**Nepal**

On October 26, 2016, the Secretary announced the extension of TPS for 18 months, effective December 25, 2016, through June 24, 2018.[30]  This announcement was the first extension of TPS for Nepal since the original designation in June 2015.[31]

**The information below describing the reasons for the extension of Nepal's TPS designation has been excerpted from the October 24, 2016 Federal Register Notice that announced the extension.**

The magnitude 7.8 earthquake that struck Nepal on April 25, 2015 affected more than 8 million people—roughly 25 to 33 percent of Nepal's population—in 39 of Nepal's 75 districts. Approximately 9,000 people died and 22,000 were injured.  More than 755,000 homes were significantly damaged or destroyed.  Although the Government of Nepal's central ministries and agencies are back to functioning at pre-earthquake levels, reconstruction efforts have proceeded slowly.  From late September 2015 until February 2016, earthquake relief and recovery efforts were impeded by civil unrest and the related obstruction of key crossings at the Nepal-India border.  The border blockages created difficulties in the delivery of humanitarian relief and reconstruction supplies to earthquake-affected areas.

Life in the 14 districts most affected by the earthquake continues to be disrupted, as most damaged or destroyed homes, schools, health facilities, and other buildings have not yet been repaired or rebuilt.  According to the International Organization for Migration, as of August 2, 2016, 18,200 earthquake-affected people remain displaced in camps, representing 15 percent of those who were displaced in the immediate aftermath of the earthquake.  The Global Report on Internal Displacement 2016 found that Nepal had the third highest level of new displacement related to natural disasters worldwide.  The Government of Nepal has committed to using some of the $4.1 billion pledged by international donors to subsidize the rebuilding of 770,000 homes.  However, distribution of grants for rebuilding only began in April 2016, 1 year after the earthquake.  Because construction is difficult in monsoon season and winter, large-scale reconstruction is unlikely to begin before 2017.  In May 2016, Nepal's Prime Minister estimated that it would take 2 years to complete the reconstruction of private homes.

Sanitation was a challenge even before the earthquake in Nepal, and the earthquake significantly set back progress that had been made, destroying 75 percent of latrines in some affected villages. The earthquake's impact on safe sanitation continues to be felt, especially in urban areas like the Kathmandu valley, where there are land constraints and higher population densities.

Hospitals, roads, and schools all suffered significant damage in the earthquake and are slated to be rebuilt over the next 5 years, according to the $8.3 billion reconstruction plan from Nepal's Reconstruction Authority.  One year after the earthquake, 35,000 classrooms were estimated to have been destroyed or severely damaged.  UNDP is still working to clear debris from damaged sites so that education services can be restored.  In May 2016, the Prime Minister of Nepal estimated that the reconstruction of schools would take 3 years.

---

[30] 81 FR 74470 (October 26, 2016).
[31] 80 FR 36346 (June 24, 2015).

DPP_00000416

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

In summary, although conditions in Nepal have improved following the April 2015 earthquake that led to Nepal's designation for TPS, the recovery and reconstruction process was delayed for several months due to civil unrest and the prolonged obstruction of Nepal's border with India. Some progress in rebuilding has been made, but Nepal continues to experience large numbers of persons without permanent or safe housing and a strained infrastructure that negatively impacts housing, food, medicine, and education.

Based on his review of conditions in the country, the Secretary found that an earthquake, flood, drought, epidemic, or other environmental disaster in Nepal resulted in a substantial, but temporary, disruption of living conditions in the area affected and that Nepal is unable, temporarily, to handle adequately the return of its nationals.

### Nicaragua

On May 16, 2016, the Secretary announced the extension of TPS for Nicaragua for 18 months, effective July 6, 2016, through January 5, 2018.[32]  This announcement was the 13th extension of TPS for Nicaragua since the original designation in January 1999.[33]

**The information below describing the reasons for the extension of Nicaragua's TPS designation has been excerpted from the May 16, 2016 Federal Register Notice that announced the extension.**

Hurricane Mitch made landfall in Nicaragua in October 1998.  The storm killed 3,045 people and 885 were reported missing.  The devastation of Hurricane Mitch affected nearly 868,000 people. Landslides and floods destroyed entire villages and caused extensive damages to the transportation network, housing, medical and educational facilities, water supply and sanitation facilities, and the agricultural sector.  Overall damage estimates ranged between $1.3 to $1.5 billion.

Nicaragua continues to suffer from the residual effects of Hurricane Mitch, and subsequent disasters have caused additional damage and added to the country's fragility.  The regions most devastated by Hurricane Mitch continue to be the poorest and least developed in the country. Nicaragua is particularly vulnerable to recurring natural disasters and the impact of climate change, and its resilience to such threats is severely limited by poverty, lack of infrastructure, and governance challenges.

Since the last extension of Nicaragua's TPS designation, Nicaragua has experienced a series of environmental disasters that have exacerbated the persisting disruptions caused by Hurricane Mitch and significantly compromised Nicaragua's ability to adequately handle the return of its nationals.  Nicaragua suffered from heavy rains and extensive flooding in October 2014, May 2015, and June 2015.  Significant earthquakes struck in Nicaragua and off its coast in April and October of 2014.  Between early May and late July 2015, the Telica volcano erupted

---

[32] 81 FR 30325 (May 16, 2016).
[33] 64 FR 526 (January 5, 1999).

DPP_00000417

426 times, causing respiratory problems in neighboring communities.  Much of the country is suffering from a prolonged regional drought, which, combined with the coffee rust epidemic in Central America, has negatively impacted livelihoods and food security.

Hurricane Mitch and subsequent environmental disasters have had a significant negative effect on Nicaragua's infrastructure.  Only a fraction of the 41,000 homes that were damaged or destroyed by Hurricane Mitch have been reconstructed.  Heavy rains, flooding, and earthquakes have continued to destroy or degrade the country's housing stock, leaving Nicaragua with a chronic housing deficit.  Damages to roads and bridges accounted for approximately 60 percent of Mitch-related reconstruction costs.  Approximately 1,500 kilometers of paved and 6,500 kilometers of unpaved roads were damaged and 3,800 meters of bridges were damaged or destroyed.  Transportation infrastructure in the regions hardest hit by Hurricane Mitch has not been properly rehabilitated since the storm and has been damaged by subsequent flooding.  Only 12 percent of Nicaragua's roads are paved, representing the lowest percentage in Central America.  Damage to many schools and health care facilities caused by Hurricane Mitch continues to go unrepaired.  Consequently, the need for reconstruction, infrastructure improvement, and disaster preparedness projects remains ongoing.

Based on his review of conditions in the country, the Secretary determined that there continues to be a substantial, but temporary, disruption in living conditions in Nicaragua as a result of an environmental disaster and that Nicaragua continues to be unable, temporarily, to adequately handle the return of its nationals.

### Sudan

On January 25, 2016, the Secretary announced the extension of TPS for Sudan for 18 months, effective May 3, 2016, through November 2, 2017.[34]  This announcement was the 15th extension of TPS for Sudan since the original designation in 1997[35] and the second extension of TPS for Sudan since the January 2013 redesignation.[36]

**The information below describing the reasons for the extension of Sudan's TPS designation has been excerpted from the January 25, 2016 Federal Register Notice that announced the extension.**

The political and humanitarian situation in Sudan continues to be volatile and dangerous with internal armed conflicts in Darfur and in the Two Areas (South Kordofan and Blue Nile states). Reports of violations and abuses of human rights and violations of international humanitarian law persist, with those reports indicating that such violations and abuses have been largely perpetrated by the Sudanese government forces and pro-government militias against civilians.

