# EXHIBIT 105

**From:** Nealon, James
**Sent:** Friday, December 8, 2017 6:34 AM
**To:** Cloe, David                    ; Batla, Traci
**Subject:** FW: Read-ahead materials: TPS Returnee Reintegration Issues
**Attach:** Post TPS DACA CAM Strategy 11.13.2017.docx

Have you guys seen this? I'm attending a 4:00 mtg at State today to discuss. Were you invited?

**From:** Rupert, Sarah H
**Sent:** Thursday, December 7, 2017 12:17 PM
**To:** Nealon, James                    ; Frideres, Taryn F                    ; Feinstein, Barbara (LAC/AA)                    ; Glenn, Richard H                    ; Lang, Karin M                    ; Poynter, Rachel M
**Cc:** Creamer, John S                    ; Jacobson, Donald E                    ; Sigmon, Eric B                    ; Batla, Traci                    ; Cloe, David                    ; Fondriest, Steven (LAC/CAM)                    ; Bernier-Toth, Michelle                    ; Breier, Kimberly
**Subject:** Read-ahead materials: TPS Returnee Reintegration Issues

For tomorrow's TPS meeting, I am attaching a paper Embassy San Salvador prepared with its ideas for a TPS implementation strategy in El Salvador. We hope you will have time to read it before tomorrow's discussion.

Best regards,
Sarah

**Official - SBU**
**UNCLASSIFIED**

**From:** Jacobson, Donald E
**Sent:** Wednesday, November 29, 2017 2:43 PM
**To:** Nealon, James; Frideres, Taryn F; Feinstein, Barbara (LAC/AA); Glenn, Richard H; Lang, Karin M; Poynter, Rachel M
**Cc:** Creamer, John S; Perrin, Roy A; Sigmon, Eric B; Rupert, Sarah H
**Subject:** Invitation: TPS Returnee Reintegration Issues

Esteemed Colleagues:

On behalf of DAS John Creamer, I would like to invite you to a small group meeting on Friday, December 8, at 4:00pm to explore how the U.S. government could help El Salvador, Honduras, and Nicaragua with the reintegration of their citizens and the U.S. citizen children who may accompany them following the termination of TPS for Nicaragua and potential termination of TPS for El Salvador and Honduras. The meeting will take place at Main State in room 4917.

Please see below a relevant cable from Embassy San Salvador which summarizes some of the challenges U.S. citizen children will face upon moving to El Salvador.

Please confirm your participation with Eric Sigmon and Sarah Rupert (cc'ed above).

Best,
Don

Don Jacobson

Director
Office of Central American Affairs
Bureau of Western Hemisphere Affairs
U.S. Department of State
Tel: ▮
Email: ▮

## UNCLASSIFIED



| | |
|---|---|
| **Info Office:** | CEN, EL_SALVADOR, PRIN, DIR_HAMILTON |
| **MRN:** | 17 SAN SALVADOR 1328 |
| **Date/DTG:** | Nov 03, 2017 / 031846Z NOV 17 |
| **From:** | AMEMBASSY SAN SALVADOR |
| **Action:** | WASHDC, SECSTATE *ROUTINE* |
| **E.O.:** | 13526 |
| **TAGS:** | CASC, PREL, SMIG, KOCI, SV |
| **Subject:** | U.S. Citizen Children Accompanying Departing TPS and DACA Parents Face Challenges |

1. (U) **Summary:** Approximately 200,000 Salvadoran citizens are residing in the United States under Temporary Protected Status (TPS) and Deferred Action for Childhood Arrivals (DACA). The future of those programs is unknown and with this uncertainty, the Government of El Salvador (GOES) is bracing for the return of many of its citizens and some of their estimated 192,700 U.S. born children. These U.S. citizen children will need access to multiple social services in El Salvador; however the GOES and its institutions must overcome significant hurdles to meet the potential demand. End Summary.

### Legal Rights

2. (U) In April 2009, the Salvadoran government approved the Law of Integral Protection of Children and Adolescents (LEPINA) with the main goal of guaranteeing every child's right to education, access to healthcare, and a safe family environment. This law applies to all children, up to age 18, that reside in El Salvador regardless of nationality.

### Salvadoran Citizenship

3. (U) El Salvador has liberal policies for the transmission of citizenship to the children born abroad to Salvadoran parents. El Salvador permits dual U.S./Salvadoran citizenship. U.S. citizen children who document their Salvadoran citizenship face fewer administrative barriers in accessing education, health care, and other social services. However, they are subject to El Salvador's strict laws regarding the travel of minors, which require both parents' permission for the child to leave the country. Children who remain in El Salvador past their 18th birthday are required to document their Salvadoran citizenship in order to receive an official identification card.

### Education

4. (U) Non-Salvadoran citizens have access to free public school education in El Salvador. However enrollment requirements for children who start their education outside of El Salvador are complex. Students must provide an apostilled birth certificate with a notarized translation or their U.S. passport. Enrollees also need to present apostilled school transcripts and notarized translations.

5. (U) Students with proper documentation can expect a 10 to 12 week enrollment process. Students without the proper documentation will face a several month long administrative process and additional placement testing. The cost of shipping, local notary, and translation services normally exceeds $500 per child. Children starting their

education in El Salvador are not subject to this requirement.  Currently the Ministry of Education assists an average of 200 foreign students per year, 20 of whom are U.S. citizens.  There are 229 U.S. citizen children are enrolled in public school in El Salvador.  Given the potential number of returnees, any significant increase would add further stress on a strained education system.

**Health Care**

6. (U) All residents of El Salvador, including non-citizens, are guaranteed healthcare through El Salvador's socialized medical system.  Free medical services are offered through The Solidarity Fund for Health (FOSALUD), a network of government funded hospitals and clinics.  In addition to the free healthcare offered through FOSALUD, many U.S. citizen children will also fall under the Institute of Salvadoran Social Security (ISSS), an autonomous government entity that is financed by GOES, employers, and laborers.  Children under the age of 12, whose parents are part of ISSS, will be eligible for free care through ISSS in addition to the free healthcare offered to everyone, regardless of age, via FOSALUD.

7. (U) To access these services, U.S. citizen children of Salvadoran citizens will need to present a birth certificate or identity document along with the identification of the parent or guardian.  Lifesaving, emergency medical services are provided regardless of lack of documentation.

**Comment:**
8. (U) Due to the many administrative hurdles that U.S. citizen children will face upon arrival in El Salvador, it is critical that families address the documentation requirements prior to departing the United States.  We should encourage the GOES to disseminate this information to Salvadoran citizens.  The Interagency should also seek to inform the parents of U.S. citizens returning to El Salvador of these requirements.

| | |
|---|---|
| **Signature:** | MANES |
| **Drafted By:** | SAN SALVADOR:Edwards, Kathryn |
| **Cleared By:** | POL(Info):Archibald, Amy E |
| | DHS(Info):De La Rosa, Alvin (San Salvador) |
| | CONS/AG:Carr, David R |
| | POL:Haas, Anaida |
| **Approved By:** | CONS/AG:O'Brien, Brendan J (San Salvador) |
| **Released By:** | SAN SALVADOR:Carr, David R |
| **Action Post:** | NONE |
| **Dissemination Rule:** | DIS_CEN, DIS_EL_SALVADOR, DIS_PRIN, DIS_DIR_HAMILTON |

**UNCLASSIFIED**