# EXHIBIT 106

# Congress of the United States
## Washington, DC 20515

September 11, 2017

The Honorable Elaine C. Duke
Acting Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Dear Acting Secretary Duke,

We write to strongly urge you to renew the Temporary Protected Status designation for Honduras and El Salvador.

Failing to renew TPS would needlessly tear apart families and communities across the country. There are currently approximately 200,000 Salvadorans who hold TPS and the approximately 61,000 Hondurans. TPS holders from Honduras and El Salvador have become valued and important members of our communities. They have started families, opened businesses, and contributed to this country in countless ways. They are part of the fabric of America.

Honduras and El Salvador remain unprepared to receive these individuals. As the most recent TPS extension notes, there is a "substantial, but temporary, disruption of living conditions" in both countries, resulting from Hurricane Mitch in Honduras and a series of earthquakes in El Salvador. Unfortunately, conditions have not sufficiently improved since the most recent extension. Additionally, El Salvador and Honduras are ranked as among the most violent countries in the world, and job opportunities are scarce. These factors complicate the ability of Honduras and El Salvador to fully recover from the natural disasters that resulted in their original designation.

The potential return of hundreds of thousands of former TPS holders to Honduras and El Salvador would likely bring destabilizing consequences throughout the region. At the Conference for Prosperity and Security in Central America, you stated that the "U.S. Homeland Security mission is affected directly by what goes on in Central America." We agree, and we are deeply concerned that failing to renew TPS status for Honduras and El Salvador would undermine U.S. efforts to advance prosperity and security in Central America.

TPS designations have been made and extended under administrations of both political parties since its creation by statute in 1990; extension of these TPS designations is not only fully within your authority but completely appropriate given the country conditions. We strongly urge you to renew TPS, in order to preserve the integrity of American families and communities, and to steady the path of progress being made toward stability in the region.

PRINTED ON RECYCLED PAPER

Thank you for your consideration of this important request.

