# EXHIBIT 108



# THE UNITED STATES CONFERENCE OF MAYORS

1620 EYE STREET, NORTHWEST
WASHINGTON, D.C. 20006
TELEPHONE (202) 293-7330
FAX
TDD
URL: www.usmayors.org/uscm

November 10, 2017

The Honorable Elaine C. Duke  
Acting Secretary of Homeland Security  
Washington, DC 20528

The Honorable Rex W. Tillerson  
Secretary of State  
Washington, DC 20520

Dear Acting Secretary Duke and Secretary Tillerson:

We write on behalf of the nation's mayors to urge you to extend Temporary Protected Status for Haitians residing in the United States for 18 months before it expires on January 22, 2018. As local leaders, it is our responsibility to advocate for the health and safety of all our residents, including our immigrant residents. We are gravely concerned that failure to extend TPS for Haitians will expose an estimated 50,000 people to deportation to a country that cannot guarantee their safety, break up their families, and damage our communities.

The U.S. Conference of Mayors has had strong policy supporting Temporary Protected Status for Haitians residing in the United States since 2010. This June at our 85th Annual Meeting that policy was renewed with the passage of a resolution that urged the Secretary of Homeland Security to extend Temporary Protected Status (TPS) for Haitians living in the U.S. for 18 months until Haiti is sufficiently stable for their safe return.

Our families, communities, and economies would be harmed if TPS for Haitians is not renewed. Haitian TPS recipients are integral members of our neighborhoods, workplaces, religious communities, schools, and health care institutions. Haitians contribute to local economies, with 81 percent of Haitian TPS recipients participating in the labor force. Moreover, Haitian TPS recipients have deep ties to their communities. According to a recent paper by the Center for Migration Studies, Haitian TPS recipients have 27,000 U.S.-born children. Many TPS holders have grown up in the United States: 30 percent were under 15 when they arrived here.

A succession of natural disasters prevents Haiti from being able to reintegrate its 50,000 nationals with TPS or guarantee their safety. Haiti is currently experiencing prolonged displacement of its people, severe food shortages, and inadequate medical care. Haitians received TPS designation in 2010, following a catastrophic magnitude 7.0 earthquake. The earthquake destroyed the country's infrastructure, damaged or destroyed more than 200,000 homes, and displaced more than a million people. The country had not fully recovered in 2016 when it was hit by Hurricane Matthew, a Category 4 storm that destroyed crops and caused $2.8 billion in damage. While this year's Hurricane Irma did not make landfall in Haiti, it further damaged Haitian agriculture, exacerbating the food insecurity that has been intractable after several of years of drought. In addition to these natural disasters, a cholera epidemic has ravaged Haiti since 2010, infecting more than 800,000 people to date and straining the country's already inadequate medical infrastructure.

AR-HAITI-00000115

We ask that you consider both current conditions in Haiti and the potential impact that not extending TPS for Haitians will have on their families, including their U.S. citizen children, and our communities. Forcing 50,000 Haitians to return to a country that is still recovering from a series of catastrophic disasters would expose them to malnutrition, illness, and extreme poverty, break up families, and destabilize our communities. It is essential that their Temporary Protected Status be extended.

Sincerely,

Mayor Mark W. Mitchell, Tempe, Arizona
Mayor Mary Casillas Salas, Chula Vista, California
Mayor Eric Garcetti, Los Angeles, California
Mayor Darrell Steinberg, Sacramento, California
Mayor Sam Liccardo, San Jose, California
Mayor Ted Winterer, Santa Monica, California
Mayor Steve Hogan, Aurora, Colorado
Mayor Joe Ganim, Bridgeport, Connecticut
Mayor Muriel Bowser, Washington, District of Columbia
Mayor Joy Cooper, Hallandale Beach, Florida
Mayor Tomas P. Regalado, Miami, Florida
Mayor Carlos Gimienez, Miami-Dade County, Florida
Mayor Wayne M. Messam, Miramar, Florida
Mayor Buddy Dyer, Orlando, Florida
Mayor Frank C. Ortis, Pembroke Pines, Florida
Mayor Michael J. Ryan, Sunrise, Florida
Mayor Rahm Emanuel, Chicago, Illinois
Mayor Stephen H. Hagerty, Evanston, Illinois
Mayor Greg Fischer, Louisville, Kentucky
County Executive Ike Leggett, Montgomery County, Maryland
Mayor Martin J. Walsh, Boston, Massachusetts
Mayor Carlo DeMaria Jr., Everett, Massachusetts
Mayor Setti D. Warren, Newton, Massachusetts
Mayor Sylvester 'Sly' James Jr., Kansas City, Missouri
Mayor Lester E. Taylor III, East Orange, New Jersey
Mayor Byron W. Brown, Buffalo, New York
Mayor Bill de Blasio, New York, New York
Mayor Stephanie A. Miner, Syracuse, New York
Mayor Michael P. Summers, Lakewood, Ohio
Mayor David J. Berger, Lima, Ohio
Mayor Paula Hicks-Hudson, Toledo, Ohio
Mayor Jim Kenney, Philadelphia, Pennsylvania
Mayor William Peduto, Pittsburgh, Pennsylvania
Mayor Jorge O. Elorza, Providence, Rhode Island
Mayor Megan Barry, Nashville, Tennessee
Mayor Steve Adler, Austin, Texas
Mayor Mike Rawlings, Dallas, Texas
County Judge Clay Jenkins, Dallas County, Texas
Mayor McKinley L. Price DDS, Newport News, Virginia
Mayor Paul R. Soglin, Madison, Wisconsin
Mayor Thomas 'Tom' Barrett, Milwaukee, Wisconsin

AR-HAITI-00000117