# EXHIBIT 116

# Jones, Eric

**From:** Norman, Jon A Maj Gen USAF SOUTHCOM SC CC (US)
**Sent:** Thursday, November 16, 2017 4:34 PM
**To:** Jones, Eric
**Subject:** RE: Temporary Protective Status (TPS) for Haitians in the US (UNCLASSIFIED)
**Signed By:**

CLASSIFICATION: UNCLASSIFIED

Eric,

Thank you very much for the opportunity to provide input; Secretary Duke will find the input below is consistent with the discussion she and ADM Tidd had earlier this week.

USSOUTHCOM INPUT:

(U//FOUO) The impact of removing Haiti from TPS is unlikely to affect SOUTHCOM contingency plans or operations. However, it may have near and long term repercussions for Haitian stability. In the near term, the removal of an estimated 59,000 Haitians from the US may place considerable additional stress on the Government of Haiti (GOH) and the social services of the country. Current conditions and GOH capacity have improved sufficiently to absorb the return of a moderate flow of Haitian nationals, but a large return would likely overwhelm a fragile government system and infrastructure. The GOH continues to receive weekly flights of between 50 and 100 noncriminal deportees, and even this moderate number is a level that stretches its resources to maintain a secure and orderly reception program. The return of a large number of citizens may place additional security stress upon the Haitian government, which is contending with rising crime and violence exacerbated by the security vacuum created by the withdrawal of MINUSTAH. MINUSTAH's departure also reduces Haiti's ability to respond to disasters; increased humanitarian challenges in the aftermath of hurricanes and other potential future disasters, combined with the effects of lifting TPS, could compound security challenges and exacerbate drivers of illegal migration. The Haitian National Police (HNP) has been called upon to shoulder increased responsibility for maintaining order throughout the country, but its ability and capacity to contend with security challenges remain in question. In the long term, a mass migration event is not anticipated, although the return of a large number of Haitian citizens may spur increased illegal migration flows. Electoral-related tensions, politically motivated demonstrations, and insecurity negatively affect the humanitarian environment in Haiti, and further stresses on the environment increase the risk of triggering an event that necessitates an external intervention to establish order and stability.

//signed/jn//

Jon Norman, Maj Gen, USAF

1

Chief of Staff
US SOUTHERN COMMAND
Comm: ▮
DSN: ▮
NIPR: ▮

-----Original Message-----
From: Jones, Eric ▮
Sent: Wednesday, November 15, 2017 10:04 AM
To: Norman, Jon A Maj Gen USAF SOUTHCOM SC-CC (US) ▮
Cc: Abel, Daniel B RADM USCG (US) ▮; Nealon, James ▮
Subject: [Non-DoD Source] Temporary Protective Status (TPS) for Haitians in the US

Good morning Jon,

   As mentioned during her meeting with ADM Tidd on Monday, Acting Homeland Security Secretary Duke will be making a decision regarding the termination of TPS for Haitians in the US on or before the deadline of the current extension of 23 Nov.  One option she is contemplating is to terminate, but give an extension of 6, 12, or 18 months for Haiti to prepare to receive Haitian expats.  As such, she would like any input SOUTHCOM has on the potential impact/points of consideration to MilOps, TSC, U.S.-Haitian relations, or other areas of SOUTHCOM interest.

   I apologize for the short suspense, but if possible she would like any input you have by early in the afternoon on Friday.

   Obviously, please limit distribution of this pre-decisional information.

   Thanks in advance; please let me know if you have any questions.

v/r

Eric


Rear Admiral Eric C. Jones, USCG

Military Advisor to the Secretary

Office of the Secretary

U.S. Department of Homeland Security

▮

2

CLASSIFICATION: UNCLASSIFIED

3

DHS_RFPD_00002418