# EXHIBIT 119

**From:** Wolf, Chad
**Sent:** Monday, November 6, 2017 8:43 PM
**To:** Bossert, Thomas P. EOP/WHO
**Cc:**
**Subject:** RE: Additional Info - TPS

---

Agree.  We have a some solid folks at the Department making sound and defensible decisions.

Thanks, Tom.

---

**From:** Bossert, Thomas P. EOP/WHO
**Sent:** Tuesday, November 07, 2017 1:37:55 AM
**To:** Wolf, Chad
**Cc:** S2ECD
**Subject:** Re: Additional Info - TPS

You should give Jonathan an atta-boy. He is a good one.

The key now will be explaining the picture you've been painting - which signals a move to conditions-based (not politically-based) terminations or extensions of TPS and the clear need for statutory reform of our immigration system.

Onward.

-Tom

Sent from my iPhone

On Nov 6, 2017, at 8:27 PM, Wolf, Chad wrote:

Just concluded the press call.  They were extremely tame this evening.

---

From: Bossert, Thomas P. EOP/WHO
Sent: Tuesday, November 07, 2017 1:24:00 AM
To: Wolf, Chad
Cc: S2ECD
Subject: Re: Additional Info - TPS

Thank you for all the time and effort today, and for the 12 month outcome.

-Tom

Sent from my iPhone

On Nov 6, 2017, at 3:47 PM, Wolf, Chad wrote:

Tom,
Acting Secretary Duke wanted the following passed along:

Nicaragua:

Terminate TPS for Nicaragua.  The advice and reporting I received on Nicaragua was unanimous.  The effective termination date is 18 months from today.  That will allow time for the affected persons and families to find other paths to stay in the United States or return to Nicaragua.  Like we have discussed before, the best resolution is for Congress to act for the TPS recipients to provide an

appropriate path.  We will be working with Congress on this and the immigration priorities.


Honduras:

Extension of 6 month under a "No Determination" decision for Honduras.    Much of the documentation I received within the last 5 days is conflicting and I have not had sufficient time to de-conflict it.  The Dept. of State reports says the country conditions do not exist, but it also states that that Honduras is unable at this time to adequately hand the return of their 86,000+ nationals.  It also lists key concerns related to Honduras under the discretionary factors section of the report.   Additionally, I received multiple intelligence reports late last week that indicate a TPS termination for Honduras could have strong consequences for other immigration, TCO, and drug reduction priorities.  I want to understand this better so I can adequately determine the appropriate plan and path for termination.  Also, given our partnership on the stated key Administration priorities, I think it is important to develop and execute the plan with the partner country, to the maximum extent possible.   I intend to immediately engage Honduras to begin the discussion and planning process.   This decision is a strong break with past practice and sends a strong message that this Administration will no longer routinely end TPS with little for the statute. By not affirmatively extending, I'm stating that I'm not satisfied that the country conditions remain - but not yet sure how to best end TPS for this country.



-----------------------------
Chad F. Wolf
(Acting) Chief of Staff
Department of Homeland Security
██████████
██████████


Confidential Assistant
Connor Gauvin
████████████████████████████████████████