IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:18-cv-01554-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE CORRECTED AMICUS CURIAE BRIEF** |

Having considered the papers and pleadings on file, the Court GRANTS the Unopposed Administrative Motion to File Corrected Amicus Curiae brief.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 20, 2018

Honorable Edward M. Chen
United States District Court Judge

1

[Proposed] Order Granting Unopposed Administrative Motion to File Corrected Amicus Curiae Brief
Case No. 3:18-cv-01554-EMC