**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** September 25, 2018     **Time:** 10:35 – 12:52 =          **Judge:** EDWARD M. CHEN
                        2 Hrs.; 17 Min.

**Case No.**: 18-cv-01554-EMC     **Case Name:**  Ramos, et al v. Nielsen, et al

**Attorney for Plaintiff:** Emi MacLean, Ahilan Arulanantham, Nicole Ryan, Sean Commons,
                Andrew Talai, Jessica Bansal.

**Attorney for Defendant:** Adam Kirschner.

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** JoAnn Bryce

**PROCEEDINGS**

[120] Motion for Preliminary Injunction - held.

**SUMMARY**

Parties stated appearances and proffered argument.  The Court takes this matter under submission.