JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | |
| Plaintiffs, | Case No. 3:18-cv-01554-EMC-SK |
| v. | **DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION** |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

DEFS.' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION – No. 3:18-cv-1554

PLEASE TAKE NOTICE that Defendants Kirstjen Nielsen, Secretary of Homeland Security; Claire M. Grady, Acting Deputy Secretary of Homeland Security (collectively, the "Secretaries"),[1] and the United States of America hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiffs' Motion for Preliminary Injunction, (ECF No. 128), and all other applicable orders incorporated therein.

Dated: October 11, 2018   Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/  Rhett P. Martin
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

---

[1] Elaine Duke was originally named in her official capacity as Deputy Secretary. She has since retired, and Claire M. Grady has been substituted under Rule 25(d) of the Federal Rules of Civil Procedure.

DEFS.' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION – No. 3:18-cv-1554