JODY H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar No. 999272)
KEVIN M. SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
1100 L Street, NW, Ste. 11212
Washington, DC 20005
Tel: (202) 514-3259
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Adam Kirschner, Rhett Martin, Joseph Dugan, Kevin Snell, and Gary Feldon as counsel for Defendants in this matter. All future correspondence and other communications regarding this matter should be directed to defense counsel at the addresses and phone numbers shown below:

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Change of Address

| | |
|---|---|
| Adam Kirschner<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11020<br>Washington, D.C. 20005<br>Tel: (202) 353-9265<br>E-mail: Adam.Kirschner@usdoj.gov | Rhett P. Martin<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 12206<br>Washington, D.C. 20005<br>Tel: (202) 305-7538<br>E-mail: Rhett.Martin@usdoj.gov |
| Joseph C. Dugan<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11212<br>Washington, D.C. 20005<br>Tel: (202) 514-3259<br>E-mail: Joseph.Dugan@usdoj.gov | Kevin M. Snell<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 12510<br>Washington, D.C. 20005<br>Tel: (202) 305-0924<br>E-mail: Kevin.Snell@usdoj.gov |
| Gary D. Feldon<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11104<br>Washington, D.C. 20005<br>Tel: (202) 514-4686<br>E-mail: Gary.D.Feldon@usdoj.gov | |
| Dated: October 12, 2018 | Respectfully submitted,<br><br>JODY H. HUNT<br>Assistant Attorney General, Civil Division<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/  *Joseph C. Dugan*<br>RHETT P. MARTIN (DC Bar 999272)<br>KEVIN M. SNELL (NY Bar)<br>ADAM KIRSCHNER (IL Bar # 6286601)<br>JOSEPH C. DUGAN (OH Bar # 0093997)<br>GARY D. FELDON (DC Bar # 987142)<br>Trial Attorneys<br>1100 L Street, NW, Ste. 11212<br>Washington, DC 20005<br>Tel: (202) 514-3259<br>Joseph.Dugan@usdoj.gov |

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
Notice of Change of Address