JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN
Trial Attorney
DC Bar No. 999272
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-7538
Fax: (202) 616-8460
Rhett.martin@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**STIPULATION REGARDING EXTENSION OF DEADLINE FOR FILING REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION, JOINT CASE MANAGEMENT STATEMENT, AND CASE MANAGEMENT CONFERENCE (DKT. NO. 128)** |

**STIPULATION REGARDING EXTENSION OF DEADLINE FOR FILING REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION, JOINT CASE MANAGEMENT STATEMENT, AND CASE MANAGEMENT CONFERENCE (DKT. NO. 128)**
No. 3:18-cv-1554

1    Pursuant to Civil Local Rule 6-2, the parties, by and through counsel, hereby stipulate to
2 move the deadline for filing their joint case management statement and the date of the case
3 management conference by two weeks.  The joint case management statement is currently due
4 October 19, 2018, and the case management conference is currently scheduled for October 26,
5 2018.  The parties are continuing to negotiate a number of matters concerning the timing of
6 discovery and future proceedings.  The parties therefore agree, subject to the Court's approval,
7 that their joint case management statement will be due November 2, 2018, with the case
8 management conference to be held on November 9, 2018.

9    Pursuant to the Court's October 3rd Order, Defendants are also required to file today,
10 October 18, 2018, a report explaining the steps they have undertaken to comply with the
11 preliminary injunction.  The parties have been negotiating the details of that compliance, and
12 hope to soon reach a mutually agreed upon plan.  As a result, the parties request that
13 Defendants' report be due no later than Tuesday, October 23, 2018. Plaintiffs also request that
14 the Court keep the currently scheduled October 26, 2018 hearing date on calendar in the event
15 the parties disagree on implementation issues that need to be addressed before November 2,
16 2018, *i.e.*, the date on which the termination of TPS for Sudan had been scheduled to take
17 effect.

18

19
SO STIPULATED this 18th day of October, 2018.

20
| JOSEPH H. HUNT | /s/ *Alycia A. Degen* |
| Assistant Attorney General Civil Division | Alycia A. Degen, SBN 211350 |
| | adegen@sidley.com |
| | Sean A. Commons, SBN 217603 |
| JOHN R. TYLER | scommons@sidley.com |
| Assistant Branch Director | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, CA 90013 |
| | Telephone: (213) 896-6000 |
| /s/ *Rhett P. Martin* | Fax: (213) 896-6600 |
| RHETT P. MARTIN | |
| Trial Attorney | Ahilan T. Arulanantham, SBN 237841 |
| DC Bar No. 999272 | aarulanantham@aclusocal.org |
| 1100 L Street NW | ACLU FOUNDATION |
| Washington, DC 20005 | OF SOUTHERN CALIFORNIA |
| Tel: (202) 305-7538 | 1313 West 8th Street |
| Fax: (202) 616-8460 | Los Angeles, CA 90017 |
| Rhett.martin@usdoj.gov | Telephone: (213) 977-5211 |
| | Fax: (213) 977-5297 |
| | ORGANIZING NETWORK |

William S. Freeman, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Fax: (415) 863-7832

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY
LABORER ORGANIZING
NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214
Fax: (213) 380-2787

Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400

Amanda R. Farfel, SBN 288126
afarfel@sidley.com
Andrew B. Talai, SBN 300053
atalai@sidley.com
Marisol Ramirez, SBN 307069
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Rhett P. Martin hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

*/s/ Rhett P. Martin*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION OF DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE (DKT. NO. 128)** |

This Court hereby orders that the parties' joint case management statement is due November 2, 2018. This Court additionally orders that the case management conference is set for November 9, 2018. Defendants' report on steps undertaken to comply with the preliminary injunction is due October 23, 2018.

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge