UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-01554-EMC<br><br>**ORDER AS MODIFIED RE: STIPULATION REGARDING EXTENSION OF DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE (DKT. NO. 128)** |

This Court hereby orders that the parties' joint case management statement is due November 1, 2018. This Court additionally orders that as a contingency, the case management conference remains set on October 26, 2018. As an alternative, the case management conference will be set for November 8, 2018 at 1:30 p.m. Defendants' report on steps undertaken to comply with the preliminary injunction is due October 23, 2018.

Dated: October 18, 2018

_____
EDWARD M. CHEN
United States District Judge