JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | **Case No. 3:18-cv-01554-EMC-SK** <br><br> **DEFENDANTS' STATUS REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION (DKT. NOS. 128 AND 133)** |

**DEFENDANTS' REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION**
**(DKT. NOS. 128 and 133)**
No. 3:18-cv-1554

Pursuant to the Court's Orders on October 3, 2018 (ECF No. 128) and October 19, 2018 (ECF No. 133) directing that "Defendants shall report to the Court within fifteen (15) days of this Order on the administrative steps taken to comply with [the preliminary injunction] and otherwise preserve the status quo," Defendants submit the following declarations explaining their efforts to comply with the preliminary injunction entered in this case, attached as exhibits hereto:

1. Declaration of Donald W. Neufeld, Associate Director for Service Center Operations at United States Citizenship and Immigration Services;
2. Declaration of Robert E. Perez, Acting Deputy Commissioner of United States Customs and Border Protection;
3. Declaration of Joseph D. Simon, Acting Deputy Chief of Staff in the Office of the Director at United States Immigration and Customs Enforcement.

Dated: October 23, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director

/s/  Rhett P. Martin
RHETT P. MARTIN (DC Bar # 999272)
ADAM KIRSCHNER (IL Bar # 6286601)
KEVIN SNELL (NY Bar)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY D. FELDON (DC Bar # 987142)
Trial Attorneys
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

**DEFENDANTS' REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION (DKT. NOS. 128 and 133)**
No. 3:18-cv-1554