Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5211
Fax: +1 213 977 5297

Jessica Karp Bansal (SBN 277347)
jbansal@ndlon.org
Emilou MacLean (SBN 319071)
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: +1 213 380 2214
Fax: +1 213 380 2787

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**STIPULATION TO VACATE NOVEMBER 8, 2018 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

*Additional Counsel for Plaintiffs*

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Andrew B. Talai (SBN 300053)
atalai@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6640
Facsimile: +1 213 896 6600

* *Institution listed for identification purposes only*

Pursuant to Local Rule 7-12, the parties hereby stipulate to, and respectfully request, that the Court vacate the case management conference currently scheduled for November 8, 2018, at 1:30 p.m. Given the Court's October 26, 2018 order (ECF No. 138) staying proceedings on the merits of Plaintiffs' claims pending appellate review, the parties respectfully maintain that it is not necessary, at this time, to develop a schedule for resolution of the case.

SO STIPULATED this 2nd day of November 2018.

Date: November 2, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Alycia A. Degen*
Alycia A. Degen

*Attorney for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

By: */s/ Rhett P. Martin*
Rhett P. Martin

*Attorney for Defendants*

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Alycia A. Degen hereby attests that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: November 2, 2018                    By: */s/ Alycia A. Degen*
                                                             Alycia A. Degen