1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO

11   CRISTA RAMOS, *et al.*,              Case No.  3:18-cv-1554-EMC

12          Plaintiffs,                   **[PROPOSED] ORDER VACATING
                                          NOVEMBER 8, 2018 CASE
13       v.                               MANAGEMENT CONFERENCE**

14   KIRSTJEN NIELSEN, *et al.*,

15          Defendants.

16

17

18          Upon considering the parties' stipulation, and for good cause shown, the Court **VACATES**

19   the case management conference set for November 8, 2018, at 1:30 p.m.

20          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22   Date: _____, 2018

23

24                                        _____
                                          The Honorable Edward M. Chen
25                                        United States District Judge

26

27

28