UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | [PROPOSED] ORDER VACATING NOVEMBER 8, 2018 CASE MANAGEMENT CONFERENCE |
| v. | |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

Upon considering the parties' stipulation, and for good cause shown, the Court **VACATES** the case management conference set for November 8, 2018, at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  November 2 , 2018

_____
The Honorable Edward M. Chen
United States District Judge