1  Ahilan T. Arulanantham, SBN 237841
   aarulanantham@aclusocal.org
2  Zoë N. McKinney, SBN 312877
   zmckinney@aclusocal.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-5211/Fax: (213) 977-5297
5

6  Attorneys for Plaintiffs Keshav Bhattarai, et al.
   [*Additional Counsel Listed on Next Page*]
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of other similarly situated; CRISTINA MORALES; BENHAMIN ZEPEDA, individually and on behalf of other similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY; individually and on behalf of other similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; and HIWAIDA ELARABI,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>    *Defendants*. | Case No.  3:18-cv- 01554<br><br>**[PROPOSED] ORDER GRANTING BHATTARAI, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3-12.**<br><br>[N.D. Cal. Civ. L.R. 3-12, 7-11]<br><br><br>The Honorable Edward M. Chen |

Additional Counsel for Plaintiffs

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: 626-799-2160
Fax: (626) 799-3560

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

1  Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)*
   tweerasi@sidley.com
2  Ava X. Guo, SBN 1027694 (Washington, D.C.)*
   aguo@sidley.com
3  Kimberly Leaman, SBN 85925 (Virginia) (*pro hac vice*)
   kimberly.leaman@sidley.com
4  Tyler Domino, SRN 5614631 (New York) (*pro hac vice*)
   tdomino@sidley.com
5  Jon Dugan, SBN 93480 (Virginia)*
   jdugan@sidley.com
6  SIDLEY AUSTIN LLP
   1501 K Street, NW
7  Washington D.C., 20005
   Telephone: (202) 736-8000/Fax: (202) 736-8711
8  Attorneys for Plaintiffs.

9  *pro hac vice application forthcoming*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed Bhattarai, et al., Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, this Court hereby ORDERS that the following cases be related:

- *Ramos et al.*, *v. Nielsen, et al.*, Case No. 3:18-cv-01554
- *Bhattarai et al., v. Nielsen, et al.*, Case No 3:19-cv-00732

DATE:_____                    _____
                                          Hon. Edward M. Chen
                                          United States District Judge