JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY FELDON (DC Bar # 987142)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**[PROPOSED]** **ORDER** |

Joseph C. Dugan seeks to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds that Mr. Dugan has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Joseph C. Dugan is relieved as counsel for Defendants in this proceeding.

Date: February 27, 2019               _____
                                       HON. EDWARD M. CHEN
                                       United States District Judge

DEFENDANTS' PROPOSED ORDER –
No. 3:18-cv-1554 - 1