UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> [PROPOSED] ORDER |

Matthew W. Light seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Mr. Light has submitted satisfactory reasoning for withdrawal and that permitting him withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Matthew W. Light is relieved as counsel for Plaintiffs in this proceeding.

Date: March 29, 2019

_____
HON. EDWARD M. CHEN
United States District Judge