JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY FELDON (DC Bar # 987142)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br>　　　　Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br>　　　　Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Date: May 31, 2019 <br> Judge:  Hon. Edward M. Chen |

　　　　PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Rhett P. Martin is withdrawing as counsel for Defendants as he will be leaving the Department of Justice on May 31, 2019.  Mr. Martin has provided notice via e-mail of his intent to withdraw to Plaintiffs' counsel and to counsel for the Department of Homeland Security and U.S. Citizenship and Immigration Services.

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
NOTICE OF WITHDRAWAL OF COUNSEL

Defendants will remain represented by the following counsel at the Department of Justice: Kevin Snell, Adah Kirschner, and Gary Feldon.

Dated: May 31, 2019   Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General
        Civil Division

        JOHN R. TYLER
        Assistant Branch Director

        */s/ Rhett P. Martin*
        RHETT P. MARTIN (DC Bar 999272)
        KEVIN SNELL (NY Bar)
        ADAM KIRSCHNER (IL Bar # 6286601)
        JOSEPH C. DUGAN (OH Bar # 0093997)
        GARY FELDON (DC Bar # 987142)
        Trial Attorneys
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 514-3259
        Fax: (202) 616-8460
        Joseph.Dugan@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
RHETT P. MARTIN (DC Bar # 999272)
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
JOSEPH C. DUGAN (OH Bar # 0093997)
GARY FELDON (DC Bar # 987142)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>**[PROPOSED] ORDER** |

    Rhett P. Martin seeks to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds that Mr. Martin has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Rhett P. Martin is relieved as counsel for Defendants in this proceeding.

Date: _____          _____
                                                        HON. EDWARD M. CHEN
                                                        United States District Judge