| | |
|---|---|
| 1 | Alycia A. Degen (SBN 211350) |
|   | adegen@sidley.com |
| 2 | Sean A. Commons (SBN 217603) |
|   | scommons@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street |
| 4 | Los Angeles, CA 90013 |
|   | Telephone: +1 213 896 6010 |
| 5 | Facsimile: +1 213 896 6600 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Date:  June 21, 2019 |
| KIRSTJEN NIELSEN, *et al.*, | Judge: Hon. Edward M. Chen |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL – CASE NO. 3:18-CV-1554-EMC

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Jessica Johnson Fishfeld is withdrawing as counsel for Plaintiffs as she is leaving Sidley Austin LLP.  Notice of Ms. Fishfeld's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the ACLU Foundation of Northern California, and the National Day Laborer Organizing Network.

Dated: June 21, 2019

Respectfully submitted,

/s/ *Jessica Johnson Fishfeld*
Jessica Johnson Fishfeld

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jfishfeld@sidley.com

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

```
Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
```

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER** |

Jessica Johnson Fishfeld seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Ms. Fishfeld has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Jessica Johnson Fishfeld is relieved as counsel for Plaintiffs in this proceeding.

Date: _____

                                                            HON. EDWARD M. CHEN
United States District Judge