1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  *Attorneys for Plaintiffs*

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  CRISTA RAMOS, *et al.*,                    Case No. 3:18-cv-1554-EMC

12              Plaintiffs,                    **NOTICE OF WITHDRAWAL OF COUNSEL**

13         v.
                                                Date:   July 10, 2019
14  KIRSTJEN NIELSEN, *et al.*,                 Judge:  Hon. Edward M. Chen

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Katelyn N. Rowe is withdrawing as counsel for Plaintiffs as she is leaving Sidley Austin LLP.  Notice of Ms. Rowe's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the ACLU Foundation of Northern California, and the National Day Laborer Organizing Network.

Dated: July 10, 2019

Respectfully submitted,

/s/ *Katelyn N. Rowe* \_
Katelyn N. Rowe

SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>            Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**[PROPOSED] ORDER** |

Katelyn N. Rowe seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. Rowe has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Katelyn N. Rowe is relieved as counsel for Plaintiffs in this proceeding.

Date: _____                    _____
                                                                    HON. EDWARD M. CHEN
                                                                    United States District Judge