FILED

AUG 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTA RAMOS; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security; et al.,<br><br>        Defendants-Appellants. | No.   18-16981<br><br>D.C. No. 3:18-cv-01554-EMC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

The parties are ordered to submit supplemental briefs addressing whether: (1) the government has waived any argument concerning the scope of the administrative record; (2) if not, whether the district court made sufficient findings to warrant additional discovery to supplement the administrative record; and (3) whether the district court abused its discretion by ordering additional discovery.

The parties shall also identify the documents that comprise the reviewable administrative record, identify any documents that the district court relied upon or cited in its October 3, 2018 order that are not contained within the administrative record, and address whether any dispute concerning the scope of the administrative

record should be addressed by this court or by the district court.

    The parties shall file simultaneous supplemental briefs, not to exceed 20 pages, by September 20, 2019.  The parties shall file simultaneous supplemental reply briefs, if necessary, not to exceed seven pages, by October 4, 2019.

    The panel vacates submission of this case.