Emilou MacLean (SBN 319071)
emi@ndlon.org
1030 South Arroyo Pkwy, Ste. 106
NATIONAL DAY LABORER
ORGANIZING NETWORK
Pasadena, CA 91105
Telephone: 929 375 1575

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213 896 6010
Facsimile: 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Jessica Karp Bansal (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213 977 5211
Facsimile: 213 977 5297

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br>   Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Date: September 5, 2019 <br> Judge: Hon. Edward M. Chen |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Emilou MacLean is withdrawing as counsel for Plaintiffs as she has recently left the National Day Laborer Organizing Network. Notice of Ms. MacLean's intent to withdraw has been provided to Plaintiffs and counsel for Defendants. The remaining listed counsel, including the above-listed counsel, will continue to serve as counsel of record for Plaintiffs and additional counsel from the National Day Laborer Organizing Network will enter an appearance.

DATED this 19th day of September, 2019.

Respectfully submitted,

/s/  Emilou MacLean
Emilou MacLean (SBN 319071)
emi@ndlon.org
1030 South Arroyo Pkwy, Ste. 106
NATIONAL DAY LABORER ORGANIZING NETWORK
Pasadena, CA 91105
Telephone: (929 375 1575

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213 896 6010
Facsimile: 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Jessica Karp Bansal (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213 977 5211
Facsimile: 213 977 5297

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**[PROPOSED] ORDER** |

Emilou MacLean seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. MacLean has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Emilou MacLean is relieved as counsel for Plaintiffs in this proceeding.

Date: _____

                                                   HON. EDWARD M. CHEN
                                                 United States District Judge