1  Alycia Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   SIDLEY AUSTIN LLP
3  555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: 213-896-6000
5
   *Attorneys for Plaintiffs*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>  Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date:    December 31, 2019<br>Judge:   Hon. Edward M. Chen |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Matthew Letten is withdrawing as counsel for Plaintiffs as he is leaving Sidley Austin LLP. Notice of Mr. Letten's intent to withdraw has been provided to counsel for Defendants and Plaintiffs. The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California and the ACLU Foundation of Northern California.

Dated:  December 31, 2019

By:   */s/ Matthew J. Letten*
Matthew J. Letten
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
Telephone: 202-736-8565
mletten@sidley.com

Alycia Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000

*Attorneys for Plaintiffs*

Alycia Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER** |

Matthew Letten seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As the Court finds Mr. Letten has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Matthew Letten is relieved as counsel for Plaintiffs in this proceeding.

Date: _____                       _____
                                              HON. EDWARD M. CHEN
                                              United States District Judge