Alycia Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

Matthew Letten seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As the Court finds Mr. Letten has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Matthew Letten is relieved as counsel for Plaintiffs in this proceeding.

Date: December 31, 2019

_____
HON. EDWARD M. CHEN
United States District Judge