1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Judge:   Hon. Edward M. Chen |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Ryan M. Sandrock is withdrawing as counsel for Plaintiffs as he is leaving Sidley Austin LLP.  Notice of Mr. Sandrock's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the ACLU Foundation of Northern California, and the National Day Laborer Organizing Network.

Dated: June 1, 2020

Respectfully submitted,

/s/ *Ryan M. Sandrock*
Ryan Sandrock

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*