1 | Alycia A. Degen (SBN 211350)
adegen@sidley.com
2 | Sean A. Commons (SBN 217603)
scommons@sidley.com
3 | SIDLEY AUSTIN LLP
555 West Fifth Street
4 | Los Angeles, CA 90013
Telephone: +1 213 896 6010
5 | Facsimile: +1 213 896 6600

6

*Attorneys for Plaintiffs*

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRISTA RAMOS, *et al.*,                    Case No. 3:18-cv-1554-EMC

12 |            Plaintiffs,                      **[PROPOSED] ORDER**

13 |       v.

14 | KIRSTJEN NIELSEN, *et al.*,

15 |            Defendants.

16

17

18 |       Ryan M. Sandrock seeks to withdraw as counsel for Plaintiffs in the above-captioned

19 | litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Mr. Sandrock has submitted

20 | satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial

21 | prejudice or delay to any party, IT IS HEREBY ORDERED that Ryan M. Sandrock is relieved as

22 | counsel for Plaintiffs in this proceeding.

23 | Date: _____          _____
                                         HON. EDWARD M. CHEN
24 |                                       United States District Judge

25

26

27

28

2