1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6
   *Attorneys for Plaintiffs*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRISTA RAMOS, *et al.*,           | Case No. 3:18-cv-1554-EMC
12 |        Plaintiffs,                 | [PROPOSED] ORDER
13 |        v.                          |
14 | KIRSTJEN NIELSEN, *et al.*,        |
15 |        Defendants.                 |

16

17
       Ryan M. Sandrock seeks to withdraw as counsel for Plaintiffs in the above-captioned
18
   litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Mr. Sandrock has submitted
19
   satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial
20
   prejudice or delay to any party, IT IS HEREBY ORDERED that Ryan M. Sandrock is relieved as
21
   counsel for Plaintiffs in this proceeding.
22
   Date:  June 1, 2020                        _____
23
                                              HON. EDWARD M. CHEN
24                                            United States District Judge

25

26

27

28

                                        2
               ORDER ON WITHDRAWAL – CASE NO. 3:18-CV-1554-EMC