Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Judge:     Hon. Edward M. Chen |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Mohindra Rupram is withdrawing as counsel for Plaintiffs as he is leaving Sidley Austin LLP.  Notice of Mr. Rupram's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the ACLU Foundation of Northern California, and the National Day Laborer Organizing Network.

Dated:  November 6, 2020                          Respectfully submitted,


By:   */s/ Mohindra Rupram*
            Mohindra Rupram
            *Attorneys for Plaintiffs*

1

262546679

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>            Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**[PROPOSED] ORDER** |

Mohindra Rupram seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Mr. Rupram has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Mohindra Rupram is relieved as counsel for Plaintiffs in this proceeding.

Date: _____                    _____
                                                HON. EDWARD M. CHEN
                                                United States District Judge

ORDER ON WITHDRAWAL – CASE NO. 3:18-CV-1554-EMC

262546679