**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTA RAMOS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Secretary of Homeland Security; et al., <br><br> Defendants-Appellants. | No. 18-16981 <br><br> D.C. No. 3:18-cv-01554-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

Appellants are directed to file a response to the Petition for Rehearing En Banc filed with this court on November 30, 2020. The response shall not exceed fifteen pages or 4,200 words, and shall be filed within 21 days of the date of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.