UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTA RAMOS; et al., <br><br>           Plaintiffs-Appellees, <br><br>  v. <br><br> CHAD F. WOLF, Secretary of Homeland Security; et al., <br><br>           Defendants-Appellants. | No.   18-16981 <br><br> D.C. No. 3:18-cv-01554-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

Appellants motion for an extension of time through January 14, 2021, in which to file a response to the petition for rehearing and rehearing en banc is granted.