```
Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
```

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**[PROPOSED] ORDER** |

　　Mohindra Rupram seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Mr. Rupram has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Mohindra Rupram is relieved as counsel for Plaintiffs in this proceeding.

Date: __January 11, 2021__

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2

ORDER ON WITHDRAWAL – CASE NO. 3:18-cv-1554-EMC

262546679