| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>FEB 16 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CRISTA RAMOS; et al.,

        Plaintiffs-Appellees,

v.

CHAD F. WOLF, Secretary of Homeland Security; et al.,

        Defendants-Appellants.

No. 18-16981

D.C. No. 3:18-cv-01554-EMC
Northern District of California,
San Francisco

ORDER

Before: CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

    Appellees' unopposed motion for a 60-day stay of proceedings is granted. Within 60 days of this order the parties shall inform the Court of whether the administration has taken any action affecting this case and, if so, the effect of that action on this appeal."