FILED

APR 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTA RAMOS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Secretary of Homeland Security; et al., <br><br> Defendants-Appellants. | No.   18-16981 <br><br> D.C. No. 3:18-cv-01554-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

The joint motion to continue the stay of proceeding is granted.  On or before June 25, 2021, the parties shall file supplemental letter briefs addressing whether and/or how any ongoing governmental review of the TPS program "may alter or resolve the claims in this matter."