1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6000
5  Facsimile: +1 213 896 6600

6  *Attorneys for Plaintiffs*

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Judge:   Hon. Edward M. Chen |
| KIRSTJEN NIELSEN, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Andrew B. Talai is withdrawing as counsel for Plaintiffs because he is departing from Sidley Austin LLP. Notice of Mr. Talai's intent to withdraw has been provided to counsel for Defendants and Plaintiffs. The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California and the ACLU Foundation of Northern California.

Dated: June 11, 2021

Respectfully submitted,

By: /s/ Andrew B. Talai
Alycia A. Degen
adegen@sidley.com
Sean A. Commons
scommons@sidley.com
Andrew B. Talai
atalai@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER** |

    Andrew B. Talai seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds that Mr. Talai has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, **IT IS HEREBY ORDERED** that Andrew B. Talai is relieved as counsel for Plaintiffs in this case.

Date: _____

                                                                HON. EDWARD M. CHEN
                                                                United States District Judge