Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-1554-EMC<br><br>[~~PROPOSED~~] **ORDER** |

Andrew B. Talai seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds that Mr. Talai has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, **IT IS HEREBY ORDERED** that Andrew B. Talai is relieved as counsel for Plaintiffs in this case.

Date: June 11, 2021

_____
HON. EDWARD M. CHEN
United States District Judge

1
ORDER ON WITHDRAWAL – CASE NO. 3:18-CV-1554-EMC