| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 25 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CRISTA RAMOS; et al.,

        Plaintiffs-Appellees,

 v.

CHAD F. WOLF, Secretary of Homeland Security; et al.,

        Defendants-Appellants.

No. 18-16981

D.C. No. 3:18-cv-01554-EMC
Northern District of California,
San Francisco

ORDER

Before: CALLAHAN, CHRISTEN, and R. NELSON, Circuit Judges.

    The parties' motion to refer this case to the Circuit Mediation Program is granted, the deadline for filing supplemental briefs is suspended, and proceedings on the pending petition for rehearing and rehearing en banc are stayed pending further order of the court. The Circuit Mediator shall inform the panel of the status of the mediation efforts within 28 days of the entry of this order.