BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
BRIGHAM J. BOWEN
Assistant Branch Director.
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Date: December 16, 2021 <br> Judge:  Hon. Edward M. Chen |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Kevin Snell is withdrawing as counsel for Defendants as he will be leaving the Department of Justice.  Mr. Snell has provided notice via e-mail of his intent to withdraw to Plaintiffs' counsel and to counsel for the Department of Homeland Security.

Defendants will remain represented by Adam Kirschner of the Department of Justice.

Dated: December 16, 2021                Respectfully submitted,

BRIAN M. BOYNTON

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
NOTICE OF WITHDRAWAL OF COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Acting Assistant Attorney General
        Civil Division

        BRIGHAM J. BOWEN
        Assistant Branch Director

        */s/  Kevin Snell*
        KEVIN SNELL (NY Bar)
        ADAM KIRSCHNER (IL Bar # 6286601)
        Trial Attorneys
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 305-0924
        Fax: (202) 616-8460
        Kevin.Snell@usdoj.gov

*Ramos, et al. v. Nielsen, et al.*, No. 3:18-cv-1554
NOTICE OF WITHDRAWAL OF COUNSEL - 2

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
BRIGHAM J. BOWEN
Assistant Branch Director.
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-01554-EMC-SK <br><br> **[PROPOSED] ORDER** |

Kevin Snell seeks to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds that Mr. Snell has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Kevin Snell is relieved as counsel for Defendants in this proceeding.

Date: _____

_____
HON. EDWARD M. CHEN
United States District Judge

DEFENDANTS' PROPOSED ORDER –
No. 3:18-cv-1554 - 1