BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
BRIGHAM J. BOWEN
Assistant Branch Director.
KEVIN SNELL (NY Bar)
ADAM KIRSCHNER (IL Bar # 6286601)
Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 3:18-cv-01554-EMC-SK<br><br>[~~PROPOSED~~] ORDER |

Kevin Snell seeks to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds that Mr. Snell has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Kevin Snell is relieved as counsel for Defendants in this proceeding.

Date:  December 16, 2021

_____
HON. EDWARD M. CHEN
United States District Judge

DEFENDANTS' ~~PROPOSED~~ ORDER –
No. 3:18-cv-1554 - 1