Jessica Karp Bansal (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213 977 9500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No. 3:18-cv-1554-EMC |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

PLEASE BE ADVISED that Jessica Bansal, counsel for Plaintiffs in the above captioned matter, makes the following changes to their contact information and respectfully requests that the docket be updated to reflect such changes. The new firm association, mailing address, telephone and email is as follows:

>Jessica Karp Bansal
>UNEMPLOYED WORKERS UNITED
>c/o Nepantla Strategies
>1355 N. Mentor Ave. #40583
>Pasadena, CA 91104
>jessica.b@uwunited.org
>(818) 570-6731

Date:  March 15, 2022

By: */s/ Jessica Bansal*
Jessica Bansal
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA