Jennifer Pasquarella, SBN 263241
jpasquarella@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br>          Plaintiffs,<br>     v.<br>ALEJANDRO MAYORKAS, *et al.*,<br>          Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE BE ADVISED that Jennifer Pasquarella of the ACLU Foundation of Southern California enters her appearance on behalf of Plaintiffs. The firm association, mailing address, telephone and email is as follows:

>Jennifer Pasquarella
>ACLU Foundation of Southern California
>1313 W. 8th St.,
>Los Angeles, CA 90017
>jpasquarella@aclusocal.org
>(213)977-5236

March 15, 2022                    Respectfully Submitted,

/s/ Jennifer Pasquarella
Jennifer Pasquarella