William S. Freeman (SBN 82002)
wfreeman@aclunc.org
Emilou MacLean (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-1554-EMC <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

1  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
3  PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of
4  Emilou MacLean, Senior Staff Attorney with the American Civil Liberties Union Foundation of
5  Northern California as counsel for Plaintiffs. It is respectfully requested that all pleadings, orders,
6  motions, notices, and other papers in connection with this action henceforth be served on her:

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

DATED: May 4, 2022                    Respectfully submitted,

                                      By:  /s/ Emilou MacLean
                                           Emilou Maclean (SBN 319071)

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 39 Drumm Street, CA 94111. On May 4, 2022, I served a true copy of the within document **NOTICE OF APPEARANCE OF COUNSEL** via the United States District Court Northern District of California's CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 4, 2022

By: /s/ Jenna Kwak
Jenna Kwak
ACLU Foundation of Northern California