Emilou MacLean (SBN 319071)
emaclean@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No.  3:18-cv-01554-EMC <br><br> **NOTICE OF APPEARANCE** <br><br> The Honorable Edward M. Chen |

PLEASE BE ADVISED that Emilou MacLean of the ACLU Foundation of Northern California enters her appearance on behalf of the Plaintiffs. The firm association, mailing address, telephone and email are as follows:

> Emilou MacLean (SBN 319071)
> emaclean@aclunc.org
> ACLU FOUNDATION
> OF NORTHERN CALIFORNIA
> 39 Drumm Street
> San Francisco, CA 94111
> Telephone: (415) 621-2493
> Facsimile: (415) 255-8437

    Respectfully submitted,

    /s/Emilou MacLean
    Emilou MacLean (SBN 319071)

    *Attorney for Plaintiffs*