1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  Ahilan Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
7  UCLA CENTER FOR IMMIGRATION
   LAW AND POLICY
8  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
9  Telephone: +1 310 825 1029

10 Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
11 UNEMPLOYED WORKERS UNITED
   1355 N. Mentor Ave, #40583
12 Pasadena, CA 91104
   Telephone: +818-570-6731
13
   Attorneys for Plaintiffs
14 [*Additional Counsel Listed on Next Page*]

15
16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA

18 | CRISTA RAMOS, *et al.*,                          | Case No. 3:18-cv-01554-EMC
19 |    *Plaintiffs*,                                  | Assigned to:
20 |        v.                                         | The Honorable Edward M. Chen
21 | ALEJANDRO MAYORKAS, Secretary                    | **JOINT STATUS REPORT AND JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**
   | of Homeland Security, *et al.*,
22 |    *Defendants*.

*Additional Counsel for Plaintiffs*

Emilou MacLean (SB 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Adjunct Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Jennifer Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213-977-5236
Fax: +1 213 977 5297

Caleb Soto (SBN 315901)
csoto@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pwy., Ste 106
Pasadena, CA 91105
Telephone: +1 626 799 3566

*Institution listed for identification purposes only*

As ordered by the Court, Dkt. No. 177, the Parties hereby file this joint statement setting forth the current status of this action. The Parties also respectfully jointly request to continue the upcoming September 27 Status Conference to October 25, 2022. The Parties note that they filed a similar joint statement and request in the related case *Bhattarai v. Nielsen*, No. 3:19-cv-00731, on September 20, 2022. *See* Bhattarai, Dkt. 44. Until receiving an email from the Courtroom Deputy this morning, the Parties had failed to realize that the Court ordered joint status reports in both *Bhattarai* and *Ramos*. The Parties sincerely apologize for the error and any inconvenience it caused the Court.

This action is stayed pending final disposition of Defendants' appeal of this Court's preliminary injunction. Dkt. No. 138. Defendants' appeal remains pending. On September 14, 2020, a divided panel of the Ninth Circuit vacated this court's preliminary injunction. ECF No. 96.[1] On November 30, 2020, Plaintiffs filed a timely Petition for Panel Rehearing and Rehearing En Banc. ECF No. 102. On December 9, 2020, the Court of Appeals ordered Defendants to file a response, which Defendants did on January 14, 2021. ECF Nos. 103, 106. At the Parties' request, further proceedings on Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc have been stayed and the appeal has been referred to the Ninth Circuit Mediation Program for settlement discussions. ECF No. 117.

Negotiations remain active. The next mediation conference is scheduled for October 11, 2022. ECF No. 148. Because the Parties do not expect any developments in this matter prior to the next mediation, they respectfully stipulate to continue the Status Conference currently scheduled for September 27, 2022 to October 25, 2022. *See Bhattarai v. Nielsen*, No. 3:19-cv-00731, Dkt. No. 45 (resetting status conference for October 25, 2022).

---

[1] "ECF" citations refer to the docket for the *Ramos* appeal.

1

JOINT STATUS REPORT AND STIPULATION TO CONTINUE - Case No. 3:18-cv-01554

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3 | /s/Alycia A. Degen<br>ALYCIA A. DEGEN |
| 4 | SIDLEY AUSTIN LLP |
| 5 | 555 West Fifth Street<br>Los Angeles, CA 90013 |
| 6 | Telephone: +1 213 896 6010<br>Facsimile: +1 213 896 6600 |
| 7 | adegen@sidley.com |
| 8 | *Attorney for Plaintiffs* |
| 9 | BRIAN M. BOYNTON |
| 10 | Principal Deputy Assistant Attorney General |
| 11 |  |
| 12 | BRIGHAM J. BOWEN<br>Assistant Branch Director |
| 13 | */s/ Adam Kirschner*<br>ADAM KIRSCHNER |
| 14 | IL Bar # 6286601<br>Senior Trial Counsel |
| 15 | United States Department of Justice<br>Civil Division, Federal Programs Branch |
| 16 | 1100 L Street, NW<br>Washington, DC 20005 |
| 17 | Tel: (202) 353-9265<br>Fax: (202) 616-8460 |
| 18 | Email: adam.kirschner@usdoj.gov<br>Mailing Address |
| 19 | Post Office Box 883<br>Washington, D.C. 20044 |
| 20 | Courier Address: |
| 21 | 1100 L Street NW, Room 11020<br>Washington, D.C. 20005 |
| 22 |  |
| 23 | *Attorneys for Defendants* |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen</u> <u>    </u>hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>  Defendants      </u>.

<u>     /s/  Alycia A. Degen                    </u>

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Status Conference currently scheduled for September 27, 2022 is continued to October 25, 2022 at 2:30 PM.

Dated: September 22, 2022

_____
The Honorable Edward M. Chen
United States District Judge