1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  Ahilan Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
7  UCLA CENTER FOR IMMIGRATION
   LAW AND POLICY
8  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
9  Telephone: +1 310 825 1029

10 Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
11 UNEMPLOYED WORKERS UNITED
   1355 N. Mentor Ave, #40583
12 Pasadena, CA 91104
   Telephone: +818-570-6731

13
   Attorneys for Plaintiffs
14 [*Additional Counsel Listed on Next Page*]

15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18 | CRISTA RAMOS, *et al.*,                  | Case No. 3:18-cv-01554-EMC
19 |         *Plaintiffs*,                    | **JOINT STATUS REPORT**
20 |              v.
21 | ALEJANDRO MAYORKAS, Secretary of
   | Homeland Security, *et al.*,             | The Honorable Edward M. Chen
22 |         *Defendants*.

23
24
25
26
27
28

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| Emilou MacLean (SB 319071)<br>emaclean@aclunc.org<br>William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493<br>Fax: +1 415 863 7832 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Adjunct Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1219<br>Facsimile: +1 415 772 7400 | Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600 |
| Jennifer Pasquarella (SBN 263241)<br>jpasquarella@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: +1 213-977-5236<br>Fax: +1 213 977 5297 | Caleb Soto (SBN 315901)<br>csoto@ndlon.org<br>NATIONAL DAY LABORER<br>ORGANIZING NETWORK<br>1030 S. Arroyo Pwy., Ste 106<br>Pasadena, CA 91105<br>Telephone: +1 626 799 3566 |

*\* Institution listed for identification purposes only*

1   As ordered by the Court, the Parties hereby submit this Joint Status Report in advance of the
2   December 13, 2022 Status Conference. Dkt. 183.
3   As described in the Parties' September 22, 2022 Joint Status Report, this action is stayed
4   pending final disposition of Defendants' appeal of this Court's preliminary injunction. Dkt. 179.
5   Defendant's appeal remains pending. On September 14, 2020, a panel of the Ninth Circuit reversed
6   this Court's preliminary injunction in *Ramos*. Plaintiffs subsequently filed a Petition for Panel
7   Rehearing and Rehearing En Banc. On June 25, 2021, while that petition remained pending, the
8   appeal was referred to the Ninth Circuit Mediation program for settlement discussions. The parties
9   were unable to reach a settlement. On October 26, 2022, the appeal was released from the Mediation
10  Program. ECF No. 150.[1] Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc remains
11  pending.
12  On November 16, 2022, DHS announced that, in order to ensure continued compliance with
13  this court's preliminary injunction in this matter and this court's order staying proceedings in
14  *Bhattarai*, it would continue through June 30, 2024 the Temporary Protected Status and extend TPS-
15  related documentation, including employment authorization documents (EADs) of beneficiaries
16  under the existing TPS designations for El Salvador, Nicaragua, Honduras, and Nepal; the 2011
17  designation of Haiti; and the 2013 designation of Sudan. *See* Continuation of Documentation for
18  Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan,
19  Honduras, and Nepal, 87 Fed. Reg. 68717, Nov. 16, 2022. This continuation of TPS and related
20  documentation covers all TPS holders protected by this court's orders whose TPS has not been
21  withdrawn for individual ineligibility under INA, section 244(c)(3).[2]
22
23                                          Respectfully submitted,
24

---

[1] "ECF" citations refer to the docket for the *Ramos* appeal.

[2] Haiti was newly designated for TPS on August 3, 2021. *See* Notice of Temporary Protected Status designation, 86 Fed. Reg. 41863, Aug. 3, 2021. Sudan was newly designated for TPS on April 19, 2022. *See* Notice of Temporary Protected Status Designation, 87 Fed. Reg. 23202, April 19, 2022. The continuation of TPS and related documentation in compliance with the Court's orders does not cover TPS holders who registered for the first time under these new designations.

1
JOINT STATUS REPORT - Case No. 3:18-cv-01554

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | /s/Alycia A. Degen                                              |
|    | ALYCIA A. DEGEN                                                 |
| 3  | SIDLEY AUSTIN LLP                                               |
|    | 555 West Fifth Street                                           |
| 4  | Los Angeles, CA 90013                                           |
|    | Telephone: +1 213 896 6010                                      |
| 5  | Facsimile: +1 213 896 6600                                      |
|    | adegen@sidley.com                                               |
| 6  |                                                                 |
|    | *Attorney for Plaintiffs*                                       |
| 7  |                                                                 |
|    | BRIAN M. BOYNTON                                                |
| 8  |                                                                 |
|    | Principal Deputy Assistant Attorney General                     |
| 9  |                                                                 |
| 10 | BRIGHAM J. BOWEN                                                |
|    | Assistant Branch Director                                       |
| 11 |                                                                 |
|    | */s/ Adam Kirschner*                                            |
| 12 | ADAM KIRSCHNER                                                  |
|    | IL Bar # 6286601                                                |
| 13 | Senior Trial Counsel                                            |
|    | United States Department of Justice                             |
| 14 | Civil Division, Federal Programs Branch                         |
|    | 1100 L Street, NW                                               |
| 15 | Washington, DC 20005                                            |
|    | Tel: (202) 353-9265                                             |
| 16 | Fax: (202) 616-8460                                             |
|    | Email: adam.kirschner@usdoj.gov                                 |
| 17 | Mailing Address                                                 |
|    | Post Office Box 883                                             |
| 18 | Washington, D.C. 20044                                          |
| 19 | Courier Address:                                                |
|    | 1100 L Street NW, Room 11020                                    |
| 20 | Washington, D.C. 20005                                          |
| 21 |                                                                 |
|    | *Attorneys for Defendants*                                      |
| 22 |                                                                 |
| 23 |                                                                 |
| 24 |                                                                 |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen         </u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>       Defendants       </u>.

<u>          /s/  Alycia A. Degen               </u>