CHRISTOPHER M. LYNCH
D.C. Bar No. 1049152
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No.  3:18-cv-01554-EMC |
| *Plaintiffs*, | **NOTICE OF APPEARANCE** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | The Honorable Edward M. Chen |
| *Defendants*. | |

NOTICE OF APPEARANCE - Case No. 3:18-cv-01554-EMC

Please take notice of the appearance of the following counsel on behalf of all Defendants.

CHRISTOPHER M. LYNCH
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
(202) 616-8470 (fax)
(202) 353-4537 (office)
Christopher.M.Lynch@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Christopher M. Lynch
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*