NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTA RAMOS; CRISTINA MORALES; BENJAMIN ZEPEDA; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; MARIA JOSE AYALA FLORES; HNAIDA CENEMAT; WILNA DESTIN; RILYA SALARY; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI, <br><br>            Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Secretary of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Deputy Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA, <br><br>            Defendants-Appellants. | No.   18-16981 <br><br> D.C. No. 3:18-cv-01554-EMC Northern District of California, San Francisco <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of June 20, 2023, in

Seattle, Washington. The date and time will be determined by separate order. For

further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court eighteen additional paper copies of the original briefs and ten additional paper copies of the excerpts of record.  The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.  The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/