Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010

Ahilan Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION LAW
AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: +1 310 825 1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
1355 N. Mentor Ave, #40583
Pasadena, CA 91104
Telephone: +818-570-6731

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>　　　　*Defendants*. | Case No.  3:18-cv-01554-EMC<br><br>**JOINT STATUS REPORT**<br><br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| Emilou MacLean (SB 319071)<br>emaclean@aclunc.org<br>William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Adjunct Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1219 | Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000 |
| Jennifer Pasquarella (SBN 263241)<br>jpasquarella@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: +1 213-977-5236 | Caleb Soto (SBN 315901)<br>csoto@ndlon.org<br>NATIONAL DAY LABORER<br>ORGANIZING NETWORK<br>1030 S. Arroyo Pwy., Ste 106<br>Pasadena, CA 91105<br>Telephone: +1 626 799 3566 |

*\* Institution listed for identification purposes only*

1    As ordered by the Court, the Parties hereby submit this Joint Status Report in advance of the February 21, 2023 Status Conference. Dkt. 185.

    As described in the Parties' September 22, 2022 Joint Status Report, this action is stayed pending final disposition of Defendants' appeal of this Court's preliminary injunction. Dkt. 179. Defendants' appeal remains pending. On September 14, 2020, a panel of the Ninth Circuit reversed this Court's preliminary injunction in *Ramos*. Plaintiffs subsequently filed a Petition for Panel Rehearing and Rehearing En Banc. On June 25, 2021, while that petition remained pending, the appeal was referred to the Ninth Circuit Mediation program for settlement discussions. The parties were unable to reach a settlement. On October 26, 2022, the appeal was released from the Mediation Program. ECF No. 150.[1] On February 10, 2023, the Ninth Circuit granted Plaintiffs' Petition for Rehearing En Banc and vacated the September 14, 2020 panel opinion. ECF No. 153. En banc oral argument will take place the week of June 20, 2023. ECF No. 154.

    On November 16, 2022, DHS announced that, in order to ensure continued compliance with this court's preliminary injunction in this matter and this court's order staying proceedings in *Bhattarai*, it would continue through June 30, 2024 the Temporary Protected Status and extend TPS-related documentation, including employment authorization documents (EADs) of beneficiaries under the existing TPS designations for El Salvador, Nicaragua, Honduras, and Nepal; the 2011 designation of Haiti; and the 2013 designation of Sudan. *See* Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 87 Fed. Reg. 68717, Nov. 16, 2022. This continuation of TPS and related documentation covers all TPS holders protected by this court's orders whose TPS has not been withdrawn for individual ineligibility under INA, section 244(c)(3).[2]

---

[1] "ECF" citations refer to the docket for the *Ramos* appeal.

[2] Haiti was newly designated for TPS on August 3, 2021. *See* Notice of Temporary Protected Status designation, 86 Fed. Reg. 41863, Aug. 3, 2021. Sudan was newly designated for TPS on April 19, 2022. *See* Notice of Temporary Protected Status Designation, 87 Fed. Reg. 23202, April 19, 2022. The continuation of TPS and related documentation in compliance with the Court's orders does not cover TPS holders who registered for the first time under these new designations.

Respectfully submitted,

<u>/s/Alycia A. Degen</u>
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

<u>/s/ Christopher M. Lynch</u>
CHRISTOPHER M. LYNCH
D.C. Bar No. 1049152
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-4537
Fax: (202) 616-8470
Email: christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen</u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>      Defendants     </u>.

<i>/s/</i>  Alycia A. Degen