Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Jennie Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5232

Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA SCHOOL OF LAW
385 Charles Young Drive East
Los Angeles, CA 90095
Telephone: +1 310 825 7019

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CHAD WOLF, *et al.*,<br><br>          Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Honorable Edward M. Chen |

NOTICE OF WITHDRAWAL OF COUNSEL  – CASE NO. 3:18-cv-1554-EMC

*Additional Counsel for Plaintiffs*

Jessica Karp Bansal
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
C/O Nepantla
1355 North Mentor Avenue #40583
Pasadena, CA 91104-2425
Telephone:  +1 818 570 6731

William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219

Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6640

Mark E.Haddad
mhaddad@sidley.com
SIDLEY AUSITIN LLP
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone:  +1 213 675 5957

1  Please take notice that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's
2  permission, Jennifer Pasquarella is withdrawing as counsel for Plaintiffs and her colleague, Michael
3  Kaufman, will simultaneously file a notice of appearance. The remaining listed counsel, including
4  the above-listed counsel, will continue to serve as counsel of record for Plaintiffs.

Respectfully submitted,

Dated: February 14, 2023

/s/ Jennifer Pasquarella
JENNIFER PASQUARELLA
Counsel for Plaintiffs