UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>         Plaintiffs,<br><br>     vs.<br><br>CHAD WOLF, *et al.*,<br><br>         Defendants. | Case No.  3:18-cv-1554-EMC<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL**<br><br>Honorable Edward M. Chen |

ORDER GRANTING WITHDRAWAL OF COUNSEL   – Case No. 3:18-cv-1554-EMC

1   Jennie Pasquarella seeks to withdraw as counsel for Plaintiffs in the above captioned
2  litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. Pasquarella has submitted
3  satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial
4  prejudice or delay to any party, IT IS HEREBY ORDERED that Jennie Pasquarella is relieved as
5  counsel for Plaintiffs in this proceeding.
6  Dated: February ___, 2023

_____
HONORABLE EDWARD M. CHEN
United States District Judge