NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTA RAMOS; CRISTINA MORALES; BENJAMIN ZEPEDA; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; MARIA JOSE AYALA FLORES; HNAIDA CENEMAT; WILNA DESTIN; RILYA SALARY; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI,<br><br>          Plaintiffs-Appellees,<br><br> v.<br><br>CHAD F. WOLF, Secretary of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Deputy Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA,<br><br>          Defendants-Appellants. | No.   18-16981<br><br>D.C. No. 3:18-cv-01554-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case, which was originally scheduled at 1:30 p.m. on Thursday, June 22, 2023, will be held at 10:00 a.m. on Thursday, June 22, 2023, in Courtroom One (Eighth Floor) of the William K. Nakamura Courthouse, located at 1010 Fifth Avenue in Seattle, Washington 98104.