FILED

JUN 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTA RAMOS; et al.,<br><br>   Plaintiffs-Appellees,<br><br> v.<br><br>CHAD F. WOLF, Secretary of Homeland Security; et al.,<br><br>   Defendants-Appellants. | No. 18-16981<br><br>D.C. No. 3:18-cv-01554-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

MURGUIA, Chief Circuit Judge:

  The Secretary's motion to vacate oral argument (Doc. 185) is DENIED.

Oral argument will proceed as scheduled.