Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION
LAW AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: +1 310 825 1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
1355 N. Mentor Ave, #40583
Pasadena, CA 91104
Telephone: +818-570-6731

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case No.  3:18-cv-01554-EMC |
| *Plaintiffs*, | **JOINT STATUS REPORT** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | The Honorable Edward M. Chen |
| *Defendants*. | |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Adjunct Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 5236

Caleb Soto (SBN 315901)
csoto@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pwy., Ste 106
Pasadena, CA 91105
Telephone: +1 626 799 3566

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*\* Institution listed for identification purposes only*

| | |
|---|---|
| 1 | This action has been stayed pending final disposition of Defendants' appeal of this Court's |
| 2 | preliminary injunction. Dkt. No. 179.  The Parties agreed to inform the Court within 14 days of the |
| 3 | issuance of any appellate mandate to this Court. Dkt. 138. Accordingly, the Parties hereby submit |
| 4 | this Joint Status Report. On June 29, 2023, the Ninth Circuit sitting en banc granted the Defendants' |
| 5 | motion to voluntarily dismiss their appeal. *See* Dkt. 197.  The Parties are conferring on next steps |
| 6 | and, as ordered by the Court, will submit a full Joint Status Report on July 18, 2022, in advance of |
| 7 | the Status Conference scheduled for July 25, 2023. Dkt. 193. |

Respectfully submitted,

/s/Alycia A. Degen
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/Zachary Avallone
CHRISTOPHER M. LYNCH
DC Bar No. 1049152
Trial Attorney
ZACHARY A. AVALLONE
DC Bar No. 1023361
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-4537
Fax: (202) 616-8460

1
JOINT STATUS REPORT - CASE NO. 3:18-cv-01554

Email: christopher.m.lynch@usdoj.gov
Email: zachary.a.avallone@usdoj.gov
Mailing Address
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), regarding signatures, <u>Alycia A. Degen          </u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>       Defendants     </u>.

<u>/s/  Alycia A. Degen              </u>