Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION
LAW AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: +1 310 825 1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
1355 N. Mentor Ave, #40583
Pasadena, CA 91104
Telephone: +818-570-6731

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>　　　　*Defendants*. | Case No. 3:18-cv-01554-EMC<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES, AMEND COMPLAINT, AND SET BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| Emilou MacLean (SBN 319071)<br>emaclean@aclunc.org<br>William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493<br>Fax: +1 415 863 7832 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Adjunct Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Michael Kaufman (SBN 254575)<br>mkaufman@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: +1 213 977 5236 | Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600 |

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

*\* Institution listed for identification purposes only*

Following the July 23, 2023 Status Conference, the Parties jointly stipulate to the following:

**Consolidation:** Subject to the Court's approval, the Parties stipulate to consolidate this action with the related case *Bhattarai v. Nielsen*, Case No. 19-cv-731 for all purposes, including trial. *See* Dkt. 142 (Related Case Order). The court has discretion to consolidate actions that "involve a common question of law or fact." Fed. R. Civ. Pro. 42(a). In Plaintiffs' view, this action and *Bhattarai* both concern the Administration's periodic review process for Temporary Protected Status determinations and assert claims for violations of the Administrative Procedure Act ("APA") and the Fifth Amendment's guarantees of equal protection and due process. Plaintiffs in *Ramos* are TPS holders from El Salvador, Haiti, Nicaragua, and Sudan and their U.S. citizen children. Plaintiffs in *Bhattarai* are TPS holders from Honduras and Nepal and their U.S. citizen children. Both cases name the same Defendants. Defendants agree that consolidation of these cases will allow the parties and the Court to more efficiently resolve them both. Because of the common factual and legal questions involved in these matters, the Parties agree consolidating the cases will further judicial convenience and efficiency, including with respect to discovery and motion practice.

**Amendment:** Plaintiffs filed this litigation on March 12, 2018. Dkt. 1. Defendants filed their Answer on August 14, 2018, following the Court's Order denying their Motion to Dismiss. Dkts. 20, 76. Plaintiffs now wish to amend their complaint to update relevant facts, address potential ambiguities in the pleadings identified by the now-vacated Ninth Circuit Opinion, and make other amendments. Defendants consent to the filing of an amended complaint, reserving all rights to dispute and otherwise challenge any amended complaint. Fed. R. Civ. Pro. 15(a)(2).

Should the Court grant the Parties' stipulation to consolidate this action with *Bhattarai*, Plaintiffs intend to file one amended, consolidated complaint in the consolidated case. Should the Court deny the stipulated request to consolidate the matters, Plaintiffs will file amended complaints in each matter separately. Plaintiffs will file their amended complaint(s) by August 24 or 14 days after the Court rules on the Parties' stipulation to consolidate, whichever is later.

**Motion to Dismiss:** Defendants plan to file a motion to dismiss the Amended Complaint(s) for mootness. The Parties stipulate to the following schedule for Defendants' Motion:

- **Defendants' Motion**: September 14 or 21 days after the filing of the Amended Complaint(s), whichever is later;
- **Plaintiffs' Response**: 21 days after Defendants' Motion;
- **Defendants' Reply**: 14 days after Plaintiffs' Response; and
- **Hearing:  To be set by the Court (both parties request a hearing).**

**Discovery**: The parties intend to resume discovery following any ruling by the Court on Defendants' Motion to Dismiss as to any remaining claims.

SO STIPULATED this 31st day of July, 2023,

/s/Alycia A. Degen
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/Zachary Avallone
CHRISTOPHER M. LYNCH
DC Bar No. 1049152
Trial Attorney
ZACHARY A. AVALLONE
DC Bar No. 1023361
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

2
JOINT STIPULATION TO CONSOLIDATE CASES, AMEND COMPLAINT, AND SET BRIEFING SCHEDULE - CASE NO. 3:18-cv-01554-EMC

Tel: (202) 353-4537
Fax: (202) 616-8460
Email: christopher.m.lynch@usdoj.gov
Email: zachary.a.avallone@usdoj.gov
Mailing Address
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), regarding signatures, <u>Alycia A. Degen</u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>   Defendants   </u>.

<u>/s/  Alycia A. Degen</u>

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

- *Ramos v. Mayorkas*, Case No. 3:18-cv-01554, and *Bhattarai v. Nielsen*, Case No. 19-cv-731, are consolidated. All future filings shall be made on the *Ramos* docket.
- Plaintiffs shall file an Amended Consolidated Complaint by August 24, or 14 days after the date of this Order, whichever is later.
- Defendants shall file any Motion to Dismiss by September 14, or 21 days after the filing of the Amended Consolidated Complaint whichever is later. Plaintiffs' Response is due 21 days after Defendants' Motion. Defendants' Reply is due 14 days after Plaintiffs' Response.

Dated: _____, 2023

The Honorable Edward M. Chen
United States District Judge