BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 353-9265
Fax:   (202) 616-8470
Email: adam.kirschner@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>　　　　Defendants. | Case Nos. 3:18-cv-1554-EMC<br>　　　　　　3:19-cv-00731-EMC<br><br>[~~Proposed~~ ORDER]<br><br>Date: September 22, 2023<br>Judge:　Hon. Edward M. Chen |

　　Adam Kirschner seeks to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds that Mr. Kirschner has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Adam Kirschner is relieved as counsel for Defendants in this proceeding.

Date:　September 22, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

~~Proposed~~ Order — No. 3:18-cv-1554