UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 3:18-cv-1554-EMC <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTON TO DISMISS** <br><br> The Honorable Edward M. Chen <br><br> Date: December 21, 2023 <br> Time: 1:30 p.m. <br> Place: Courtroom 5, 17th Floor <br><br> Complaint Filed: August 24, 2023 <br> Trial Date: None set |
| KESHAV BHATTARAI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br> *Defendants*. | Case No.  3:19-cv-00731-EMC <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTON TO DISMISS** |

# [PROPOSED] ORDER

Defendants' Motions to Dismiss [Dkt. 206] was heard on December 21, 2023 at 1:30 p.m. by this Court. Having considered all papers filed in support of and in opposition of the motion, oral arguments, and all other pleadings and papers on file in this matter, the Court finds as follows: Claims One through Four, and Claim Seven are not moot.

It is **ORDERED** that Defendants' Motion to Dismiss is **DENIED** as to Claim One through Four and Claim Seven, and **GRANTED** as unopposed as to Claims Five and Six.

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Judge