1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  UCLA CENTER FOR IMMIGRATION LAW
   AND POLICY
3  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
4  Telephone: (310) 825-1029

5  Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
6  UNEMPLOYED WORKERS UNITED
   P.O. Box 142
7  Claremont, CA 91107
   Telephone: (818) 570-6731
8
   Alycia A. Degen (SBN 211350)
9  adegen@sidley.com
   Sean A. Commons (SBN 217603)
10 scommons@sidley.com
   SIDLEY AUSTIN LLP
11 555 West Fifth Street
   Los Angeles, CA 90013
12 Telephone: (213) 896-6010
   Facsimile: (213) 896-6600
13
   Attorneys for Plaintiffs
14
   [*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br><br>*Plaintiffs*, | Case No. 3:18-cv-1554-EMC<br><br>**STIPULATED MOTION FOR LEAVE TO FILE NOTICE OF TRUMP CAMPAIGN STATEMENTS**<br><br>The Honorable Edward M. Chen |

| | |
|---|---|
| v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>      *Defendants*. | |
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>      *Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>**STIPULATED MOTION FOR LEAVE TO FILE NOTICE OF TRUMP CAMPAIGN STATEMENTS**<br><br>The Honorable Edward M. Chen |

Additional Counsel for Plaintiffs

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

**STIPULATED MOTION FOR LEAVE TO FILE NOTICE**

**OF TRUMP CAMPAIGN STATEMENTS**

PLEASE TAKE NOTICE that Plaintiffs, through undersigned counsel, hereby make a stipulated administrative motion pursuant to Local Rule 7-11 for leave to file a notice regarding Presidential Candidate Donald Trump's intention to rescind Temporary Protected Status (TPS) if reelected in 2024.

Defendants have stipulated to this motion. Defendants intend to file a response of roughly equal length to Plaintiffs' Notice.  Plaintiffs stipulate to Defendants filing such a response.

Date:  December 13, 2023                Respectfully submitted,

By:  */s/ Ahilan T. Arulanantham*
Ahilan T. Arulanantham
UCLA Center for Immigration Law and Policy
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*


 */s/ Christopher M. Lynch*
Christopher M. Lynch
U.S. Department of Justice, Civil Division
Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# EXHIBIT A

Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION LAW
AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
P.O. Box 142
Claremont, CA 91107
Telephone: (818) 570-6731

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6010
Facsimile: (213) 896-6600

Attorneys for Plaintiffs

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br>   *Plaintiffs*,<br>  v. | Case No. 3:18-cv-1554-EMC<br><br>**NOTICE OF TRUMP CAMPAIGN STATEMENTS**<br><br>The Honorable Edward M. Chen |

| | |
|---|---|
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>　　　　　*Defendants.* | |
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>　　　　　*Defendants.* | Case No.  3:19-cv-00731-EMC<br><br>**NOTICE OF TRUMP CAMPAIGN STATEMENTS**<br><br>The Honorable Edward M. Chen |

Additional Counsel for Plaintiffs

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

# NOTICE OF TRUMP CAMPAIGN STATEMENTS

Plaintiffs, through undersigned counsel, file the foregoing notice describing a recent statement attributed to Presidential Candidate Donald Trump's senior advisors and campaign staff. The statement describes Candidate Trump's intention to rescind Temporary Protected Status (TPS) if elected President in 2024. This notice also describes recent polling data concerning the likelihood that Trump could be reelected. According to that data, Trump has a slightly better than even chance of winning the Presidency.[1]

First, the New York Times reported that, if elected, Trump intends to revoke Temporary Protected Status once again.[2] According to the story, Trump campaign officials conveyed that "[p]eople who were granted temporary protected status because they are from certain countries deemed unsafe, allowing them to lawfully live and work in the United States, would have that status revoked."[3] The Times' reporting was based on interviews with several Trump advisers, including Stephen Miller, the architect of Trump's first-term immigration agenda who is expected to serve in a senior role in a second Trump administration.[4]

Second, recent polling suggests Trump is the clear frontrunner to win the nomination for the Republican Party, with 61% of self-identified Republicans stating they plan on voting for Trump in the primary.[5] The next closest candidates in the Republican Party are Ron DeSantis and Nikki Haley, each of whom have the backing of approximately eleven percent of Republican voters.[6] Recent

---

[1] Plaintiffs submit this information now because the Trump campaign's statements concerning TPS were published after Plaintiffs filed their opposition to Defendants' motion to dismiss.

