# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 3:18-cv-1554-EMC<br><br>[~~PROPOSED~~] ORDER<br><br>The Honorable Edward M. Chen |

|  |  |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>[PROPOSED] ORDER<br><br>The Honorable Edward M. Chen |

Having considered Plaintiffs' Stipulated Motion for Leave to File a Notice of Trump Campaign Statements and finding good cause therefore,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Notice of Trump Campaign Statements is **GRANTED.**  Defendants may file a response of similar length to Plaintiffs' Notice.

Dated:  December 28, 2023

_____
HONORABLE EDWARD M. CHEN
United States District Judge