UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al., | Case No. 18-cv-01554-EMC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| KIRSTJEN NIELSEN, et al., | |
| Defendants. | |

On December 28, 2023, the Court granted Defendants' Motion to Dismiss.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 27, 2024

_____
EDWARD M. CHEN
United States District Judge