Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
P.O. Box 142
Claremont, CA 91107
Telephone: (818) 570-6731

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6010
Facsimile: (213) 896-6600

Attorneys for Plaintiffs

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF | Case No. 3:18-cv-01554-EMC<br><br>The Honorable Edward M. Chen<br><br>**DECLARATION OF JESSICA BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: August 15, 2024<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5, 17th Floor |

| | |
|---|---|
| HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>　　　　*Defendants*. | |
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>　　　　*Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>**DECLARATION OF JESSICA BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
Amelia Mazzarella (SBN 35168)
amazzarella@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

# DECLARATION OF JESSICA BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Jessica Bansal, hereby declare:

1. This declaration is submitted in support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees, and is based on my own personal knowledge, unless otherwise indicated. If called to testify I could and would do so competently as follows:

2. I am a member of the Bar of the States of California and New York. I am admitted to practice before several federal courts, including this Court. I am one of the counsel of record in *Ramos v. Mayorkas* and *Bhattarai v. Mayorkas*.

3. These cases involved complex, intertwined questions of constitutional, administrative, and immigration law; complicated issues regarding relief for large numbers of immigrants; and strong communication and trust between the TPS holder community and the legal team, all of which required the expertise of myself and my co-counsel.

**My Experience**

4. I graduated from Columbia Law School in 2009. During law school, I received the Pauline Berman Heller Prize, awarded to the highest ranked graduating female law student, and served as a Staff Editor on the Columbia Law Review. After my graduation, from 2009-2010, I served as a law clerk to the Honorable Stephen Reinhardt on the U.S. Court of Appeals for the Ninth Circuit.

5. Since completing my clerkship in 2010, I have practiced law continuously for approximately fourteen years. From 2010-2019, I worked as a Staff Attorney, Soros Justice Fellow, and Co-Legal Director at the National Day Laborer Organizing Network. From 2019 to 2022, I worked as a senior staff attorney at the ACLU of Southern California.

6. Since April 2022, I have been the legal director of Unemployed Workers United (UWU).[1] UWU is a project of the nonprofit organizations Working Families Organization, Inc. and the State Democracy Project. UWU's mission is build worker power, promote democratic

---

[1] UWU is in the process of changing its name to Organized Power in Numbers.

engagement, and create an economy that respects immigrant workers and all working people, their families and their communities.

7. From 2013 to 2015, I also worked as an adjunct law professor at the immigrant rights clinic at the University of California at Irvine School of Law.

8. While I have worked for three different organizations over the course of this litigation, I have consistently remained co-lead counsel for Plaintiffs, staying actively involved at all stages of this case and, along with co-counsel, maintaining consistent communication with the twenty-one individual plaintiffs. The consistency among lead counsel has promoted efficiency throughout this litigation.

9. I have special expertise and experience relating to the legal and factual issues in this case. My legal practice has focused on immigration and constitutional law. Many of my cases have been procedurally complex, involving class actions or otherwise seeking relief for large numbers of individuals. In addition to the instant matter, those cases include: *Hernandez Roman v. Wolf*, No. 20-cv-00768 (C.D. Cal. 2020) (class action challenge to constitutionality of immigration detention during the COVID-19 pandemic); *Puente v. Arpaio*, No. 14-01356 (D. Ariz. 2014) (constitutional challenge to Arizona laws criminalizing identity theft for employment); *Gonzalez v. Immigration and Customs Enforcement*, No. 13-4416, (C.D. Cal. 2013) (class action raising constitutional and statutory challenges to Immigration and Custom's Enforcement's use of immigration detainers); *Roy v. County of Los Angeles*, No. 12-9012, (C.D. Cal. 2012) (class action raising constitutional and state law challenges to the Los Angeles Sheriff's Department's practices with respect to detention of individuals pursuant to requests from federal immigration officers); *Valle del Sol v. Whiting*, No. 1001061 (D. Ariz. 2010) (class action litigation challenging constitutionality of Arizona's state immigration law, S.B. 1070).

10. I have also represented numerous immigrants in removal proceedings and in applications for immigration benefits before U.S. Citizenship and Immigration Services (USCIS). In addition to providing direct representation, I have provided training and technical assistance to large numbers of immigration attorneys and co-authored a Practice Manual regarding immigration relief for workers who have experienced or witnessed labor rights abuses at their workplaces.

11. I have particular expertise working on litigation in collaboration with immigrant-led community-based organizations. For example, in *Puente v. Arpaio, Valle del Sol v. Whiting*, and *Los Alamitos Community United v. Los Alamitos*, No. 30-2018-00987018 (Superior Court, Orange County 2018) (state law challenge to local ordinance purporting to exempt City from California Values Act), I worked closely with immigrant-led, community-based organizational plaintiffs to ensure consistent, effective communication and maintain positive, collaborative relationships between the legal team and community leaders and members of affected communities. I have done the same in Freedom of Information Act cases that sought records about matters of great interest to affected community members, including *ALC v. ICE*, No. 13-1593 (N.D. Cal. 2013) (Freedom of Information Act lawsuit seeking information about immigration enforcement practices in California) and *Navarro Hernandez v. Customs and Border Protection*, No. 10-04602, (E.D. La. 2010) (Freedom of Information Act lawsuit seeking information about immigration enforcement practices in New Orleans).

