# Exhibit C

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Weerasingha-Cote, Tami | Percentage Associates | 12/20/2018 | $ 850.00 | 1.00 | $ 201.60 | $ 201.60 | Calls with A. Guo and A. Degen; review and respond to emails |
| Weerasingha-Cote, Tami | Percentage Associates | 12/21/2018 | $ 850.00 | 1.30 | $ 201.60 | $ 262.08 | Call with co-counsel |
| Guo, Ava X. | Associate | 1/2/2019 | $ 870.00 | 4.80 | $ 205.25 | $ 985.20 | Review and analyze documents related to Honduras and Nepal |
| Guo, Ava X. | Associate | 1/3/2019 | $ 870.00 | 5.50 | $ 205.25 | $ 1,128.88 | Review and analyze documents related to Honduras and Nepal (1.70); participate in meeting with T. Weerasingha-Cote re new complaint (1.50); participate in teleconference with co-counsel (1.00); participate in internal Sidley call (0.50); review and analyze news articles about TPS related to Honduras and Nepal (0.80) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/3/2019 | $ 905.00 | 5.50 | $ 205.25 | $ 1,128.88 | Review Ramos filings and other background materials; meet with A. Guo; calls with co-counsel, Sidley team, and A. Degen |
| Guo, Ava X. | Associate | 1/4/2019 | $ 870.00 | 1.00 | $ 205.25 | $ 205.25 | Participate in teleconference with A. Talai and M. Rupram re new TPS matter (0.50); participate in meeting with T. Weeraisngha-Cote and J. Dugan re complaint drafting process (0.50) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/4/2019 | $ 905.00 | 1.50 | $ 205.25 | $ 307.88 | Draft emails to A. Guo and A. Degen; meet with J. Dugan and A. Guo |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 1/7/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Participate in teleconference with T. Weerasingha-Cote re review of existing record (0.50); confer with T. Domino re Honduras and Nepal complaint (0.30); review notes from J. Dugan re call with co-counsel (0.50); review materials from co-counsel related to Honduras and Nepal (1.20) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/7/2019 | $ 905.00 | 4.70 | $ 205.25 | $ 964.68 | Call with co-counsel re: complaint; review Ramos materials; follow-up with A. Guo; review and respond to emails re: doc review |
| Domino, Tyler J. | Associate | 1/8/2019 | $ 635.00 | 2.30 | $ 205.25 | $ 472.08 | Research Trump statements re: race/S. American countries |
| Domino, Tyler J. | Associate | 1/8/2019 | $ 635.00 | 0.50 | $ 205.25 | $ 102.63 | Meet with A. Guo and external team to discuss the complaint drafting and document review |
| Domino, Tyler J. | Associate | 1/8/2019 | $ 635.00 | 0.80 | $ 205.25 | $ 164.20 | Meet with A. Guo and team to discuss document review and next steps in the case |
| Dugan, Jon | Associate | 1/8/2019 | $ 540.00 | 0.80 | $ 205.25 | $ 164.20 | Take notes on call with T. Weerasingha-Cote, A. Guo, T. Domino, and C. Lapinig |
| Dugan, Jon | Associate | 1/8/2019 | $ 540.00 | 0.80 | $ 205.25 | $ 164.20 | Confer with A. Guo, T. Domino, T. Weerasingha-Cote, P. Bello, M. Letten re: document review plan |
| Dugan, Jon | Associate | 1/8/2019 | $ 540.00 | 2.40 | $ 205.25 | $ 492.60 | Categorize supporting documents from Ramos preliminary injunction |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 1/8/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Participate in teleconference with AAAJ re complaint (0.50); confer with T. Weerasingha-Cote re document review priorities (1.30); review Federal Register Notices for Honduras (0.30); draft review instructions (0.40) |
