# Exhibit F

| Organization | Sum of Hours Worked | Sum of Fees Requested | Sum of Costs Requested |
|---|---:|---:|---:|
| ACLU SoCal | 1,108.57 | $727,888 | $0.00 |
| Center for Immigration Law and Policy | 343.86 | $321,745 | $1,183.08 |
| UWU |  | $101,870 | $727.07 |
| ACLU NorCal | 304.60 | $273,474 | $861.60 |
| NDLON | 1,143.89 | $667,810.07 | $0.00 |
| AJSOCAL | 103.00 | $21,141 | $0.00 |
| Asian Americans Advancing Justice - Asian Law Caucus | 47.65 | $10,766 | $0.00 |
| Sidley Austin LLP | 4,851.90 | $1,382,358 | $144,308.69 |
|  |  |  |  |
| **Total** | **7,903.47** | **$3,507,052.12** | **$147,080.44** |
|  |  |  |  |
| **Total Amount Sought** | **$3,654,132.56** |  |  |