BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

CHRISTOPHER M. LYNCH (DC Bar No. 1049152)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 353-4537
Fax:  (202) 616-8470
Email: christopher.m.lynch@usdoj.gov

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, *et al.*, | Case Nos. 3:18-cv-1554-EMC |
| Plaintiffs, | **JOINT STIPULATION TO SET BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; *et al.*, | Judge:  Hon. Edward M. Chen<br>Date: August 15, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor |
| Defendants. | |

Plaintiffs filed their Motion for Attorneys fees on May 24, 2024. ECF No. 228. The parties hereby stipulate to the following briefing schedule:

**July 19, 2024**:  Defendants' Response

**August 2, 2024**:  Plaintiffs' Reply

DATED: June 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Directors

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
        (DC Bar No. 1049152)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:    (202) 353-4537
Fax:    (202) 616-8470
Email: christopher.m.lynch@usdoj.gov

*Counsel for Defendants*


 */s/ Ahilan T. Arulanantham*
Ahilan T. Arulanantham (SBN 237841)
CENTER FOR IMMIGRATION LAW
AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Christopher M. Lynch hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

*/s/ Christopher M. Lynch*
Christopher M. Lynch
Counsel for Defendants

**CERTIFICATE OF SERVICE**

On June 4, 2024, I served the foregoing document on all other parties using the Court's ECF system.

*/s/ Christopher M. Lynch*
Christopher M. Lynch
Counsel for Defendants

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- Defendants shall file their Opposition to Plaintiffs' Motion for Attorneys Fees on or before July 19, 2024.

- Plaintiffs shall file their Reply in Support of their Motion for Attorneys Fees on or before August 2, 2024.

Dated: _____, 2024

                                                              _____
                                                              The Honorable Edward M. Chen
                                                              United States District Judge