**Exhibit A: Rates and Hours By Year of Attorneys For Whom Plaintiffs' Seek Expert Rates**

| Attorney | Year | Hours Claimed | Requested Rate | Requested Total | EAJA Rate | EAJA Total | Difference |
|---|---|---|---|---|---|---|---|
| Ahilan Arulanantham | 2017 | 16.57 | $745.00 | $12,344.65 | $196.79 | $3,260.81 | -$9,083.84 |
| Ahilan Arulanantham | 2018 | 374.96 | $785.00 | $294,343.60 | $201.60 | $75,591.94 | -$218,751.66 |
| Ahilan Arulanantham | 2019 | 258.09 | $810.00 | $209,052.90 | $205.25 | $52,972.97 | -$156,079.93 |
| Ahilan Arulanantham | 2020 | 97.79 | $840.00 | $82,143.60 | $207.78 | $20,318.81 | -$61,824.79 |
| Ahilan Arulanantham | 2021 | 7.75 | $875.00 | $6,781.25 | $217.54 | $1,685.94 | -$5,095.32 |
| Ahilan Arulanantham | 2022 | 102.35 | $925.00 | $94,673.75 | $234.95 | $24,047.13 | -$70,626.62 |
| Ahilan Arulanantham | 2023 | 191.86 | $975.00 | $187,063.50 | $244.62 | $46,932.79 | -$140,130.71 |
| Ahilan Arulanantham | 2024 | 33.61 | $1,075.00 | $36,130.75 | $244.62 | $8,221.68 | -$27,909.07 |
| **Arunalantham Total** | | **1082.98** | | **$922,534.00** | | **$233,032.06** | **-$689,501.94** |

Source: ECF No. 229-8 (all EAJA Rates from Ninth Circuit website)

| Attorney | Year | Hours Claimed | Requested Rate | Requested Total | EAJA Rate | EAJA Total | Difference |
|---|---|---|---|---|---|---|---|
| Jessica Bansal | 2018 | 305 | $530.00 | $161,650.00 | $201.60 | $61,488.00 | -$100,162.00 |
| Jessica Bansal | 2019 | 81 | $630.00 | $51,030.00 | $205.25 | $16,625.25 | -$34,404.75 |
| Jessica Bansal | 2019 | 71.66 | $630.00 | $45,145.80 | $205.25 | $14,708.22 | -$30,437.59 |
| Jessica Bansal | 2020 | 0.68 | $680.00 | $462.40 | $207.78 | $141.29 | -$321.11 |
| Jessica Bansal | 2021 | 39.09 | $725.00 | $28,340.25 | $217.54 | $8,503.64 | -$19,836.61 |
| Jessica Bansal | 2022 | 29.8 | $770.00 | $22,946.00 | $234.95 | $7,001.51 | -$15,944.49 |
| Jessica Bansal | 2023 | 79.1 | $820.00 | $64,862.00 | $244.62 | $19,349.44 | -$45,512.56 |
| Jessica Bansal | 2024 | 15.8 | $890.00 | $14,062.00 | $244.62 | $3,865.00 | -$10,197.00 |
| **Bansal Total** | | **622.13** | | **$388,498.45** | | **$131,682.34** | **-$256,816.11** |

Sources: ECF No. 235-1 for 2018 & Jan-June 2019; ECF No. 229-8 for Aug-Dec 2019-2021; ECF No. 230-2 for 2022-2024

| Attorney | Year | Hours Claimed | Requested Rate | Requested Total | EAJA Rate | EAJA Total | Difference |
|---|---|---|---|---|---|---|---|
| Emi Maclean | 2018 | 809.00 | $600.00 | $485,400.00 | $201.60 | $163,094.40 | -$322,305.60 |
| Emi Maclean | 2019 | 33.70 | $660.00 | $22,242.00 | $205.25 | $6,916.93 | -$15,325.08 |
| Emi Maclean | 2022 | 139.10 | $850.00 | $118,235.00 | $234.95 | $32,681.55 | -$85,553.46 |
| Emi Maclean | 2023 | 137.60 | $910.00 | $125,216.00 | $244.62 | $33,659.71 | -$91,556.29 |
| Emi Maclean | 2024 | 31.20 | $965.00 | $30,108.00 | $244.62 | $7,632.14 | -$22,475.86 |
| **Maclean Total** | | **1,150.60** | | **$781,201.00** | | **$243,984.73** | **-$537,216.27** |

