1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
3  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
4  Telephone: (310) 825-1029

5  Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
6  UNEMPLOYED WORKERS UNITED
   P.O. Box 142
7  Claremont, CA 91107
   Telephone: (818) 570-6731
8
   Sean A. Commons (SBN 217603)
9  scommons@sidley.com
   SIDLEY AUSTIN LLP
10 350 South Grand Avenue
   Los Angeles, CA 90071
11 Telephone: (213) 896-6010
   Facsimile: (213) 896-6600
12
   Attorneys for Plaintiffs
13
   [*Additional Counsel Listed on Next Page*]
14
15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17 CRISTA RAMOS, individually and on behalf    Case No. 3:18-cv-01554-EMC
   of others similarly situated; CRISTINA
18 MORALES; BENJAMIN ZEPEDA,                    The Honorable Edward M. Chen
   individually and on behalf of others similarly
19 situated; ORLANDO ZEPEDA; JUAN              **SUPPLEMENTAL DECLARATION OF**
   EDUARDO AYALA FLORES, individually          **AHILAN T. ARULANANTHAM IN**
20 and on behalf of others similarly situated;  **SUPPORT OF REPLY IN SUPPORT OF**
   MARIA JOSE AYALA FLORES; ELSY               **PLAINTIFFS' MOTION FOR**
21 YOLANDA FLORES DE AYALA; HNAIDA             **ATTORNEYS' FEES**
   CENEMAT, individually and on behalf of
22 others similarly situated; WILNA DESTIN;     Date:   August 14, 2024
   RILYA SALARY, individually and on behalf of  Time:   9:00 a.m.
23 others similarly situated; SHERIKA           Dept.:  Courtroom 5, 17th Floor
   BLANC; IMARA AMPIE; MAZIN AHMED;
24 HIWAIDA ELARABI; and SALMA
   AHMED,
25            *Plaintiffs*,

26        v.

27 ALEJANDRO MAYORKAS, in his official
   capacity as Secretary of Homeland Security;
28 UNITED STATES DEPARTMENT OF

1   HOMELAND SECURITY; and UNITED
    STATES OF AMERICA,
2
3                *Defendants*.

4   KESHAV BHATTARAI; SAJJAN PANDEY;        Case No.  3:19-cv-00731-EMC
    SUMNIMA THAPA; DONALDO POSADAS
5   CACERES; SORAYDA RODRIGUEZ              **SUPPLEMENTAL DECLARATION OF**
    MOTIÑO; DENIS MOLINA CHAVEZ; S.S.,      **AHILAN T. ARULANANTHAM IN**
6   individually and on behalf of others similarly   **SUPPORT OF REPLY IN SUPPORT OF**
    situated; and G.D.P., individually and on        **PLAINTIFFS' MOTION FOR**
7   behalf of others similarly situated,            **ATTORNEYS' FEES**

8                *Plaintiffs*,                        The Honorable Edward M. Chen
9
            v.
10
    ALEJANDRO MAYORKAS, in his official
11  capacity as Secretary of Homeland Security;
    UNITED STATES DEPARTMENT OF
12  HOMELAND SECURITY; and UNITED
    STATES OF AMERICA
13
                 *Defendants*.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | *Additional Counsel for Plaintiffs*

2 | Emilou MacLean (SBN 319071)
emaclean@aclunc.org
3 | William S. Freeman (SBN 82002)
wfreeman@aclunc.org
4 | ACLU FOUNDATION
OF NORTHERN CALIFORNIA
5 | 39 Drumm Street
San Francisco, California 94111
6 | Telephone: (415) 621-2493
Facsimile: (415) 863-7832
7 |
8 | Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
9 | ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
10 | Los Angeles, CA 90017
Telephone: (213) 977-5236
11 |
12 | Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
13 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
14 | San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
Amelia Mazzarella (SBN 35168)
amazzarella@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW
CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **SUPPLEMENTAL DECLARATION OF AHILAN T. ARULANANTHAM IN SUPPORT OF**

2   **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

3         I, Ahilan T. Arulanantham, hereby declare:

4         1.      I make this declaration based on my own personal knowledge and if called to testify I

5   could and would do so competently as follows:

6         2.      I am a member of the Bar of the State of California. I am admitted to practice before

7   several federal courts, including the United States Supreme Court and this Court.

8         3.      I am counsel of record in *Ramos* and *Bhattarai*, the cases at issue in this fee motion.

