Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
P.O. Box 142
Claremont, CA 91107
Telephone: (818) 570-6731

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6010
Facsimile: (213) 896-6600

Attorneys for Plaintiffs

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br>   *Plaintiffs*,<br> v.<br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF | Case No. 3:18-cv-01554-EMC<br><br>The Honorable Edward M. Chen<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA BANSAL IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: August 14, 2024<br>Time: 9:00 a.m.<br>Dept.: Courtroom 5, 17th Floor |

| | |
|---|---|
| HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>   *Defendants*. | |
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>   *Defendants*. | Case No. 3:19-cv-00731-EMC<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA BANSAL IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
Amelia Mazzarella (SBN 35168)
amazzarella@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

# SUPPLEMENTAL DECLARATION OF JESSICA BANSAL IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Jessica Bansal, hereby declare:

1. I submit this declaration to supplement my declaration in support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees by providing Unemployed Workers' United's (UWU) time records for work done on Plaintiffs' reply brief. This declaration is based on my own personal knowledge, unless otherwise indicated.

2. UWU's timekeeping records and protocol are described in my previous declaration. In reviewing UWU's time records for this reply, I exercised billing judgment and reduced the work for which we seek compensation to ensure the ultimate claimed amount is reasonable. Specifically, I excluded time spent by a Legal Fellow who assisted with research on this brief even though their work was warranted and appropriate to advance the interests of the clients.

3. A summary of the total hours, rates, and fees sought by UWU for work on Plaintiffs' Reply in Support of Attorneys' Fees is attached as **Exhibit 1**. The total number of hours billed by UWU in connection with the reply is 8.3 At the rates provided in my prior declaration, and substantiated by the supporting expert declarations, the fees sought by UWU for work performed on the reply are $7,387.00.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of August, 2024 in Claremont, California.

_____
Jessica Bansal

# Exhibit 1

**Unemployed Workers United**
**Attorney Fees for *Ramos v. Mayorkas***

| Attorney | Task | Date | Duration | Rate | Amount USD |
|---|---|---|---|---|---|
| Jessica Bansal | revise reply iso fees | 7/30/24 | 4.7 | $890 | 4,183.00 |
| Jessica Bansal | review filings in Lackey v Stinnie | 7/31/24 | 3 | $890 | 2,670.00 |
| Jessica Bansal | revise reply iso fees | 8/1/24 | 0.6 | $890 | 534.00 |
| | | | **8.3** | | **7,387.00** |