1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
3  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
4  Telephone: (310) 825-1029

5  Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
6  UNEMPLOYED WORKERS UNITED
   P.O. Box 142
7  Claremont, CA 91107
   Telephone: (818) 570-6731
8
   Sean A. Commons (SBN 217603)
9  scommons@sidley.com
   SIDLEY AUSTIN LLP
10 350 South Grand Avenue
   Los Angeles, CA 90071
11 Telephone: (213) 896-6010
   Facsimile: (213) 896-6600
12
   Attorneys for Plaintiffs
13
   [*Additional Counsel Listed on Next Page*]
14
                  **UNITED STATES DISTRICT COURT**
15
                **NORTHERN DISTRICT OF CALIFORNIA**
16

17 CRISTA RAMOS, individually and on behalf
   of others similarly situated; CRISTINA          Case No. 3:18-cv-01554-EMC
18 MORALES; BENJAMIN ZEPEDA,
   individually and on behalf of others similarly   The Honorable Edward M. Chen
19 situated; ORLANDO ZEPEDA; JUAN
   EDUARDO AYALA FLORES, individually        **SUPPLEMENTAL DECLARATION OF EMI**
20 and on behalf of others similarly situated;  **MACLEAN IN SUPPORT OF REPLY IN**
   MARIA JOSE AYALA FLORES; ELSY          **SUPPORT OF PLAINTIFFS' MOTION FOR**
21 YOLANDA FLORES DE AYALA; HNAIDA      **ATTORNEYS' FEES**
   CENEMAT, individually and on behalf of
22 others similarly situated; WILNA DESTIN;   Date:   August 14, 2024
   RILYA SALARY, individually and on behalf of  Time:  9:00 a.m.
23 others similarly situated; SHERIKA          Dept.:  Courtroom 5, 17th Floor
   BLANC; IMARA AMPIE; MAZIN AHMED;
24 HIWAIDA ELARABI; and SALMA
   AHMED,
25              *Plaintiffs*,

26         v.

27 ALEJANDRO MAYORKAS, in his official
   capacity as Secretary of Homeland Security;
28 UNITED STATES DEPARTMENT OF

1    HOMELAND SECURITY; and UNITED
     STATES OF AMERICA,
2
3              *Defendants.*

4    KESHAV BHATTARAI; SAJJAN PANDEY;          Case No.  3:19-cv-00731-EMC
     SUMNIMA THAPA; DONALDO POSADAS
5    CACERES; SORAYDA RODRIGUEZ               **SUPPLEMENTAL DECLARATION OF EMI**
     MOTIÑO; DENIS MOLINA CHAVEZ; S.S.,       **MACLEAN IN SUPPORT OF REPLY IN**
6    individually and on behalf of others similarly   **SUPPORT OF PLAINTIFFS' MOTION FOR**
     situated; and G.D.P., individually and on   **ATTORNEYS' FEES**
7    behalf of others similarly situated,
                                              The Honorable Edward M. Chen
8              *Plaintiffs,*

9         v.

10   ALEJANDRO MAYORKAS, in his official
     capacity as Secretary of Homeland Security;
11   UNITED STATES DEPARTMENT OF
     HOMELAND SECURITY; and UNITED
12   STATES OF AMERICA

13             *Defendants.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    *Additional Counsel for Plaintiffs*

2    Emilou MacLean (SBN 319071)
     emaclean@aclunc.org
3    William S. Freeman (SBN 82002)
     wfreeman@aclunc.org
4    ACLU FOUNDATION
     OF NORTHERN CALIFORNIA
5    39 Drumm Street
     San Francisco, California 94111
6    Telephone: (415) 621-2493
     Facsimile: (415) 863-7832
7
     Michael Kaufman (SBN 254575)
8    mkaufman@aclusocal.org
     ACLU FOUNDATION
9    OF SOUTHERN CALIFORNIA
     1313 West 8th Street
10   Los Angeles, CA 90017
     Telephone: (213) 977-5236
11
     Nicole M. Ryan (SBN 175980)
12   nicole.ryan@sidley.com
     SIDLEY AUSTIN LLP
13   555 California Street, Suite 2000
     San Francisco, CA 94104
14   Telephone: (415) 772-1219
     Facsimile: (415) 772-7400

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
Amelia Mazzarella (SBN 35168)
amazzarella@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW
CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

1    **SUPPLEMENTAL DECLARATION OF EMI MACLEAN IN SUPPORT OF REPLY IN**

2    **SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

3    Pursuant to 28 U.S.C. § 1746, I, Emi MacLean, declare:

4         1.      I am a Senior Staff Attorney at the ACLU of Northern California, a member in good

5    standing of the State Bars of California and New York, and one of the attorneys of record for

6    Plaintiffs in *Ramos v. Mayorkas* and *Bhattarai v. Mayorkas*. I am admitted to practice before several

7    federal courts, including this Court.

8         2.      I have personal knowledge of the facts set forth in this declaration, unless otherwise

9    indicated.

10        3.      I provide in this supplemental declaration my reasonable hours expended in

11   connection with responding to Defendants' opposition to Plaintiffs' motion for attorneys' fees and

12   costs in the reply filed today.

13        4.      A summary of the total hours, rates, and fees sought by ACLU of Northern California

14   in connection with preparing Plaintiffs' reply brief in support of their fee motion is contained in

15   **Exhibit A**. The system for timekeeping at the ACLU of Northern California remains the same as

16   outlined in my previously-filed declaration, and I have kept contemporaneous records of my time

17   expended in connection with responding to Defendants' opposition and preparing Plaintiffs' reply.

18   My own time entries accurately reflect the time that I necessarily devoted to this reply.

19        5.      The total number of hours billed by the ACLU of Northern California in connection

20   with the reply is 6.5. At the rates provided in my prior declaration, and substantiated by the

21   supporting expert declarations, the fees sought by the ACLU of Northern California for work

22   performed in the reply, are $6,272.50.

23        I declare under penalty of perjury, under the laws of the United States that the foregoing is

24   true and correct.  Executed this 1st day of August, 2024 in Oaxaca, Mexico.

25

26

27   _____
     Emi MacLean

28

# Exhibit A

| **ACLU of Northern California, Supplemental Attorneys Fees for *Ramos v. Nielsen*** | | | | | |
| | | | | | |
| **TIME ENTRY** | **TIMEKEEPER** | **DATE** | **TIME** | **RATE** | **AMOUNT** |
| | | | **6.5** | | **$6,272.50** |
| Review reply brief; compile supplemental hours and draft supplemental fee declaration | Emaclean | 08/01/2024 | 0.9 | $965.00 | $868.50 |
| Review/edit draft reply ISO EAJA fee motion | Emaclean | 07/31/2024 | 0.9 | $965.00 | $868.50 |
| Review/edit draft reply ISO EAJA fee motion | Emaclean | 07/30/2024 | 0.5 | $965.00 | $482.50 |
| Review/edit draft reply ISO EAJA fee motion | Emaclean | 07/29/2024 | 2.8 | $965.00 | $2,702.00 |
| Review government opposition to fee motion; summarize important points for reply in email to co-counsel | Emaclean | 07/19/2024 | 1.4 | $965.00 | $1,351.00 |
| **Total** | | | **6.5** | | **$6,272.50** |