Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
P.O. Box 142
Claremont, CA 91107
Telephone: (818) 570-6731

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6010
Facsimile: (213) 896-6600

Attorneys for Plaintiffs

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, individually and on behalf of others similarly situated; CRISTINA MORALES; BENJAMIN ZEPEDA, individually and on behalf of others similarly situated; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES, individually and on behalf of others similarly situated; MARIA JOSE AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; HNAIDA CENEMAT, individually and on behalf of others similarly situated; WILNA DESTIN; RILYA SALARY, individually and on behalf of others similarly situated; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI; and SALMA AHMED,<br>    *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF | Case No. 3:18-cv-01554-EMC<br><br>The Honorable Edward M. Chen<br><br>**DECLARATION OF MONIKA Y. LANGARICA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:   August 14, 2024<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 5, 17th Floor |

| | |
|---|---|
| HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>    *Defendants*.<br><br>KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>    *Defendants.* | Case No. 3:19-cv-00731-EMC<br><br>**DECLARATION OF MONIKA Y. LANGARICA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1219
Facsimile: (415) 772-7400

Leslie A. Ridings (SBN 349465)
lridings@sidley.com
Amelia Mazzarella (SBN 35168)
amazzarella@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Winifred Kao (SBN 241473)
winifredk@advancingjustice-alc.org
ADVANCING JUSTICE – ASIAN LAW
CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Keally Cieslik (SBN 55413)
keally.c@uwunited.org
UNEMPLOYED WORKERS UNITED
100 N. Howard Street, Suite 4000
Spokane, WA 99201
Telephone: (508) 250-0518
Admitted Pro Hac Vice

DECLARATION OF MONIKA Y. LANGARICA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES CASE NO. 3:18-CV-01554-EMC

**DECLARATION OF MONIKA Y. LANGARICA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, Monika Y. Langarica, hereby declare:

1. I am a Senior Staff Attorney at the Center for Immigration Law & Policy at the UCLA School of Law. I submit this declaration in support of "Plaintiffs' Notice of Motion and Motion for Attorneys' Fees." I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

2. At the request and under the direction of Ahilan T. Arulanantham, on February 1 and February 3, 2022, I researched an issue related to the possibility of settlement in this case. I researched whether there might be differences in the degree to which a settlement would be enforceable if it were entered into on behalf of a class of TPS holders rather than if it were entered into on behalf of a set of individuals, and if such differences would remain even if the individuals specified that they intended for the agreement to be enforced by third party beneficiaries.

3. I abbreviated that research in my timekeeping records as "class vs 3dp ben" as shorthand for "class versus third party beneficiaries."

4. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of July 2024 in San Diego, California.

*s/ Monika Y. Langarica*
Monika Y. Langarica