# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

### CIVIL MINUTES

**Date**: August 14, 2024      **Time**: 9:06 -10:13      **Judge**: EDWARD M. CHEN
1 Hour, 7 minutes

**Case No.:** 3:18-cv-01554-EMC      **Case Name:** Ramos et al v. Nielsen et al

**Attorneys for Plaintiffs:** Ahilan Arulanantham, Emilou MacLean
**Attorney for Defendants:** Christopher Lynch

**Deputy Clerk:** Vicky Ayala      **Court Reporter:** Marla Knox

### PROCEEDINGS HELD BY ZOOM WEBINAR

Motion for Attorneys' Fees Dismiss – held (In-Person).

### SUMMARY

Parties stated appearances. Oral argument presented. Matter submitted; order to issue.