UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>   Plaintiffs,<br>   vs.<br><br>KRISTI NOEM, *et al.*,<br><br>   Defendants. | Case No. 3:18-cv-1554<br><br>**[PROPOSED] ORDER GRANTING** *NATIONAL TPS ALLIANCE***, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIV. L.R. 3-12.** |

**[PROPOSED] ORDER**

Having reviewed National TPS Alliance, et al. Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, this Court hereby ORDERS that the following cases be related:

- *Ramos et al. v. Noem, et al.*, Case No. 3:18-cv-01554
- *National TPS Alliance, et al. v. Noem, et al.*, Case No. 3:25-cv-1766

Date: _____

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CASE NO. 3:18-CV-1554