Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs National TPS Alliance *et al.* in *National TPS Alliance et al. v. Noem et al.*, No. 25-cv-1766
[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:18-cv-1554<br><br>**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF *NATIONAL TPS ALLIANCE, et al.*, PLAINTIFFS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice Application Forthcoming*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

I. Emilou MacLean, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record for Plaintiffs National TPS Alliance, *et al.*, in the action *National TPS Alliance, et al.*, *vs. Defendants*, Case No. 25-cv-1766. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Plaintiffs National TPS Alliance, et al.'s, Administrative Motion to Consider Whether Cases Should be Related (the "Administrative Motion").

3. Due to the urgent nature of this action, Plaintiffs are filing this Administrative Motion concurrently with the filing of the Complaint, and thus Plaintiffs have not been able to meet and confer with counsel for Defendants regarding this Motion.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed in *National TPS Alliance, et al. v. Noem, et. al.*, Case No. 25-cv-1766.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February 2025, in San Francisco, California.

　　　　　　　　　　　　　　　　 /s/ Emilou MacLean