UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>Defendants. | Case No. 18-cv-01554-EMC<br><br>**ORDER RE PLAINTIFFS' MOTION TO RELATE**<br><br>Docket No. 249 |

Plaintiffs have moved to relate *National TPS Alliance v. Noem*, No. C-25-1766, to the instant case. The Court hereby orders Defendants in this case and/or *National TPS Alliance* to file a response to Plaintiffs' motion to relate by **Tuesday, February 25, 2025**.[1] Plaintiffs are ordered to serve a copy of this order on Defendants in both cases by **Friday, February 21, 2025**, and shall file a declaration by the same date confirming that service was effected. Because of the short deadline, the Court also orders Plaintiffs to contact Defendants by phone and/or email and to notify them of the contents of this order.

**IT IS SO ORDERED**.

Dated: February 20, 2025

_____
EDWARD M. CHEN
United States District Judge

---

[1] Defendants in both cases are the federal government and/or officials.