1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  Stephany Martinez Tiffer (SBN 341254)
   martineztiffer@law.ucla.edu
3  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
4  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
5  Telephone: (310) 825-1029

6  Emilou H. MacLean (SBN 319071)
   emaclean@aclunc.org
7  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
8  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA 94111-4805
10 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832

Attorneys for Plaintiffs National TPS Alliance, et
al. in related case *National TPS Alliance, et al. v.
Noem et al.*, No. 25-cv-1766
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA RAMOS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Defendants. | Case No. 3:18-cv-1554-EMC<br><br>**DECLARATION OF AHILAN T. ARULANANTHAM REGARDING SERVICE OF THE COURT'S FEBRUARY 20, 2025 ORDER RE PLAINTIFFS' MOTION TO RELATE**<br><br>Hon. Edward M. Chen<br><br>Previously Related Case: Nos. 3:19-cv-00731-EMC<br><br>Case for Which Relation is Sought: *National TPS Alliance et al. v. Noem et al.* (Case No. 25-cv-1766-EMC) |

Additional Counsel for Plaintiffs National TPS Alliance, *et al.*

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*pro hac vice pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 799 3566

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

I, Ahilan T. Arulanantham, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Professor from Practice and Faculty Co-Director at the Center for Immigration Law and Policy (CILP) UCLA School of Law, counsel of record for Plaintiffs National TPS Alliance, *et al.*, in the action *National TPS Alliance, et al., vs. Noem et al.*, Case No. 3:25-cv-1766. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. On February 20, 2025, I emailed the Court's February 20, 2025 Order re Plaintiffs' Motion to Relate (ECF 251) ("Order") to several Department of Justice attorneys against whom I have litigated in the past, including two who worked on this *Ramos* case, and informed them of its contents. Shortly afterward, I received an email from a Department of Justice Attorney named Sarah Vuong stating that she was aware I had communicated with other attorneys in the Department of Justice, and that she would be counsel for the Defendants in the *NTPSA* case going forward. In response, I emailed her this Court's Order re Plaintiffs' Motion to Relate, as well as the motion to relate and supporting papers and substantive filings from the *NTPSA* case. Attached hereto as **Exhibit 1** is a true and correct copy of the aforementioned email correspondence.

3. I also caused the Court's Order to be hand delivered to the Northern District of California United States Attorney's Office on February 20, 2025. Attached hereto as **Exhibit 2** is a true and correct copy of the proof of service by hand delivery.

4. I further caused copies of the Court's Order, the *NTPSA* complaint, and Plaintiffs' Motion to Relate to be served on Defendants in both cases by certified mail addressed to the Defendants' mail service addresses below on February 20, 2025. The documents were enclosed in a sealed envelope addressed to the persons at the addresses list below and were deposited with the United States Postal Service, with postage fully prepaid.

<u>Kristi Noem in her official capacity as Secretary of Homeland Security</u>
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

1

ARULANANTHAM DECLARATION RE SERVICE OF ORDER – CASE NO. 3:18-CV-1554-EMC

1  United States Department of Homeland Security
   Office of the General Counsel
2  U.S. Department of Homeland Security
   245 Murray Lane, SW
3  Mail Stop 0485
   Washington, DC 20528-0485
4

5  United States of America
   Pamela Bondi
6  U.S. Department of Justice
   950 Pennsylvania Avenue NW
7  Washington DC 20530

8

9    I declare under penalty of perjury that the foregoing is true and correct.

10   Executed this 21st day of February 2025, in Los Angeles, California.

11

12                                                          /s/ Ahilan T. Arulanantham
                                                           Ahilan T. Arulanantham
13