Exhibit 1

| | |
|---|---|
| From: | Arulanantham, Ahilan |
| To: | Vuong, Sarah L. (CIV) |
| Cc: | Weiland, William H. (CIV); jessica@ndlon.org; Emi MacLean |
| Subject: | Re: Ramos v. Nielsen and NTPSA v. Noem; Court Order to Contact Defendants |
| Date: | Thursday, February 20, 2025 2:24:04 PM |
| Attachments: | 2025.02.19 [01.0] Complaint.pdf |
| | 2025.02.19 [14] Pro Hac Vice App - M. Wilfong.pdf |
| | 2025.02.19 [249.0] Admin Mot to Relate Cases.pdf |
| | 2025.02.19 [249.1] Proposed Order.pdf |
| | 2025.02.19 [250.0] Decl E. MacLean ISO Mot to Relate Cases.pdf |
| | 2025.02.19 [250.1] Exhibit 1.pdf |
| | 2025.02.19 [13.0] Plts Admin Mot to Proceed Under Pseudonym.pdf |
| | 2025.02.19 [13.1] [P] Order.pdf |
| | 2025.02.19 [13.2] Decl of E. MacLean ISO Pseudonym Mot.pdf |
| | 2025.02.19 [13.3] Decl of E.R. ISO Pseudonym Mot.pdf |
| | 2025.02.19 [13.4] Decl of M.H. ISO Pseudonym Mot.pdf |
| | 2025.02.19 [01.1] Civil Cover Sheet.pdf |
| | 2025.02.19 [02] Proposed Summons - Kristi Noem DHS.pdf |
| | 2025.02.19 [03] Proposed Summons - U.S. DHS.pdf |
| | 2025.02.19 [04] Proposed Summons - U.S.A..pdf |
| | 2025.02.19 [05] Plt National TPS Alliance"s Corp Disc + Cert of Int. Entities.pdf |
| | 2025.02.19 [06] Ind. Plts" Cert of Int. Entities.pdf |
| | 2025.02.19 [07] Plts Declination To Magistrate Judge.pdf |

Nice to e-meet you Sarah. I'm copying my co-counsel here. I'm pasting below the message I sent to your DOJ colleagues just so it is all in one string. And I'm attaching all the documents mentioned in that message as well as all the other documents we have filed thus far other than the notices of appearance. (I'm happy to send those too if you'd like—just let me know).

Let us know if you need anything else. We look forward to working with you.

Take care,
ahilan

---

Dear Brian, Brian, Erez, Chris, Gary, and Sarah,

I hope you all are keeping well. Last night I and my co-counsel above filed a new lawsuit challenging the vacatur and termination

of TPS for Venezuela. The case is National TPS Alliance v. Noem. The complaint is attached.

We also filed an administrative motion to relate the case to Ramos. As most of you probably know, Ramos challenged the TPS terminations under the first Trump administration. I have attached that motion as well (along with our proposed order).

Judge Chen, who is the judge in Ramos, issued an order today setting a briefing schedule on the notice of related cases, with Defendants' response due by Tuesday. The order directs us to serve a copy of his order on "Defendants in both cases" by tomorrow. I have attached the order here.

I also have all the other documents filed in the case, which I can send to whomever is the right attorney. And of course we are happy to discuss any of this with any of you or whoever will be government counsel in these cases going forward. Feel free to call or text if easier, at 323.422.5947.

Take care,
ahilan

--
Ahilan Arulanantham (he or they)
Professor from Practice
Faculty Co-Director
(310) 825-1029
**Center for Immigration Law and Policy (CILP)**
**UCLA School of Law**
Website | Twitter | Facebook | Instagram | YouTube

**From:** Vuong, Sarah L. (CIV) <Sarah.L.Vuong@usdoj.gov>
**Date:** Thursday, February 20, 2025 at 1:51 PM
**To:** Arulanantham, Ahilan <arulanantham@law.ucla.edu>
**Cc:** Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Subject:** Ramos v. Nielsen and NTPSA v. Noem; Court Order to Contact Defendants

[You don't often get email from sarah.l.vuong@usdoj.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Hi Ahilan,

I will be working with a team of attorneys on the TPS litigation that was just filed. I know that you have reached out to others in our office, regarding the sharing of documents. You may send them to me. I did see the order that directs us to respond to the motion to relate by Tuesday as well the requirement that you reach out. Thank you for sending over what you have filed and we will start entering our appearances shortly.

Best,
Sarah