Exhibit 2

| Attorney or Party without Attorney:<br>Ahilan T. Arulanantham (SBN 237841)<br><br>Telephone No:<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>028582 90100 | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* NATIONAL TPS ALLIANCE; ET AL.
*Defendant:* KRISTI NOEM; ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:25 cv 01766 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the COMPLAINT; NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; ORDER RE PLAINTIFFS' MOTION TO RELATE; PROPOSED ORDER GRANTING MOTION

3. a. Party served:    KRISTI NOEM, in her official capacity as Secretary of Homeland Security
   b. Person served:   LILLIAN DO, PERSON IN CHARGE, AUTHORIZED TO ACCEPT.

4. Address where the party was served:    450 Golden Gate Avenue 11TH FLOOR, San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 20 2025 (2) at: 04:51 PM

6. **Person Who Served Papers:**
   a. Kyle Marston (2018-0001402, San Francisco)        d. *The Fee* for Service was:
   **b. FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/21/2025
(Date)                                                   (Signature)



PROOF OF SERVICE

12752851
(6178283)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Ahilan T. Arulanantham (SBN 237841)<br><br>*Telephone No:*<br>*Attorney For:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 028582 90100

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* NATIONAL TPS ALLIANCE; ET AL.
*Defendant:* KRISTI NOEM; ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:25 cv 01766 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the COMPLAINT; NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; ORDER RE PLAINTIFFS' MOTION TO RELATE; PROPOSED ORDER GRANTING MOTION

3. a. Party served: UNITED STATES DEPARTMENT OF HOMELAND SECURITY
   b. Person served: LILLIAN DO, PERSON IN CHARGE, AUTHORIZED TO ACCEPT.

4. Address where the party was served: 450 Golden Gate Avenue 11TH FLOOR, San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 20 2025 (2) at: 04:51 PM

6. **Person Who Served Papers:**
   a. Kyle Marston (2018-0001402, San Francisco)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/21/2025
(Date)                                                          (Signature)



PROOF OF SERVICE

12752853
(6178285)

| Attorney or Party without Attorney: <br> Ahilan T. Arulanantham (SBN 237841) <br><br> Telephone No: <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 028582 90100 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ||| 
| Plaintiff: NATIONAL TPS ALLIANCE; ET AL. <br> Defendant: KRISTI NOEM; ET AL. |||
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:25 cv 01766 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the COMPLAINT; NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; ORDER RE PLAINTIFFS' MOTION TO RELATE; PROPOSED ORDER GRANTING MOTION

3. a. Party served: USA ND CAL U.S. ATTORNEY OFFICE
   b. Person served: LILLIAN DO, PERSON IN CHARGE. AUTHORIZED TO ACCEPT.

4. Address where the party was served: 450 Golden Gate Avenue 11TH FLOOR, San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 20 2025 (2) at: 04:51 PM

6. **Person Who Served Papers:**
   a. Kyle Marston (2018-0001402, San Francisco)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/21/2025
(Date)                                (Signature)



PROOF OF SERVICE

12752848
(6178277)