1   Ahilan T. Arulanantham (SBN 237841)
    arulanantham@law.ucla.edu
2   UCLA CENTER FOR IMMIGRATION LAW
    AND POLICY*
3   385 Charles E. Young Dr. East
    Los Angeles, CA 90095
4   Telephone: (310) 825-1029

5   Jessica Karp Bansal (SBN 277347)
    NATIONAL DAY LABORER
6   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106
7   Pasadena, CA 91105
    Telephone: (626) 214-5689

8   Attorneys for Plaintiffs
    [*Additional Counsel Listed on Next Page*]

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12  CRISTA RAMOS, individually and on behalf        Case No. 3:18-cv-1554-EMC
    of others similarly situated; CRISTINA
13  MORALES; BENJAMIN ZEPEDA,                        **PLAINTIFFS' NOTICE OF APPEAL**
    individually and on behalf of others similarly
14  situated; ORLANDO ZEPEDA; JUAN                   The Honorable Edward M. Chen
    EDUARDO AYALA FLORES, individually
15  and on behalf of others similarly situated;
    MARIA JOSE AYALA FLORES; ELSY
16  YOLANDA FLORES DE AYALA; HNAIDA
    CENEMAT, individually and on behalf of
17  others similarly situated; WILNA DESTIN;
    RILYA SALARY, individually and on behalf
18  of others similarly situated; SHERIKA
    BLANC; IMARA AMPIE; MAZIN AHMED;
19  HIWAIDA ELARABI; and SALMA AHMED,

20          *Plaintiffs*,

21          v.

22  ALEJANDRO MAYORKAS, in his official
    capacity as Secretary of Homeland Security;
23  UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY; and UNITED
24  STATES OF AMERICA,

25          *Defendants*.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KESHAV BHATTARAI; SAJJAN PANDEY;
SUMNIMA THAPA; DONALDO POSADAS
CACERES; SORAYDA RODRIGUEZ
MOTIÑO; DENIS MOLINA CHAVEZ; S.S.,
individually and on behalf of others similarly
situated; and G.D.P., individually and on
behalf of others similarly situated,

*Plaintiffs*,

v.

ALEJANDRO MAYORKAS, in his official
capacity as Secretary of Homeland Security;
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED
STATES OF AMERICA,

*Defendants.*

Case No. 3:19-cv-00731-EMC

**PLAINTIFFS' NOTICE OF APPEAL**

The Honorable Edward M. Chen

1    Additional Counsel for Plaintiffs

2    Emilou MacLean (SBN 319071)                Winifred Kao (SBN 241473)
     emaclean@aclunc.org                        winifredk@advancingjustice-alc.org
3    ACLU FOUNDATION                            ADVANCING JUSTICE – ASIAN LAW
     OF NORTHERN CALIFORNIA                     CAUCUS
4    39 Drumm Street                            55 Columbus Avenue
     San Francisco, California 94111            San Francisco, California 94111
5    Telephone: (415) 621-2493                  Telephone: (415) 896-1701

6    Eva L. Bitran (SBN 302081)
     ebitran@aclusocal.org
7    ACLU FOUNDATION
     OF SOUTHERN CALIFORNIA
8    1313 West 8th Street
     Los Angeles, CA 90017
9    Telephone: (213) 977-5236

10   *Institution listed for identification purpose
     only

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that all named Plaintiffs hereby appeal to the United States Court

2  of Appeals for the Ninth Circuit from the Court's July 16, 2025 order (ECF No. 269), denying

3  Plaintiffs' motion for attorney fees and costs.

4

   Date:  September 10, 2025                             Respectfully submitted,

5

6                                                        UCLA CENTER FOR IMMIGRATION
                                                         LAW AND POLICY

7
                                                         */s/ Ahilan T. Arulanantham*
8                                                        Ahilan T. Arulanantham

9                                                        NATIONAL DAY LABORER
                                                         ORGANIZING NETWORK
10                                                       Jessica Karp Bansal

11
                                                         ACLU OF NORTHERN CALIFORNIA
12                                                       Emilou MacLean

13                                                       ACLU OF SOUTHERN CALIFORNIA
                                                         Eva Bitran
14

15                                                       *Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF APPEAL
CASE NOS. 3:18-CV-1554-EMC & 3:19-CV-00731-EMC