Since 2003, the Government of Sudan (GOS) and armed opposition groups have fought in Darfur.  In 2014, the GOS deployed a new paramilitary force in Darfur known as the Rapid Support Forces, after which displacement in the region increased.  This upsurge correlated with

---

[34] 81 FR 4045 (January 25, 2016).
[35] 62 FR 59737 (November 4, 1997).
[36] 78 FR 1872 (January 9, 2013).

DPP_00000418

the GOS' declared "Decisive Summer Campaign" that began in April 2014, through which the GOS sought to eradicate all armed rebellion within the country.  The campaign was renewed in December 2014 and has continued into 2015, with the GOS proclaiming expected widespread civilian displacement, especially within the Two Areas.

In its 12th year, the Darfur conflict is widespread and unpredictable.  Darfur has witnessed an increase in criminal activity and intertribal conflict.  Clashes between the Sudanese Armed Forces (SAF) and armed opposition groups, as well as intertribal fighting, displaced approximately 430,000 people in 2014.  The UN Office for the Coordination of Humanitarian Affairs (OCHA) reported that an estimated 143,000 persons were displaced between January and May 2015, bringing the total number of internally displaced persons (IDPs) in the Darfur region to approximately 2.5 million.

In the Two Areas, the SAF continued to fight the Sudan People's Liberation Movement-North (SPLM-N) for control over towns, military strongholds, and supply routes.  According to Amnesty International, Sudanese forces have employed indiscriminate aerial bombardment and shelling of villages in the region.  The SAF reportedly has carried out sustained aerial bombardments in and around Kauda, a major town in Heiban County, as well as aerial bombardments and shelling in Um Dorein and Delami counties, destroying schools, clinics, hospitals, and other buildings, and forcing people to flee their homes.  Reports indicated an estimated 1.7 million IDPs in both government and SPLM-N controlled territories, roughly half of the total population in both areas.  In March 2015, OCHA reported that, due to the ongoing armed conflict, at least 250,000 Sudanese had fled from the Two Areas to South Sudan and Ethiopia.

A determination of the status of the disputed Abyei area remains elusive.  The governments of Sudan and South Sudan withdrew their forces from Abyei in 2012.  The UN Interim Security Force for Abyei maintains an uneasy peace, but the potential for a return to violence remains.

Reports of human rights violations and abuses in Sudan are widespread, including those involving extrajudicial and other unlawful killings.  The GOS continued to abuse members of certain populations, including journalists, political opposition, civil society, and ethnic and religious minority groups.

Sudan's operating environment for non-governmental organizations (NGOs) remains challenging primarily because of restrictions or bans on NGO operations and the movements of their workers, particularly in the conflict-affected areas of Darfur and the Two Areas.  The GOS' "Decisive Summer Campaign" has also eroded the existing but limited health services in the Two Areas.

UN figures indicate that approximately 6.9 million people are in need of humanitarian assistance in Sudan.  According to the UN International Children's Emergency Fund (UNICEF), Sudan continues to be one of the worst crises for children in the world today.  There are 3.24 million children targeted for humanitarian assistance by the UN's Humanitarian Response Plan in 2015.  UNICEF reported that approximately 2 million children are suffering from malnutrition, of which approximately 550,000 are suffering from severe acute malnutrition.

DPP_00000419

Based on his review of conditions in the country, the Secretary determined that there continues to be ongoing armed conflict in Sudan and, due to such conflict, requiring the return of Sudanese nationals to Sudan would pose a serious threat to their personal safety.  There also continue to be extraordinary and temporary conditions in Sudan that prevent its nationals from returning to Sudan in safety.

## Section 4.4  Extensions of Designations Under INA § 244(b)(3)(C) and Redesignations under INA §§ 244(b)(1), and (c)(1)(A)(i)

This section provides details about TPS actions announced by the Secretary in CY 2016 regarding foreign states for which the most recent action by the Secretary, as of December 31, 2016, was an extension and redesignation of the state's existing TPS designation.

## South Sudan

On January 25, 2016, the Secretary announced the extension and redesignation of TPS for South Sudan for 18 months, effective May 3, 2016, through November 2, 2017.[37]  This announcement was the third extension and redesignation of TPS for South Sudan since the original designation in January 2011.[38]

**The information below describing the reasons for the extension and redesignation of South Sudan's TPS designation has been excerpted from the January 25, 2016 Federal Register Notice that announced the extension and redesignation.**

South Sudan is in the midst of a crisis involving a cycle of ethnic violence, allegations of atrocities and a humanitarian disaster of devastating scale.  The armed conflict between the Government of South Sudan and opposition groups, which has affected a significant portion of the country, has been defined by ethnic lines and has been marked by brutal violence against civilians.  Despite a peace agreement signed in August 2015, the security situation remains uncertain and violence persists in many areas.  The humanitarian situation continues to deteriorate, resulting in widespread displacement due to the violence; high rates of death, disease, and injuries; severe food insecurity with a major malnutrition crisis; and disrupted livelihoods.

Longstanding political tensions between President Salva Kiir Mayardit, an ethnic Dinka, and former vice president, Riek Machar Teny, an ethnic Nuer, sparked an outbreak of violence in Juba in December 2013.  This outbreak of violence in Juba led to fighting between Nuer and Dinka elements within the regular Sudan People's Liberation Army.  Since December 2013, thousands of people have been killed, as fighting broadened and continued along ethnic lines.  The violence has flared up again toward the end of April and into May 2015, and in September following the signing of the peace agreement.

---

[37] 81 FR 4051 (January 25, 2016).
[38] 76 FR 63629 (January 13, 2011).

DPP_00000420

South Sudan also remains embroiled in conflict along its border with Sudan.  In 2015, Misseriya militias continued to attack Abyei, a disputed border area, sometimes with the backing of the Sudanese Armed Forces.

Both government and opposition forces are alleged to have committed atrocities, including against civilians.  UN and humanitarian actors report that during the 2015 offensive, there have been atrocities including those involving rape, the systematic murder of boys over the age of 10 and the elderly, the forced recruitment and kidnapping of children, and the wholesale destruction and burning of villages.  The resulting insecurity in northern and central Unity state has forced relief organizations to withdraw staff, and as of mid-June 2015, has left more than 650,000 civilians in need of emergency support without access to humanitarian assistance.

The overall situation in South Sudan has continued to deteriorate since the civil conflict began in December 2013, with the security, rule of law and human rights situations remaining deeply compromised.  South Sudan has not held elections since becoming independent in July 2011.  The peace agreement calls for a transitional government to take office and elections in 2018, although the transitional government is not yet in place.  The economic situation in South Sudan further contributes to its inability to protect its citizens from the ongoing conflict.  Since fighting began in December 2013, economic activity outside the capital city, which was weak at best before the crisis, has all but stopped.

Humanitarian access has been constrained by security incidents against aid staff.  Humanitarian workers, both foreign and national, have been targeted and killed, with no reported prosecutions.  For the month of March 2015, the UN reported 64 security incidents against humanitarian actors in South Sudan, and both international and South Sudanese non-governmental organizations continue to be targets of crime and violence.  Due to ongoing hostilities in Unity state, all non-governmental organizations and UN agencies evacuated staff in May 2015, bringing relief efforts in the area to a halt.  Consequently, over 300,000 civilians in need of emergency relief, including food aid and medical services were cut off from life-saving assistance.  Violence in Unity state persists in spite of the peace agreement.