Sincerely,

James P. McGovern
Member of Congress

Randy Hultgren
Member of Congress

Norma J. Torres
Member of Congress

Ruben Gallego
Member of Congress

John Conyers, Jr.
Member of Congress

Mike Coffman
Member of Congress

Nita M. Lowey
Member of Congress

Carlos Curbelo
Member of Congress

Zoe Lofgren
Member of Congress

Eliot L. Engel
Member of Congress

Joseph Crowley
Member of Congress

Luis V. Gutiérrez
Member of Congress

Adam Smith
Member of Congress

Richard E. Neal
Member of Congress

_[signature]_
John Lewis
Member of Congress

_[signature]_
Eleanor Holmes Norton
Member of Congress

_[signature]_
Nydia M. Velázquez
Member of Congress

_[signature]_
Darren Soto
Member of Congress

_[signature]_
Juan Vargas
Member of Congress

_[signature]_
Raúl M. Grijalva
Member of Congress

_[signature]_
André Carson
Member of Congress

_[signature]_
Grace F. Napolitano
Member of Congress

_[signature]_
Donald S. Beyer, Jr.
Member of Congress

_[signature]_
Alcee L. Hastings
Member of Congress

_[signature]_
Adriano Espaillat
Member of Congress

_[signature]_
Salud O. Carbajal
Member of Congress

_[signature]_
Lucille Roybal-Allard
Member of Congress

_[signature]_
Bonnie Watson Coleman
Member of Congress

_Joaquin Castro_
Joaquin Castro
Member of Congress

_Pramila Jayapal_
Pramila Jayapal
Member of Congress

_Jamie Raskin_
Jamie Raskin
Member of Congress

_Donald M. Payne, Jr._
Donald M. Payne, Jr.
Member of Congress

_Debbie Wasserman Schultz_
Debbie Wasserman Schultz
Member of Congress

_Betty McCollum_
Betty McCollum
Member of Congress

_Raja Krishnamoorthi_
Raja Krishnamoorthi
Member of Congress

_Jimmy Gómez_
Jimmy Gómez
Member of Congress

_Stephanie Murphy_
Stephanie Murphy
Member of Congress

_Seth Moulton_
Seth Moulton
Member of Congress

_Tony Cárdenas_
Tony Cárdenas
Member of Congress

_Barbara Lee_
Barbara Lee
Member of Congress

_Val B. Demings_
Val B. Demings
Member of Congress

_Judy Chu_
Judy Chu
Member of Congress

4

_signature_

J. Luis Correa
Member of Congress

_signature_

Vicente Gonzalez
Member of Congress

_signature_

José E. Serrano
Member of Congress

_signature_

Beto O'Rourke
Member of Congress

_signature_

Ben Ray Luján
Member of Congress

_signature_

Nanette Diaz Barragán
Member of Congress

_signature_

Anthony G. Brown
Member of Congress

_signature_

Michael E. Capuano
Member of Congress

_signature_

Frank Pallone, Jr.
Member of Congress

_signature_

Bobby L. Rush
Member of Congress

_signature_

John A. Yarmuth
Member of Congress

_signature_

Marc A. Veasey
Member of Congress

_signature_

Tulsi Gabbard
Member of Congress

_signature_

Bill Pascrell, Jr.
Member of Congress

5

Bradley S. Schneider
Member of Congress

Ruben J. Kihuen
Member of Congress

Michelle Lujan Grisham
Member of Congress

Mark DeSaulnier
Member of Congress

Mark Pocan
Member of Congress

David N. Cicilline
Member of Congress

Keith Ellison
Member of Congress

Chellie Pingree
Member of Congress

Marcy Kaptur
Member of Congress

Earl Blumenauer
Member of Congress

Kathleen M. Rice
Member of Congress

Suzanne Bonamici
Member of Congress

Peter Welch
Member of Congress

Frederica S. Wilson
Member of Congress

_Adam B. Schiff_
Adam B. Schiff
Member of Congress

_William R. Keating_
William R. Keating
Member of Congress

_Rosa L. DeLauro_
Rosa L. DeLauro
Member of Congress

_Ro Khanna_
Ro Khanna
Member of Congress

_Jared Polis_
Jared Polis
Member of Congress

_David E. Price_
David E. Price
Member of Congress

_Jan Schakowsky_
Jan Schakowsky
Member of Congress

_Kathy Castor_
Kathy Castor
Member of Congress

_Albio Sires_
Albio Sires
Member of Congress

_Carol Shea-Porter_
Carol Shea-Porter
Member of Congress

_Jerrold Nadler_
Jerrold Nadler
Member of Congress

_Rick Larsen_
Rick Larsen
Member of Congress

_Ann McLane Kuster_
Ann McLane Kuster
Member of Congress

_Ted W. Lieu_
Ted W. Lieu
Member of Congress

_____
Stephen F. Lynch
Member of Congress

_____
Sheila Jackson Lee
Member of Congress

_____
Yvette D. Clarke
Member of Congress

_____
Danny K. Davis
Member of Congress

_____
Anna G. Eshoo
Member of Congress

_____
Dina Titus
Member of Congress

_____
Mike Quigley
Member of Congress

_____
Jackie Speier
Member of Congress

_____
Steve Cohen
Member of Congress

_____
Gwen Moore
Member of Congress

_____
Linda T. Sánchez
Member of Congress

_____
Diana DeGette
Member of Congress

_____
Sean Patrick Maloney
Member of Congress

_____
Ted Deutch
Member of Congress

8

_____
Henry C. "Hank" Johnson, Jr.
Member of Congress

_____
Dwight Evans
Member of Congress

_____
Joseph P. Kennedy, III
Member of Congress

_____
Mike Thompson
Member of Congress

_____
Joyce Beatty
Member of Congress

_____
Niki Tsongas
Member of Congress

_____
Gerald E. Connolly
Member of Congress

_____
Peter A. DeFazio
Member of Congress

_____
Bill Foster
Member of Congress

_____
Filemon Vela
Member of Congress

_____
Katherine M. Clark
Member of Congress

_____
John K. Delaney
Member of Congress

_____
Carolyn B. Maloney
Member of Congress

_____
Lloyd Doggett
Member of Congress

9

_(signature)_
Lois Frankel
Member of Congress

_(signature)_
Elijah E. Cummings
Member of Congress

_(signature)_
Colleen Hanabusa
Member of Congress

_(signature)_
Al Lawson, Jr.
Member of Congress

10