[2] Charlie Savage, Maggie Haberman, and Jonathan Swan, *Sweeping Raids, Giant Camps and Mass Deportations: Inside Trump's 2025 Immigration Plans*, N.Y. Times (Nov. 11, 2023), https://www.nytimes.com/2023/11/11/us/politics/trump-2025-immigration-agenda.html.

[3] *Id.*

[4] *Id.*

[5] Andy Sullivan, Trump Holds Wide Lead in Republican 2024 Nominating Contest, Reuters/Ipsos Poll Shows, Reuters (Dec. 11, 2023), https://www.reuters.com/world/us/trump-holds-wide-lead-republican-2024-nominating-contest-reutersipsos-poll-2023-12-11/.

[6] *Id.*

polling also indicates that Trump slightly leads President Biden in head to head polling for 2024.[7] Accordingly, the 2024 election appears to be essentially a coin flip at this point, with Trump the slight favorite.

These facts are relevant to the question whether this case is moot. While the parties disagree about which side bears the burden to show that the challenged conduct could recur, and while Plaintiffs believe they can prevail irrespective of whether this Court takes into consideration the recent statements by the Trump campaign, both sides agree that the Court must assess the likelihood of recurrence in determining whether to dismiss this case as moot. *Compare* ECF 211 at 4 (Plaintiffs arguing that Defendants bear the burden of demonstrating that it is "absolutely clear" that the conduct they have challenged—use of the "originating conditions" rule to justify terminating TPS designations—cannot reasonably be expected to recur) *with* ECF 212 at 2 (Defendants arguing that Plaintiffs must show "that there is a reasonable expectation of reenactment"). The information presented here bears on that assessment.[8]

---

[7] *See, e.g.*, Aaron Zitner and Alex Leary, *Trump Takes 2024 Lead as Biden Approval Hits New Low, WSJ Poll Finds*, Wall Street Journal (Dec. 9, 2023), https://www.wsj.com/politics/elections/trump-takes-2024-lead-as-biden-approval-hits-new-low-wsj-poll-finds-fb4fca0c; Ariel Edwards-Levy, *Trump Narrowly Leads Biden in Hypothetical Rematch, New Poll Finds, with a Tenth of Voters Undecided*, CNN (Dec. 9, 2023), https://www.cnn.com/2023/12/09/politics/trump-biden-2024-poll/index.html; Shane Goldmacher, *Trump Leads in 5 Critical States as Voters Blast Biden, Times/Siena Poll Finds*, N.Y. Times (Nov. 5, 2023), https://www.nytimes.com/2023/11/05/us/politics/biden-trump-2024-poll.html.

[8] This Court can consider these statements at this stage, notwithstanding their apparent hearsay nature, for three reasons. First, the statements in the New York Times bear on the state of mind of senior officials in the Trump campaign with respect to their "plan" for creating policy on the TPS designations at issue in this case. *See* Fed. R. Evid. 803(3). Second, the Court must assess the *likelihood* that the challenged behavior could recur, and the fact that the New York Times has reported that possibility bears on that inherently predictive assessment. *See* Notes of Advisory Committee on Rule 801 Subdivision (c) ("If the significance of an offered statement lies solely in the fact that it was made, no issue is raised as to the truth of anything asserted, and the statement is not hearsay." (citing *Motors Corp. v. General Motors Corp.*, 181 F.2d 70 (7th Cir. 1950), *rev'd on other grounds* 340 U.S. 558)). Third, the hearsay rules are relaxed at the pre-trial stage. *C.f. Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992) (noting that a party that bears the burden of proof on jurisdictional questions bears this burden "with the manner and degree of evidence required at the successive stages of the litigation"); *Dominguez v. Schwarzenegger*, 270 F.R.D. 477, 483 n. 5 (N.D. Cal 2010) (stating that evidence need not be admissible at the class certification state because "discovery may not yet have occurred.").

Date: December 13, 2023                UCLA CENTER FOR IMMIGRATION LAW
                                       AND POLICY

                                       By: */s/* Ahilan T. Arulanantham
                                           Ahilan T. Arulanantham