12. I am fluent in Spanish and am experienced in promoting language justice and sustaining multilingual spaces where individuals are able to participate and communicate in their preferred language. This was important in the instant case, where Plaintiffs included monolingual English, Spanish, and Nepali speakers and communication regularly took place in those three languages, as well as, at times, Haitian Creole.

13. In September 2023, my co-counsel Ahilan Arulanantham, Emi MacLean and I were jointly awarded the Champion of Justice Award by the Central American Resource Center (CARECEN) and were recognized by the Los Angeles County Board of Supervisors for our work on the instant litigation. In May 2023, the National TPS Alliance also recognized us with an award for our contributions to TPS holders through this litigation.

14. My resume is attached as Exhibit A.

**NDLON Timekeeping**

15. In the early years of this litigation, from before this case was filed until July 2019, I was the Co-Legal Director of the National Day Laborer Organizing Network (NDLON), along with my co-counsel Emi MacLean.

DECLARATION OF JESSICA BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; CASE NO. 3:18-CV-01554-EMC

16. NDLON, its role in this litigation, and its time-keeping protocol are described in the accompanying Declaration of Emi MacLean.

17. In preparation for this attorney's fees motion, I reviewed my time records from the period I was employed at NDLON to note and remove entries that may have been duplicative, improperly assigned to the matter, or otherwise unreasonable in an exercise of my billing judgment.

18. I also reviewed the time records of Ms. MacLean for the period she was employed at NDLON, including the records Ms. MacLean reconstructed as described in her accompanying declaration. Based on my knowledge of Ms. MacLean's work during the relevant time-period, her records reflect an extremely reasonable and conservative accounting of the time she spent on this case while at NDLON.

**UWU Timekeeping Protocol and Fees Waived to Ensure Reasonableness**

19. It is the practice of attorneys at Unemployed Workers United to maintain contemporaneous time records for all cases that are potentially fee generating, including this case. In preparing for this attorneys' fees motion, I have carefully reviewed UWU's time records to confirm they accurately reflect the time that our attorneys necessarily devoted to this case.

20. In reviewing UWU's time records, I have exercised billing judgment and have reduced the work for which we seek compensation in order to ensure that the ultimate claimed amount is reasonable. For example, I have excluded time spent by a Legal Fellow and Staff Attorney who assisted with this case, even though their work was warranted and appropriate to advance the interests of the clients. I have also reviewed my own records and excluded entries that may have been duplicative, improperly assigned to the matter, or otherwise unreasonable in an exercise of my billing judgment.

21. A summary of the total hours, rates, and fees sought by UWU is attached as Exhibit B. In my opinion, and to the best of my knowledge, our hourly rates are fair and reasonable for current market rates in Los Angeles for federal court litigators of comparable skill and experience. *See also* Declaration of Carol Sobel in Support of Plaintiffs' Motion for Attorneys' Fees and Application for Costs.

22. Based on the calculations above, the fees sought by the UWU total $101,870.

23. UWU incurred a total of $727.07 in expenses while litigating this case, consisting of expenses for my travel to the Ninth Circuit en banc hearing in Seattle on June 22, 2023. Therefore, UWU is seeking costs in the amount of $727.07. A table detailing UWU's expenses is attached as Exhibit C.

**Plaintiffs**

24. Attached hereto as Exhibits D-V are declarations of Plaintiffs Crista Ramos, Cristina Morales, Benjamin Zepeda, Orlando Zepeda, Juan Eduardo Ayala Flores, Maria Jose Ayala Flores, Elsy Yolanda Flores de Ayala, Hnaida Cenemat, Wilna Destin, Sherika Blanc, Imara Ampie, Mazin Ahmed, Hiwaida Elarabi, Salma Ahmed, Sajaan Pandey, Sumnima Thapa, Donaldo Posadas Caceres, Sorayda Rodriguez Motiño, and Denis Molina Chavez in this case, attesting that their net worth (and, in the case of Plaintiffs Sherika Blanc, Donaldo Posadas Caceres, and Sumnima Thapa, the net worth of their minor, U.S. citizen children who are plaintiffs in this matter) does not now, and has not ever, exceed $2,000,000.

25. Despite multiple efforts, Plaintiffs' counsel have been unable to contact Plaintiff Keshav Bhattarai to obtain a declaration from him in preparation for this attorneys' fees motion.

26. It is my understanding that Mr. Bhattarai's net worth does not exceed $2,000.000. After his home in Nepal was damaged in the April 2015 earthquake, Mr. Bhattarai and his wife were forced to sleep outside in a tent for approximately one month. Since coming to the United States, Mr. Bhattarai has worked at a restaurant, in two different 7-11s, as a manager at a Chevron gas station and, more recently, at a car wash.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2024 at Los Angeles, California.

_____
Jessica Bansal