| Domino, Tyler J. | Associate | 1/9/2019 | $ 635.00 | 3.00 | $ 205.25 | $ 615.75 | Review Ramo exhibits for key documents related to Honduras and Nepal |
| Guo, Ava X. | Associate | 1/9/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Review and analyze documents in preparation for Complaint (1.70); review and analyze Ramos PI exhibits (0.80) |
| Domino, Tyler J. | Associate | 1/10/2019 | $ 635.00 | 3.80 | $ 205.25 | $ 779.95 | Review Ramos exhibits for key documents related to Honduras and Nepal |
| Dugan, Jon | Associate | 1/10/2019 | $ 540.00 | 6.90 | $ 205.25 | $ 1,416.23 | Document review to find support for APA and EPC claims |
| Guo, Ava X. | Associate | 1/10/2019 | $ 870.00 | 4.30 | $ 205.25 | $ 882.58 | Review and analyze documents in preparation for Complaint |
| Leaman, Kimberly | Associate | 1/10/2019 | $ 870.00 | 3.00 | $ 205.25 | $ 615.75 | Analyze, prepare summaries of federal register notices pertinent to new complaint |
| Domino, Tyler J. | Associate | 1/11/2019 | $ 635.00 | 3.30 | $ 205.25 | $ 677.33 | Review Ramos exhibits for key documents related to Honduras and Nepal |
| Dugan, Jon | Associate | 1/11/2019 | $ 540.00 | 2.80 | $ 205.25 | $ 574.70 | Document review to find support for APA and EPC claims for new complaint |
| Dugan, Jon | Associate | 1/11/2019 | $ 540.00 | 4.80 | $ 205.25 | $ 985.20 | Document review to find support for APA and EPC claims for new complaint |
| Guo, Ava X. | Associate | 1/11/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Review and analyze summary of Federal Register Notices for Honduras and Nepal |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Leaman, Kimberly | Associate | 1/11/2019 | $ 870.00 | 1.30 | $ 205.25 | $ 266.83 | Analyze, summarize Hondura federal register notices |
| Dugan, Jon | Associate | 1/13/2019 | $ 540.00 | 2.40 | $ 205.25 | $ 492.60 | Document review to find support for APA and EPC claims for new complaint |
| Dugan, Jon | Associate | 1/14/2019 | $ 540.00 | 2.10 | $ 205.25 | $ 431.03 | Document review to find support for APA and EPC claims for new complaint |
| Dugan, Jon | Associate | 1/14/2019 | $ 540.00 | 1.20 | $ 205.25 | $ 246.30 | Prepare chron for documents supporting APA and EPC claims for new complaint |
| Guo, Ava X. | Associate | 1/14/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Review summary of key documents from Honduras review |
| Domino, Tyler J. | Associate | 1/15/2019 | $ 635.00 | 3.00 | $ 205.25 | $ 615.75 | Revise and comment on complaint draft |
| Dugan, Jon | Associate | 1/15/2019 | $ 540.00 | 3.10 | $ 205.25 | $ 636.28 | Document review to find support for APA and EPC claims |
| Guo, Ava X. | Associate | 1/15/2019 | $ 870.00 | 1.80 | $ 205.25 | $ 369.45 | Review draft complain (0.9); summarize key recommendations for revision to draft complaint (0.40); coordinate with Centro Presente counsel re government productions (0.30); confer with A. Talai re Centro Presente discovery (0.20) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/15/2019 | $ 905.00 | 3.50 | $ 205.25 | $ 718.38 | Guo; draft email to co-counsel with comments |
| Degen, Alycia A. | Partner | 1/15/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails re complaint |
| Domino, Tyler J. | Associate | 1/16/2019 | $ 635.00 | 0.50 | $ 205.25 | $ 102.63 | Prepare Sidley's complaint comments for external co-counsel |
| Domino, Tyler J. | Associate | 1/16/2019 | $ 635.00 | 0.30 | $ 205.25 | $ 61.58 | Call with T. Weerasingha-Cote re: internal next steps |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Domino, Tyler J. | Associate | 1/16/2019 | $ 635.00 | 1.00 | $ 205.25 | $ 205.25 | Call with external team to discuss status and next steps |