Sources: ECF No. 235-1 for 2018-2019; ECF No. 235-2 for 2022-2024

| Attorney | Year | Hours Claimed | Requested Rate | Requested Total | EAJA Rate | EAJA Total | Difference |
|---|---|---|---|---|---|---|---|
| Sean Commons (*Ramos*) | 2018 | 283.3 | $975.00 | $276,217.50 | $201.60 | $57,113.28 | -$219,104.22 |
| Sean Commons (*Ramos*) | 2019 | 72 | $1,025.00 | $73,800.00 | $205.25 | $14,778.00 | -$59,022.00 |
| Sean Commons (*Ramos*) | 2020 | 12.4 | $1,100.00 | $13,640.00 | $207.78 | $2,576.47 | -$11,063.53 |
| Sean Commons (*Ramos*) | 2021 | 3.2 | $1,200.00 | $3,840.00 | $217.54 | $696.13 | -$3,143.87 |
| Sean Commons (*Ramos*) | 2022 | 16.1 | $1,375.00 | $22,137.50 | $234.95 | $3,782.70 | -$18,354.81 |
| Sean Commons (*Ramos*) | 2023 | 31.2 | $1,450.00 | $45,240.00 | $244.62 | $7,632.14 | -$37,607.86 |
| Sean Commons (*Ramos*) | 2024 | 22.4 | $1,675.00 | $37,520.00 | $244.62 | $5,479.49 | -$32,040.51 |
| **Commons *Ramos* Total** | | **440.6** | | **$472,395.00** | | **$92,058.21** | **-$380,336.79** |

Source: ECF No. 231-2

| Sean Commons (*Bhattarai*) | 2019 | 9.1 | $1,025.00 | $9,327.50 | $205.25 | $1,867.78 | -$7,459.73 |
|---|---|---|---|---|---|---|---|
| Sean Commons (*Bhattarai*) | 2021 | 0.1 | $1,200.00 | $120.00 | $217.54 | $217.64 | -$982.36 |
| **Commons *Bhattarai* Total** | | **9.2** | | **$9,447.50** | | **$2,085.42** | **-$8,442.09** |

Source: ECF No. 231-3

| | |
|---|---|
| **Total Reduction Removing Rate Enhancement** | -$1,872,313.20 |

**Exhibit B: Hours and Fees Attributable to Bhattarai v. Nielsen, 19-cv-731 (N.D. Cal.) and/or Nepal & Honduras Determinations**

**Time Plaintiffs Directly Attribute To *Bhattarai* Case & Bhattarai-Only Counsel**

| Attorney/Organization | Bhattarai Hours Claimed | Bhattarai Amount Claimed | Source |
|---|---|---|---|
| Ahilan Arulanantham | 16.46 | $13,392.00 | Ex D |
| Jessica Bansal | 35.80 | $22,554.00 | Ex D |
| Emi Maclean | 27.10 | $16,530.00 | Ex D |
| McKinney 2019 | 29.49 | $5,964.35 | Hours from ECF 229-5; amount calculated using 9th Cir. EAJA Rate |
| McKinney 2020 | 3.70 | $768.79 | Hours from ECF 229-5; amount calculated using 9th Cir. EAJA Rate |
| Sidley Fees | 309.9 | $71,769.66 | ECF 231-3 at 17 |
| Sidley Costs |  | $5,897.74 | ECF 231-5 at 10 |
| Asian Americans Advancing Justice of Southern California | 103 | $21,141.00 | ECF 231-6 at 2 |
| Asian Americans Advancing Justice - Asian Law Caucus | 47.65 | $10,766.00 | ECF 231-6 at 2 |
| **Bhattarai Total** | **573.1** | **$168,783.54** | |

**Reduction for Time After July-2023 Related to Nepal & Honduras**

| Attorney/Organization | Post-7/23 Hours Claimed | Post-7/23 Ramos Hours Claimed | Source |
|---|---|---|---|
| Ahilan Arulanantham | 118.71 | $52,458.04 | Ex D |
| Jessica Bansal | 54.8 | $46,042.00 | Ex D |
| Emi MacLean | 89.1 | $82,797.00 | Ex D |
| Sidley-*Ramos* Fees | 88.1 | $68,417.71 | Ex C |
| Total | 350.71 | $249,714.75 | |
| **1/3 of Above Total** | **116.90** | **$83,238.25** | |

| | | |
|---|---|---|
| **Total Amount of Plaintiffs' Demand Attributable to *Bhattarai*/Nepal and Honduras Terminations** | | **$252,021.79** |