9         4.      I kept time records for the work I did on this case since May 21, 2024, including but

10  not limited to the work I did to prepare the reply brief in this matter. I maintained those records using

11  the same methods I used for all my work in this case. Those methods are described in my prior

12  declaration in support of fees in this matter. ECF 229.

13        5.      The attached spreadsheet contains those records. They include records from the three

14  final days of work on the initial motion in support of fees, time I spent afterward on a compliance

15  issue (concerning the issuance of employment authorization documents for TPS holders who had

16  been protected by the injunction in this case), and work on this reply brief.

17        6.      Those records have all been downloaded into a spreadsheet using the Toggl program.

18  That spreadsheet is attached as **Exhibit A** to this declaration. They reflect a total of 15.34 hours of

19  work between May 21, 2024 and this morning (August 1, 2024). At my 2024 rate of $1,075 per

20  hour, this totals $16,490.50 additional fees that Plaintiffs request for the work I have done during

21  this time period.

22        I declare under penalty of perjury of the laws of the State of California and the United States

23  that the foregoing is true and correct.  Executed this 1st day of August, 2024 at Los Angeles,

24  California.

25

26                                              _____

27                                              Ahilan T. Arulanantham

28

1

# Exhibit A

| User | Case | Description | Start date | Start time | End date | End time | Duration | Time |
|------|------|-------------|------------|------------|----------|----------|----------|------|
| Arulanantham | Ramos/TPS | Review of Toggl billing records. | 5/22/2024 | 1:50:34 | 5/22/2024 | 2:11:10 | 0:20:36 | 0.33 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/22/2024 | 16:04:46 | 5/22/2024 | 16:23:43 | 0:18:57 | 0.30 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/22/2024 | 18:11:38 | 5/22/2024 | 19:06:03 | 0:54:25 | 0.90 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/22/2024 | 19:32:42 | 5/22/2024 | 19:41:46 | 0:09:04 | 0.15 |
| Arulanantham | Ramos/TPS | Talk w Carol Sobel re rate setting, then correspondence to team re same. | 5/22/2024 | 19:41:00 | 5/22/2024 | 19:54:00 | 0:13:00 | 0.22 |
| Arulanantham | Ramos/TPS | Review of Toggl billing records. | 5/22/2024 | 20:56:05 | 5/22/2024 | 21:01:21 | 0:05:16 | 0.08 |
| Arulanantham | Ramos/TPS | Review of Toggl billing records. | 5/22/2024 | 22:10:14 | 5/22/2024 | 22:57:08 | 0:46:54 | 0.77 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/22/2024 | 22:57:09 | 5/22/2024 | 23:32:00 | 0:34:51 | 0.57 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/22/2024 | 23:54:09 | 5/23/2024 | 0:05:42 | 0:11:33 | 0.18 |
| Arulanantham | Ramos/TPS | Review of Toggl billing records. | 5/23/2024 | 2:16:56 | 5/23/2024 | 2:44:07 | 0:27:11 | 0.45 |
| Arulanantham | Ramos/TPS | Review of Emi and Jess's declarations ISO fees. Then talk w Emi re same. Then further revisions to my declaration. | 5/23/2024 | 5:28:11 | 5/23/2024 | 6:25:24 | 0:57:13 | 0.95 |
| Arulanantham | Ramos/TPS | Drafting additional substantive portions of declaration. | 5/23/2024 | 15:58:00 | 5/23/2024 | 16:13:00 | 0:15:00 | 0.25 |
| Arulanantham | Ramos/TPS | Talk w Geneva to finalize declaration. | 5/23/2024 | 18:43:13 | 5/23/2024 | 19:02:10 | 0:18:57 | 0.30 |