According to the UN, over half of the country's 12 million people are in need of aid.  The ongoing conflict has caused a continuous flow of internally displaced persons and refugees.  The UN High Commissioner for Refugees (UNHCR) estimates that as of November 2015, approximately 644,000 people have fled South Sudan as a direct result of the ongoing conflict and related food insecurity, in addition to more than 1.6 million South Sudanese who have been internally displaced.  These figures are expected to grow even after the signing of the peace agreement.  Estimates of the number of people in need of shelter for 2015 include an anticipated 1.95 million internally displaced persons and a projected 293,000 refugees.

Based on his review of conditions in the country, the Secretary determined that there continues to be an ongoing armed conflict in South Sudan and, due to such conflict, requiring the return of South Sudanese nationals to South Sudan would pose a serious threat to their personal safety.  There also continue to be extraordinary and temporary conditions in South Sudan that prevent its nationals from returning to South Sudan in safety.

DPP_00000421

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

## Syria

On August 1, 2016, the Secretary announced the extension and redesignation of TPS for Syria for 18 months, effective October 1, 2016, through March 31, 2018.[39]  This announcement was the third extension and redesignation of TPS for Syria since the original designation in March 2012.[40]

**The information below describing the reasons for the extension and redesignation of Syria's TPS designation has been excerpted from the August 1, 2016 Federal Register Notice that announced the extension and redesignation.**

Violent conflict and the deteriorating humanitarian crisis continue to pose significant risk throughout Syria.  Hundreds of thousands have been killed as a result of ongoing violence.  Concerns for health and safety have led to largescale civilian displacement within Syria and migrations to neighboring countries and Europe.  As of May 2016, the U.S. Agency for International Development (USAID) reports that 13.5 million people worldwide are in need of humanitarian assistance as a result of armed conflict in Syria.  In May 2016, the United Nations Special Envoy for Syria has estimated that as many as 400,000 individuals have been killed, and 1.5 million injured since the violence began in 2011.  According to information from USAID, as of March 2016, the UNHCR had registered 4.8 million refugees in neighboring countries, and 6.5 million people were internally displaced in Syria.

Syria's lengthy civil conflict has resulted in high levels of food insecurity, limited access to water and medical care, and massive destruction of Syria's infrastructure.  Attacks against civilians, the use of chemical weapons and irregular warfare tactics, as well as forced conscription and use of child soldiers have intensified the humanitarian crisis.  USAID reports reductions in agricultural production, widespread displacement, disruption of markets and transportation, elimination of bread subsidies, damage to infrastructure including mills and bakeries, and loss of livelihoods are contributing to unprecedented food insecurity in Syria.  As of 2015, it was estimated that over 6.3 million people within Syria, as well as 3 million Syrian refugees in neighboring countries are in need of emergency food assistance.  In late 2015, due to significant funding deficits, food assistance distributed by the UN's World Food Programme (WFP) and 37 other NGOs reduced the level of assistance provided to 1.3 million Syrian refugees by 50 percent.  According to information from USAID, WFP continues to face funding shortages for its programs in 2016, and is currently providing monthly food assistance to 1.4 million refugees and over 4 million people inside Syria.

Water availability in Syria has decreased to less than 50 percent of its pre-civil war levels.  UNICEF reported that in 2015 alone, as many as 5 million people living in cities and communities across the country have suffered the consequences of long and sometimes deliberate interruptions to their water supplies.  Additionally, strikes against population centers in the course of military operations has resulted in wide-scale destruction of water supply networks and infrastructure.  According to information from USAID, between January and

---

[39] 81 FR 50533 (August 1, 2016).
[40] 77 FR 19026 (March 29, 2012).

DPP_00000422

March 2016, 16 million Syrians relied on water assistance from the International Committee of the Red Cross and the Syrian Arab Red Crescent for survival.

Water scarcity as a result of power outages and limited access to fuel has caused numerous health and financial issues for families in Damascus, Aleppo, the southern city of Dera'a, and other areas.  According to information from USAID, UNICEF reported in May 2016 that fuel supplies to the Sulaiman Al-Halabi and Bab Alnerab pumping stations were cut off, thus depriving 2 million people access to clean water.  Additionally, water prices have dramatically increased, with cities like Aleppo seeing upwards of a 3,000 percent increase in the cost of clean water.  Unable to afford the rising cost of limited clean water supplies, families rely on dirty water from unprotected and unregulated groundwater sources.  As a result, UNICEF reports increased cases of typhoid, diarrhea, hepatitis, and other diseases in children and other at-risk populations.

Civilian health needs continue to rise as Syria's health system deteriorates.  The World Health Organization (WHO) reports that 58 percent of public hospitals were either partially functional or completely destroyed as of September 2015.  Syrian medical personnel and facilities have been repeatedly struck in the course of military operations, particularly Syrian government air operations.

In early 2015, WHO reported that the conflict has significantly impacted the ability for NGOs to deliver medical aid into and throughout Syria.  Between 2011 and April 2016, Physicians for Human Rights reports that 738 medical personnel have been killed and 259 medical facilities indiscriminately or deliberately attacked.  The organization reports that government forces use "double tap" tactics, attacking a site and then attacking it again once first responders arrive.  Physicians for Human Rights documented 122 attacks on medical facilities in 2015, the highest rate of attacks on hospitals since the start of the conflict.  The Office of the High Commissioner for Human Rights (OHCHR) reported an increase in miscarriages, birth defects, and infant mortality.  NGOs operating near major population centers, such as Aleppo, reported on outbreaks of cholera, typhoid, scabies and tuberculosis among the populations.

As of November 2015, Syria's civil war has caused over $270 billion in damages to the country's infrastructure.  An estimated 2.1 million homes, half of the country's hospitals, and over 7,000 schools have been destroyed due to the conflict.  Population centers such as Raqqah, Homs, and Aleppo, valued for their strategic positions by the opposition, extremists, and government forces, have become targets of military operations from all sides of the conflict.  For example, within the city of Kobane, after 4 months of fighting between Kurdish and Islamic State forces, over 3,200 buildings were damaged.  In Aleppo, at least 14,000 structures were damaged or destroyed, mostly by government airstrikes, with an additional unknown number of buildings destroyed as a result of front line conflict.

The recruitment and use of child soldiers has become "commonplace" in the Syrian armed conflict according to a 2015 UN report.  Forced conscription has affected the Syrian population more broadly as the conflict persists into its 6th year.  While mandatory military service is a longstanding practice in Syria, the government strengthened its enforcement measures in 2014 and 2015.  High rates of draft-dodging, desertions, and defections have left the Syrian military

DPP_00000423

lacking sufficient manpower.  In response, the Assad regime has launched large-scale arrests of military-age men through raids and checkpoints.  For example, over the course of a 4-day period in October 2014, more than 2,600 men were detained for service by government forces in the cities of Hama and Homs.  Once detained, conscripts usually receive minimal training, and are often deployed to a frontline position within days of their arrest.  Furthermore, conscripts have reported being held beyond the normal term of 18 months and forced to extend through multiple tours of duty.