| Dugan, Jon | Associate | 1/16/2019 | $ 540.00 | 5.20 | $ 205.25 | $ 1,067.30 | Document review to find support for APA and EPC claims |
| Guo, Ava X. | Associate | 1/16/2019 | $ 870.00 | 3.30 | $ 205.25 | $ 677.33 | Revise draft complaint (0.70); participate in teleconference with co-counsel (0.8); review and analyze summary of documents from DOJ productions (0.60); review and analyze documents from Centro Presente counsel (1.00); coordinate with Centro Presente counsel re key docs review (0.20) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/16/2019 | $ 905.00 | 3.30 | $ 205.25 | $ 677.33 | re: complaint; call with C. Lepinig re: complaint |
| Domino, Tyler J. | Associate | 1/17/2019 | $ 635.00 | 1.00 | $ 205.25 | $ 205.25 | Revise EPC section of the complaintt |
| Dugan, Jon | Associate | 1/17/2019 | $ 540.00 | 0.40 | $ 205.25 | $ 82.10 | Identify key documents supporting APA and EPC claims for new complaint |
| Dugan, Jon | Associate | 1/17/2019 | $ 540.00 | 2.60 | $ 205.25 | $ 533.65 | Document review to find support for APA and EPC claims for new complaint |
| Guo, Ava X. | Associate | 1/17/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Review and analyze key documents received from Centro Presente litigation (1.80); update summary of potential documents for Complaint for co-counsel review (0.70) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/17/2019 | $ 905.00 | 0.90 | $ 205.25 | $ 184.73 | Revise complaint; review and respond to emails re: same |
| Domino, Tyler J. | Associate | 1/18/2019 | $ 635.00 | 4.30 | $ 205.25 | $ 882.58 | Revise and comment on complaint draft |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 1/18/2019 | $ 870.00 | 2.80 | $ 205.25 | $ 574.70 | Participate in teleconference with T. Weerasingha-Cote re complaint (0.80); research prior termination of TPS for new complaint (2.0) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/18/2019 | $ 905.00 | 1.50 | $ 205.25 | $ 307.88 | Revise draft complaint |
| Dugan, Jon | Associate | 1/20/2019 | $ 540.00 | 1.80 | $ 205.25 | $ 369.45 | Review draft complaint to add documents supporting claims |
| Domino, Tyler J. | Associate | 1/21/2019 | $ 635.00 | 3.50 | $ 205.25 | $ 718.38 | Revise complaint |
| Guo, Ava X. | Associate | 1/21/2019 | $ 870.00 | 1.30 | $ 205.25 | $ 266.83 | Review revised draft complaint |
| Guo, Ava X. | Associate | 1/22/2019 | $ 870.00 | 1.30 | $ 205.25 | $ 266.83 | Revise and edit draft complaint (0.80); participate in teleconference with T. Weerasingha-Cote and J. Dugan re complaint (0.50) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/22/2019 | $ 905.00 | 5.00 | $ 205.25 | $ 1,026.25 | Revise complaint; meet with J. Dugan and A. Guo re: procedural research; review depositions |
| Dugan, Jon | Associate | 1/23/2019 | $ 540.00 | 3.60 | $ 205.25 | $ 738.90 | Research procedural and filing issues for new complaint |
| Guo, Ava X. | Associate | 1/23/2019 | $ 870.00 | 1.20 | $ 205.25 | $ 246.30 | Review discovery requests from other TPS cases to strategize re discovery for new complaint |
| Degen, Alycia A. | Partner | 1/23/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Emails and analysis re strategy for new complaint |
| Domino, Tyler J. | Associate | 1/24/2019 | $ 635.00 | 6.30 | $ 205.25 | $ 1,293.08 | Revise intro and EPC sections of the complaint |