**Exhibit C: Fees and Costs Incurred After Case Became Moot, July 2023-Present**

| Attorney/Organization | Hours Claimed | Amount Claimed | Source |
|---|---|---|---|
| Ahilan Arulanantham | 118.71 | $52,458.04 | Ex D |
| Jessica Bansal | 54.8 | $46,042.00 | Ex D |
| Emi Maclean | 89.1 | $82,797.00 | Ex D |
| Sidley: *Ramos* Fees | 88.1 | $68,417.71 | ECF 231-2 |
| Sidley: *Ramos* Costs |  | $7,801.86 | ECF 231-4 |
| Sidley: *Bhattarai* Fees | 0 | $0.00 | ECF 231-3 |
| Sidley: *Bhattarai* Costs |  | $14.90 | ECF 231-5 |
| Asian Americans Advancing Justice-Asian Law Caucus | 25.05 | $6,127.73 | ECF 233-1 |
| **Total** | **375.76** | **$263,659.24** |  |

**EXHIBIT D: Hours Adjustments By Year of Attorneys For Whom Plaintiffs' Seek Expert Rates**

| Attorney | Year | Hours Claimed | Requested Rate | EAJA Rate | Hours Claimed July 2023-Present | Amount Claimed July 2023-Present | *Bhattarai* Hours Claimed | *Bhattarai* Amounts Claimed | Total Non-*Bhattarai* Hours Before July 2023 | Total Non-*Bhattarai* Fees at EAJA Rates Before July 2023 | Total Non-*Bhattarai* Hours wih All Adjustments | Total Non-*Bhattarai* Amounts at EAJA Rates, with All Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ahilan Arulanantham | 2017 | 16.57 | $745.00 | $196.79 | | | | | 16.57 | $3,260.81 | 16.57 | $3,260.81 |
| Ahilan Arulanantham | 2018 | 374.96 | $785.00 | $201.60 | | | | | 360.49 | $72,674.78 | 180.25 | $36,337.39 |
| Ahilan Arulanantham | 2019 | 258.09 | $810.00 | $205.25 | | | 14.47 | $11,720.70 | 243.62 | $50,003.01 | 0.00 | 0 |
| Ahilan Arulanantham | 2020 | 97.79 | $840.00 | $207.78 | | | 1.99 | $1,671.60 | 95.80 | $19,905.32 | 95.80 | $19,905.32 |
| Ahilan Arulanantham | 2021 | 7.75 | $875.00 | $217.54 | | | | | 7.75 | $1,685.94 | 7.75 | $1,685.94 |
| Ahilan Arulanantham | 2022 | 102.35 | $925.00 | $234.95 | | | | | 102.35 | $24,047.13 | 102.35 | $24,047.13 |
| Ahilan Arulanantham | 2023 | 191.86 | $975.00 | $244.62 | 85.1 | $16,327.29 | | | 106.76 | $25,083.26 | 106.76 | $25,083.26 |
| Ahilan Arulanantham | 2024 | 33.61 | $1,075.00 | $244.62 | 33.61 | $36,130.75 | | | 0 | $0.00 | 0.00 | $0.00 |
| **Total** | | **1082.98** | | | **118.71** | **$52,458.04** | **16.46** | **$13,392.30** | **933.34** | **$196,660.25** | **509.48** | **$110,319.86** |

Source: ECF No. 229-2 for 2017-2021; ECF No. 229-3 for 2022-2024 (all EAJA Rates from Ninth Circuit website)

| Attorney | Year | Hours Claimed | Requested Rate | EAJA Rate | Hours Claimed July 2023-Present | Amount Claimed July 2023-Present | *Bhattarai* Hours Claimed | *Bhattarai* Amounts Claimed | Total Non-*Bhattarai* Hours Before July 2023 | Total Non-*Bhattarai* Fees at EAJA Rates Before July 2023 | Total Non-*Bhattarai* Hours wih All Adjustments | Total Non-*Bhattarai* Amounts at EAJA Rates, with All Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jessica Bansal | 2018 | 305 | $530.00 | $201.60 | | | | | 305 | $61,488.00 | 152.50 | $61,488.00 |
| Jessica Bansal | 2019 | 81 | $630.00 | $205.25 | | | 5.90 | $3,717.00 | 75.10 | $15,414.28 | 0.00 | 0 |
| Jessica Bansal | 2019 | 71.66 | $630.00 | $205.25 | | | 29.90 | $18,837.00 | 41.76 | $8,571.24 | 41.76 | $8,571.24 |
| Jessica Bansal | 2020 | 0.68 | $680.00 | $207.78 | | | | | 0.68 | $141.29 | 0.68 | $141.29 |
| Jessica Bansal | 2021 | 39.09 | $725.00 | $217.54 | | | | | 39.09 | $8,503.64 | 39.09 | $8,503.64 |
| Jessica Bansal | 2022 | 29.8 | $770.00 | $234.95 | | | | | 29.8 | $7,001.51 | 29.80 | $7,001.51 |
| Jessica Bansal | 2023 | 79.1 | $820.00 | $244.62 | 39 | $31,980.00 | | | 40.1 | $9,809.26 | 40.10 | $9,809.26 |
| Jessica Bansal | 2024 | 15.8 | $890.00 | $244.62 | 15.8 | $14,062.00 | | | 0 | $0.00 | 0.00 | $0.00 |
| **Total** | | **622.13** | | | **54.8** | **$46,042.00** | **35.80** | **$22,554.00** | **531.53** | **$110,929.22** | **303.93** | **$95,514.94** |