| Arulanantham | Ramos/TPS | Review of Carol Sobel's declaration. | 5/23/2024 | 20:15:45 | 5/23/2024 | 20:31:58 | 0:16:13 | 0.27 |
| Arulanantham | Ramos/TPS | Final review of my declaration; exhibits. | 5/23/2024 | 21:47:00 | 5/23/2024 | 22:14:00 | 0:27:00 | 0.45 |
| Arulanantham | Ramos/TPS | Re-doing signature on declaration. | 5/24/2024 | 5:39:27 | 5/24/2024 | 5:48:10 | 0:08:43 | 0.13 |
| Arulanantham | Ramos/TPS | Re-doing signature on declaration. | 5/24/2024 | 15:30:53 | 5/24/2024 | 15:33:34 | 0:02:41 | 0.03 |
| Arulanantham | Ramos/TPS | Final review of brief. | 5/24/2024 | 15:33:39 | 5/24/2024 | 15:38:43 | 0:05:04 | 0.08 |
| Arulanantham | Ramos/TPS | Final review of brief. | 5/24/2024 | 16:59:00 | 5/24/2024 | 17:37:42 | 0:38:42 | 0.63 |
| Arulanantham | Ramos/TPS | Talk w Carol Sobel re rate setting. | 5/24/2024 | 19:58:00 | 5/24/2024 | 20:09:00 | 0:11:00 | 0.18 |
| Arulanantham | Ramos/TPS | Correspondence re govt request for extension on fee motion. | 6/4/2024 | 3:42:00 | 6/4/2024 | 3:58:00 | 0:16:00 | 0.27 |
| Arulanantham | Ramos/TPS | Research on new SCOTUS prevailing party case; then drafting correspondence w govt re EAJA briefing schedule. | 6/4/2024 | 15:54:17 | 6/4/2024 | 16:35:35 | 0:41:18 | 0.68 |
| Arulanantham | Ramos/TPS | Further correspondence w govt re extension motion. | 6/4/2024 | 19:00:24 | 6/4/2024 | 19:07:02 | 0:06:38 | 0.10 |
| Arulanantham | Ramos/TPS | Correspondence re EAD auto-extension problem; conversation w Jess re same. | 6/19/2024 | 21:38:00 | 6/19/2024 | 21:54:00 | 0:16:00 | 0.27 |
| Arulanantham | Ramos/TPS | Presentaton to TPS Alliance about EAD issue; next steps in post-Ramos environment. | 6/29/2024 | 19:28:53 | 6/29/2024 | 19:53:07 | 0:24:14 | 0.40 |
| Arulanantham | Ramos/TPS | Review of opposition to fee motion; correspondence to team re same. | 7/19/2024 | 8:13:00 | 7/19/2024 | 9:01:00 | 0:48:00 | 0.80 |
| Arulanantham | Ramos/TPS | Talk w Sidley team re plan for drafting reply brief; then correspondence to team re same. | 7/19/2024 | 18:37:00 | 7/19/2024 | 18:57:00 | 0:20:00 | 0.33 |
| Arulanantham | Ramos/TPS | Talk w Victor Leung re fee litigation; then correspondence re same. | 7/23/2024 | 5:18:00 | 7/23/2024 | 5:31:00 | 0:13:00 | 0.22 |
| Arulanantham | Ramos/TPS | Talk w MYL re answering govt args against her fee records. | 7/26/2024 | 19:42:00 | 7/26/2024 | 19:49:00 | 0:07:00 | 0.12 |
| Arulanantham | Ramos/TPS | Review of MYL's draft supplemental dec re fees, edits to same; then correspondence w team re moot for fee hearing; settlement offer issues; reply | 7/29/2024 | 18:57:23 | 7/29/2024 | 19:11:58 | 0:14:35 | 0.23 |
| Arulanantham | Ramos/TPS | Edits to reply brief. | 7/30/2024 | 16:49:06 | 7/30/2024 | 18:59:27 | 2:10:21 | 2.17 |
| Arulanantham | Ramos/TPS | Review of cert briefing in Lackey v Stinnie; correspondence re same. | 7/30/2024 | 22:03:00 | 7/30/2024 | 22:20:00 | 0:17:00 | 0.28 |
| Arulanantham | Ramos/TPS | Talk w Chloe re plans for reply declaration ISO fees. | 7/31/2024 | 21:38:05 | 7/31/2024 | 21:43:28 | 0:05:23 | 0.08 |
| Arulanantham | Ramos/TPS | Second-round edits to reply brief. | 8/1/2024 | 14:34:43 | 8/1/2024 | 15:32:06 | 0:57:23 | 0.95 |
| Arulanantham | Ramos/TPS | Second-round edits to reply brief. | 8/1/2024 | 15:39:49 | 8/1/2024 | 15:49:10 | 0:09:21 | 0.15 |
| Arulanantham | Ramos/TPS | Second-round edits to reply brief. | 8/1/2024 | 15:56:35 | 8/1/2024 | 16:57:27 | 1:00:52 | 1.00 |
| Arulanantham | Ramos/TPS | Talk w Chloe re finalizing reply time records. | 8/1/2024 | 20:18:28 | 8/1/2024 | 20:21:57 | 0:03:29 | 0.05 |
| | | | | | | Total: | | 15.34 |