Daily bombings of homes, marketplaces, schools, hospitals, and places of worship have become commonplace for Syrian civilians living in major cities.  The use of barrel bombs by the Assad regime is an ongoing occurrence in major population centers.  Human Rights Watch reports that the Syrian military has dropped dozens of barrel bombs a day on opposition-held neighborhoods in Aleppo, Idlib, Dara'a and elsewhere.  Amnesty International reports that relentless aerial bombardment and shelling by Syrian government forces is magnifying the suffering of civilians trapped under siege and facing an escalating humanitarian crisis in the Eastern Ghouta region. Between January and June 2015, the report indicates, Syrian government forces carried out over 60 airstrikes that resulted in over 500 civilian deaths.

As of May 2016, nearly 11.3 million Syrians had been displaced from their homes since the beginning of the Syrian conflict, with over 1.2 million estimated to have been displaced in 2015 alone.  According to the UN Office for the Coordination of Humanitarian Affairs, nearly 50 percent of displaced persons are children.  Furthermore, an estimated 4.6 million Syrians live in over 127 "hard-to-reach" and 18 "besieged" locations within Syria, and are unlikely to receive humanitarian assistance.  By May 2016, the UN and ground partners were only able to reach 11.7 percent and 64.9 percent of people in these locations, respectively.  By the end of 2014, Syrians represented 43 percent of all internally displaced persons worldwide.  The Internal Displacement Monitoring Centre reports that in 2015, a family was displaced every minute as a result of the protracted civil war and conflict.   The humanitarian crisis in Syria continues to deteriorate, and the escalation of the conflict indicates that there is no immediate possibility for safe return.

Based on his review of conditions in the country, the Secretary found that there continues to be ongoing armed conflict in Syria and, due to such conflict, requiring the return of Syrian nationals to Syria would pose a serious threat to their personal safety.  There also continue to be extraordinary and temporary conditions in Syria that prevent its nationals from returning to Syria in safety.

**Section 4.5  Designations under INA § 244(b)(1)**

The Secretary did not newly designate any foreign states, or parts thereof, in CY 2016.

DPP_00000424

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

This section provides details about the foreign states currently designated for TPS for which the most recent action by the Secretary, as of December 31, 2016, was an initial designation of the state for TPS (whether the designation was announced in CY 2016 or earlier).

## Haiti

On August 25, 2015, the Secretary announced the extension of TPS for Haiti for 18 months, effective January 23, 2016, through July 22, 2017.[41]  This announcement was the fourth extension of TPS for Haiti since the original designation in January 2010 and the third extension of TPS for Haiti since the May 2011 redesignation.[42]

**The information below describing the reasons for the extension of Haiti's TPS designation has been excerpted from the August 25, 2015 Federal Register Notice that announced the extension.**

Many of the conditions prompting the original January 2010 TPS designation and the May 2011 redesignation persist, including a housing shortage, a cholera epidemic, limited access to medical care, damage to the economy, political instability, security risks, limited access to food and water, a heightened vulnerability of women and children, and environmental risks.  More than 5 years after the earthquake, Haiti continues to recover.

The January 12, 2010, earthquake caused extensive damage to the country's physical infrastructure and public health, agricultural, housing, transportation, and educational facilities. The Haitian government estimates that 105,000 houses were destroyed and 188,383 houses collapsed or suffered considerable damage.  At the peak of the displacement, estimates of people internally displaced range from approximately 1.5 million to 2.3 million.  While most of the earthquake related rubble has been cleared, and there have been improvements to road conditions, the effort to rebuild damaged buildings has been slow.  Virtually all government offices and ministries were destroyed in downtown Port-au-Prince and, 5 years later, remain housed in temporary facilities.

While the country continues to make progress in relocating people made homeless by the 2010 earthquake, estimates by the International Organization for Migration in December 2014 put the number of Haitians still living in internally displaced person (IDP) camps at approximately 80,000 scattered across 105 sites.  Basic services available to camp residents have deteriorated as IDP camps close and funding dries up, with most camps lacking waste management services and adequate sanitation facilities--leading to a high risk of cholera transmission--and possessing malnutrition rates higher than emergency thresholds.  Gender-based violence that exists within these informal settlement areas continues to be a serious concern and personal security is a serious and pervasive issue.  While IDP camps are closing, Haiti's housing shortage remains far from resolved. Haiti lacks sufficient housing units to address its pre-earthquake shortage, replace damaged or destroyed units, and satisfy projected urban growth.  Some Haitians have returned to unsafe homes or built houses in informal settlements located in hazardous areas without access to basic services.

---

[41] 80 FR 51582 (August 25, 2015).
[42] 76 FR 29000 (May 19, 2011).

24

Lingering infrastructure damage since the earthquake has also impacted food security.  Even prior to the 2010 earthquake, Haiti had one of the highest rates of hunger and malnutrition in the Western Hemisphere, with 45 percent of the population undernourished and 30 percent of children under 5 suffering from chronic malnutrition.  Damage from the 2010 earthquake exacerbated Haiti's historic food security challenges.  An estimated 2.5 million people are unable to cover their basic food needs and a January 2015 UN report estimated that over 600,000 people were facing severe food insecurity.

Haiti's longstanding public health challenges were exacerbated by the January 2010 earthquake and an ongoing cholera epidemic that started in October 2010.  The introduction of cholera in Haiti shortly after the earthquake, and its persistence since then, is mainly due to the lack of access to clean water and appropriate sanitation facilities.  Concerted efforts by Haiti and its partners have reduced the number of reported cholera cases in the country, but Haiti continues to host the largest cholera epidemic in the Western Hemisphere.  As of December 2014, the cholera epidemic has affected approximately 725,000 people and claimed over 8,800 lives in Haiti since October 2010.  In January 2015, the U.S. Centers for Disease Control and Prevention stated that outbreaks of epidemic diseases still occur and that progress has been slow and limited in restoring Haiti's physical health infrastructure.

Haiti's ability to recover has been further constrained by political instability.  The January 2010 earthquake had an immediate impact on governance and the rule of law in Haiti, killing an estimated 18 percent of the country's civil service and destroying key government infrastructure, including the National Palace, 28 of 29 government ministry buildings, the National Police headquarters, and various judicial facilities.  Following the expiration of local and parliamentary mandates on January 12, 2015, Haiti was left without a functioning legislative branch or duly elected local authorities.  Increasingly, politically and economically motivated protests and demonstrations have turned violent.

Although the Government of Haiti has taken significant steps to improve stability and the quality of life for Haitian citizens, Haiti continues to lack the adequate infrastructure, health and sanitation services, and emergency response capacity necessary to ensure the personal safety of Haitian nationals.

DPP_00000426

**Somalia**

On June 1, 2015, the Secretary announced the extension of TPS for Somalia for 18 months, effective September 18, 2015, through March 17, 2017.[43]  This announcement was the 21st extension of TPS for Somalia since the original designation in 1991 and the second extension of TPS for Somalia since its May 2012 redesignation.[44]

**The information below describing the reasons for the extension of Somalia's TPS designation has been excerpted from the June 1, 2015 Federal Register Notice that announced the extension.**

Over the past year, DHS and DOS have continued to review conditions in Somalia.  Based on this review and after consulting with DOS, the Secretary has determined that an 18-month extension is warranted because the conditions that led to the 2012 redesignation of Somalia for TPS--(1) ongoing armed conflict and (2) extraordinary and temporary conditions that prevent Somali nationals from returning to Somalia in safety--continue to exist, and that permitting eligible Somali nationals to remain temporarily in the United States is not contrary to the national interest of the United States.