| Dugan, Jon | Associate | 1/24/2019 | $ 540.00 | 5.90 | $ 205.25 | $ 1,210.98 | Edit APA section of complaint |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Leaman, Kimberly | Associate | 1/24/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Review, comment on draft complaint |
| Degen, Alycia A. | Partner | 1/24/2019 | $ 1,000.00 | 0.70 | $ 205.25 | $ 143.68 | Strategy discussions and emails re potential plaintiffs and complaint |
| Domino, Tyler J. | Associate | 1/25/2019 | $ 635.00 | 0.70 | $ 205.25 | $ 143.68 | Call with external team to discuss strategy, status and next steps |
| Dugan, Jon | Associate | 1/25/2019 | $ 540.00 | 0.70 | $ 205.25 | $ 143.68 | Edit APA section of complaint with T. Weerasingha-Cote questions |
| Guo, Ava X. | Associate | 1/25/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Participate in teleconference with co-counsel re case strategy |
| Weerasingha-Cote, Tami | Percentage Associates | 1/25/2019 | $ 905.00 | 2.20 | $ 205.25 | $ 451.55 | Revise complaint |
| Leaman, Kimberly | Associate | 1/25/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Review, comment on draft complaint |
| Degen, Alycia A. | Partner | 1/25/2019 | $ 1,000.00 | 1.30 | $ 205.25 | $ 266.83 | Strategy discussions and emails re complaint |
| Leaman, Kimberly | Associate | 1/27/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Review draft complaint |
| Degen, Alycia A. | Partner | 1/27/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails commenting on strategy for complaint |
| Leaman, Kimberly | Associate | 1/28/2019 | $ 870.00 | 5.50 | $ 205.25 | $ 1,128.88 | Review, comment on complaint |
| Degen, Alycia A. | Partner | 1/28/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails re strategy in light of anticipated plaintiffs |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 1/29/2019 | $ 870.00 | 2.20 | $ 205.25 | $ 451.55 | Revise and edit complaint (1.5); review discovery requests from Ramos in preparation for drafting discovery requests (0.7) |
| Weerasingha-Cote, Tami | Percentage Associates | 1/30/2019 | $ 905.00 | 0.50 | $ 205.25 | $ 102.63 | Revise complaint; review and respond to emails re: same |
| Degen, Alycia A. | Partner | 1/30/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails re revisions to complaint |
| Domino, Tyler J. | Associate | 1/31/2019 | $ 635.00 | 0.80 | $ 205.25 | $ 164.20 | Call with external team to discuss status and next steps |
| Dugan, Jon | Associate | 1/31/2019 | $ 540.00 | 1.80 | $ 205.25 | $ 369.45 | Create list of possible custodians for anticipated idsocvery |
| Weerasingha-Cote, Tami | Percentage Associates | 1/31/2019 | $ 905.00 | 2.50 | $ 205.25 | $ 513.13 | Review complaint comments; calls with T. Domino, A. Degen, and co-counsel; meet with K. Leaman and J. Dugan re: filing |
| Degen, Alycia A. | Partner | 1/31/2019 | $ 1,000.00 | 1.30 | $ 205.25 | $ 266.83 | Emails and strategy discussions re potential plaintiffs, complaint filing, press inquiries |
| Domino, Tyler J. | Associate | 2/1/2019 | $ 635.00 | 2.50 | $ 205.25 | $ 513.13 | Revise complaint, including in light of comments from co-counsel |
| Dugan, Jon | Associate | 2/1/2019 | $ 540.00 | 1.40 | $ 205.25 | $ 287.35 | Draft motion to relate case to Ramos |
| Dugan, Jon | Associate | 2/1/2019 | $ 540.00 | 3.90 | $ 205.25 | $ 800.48 | Review document production to create list of possible custodians for additional discovery |
| Commons, Sean A. | Partner | 2/1/2019 | $ 1,025.00 | 0.80 | $ 1,025.00 | $ 820.00 | Multiple emails and conference re: discovery strategy for new action |