Sources: ECF No. 235-1 for 2018 & Jan-June 2019; ECF No. 229-4 for Aug-Dec 2019-2021; ECF No. 230-2 for 2022-2024

| Attorney | Year | Hours Claimed | Requested Rate | EAJA Rate | Hours Claimed July 2023-Present | Amount Claimed July 2023-Present | *Bhattarai* Hours Claimed | *Bhattarai* Amounts Claimed | Total Non-*Bhattarai* Hours Before July 2023 | Total Non-*Bhattarai* Fees at EAJA Rates Before July 2023 | Total Non-*Bhattarai* Hours wih All Adjustments | Total Non-*Bhattarai* Amounts at EAJA Rates, with All Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emi Maclean | 2018 | 809.00 | $600.00 | $201.60 | | | | | 809.00 | $163,094.40 | 404.50 | $81,547.20 |
| Emi Maclean | 2019 | 33.70 | $660.00 | $205.25 | | | 22.60 | $13,560.00 | 11.10 | $2,278.28 | 5.55 | $1,139.14 |
| Emi Maclean | 2022 | 139.10 | $850.00 | $234.95 | | | 4.50 | $2,970.00 | 134.60 | $27,626.65 | 0.00 | 0 |
| Emi Maclean | 2023 | 137.60 | $910.00 | $244.62 | 57.90 | $52,689.00 | | | 79.70 | $18,725.52 | 79.70 | $18,725.52 |
| Emi Maclean | 2024 | 31.20 | $965.00 | $244.62 | 31.20 | $30,108.00 | | | 0.00 | $0.00 | 0.00 | $0.00 |
| **Total** | | **1,150.60** | | | **89.10** | **$82,797.00** | **27.10** | **$16,530.00** | **1034.40** | **$211,724.84** | **489.75** | **$101,411.85** |

Sources: ECF No. 235-1 for 2018-2019; ECF No. 235-2 for 2022-2024

| Attorney | Year | Hours Claimed | Requested Rate | EAJA Rate | Hours Claimed July 2023-Present | Amount Claimed July 2023-Present | *Bhattarai* Hours Claimed | *Bhattarai* Amounts Claimed | Total Non-*Bhattarai* Hours Before July 2023 | Total Non-*Bhattarai* Fees at EAJA Rates Before July 2023 | Total Non-*Bhattarai* Hours wih All Adjustments | Total Non-*Bhattarai* Amounts at EAJA Rates, with All Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Commons (Ramos only) | 2018 | 283.3 | $975.00 | $201.60 | | | | | 283.3 | $57,113.28 | 141.65 | $28,556.64 |
| Sean Commons (Ramos only) | 2019 | 72 | $1,025.00 | $205.25 | | | | | 72 | $14,778.00 | 0.00 | 0 |
| Sean Commons (Ramos only) | 2020 | 12.4 | $1,100.00 | $207.78 | | | | | 12.4 | $2,576.47 | 12.40 | $2,576.47 |
| Sean Commons (Ramos only) | 2021 | 3.2 | $1,200.00 | $217.54 | | | | | 3.2 | $696.13 | 3.20 | $696.13 |
| Sean Commons (Ramos only) | 2022 | 16.1 | $1,375.00 | $234.95 | | | | | 16.1 | $3,782.70 | 16.10 | $3,782.70 |
| Sean Commons (Ramos only) | 2023 | 31.2 | $1,450.00 | $244.62 | 12.3 | $17,835.00 | | | 18.9 | $4,623.32 | 18.90 | $4,623.32 |
| Sean Commons (Ramos only) | 2024 | 22.4 | $1,675.00 | $244.62 | 22.4 | $37,520.00 | | | 0 | $0.00 | 0.00 | $0.00 |
| **Total** | | **440.6** | | | **34.7** | **$55,355.00** | | | **405.9** | **$83,569.89** | **192.25** | **$40,235.25** |