Since President Hassan Sheikh Mohamud's inauguration in September 2012, the Federal Government of Somalia has made some progress in establishing government institutions, negotiating federal relationships with regional authorities, and attracting financial support from the international community.  In spite of these political gains, instability and conflict persist throughout Somalia.  A sustained military campaign against al-Shabaab in 2014 resulted in large numbers of civilian deaths and population displacement.  Targeted attacks by al-Shabaab using suicide bombers and improvised explosive devices also resulted in significant civilian casualties. In October 2014, troops from the African Union Mission in Somalia, in coordination with the Somali National Army, successfully completed an offensive to liberate parts of south-central Somalia from al-Shabaab's control and to consolidate and expand the Somali government's security gains.  Despite the offensive's success, al-Shabaab maintains a stronghold in some rural areas of south central Somalia that surround urban centers, and continues to attack critical targets in Somalia and the region.

Even in government-controlled areas, al-Shabaab has demonstrated the capability to carry out attacks, with particular emphasis on targeting government facilities, the facilities and movements of foreign delegations, commercial establishments frequented by government officials, foreign nationals, the development and humanitarian community and the Somali diaspora.  Al-Shabaab-planned and/or conducted assassinations, suicide bombings, and indiscriminate armed attacks in civilian populated areas were frequent in Somalia over the reporting period. Insecurity further persists as a result of inter-clan and inter-factional fighting, which flares up with little or no warning.  The World Health Organization reported in June 2014 that violence and conflict continue to take a heavy toll on civilians in Somalia.

---

[43] 80 FR 31056 (June 1, 2015).
[44] 77 FR 25723 (May 1, 2012).

DPP_00000427

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

Somalia's ongoing complex emergency continues to shape the humanitarian situation within the country.  While fragile gains have been made since the 2011-2012 famine that resulted in the deaths of an estimated 258,000 people, ongoing climatic conditions such as drought and flooding, coupled with insecurity, conflict, and an increase in food prices continue to result in significant humanitarian need.  In September 2014, the USAID reported that approximately 3.1 million people, or roughly 29 percent of the country's population, are experiencing some level of food insecurity, representing a 20 percent increase since January 2014.  Malnutrition rates in Somalia remain among the highest in the world, with USAID reporting in September 2014 that an estimated 218,000 children under the age of 5 are acutely malnourished.

The UNHCR stated in November 2014 that there are over 1.1 million internally displaced persons (IDPs) in Somalia.  In addition to those internally displaced, UNHCR also noted that more than 950,000 Somalis have sought refuge in neighboring countries in the Horn of Africa and in Yemen.  USAID noted that forced evictions, drought, conflict, and lack of livelihoods have displaced 130,000 Somalis since January 2014, and approximately 369,000 IDPs live in makeshift camps in Mogadishu.  UNHCR reports that IDPs in Somalia often live in crowded settlements, lack adequate protection, and face forced evictions, discrimination, and gender-based violence.

The security situation remains volatile, and the risks associated with humanitarian aid work are high due to insecurity as well as direct and indirect attacks on humanitarian personnel and assets.  According to the UN, from January to September 2014, there were 40 violent incidents against aid workers.  Armed groups also made several attempts to loot relief food and disrupt food distributions.  Al-Shabaab maintains control over some key supply routes, hampering commercial activities and the delivery of humanitarian assistance.

Many critical services were unavailable to Somalis because of insufficient resources and the government's limited capacity to deliver essential services and provide basic security.  For instance, the health sector was unable to provide a functional system of primary or secondary health clinics, and the justice sector lacked the capacity to effectively administer justice or enforce the law.

## Yemen

On September 3, 2015, the Secretary announced Yemen's 18-month designation for TPS, effective September 3, 2015, through March 3, 2017.[45]

**The information below describing the reasons for Yemen's TPS designation has been excerpted from the September 3, 2015 Federal Register Notice that announced the designation.**

In July 2014, the Houthis, a northern opposition group, began a violent territorial expansion across Yemen.  The Houthis took over the capital, Sana'a, in September 2014, and placed the President, Prime Minister, and cabinet officials under house arrest in January 2015.

---

[45] 80 FR 53319 (September 3, 2015).

DPP_00000428

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

President Abdo Rabo Mansur Hadi left Sana'a for Yemen's southern port city of Aden in February 2015 to resume his presidential duties.  As the Houthis continued their military campaign, however, they eventually closed in on Aden and by the end of March 2015, President Hadi and many other members of the government relocated to the Kingdom of Saudi Arabia (Saudi Arabia).

On March 26, 2015, a coalition of more than ten countries, led by Saudi Arabia and at the request of President Hadi, initiated air strikes against the Houthis.  Air strikes have occurred across the country, but have been concentrated in Sa'dah, Hajjah, Sana'a, Taiz, Marib, Al Dhale'e, and Aden.  Houthi ground forces simultaneously engaged in fierce battles in Aden and Marib against local ethnic groups and pro-government fighters.  The conflict has affected 21 out of Yemen's 22 governorates.

The conflict has caused an acute and rapidly deteriorating humanitarian crisis.  The airstrikes and ground fighting have killed, wounded, and displaced noncombatants and destroyed and damaged hospitals, schools, roads, airports, the electric power grid, the water supply, and other critical infrastructure.  The humanitarian situation is compounded by access constraints.  Relief efforts and supplies have been hindered by the limited capacity of airports, seaports, and roadblocks.  Furthermore, ongoing violence and airstrikes are restricting the movement of civilians to safe areas and restricting their ability to receive needed basic services and supplies.

While the exact number of housing units that have been destroyed or damaged by the airstrikes and ground fighting has not been determined, UN is reporting that approximately 42,000 people, in 7,000 households, were identified as needing shelter as a direct result of the conflict since March 2015.  The UN has reported that nearly 1.3 million people in Yemen have become internally displaced since the start of the conflict.

Movement through or around the conflict zones is fraught with extreme danger.  A full assessment by those reporting on the ground has been hindered by security concerns and infrastructure damage, but the UN has reported that as of July 2015, there have been approximately 3,700 registered deaths and over 18,000 registered injuries attributed to the conflict.

Because Yemen relies on imports for 90 percent of its food, the combination of severely reduced imports, low food stocks, and a shortage of fuel has increased the number of people experiencing food insecurity to 12.9 million, nearly half of the total population of Yemen, including 5 million who are classified as severely food insecure.  Due to the conflict, 470,000 children under the age of 5 have lost access to nutrition services previously provided to them through 158 Outpatient Therapeutic Feeding Programs.

The impact on key logistical and civilian infrastructure across Yemen from the airstrikes and ground fighting has been devastating.  Yemen has suffered heavy damage to its airports, harbors, bridges and roads, which presents significant obstacles to relief efforts.  Damage to health facilities has also been substantial and the UN has reported that, as a result of the fighting, at least five hospitals were destroyed or suffered catastrophic damage in Sana'a, Al Dhale'e, and

DPP_00000429

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

Aden.  Nearly 3,600 schools remain closed due to insecurity, with over 330 schools directly affected by the conflict.  Of these, 86 schools were reported damaged due to airstrikes or armed confrontations and a further 246 were reported as occupied by internally displaced persons.