| Degen, Alycia A. | Partner | 2/1/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Emails re complaint |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Degen, Alycia A. | Partner | 2/1/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Strategy discussions and emails re discovery |
| Dugan, Jon | Associate | 2/3/2019 | $ 540.00 | 0.30 | $ 205.25 | $ 61.58 | Search for document related to White House Principals Meeting for complaint |
| Domino, Tyler J. | Associate | 2/4/2019 | $ 635.00 | 5.90 | $ 205.25 | $ 1,210.98 | Revise complaint with co-counsel edits |
| Dugan, Jon | Associate | 2/4/2019 | $ 540.00 | 0.80 | $ 205.25 | $ 164.20 | Review evidence to determine whether to incorporate into complaint |
| Dugan, Jon | Associate | 2/4/2019 | $ 540.00 | 1.50 | $ 205.25 | $ 307.88 | Draft certification of pending cases |
| Guo, Ava X. | Associate | 2/4/2019 | $ 870.00 | 4.00 | $ 205.25 | $ 821.00 | Review existing discovery requests from TPS litigation (1.40); draft first set of RFPs (1.80); draft first set of interrogatories (0.80) |
| Weerasingha-Cote, Tami | Percentage Associates | 2/4/2019 | $ 905.00 | 1.90 | $ 205.25 | $ 389.98 | Review and respond to emails re: complaint and filing |
| Leaman, Kimberly | Associate | 2/4/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Review Ramos discovery requests/responses to prepare Nepal/Honduras discovery requests |
| Degen, Alycia A. | Partner | 2/4/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails regarding strategy for new complaint |
| Dugan, Jon | Associate | 2/5/2019 | $ 540.00 | 2.80 | $ 205.25 | $ 574.70 | Continue to evaluate additional potential evidence to incorporate into complaint |
| Dugan, Jon | Associate | 2/5/2019 | $ 540.00 | 1.00 | $ 205.25 | $ 205.25 | Revise complaint to incorporate additional evidence |
| Guo, Ava X. | Associate | 2/5/2019 | $ 870.00 | 4.50 | $ 205.25 | $ 923.63 | Draft discovery requests (2.00); review transcript of L. Cissna to identify additional potential topics for discovery (2.5) |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Weerasingha-Cote, Tami | Percentage Associates | 2/5/2019 | $ 905.00 | 6.00 | $ 205.25 | $ 1,231.50 | Revise complaint; review and respond to emails re: complaint, discovery requests and filing |
| Leaman, Kimberly | Associate | 2/5/2019 | $ 870.00 | 3.40 | $ 205.25 | $ 697.85 | Review Ramos discovery materials to prepare Honduras/Nepal discovery requests (1.2); comment on draft discovery requests (.5); review Saget depositions (1.2); review J. Dugan draft preliminary pleadings/filings (.5) |
| Degen, Alycia A. | Partner | 2/5/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Strategy discussions and emails regarding discovery requests and strategy |
| Degen, Alycia A. | Partner | 2/5/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails regarding complaint |
| Domino, Tyler J. | Associate | 2/6/2019 | $ 635.00 | 3.30 | $ 205.25 | $ 677.33 | Revise complaint to incorporate additional evidence and in light of comments |
| Guo, Ava X. | Associate | 2/6/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Draft discovery requests for team review |
| Weerasingha-Cote, Tami | Percentage Associates | 2/6/2019 | $ 905.00 | 1.70 | $ 205.25 | $ 348.93 | Follow-up on discovery and complaint emails, including comments on same |
| Leaman, Kimberly | Associate | 2/6/2019 | $ 870.00 | 3.50 | $ 205.25 | $ 718.38 | Review deposition transcripts from TPS cases (1); review, comment, edit draft discovery requests (1.2); review, analyze deposition summary to prepare custodian request (1.3) |