Source: ECF No. 231-2

**Exhibit E: Sidley *Ramos* Fees by Year Through June 2023 (All Timekeepers & Excluding Sean Commons)**

| Year | Hours | All Timekeepers Amount Claimed | Commons Amount Claimed | Sidley Total Without Commons | Sidley Hours, Reduced for 2018 & 2019 | Sidley Without Commons, with Reductions for 2018 & 2019 |
|---|---|---|---|---|---|---|
| 2018 | 3688.3 | $965,759.10 | $276,217.50 | $689,541.60 | 1844.15 | $344,770.80 |
| 2019 | 549.8 | $171,950.87 | $73,800.00 | $98,150.87 | 0.00 | $0.00 |
| 2020 | 56.8 | $22,865.44 | $13,640.00 | $9,225.44 | 56.80 | $9,225.44 |
| 2021 | 10.4 | $5,406.28 | $3,840.00 | $1,566.28 | 10.40 | $1,566.28 |
| 2022 | 72 | $35,271.29 | $22,137.50 | $13,133.79 | 72.00 | $13,133.79 |
| 1Q &2Q 2023 | 76.6 | $41,519.61 | $27,405.00 | $14,114.61 | 76.60 | $14,114.61 |
| **Total** | **4453.9** | **$1,242,772.59** | **$417,040.00** | **$825,732.59** | **2059.95** | **$382,810.92** |

Source: ECF No. 231-4; Commons Amount Claimed from Ex. A

**Sidley *Ramos* Costs By Year Through June 2023**

| Year | Amount | Reduced Amount |
|---|---|---|
| 2018 | $72,376.16 | $36,188.08 |
| 2019 | $20,330.68 | $0.00 |
| 2020 | $8,890.61 | $8,890.61 |
| 2021 | $8,281.60 | $8,281.60 |
| 2022 | $12,886.40 | $12,886.40 |
| 1Q & 2Q 2023 | $7,843.64 | $7,843.64 |
| **Total** | **$130,609.09** | **$74,090.33** |

Source: ECF No. 231-6

**Exhibit F: McKinney *Ramos* Hours**

| Year | Ramos Hours | Reduced Ramos Hours | Reduced Ramos Hours Amount |
|---|---|---|---|
| 2018 | 16.38 | 8.19 | $1,651.10 |
| 2019 | 134.9 | 0 | $0.00 |
| 2020 | 57.24 | 57.24 | $11,893.33 |
| 2021 | 0.13 | 0.13 | $28.28 |
| **Total** | **208.65** | **65.56** | **$13,572.72** |

Source: ECF No. 229-5; amounts calculated with 9th Circuit inflation-adjusted EAJA rates from 9th Circuit website

**Exhibit G: Total Fees with All Reductions Applied**

| Attorney/Organization | Hours | Total | Source |
|---|---|---|---|
| Ahilan Arulanantham | 509.48 | $110,319.86 | Ex D |
| Jessica Bansal | 303.93 | $95,514.94 | Ex D |
| Emi Maclean | 489.75 | $101,411.85 | Ex D |
| Sean Commons | 192.25 | $40,235.25 | Ex D |
| Zoe McKinney | 65.56 | $13,572.72 | Ex F |
| Sidley *Ramos* Fees (Excluding Sean Commons) | 1867.70 | $382,810.92 | Ex E |
| Sidley *Ramos* Costs | | $74,090.33 | Ex E |
| Additional Costs* | | $727.07 | ECF Nos. 231-6 & 230-3 |
| **Total** | **3428.67** | **$818,682.94** | |

Reductions Applied:
1. 9th Circuit Inflation-Adjusted EAJA Rates for All Attorneys (See Part IV.A, Ex. A)
2. Bhattarai Hours Removed (See Part IV.B.i; Exs. B & D)
3. July 2023-Present Hours Removed (See Part IV.B.ii; Exs. C & D)
4. 2018 Hours Reduced to Half (See Part IV.B.iii; Exs. D, E, F)
5. 2019 Hours Removed (See Part IV.B.iii; Exs. D, E, F)

*Per ECF No. 231-6, Plaintiffs seek $1,183.08 in costs for the Center for Immigration Law & Policy; $727.07 in costs for Unemployed Workers United; and $861.60 for the ACLU of Northern California. Defendants are unable to locate the backup for the $1,183.08 in Plaintiffs' 900+ page filing, and the ACLU fees appear to be supported by ECF No. 235-3 and, per that document, all to post-date June 2023, so those fees have been excluded from the above.