The destruction and closure of numerous hospitals and medical facilities is resulting in increased fatalities, including among women, due to miscarriages and a lack of delivery and postnatal care. Hospitals that remain open are operating at limited capacity and are unable to cope with the scale of needs, while others have shut down due to insecurity and a lack of fuel, staff and supplies. Internally displaced persons across Yemen indicate that among their most pressing needs are medicine and treatment for malaria, diarrhea, malnutrition, unspecified chronic diseases, and respiratory diseases.

### Section 4.6  Terminations Under INA § 244(b)(3)(B)

This section provides details about TPS actions announced by the Secretary in CY 2016 regarding foreign states for which the most recent action by the Secretary, as of December 31, 2016, was a termination of the state's existing TPS designation.

### Guinea

Guinea was initially designated for TPS for 18 months on November 21, 2014.[46]  On March 22, 2016, the Secretary announced a 6-month extension of Guinea's designation for TPS, effective May 22, 2016, through November 21, 2016.[47]  Following a subsequent review of conditions in Guinea, on September 26, 2016, the Secretary announced that Guinea's designation for TPS would terminate, effective May 21, 2017.  At the same time, he announced a 6-month extension of TPS benefits under Guinea's designation for the purpose of orderly transition before termination, effective from November 22, 2016 to May 21, 2017.[48]

**The information below describing the reasons for Guinea's TPS termination has been excerpted from the September 26, 2016 Federal Register Notice that announced the termination.**

Guinea, Liberia, and Sierra Leone were designated for TPS in the midst of the largest Ebola virus disease (EVD) outbreak in history.  From March 2014 through November 2015, these three countries suffered over 11,000 deaths among their more than 28,500 cases of EVD.  At the height of the outbreak in late 2014, Ebola was spreading rapidly, with hundreds of new cases being reported each week, the health care systems overwhelmed, and containment measures causing significant disruptions to individuals' ability to access food and earn a livelihood.  While the impacts of the epidemic pose a lasting challenge to Guinea's economy and the capacity of its health system to provide treatment for preventable or treatable conditions, at this time, the EVD epidemic has subsided, and conditions have improved since the Secretary initially designated Guinea for TPS.

---

[46] 79 FR 69511 (November 21, 2014).
[47] 81 FR 15339 (March 22, 2016).
[48] 81 FR 66064 (September. 26, 2016).

DPP_00000430

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

A robust response by the international community and the governments of Guinea, Liberia, and Sierra Leone has brought the EVD epidemic in West Africa under control and begun the long-term work of rebuilding regional economies and health systems.  Guinea was initially declared Ebola-free on December 29, 2015, by WHO.  On March 29, 2016, the WHO Director-General declared the end of the Public Health Emergency of International Concern regarding the EVD outbreak in West Africa.  In conjunction with ending the public health emergency, the WHO emphasized that there should be no restrictions on travel and trade with Guinea, Liberia, and Sierra Leone.  As of June 2016, WHO declared Guinea free of Ebola transmission.  A country is considered free of EVD transmission after 42 days have passed since the last known person in the country with EVD receives a second consecutive negative blood test for the virus.  As of August 31, 2016, Guinea had completed a 90-day period of enhanced surveillance for EVD following the declaration that it was free of EVD transmission.  While the risk of flare-ups of EVD remains, efforts are underway to promote, over time, robust prevention, surveillance, and response capacity across all three countries.

The Guinean government has established response and containment measures to detect the movement of symptomatic persons and conducts in-home monitoring of those who have been exposed to EVD.  Guineans return daily from travel abroad, and airlines are operating almost at capacity.  While health systems and facilities remain fragile, medical centers are no longer overwhelmed by patients with EVD.  High rates of child mortality both before and since the EVD epidemic are indicative of the overall fragility of the health system.  Although this is comparable to other countries in the region, systems in Guinea must also be able to address ongoing issues of trust between healthcare facilities and communities, as well as continue to care for Ebola survivors who have a series of ongoing and previously unforeseen health conditions, both of which will continue to exacerbate and underscore the fragility of these systems.  There are no parts of the country that should be avoided because of the virus.  Normal business activity and national life have largely resumed, although work is ongoing to rebuild Guinea's economy and health care system.  The U.S. Department of Health and Human Services, Centers for Disease Control and Prevention has no Travel Health Notice in place for Guinea related to Ebola as of the date of this Notice.

Based on his review of conditions in the country, the Secretary determined that Guinea no longer continues to meet the statutorily required conditions for a TPS designation on the basis of extraordinary and temporary conditions, specifically because the extraordinary and temporary conditions that prompted Guinea's TPS designation have substantially resolved and therefore no longer prevent nationals of Guinea from returning to Guinea in safety.

**Liberia**

Liberia was initially designated for TPS for 18 months on November 21, 2014.[49]  On March 22, 2016, the Secretary announced a 6-month extension of Liberia's designation for TPS, effective May 22, 2016, through November 21, 2016. [50]  Following a subsequent review of conditions in Liberia, on September 26, 2016, the Secretary announced that Liberia's designation

---

[49] 79 FR 69502 (November 21, 2014).
[50] 81 FR 15328 (March 22, 2016).

DPP_00000431

for TPS would terminate, effective May 21, 2017. At the same time, he announced a 6-month extension of TPS benefits under Liberia's designation for the purpose of orderly transition before termination, effective from November 22, 2016 to May 21, 2017.[51]

**The information below describing the reasons for Liberia's TPS termination has been excerpted from the September 26, 2016 Federal Register Notice that announced the termination.**

Guinea, Liberia, and Sierra Leone were designated for TPS in the midst of the largest EVD outbreak in history. From March 2014 through November 2015, these three countries suffered over 11,000 deaths among their more than 28,500 cases of EVD. At the height of the outbreak in late 2014, Ebola was spreading rapidly, with hundreds of new cases being reported each week, the health care systems overwhelmed, and containment measures causing significant disruptions to individuals' ability to access food and earn a livelihood. While the impacts of the epidemic pose a lasting challenge to Liberia's economy and the capacity of its health system to provide treatment for preventable or treatable conditions, at this time, the EVD epidemic has subsided, and conditions have improved since the Secretary initially designated Liberia for TPS.

A robust response by the international community and the governments of Guinea, Liberia, and Sierra Leone has brought the EVD epidemic in West Africa under control and begun the long-term work of rebuilding regional economies and health systems. As of June 2016, Guinea, Liberia, and Sierra Leone are all free of EVD. A country is considered free of EVD transmission after 42 days have passed since the last known person in the country with Ebola receives a second consecutive negative blood test for the virus. While the risk of flare-ups of EVD remains, efforts are underway to promote, over time, robust prevention, surveillance, and response capacity across all three countries.

In Liberia, the government and citizens partnered in a successful effort to control the epidemic and rapidly respond to any new cases. Commerce and imports have begun to rebound, and basic services have returned to pre-EVD outbreak levels. The U.S. Department of Health and Human Services, Centers for Disease Control and Prevention has no Ebola-related Travel Health Notice in place for Liberia as of the date of this Notice.