| Degen, Alycia A. | Partner | 2/6/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails regarding strategy and finalizing complaint |
| Degen, Alycia A. | Partner | 2/6/2019 | $ 1,000.00 | 0.80 | $ 205.25 | $ 164.20 | Review and strategy discussions regarding draft discovery to government |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Domino, Tyler J. | Associate | 2/7/2019 | $ 635.00 | 5.80 | $ 205.25 | $ 1,190.45 | Revise complaint based on additional evidence and comments |
| Guo, Ava X. | Associate | 2/7/2019 | $ 870.00 | 1.70 | $ 205.25 | $ 348.93 | Revise and edit draft complaint |
| Weerasingha-Cote, Tami | Percentage Associates | 2/7/2019 | $ 905.00 | 3.80 | $ 205.25 | $ 779.95 | Revise complaint; review and respond to emails re: complaint and filing |
| Commons, Sean A. | Partner | 2/7/2019 | $ 1,025.00 | 0.30 | $ 1,025.00 | $ 307.50 | Confer with team re: amendment to draft complaint and strategy for same |
| Leaman, Kimberly | Associate | 2/7/2019 | $ 870.00 | 1.50 | $ 205.25 | $ 307.88 | Review, revise draft complaint |
| Degen, Alycia A. | Partner | 2/7/2019 | $ 1,000.00 | 5.30 | $ 205.25 | $ 1,087.83 | Edit and strategy discussions regarding complaint |
| Guo, Ava X. | Associate | 2/8/2019 | $ 870.00 | 1.20 | $ 205.25 | $ 246.30 | Review and comment on revisions to complaint |
| Degen, Alycia A. | Partner | 2/8/2019 | $ 1,000.00 | 1.50 | $ 205.25 | $ 307.88 | Edit and strategy discussions regarding complaint |
| Commons, Sean A. | Partner | 2/9/2019 | $ 1,025.00 | 0.30 | $ 1,025.00 | $ 307.50 | Attend to team emails re: finalizing new complaint |
| Degen, Alycia A. | Partner | 2/9/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Emails regarding complaint |
| Guo, Ava X. | Associate | 2/10/2019 | $ 870.00 | 1.20 | $ 205.25 | $ 246.30 | Revise and edit discovery requests |
| Weerasingha-Cote, Tami | Percentage Associates | 2/10/2019 | $ 905.00 | 3.00 | $ 205.25 | $ 615.75 | Finalize and file the complaint |
| Commons, Sean A. | Partner | 2/10/2019 | $ 1,025.00 | 2.90 | $ 1,025.00 | $ 2,972.50 | Review and revise motion to relate, notice of interested parties and certification of pending cases; edit and comment on requests for production and interrogatories |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Degen, Alycia A. | Partner | 2/10/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Review and emails regarding draft discovery requests |
| Commons, Sean A. | Partner | 2/11/2019 | $ 1,025.00 | 0.20 | $ 1,025.00 | $ 205.00 | Multiple emails with co-counsel re: strategy for discovery |
| Degen, Alycia A. | Partner | 2/11/2019 | $ 1,000.00 | 0.80 | $ 205.25 | $ 164.20 | Emails regarding filing of complaint, discovery and motion to relate cases |
| Guo, Ava X. | Associate | 2/12/2019 | $ 870.00 | 1.20 | $ 205.25 | $ 246.30 | Revise discovery requests based on comments from co-counsel |
| Leaman, Kimberly | Associate | 2/12/2019 | $ 870.00 | 2.20 | $ 205.25 | $ 451.55 | Review discovery requests (1.5); review custodian information for discovery requests (.7) |
| Guo, Ava X. | Associate | 2/13/2019 | $ 870.00 | 1.50 | $ 205.25 | $ 307.88 | Revise discovery requests based on comments from co-counsel (0.50); participate in teleconference with DOJ (1.00) |
| Commons, Sean A. | Partner | 2/13/2019 | $ 1,025.00 | 0.30 | $ 1,025.00 | $ 307.50 | Emails with team re: discovery and related case strategy |
| Leaman, Kimberly | Associate | 2/13/2019 | $ 870.00 | 1.00 | $ 205.25 | $ 205.25 | Call with DOJ re: discovery |