While health systems and facilities remain fragile, medical centers are no longer overwhelmed by patients with EVD. High rates of child mortality both before and since the EVD epidemic are indicative of the overall fragility of the health system. Although this is comparable to other countries in the region, systems in Liberia must also be able to address ongoing issues of trust between healthcare facilities and communities, as well as continue to care for Ebola survivors who have a series of ongoing and previously unforeseen health conditions, both of which will continue to exacerbate and underscore the fragility of these systems. Normal business activity and national life have largely resumed, although work is ongoing to rebuild Liberia's economy and health care system. On March 29, 2016, the WHO Director-General declared the end of the Public Health Emergency of International Concern regarding the EVD outbreak in West Africa. In conjunction with ending the public health emergency, WHO emphasized that there should be no restrictions on travel and trade with Guinea, Liberia, and Sierra Leone.

---

[51] 81 FR 66059 (September 26, 2016).

DPP_00000432

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

Based on his review of conditions in the country, the Secretary determined that Liberia no longer continues to meet the statutorily required conditions for a TPS designation on the basis of extraordinary and temporary conditions, specifically because the extraordinary and temporary conditions that prompted Liberia's TPS designation have substantially resolved and therefore no longer prevent nationals of Liberia from returning to Liberia in safety.

**Sierra Leone**

Sierra Leone was initially designated for TPS for 18 months on November 21, 2014.[52]  On March 22, 2016, the Secretary announced a 6-month extension of Sierra Leone's designation for TPS, effective May 22, 2016, through November 21, 2016.[53]  Following a subsequent review of conditions in Sierra Leone, on September 26, 2016, the Secretary announced that Sierra Leone's designation for TPS would terminate, effective May 21, 2017.  At the same time, he announced a 6-month extension of TPS benefits under Sierra Leone's designation for the purpose of orderly transition before termination, effective from November 22, 2016 to May 21, 2017.[54]

**The information below describing the reasons for Sierra Leone's TPS termination has been excerpted from the September 26, 2016 Federal Register Notice that announced the termination.**

Guinea, Liberia, and Sierra Leone were designated for TPS in the midst of the largest EVD outbreak in history.  From March 2014 through November 2015, these three countries suffered over 11,000 deaths among their more than 28,500 cases of EVD.  At the height of the outbreak in late 2014, Ebola was spreading rapidly, with hundreds of new cases being reported each week, the health care systems overwhelmed, and containment measures causing significant disruptions to individuals' ability to access food and earn a livelihood.  While the impacts of the epidemic pose a lasting challenge to Sierra Leone's economy and the capacity of its health system to provide treatment for preventable or treatable conditions, at this time, the EVD epidemic has subsided, and conditions have improved since the Secretary initially designated Sierra Leone for TPS.

A robust response by the international community and the governments of Guinea, Liberia, and Sierra Leone has brought the EVD epidemic in West Africa under control and begun the long-term work of rebuilding regional economies and health systems.  In Sierra Leone, the EVD epidemic started in May 2014 and peaked between October and December 2014.  Sierra Leone's government and international partners mounted an effective response that dramatically decreased the number of new EVD cases from a high of 500 per week in late 2014 to between 8 to 12 cases in June 2015, to single digits in August 2015.  After a small cluster (two cases) of EVD in January 2016, the WHO declared Sierra Leone free of EVD transmission as of March 17, 2016.  As of June 2016, Guinea, Liberia, and Sierra Leone were all free of EVD transmission.  While the risk of flare-ups of EVD remains, efforts are underway to promote, over time, robust prevention, surveillance, and response capacity across all three countries.

---

[52] 79 FR 69506 (November 21, 2014).
[53] 81 FR 15334 (March 22, 2016).
[54] 81 FR 66054 (September 26, 2016).

DPP_00000433

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

In Sierra Leone, donors and the Sierra Leone government are closing down most of their EVD-specific facilities and transitioning relevant equipment to other health care needs.  The Sierra Leone government and international partners continue to monitor infection control and prevention measures at hospitals.  Schools are open and business hours have been extended to help jump-start economic activity.  The U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, has no Ebola-related Travel Health Notice in place for Sierra Leone as of the date of this Notice.

While health systems and facilities remain fragile, medical centers are no longer overwhelmed by patients with EVD.  High rates of child mortality both before and since the EVD epidemic are indicative of the overall fragility of the health system.  Although this is comparable to other countries in the region, systems in Sierra Leone must also be able to address ongoing issues of trust between healthcare facilities and communities, as well as continue to care for Ebola survivors who have a series of ongoing and previously unforeseen health conditions, both of which will continue to exacerbate and underscore the fragility of these systems.  Normal business activity and national life have largely resumed, although work is ongoing to rebuild Sierra Leone's economy and health care system.  On March 29, 2016, the WHO Director-General declared the end of the Public Health Emergency of International Concern regarding the EVD outbreak in West Africa.  In conjunction with ending the public health emergency, the WHO emphasized there should be no restrictions on travel and trade with Guinea, Liberia, and Sierra Leone.

Based on his review of conditions in the country, the Secretary determined that Sierra Leone no longer continues to meet the statutorily required conditions for a TPS designation on the basis of extraordinary and temporary conditions, specifically because the extraordinary and temporary conditions that prompted Sierra Leone's TPS designation have substantially resolved and therefore no longer prevent nationals of Sierra Leone from returning to Sierra Leone in safety.

DPP_00000434

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

# Appendix A – Immigration Status Codes[55]

| Code | Description | Code | Description |
|------|-------------|------|-------------|
| 1B1 | H-1B1 SPECIALTY OCCUPATION | DT | PAROLE GRANTED AT POE OR DIST OFF |
| 1B2 | H-1B2 DoD SPECIALTY OCCUPATION | E1 | TREATY TRADER/SPOUSE/CHILD |
| 1BS | NONIMMIGRANT VISA, VARIATION OF TEMPORARY EMPLOYMENT | E2 | TREATY INVESTOR/SPOUSE/CHILD |
| A1 | AMBASSADOR/DIPLOMAT/PUBLIC MINISTER/ CONSULAR OFFICER (OR IMMED FAMILY | EAO | EMPLOYMENT ADVISORY OPTION |
| A2 | OTHER DIPLOMATIC OFFICIAL (OR IMMED FAMILY) | EB1 | EMPLOYMENT-BASED, FIRST PREFERENCE (PRIORITY WORKERS) |
| A3 | ATTENDANT/SERVANT/PERSONAL EMPLOYEE OF A1 OR A2 (OR IMMED FAMILY) | EB2 | EMPLOYMENT-BASED, SECOND PREFERENCE (WORKERS WITH PROFESSIONAL OR ADVANCED DEGREE, ETC.) |
| AS | ASYLUM APPLICANT | ENT | ENTER WITHOUT INSPECTION |
| ASD | ASYLUM DENIED | EWI | ENTRY WITHOUT INSPECTION |
| ASY | IMMIGRANT VISA – ASYLUM | F1 | STUDENT-ACADEMIC |
| B1 | TEMP VISITOR FOR BUSINESS | F2 | SPOUSE/CHILD OF F1 |
| B1A | NONIMMIGRANT VISA – TEMPORARY VISITORS FOR BUSINESS | FUG | FAMILY UNITY PROGRAM, STATUS GRANTED ALLOWING EXTENDED VOLUNTARY DEPARTURE |
| B2 | TEMP VISITOR FOR TRAVEL | G1 | PRINCIPAL REP RECOGNIZED FOREIGN GOVT/STAFF/IMMED FAMILY |
| BE | BERING STRAIT ENTRIES | G2 | OTHER REP RECOGNIZED FOREIGN GOVT/ IMMED FAMILY |
| C1 | ALIEN IN TRANSIT THROUGH U.S. | G3 | REP NON-RECOGNIZED FOREIGN GOVT/ IMMED FAMILY |
| C3 | NONIMMIGRANT VISA – ALIENS IN TRANSIT THROUGH THE U.S. | G4 | OFFICER/EMPLOYEE OF INT'L ORG AND IMMED FAMILY |
| C4 | NONIMMIGRANT VISA – TRANSIT WITHOUT VISA (TWOV) | G5 | ATTENDANT/SERVANT/PERSONAL EMPLOYEE OF G1/G2/G3/G4 |
| CH | PAROLEE (HUMANITARIAN/HQ AUTH) | GB | TEMPORARY VISITOR FOR BUSINESS UNDER GUAM VISA WAIVER PILOT PROGRAM |
| CP | PAROLEE (PUBLIC INTEREST/HQ AUTH) | GT | TEMPORARY VISITOR FOR PLEASURE UNDER GUAM VISA WAIVER PILOT PROGRAM |
| CW1 | NONIMMIGRANT VISA FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS TRANSITIONAL WORKERS | H-1 | ALIEN IN A SPECIALTY (PROFESSIONAL OCCUPATION) |
| CW2 | DEPENDANT OF CW1 | H1 | SPECIALTY OCCUPATION |
| D1 | ALIEN CREW DEPART SAME VESSEL | H1B | SPECIALTY OCCUPATION |
| D2 | ALIEN CREW DEPART OTHER VESSEL | H2 | TEMP WORKER FOR SERVICES NOT AGRICULTURE SERVICES UNAVAIL IN U.S. |
| DA | ADVANCE PAROLE (DISTRICT AUTH) | H2A | TEMP WORKER FOR AGRICULTURE SERVICES UNAVAIL IN U.S. |
| DE | PAROLEE (DEFERRED INSPECTION) | H2B | TEMP WORKER FOR SERVICES NOT AGRICULTURE UNAVAIL IN U.S. |