| Guo, Ava X. | Associate | 2/14/2019 | $ 870.00 | 2.30 | $ 205.25 | $ 472.08 | Review and revise discovery plan for team discussion; review custodial information from previous DOJ presentations |
| Leaman, Kimberly | Associate | 2/14/2019 | $ 870.00 | 3.80 | $ 205.25 | $ 779.95 | Review, attend to correspondence; draft, prepare discovery proposal |
| Degen, Alycia A. | Partner | 2/14/2019 | $ 1,000.00 | 0.50 | $ 205.25 | $ 102.63 | Emails regarding requests for production and discovery strategy |
| Commons, Sean A. | Partner | 2/15/2019 | $ 1,025.00 | 0.50 | $ 1,025.00 | $ 512.50 | Team strategy call re: discovery |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 2/18/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Revise and edit draft letter brief re discovery |
| Leaman, Kimberly | Associate | 2/18/2019 | $ 870.00 | 1.90 | $ 205.25 | $ 389.98 | Tier discovery requests in order of importance / priority in advance of DOJ call |
| Guo, Ava X. | Associate | 2/19/2019 | $ 870.00 | 1.50 | $ 205.25 | $ 307.88 | Participate in teleconference with DOJ re discovery requests (1.00); review proposal for discovery requests (0.50) |
| Commons, Sean A. | Partner | 2/19/2019 | $ 1,025.00 | 1.70 | $ 1,025.00 | $ 1,742.50 | Prepare and confer with government re: discovery (1); multiple emails and conference with team re: discovery (.7) |
| Weerasingha-Cote, Tami | Percentage Associates | 2/20/2019 | $ 905.00 | 0.50 | $ 205.25 | $ 102.63 | Review and revise draft letter brief on discovery |
| Commons, Sean A. | Partner | 2/20/2019 | $ 1,025.00 | 0.20 | $ 1,025.00 | $ 205.00 | Comment on discovery strategy |
| Leaman, Kimberly | Associate | 2/20/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Review, draft correspondence with DOJ (.9); Review, revise draft letter brief (1.6) |
| Guo, Ava X. | Associate | 2/21/2019 | $ 870.00 | 2.80 | $ 205.25 | $ 574.70 | Revise and edit joint letter brief re discovery issues |
| Weerasingha-Cote, Tami | Percentage Associates | 2/21/2019 | $ 905.00 | 0.50 | $ 205.25 | $ 102.63 | Review letter brief; review and respond to emails re: same |
| Commons, Sean A. | Partner | 2/21/2019 | $ 1,025.00 | 0.60 | $ 1,025.00 | $ 615.00 | Revise and comment on draft discovery letter |
| Degen, Alycia A. | Partner | 2/21/2019 | $ 1,000.00 | 0.20 | $ 205.25 | $ 41.05 | Review and provide comments on discovery letter to court |
| Commons, Sean A. | Partner | 2/22/2019 | $ 1,025.00 | 0.80 | $ 1,025.00 | $ 820.00 | Further edits and comments on draft discovery letter, and emails re: same |
| Dugan, Jon | Associate | 2/25/2019 | $ 540.00 | 2.10 | $ 205.25 | $ 431.03 | Create list of possible deposition witnesses based on available evidence |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 2/25/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Confer with K. Leaman re discovery requests, depositions, and letter brief |
| Leaman, Kimberly | Associate | 2/25/2019 | $ 870.00 | 1.30 | $ 205.25 | $ 266.83 | Attend to discovery-related issues and correspondence (.5); attend to document review (.8) |
| Degen, Alycia A. | Partner | 2/25/2019 | $ 1,000.00 | 0.20 | $ 205.25 | $ 41.05 | Emails re discovery strategy and next steps |
| Leaman, Kimberly | Associate | 2/26/2019 | $ 870.00 | 3.30 | $ 205.25 | $ 677.33 | Draft TPS review guidance (1.3); revise draft brief letter (2). |
| Degen, Alycia A. | Partner | 2/26/2019 | $ 1,000.00 | 0.40 | $ 205.25 | $ 82.10 | Emails re response to government's discovery positions |