[55] This reference chart of Immigration Status Codes includes both current codes and previously used historical codes, which are reflected in this document, Section 3.2: *Number and Prior Immigration Status of TPS Beneficiaries During CY 2015.*  The data in CLAIMS, which USCIS reviewed to compile this TPS CY 2016 Congressional Report, contains references to both current and historical data codes.

34

DPP_00000435

Staff Level Draft  1.27.17 — Not Cleared by DHS Leadership

| Code | Description | Code | Description |
|------|-------------|------|-------------|
| H3 | TEMP TRAINEE | Q1 | NONIMMIGRANT VISA – INTERNATIONAL CULTURAL EXCHANGE PROGRAM PARTICIPANT |
| H3A | TRAINEE | PAR | PAROLEE |
| H4 | SPOUSE/CHILD OF H1/H1B/H2/H2A/H2B/H3 | R1 | RELIGIOUS WORKER |
| I | FOREIGN PRESS (AND SPOUSE/CHILD) | R2 | SPOUSE/CHILD OF R1 |
| IMM | IMMIGRANT (INDEFINITE PAROLE) | RE | REFUGEE |
| IN | INDEFINITE PAROLE | RE5 | REFUGEE – HAITI |
| J1 | EXCHANGE VISITOR | REF | REFUGEE |
| J1S | VARIATION OF J1 NONIMMIGRANT STATUS (EXCHANGE VISITOR) | S1 | SPECIAL AGRICULTURAL WORKER |
| J2S | VARIATION OF J2 NONIMMIGRANT STATUS (SPOUSE OR CHILD OF J1) | ST | STOWAWAY |
| J2 | SPOUSE/CHILD OF J1 | T1 | NONIMMIGRANT VISA – VICTIM OF SEVERE FORM OF TRAFFICKING IN PERSONS |
| K1 | ALIEN FIANCE(E) OF USC | T3 | 1ST PREF CHILD OF ALIEN CL T1 |
| K2 | CHILD OF K1 | T5 | UNMARRIED UNDER 18 SIBLG T1 NI |
| K3 | SPOUSE OF USC | T6 | ADULT OR CHILD OF DERIV OF T1 |
| K4 | CHILD OF K3 | TB | SPOUSE OR CHILD OF CAN. FR |
| L1 | INTRA-COMPANY TRANSFEREE | TD | CANADIAN OR MEXICAN CITIZEN SPOUSE OR CHILD OF TN |
| L1A | NONIMMIGRANT VISA – INTRACOMPANY TRANSFEREE (IN THE EXECUTIVE OR MANAGERIAL LEVEL) | TPS | TEMPORARY PROTECTED STATUS |
| L1B | SPECIALIZED KNOWLEDGE ALIEN WORKER | TN1 | NAFTA PROFESSIONAL; CANADIAN OR MEXICAN CITIZEN SEEKING ENTRY TO ENGAGE IN BUSINESS ACTIVITIES AT A PROFESSIONAL LEVEL |
| L2 | SPOUSE OF L1 | TWO | TRANSIT WITHOUT A VISA |
| M1 | STUDENT-VOCATIONAL/NON-ACAD | U1 | VICTIM OF CRIMINAL ACTIVITY |
| N1 | PRINCIPAL PERMANENT REPRESENTATIVE OF MEMBER STATE OF NATO | U2 | SPOUSE OF U1 |
| N2 | OTHER REPRESENTATIVE OF MEMBER STATE TO NATO | U5 | UNMARRIED SIBLINGS UNDER 18 YEARS OF AGE OF U-1 (VICTIM OF CRIMINAL ACTIVITY) |
| N4 | NONIMMIGRANT VISA – NORTH ATLANTIC TREATY ORGANIZATION (NATO-4) OFFICIALS, SPOUSES, OR CHILDREN | UN/UU or UNK | UNKNOWN, OR NOT REPORTED |
| N8 | NONIMMIGRANT VISA – PARENT OF UNMARRIED CHILD EMPLOYED BY INTERNATIONAL ORGANIZATION | V1 | SPOUSE OF LPR AWAITING VISA |
| O1 | EXTRA ABILITY SCIENES/ARTS/EDUCATION/ BUSINESS/ATHLETICS | V2 | CHILD OF LPR AWAITING VISA |
| O1B | VARIATION OF O1 NONIMMIGRANT VISA (ALIEN OF EXTRAORDINARY ABILITY) | V3 | CHILD OF V1 OR V2 |
| O2 | NONIMMIGRANT VISA – ACCOMPANYING ALIEN WHO IS COMING SOLELY TO ASSIST IN THE ARTISTIC OR ATHLETIC PERFORMANCE BY O1 (ALIEN OF EXTRAORDINARY ABILITY) | WB | VISITOR FOR BUSINESS – VWPP |
| O3 | SPOUSE/CHILD OF O-1, O-2 | WD | WITHDRAWAL |
| OP | OVERSEAS PAROLEE | WI | WITHOUT INSPECTION |
| P1 | INTERNATIONALLY RECOGNIZED ATHLETE/ENTERTAINER | WIT | ENTRY WITHOUT INSPECTION |
| P3 | CULTURALLY UNIQUE PROGRAM ARTIST/ENTERTAINER | WT | TEMP TOURISM VISITOR – VISA WAIVER PROGRAM |
| P3S | VARIATION OF P-3 NONIMMIGRANT VISA STATUS (ARTISTIC OR ENTERTAINER COMING TO PERFORM OR TEACH) | X | NON-PREFERENCE QUOTA |

DPP_00000436