| Degen, Alycia A. | Partner | 2/27/2019 | $ 1,000.00 | 0.40 | $ 205.25 | $ 82.10 | Edit and emails re stipulation to stay case |
| Degen, Alycia A. | Partner | 2/27/2019 | $ 1,000.00 | 0.20 | $ 205.25 | $ 41.05 | Emails re discovery letter to court |
| Commons, Sean A. | Partner | 3/1/2019 | $ 1,025.00 | 0.30 | $ 1,025.00 | $ 307.50 | Conference with co-counsel re: coordination and case strategy |
| Leaman, Kimberly | Associate | 3/1/2019 | $ 870.00 | 2.10 | $ 205.25 | $ 431.03 | Revise, circulate letter brief to opposing counsel |
| Leaman, Kimberly | Associate | 3/5/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Review government e-mail re: discovery meet & confer and prepare response to same |
| Degen, Alycia A. | Partner | 3/5/2019 | $ 1,000.00 | 1.10 | $ 205.25 | $ 225.78 | Participate in status/strategy call and emails re discovery strategy |
| Degen, Alycia A. | Partner | 3/5/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Call with class member and emails re same |
| Degen, Alycia A. | Partner | 3/5/2019 | $ 1,000.00 | 0.10 | $ 205.25 | $ 20.53 | Review order from court re discovery |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Guo, Ava X. | Associate | 3/6/2019 | $ 870.00 | 2.50 | $ 205.25 | $ 513.13 | Review talking points in preparation for call with DOJ (0.80); participate in teleconference with DOJ re discovery proposal (1.00); draft summary of Plaintiffs' discovery proposal for team review (0.70) |
| Degen, Alycia A. | Partner | 3/6/2019 | $ 1,000.00 | 0.40 | $ 205.25 | $ 82.10 | Emails and call re discovery strategy |
| Leaman, Kimberly | Associate | 3/7/2019 | $ 870.00 | 0.80 | $ 205.25 | $ 164.20 | Revise e-mail summary re: discovery proposal and send to DOJ |
| Weerasingha-Cote, Tami | Percentage Associates | 3/11/2019 | $ 905.00 | 0.80 | $ 205.25 | $ 164.20 | Call with government and follow-up |
| Degen, Alycia A. | Partner | 3/11/2019 | $ 1,000.00 | 0.40 | $ 205.25 | $ 82.10 | Emails regarding stipulation to stay terminations |
| Degen, Alycia A. | Partner | 3/12/2019 | $ 1,000.00 | 0.60 | $ 205.25 | $ 123.15 | Emails re finalization of stipulation to stay, edit Questions & Answers |
| Commons, Sean A. | Partner | 3/19/2019 | $ 1,025.00 | 0.20 | $ 1,025.00 | $ 205.00 | Attend to various matters relating to discovery and coordination with related actions |
| Degen, Alycia A. | Partner | 3/22/2019 | $ 1,000.00 | 0.20 | $ 205.25 | $ 41.05 | Emails re FOIA requests to gather evidence to support action |
| Degen, Alycia A. | Partner | 3/25/2019 | $ 1,000.00 | 0.40 | $ 205.25 | $ 82.10 | Emails re questions from TPS holders and website update |
| Degen, Alycia A. | Partner | 3/26/2019 | $ 1,000.00 | 0.30 | $ 205.25 | $ 61.58 | Emails re USCIS website updates |
| Guo, Ava X. | Associate | 7/16/2019 | $ 870.00 | 0.50 | $ 205.25 | $ 102.63 | Participate in teleconference with ACLU team re government discovery |

*Bhattarai v. Nielsen* ; Case No. 3:18-cv-01554

| Timekeeper Name | Title | Date Worked | Standard Rate | Hours Requested | Rate Requested | Fees Requested | Timecard Narrative |
|---|---|---|---|---|---|---|---|
| Commons, Sean A. | Partner | 10/18/2021 | $ 1,200.00 | 0.10 | $ 1,200.00 | $ 120.00 | Attend to emails re: class settlement |
| Degen, Alycia A. | Partner | 6/14/2022 | $ 1,375.00 | 0.20 | $ 234.95 | $ 46.99 | Comment regarding court's request for status report |
| Degen, Alycia A. | Partner | 9/16/2022 | $ 1,375.00 | 0.20 | $ 234.95 | $ 46.99 | Comment on draft status report |
| | | | | **309.90** | | **$ 71,169.66** | |